07 C 6357

**JUDGE CASTILLO**
**MAGISTRATE JUDGE DENLOW**

# EXHIBIT 2

**FEE CHANGES**

Fees are effective through June 30, 2002. After that date, check the Copyright Office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

COPY

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

TX _____ TXU _____
EFFECTIVE DATE OF REGISTRATION

_____
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

Dynamic Shipping Calendar Implementation in JavaScript

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:    Volume ▼       Number ▼       Issue Date ▼       On Pages ▼

---

**2**

**a**  NAME OF AUTHOR ▼
Prominent Consulting LLC

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire source code

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼       Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED    This information must be given in all cases.
2005 ◀ Year

**b**  DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ October   Day ▶ 7   Year ▶ 2005
Nation ▶ U.S.A.

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Prominent Consulting LLC
1483 PATRIOT BLVD
GLENVIEW, IL 60026

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.      • Sign the form at line 8.

DO NOT WRITE HERE
Page _____ of _____ pages

EXHIBIT
2

EXAMINED BY _____   FORM TX

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶ _____   Year of Registration ▶ _____

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼   **a**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼   **b**

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.   **a**

Name ▼   Account Number ▼

LegalZoom.com

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼   **b**

Kurt Seidensticker   [3181121]

1483 PATRIOT BLVD

GLENVIEW, IL 60026

Area code and daytime telephone number ▶ (312) 607-3008          Fax number ▶

Email ▶ kurt@prominentconsulting.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Prominent Consulting LLC

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Clare Gmur                                     Date▶ October 18, 2007

☞ X _____   Handwritten signature (X) ▼

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Prominent Consulting LLC
Number/Street/Apt ▼
1483 PATRIOT BLVD
City/State/ZIP ▼
GLENVIEW, IL 60026

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of
July 1,
1999,
the
filing
fee for
Form TX
is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000   ☼ PRINTED ON RECYCLED PAPER   ★U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49
WEB REV: June 1999

**FedEx.**

Español | Customer Support | FedEx Locations    Search    [Go]

| Package/Envelope | Freight | Expedited | Office/Print Services » |

Ship ▸    Track ▸    Manage ▸    Business Solutions ▸

Track Shipments/FedEx Kinko's Orders    Ⓡ Printable Version    ⑦ Quick Help
## Detailed Results

| | | | | |
|---|---|---|---|---|
| Tracking number | 913573428133 | Reference | copyrights | **Wrong Address?** |
| Signed for by | E.GREEN | Destination | U S GOVERNMENT | Reduce future mistal |
| Ship date | Oct 18, 2007 | | OFFICES, DC | FedEx Address Chec |
| Delivery date | Oct 24, 2007 10:27 AM | **Delivered to** | Shipping/Receiving | |
| | | **Service type** | Express Saver | Tracking a FedEx Sr |
| | | **Weight** | 2.0 lbs. | Shipment? |
| | | | | Go to shipper login |
| **Status** | Delivered | | | |
| **Signature Image available** | Yes | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Oct 24, 2007 | 10:27 AM | Delivered | U S GOVERNMENT OFFICES, DC | |
| | 8:41 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 7:16 AM | At local FedEx facility | WASHINGTON, DC | |
| | 4:18 AM | At dest sort facility | DULLES, VA | |
| Oct 23, 2007 | 6:38 PM | Departed FedEx location | INDIANAPOLIS, IN | |
| Oct 21, 2007 | 5:02 PM | Arrived at FedEx location | INDIANAPOLIS, IN | |
| Oct 18, 2007 | 8:09 PM | Left origin | HOLLYWOOD, CA | |
| | 6:18 PM | Package data transmitted to FedEx | | |
| | 4:46 PM | Picked up | HOLLYWOOD, CA | |

[ Signature proof ]    [ E-mail results ]    [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

Your Name: [_____]    Your E-mail Address: [_____]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [_____] | English | ☐ | ☐ |
| [_____] | English | ☐ | ☐ |
| [_____] | English | ☐ | ☐ |
| [_____] | English | ☐ | ☐ |

Select format: ◉ HTML  ◯ Text  ◯ Wireless

Add personal message:



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 8,2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **913573428133**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | U S GOVERNMENT OFFICES, DC |
| Signed for by: | E.GREEN | Delivery date: | Oct 24, 2007 10:27 |
| Service type: | Express Saver | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 913573428133 | Ship date: | Oct 19, 2007 |
| | | Weight: | 2.0 lbs. |

Recipient:
U S GOVERNMENT OFFICES, DC US

Shipper:
HOLLYWOOD, CA US

Reference

copyrights

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

Name of Author: Prominent Software Group, Inc.
Title: iChieve E-Commerce Website

Dkt. No. 40146.00.0001
BLK 11/08/07

Handcarry



- Transmittal letter for Copyright application (1 page)
- The deposit
- Executed Form TX
- Payment of 730.00 fees ($45.00 application fee and $685.00 special handling fee)

Library of Congress
Copyright Office

Please acknowledge receipt of the above-identified documents by
Applying the Library of Congress receipt stamp hereto.

Respectfully,

Vedder, Price, Kaufman & Kammholz, P.C.
A Law Corporation

COPYRIGHT OFFICE, LIBRARY OF CONGRESS, WASHINGTON, D.C. 20559-6000    NO. **32017**

| DATE & TIME RECEIVED | 11/8/2007 12:50 AM/PM | DATE DUE | | |
|---|---|---|---|---|
| SPECIAL HANDLING FEE | Cash 685 | CHECK Other | D.A. | $ 685 |
| FILING FEE | Cash 45 | CHECK Other | D.A. | $ 45 |
| DOCUMENT RECORDATION FEE | Cash | Other | D.A. | $ |
| OTHER SERVICES | Cash | Other | D.A. | $ 730.00 |

D.A. Name:                                          No.:

| **received** | | **services** | Estimate given by |
|---|---|---|---|
| ☐ Not examined in I&R | | Additional Certificate | $ |
| Form(s) 17X | | Certifications | $ |
| No. of Copies 1 | | Other | $ |
| Document(s) | | | |
| Correspondence | | **TOTAL** | $ 730.00 |
| Cover Letter DATED 11/7/2007 | | REFER TO | |
| Other | | | |

**title**

_I CHIEVE E-COMMERCE WEBSITE_

received from _JONES TULLAR & COOPER PC_ representing _PROMINENT CONSULTING_ phone

city, state, ZIP _ARLINGTON VA 22202_

received/approved by _G F Knight_ date _11/8/07_ time _12:50_

**correspondence** ☐ Date:                ETN:                Examiner:

**routing**    M.C. Notified: Date/Time _____ Initials _____ Initials of Expediter _____

| | in DATE/TIME | out DATE/TIME | INITIALS | | in DATE/TIME | out DATE/TIME | INITIALS |
|---|---|---|---|---|---|---|---|
| Mail Room | | | | Selection | | | |
| Data Prep | | | | Cataloging | | | |
| Examining | | | | CPU | | | |
| Exam. D.O.* | | | | Documents Unit (Docs.) | | | |
| D & A:* | | | | | | | |
| Reg. Numbering | | | | (*for Special Relief Cases only) | | | |

**certificate(s)/** ☑ Deliver to    ☐ Regular    ☐ Other    Account no.:
**document(s)**    Public Office    Mail    Telephone no.:
                  ___ Initials
                  ___ Date

Contact: _BONNIE GROLLMAN_    Remitter Called: Date/Time _____ Initials _____
                                Telephone: _801 638-0511_

☐ Delivered to Certs. & Docs. By:    Received By:    Date:

Picked up by:    Date:

**notes**    **registration (or Vol. & Page) no.(s)**

**receipt for**  # SPECIAL HANDLING  **request**

If you are filing an application for registration, please read the note on the reverse.    REMITTER COPY

 # Form TX

*Detach and read these instructions before completing this form.*
*Make sure all applicable spaces have been filled in before you return this form.*

---

## BASIC INFORMATION

**When to Use This Form:** Use Form TX for registration of published or unpublished nondramatic literary works, excluding periodicals or serial issues. This class includes a wide variety of works: fiction, nonfiction, poetry, textbooks, reference works, directories, catalogs, advertising copy, compilations of information, and computer programs. For periodicals and serials, use Form SE.

**Deposit to Accompany Application:** An application for copyright registration must be accompanied by a deposit consisting of copies or phonorecords representing the entire work for which registration is to be made. The following are the general deposit requirements as set forth in the statute:

**Unpublished Work:** Deposit one complete copy (or phonorecord).
**Published Work:** Deposit two complete copies (or one phonorecord) of the best edition.
**Work First Published Outside the United States:** Deposit one complete copy (or phonorecord) of the first foreign edition.
**Contribution to a Collective Work:** Deposit one complete copy (or phonorecord) of the best edition of the collective work.
**The Copyright Notice:** Before March 1, 1989, the use of copyright notice was mandatory on all published works, and any work first

published before that date should have carried a notice. For works first published on and after March 1, 1989, use of the copyright notice is optional. For more information about copyright notice, see Circular 3, *Copyright Notices.*

**For Further Information:** To speak to a Copyright Office staff member, call (202) 707-3000 (TTY: (202) 707-6737). Recorded information is available 24 hours a day. Order forms and other publications from the address in space 9 or call the Forms and Publications Hotline at (202) 707-9100. Access and download circulars, forms, and other information from the Copyright Office website at *www.copyright.gov.*

**PRIVACY ACT ADVISORY STATEMENT Required by the Privacy Act of 1974 (P.L. 93-579)**
The authority for requesting this information is title 17 *USC,* secs. 409 and 410. Furnishing the requested information is voluntary. But if the information is not furnished, it may be necessary to delay or refuse registration and you may not be entitled to certain relief, remedies, and benefits provided in chapters 4 and 5 of title 17 *USC.*
The principal uses of the requested information are the establishment and maintenance of a public record and the examination of the application for compliance with the registration requirements of the copyright code.
Other routine uses include public inspection and copying, preparation of public indexes, preparation of public catalogs of copyright registrations, and preparation of search reports upon request.
NOTE: No other advisory statement will be given in connection with this application. Please keep this statement and refer to it if we communicate with you regarding this application.

---

## LINE-BY-LINE INSTRUCTIONS

*Please type or print using black ink. The form is used to produce the certificate.*

 ## SPACE 1: Title

**Title of This Work:** Every work submitted for copyright registration must be given a title to identify that particular work. If the copies or phonorecords of the work bear a title or an identifying phrase that could serve as a title, transcribe that wording *completely* and *exactly* on the application. Indexing of the registration and future identification of the work will depend on the information you give here.

**Previous or Alternative Titles:** Complete this space if there are any additional titles for the work under which someone searching for the registration might be likely to look or under which a document pertaining to the work might be recorded.

**Publication as a Contribution:** If the work being registered is a contribution to a periodical, serial, or collection, give the title of the contribution in the "Title of This Work" space. Then, in the line headed "Publication as a Contribution," give information about the collective work in which the contribution appeared.

 ## SPACE 2: Author(s)

**General Instructions:** After reading these instructions, decide who are the "authors" of this work for copyright purposes. Then, unless the work is a "collective work," give the requested information about every "author" who contributed any appreciable amount of copyrightable matter to this version of the work. If you need further space, request Continuation Sheets. In the case of a collective work, such as an anthology, collection of essays, or encyclopedia, give information about the author of the collective work as a whole.

**Name of Author:** The fullest form of the author's name should be given. Unless the work was "made for hire," the individual who actually created the work is its "author." In the case of a work made

for hire, the statute provides that "the employer or other person for whom the work was prepared is considered the author."

**What Is a "Work Made for Hire"?** A "work made for hire" is defined as (1) "a work prepared by an employee within the scope of his or her employment"; or (2) "a work specially ordered or commissioned for use as a contribution to a collective work, as a part of a motion picture or other audiovisual work, as a translation, as a supplementary work, as a compilation, as an instructional text, as a test, as answer material for a test, or as an atlas, if the parties expressly agree in a written instrument signed by them that the works shall be considered a work made for hire." If you have checked "Yes" to indicate that the work was "made for hire," you must give the full legal name of the employer (or other person for whom the work was prepared). You may also include the name of the employee along with the name of the employer (for example: "Elster Publishing Co., employer for hire of John Ferguson").

**"Anonymous" or "Pseudonymous" Work:** An author's contribution to a work is "anonymous" if that author is not identified on the copies or phonorecords of the work. An author's contribution to a work is "pseudonymous" if that author is identified on the copies or phonorecords under a fictitious name. If the work is "anonymous" you may: (1) leave the line blank; or (2) state "anonymous" on the line; or (3) reveal the author's identity. If the work is "pseudonymous" you may: (1) leave the line blank; or (2) give the pseudonym and identify it as such (for example: "Huntley Haverstock, pseudonym"); or (3) reveal the author's name, making clear which is the real name and which is the pseudonym (for example: "Judith Barton, whose pseudonym is Madeline Elster"). However, the citizenship or domicile of the author *must* be given in all cases.

**Dates of Birth and Death:** If the author is dead, the statute requires that the year of death be included in the application unless the work is anonymous or pseudonymous. The author's birth date is optional but is useful as a form of identification. Leave this space blank if the author's contribution was a "work made for hire."

**Author's Nationality or Domicile:** Give the country of which the author is a citizen or the country in which the author is domiciled. Nationality or domicile *must* be given in all cases.

**Nature of Authorship:** After the words "Nature of Authorship," give a brief general statement of the nature of this particular author's contribution to the work. Examples: "Entire text"; "Coauthor of entire text"; "Computer program"; "Editorial revisions"; "Compilation and English translation"; "New text,"



## SPACE 3: Creation and Publication

**General Instructions:** Do not confuse "creation" with "publication." Every application for copyright registration must state "the year in which creation of the work was completed." Give the date and nation of first publication only if the work has been published.

**Creation:** Under the statute, a work is "created" when it is fixed in a copy or phonorecord for the first time. Where a work has been prepared over a period of time, the part of the work existing in fixed form on a particular date constitutes the created work on that date. The date you give here should be the year in which the author completed the particular version for which registration is now being sought, even if other versions exist or if further changes or additions are planned.

**Publication:** The statute defines "publication" as "the distribution of copies or phonorecords of a work to the public by sale or other transfer of ownership, or by rental, lease, or lending." A work is also "published" if there has been an "offering to distribute copies or phonorecords to a group of persons for purposes of further distribution, public performance, or public display." Give the full date (month, day, year) when, and the country where, publication first occurred. If first publication took place simultaneously in the United States and other countries, it is sufficient to state "U.S.A."



## SPACE 4: Claimant(s)

**Name(s) and Address(es) of Copyright Claimant(s):** Give the name(s) and address(es) of the copyright claimant(s) in this work even if the claimant is the same as the author. Copyright in a work belongs initially to the author of the work (including, in the case of a work made for hire, the employer or other person for whom the work was prepared). The copyright claimant is either the author of the work or a person or organization to whom the copyright initially belonging to the author has been transferred.

**Transfer:** The statute provides that, if the copyright claimant is not the author, the application for registration must contain "a brief statement of how the claimant obtained ownership of the copyright." If any copyright claimant named in space 4 is not an author named in space 2, give a brief statement explaining how the claimant(s) obtained ownership of the copyright. Examples: "By written contract"; "Transfer of all rights by author"; "Assignment"; "By will." Do not attach transfer documents or other attachments or riders.



## SPACE 5: Previous Registration

**General Instructions:** The questions in space 5 are intended to show whether an earlier registration has been made for this work and, if so, whether there is any basis for a new registration. As a general rule, only one basic copyright registration can be made for the same version of a particular work.

**Same Version:** If this version is substantially the same as the work covered by a previous registration, a second registration is not generally possible unless: (1) the work has been registered in unpublished form and a second registration is now being sought to cover this first published edition; or (2) someone other than the

author is identified as copyright claimant in the earlier registration, and the author is now seeking registration in his or her own name. If either of these two exceptions applies, check the appropriate box and give the earlier registration number and date. Otherwise, do not submit Form TX. Instead, write the Copyright Office for information about supplementary registration or recordation of transfers of copyright ownership.

**Changed Version:** If the work has been changed and you are now seeking registration to cover the additions or revisions, check the last box in space 5, give the earlier registration number and date, and complete both parts of space 6 in accordance with the instructions below.

**Previous Registration Number and Date:** If more than one previous registration has been made for the work, give the number and date of the latest registration.



## SPACE 6: Derivative Work or Compilation

**General Instructions:** Complete space 6 if this work is a "changed version," "compilation," or "derivative work" and if it incorporates one or more earlier works that have already been published or registered for copyright or that have fallen into the public domain. A "compilation" is defined as "a work formed by the collection and assembling of preexisting materials or of data that are selected, coordinated, or arranged in such a way that the resulting work as a whole constitutes an original work of authorship." A "derivative work" is "a work based on one or more preexisting works." Examples of derivative works include translations, fictionalizations, abridgments, condensations, or "any other form in which a work may be recast, transformed, or adapted." Derivative works also include works "consisting of editorial revisions, annotations, or other modifications" if these changes, as a whole, represent an original work of authorship.

**Preexisting Material (space 6a):** For derivative works, complete this space *and* space 6b. In space 6a identify the preexisting work that has been recast, transformed, or adapted. The preexisting work may be material that has been previously published, previously registered, or that is in the public domain. An example of preexisting material might be: "Russian version of Goncharov's 'Oblomov.'"

**Material Added to This Work (space 6b):** Give a brief, general statement of the new material covered by the copyright claim for which registration is sought. *Derivative work* examples include: "Foreword, editing, critical annotations"; "Translation"; "Chapters 11–17." If the work is a *compilation*, describe both the compilation itself and the material that has been compiled. Example: "Compilation of certain 1917 speeches by Woodrow Wilson." A work may be both a derivative work and compilation, in which case a sample statement might be: "Compilation and additional new material."



## SPACE 7,8,9: Fee, Correspondence, Certification, Return Address

**Deposit Account:** If you maintain a Deposit Account in the Copyright Office, identify it in space 7a. Otherwise leave the space blank and send the fee with your application and deposit.

**Correspondence (space 7b):** Give the name, address, area code, telephone number, fax number, and email address (if available) of the person to be consulted if correspondence about this application becomes necessary.

**Certification (space 8):** The application cannot be accepted unless it bears the date and the *handwritten signature* of the author or other copyright claimant, or of the owner of exclusive right(s), or of the duly authorized agent of author, claimant, or owner of exclusive right(s).

**Address for Return of Certificate (space 9):** The address box must be completed legibly since the certificate will be returned in a window envelope.



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX          TXU

EFFECTIVE DATE OF REGISTRATION

Month          Day          Year

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
TITLE OF THIS WORK ▼
iChieve E-Commerce Website

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:    Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

**2**
NAME OF AUTHOR ▼
Prominent Software Group, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States of America
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☑ Yes  ☐ No
Pseudonymous?     ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Coauthor of software code excluding text content fields

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼
Prominent Capital Group, LLC.

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States of America
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☑ Yes  ☐ No
Pseudonymous?     ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
Coauthor of software code excluding text content fields

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes  ☐ No
Pseudonymous?     ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**
YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED    This information must be given in all cases.
2005    ◀Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ February    Day ▶ 17    Year ▶ 2005
United States of America    ◀ Nation

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Prominent Consulting, LLC.
1483 Patriot Blvd.
Glenview, IL 60026

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By written assignments.

See instructions before completing this space.

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED
DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ | CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▶              **Year of Registration** ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                        Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Laura Seidensticker
1483 Patriot Blvd.
Glenview, IL 60026

**b**

Area code and daytime telephone number ▶ (847) 636-0805                    Fax number ▶ (312) 896-1556

Email ▶  laura@prominentconsulting.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Prominent Consulting, LLC.
                              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Laura Seidensticker                                    Date ▶ November 7, 2007

Handwritten signature ▼

*Laura Seidensticker*

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Prominent Consulting, LLC.<br>Number/Street/Apt ▼<br>1483 Patriot Blvd.<br>City/State/Zip ▼<br>Glenview, IL 60026 | **YOU MUST:**<br>• Complete all necessary spaces<br>• Sign your application in space 8<br>**SEND ALL 3 ELEMENTS**<br>**IN THE SAME PACKAGE:**<br>1. Application form<br>2. Nonrefundable filing fee in check or money<br>   order payable to *Register of Copyrights*<br>3. Deposit material<br>**MAIL TO:**<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue SE<br>Washington, DC 20559-6222 |
|---|---|---|

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX – Full  Rev: 11/2006  Print: 11/2006 — 30,000  Printed on recycled paper                    U.S. Government Printing Office: 2006-xx-xxx/60,xxx

steaks.html

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17   <!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN" "http://www.w3.org/TR/html4/loose.dtd">
18   <html>
19
20   <!-- Copyright (c) 2005 by Prominent Consulting LLC. All Rights Reserved. -->
21   <!-- Added by HTTrack --><meta http-equiv="content-type" content="text/html;charset=iso-8859-1"><!--
     /Added by HTTrack -->
22   <head>
23   <meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
24   <META name="description" content="Order steaks, lobsters, seafood, and desserts from the purveyor of
     America's highest-quality USDA prime steaks and beef, Allen Brothers">
25   <META name="keywords" content="steaks,steak,prime beef,beef,prime steaks,aged beef,kobe beef,angus
     beef,mail order steaks,wagyu beef,prime steak,mail order steak,aged steaks,filet mignon,beef
     wellington">
26   <title>Allen Brothers USDA Prime Steaks and Prime Beef</title>
27   <link rel="stylesheet" href="css/steaks.html" type="text/css">
28   <SCRIPT language="JavaScript" src="js/steaks.html"></SCRIPT>
29
30   </head>
31   <body bgcolor="#ffffff" vlink="#635247" alink="#635247" link="#635247" marginwidth=
     "0" topmargin="0" leftmargin="0" rightmargin="0" onLoad=
     "MM_preloadImages('../72.5.200.197/images/steaks/ordertracking-
     over.gif','../72.5.200.197/images/steaks/myaccount-over.gif','../72.5.200.197/images/steaks/cart-
     over.gif','../72.5.200.197/images/steaks/shop-over.gif','../72.5.200.197/images/steaks/gift-
     over.gif','../72.5.200.197/images/steaks/finedining-over.gif','../72.5.200.197/images/steaks/catalog-
     over.gif','../72.5.200.197/images/steaks/assistance-over.gif',
     '../72.5.200.197/images/steaks/leftnav/primesteaks-
32   over.jpg','../72.5.200.197/images/steaks/leftnav/wetaged-
     over.jpg','../72.5.200.197/images/steaks/leftnav/dryaged-
     over.jpg','../72.5.200.197/images/steaks/leftnav/never-
     over.jpg','../72.5.200.197/images/steaks/leftnav/kobe-
     over.jpg','../72.5.200.197/images/steaks/leftnav/appetizers-
     over.jpg','../72.5.200.197/images/steaks/leftnav/buffalo-
     over.jpg','../72.5.200.197/images/steaks/leftnav/desserts-
     over.jpg','../72.5.200.197/images/steaks/leftnav/duck-
     over.jpg','../72.5.200.197/images/steaks/leftnav/
```

steaks.html

```
32    over.jpg','../72.5.200.197/images/steaks/leftnav/duck-
      over.jpg','../72.5.200.197/images/steaks/leftnav/heatandserve-
      over.jpg','../72.5.200.197/images/steaks/leftnav/lamb-
      over.jpg','../72.5.200.197/images/steaks/leftnav/pork-
      over.jpg','../72.5.200.197/images/steaks/leftnav/poultry-
      over.jpg','../72.5.200.197/images/steaks/leftnav/sausages-
      over.jpg','../72.5.200.197/images/steaks/leftnav/seafood-
      over.jpg','../72.5.200.197/images/steaks/leftnav/steakburgers-
      over.jpg','../72.5.200.197/images/steaks/leftnav/veal-
      over.jpg','../72.5.200.197/images/steaks/leftnav/newproducts-
      over.jpg','../72.5.200.197/images/steaks/leftnav/specials-
      over.jpg','../72.5.200.197/images/steaks/leftnav/favorites-over.jpg') ">

33    <div id="topLinks" class="topLinks"><a href="AboutUs.html" class="theme">About Us</a> - <a href=
34    "ContactUs.html" class="theme">Contact Us</a> - <a href="CatalogRequest.html" class="theme">Catalog
      Request</a></div>
35    <div id="CompanyLogo" style="position:absolute; top:2px; left:2px; z-index:30; width:328px;
      height:50px;"><A href="steaks.html"><img src="../72.5.200.197/images/steaks/A5-logo.jpg" width="328"
      height="50" border="0"></A></div>
36    <div id="SignOff" class="siteNavigation" style="left:300px;"></div>
37    <!-- <div id="OrderTracking" class="siteNavigation" style="left:350px;"><a href="OrderTracking.jsp"
      onMouseOut="MM_swapImgRestore()"
      onMouseOver="MM_swapImage('OrderTracking','','http://72.5.200.197/images/steaks/ordertracking-
      over.gif',1)"><img src="http://72.5.200.197/images/steaks/ordertracking.gif" alt="ORDER TRACKING"
      name="OrderTracking" width="101" height="17" border="0"></a></div>
38    <div id="MyAccount" class="siteNavigation" style="left:456px;"><a href="MyAccount.jsp"
      onMouseOut="MM_swapImgRestore()"
      onMouseOver="MM_swapImage('MyAccount','','http://72.5.200.197/images/steaks/myaccount-over.gif',1)">
      <img src="http://72.5.200.197/images/steaks/myaccount.gif" alt="MY ACCOUNT" name="MyAccount"
      width="80" height="17" border="0"></a></div>
39    <div id="ShoppingCart" class="siteNavigation" style="top:23px; left:541px;"><a href=
      "ShoppingCart.html" onMouseOut="MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Cart','','../72.5.200.197/images/steaks/cart-over.gif',1)"><img src=
      "../72.5.200.197/images/steaks/cart.gif" alt="Shopping Cart" name="Cart" width="38" height="26"
      border="0"></a></div>
40    <div id="Search" class="siteNavigation" style="left:584px;"><img src=
      "../72.5.200.197/images/steaks/search.gif" alt="Search" name="Search" width="40" height="17" border=
      "0"></div>

41
42    <form name="searchBean" method="GET" action="http://72.5.200.192/search.do">
43
44    <div id="SearchForm" class="siteNavigation" style="left:628px;width:120px;top:30px;">
45      <input type="text" name="searchString" maxlength="30" size="15" tabindex="1" value="keyword or
      item #" onfocus="form.searchString.value='';" class="search">
46    </div>
47    <div id="SearchForm" class="siteNavigation" style="left:750px;width:17px;top:32px;">
48      <input type="image"
49             name="action"
50             src="../72.5.200.197/images/steaks/gobutton.gif"
```

steaks.html

```
51              alt="GO"
52              border="0"
53              value="button.Submit"
54              tabindex="2"/>
55
56          </div>
57
58      </form>
59
60  <div id="topNavBar" class="topNavBar"></div>
61  <div id="ShopTopNav" class="topNavBarItems" style="left:1px;"><a href="Shop.html" onMouseOut=
    "MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('ShopTopNav','','../72.5.200.197/images/steaks/shop-over.gif',1)"><img src=
    "../72.5.200.197/images/steaks/shop.gif" alt="Shop Categories" name="ShopTopNav" width="127" height=
    "18" border="0"></a></div>
62  <div id="GiftTopNav" class="topNavBarItems" style="left:130px;"><a href=
    "findProducts48c.html?categoryId=103" onMouseOut="MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('GiftTopNav','','../72.5.200.197/images/steaks/gift-over.gif',1)"><img src=
    "../72.5.200.197/images/steaks/gift.gif" alt="Gift Ideas" name="GiftTopNav" width="127" height="18"
    border="0"></a></div>
63  <div id="FineDiningTopNav" class="topNavBarItems" style="left:284px; z-index:30; width:127px;
    height:18px;"><a href="FineDining.html" onMouseOut="MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('FineDiningTopNav','','../72.5.200.197/images/steaks/finedining-over.gif',1)"><img src=
    "../72.5.200.197/images/steaks/finedining.gif" alt="Fine Dining" name="FineDiningTopNav" width="127"
    height="18" border="0"></a></div>
64  <div id="CatalogTopNav" class="topNavBarItems" style="left:418px;"><a href="Catalog.html" onMouseOut=
    "MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('CatalogTopNav','','../72.5.200.197/images/steaks/catalog-over.gif',1)"><img src=
    "../72.5.200.197/images/steaks/catalog.gif" alt="Catalog" name="CatalogTopNav" width="127" height="18"
    border="0"></a></div>
65  <div id="AssistanceTopNav" class="topNavBarItems" style="left:547px;"><a href="Assistance.html">
    onMouseOut="MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('AssistanceTopNav','','../72.5.200.197/images/steaks/assistance-over.gif',1)"><img src=
    "../72.5.200.197/images/steaks/assistance.gif" alt="Assistance" name="AssistanceTopNav" width="127"
    height="18" border="0"></a></div>
66  <div id="LeftNavigationBar" class="leftNavBar">
67  <div id="PrimeSteaks" class="shopCategory"><a href="findProducts5095.html?categoryId=90" onMouseOut=
    "MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('Image22','','../72.5.200.197/images/steaks/leftnav/primesteaks-over.jpg',1)"><img src=
    "../72.5.200.197/images/steaks/leftnav/primesteaks.jpg" alt="Prime Steaks" name="Image22" width="127"
    height="15" border="0"></a></div>
68  <div id="PrimeBeef" class="shopCategory"><a href="findProducts7a20.html?categoryId=76" onMouseOut=
    "MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('Image23','','../72.5.200.197/images/steaks/leftnav/wetaged-over.jpg',1)"><img src=
    "../72.5.200.197/images/steaks/leftnav/wetaged.jpg" alt="Wet-Aged Beef" name="Image23" width="127"
    height="15" border="0"></a></div>
69  <div id="DryAgedBeef" class="shopCategory"><a href="findProducts7b4c.html?categoryId=50" onMouseOut=
    "MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('Image24','','../72.5.200.197/images/steaks/leftnav/dryaged-over.jpg',1)"><img src=
```

steaks.html

```
69    ",'.,'../72.5.200.197/images/steaks/leftnav/dryaged.jpg" alt="Dry-Aged Beef" name="Image24" width="127"
      height="15" border="0"></a></div>

70    <div id="NeverFrozenBeef" class="shopCategory"><a href="findProducts9783.html?categoryId=60"
      onMouseOut="MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image25','','../72.5.200.197/images/steaks/leftnav/never-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/never.jpg" alt="Never Frozen Beef" name="Image25" width="127"
      height="15" border="0"></a></div>

71    <div id="WagyuBeef" class="shopCategory"><a href="findProductse533.html?categoryId=63" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image26','','../72.5.200.197/images/steaks/leftnav/kobe-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/kobe.jpg" alt="Kobe-style Wagyu Beef" name="Image26" width=
      "127" height="15" border="0"></a></div>

72    <div id="Appetizers" class="shopCategory"><a href="findProductsf29f.html?categoryId=64" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image27','','../72.5.200.197/images/steaks/leftnav/appetizers-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/appetizers.jpg" alt="Appetizers" name="Image27" width="127"
      height="15" border="0"></a></div>

73    <div id="BuffaloVenison" class="shopCategory"><a href="findProductsb75.html?categoryId=40"
      onMouseOut="MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image28','','../72.5.200.197/images/steaks/leftnav/buffalo-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/buffalo.jpg" alt="Buffalo & Venison" name="Image28" width=
      "127" height="15" border="0"></a></div>

74    <div id="Desserts" class="shopCategory"><a href="findProductsof9.html?categoryId=55" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image29','','../72.5.200.197/images/steaks/leftnav/desserts-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/desserts.jpg" alt="Desserts" name="Image29" width="127"
      height="15" border="0"></a></div>

75    <div id="Duck" class="shopCategory"><a href="findProductsb445.html?categoryId=33" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image30','','../72.5.200.197/images/steaks/leftnav/duck-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/duck.jpg" alt="Duck" name="Image30" width="127" height="15"
      border="0"></a></div>

76    <div id="HeatAndServeEntrees" class="shopCategory"><a href="findProductsd016.html?categoryId=32"
      onMouseOut="MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image31','','../72.5.200.197/images/steaks/leftnav/heatandserve-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/heatandserve.jpg" alt="Heat & Serve Entr&eacute;es" name=
      "Image31" width="127" height="15" border="0"></a></div>

77    <div id="Lamb" class="shopCategory"><a href="findProducts5e2c.html?categoryId=39" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image32','','../72.5.200.197/images/steaks/leftnav/lamb-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/lamb.jpg" alt="Lamb" name="Image32" width="127" height="15"
      border="0"></a></div>

78    <div id="Pork" class="shopCategory"><a href="findProductsb598.html?categoryId=30" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image33','','../72.5.200.197/images/steaks/leftnav/pork-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/pork.jpg" alt="Pork" name="Image33" width="127" height="15"
      border="0"></a></div>

79    <div id="Poultry" class="shopCategory"><a href="findProducts393e.html?categoryId=28" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
```

steaks.html

```
79  "MM_swapImage('Image34','','../72.5.200.197/images/steaks/leftnav/poultry/poultry-over.jpg',1)"><img src=
    "../72.5.200.197/images/leftnav/poultry.jpg" alt="Poultry" name="Image34" width="127" height=
    "15" border="0"></a></div>

80  <div id="SausagesAndBratwurst" class="shopCategory"><a href="findProducts6b27.html?categoryId=81"
    onMouseOut="MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('Image35','','../72.5.200.197/images/steaks/leftnav/sausages-over.jpg',1)"><img src=
    "../72.5.200.197/images/leftnav/sausages.jpg" alt="Sausages & Bratwurst" name="Image35" width=
    "127" height="15" border="0"></a></div>

81  <div id="Seafood" class="shopCategory"><a href="findProducts0ee5.html?categoryId=27" onMouseOut=
    "MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('Image36','','../72.5.200.197/images/steaks/leftnav/seafood-over.jpg',1)"><img src=
    "../72.5.200.197/images/steaks/leftnav/seafood.jpg" alt="Seafood" name="Image36" width="127" height=
    "15" border="0"></a></div>

82  <div id="SteakBurgersAndDogs" class="shopCategory"><a href="findProducts4c62.html?categoryId=80"
    onMouseOut="MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('Image37','','../72.5.200.197/images/steaks/leftnav/steakburgers-over.jpg',1)"><img src=
    "../72.5.200.197/images/steaks/leftnav/steakburgers.jpg" alt="Steak Burgers & Dogs" name="Image37"
    width="127" height="15" border="0"></a></div>

83  <div id="Veal" class="shopCategory"><a href="findProducts9ec0.html?categoryId=26" onMouseOut=
    "MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('Image18','','../72.5.200.197/images/steaks/leftnav/veal-over.jpg',1)"><img src=
    "../72.5.200.197/images/steaks/leftnav/veal.jpg" alt="Veal" name="Image38" width="127" height="15"
    border="0"></a></div>

84  <div id="NewProducts" class="shopCategory"><a href="NewProducts.html" onMouseOut="MM_swapImgRestore()"
    onMouseOver=
    "MM_swapImage('Image39','','../72.5.200.197/images/steaks/leftnav/newproducts-over.jpg',1)"><img src=
    "../72.5.200.197/images/steaks/leftnav/newproducts.jpg" alt="New Products" name="Image39" width="127"
    height="15" border="0"></a></div>

85  <div id="Specials" class="shopCategory"><a href="findProducts4794.html?categoryId=89" onMouseOut=
    "MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('Image40','','../72.5.200.197/images/steaks/leftnav/specials-over.jpg',1)"><img src=
    "../72.5.200.197/images/steaks/leftnav/specials.jpg" alt="Specials" name="Image40" width="127"
    height="15" border="0"></a></div>

86  <div id="BestSellers" class="shopCategory"><a href="findProducts8f29.html?categoryId=91" onMouseOut=
    "MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('Image41','','../72.5.200.197/images/steaks/leftnav/favorites-over.jpg',1)"><img src=
    "../72.5.200.197/images/steaks/leftnav/favorites.jpg" alt="Favorites" name="Image41" width="127"
    height="15" border="0"></a></div>

87  <div id="OptIn" class="optIn">

88

89  <form name="emailOffersBean" method="GET" action="http://72.5.200.192/emailoffers.do" onsubmit="return
    submitEmailForm(this);">

90

91  <div align="center"><img src="../72.5.200.197/images/steaks/doublehorizontal.gif" width="120"
    height="5"><br>

92  <img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>

93  <img src="../72.5.200.197/images/steaks/emailsubscribe.gif" width="97" height="49" alt=""
    border="0"><br>

94  <img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
```

steaks.html

```
 95
 96        <input type="text" name="email" maxlength="76" size="15" tabindex="3" value="&lt;enter
       email&gt;" onfocus="form.email.value='';" class="email">

 97
 98        <br>
 99        <img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
100
101        <input type="image" name="action"
102            src="../72.5.200.197/images/steaks/subscribe.gif"
103            alt="SUBSCRIBE"
104            border="0"
105            tabindex="4" />
106
107        <br>
108        <img src="../72.5.200.197/images/steaks/doublehorizontal.gif" width="120" height="5"> </div>
109
110        </div>
111      </form>
112
113      </div>
114      <div id="MainImage" style="position:absolute; top:82px; left:138px; z-index:30;width:380px;
       height:403px;"><a href="findProducts8368.html?categoryId=109"><img src=
       "http://72.5.200.197/images/catalog/Covers/2005/steaks-A.jpg" width="380" height="403" border="0"></A>
       </div>
115      <div id="SplashImage" style="position:absolute; top:82px;z-index:30;left:525px; width:249px;
       height:194px;"><img src="../72.5.200.197/images/steaks/americasfinest.gif" width="249" height="194">
       </div>
116      <div id="SteaksImage" align="center" style="position:absolute; top:276px;z-index:30;left:525px;
       width:249px; height:210px;">
117      <div align="center"><a href="findProductsb48c.html?categoryId=103"><img src=
       "../72.5.200.197/images/giftselections.gif" width="209" height="94" border="0"></a><br>
118      <img src="../72.5.200.197/images/steaks/steaks.gif" width="0" height="4" border="0"><br>
119      <a href="findProductsb48c.html?categoryId=103"><img src=
       "../72.5.200.197/images/catalog/GiftSelections/B1456-L/home/medium/steaks.jpg" width="207" height=
       "123" border="0"></a><br>
120      <img src="../72.5.200.197/images/steaks/steaks.gif" width="0" height="3" border="0" ></div>
121      <div align="left" style="width:20px;left:10px;"><table width="205" border="0" cellspacing="0"
       cellpadding="0">
122      <tr>
123        <td width="6" align="left" valign="top"><img src="../72.5.200.197/images/steaks/promo/arrow.gif"
       width="4" height="8" hspace="2" vspace="2"></td>
124        <td width="199" valign="top"><a href="findProductsb48c.html?categoryId=103" class="theme">When
       you share the flavor of Allen Brothers with friends, family, clients, and colleagues, you're
       giving a gift they won't soon forget</a></td>
125      </tr>
126      </table>
127      </div>
128      </div>
129      <div id="SubSections" style="position:absolute;z-index:30;top:494px;left:138px;width:636px;">
```

steaks.html

```
130  <table border="0" cellpadding="0" cellspacing="0" width="636">
131    <tr>
132      <td valign="top"><img name="" src="../72.5.200.197/images/steaks/promo/promotionsbanner_01.gif"
           alt="Fresh Ideas for Fall" width=212 height=34 border=0></td>
133      <td valign="top"><img name="" src="../72.5.200.197/images/steaks/promo/promotionsbanner_02.gif"
           alt="Fresh Ideas for Fall" width=212 height=34 border=0></td>
134      <td valign="top"><img name="" src="../72.5.200.197/images/steaks/promo/promotionsbanner_03.gif"
           alt="Gifts &amp; Registry" width=212 height=34 border=0></td>
135    </tr>
136  </table>
137  </div>
138  <!-- Beef Promo -->
139  <div id="primeBeefPromo" style="position:absolute; z-index:30; top:535px; left:139px; width:205px;
       height: 150px;">
140    <table width="205" height="150" border="0" cellpadding="0" cellspacing="0" background=
         "../72.5.200.197/images/steaks/backgrounds/beef.jpg">
141      <tr>
142        <td height="50" width="205" colspan="3"><a href="findProducts7a20.html?categoryId=76"><img src=
             "../72.5.200.197/images/steaks/steaks.gif" width="205" height="50" border="0"></a></td>
143      </tr>
144      <tr>
145        <td width="125" height="100"><a href="findProducts7a20.html?categoryId=76"><img src=
             "../72.5.200.197/images/steaks/steaks.gif" width="125" height="100" border="0"></a></td>
146        <td width="10" height="100" align="right" valign="top"><img src=
             "../72.5.200.197/images/steaks/backgrounds/grayarrowtrans.gif" width="4" height="8" hspace="2"
             vspace="2"></td>
147        <td width="70" height="100" valign="top"><a href="findProducts7a20.html?categoryId=76" class=
             "theme">The same caliber we provide to the world's <br>
             greatest steakhouses</a></td>
148      </tr>
149    </table>
150  </div>
151  <!-- Seafood promo -->
152  <div id="PromoDivider1V" style=
       "position:absolute;z-index:30;top:535px;left:348px;width:1px;height:440px;background-color:#EFE5D4">
153  <img src="../72.5.200.197/images/steaks/promo/tan1pixel.gif" width="1" height="400"></div>
154  <div id="SeafoodPromo" style="position:absolute;z-index:30;top:535px;left:360px;width:205px;">
155    <table width="205" height="150" border="0" cellpadding="0" cellspacing="0" background=
         "../72.5.200.197/images/steaks/backgrounds/seafood.jpg">
156      <tr>
157        <td height="50" width="205" colspan="3"><a href="findProducts0ee5.html?categoryId=27"><img src=
             "../72.5.200.197/images/steaks/steaks.gif" width="205" height="50" border="0"></a></td>
158      </tr>
159      <tr>
160        <td width="125" height="100"><a href="findProducts0ee5.html?categoryId=27"><img src=
             "../72.5.200.197/images/steaks/steaks.gif" width="125" height="100" border="0"></a></td>
161        <td width="10" height="100" align="right" valign="top"><img src=
             "../72.5.200.197/images/steaks/backgrounds/grayarrowtrans.gif" width="4" height="8" hspace="2"
             vspace="2"></td>
```

Page 7 of 12

steaks.html

```
162        <td width="70" height="100" valign="top"><a href="findProducts0ee5.html?categoryId=27" class=
           "theme">We searched the world's oceans for the best lobster, crab, shrimp and fish </a></td>
163        </tr>
164        </table>
165        </div>
166        <!-- Heat and Serve Promo -->
167        <div id="PromoDivider2V" style=
           "position:absolute;z-index:30;top:535px;left:569px;width:1px;height:440px;background-color:#EFE5D4">
           <img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="1" height="400"> </div>
168        <div id="HeatAndServePromo" style="position:absolute;z-index:30;top:535px;left:581px;width:205px;">
169        <table width="205" height="150" border="0" cellpadding="0" cellspacing="0" background=
           "../72.5.200.197/images/steaks/backgrounds/heatandserve.jpg">
170        <tr>
171        <td height="50" width="205" colspan="3"><a href="findProducts0016.html?categoryId=32"><img src=
           "../72.5.200.197/images/steaks/steaks.gif" width="205" height="50" border="0"></a></td>
172        </tr>
173        <tr>
174        <td width="125" height="100"><a href="findProducts0016.html?categoryId=32"><img src=
           "../72.5.200.197/images/steaks/steaks.gif" width="125" height="100" border="0"></a></td>
175        <td width="10" height="100" align="right" valign="top"><img src=
           "../72.5.200.197/images/steaks/backgrounds/grayarrowtrans.gif" width="4" height="8" hspace="2"
           vspace="2"></td>
176        <td width="70" height="100" valign="top"><a href="findProducts0016.html?categoryId=32" class=
           "theme">Extravagant meals turned into pre-packaged entr&eacute;es</a></td>
177        </tr>
178        </table>
179        </div>
180        <!-- New products -->
181        <div id="PromoDivider3H" style=
           "position:absolute;z-index:30;top:699px;left:139px;width:200px;height:1px;background-color:#EFE5D4">
           <img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="200" height="1"></div>
182        <div id="PromoDivider2H" style=
           "position:absolute;z-index:30;top:695px;left:360px;width:200px;height:1px;background-color:#EFE5D4">
           <img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="200" height="1"></div>
183        <div id="PromoDivider3H" style=
           "position:absolute;z-index:30;top:695px;left:581px;width:200px;height:1px;background-color:#EFE5D4">
           <img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="200" height="1"></div>
184        <div id="NewProductsPromo" style="position:absolute;z-index:30;top:703px;left:139px;width:205px;
           height:150px;">
185        <table width="205" height="150" border="0" cellpadding="0" cellspacing="0" background=
           "../72.5.200.197/images/steaks/backgrounds/newproducts.jpg">
186        <tr>
187        <td height="50" width="205" colspan="3"><a href="NewProducts.html"><img src=
           "../72.5.200.197/images/steaks/steaks.gif" width="205" height="50" border="0"></a></td>
188        </tr>
189        <tr>
190        <td width="125" height="100"><a href="NewProducts.html"><img src=
           "../72.5.200.197/images/steaks/steaks.gif" width="125" height="100" border="0"></a></td>
191        <td width="10" height="100" align="right" valign="top"><img src=
```

steaks.html

```
191          "../72.5.200.197/images/steaks/backgrounds/grayarrowtrans.gif" width="4" height="8" hspace="2"
             vspace="2"></td>
192          <td width="70" height="100" valign="top"><a href="NewProducts.html" class="theme">Brand-new
             offerings from award winning chefs.</a></td>
193          </tr>
194          </table>
195          </div>
196          <!-- Best Sellers -->
197          <div id="BestSellersPromo" style="position:absolute;z-index:30;top:703px;left:360px;width:205px;">
198          <table width="205" border="0" cellspacing="0" cellpadding="0">
199          <tr>
200          <td colspan="2"><img src="../72.5.200.197/images/steaks/promo/bestsellers.gif" width="205"
             height="40"></td>
201          </tr>
202
203
204
205          <tr>
             <td width="6" height="21" align="right" valign="top"><img src=
206          "../72.5.200.197/images/steaks/promo/arrow.gif" width="4" height="8" hspace="2" vspace="2"></td>
             <td width="199" height="21" valign="top"><a href="Product47b.html?productId=35" class=
             "bestSellers">USDA PRIME Close-Trim Filets</a></td>
207          </tr>
208
209          <tr>
210          <td width="6" height="21" align="right" valign="top"><img src=
             "../72.5.200.197/images/steaks/promo/arrow.gif" width="4" height="8" hspace="2" vspace="2"></td>
211          <td width="199" height="21" valign="top"><a href="Product8.html?productId=43" class=
             "bestSellers">Boneless Sirloin Strip Steaks - USDA PRIME</a></td>
212          </tr>
213
214          <tr>
215          <td width="6" height="21" align="right" valign="top"><img src=
             "../72.5.200.197/images/steaks/promo/arrow.gif" width="4" height="8" hspace="2" vspace="2"></td>
216          <td width="199" height="21" valign="top"><a href="Product8a.html?productId=52" class=
             "bestSellers">Bone-In Ribeye - USDA PRIME</a></td>
217          </tr>
218
219          <tr>
220          <td width="6" height="21" align="right" valign="top"><img src=
             "../72.5.200.197/images/steaks/promo/arrow.gif" width="4" height="8" hspace="2" vspace="2"></td>
221          <td width="199" height="21" valign="top"><a href="Product482.html?productId=61" class=
             "bestSellers">Porterhouse Steaks - USDA PRIME</a></td>
222          </tr>
223
224          <tr>
225          <td width="6" height="21" align="right" valign="top"><img src=
             "../72.5.200.197/images/steaks/promo/arrow.gif" width="4" height="8" hspace="2" vspace="2"></td>
226          <td width="199" height="21" valign="top"><a href="Product2f6.html?productId=104" class=
             "bestSellers">Braised Veal Osso Buco</a></td>
```

steaks.html

```
227    </tr>
228
229    <tr>
230      <td width="6" height="21" align="right" valign="top"><img src=
"../72.5.200.197/images/steaks/promo/arrow.gif" width="4" height="8" hspace="2" vspace="2"></td>
231      <td width="199" height="21" valign="top"><a href="Product4a4.html?productid=127" class=
"bestSellers">Maryland-Style Crab Cakes</a></td>
232    </tr>
233
234    <tr>
235      <td width="6" height="21" align="right" valign="top"><img src=
"../72.5.200.197/images/steaks/promo/arrow.gif" width="4" height="8" hspace="2" vspace="2"></td>
236      <td width="199" height="21" valign="top"><a href="Product42a1.html?productid=75" class=
"bestSellers">Traditional Scottish-Style Smoked Salmon - Presliced</a></td>
237    </tr>
238
239    <tr>
240      <td width="6" height="21" align="right" valign="top"><img src=
"../72.5.200.197/images/steaks/promo/arrow.gif" width="4" height="8" hspace="2" vspace="2"></td>
241      <td width="199" height="21" valign="top"><a href="Productb0be.html?productid=162" class=
"bestSellers">West Australian Tails</a></td>
242    </tr>
243
244    <tr>
245      <td width="6" height="21" align="right" valign="top"><img src=
"../72.5.200.197/images/steaks/promo/arrow.gif" width="4" height="8" hspace="2" vspace="2"></td>
246      <td width="199" height="21" valign="top"><a href="Product9d64.html?productid=87" class=
"bestSellers">Our Stuffed Poultry Sampler</a></td>
247    </tr>
248
249    <tr>
250      <td width="6" height="21" align="right" valign="top"><img src=
"../72.5.200.197/images/steaks/promo/arrow.gif" width="4" height="8" hspace="2" vspace="2"></td>
251      <td width="199" height="21" valign="top"><a href="Product699.html?productid=136" class=
"bestSellers">Lamb Rib Chops - Frenched</a></td>
252    </tr>
253
254    </table>
255    </div>
256
257    <!-- Desserts Promo -->
258    <div id="DessertsPromo" style="position:absolute;z-index:30;top:703px;left:581px;width:205px;">
259    <table width="205" height="150" border="0" cellpadding="0" cellspacing="0" background=
"../72.5.200.197/images/steaks/backgrounds/desserts.jpg">
260    <tr>
261      <td height="50" width="50" colspan="3"><a href="findProductsa0f9.html?categoryid=55"><img src=
"../72.5.200.197/images/steaks/steaks.gif" width="205" height="205" border="0"></a></td>
262    </tr>
263    <tr>
```

Page 10 of 12

steaks.html

```
264        <td width="125" height="100"><a href="findProductsa0f9.html?categoryId=55"><img src=
           "../72.5.200.197/images/steaks/steaks.gif" width="125" height="100" border="0"></a></td>
265        <td width="10" height="100" align="right" valign="top"><img src=
           "../72.5.200.197/images/steaks/backgrounds/grayarrowtrans.gif" width="4" height="8" hspace="2"
           vspace="2"></td>
266        <td width="70" height="100" valign="top"><a href="findProductsa0f9.html?categoryId=55" class=
           "theme">The Great Steakhouse Desserts by Allen Brothers </a></td>
267        </tr>
268        </table>
269        </div>
270        <!-- Special Offers Image -->
271        <div id="PromoDivider4H" style=
           "position:absolute;z-index:30;top:869px;left:139px;width:200px;height:1px;background-color:#EFE5D4">
           <img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="200" height="1"></div>
272        <div id="PromoDivider6H" style=
           "position:absolute;z-index:30;top:869px;left:581px;width:200px;height:1px;background-color:#EFE5D4">
           <img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="200" height="1"></div>
273        <div id="DessertsPromo" style="position:absolute;z-index:30;top:883px;left:159px;width:165px;"><a
274        href="SpecialOffers.html" class="theme"><img src=
           "../72.5.200.197/images/catalog/SPECIALOFFER/4/steaks.jpg" border="0"></a></div>
275        <div id="DessertsPromo" style="position:absolute;z-index:30;top:883px;left:581px;width:205px;">
276        <table width="205" border="0" cellspacing="0" cellpadding="0">
277        <tr>
278        <td colspan="3"><a href="Catalog.html"><img src=
           "../72.5.200.197/images/steaks/promo/catalog.gif" width="205" height="40" border="0"></a></td>
279        </tr>
280        <tr>
281        <td width="92" rowpan="2"><a href="Catalog.html"><img src=
           "http://72.5.200.197/images/catalog/Covers/2005/steaks-Ai.jpg" width="92" height="109" border=
           "0"></a></td>
282        <td width="19" align="right" valign="top"><img src=
           "../72.5.200.197/images/steaks/promo/arrow.gif" width="4" height="8" hspace="8"></td>
283        <td width="94" valign="top"><a href="eCatalog.html" class="theme">Visit our online catalog</a>
284        </td>
285        </tr>
286        <tr>
287        <td align="right" valign="top"><img src="../72.5.200.197/images/steaks/promo/arrow.gif" width=
           "4" height="8" hspace="2" vspace="2"></td>
288        <td valign="top"><a href="CatalogRequest.html" class="theme">Request a catalog</a></td>
289        </tr>
290        </table>
291        </div>
292        <div id="Footer" style="position:absolute;top:1042px;left:139px; z-index:30;">
293        <table border=0 width=629 cellspacing=0 cellpadding=0>
294        <tr>
295        <td width=629 align="center"><font face="Verdana, Geneva, Arial, Helvetica, san-serif"
           size="1" color="#63247"><br>
```

steaks.html

```
296     <br>
297    <a href="AboutUs.html"><u>About Us</u></a> | <a href="PrivacyPolicy.html"><u>Privacy
       Policy</u></a> | <a href="CatalogRequest.html"><u>Catalog Request</u></a> | <a href=
       "Assistance.html"><u>Customer Service</u></a> | <a href="ContactUs.html"><u>Contact Us</u></a>
       </u></a><br>
298    <img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="3" alt="" border=
       "0"><br>
299    For questions or assistance, call 24 hours a day! (800) 957-0111<br>
300    <img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="3" alt="" border=
       "0"><br>
301    &copy; 2007 Allen Brothers, Inc., All Rights Reserved.</font><br>
302    <img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="3" alt="" border=
       "0"><br>
303    <span class="pclic">design and development by <a href="http://www.prominentconsulting.com/" target=
       "_blank" class="pclic">Prominent Consulting, LLC</a></span></td>
304    </tr>
305    <tr>
306    <td><img src="../72.5.200.197/images/steaks/steaks.gif" width=1 height="8" alt="" border=
       "0"></td>
307    </tr>
308    <tr>
309    <td align="center" class="navigationPlain">Enter your email address to receive special
       offers
310    <form name="emailOffersBean" method="GET" action="http://72.5.200.192/emailOffers.do" onsubmit="return
       submitEmailForm(this);">
311    <input type="text" name="email" maxlength="76" size="15" tabindex="3" value="&lt;enter
       email&gt;" onfocus="form.email.value='';" class="email">  <input type="image"
312    name="action"
313    src="../72.5.200.197/images/steaks/subscribe.gif"
314    alt="SUBSCRIBE"
315    border="0"
316    tabindex="4"/></form></td>
317    </tr>
318    </table>
319    </div>
320    </body>
321
322    <!-- Copyright (c) 2005 by Prominent Consulting LLC. All Rights Reserved. -->
323    <!-- Added by HTTrack --><meta http-equiv='content-type' content='text/html;charset=iso-8859-1'><!--
       /added by HTTrack -->
324    </html>
325
```

Serving.html

```
 1
 2
 3
 4
 5
 6
 7
 8
 9   <!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN" "http://www.w3.org/TR/html4/loose.dtd">
10   <html><!-- InstanceBegin template="/Templates/steaks.dwt.jsp" codeOutsideHTMLIsLocked="false" -->
11
12   <!-- Copyright (c) 2005 by Prominent Consulting LLC. All Rights Reserved. -->
13   <!-- Added by HTTrack --><meta http-equiv="content-type" content="text/html;charset=iso-8859-1"><!--
     /Added by HTTrack -->
14   <head>
15   <meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
16   <META name="description" content="Order steaks, lobsters, seafood, and desserts from the purveyor of
     America's highest-quality USDA prime steaks and beef, Allen Brothers">
17   <META name="keywords" content="steaks,steak,prime beef,beef,prime steaks,aged beef,kobe beef,angus
     beef,mail order steaks,wagyu beef,prime steak,mail order steak,aged steaks,filet mignon,beef
     wellington">
18   <!-- InstanceBeginEditable name="doctitle" -->
19   <title>Allen Brothers USDA Prime Steaks and Prime Beef</title>
20   <!-- InstanceEndEditable --><link rel="stylesheet" href="../72.5.200.197/css/steaks.css" type=
     "text/css">
21   <SCRIPT language="JavaScript" src="../72.5.200.197/js/steaks.js"></SCRIPT>
22   <!-- InstanceBeginEditable name="head" --><!-- InstanceEndEditable -->
23   </head>
24   <body bgcolor="#ffffff" vlink="#635247" alink="#635247" link="#635247" marginheight="0" marginwidth="0"
     topmargin="0" leftmargin="0" rightmargin="0" onLoad=
     "MM_preloadImages('http://72.5.200.197/images/nav/top/ordertracking-
     over.gif','http://72.5.200.197/images/nav/top/myAccount-
     over.gif','http://72.5.200.197/images/nav/top/cart-over.gif','http://72.5.200.197/images/nav/top/go-
     over.jpg','http://72.5.200.197/images/nav/top/go-
     down.gif','../72.5.200.197/images/steaks/ordertracking-
     over.gif','../72.5.200.197/images/steaks/myaccount-over.gif','../72.5.200.197/images/steaks/cart-
     over.gif','../72.5.200.197/images/steaks/shop',
     over.jpg','../72.5.200.197/images/steaks/leftnav/primesteaks-
     over.jpg','../72.5.200.197/images/steaks/leftnav/wetaged-
     over.jpg','../72.5.200.197/images/steaks/leftnav/buffalo-
     over.jpg','../72.5.200.197/images/steaks/leftnav/dryaged-
     over.jpg','../72.5.200.197/images/steaks/leftnav/never-
     over.jpg','../72.5.200.197/images/steaks/leftnav/kobe-
     over.jpg','../72.5.200.197/images/steaks/leftnav/appetizers-
     over.jpg','../72.5.200.197/images/steaks/leftnav/lamb-
     over.jpg','../72.5.200.197/images/steaks/leftnav/desserts-
     over.jpg','../72.5.200.197/images/steaks/leftnav/duck-
     over.jpg','../72.5.200.197/images/steaks/leftnav/heatandserve-
     over.jpg','../72.5.200.197/images/steaks/leftnav/lamb-
     over.jpg','../72.5.200.197/images/steaks/leftnav/pork-
     over.jpg','../72.5.200.197/images/steaks/leftnav/poultry-
```

Serving.html

```
24   over.jpg','','../72.5.200.197/images/steaks/leftnav/sausages-
     over.jpg','','../72.5.200.197/images/steaks/leftnav/seafood-
     over.jpg','','../72.5.200.197/images/steaks/leftnav/steakburgers-
     over.jpg','','../72.5.200.197/images/steaks/leftnav/veal-
     over.jpg','','../72.5.200.197/images/steaks/leftnav/newproducts-
     over.jpg','','../72.5.200.197/images/steaks/leftnav/specials-
     over.jpg','','../72.5.200.197/images/steaks/leftnav/favorites-over.jpg','')">
25   <div id="topLinks" class="topLinks"><a href="steaks.html" class="theme">Home</a> - <a href=
     "Aboutus.html" class="theme">About Us</a> - <a href="ContactUs.html" class="theme">Contact Us</a> - <a
     href="CatalogRequest.html" class="theme">Catalog Request</a> </div>
26   <div id="CompanyLogo" style="position:absolute; top:2px; left:30px; z-index:30; width:328px;
     height:50px;"><a href="steaks.html"><img src="../72.5.200.197/images/steaks/A5-logo.jpg" width="328"
     height="50" border="0"></a></div>
27   <div id="SignOff" class="siteNavigation" style="left:300px;"></div>
28   <!--<div id="OrderTracking" class="siteNavigation" style="left:350px;"><a href="OrderTracking.jsp"
     onMouseOut="MM_swapImgRestore()"
     onMouseOver="MM_swapImage('OrderTracking','','http://72.5.200.197/images/steaks/ordertracking-
     over.gif',1)"><img src="http://72.5.200.197/images/steaks/ordertracking.gif" alt="ORDER TRACKING"
     width="101" height="17" border="0"></a></div>
29   <div id="MyAccount" class="siteNavigation" style="left:456px;"><a href="MyAccount.jsp"
     onMouseOut="MM_swapImgRestore()"
     onMouseOver="MM_swapImage('MyAccount','','http://72.5.200.197/images/steaks/myaccount-over.gif',1)">
     <img src="http://72.5.200.197/images/steaks/myaccount.gif" alt="MY ACCOUNT" name="MyAccount" width="80"
     height="17" border="0"></a></div>
30   <div id="ShoppingCart" class="siteNavigation" style="top:23px; left:541px;"><a href="ShoppingCart.html"
     onMouseOut="MM_swapImgRestore()"
     onMouseOver="MM_swapImage('Cart','','../72.5.200.197/images/steaks/cart-over.gif',1)"><img src=
     "../72.5.200.197/images/steaks/cart.gif" alt="Shopping Cart" name="Cart" width="38" height="38" border=
     "0"></a></div>
31   <div id="Search" class="siteNavigation" style="left:584px;"><img src=
     "../72.5.200.197/images/steaks/search.gif" alt="Search" name="Search" width="40" height="17" border="0"
     ></div>
32   <form name="searchBean" method="GET" action="http://72.5.200.192/search.do">
33   <div id="SearchForm" class="siteNavigation" style="left:628px;width:120px;top:30px;">
34      <input type="text" name="searchString" maxlength="30" size="15" tabindex="1" value="Keyword or
        item # onfocus="form.searchString.value='';" class="search">
35   </div>
36   <div id="SearchForm" class="siteNavigation" style="left:750px;width:17px;top:32px;">
37      <input type="image"
38         name="action"
39         src="../72.5.200.197/images/steaks/gobutton.gif"
40         alt="GO"
41         border="0"
42         value="button.Submit"
43         tabindex="2"/>
44   </div>
45   </form>
46   <div id="topNavBar" class="topNavBar"></div>
47   <div id="ShopTopNav" class="topNavBarItems" style="left:1px;"><a href="Shopc631.html?categoryId=87"
     onMouseOut="MM_swapImgRestore()" onMouseOver=
```

Serving.html

```
47    "MM_swapImage('ShopTopNav','','../72.5.200.197/images/steaks/shop-over.gif',1)"><img src=
      "../72.5.200.197/images/steaks/shop.gif" alt="Shop Categories" name="ShopTopNav" width="127" height=
      "18" border="0"></a></div>
48    <div id="GiftTopNav" class="topNavBarItems" style="left:130px;"><a href=
      "findProducts5d48c.html?categoryId=103" onMouseOut="MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('GiftTopNav','','../72.5.200.197/images/steaks/gift-over.gif',1)"><img src=
      "../72.5.200.197/images/steaks/gift.gif" alt="Gift Ideas" name="GiftTopNav" width="127" height="18"
      border="0"></a></div>
49    <div id="FineDiningTopNav" class="topNavBarItems" style="left:284px; z-index:30; width:127px;
      height:18px;"><a href="FineDining.html" onMouseOut="MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('FineDiningTopNav','','../72.5.200.197/images/steaks/finedining-over.gif',1)"><img src=
      "../72.5.200.197/images/steaks/finedining.gif" alt="Fine Dining" name="FineDiningTopNav" width="127"
      height="18" border="0"></a></div>
50    <div id="CatalogTopNav" class="topNavBarItems" style="left:418px;"><a href="Catalog.html" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('CatalogTopNav','','../72.5.200.197/images/steaks/catalog-over.gif',1)"><img src=
      "../72.5.200.197/images/steaks/catalog.gif" alt="Catalog" name="CatalogTopNav" width="127" height="18"
      border="0"></a></div>
51    <div id="AssistanceTopNav" class="topNavBarItems" style="left:547px;"><a href="Assistance.html"
      onMouseOut="MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('AssistanceTopNav','','../72.5.200.197/images/steaks/assistance-over.gif',1)"><img src=
      "../72.5.200.197/images/steaks/assistance.gif" alt="Assistance" name="AssistanceTopNav" width="127"
      height="18" border="0"></a></div>
52    <div id="LeftNavigationBar" class="leftNavBar">
53    <div id="PrimeSteaks" class="shopCategory"><a href="findProducts5095.html?categoryId=90" onMouseOver=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image22','','../72.5.200.197/images/steaks/leftnav/primesteaks-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/primesteaks.jpg" alt="Prime Steaks" name="Image22" width="127"
      height="15" border="0"></a></div>
54    <div id="PrimeBeef" class="shopCategory"><a href="findProducts7a20.html?categoryId=76" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image23','','../72.5.200.197/images/steaks/leftnav/wetaged-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/wetaged.jpg" alt="Wet-Aged Beef" name="Image23" width="127"
      height="15" border="0"></a></div>
55    <div id="DryAgedBeef" class="shopCategory"><a href="findProducts7b4c.html?categoryId=50" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image24','','../72.5.200.197/images/steaks/leftnav/dryaged-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/dryaged.jpg" alt="Dry-Aged Beef" name="Image24" width="127"
      height="15" border="0"></a></div>
56    <div id="WagyuBeef" class="shopCategory"><a href="findProducts494a.html?categoryId=108" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image26','','../72.5.200.197/images/steaks/leftnav/kobe-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/kobe.jpg" alt="Kobe-style Wagyu Beef" name="Image26" width=
      "127" height="15" border="0"></a></div>
57    <div id="NeverFrozenBeef" class="shopCategory"><a href="findProducts9783.html?categoryId=60"
      onMouseOut="MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image25','','../72.5.200.197/images/steaks/leftnav/never-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/never.jpg" alt="Never Frozen Beef" name="Image25" width="127"
      height="15" border="0"></a></div>
58    <div id="Appetizers" class="shopCategory"><a href="findProductsf29f.html?categoryId=64" onMouseOut=
```

Page 3 of 12

Serving.html

```
58    "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image27','','../72.5.200.197/images/steaks/leftnav/appetizers-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/appetizers.jpg" alt="Appetizers" name="Image27" width="127"
      height="15" border="0"></a></div>
59    <div id="BuffaloVenison" class="shopCategory"><a href="findProductsbe75.html?categoryId=40" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image28','','../72.5.200.197/images/steaks/leftnav/buffalo-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/buffalo.jpg" alt="Buffalo & Venison" name="Image28" width="127"
      height="15" border="0"></a></div>
60    <div id="Desserts" class="shopCategory"><a href="findProductsa0f9.html?categoryId=55" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image29','','../72.5.200.197/images/steaks/leftnav/desserts-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/desserts.jpg" alt="Desserts" name="Image29" width="127" height=
      "15" border="0"></a></div>
61    <div id="Duck" class="shopCategory"><a href="findProductsb445.html?categoryId=33" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image30','','../72.5.200.197/images/steaks/leftnav/duck-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/duck.jpg" alt="Duck" name="Image30" width="127" height="15"
      border="0"></a></div>
62    <div id="HeatAndServeEntrees" class="shopCategory"><a href="findProductsd016.html?categoryId=32"
      onMouseOut="MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image31','','../72.5.200.197/images/steaks/leftnav/heatandserve-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/heatandserve.jpg" alt="Heat & Serve Entr&eacute;es" name=
      "Image31" width="127" height="15" border="0"></a></div>
63    <div id="Lamb" class="shopCategory"><a href="findProductsa5e2c.html?categoryId=39" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image32','','../72.5.200.197/images/steaks/leftnav/lamb-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/lamb.jpg" alt="Lamb" name="Image32" width="127" height="15"
      border="0"></a></div>
64    <div id="Pork" class="shopCategory"><a href="findProductsb598.html?categoryId=30" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image33','','../72.5.200.197/images/steaks/leftnav/pork-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/pork.jpg" alt="Pork" name="Image33" width="127" height="15"
      border="0"></a></div>
65    <div id="Poultry" class="shopCategory"><a href="findProducts393e.html?categoryId=28" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image34','','../72.5.200.197/images/steaks/leftnav/poultry-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/poultry.jpg" alt="Poultry" name="Image34" width="127" height=
      "15" border="0"></a></div>
66    <div id="SausagesAndBratwurst" class="shopCategory"><a href="findProducts6b27.html?categoryId=81"
      onMouseOut="MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image35','','../72.5.200.197/images/steaks/leftnav/sausages-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/sausages.jpg" alt="Sausages & Bratwurst" name="Image35" width=
      "127" height="15" border="0"></a></div>
67    <div id="Seafood" class="shopCategory"><a href="findProducts80ee5.html?categoryId=27" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image36','','../72.5.200.197/images/steaks/leftnav/seafood-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/seafood.jpg" alt="Seafood" name="Image36" width="127" height=
      "15" border="0"></a></div>
68    <div id="SteakBurgersAndDogs" class="shopCategory"><a href="findProducts4c62.html?categoryId=80"
```

Serving.html

```
68   onMouseOut="MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image37','','../72.5.200.197/images/steaks/leftnav/steakburgers-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/steakburgers.jpg" alt="Steak Burgers & Dogs" name="Image37"
     width="127" height="15" border="0"></a></div>
69   <div id="Veal" class="shopCategory"><a href="findProducts9ec0.html?categoryId=26" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image38','','../72.5.200.197/images/steaks/leftnav/veal-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/veal.jpg" alt="Veal" name="Image38" width="127" height="15"
     border="0"></a></div>
70   <div id="NewProducts" class="shopCategory"><a href="NewProducts.html" onMouseOut="MM_swapImgRestore()"
     onMouseOver="MM_swapImage('Image39','','../72.5.200.197/images/steaks/leftnav/newproducts-over.jpg',1)
     "><img src="../72.5.200.197/images/steaks/leftnav/newproducts.jpg" alt="New Products" name="Image39"
     width="127" height="15" border="0"></a></div>
71   <div id="Specials" class="shopCategory"><a href="findProducts4794.html?categoryId=89" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image40','','../72.5.200.197/images/steaks/leftnav/specials-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/specials.jpg" alt="Specials" name="Image40" width="127" height=
     "15" border="0"></a></div>
72   <div id="BestSellers" class="shopCategory"><a href="findProducts8f29.html?categoryId=91" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image41','','../72.5.200.197/images/steaks/leftnav/favorites-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/favorites.jpg" alt="Favorites" name="Image41" width="127"
     height="15" border="0"></a></div>
73   <div id="OptIn" class="optIn">
74   <form name="emailOffersBean" method="GET" action="http://72.5.200.192/emailOffers.do" onsubmit="return
     submitEmailForm(this);">
75   <div align="center"><img src="../72.5.200.197/images/steaks/doublehorizontal.gif" width="120"
     height="5"><br>
76   <img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
77   <img src="../72.5.200.197/images/steaks/emailsubscribe.gif" width="97" height="49" alt="" border=
     "0"><br>
78   <img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
79   <input type="text" name="email" maxlength="76" size="15" tabindex="3" value="&lt;enter
80   email&gt;" onfocus="form.email.value='';" class="email">
81   <img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
82   <input type="image"
83   name="action"
84   src="../72.5.200.197/images/steaks/subscribe.gif"
85   alt="SUBSCRIBE"
86   border="0"
87   tabindex="4"/>
88   <br>
89   <br>
90   <img src="../72.5.200.197/images/steaks/doublehorizontal.gif" width="120" height="5"> </div>
91   </form>
92   </div>
93   <div class="navigationLinks"><a class="navigationTheme" href="steaks.html">Home</a> <span class=
     "navigationPlain">&gt;</span> </div>
94   <div class="standardPage">
```

Serving.html

```
95   <table width="100%" border="0" cellpadding="0" cellpadding="0">
96   <tr>
97   <td><!-- InstanceBeginEditable name="MainBody" --><script language=javascript>
98   var catalog = ''
99   var catalog_name = ''
100  var rfx_page = '';
101  regEx = /rfx catalog=(['&=]*)(&|$)?/
102  m=regEx.exec(location.search);
103  if (m) {
104      catalog = m[1];
105  }
106
107
108  regEx = /catalog name=(['&=]*)(&|$)?/
109  m=regEx.exec(location.search);
110  if (m) {
111      catalog_name = m[1];
112  }
113
114
115  regEx = /rfx spread=(['&=]*)(&|$)?/
116  m=regEx.exec(location.search);
117  if (m) {
118      rfx_page = m[1];
119  }
120
121
122  if (catalog == '1') {
123      //if the catalog is embedded in the client site use this:
124      document.write ('<a href="catalog.jsp?rfx page=' + rfx page + '" class="theme"><img src=
         "http://72.5.200.197/images/steaks/arrowdbl_left.gif" border="0"> Return to Online Catalog
         </a><br>');
         }
125
126  </script>
127
128  <img src="../72.5.200.197/images/steaks/finedining/restaurantsbuy.jpg" width="400" height="56"><br>
129  <span class="contentsmall">The soul of every great steakhouse is extraordinary beef. And in the
     restaurant business, achieving greatness starts with serving the best. Top restaurateurs know that
     only the finest USDA Prime aged cuts create the most superior and memorable steaks.<br>
130  <br>
131  </span><span class="contentsmall">Mention Chicago Chop House, Del Frisco's, and The Prime Rib - to
     name a few - and the name Allen Brothers echoes in the background. That's because we've been
     supplying the country's top steakhouses with the finest meats for more than 110 years. They know they
     can rely on Allen Brothers to provide perfection every time - it's confidence on which they stake
     their reputations.
132  <br>
133  <br>
134  </span><span class="contentsmall"> Allen Brothers is pleased to deliver the same restaurant quality
     cuts to your home so that you can indulge in the ultimate steakhouse experience any time. It's an
     experience we guarantee you'll look forward to, again and again.
```

Serving.html

```
135    </span>
136    <br><br>
137    <br>
138    <span class="contentsmall"> Here's what America's great steakhouses have to say about Allen Brothers:
139     <br>
140    </span>
141    <table width=630 border=0 cellpadding=0 cellspacing="10">
142    <tr>
143    <td height="1" colspan="4" bgcolor="#EFE5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
       width="1" height="1"></td>
144    </tr>
145    <tr class="contentsmallcell" height=30>
146    <td width=150 align="right" valign="top"><a href=
       "http://www.abacus-restaurant.com/newsite/index.html" target=" blank"><img src=
       "../72.5.200.197/images/steaks/finedining/restaurants/old/ABACUS.gif" width="67" height="72"
       border="0"></a></td>
147    <td width=150 valign="top">"Over the years, ALLEN BROTHERS has delivered us the quality of product
       and the service that matched the aggressive and high-level goals that we've set for Abacus
       Restaurant. This Kansas City-born chef is proud to be affiliated with ALLEN BROTHERS."<br>
148    <em><br>
149    Kent Rathbun, Executive Chef/Proprietor Abacus Restaurant, Dallas TX</em></td>
150    <td width=150 align="right" valign="top"><a href=
       "http://www.buckheadrestaurants.com/home_noflash.html" target=" blank"><img src=
       "../72.5.200.197/images/steaks/finedining/restaurants/old/CHOPS.gif" width="79" height="37" border=
       "0"></a></td>
151    <td width=150 valign="top">"When you own a restaurant, there are a million things to worry about.
       But I never have to worry about the quality of ALLEN BROTHERS veal chops, lamb chops, and steaks.
       They're the best."<br>
152    <em><br>
153    Pano Karatassos, President Chops, Atlanta GA</em></td>
154    <tr> <td height="1" colspan="4" bgcolor="#EFE5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
155    width="1" height="1"></td>
156    </tr>
157    <tr class="contentsmallcell" height=30>
158    <td width="150" align="right" valign="top"><a href="http://www.delfriscos.com/" target=" blank"><
       img src="../72.5.200.197/images/steaks/finedining/restaurants/old/DELFRISCOS.gif" width="132"
       height="57" border="0"></a></td>
159    <td width="150" valign="top">"Del Frisco's Double Eagle Steak House continues to enjoy ALLEN
       BROTHERS' commitment to service and quality of products. A world-class operation."<br>
160    <em><br>
161    Dee Lincoln, Vice President/Co-founder Del Frisco's, Dallas TX</em></td>
162    <td width="150" align="right" valign="top"><a href="http://www.geneandgeorgetti.com/" target=
       " blank"><img src="../72.5.200.197/images/steaks/finedining/restaurants/old/GENE.gif" width="116"
       height="60" border="0"></a></td>
163    <td width="150" valign="top">"The people at ALLEN BROTHERS really put their hearts and souls into
       everything they do &ndash; that's why we rely on them for our finest meats."<br>
164    <em><br>
165    Tony Durpetti, President Gene & Georgetti, Chicago IL</em></td>
```

Serving.html

```
166  <tr>
167  <td height="1" colspan="4" bgcolor="#EFE5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
     width="1" height="1"></td>
168  </tr>
169  <tr class="contentsmallcell">
170  <td width="150" align="right" valign="top"><a href="http://www.michaelskeywest.com/" target=
     " blank"><img src="../72.5.200.197/images/steaks/finedining/restaurants/old/MICHAELS.gif" width=
     "139" height="53" border="0"></a></td>
171  <td width="150" valign="top">"Consistency and quality are make-or-break factors in any restaurant.
     Using ALLEN BROTHERS I am assured that both of these bases are covered."<br>
172  <em></br>
173  Michael Wilson, Chef/Owner Michaels Restaurant, Key West FL</em></td>
174  <td width="150" align="right" valign="top"><a href="http://www.sardinefactory.com/" target="_blank"
     ><img src="../72.5.200.197/images/steaks/finedining/restaurants/old/SARDINE.gif" width="115"
     height="50" border="0"></a></td>
175  <td width="150" valign="top">"Even though we are a seafood restaurant, our customers expect the
     best in prime beef. That's why we use ALLEN BROTHERS &ndash; because it is the best."<br>
176  <em></br>
177  Bert Cutino, CEC, AAC, Co-Founder Sardine Factory, Monterey CA</em></td>
178  </tr>
179  <td height="1" colspan="4" bgcolor="#EFE5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
     width="1" height="1"></td>
180  </tr>
181  <tr class="contentsmallcell">
182  <td width="150" align="right" valign="top"><a href="http://www.theprimerib.com/" target=" blank">
     <img src="../72.5.200.197/images/steaks/finedining/restaurants/old/PRIMERIB.gif" width="128"
     height="66" border="0"></a></td>
183  <td width="150" valign="top">"I've relied on three generations of the ALLEN BROTHERS family as my
     purveyor of fine meats for one reason: they only provide the best. ALLEN BROTHERS has built a
     tradition of quality that's unsurpassed."<br>
184  <em><br>
185  C.P. "Buzz" Beler, President The Prime Rib, Washington D.C.</em></td>
186  <td width="150" align="right" valign="top"><img src=
     "../72.5.200.197/images/steaks/finedining/restaurants/yoshis.jpg" width="94" height="150"></td>
187  <td width="150" valign="top">"ALLEN BROTHERS tradition of quality and service is unmatched by any
     other company."<br>
188  <em><br>
189  Chef Yoshi Katsumura, Owner Yoshi's Cafe, Chicago IL</em></td>
190  <tr>
191  <td height="1" colspan="4" bgcolor="#EFE5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
     width="1" height="1"></td>
192  </tr>
193  <tr class="contentsmallcell">
194  <td width="150" align="right" valign="top"><a href="http://www.chicagochophouse.com/" target=
     " blank"><img src="../72.5.200.197/images/steaks/finedining/restaurants/old/CHICAGO.gif" width=
     "103" height="57" border="0"></a></td>
195  <td width="150" valign="top">"We always finish high in the annual national poll for America's best
     steak houses. You earn accolades like that by serving superior, memorable steaks. ALLEN BROTHERS
     keeps us in the spotlight."<br>
196  <br>
```

Serving.html

```
197    <em>Bill Farrahi, President Chicago Chop House, Chicago IL</em></td>
198    <td width="150" align="right" valign="top"><a href="http://www.schwartzbros.com/daniels.cfm"
       target="_blank"><img src="../72.5.200.197/images/steaks/finedining/restaurants/old/DANIELS.gif"
       width="77" height="42" border="0"></a></td>
199    <td width="150" valign="top">"Our goal at Daniel's Broiler is to exceed our guests' expectations on
       each and every visit. To that end, every steak we serve is USDA Prime and ALLEN BROTHERS
       consistently meets our uncompromising standards of excellence."<br>
200    <br>
201    <em>Bill Schwartz, Chairman Daniel's Broiler, Seattle WA</em></td>
202    <tr>
203    <td height="1" colspan="4" bgcolor="#EFF5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
       width="1" height="1"></td>
204    </tr>
205    <tr class="contentsmallcell">
206    <td width="150" align="right" valign="top"><a href="http://www.eliplaceforsteak.com/" target=
       "_blank"><img src="../72.5.200.197/images/steaks/finedining/restaurants/old/ELIS.gif" width="103"
       height="72" border="0"></a></td>
207    <td width="150" valign="top">"We have customers who have been coming here for decades because they
       love our steaks. That's one of the reasons we're successful &ndash; and ALLEN BROTHERS is the
       secret of that success."<br>
208    <br>
209    <em>Marc Schulman, President Eli's &ndash; The Place for Steak, Chicago IL</em></td>
210    <td width="150" align="right" valign="top"><a href=
       "http://www.aceplaces.com/magnums/chicago/home.html" target="_blank"><img src=
       "../72.5.200.197/images/steaks/finedining/restaurants/old/MAGNUMS.gif" width="125" height="37"
       border="0"></a></td>
211    <td width="150" valign="top">"We use ALLEN BROTHERS for their commitment to quality and service, as
       we strive to achieve the goal of giving our customers the best quality food products."<br>
212    <br>
213    Norbert Skibicki, Corporate Chef Magnum's Chicago, Lombard and Rolling Meadows, IL</em></td>
214    <tr>
215    <td height="1" colspan="4" bgcolor="#EFF5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
       width="1" height="1"></td>
216    </tr>
217    <tr class="contentsmallcell">
218    <td width="150" align="right" valign="top"><img src=
       "../72.5.200.197/images/steaks/finedining/restaurants/old/SEAGERS.gif" width="140" height="26"></td
       >
219    <td width="150" valign="top">"From the beginning of our prime steak restaurant concept, there was
       one item that was absolutely certain...all prime meats must come from ALLEN BROTHERS."<br>
220    <em><br>
221    Bruce McAdoo, Executive Chef Seagar's Prime Steaks & Seafood, Destin FL and Alexandria VA</em>
       </td>
222    <td width="150" align="right" valign="top"><a href="http://www.tonysstlouis.com/" target="_blank">
       <img src="../72.5.200.197/images/steaks/finedining/restaurants/old/TONYS.gif" width="127" height=
       "67" border="0"></a></td>
223    <td width="150" valign="top">"From Sicilian Sirloin to Steak Diavola, we are committed to serving
       only the finest quality. Year after year, we rely on ALLEN BROTHERS to help us do so."<br>
224    <em><br>
225    Vincent J. Bommarito, Owner Tony's, St. Louis MO</em></td>
```

Serving.html

```
226    <tr>
227      <td height="1" colspan="4" bgcolor="#EFE5D4"><img src="../72.5.200.197/images/steaks/steaks.gif">
         width="1" height="1"></td>
228    </tr>
229    <tr class="contentsmallcell">
230      <td width="150" align="right" valign="top"><a href="http://www.n9ne.com/" target="_blank"><img src=
         "../72.5.200.197/images/steaks/finedining/restaurants/old/NINE.gif" width="134" height="70" border=
         "0"></a></td>
231      <td width="150" valign="top">"Nine Restaurants' reputation is based on quality, and we only serve
         the best. That's why I buy my Prime Aged Meat from ALLEN BROTHERS. Paired with their superior
         service and attention to detail, they are far above the competition."<br>
232        <em><br>
233        Michael Shrader, Executive Chef Nine Restaurant, Chicago IL</em></td>
234      <td width="150" align="right" valign="top"><a href="http://www.albiernats.com/" target="_blank">
         <img src="../72.5.200.197/images/steaks/finedining/restaurants/old/BIERNATS.gif" width="78" height=
         "48" border="0"></a></td>
235      <td width="150" valign="top">"After spending over 25 years in the steakhouse business, I am
         convinced that ALLEN BROTHERS provides my restaurant with the highest quality prime beef
         available."<br>
236        <em><br>
237        Al Biernat, Owner Al Biernat's, Dallas TX</em></td>
238    <tr>
239      <td height="1" colspan="4" bgcolor="#EFE5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
         width="1" height="1"></td>
240    </tr>
241    <tr class="contentsmallcell">
242      <td width="150" align="right" valign="top"><a href="http://www.saloonsteakhouse.com./" target=
         "_blank"><img src="../72.5.200.197/images/steaks/finedining/restaurants/old/SALOON.gif" width="92"
         height="33" border="0"></a></td>
243      <td width="150" valign="top">"We cater to some of the most discerning clientele in the country.
         Whether it's Wagyu or USDA Prime cuts, ALLEN BROTHERS provides us with the finest beef available."
         <br>
244        <em><br>
245        Corey Shoemaker, Executive Chef Saloon Steakhouse, Chicago IL</em></td>
246      <td width="150" align="right" valign="top"><a href="http://www.theforge.com/" target="_blank"><img
         src="../72.5.200.197/images/steaks/finedining/restaurants/old/FORGE.gif" width="74" height="34"
         border="0"></a></td>
247      <td width="150" valign="top">"I'm a perfectionist - and I'll only work with people who are the
         same. I know when I receive lamb chops, veal, and steaks from ALLEN BROTHERS, they'll be perfect."
         <br>
248        <em><br>
249        Shariff Malnik, Owner The Forge, Miami FL</em></td>
250    <tr>
251      <td height="1" colspan="4" bgcolor="#EFE5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
         width="1" height="1"></td>
252    </tr>
253    <tr class="contentsmallcell">
254      <td width="150" align="right" valign="top"><img src=
         "../72.5.200.197/images/steaks/finedining/restaurants/old/PROVIDENCE.gif" width="62" height="80">
         </td>
```

Serving.html

```
255    <td width="150" valign="top">It's all about relationships in the restaurant business -- with our
       customers as well as our suppliers. ALLEN BROTHERS has been a consistent source of unmatched
       quality, professionalism and dedicated service."<br>
256    <em><br>
257    Micheal Degnan, Managing Partner, Providence Prime,<br>
258    Providence, RI</em></td>
259    <td width="150" align="right" valign="top"><a href="http://www.coleschophouse.citysearch.com/"
       target="_blank"><img src="../72.5.200.197/images/steaks/finedining/restaurants/old/COLES.gif"
       width="32" height="32" border="0"></a></td>
260    <td width="150" valign="top">"Cole's Chop House prides itself on serving only the finest
       Midwestern, corn-fed beef. That is why we work with ALLEN BROTHERS to age and hand-select all of
       the USDA Prime steaks that we feature at Cole's Chop House."<br>
261    <em><br>
262    Greg Cole, Chef and Owner Cole's Chop House, Napa CA</em></td>
263    </tr>
264    <td height="1" colspan="4" bgcolor="#BFE5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
       width="1" height="1"></td>
265    </tr>
266    <tr class="contentsmallcell">
267    <td width="150" align="right" valign="top"><img src=
       "../72.5.200.197/images/steaks/finedining/restaurants/old/STETSONS.gif" width="111" height="15">
       </td>
268    <td width="150" valign="top">Stetson's<br>
269    <em><br>
270    Chicago ILc</em></td>
271    <td width="150" align="right" valign="top"></td>
272    <td width="150" valign="top"></td>
273    </table>
274    <!-- InstanceEndEditable --></td>
275    </tr>
276    <tr valign="top">
277    <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="40"></td>
278    </tr>
279    <tr>
280    <td width=629 align="center" class="navigationPlain"><a href="AboutUs.html">About Us</a> | <a href=
       "PrivacyPolicy.html">Privacy Policy</a> | <a href="CatalogRequest.html">Catalog Request</a> | <a
       href="Assistance.html">Customer Service</a> | <a href="ContactUs.html">Contact Us</a><br>
281    For questions or assistance, call weekdays 8 AM to 5 PM CST &#8212; (800) 548-7777<br>
282    &copy; 2007 Allen Brothers, Inc., All Rights Reserved.</font><br>
283    design and development by <a href="http://www.prominentconsulting.com/" target="_blank">Prominent
       Consulting, LLc</a></td>
284    </tr>
285    <tr>
286    <td width=629 align="center" class="navigationPlain" valign="baseline">Enter your email address
       to receive special offers<br><form name="emailOffersBean" method="GET" action=
       "http://72.5.200.192/emailOffers.do" onsubmit="return submitEmailForm(this);"><input type=
       "text" name="email" maxlength="76" size="15" tabindex="3" value="&lt;enter email&gt;" onfocus=
       "form.email.value='';" class="email"> <input type="image" name="action" src=
       "../72.5.200.197/images/steaks/subscribe.gif" alt="SUBSCRIBE" border="0" tabindex="0"/></form>
       </td>
```

Serving.html

```
287        </tr>
288     </table>
289     </div>
290    </body>
291    <!-- InstanceEnd -->
292    <!-- Copyright (c) 2005 by Prominent Consulting LLC. All Rights Reserved. -->
293    <!-- Added by HTTrack --><meta http-equiv="content-type" content="text/html;charset=iso-8859-1"><!--
       /Added by HTTrack -->
294    </html>
295
```

ContactUs.html

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14    <!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN" "http://www.w3.org/TR/html4/loose.dtd">
15    <html><!-- InstanceBegin template="/Templates/steaks.dwt.jsp" codeOutsideHTMLisLocked="false" -->
16
17    <!-- Copyright (c) 2005 by Prominent Consulting LLC. All Rights Reserved. -->
18    <!-- Added by HTTrack --><meta http-equiv="content-type" content="text/html;charset=iso-8859-1"><!--
      /Added by HTTrack -->
19    <head>
20    <meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
21    <META name="description" content="Order steaks, lobsters, seafood, and desserts from the purveyor of
      America's highest-quality USDA prime steaks and beef, Allen Brothers">
22    <META name="keywords" content="steaks,steak,prime beef,beef,prime steaks,aged beef,kobe beef,angus
      beef,mail order steaks,wagyu beef,prime steak,mail order steak,aged steaks,filet mignon,beef
      wellington">
23    <!-- InstanceBeginEditable name="doctitle" -->
24    <title>Allen Brothers USDA Prime Steaks and Prime Beef</title>
25    <!-- InstanceEndEditable --><link rel="stylesheet" href="../72.5.200.197/css/steaks.css" type=
      "text/css">
26    <SCRIPT language="JavaScript" src="../72.5.200.197/js/steaks.js"></SCRIPT>
27    <!-- InstanceBeginEditable name="head" --><!-- InstanceEndEditable -->
28    </head>
29    <body bgcolor="#ffffff" vlink="#635247" alink="#635247" link="#635247" marginheight="0" marginwidth="0"
      topmargin="0" leftmargin="0" rightmargin="0" onload=
      "MM_preloadImages('http://72.5.200.197/images/nav/top/ordertracking-
      over.gif','http://72.5.200.197/images/nav/top/myAccount-
      over.gif','http://72.5.200.197/images/nav/top/cart-over.gif','http://72.5.200.197/images/nav/top/go-
      over.jpg','http://72.5.200.197/images/nav/top/go-
      down.gif','../72.5.200.197/images/steaks/ordertracking-
      over.gif','../72.5.200.197/images/steaks/myaccount-over.gif','../72.5.200.197/images/steaks/cart-
      over.gif','../72.5.200.197/images/steaks/shop-
      over.gif','../72.5.200.197/images/steaks/leftnav/primesteaks-
      over.jpg','../72.5.200.197/images/steaks/leftnav/wetaged-
      over.jpg','../72.5.200.197/images/steaks/leftnav/dryaged-
      over.jpg','../72.5.200.197/images/steaks/leftnav/never-
      over.jpg','../72.5.200.197/images/steaks/leftnav/kobe-
      over.jpg','../72.5.200.197/images/steaks/leftnav/appetizers-
      over.jpg','../72.5.200.197/images/steaks/leftnav/buffalo-
      over.jpg','../72.5.200.197/images/steaks/leftnav/desserts-
```

findProductse533.html

```
884     <a href="Product383d.html?productId=226&amp;categoryId=63">
885       <img src="../72.5.200.197/images/catalog/B1456-C/4/steaks.jpg" width="205" height=
        "205" border="0">
886     </a>
887     </td>
888     <td width="1" rowspan="2"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1"
        height="205" border="0"></td>
889     <td valign="top"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height=
        "4" border="0"><br>
890     <font size="2" class="prodDesc">
891
892     <!--product name-->
893     <b><a href="Product383d.html?productId=226&amp;categoryId=63" class="prodTitlite">Wagyu
        Steak Burgers</a></b><br>
894
895     <!--product description-->
896     We hand-select Allen Brothers Wagyu beef to make the world's finest hamburger - or to
        be more accurate, "Wagyu Steak Burger."
897     <br>
898     <br>
899     <a href="Product383d.html?productId=226&amp;categoryId=63" onMouseOut=
        "MM_swapImgRestore()" onMouseOver=
        "MM_swapImage('ViewDetails226','','../72.5.200.197/images/steaks/viewdetails-
        over.gif',1)">
900       <img src="../72.5.200.197/images/steaks/viewdetails.gif" alt="view details" name=
        "ViewDetails226" width="64" height="10" border="0">
901     </a></font>
902     </tr>
903     <tr>
904     <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0">
        <br>
905     <!--conditional: begin size drop-down-->
906     <table border="0" cellpadding="2" cellspacing="0">
907     <tr>
908     <td><font size="2">
909       <font class="addToCartError"></font>
910       <br>
911       <br>
912
913       <select name="selectedItem" class="selectDropDown215"><option value="">Select
        product</option>
914
915     <option value="346">24 burgers - 4 oz. ea. - $84.95</option>
916
917     <option value="347">16 burgers - 6 oz. ea. - $84.95</option>
918
919     <option value="348">12 burgers - 8 oz. ea. - $84.95</option>
920
921     <option value="690">12 burgers - 10 oz. ea. - $89.95</option></select>
922
```

findProductse533.html

```
923                    </font></td>
924                 </tr>
925                 <tr>
926                    <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="2"
                       border="0"></td>
927                 </tr>
928              <!--end size drop-down-->
929              <table border="0" cellpadding="2" cellspacing="0">
930                 <tr>
931                    <td><img src="../72.5.200.197/images/steaks/qty_input.gif" width="15" height="20"
                       border="0"></td>
932                    <td>
933                       <input type="text" name="quantity" maxlength="2" size="2" value="" class=
934                       "prodQuantityInput">
935                    </td>
936                    <td>
937                    <input type="hidden" name="productId" value="226">
938                    <input type="hidden" name="categoryId" value="63">
939                    <input type="hidden" name="shipTo" value="Me">
940                    <input type="hidden" name="referringPage" value="category">
941                    <input type=image
942                       name="AddToCart226"
943                       src="../72.5.200.197/images/steaks/add.gif"
944                       alt="Add To Cart"
945                       border="0"
946                       value="button_Submit"
947                       onMouseOut="MM_swapImgRestore()"
948                       onMouseOver=
                       "MM_swapImage('AddToCart226','','../72.5.200.197/images/steaks/addtocart-
                       over.gif',1)"
                       id="AddToCart226"/>
949                    </td>
950                 </tr>
951                 </table></td>
952              </tr>
953              </table>
954           </td>
955        </tr>
956     </td>
957  </tr>
958  </form>
959  <!--end product row-->
960
961
962
963
964  <!--begin product row-->
965  <form name="addToCartBean" method="GET" action="http://72.5.200.192/addToCart.do">
966
967
```

Page 26 of 49

findProductsse533.html

```
968   <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="7"
      border="0"></td></tr>
969   <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="627"
      height="1" border="0"></td></tr>
970   <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="3"
      border="0"></td></tr>
971   <tr>
972   <td colspan="3">
973
974   <table border="0" cellpadding="0" cellspacing="0">
975   <tr>
976   <!--small product photo-->
977   <td rowspan="2" align="center" valign="top">
978   <a href="Productc0c9.html?productId=238&amp;categoryId=63">
979   <img src="../72.5.200.197/images/catalog/AB-P6A/4/steaks.jpg" width="205" height=
      "205" border="0">
980   </a>
981   </td>
982   <td width="1" rowspan="2"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1"
      height="205" border="0"></td>
983   <td valign="top"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height=
      "4" border="0"><br>
984   <font size="2" class="prodDesc">
985
986   <!--product name-->
987   <b><a href="Productc0c9.html?productId=238&amp;categoryId=63" class="prodHiLite">Wagyu
      Bulk Ground Beef</a></b><br>
988
989   <!--product description-->
990   With our delicious, bulk-quantity Wagyu ground beef, you can choose your own serving
      size and add Allen Brothers flavor to your own dishes, such as pasta sauces, meatloaf,
      and casseroles or use in your favorite burger recipes.
991   <br>
992   <br>
993   <a href="Productc0c9.html?productId=238&amp;categoryId=63" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('ViewDetails238','','../72.5.200.197/images/steaks/viewdetails-
      over.gif',1)">
994   <img src="../72.5.200.197/images/steaks/viewdetails.gif" alt="view details" name=
      "ViewDetails238" width="64" height="10" border="0">
995   </a></font>
996   </tr>
997   <tr>
998   <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0">
      <br>
999   <!--conditional: begin size drop-down-->
1000  <table border="0" cellpadding="2" cellspacing="0">
1001  <tr>
1002  <td><font size="2">
1003  <font class="addToCartError"></font>
```

Page 27 of 49

findProducts33.html

```
1004                         <br>
1005                         <br>
1006
1007                         <font class="lineItem">6 pkgs. .. 1 lb. ea. - $84.95</font>
1008                         <input type="hidden" name="selectedItem" value="401">
1009
1010                     </font></td>
1011                 </tr>
1012                 <tr>
1013                     <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="2"
                         border="0"></td>
1014                 </tr>
1015             </table>
1016             <!--end size drop-down-->
1017             <table border="0" cellpadding="2" cellspacing="0">
1018                 <tr>
1019                     <td><img src="../72.5.200.197/images/steaks/qty_input.gif" width="15" height="20"
                         border="0"></td>
1020                     <td>
1021                         <input type="text" name="quantity" maxlength="2" size="2" value="" class=
                             "prodQuantityInput">
1022                     </td>
1023                     <td>
1024                         <input type="hidden" name="productId" value="238">
1025                         <input type="hidden" name="categoryId" value="63">
1026                         <input type="hidden" name="shipTo" value="Me">
1027                         <input type="hidden" name="referringPage" value="category">
1028                         <input type="image"
1029                             name="AddToCart238"
1030                             src="../72.5.200.197/images/steaks/add.gif"
1031                             alt="Add To Cart"
1032                             border="0"
1033                             value="button.Submit"
1034                             onMouseOut="MM_swapImgRestore()"
1035                             onMouseOver=
                                 "MM_swapImage('AddToCart238','','../72.5.200.197/images/steaks/addtocart-
                                 over.gif',1)"
                                 id="AddToCart238"/>
1036                     </td>
1037                 </tr>
1038             </table></td>
1039         </tr>
1040     </table>
1041             </td>
1042         </tr>
1043     </form>
1044
1045 <!--end product row-->
```

Page 28 of 49

findProductse533.html

```
1049
1050
1051
1052  <!--begin product row-->
1053  <form name="addToCartBean" method="GET" action="http://72.5.200.192/addToCart.do">
1054
1055  <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="7"
      border="0"></td></tr>
1056  <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="627"
      height="1" border="0"></td></tr>
1057  <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="3"
      border="0"></td></tr>
1058  <tr>
1059  <td colspan="3">
1060
1061  <table border="0" cellpadding="0" cellspacing="0">
1062  <tr>
1063  <!--small product photo-->
1064  <td rowspan="2" align="center" valign="top">
1065  <a href="Product6bf5.html?productId=342&amp;categoryId=63">
1066  <img src="../72.5.200.197/images/catalog/2006/fall/39/B/4/steaks.jpg" width="205"
      height="205" border="0">
1067  </a>
1068  </td>
1069  <td width="1" rowspan="2"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1"
      height="205" border="0"></td>
1070  <td valign="top"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height=
      "4" border="0"><br>
1071  <font size="2" class="prodDesc">
1072  <!--product name-->
1073  <b><a href="Product6bf5.html?productId=342&amp;categoryId=63" class="prodHiLite">Wagyu
1074  Corned Beef Hash</a></b><br>
1075  <!--product description-->
1076  This exceptional corned beef hash is made from Allen
1077  Brothers' exclusive Wagyu brisket, hand-chopped, then
1078  mixed with potatoes, onion, garlic, and spices. Breakfast
1079  will never be the same!
1080  <br> <br><img src="http://steaks.allenbrothers.com/images/steaks/hs.gif" width="36" height="16">
1081  <br>
1082  <br>
1083  <a href="Product6bf5.html?productId=342&amp;categoryId=63" onMouseOut=
1084  "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('ViewDetails342','','../72.5.200.197/images/steaks/viewdetails-
      over.gif',1)">
1085  <img src="../72.5.200.197/images/steaks/viewdetails.gif" alt="view details" name=
      "ViewDetails342" width="64" height="10" border="0">
1086  </a></font>
1087  </tr>
```

findProductse533.html

```
1088    <tr>
1089      <td><img src=".../72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0">
          <br>
1090    <!--conditional: begin size drop-down-->
1091    <table border="0" cellpadding="2" cellspacing="0">
1092      <tr>
1093        <td><font size="2">
1094          <font class="addToCartError"></font>
1095          <br>
1096          <br>
1097
1098          <font class="lineItem">4 pkgs. - 14 oz. ea. - $94.95</font>
1099        <input type="hidden" name="selectedItem" value="729">
1100
1101        </font></td>
1102      </tr>
1103      <tr>
1104        <td><img src=".../72.5.200.197/images/steaks/steaks.gif" width="1" height="2"
            border="0"></td>
1105      </tr>
1106    </table>
1107    <!--end size drop-down-->
1108    <table border="0" cellpadding="2" cellspacing="0">
1109      <tr>
1110        <td><img src=".../72.5.200.197/images/steaks/qty_input.gif" width="15" height="20"
            border="0"></td>
1111
1112        <td>        <input type="text" name="quantity" maxlength="2" size="2" value="" class=
                       "prodQuantityInput">
1113        </td>
1114        <td>
1115          <input type="hidden" name="productId" value="342">
1116          <input type="hidden" name="categoryId" value="63">
1117          <input type="hidden" name="shipTo" value="Me">
1118          <input type="hidden" name="referringPage" value="category">
1119          <input type="image
1120                 name="AddToCart342"
1121          src=".../72.5.200.197/images/steaks/add.gif"
1122          alt="Add To Cart"
1123          border="0"
1124                   value="button.Submit"
1125                 onMouseOut="MM_swapImgRestore()"
1126                 onMouseOver=
                     "MM_swapImage('AddToCart342','','.../72.5.200.197/images/steaks/addtocart-
                     over.gif',1)"
                     id="AddToCart342"/>
1127
1128        </td>
1129      </tr>
1130    </table></td>
1131  </tr>
```

findProductsse533.html

```
1132           </table>
1133
1134     </td>
1135   </tr>
1136
1137   </form>
1138
1139   <!--end product row-->
1140
1141
1142
1143   <!--begin product row-->
1144   <form name="addToCartBean" method="GET" action="http://72.5.200.192/addToCart.do">
1145
1146   <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="7" border="0"></td></tr>
1147   <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="627" height="1" border="0"></td></tr>
1148   <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="3" border="0"></td></tr>
1149   <tr>
1150     <td colspan="3">
1151
1152       <table border="0" cellpadding="0" cellspacing="0">
1153       <tr>
1154       <!--small product photo-->
1155       <td rowspan="2" align="center" valign="top">
1156       <a href="Productb298.html?productId=111&amp;categoryId=63">
1157       <img src="../72.5.200.197/images/catalog/2006/fall/43/E/4/steaks.jpg" width="205" height="205" border="0">
1158       </a>
1159       </td>
1160       <td width="1" rowspan="2"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="205" border="0"></td>
1161       <td valign="top"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="4" border="0"><br>
1162       <font size="2" class="prodDesc">
1163
1164       <!--product name-->
1165       <b><a href="Productb298.html?productId=111&amp;categoryId=63" class="prodHilite">Wagyu Corned Beef Brisket</a></b><br>
1166
1167       <!--product description-->
1168       This gourmet corned beef brisket is unlike any other. Made from our Wagyu beef brisket, it is cured to exacting specifications for optimum tenderness and flavor.
1169       <br> <br><img src="http://steaks.allenbrothers.com/images/steaks/hs.gif" width="36" height="16">
1170       <br>
1171       <br>
1172       <a href="Productb298.html?productId=111&amp;categoryId=63" onMouseOut= "MM_swapImgRestore()" onMouseOver=
```

findProduct.se533.html

```
1172        "MM_swapImage('ViewDetails111','','../72.5.200.197/images/steaks/viewdetails-
            over.gif',1)">
1173        <img src="../72.5.200.197/images/steaks/viewdetails.gif" alt="view details" name=
            "ViewDetails111" width="64" height="10" border="0">
1174        </a></font>
1175        </tr>
1176        <tr>
1177        <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0">
            <br>
1178        <!--conditional: begin size drop-down-->
1179        <table border="0" cellpadding="2" cellspacing="0">
1180        <tr>
1181        <td><font size="2">
1182        <font class="addToCartError"></font>
1183        <br>
1184        <br>
1185        <br>
1186        <font class="lineItem">1 brisket - 2&frac12; to 3 lbs. ea.  - $59.95</font>
1187        <input type="hidden" name="selectedItem" value="167">
1188
1189
1190        </font>
1191        </tr>
1192        <tr>
            <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="2"
            border="0"></td>
1193        </tr>
1194        </table>
1195        <!--end size drop-down-->
1196        <table border="0" cellpadding="2" cellspacing="0">
1197        <tr>
1198        <td><img src="../72.5.200.197/images/steaks/qty_input.gif" width="15" height="20"
            border="0"></td>
1199        <td>
1200        <input type="text" name="quantity" maxlength="2" size="2" value="" class=
            "prodQuantityInput">
1201        </td>
1202        <td>
1203        <input type="hidden" name="productId" value="111">
1204        <input type="hidden" name="categoryId" value="63">
1205        <input type="hidden" name="shipTo" value="Me">
1206        <input type="hidden" name="referringPage" value="category">
1207        <input type=image
1208              name="AddToCart111"
1209        src="../72.5.200.197/images/steaks/add.gif"
1210        alt="Add To Cart"
1211        border="0"
1212              value="button.Submit"
1213        onMouseOut="MM_swapImgRestore()"
1214        onMouseOver=
            "MM_swapImage('AddToCart111','','../72.5.200.197/images/steaks/addtocart-
```

findProducts533.html

```
1214                                over.gif',1)"
1215                                id="AddToCart111"/>
1216
1217                          </td>
1218                        </tr>
1219                      </table></td>
1220                    </tr>
1221                  </table>
1222
1223              </td>
1224            </tr>
1225          </form>
1226
1227          <!--end product row-->
1228
1229
1230
1231          <!--begin product row-->
1232          <form name="addToCartBean" method="GET" action="http://72.5.200.192/addToCart.do">
1233          <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="7"
1234          border="0"></td></tr>
1235          <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="627"
               height="1" border="0"></td></tr>
1236          <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="3"
               border="0"></td></tr>
1237          <tr>
1238            <td colspan="3">
1239
1240              <table border="0" cellpadding="0" cellspacing="0">
1241                <tr>
1242                  <!--small product photo-->
1243                  <td rowspan="2" align="center" valign="top">
1244                    <a href="ProductBB23.html?productId=112&amp;categoryId=63">
1245                      <img src="../72.5.200.197/images/catalog/2006/fall/43/F/4/steaks.jpg" width="205"
                          height="205" border="0">
1246                    </a>
1247                  </td>
1248                  <td width="1" rowspan="2"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1"
                      height="205" border="0"></td>
1249                  <td valign="top"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height=
                      "4" border="0"><br>
1250                    <font size="2" class="prodDesc">
1251                      <!--product name-->
1252                      <b><a href="ProductBB23.html?productId=112&amp;categoryId=63" class="prodHiLite">Wagyu
1253                      Pastrami Beef Brisket</a></b><br>
1254                      <!--product description-->
1255                      Allen Brothers extraordinary Wagyu corned beef brisket is coated with salt, fresh
1256
```

findProductse533.html

```
1256
1257    garlic, peppercorns, coriander, and other spices to create a magnificent new version
        of a traditional favorite.
1257    <br> <br><img src="http://steaks.allenbrothers.com/images/steaks/hs.gif" width="36" height="16">
1258    <br>
1259    <br>
1260    <a href="ProductId112&amp;categoryId=63" onMouseOut=
        "MM_swapImgRestore()" onMouseOver=
        "MM_swapImage('ViewDetails112','','../72.5.200.197/images/steaks/viewdetails-
        over.gif',1)">
1261    <img src="../72.5.200.197/images/steaks/viewdetails.gif" alt="view details" name=
        "ViewDetails112" width="64" height="10" border="0">
1262    </a></font>
1263    </tr>
1264    <tr>
1265    <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0">
        <br>
1266    <!--conditional; begin size drop-down-->
1267    <table border="0" cellpadding="2" cellspacing="0">
1268    <tr>
1269    <td><font size="2">
1270    <font class="addToCartError"></font>
1271    <br>
1272    <br>
1273
1274    <font class="lineItem">1 brisket - 2&frac12; to 3 lbs.  ea.  -  $59.95</font>
1275    <input type="hidden" name="selectedItem" value="168">
1276
1277    </font></td>
1278    </tr>
1279    <tr>
1280    <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="2"
        border="0"></td>
1281    </tr>
1282    </table>
1283    <!--end size drop-down-->
1284    <table border="0" cellpadding="2" cellspacing="0">
1285    <tr>
1286    <td><img src="../72.5.200.197/images/steaks/qty_input.gif" width="15" height="20"
        border="0"></td>
1287    <td>
1288    <input type="text" name="quantity" maxlength="2" size="2" value="" class=
        "prodQuantityInput">
1289    </td>
1290    <td>
1291    <input type="hidden" name="productId" value="112">
1292    <input type="hidden" name="categoryId" value="63">
1293    <input type="hidden" name="shipTo" value="Me">
1294    <input type="hidden" name="referringPage" value="category">
1295    <input type=image
        name="AddToCart112"
1296    name="AddToCart112"
```

findProducts533.html

```
1297        src="../72.5.200.197/images/steaks/add.gif"
1298        alt="Add To Cart"
1299        border="0"
1300        value="button.Submit"
1301        onMouseOut="MM_swapImgRestore()"
1302        onMouseOver=
            "MM_swapImage('AddToCart12','','../72.5.200.197/images/steaks/addtocart-
            over.gif',1)"
            id="AddToCart12"/>
1303        </td>
1304        </tr>
1305        </table></td>
1306        </tr>
1307        </table>
1308
1309
1310      </td>
1311      </tr>
1312
1313      </form>
1314
1315      <!--end product row-->
1316
1317
1318
1319      <!--begin product row-->
1320      <form name="addToCartBean" method="GET" action="http://72.5.200.192/addToCart.do">
1321
1322      <tr><td colspan="1"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="7"
            border="0"></td></tr>
1323      <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="627"
            height="1" border="0"></td></tr>
1324      <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="3"
            border="0"></td></tr>
1325      <tr>
1326      <td colspan="3">
1327
1328      <table border="0" cellpadding="0" cellspacing="0">
1329      <tr>
1330      <!--small product photo-->
1331      <td rowspan="2" align="center" valign="top">
1332      <a href="Product.iref.html?productId=281&amp;categoryId=63">
1333          <img src="../72.5.200.197/images/catalog/TTSD-DWPB/4/steaks.jpg" width="205"
                height="205" border="0">
1334      </a>
1335      </td>
1336      <td width="1" rowspan="2"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1"
            height="205" border="0"></td>
1337      <td valign="top"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height=
            "4" border="0"><br>
1338      <font size="2" class="prodDesc">
```

Page 35 of 49

findProductsrc533.html

```
1339              <!--product name-->
1340              <b><a href="Productiref.html?productId=281&amp;categoryId=63" class="prodHilite">
1341              David's Old World Wagyu Pastrami Brisket</a></b><br>

1342              <!--product description-->
1343              David's New York style pastrami was created by radio personalities, Rachel and David
1344              Michael Cane, hosts of "A Matter of Taste", a culinary travel show, heard in the San
                  Francisco Bay Area.  For these exclusive recipes, David used Allen Brothers' Wagyu
                  Beef.

1345  <br> <br><br><img src="http://steaks.allenbrothers.com/images/steaks/hs.gif" width="36" height="16">
1346              <br>
1347              <br>
1348              <a href="Productiref.html?productId=281&amp;categoryId=63" onMouseOut=
                  "MM_swapImgRestore()" onMouseOver=
                  "MM_swapImage('ViewDetails281','','../72.5.200.197/images/steaks/viewdetails-
                  over.gif',1)">
1349              <img src="../72.5.200.197/images/steaks/viewdetails.gif" alt="view details" name=
                  "ViewDetails281" width="64" height="10" border="0">
1350              </a></font>
1351              </tr>
1352              <tr>
1353              <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0">

1354              <br>
1355              <!--conditional: begin size drop-down-->
1356              <table border="0" cellpadding="2" cellspacing="0">
1357              <tr><font size="2">
1358              <font class="addToCartError"></font>
1359              <br>
1360              <br>
1361
1362              <font class="lineItem">1 to 3 pcs. - 2&frac12; to 3 lbs.  -  $89.95</font>
1363              <input type="hidden" name="selectedItem" value="582">
1364
1365              </font></td>
1366              </tr>
1367              <tr>
1368              <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="2"
                  border="0"></td>
1369              </tr>
1370              <!--end size drop-down-->
1371              </table>
1372              <table border="0" cellpadding="2" cellspacing="0">
1373              <tr>
1374              <td><img src="../72.5.200.197/images/steaks/qty_input.gif" width="15" height="20"
                  border="0"></td>
1375              <input type="text" name="quantity" maxlength="2" size="2" value="" class=
1376              "prodQuantityInput">
```

Page 36 of 49

```
findProductse533.html
1377                    </td>
1378                    <td>
1379                      <input type="hidden" name="productId" value="281">
1380                      <input type="hidden" name="categoryId" value="63">
1381                      <input type="hidden" name="shipTo" value="Me">
1382                      <input type="hidden" name="referringPage" value="category">
1383                      <input type=image
1384                            name="AddToCart281"
1385                            src="../72.5.200.197/images/steaks/add.gif"
1386                            alt="Add To Cart"
1387                            border="0"
1388                            value="button_Submit"
1389                            onMouseOut="MM_swapImgRestore()"
1390                            onMouseOver=
                              "MM_swapImage('AddToCart281','',' ../72.5.200.197/images/steaks/addtocart-
                              over.gif',1)"
                            id="AddToCart281"/>
1391                    </td>
1392                  </tr>
1393                </table></td>
1394
1395
1396              </tr>
1397            </table>
1398
1399          </td>
1400        </tr>
1401
1402      </form>
1403      <!--end product row-->
1404
1405
1406
1407      <!--begin product row-->
1408      <form name="AddToCartBean" method="GET" action="http://72.5.200.192/AddToCart.do">
1409
1410        <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="7"
            border="0"></td></tr>
1411        <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="627"
            height="1" border="0"></td></tr>
1412        <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="3"
            border="0"></td></tr>
1413        <tr>
1414          <td colspan="3">
1415
1416            <table border="0" cellpadding="0" cellspacing="0">
1417              <tr>
1418                <!--small product photo-->
1419                <td rowspan="2" align="center" valign="top">
1420                  <a href="productb7ec.html?productId=282&amp;categoryId=63">
1421                    <img src="../72.5.200.197/images/catalog/T=SD-DWPNSR/4/steaks.jpg" width="205"
```

findProductsse533.html

```
1421              height="205" border="0">
1422          </a>
1423          </td>
1424          <td width="1" rowspan="2"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="205" border="0"></td>
1425          <td valign="top"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="4" border="0"><br>
1426          <font size="2" class="prodDesc">
1427
1428          <!--product name-->
1429          <b><a href="ProductB7ec.html?productId=28&amp;categoryId=63" class="prodHiLite">
               David's Old World Wagyu Pastrami Navel Short Rib</a></b><br>
1430
1431          <!--product description-->
1432          David's New York style pastrami was created by radio personalities, Rachel and David
               Michael Cane, hosts of "A Matter of Taste", a culinary travel show, heard in the San
               Francisco Bay Area.  For these exclusive recipes, David used Allen Brothers' Wagyu
               Beef
1433          <br> <br><img src="http://steaks.allenbrothers.com/images/steaks/hs.gif" width="16" height="16">
1434          <br>
1435          <br>
1436          <a href="ProductB7ec.html?productId=28&amp;categoryId=63" onMouseOut=
               "MM_swapImgRestore()" onMouseOver=
               "MM_swapImage('ViewDetails28','','../72.5.200.197/images/steaks/viewdetails-
               over.gif',1)">
1437          <img src="../72.5.200.197/images/steaks/viewdetails.gif" alt="view details" name=
               "ViewDetails28" width="64" height="10" border="0">
1438          </a></font>
1439          </tr>
1440          <tr>
1441          <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0">
1442          <br>
1443          <!--conditional: begin size drop-down-->
1444          <table border="0" cellpadding="2" cellspacing="0">
1445          <tr>
1446          <td><font size="2">
1447          <font class="addToCartError"></font>
1448          <br>
1449          <br>
1450
1451          <font class="lineItem">1 to 3 pcs. - 2&frac12; to 3 lbs. - $109.95</font>
1452          <input type="hidden" name="selectedItem" value="583">
1453
1454          </font></td>
1455          </tr>
1456          <tr>
1457          <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="2"
               border="0"></td>
1458          </tr>
             </table>
```

Page 38 of 49

```
findProductse531.html

1459        <!--end size drop-down-->
1460        <table border="0" cellpadding="2" cellspacing="0">
1461         <tr>
1462          <td><img src="../72.5.200.197/images/steaks/qty_input.gif" width="15" height="20"
            border="0"></td>
1463          <td>
1464           <input type="text" name="quantity" maxlength="2" size="2" value="" class=
             "prodQuantityInput">

1465          </td>
1466          <td>
1467           <input type="hidden" name="productId" value="282">
1468           <input type="hidden" name="categoryId" value="63">
1469           <input type="hidden" name="shipTo" value="Me">
1470           <input type="hidden" name="referringPage" value="category">
1471           <input type=image
1472                  name="AddToCart282"
1473           src="../72.5.200.197/images/steaks/add.gif"
1474           alt="Add To Cart"
1475           border="0"
1476                  value="button.Submit"
1477                  onMouseOut="MM_swapImgRestore()"
1478                  onMouseOver=
              "MM_swapImage('AddToCart282','','../72.5.200.197/images/steaks/addtocart-
              over.gif',1)"
1479                  id="AddToCart282"/>


1480          </td>
1481         </tr>
1482        </table></td>
1483       </tr>
1484      </table>


1485     </td>
1486    </tr>
1487   </form>


1488   <!--end product row-->


1489   <!--begin product row-->
1490   <form name="addToCartBean" method="GET" action="http://72.5.200.192/addToCart.do">


1491   <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="7"
       border="0"></td></tr>
1492   <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="627"
       height="1" border="0"></td></tr>
1493   <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="3"
       border="0"></td></tr>
1494   <tr>

Page 39 of 49
```

findProductse533.html

```
1502    <td colspan="3">
1503
1504    <table border="0" cellpadding="0" cellspacing="0">
1505    <tr>
1506    <!--small product photo-->
1507    <td rowspan="2" align="center" valign="top">
1508    <a href="Product30ee.html?productId=329&amp;categoryId=63">
1509    <img src="../72.5.200.197/images/catalog/2006/fall/4/D/4/steaks.jpg" width="205"
        height="205" border="0">
1510    </a>
1511    </td>
1512    <td width="1" rowspan="2"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1"
        height="205" border="0"></td>
1513    <td valign="top"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height=
        "4" border="0"><br>
1514    <font size="2" class="prodDesc">
1515
1516    <!--product name-->
1517    <b><a href="Product30ee.html?productId=329&amp;categoryId=63" class="prodHilite">black
        Winter Truffle Butter</a></b><br>
1518
1519    <!--product description-->
1520    Transform an ordinary dinner into a memorable indulgence. Made of rich French butter,
        blended chunks of rare black truffles, and a bit of sea salt, this decadent spread
        infuses flavor into steaks, chicken, fish, and pasta dishes as well as your favorite
        recipes.
1521    <br>
1522    <br>
1523    <a href="Product30ee.html?productId=329&amp;categoryId=63" onMouseOut=
        "MM_swapImgRestore()" onMouseOver=
        "MM_swapImage('ViewDetails329','','../72.5.200.197/images/steaks/viewdetails-
        over.gif',1)">
1524    <img src="../72.5.200.197/images/steaks/viewdetails.gif" alt="view details" name=
        "ViewDetails329" width="64" height="10" border="0">
1525    </a></font>
1526    </tr>
1527    <tr>
1528    <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0">
        <br>
1529    <!--conditional: begin size drop-down-->
1530    <table border="0" cellpadding="2" cellspacing="0">
1531    <tr>
1532    <td><font size="2">
1533    <font class="addToCartError"></font>
1534    <br>
1535    <br>
1536
1537    <select name="selectedItem" class="selectDropDown215"><option value="">Select
        Product</option>
1538
```

findProducts.e533.html

```
1539        <option value="708">2 containers - 5 oz. ea. - $49.95</option>
1540
1541        <option value="732">Clarified Butter -
1542  <br>2 containers - 10 oz. ea. - $49.95</option></select>
1543
1544      </font></td>
1545    </tr>
1546    <tr>
1547      <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="2"
1548 border="0"></td>
1549    </tr>
1550  </table>
1551  <!--end size drop-down-->
1552  <table border="0" cellpadding="2" cellspacing="0">
1553    <tr>
1554      <td><img src="../72.5.200.197/images/steaks/qty_input.gif" width="15" height="20"
 border="0"></td>
1555      <td>
        <input type="text" name="quantity" maxlength="2" size="2" value="" class=
 "prodQuantityInput">
1556      </td>
1557      <td>
1558        <input type="hidden" name="productId" value="329">
1559        <input type="hidden" name="categoryId" value="63">
1560        <input type="hidden" name="shipTo" value="Me">
1561        <input type="hidden" name="referringPage" value="category">
1562        <input type=image
1563          name="AddToCart329"
1564 src="../72.5.200.197/images/steaks/add.gif"
1565 alt="Add To Cart"
1566 border="0"
1567          value="button.Submit"
1568          onMouseOut="MM_swapImgRestore()"
1569          onMouseOver=
 "MM_swapImage('AddToCart329','','../72.5.200.197/images/steaks/addtocart-
 over.gif',1)"
 id="AddToCart329"/>
1570      </td>
1571    </tr>
1572  </table></td>
1573    </tr>
1574  </table>
1575
1576
1577  </td>
1578    </tr>
1579  </form>
1580  <!--end product row-->
1581
1582
1583
```

findProducts513.html

```
1584
1585 <!--begin product row-->
1586
1587 <form name="addToCartBean" method="GET" action="http://72.5.200.192/addToCart.do">
1588
1589 <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="7"
border="0"></td></tr>
1590 <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="627"
height="1" border="0"></td></tr>
1591 <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="3"
border="0"></td></tr>
1592 <tr>
1593 <td colspan="3">
1594
1595 <table border="0" cellpadding="0" cellspacing="0">
1596 <tr>
1597 <!--small product photo-->
1598 <td rowspan="2" align="center" valign="top">
1599 <a href="Product3454.html?productId=59&amp;categoryId=63">
1600 <img src="../72.5.200.197/images/catalog/2006/fall/6/C/4/steaks.jpg" width="205"
height="205" border="0">
1601 </a>
1602 </td>
1603 <td width="1" rowspan="2"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1"
height="205" border="0"></td>
1604 <td valign="top"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height=
"4" border="0"><br>
1605 <font size="2" class="prodDesc">
1606
1607 <!--product name-->
1608 <b><a href="Product3454.html?productId=59&amp;categoryId=63" class="prodHilite">Remote
Wireless Thermometers</a></b><br>
1609
1610 <!--product description-->
1611 Monitor the cooking of meats from across the house or yard - up to 75 feet away.
1612 <br>
1613 <br>
1614 <a href="Product3454.html?productId=59&amp;categoryId=63" onMouseOut=
"MM_swapImgRestore()" onMouseOver=
"MM_swapImage('ViewDetails59','','../72.5.200.197/images/steaks/viewdetails-
over.gif',1)">
1615 <img src="../72.5.200.197/images/steaks/viewdetails.gif" alt="view details" name=
"ViewDetails59" width="64" height="10" border="0">
1616 </a></font>
1617 </tr>
1618 <tr>
1619 <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0">
1620 <!--conditional: begin size drop-down-->
1621 <table border="0" cellpadding="2" cellspacing="0">
```

```
findProductse533.html

1622          <tr>
1623          <td><font size="2">
1624          <font class="addToCartError"></font>
1625          <br>
1626          <br>
1627
1628          <select name="selectedItem" class="selectDropDown215"><option value="">Select
              Product</option>

1629          <option value="98">Single probe - $54.95</option>
1630
1631
1632          <option value="562">Dual probe - $78.95</option></select>
1633
1634          </font></td>
1635          </tr>
1636          <tr>
1637          <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="2"
              border="0"></td>
1638          </tr>
1639          </table>
1640          <!--end size drop-down-->
1641          <table border="0" cellpadding="2" cellspacing="0">
1642          <tr>
1643          <td><img src="../72.5.200.197/images/steaks/qty_input.gif" width="15" height="20"
              border="0"></td>
1644
1645          <input type="text" name="quantity" maxlength="2" size="2" value="" class=
              "prodQuantityInput">

1646          </td>
1647          <td>
1648          <input type="hidden" name="productId" value="59">
1649          <input type="hidden" name="categoryId" value="63">
1650          <input type="hidden" name="shipTo" value="Me">
1651          <input type="hidden" name="referringPage" value="category">
1652          <input type=image
1653          name="AddToCart59"
1654          src="../72.5.200.197/images/steaks/add.gif"
1655          alt="Add To Cart"
1656          border="0"
1657          value="button.Submit"
1658          onMouseOut="MM_swapImgRestore()"
1659          onMouseOver=
              "MM_swapImage('AddToCart59','','../72.5.200.197/images/steaks/addtocart-
              over.gif',1)"
              id="AddToCart59"/>

1660          </td>
1661          </tr>
1662          </td>
1663          </table></td>
1664          </tr>
1665          </table>

Page 43 of 49
```

findProduct.scs33.html

```
1666              </td>
1667         </tr>
1668    </tr>
1669    </form>
1670
1671    <!--end product row-->
1672
1673
1674
1675    <!--begin product row-->
1676    <form name="addToCartBean" method="GET" action="http://72.5.200.192/addToCart.do">
1677
1678    <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="7"
1679    border="0"></td></tr>
1680    <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="627"
         height="1" border="0"></td></tr>
1681    <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="3"
         border="0"></td></tr>
1682    <tr>
1683        <td colspan="3">
1684
1685        <table border="0" cellpadding="0" cellspacing="0">
1686        <tr>
1687        <!--small product photo-->
1688        <td rowspan="2" align="center" valign="top">
1689            <a href="Product3d30.html?productId=58&amp;categoryId=63">
1690            <img src="../72.5.200.197/images/catalog/B5311-P/4/steaks.jpg" width="205" height=
            "205" border="0">
1691        </a>
1692        </td>
1693        <td width="1" rowspan="2"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1"
         height="205" border="0"></td>
1694        <td valign="top"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height=
         "4" border="0"><br>
1695        <font size="2" class="prodDesc">
1696
1697        <!--product name-->
1698        <b><a href="Product3d30.html?productId=58&amp;categoryId=63" class="prodHiLite">Allen
         Brothers Stainless Steel Steak Knives</a></b><br>
1699
1700        <!--product description-->
1701        Made entirely of beautiful, gleaming stainless steel and engraved with the Allen
         Brothers logo, these serrated steak knives are as elegant as they are functional.
1702        <br>
1703        <br>
1704        <a href="Product3d30.html?productId=58&amp;categoryId=63" onMouseOut=
         "MM_swapImgRestore()" onMouseOver=
         "MM_swapImage('ViewDetails58','','../72.5.200.197/images/steaks/viewdetails-
         over.gif',1)">
```

Page 44 of 49

findProductse533.html

```
1705    <img src="../72.5.200.197/images/steaks/viewdetails.gif" alt="view details" name=
        "ViewDetails58" width="64" height="10" border="0">
1706    </a></font>
1707    </tr>
1708    <tr>
1709    <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0">
        <br>
1710    <!--conditional: begin size drop-down-->
1711    <table border="0" cellpadding="2" cellspacing="0">
1712    <tr>
1713    <td><font size="2">
1714    <font class="addToCartError"></font>
1715    <br>
1716    <br>
1717
1718    <select name="selectedItem" class="selectDropDown215"><option value="">Select
        product</option>
1719
1720    <option value="93">Box of 2 - $39.95</option>
1721
1722    <option value="94">Box of 4 - $69.95</option></select>
1723
1724    </font></td>
1725    </tr>
1726    <tr>
1727    <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="2"
        border="0"></td>
1728    </tr>
1729    </table>
1730    <!--end size drop-down-->
1731    <table border="0" cellpadding="2" cellspacing="0">
1732    <tr>
1733    <td><img src="../72.5.200.197/images/steaks/qty_input.gif" width="15" height="20"
        border="0"></td>
1734    <td>
1735    <input type="text" name="quantity" maxlength="2" size="2" value="" class=
        "prodQuantityInput">
1736    </td>
1737    <td>
1738    <input type="hidden" name="productId" value="58">
1739    <input type="hidden" name="categoryId" value="63">
1740    <input type="hidden" name="shipTo" value="Me">
1741    <input type="hidden" name="referringPage" value="category">
1742    <input type=image
1743    name="AddToCart58"
1744    src="../72.5.200.197/images/steaks/add.gif"
1745    alt="Add To Cart"
1746    border="0"
1747    value="button_Submit"
1748    onMouseOut="MM_swapImgRestore()">
```

f.findProducts533.html

```
1749                onMouseOver=
                    "MM_swapImage('AddToCart58','','../72.5.200.197/images/steaks/addtocart-
                    over.gif',1)"
                    id="AddToCart58"/>
1750                </td>
1751              </tr>
1752            </table></td>
1753          </tr>
1754        </table>
1755
1756
1757        </td>
1758      </tr>
1759
1760    </form>
1761
1762    <!--end product row-->
1763
1764
1765
1766    <!--End Products List-->
1767    <script language=javascript>
1768    var catalog = '';
1769    var catalog_name = '';
1770    var rfx_page = '';
1771    regEx = /rfx_catalog=([^&=]*)([&|$])?/
1772    m=regEx.exec(location.search);
1773    if (m) {
1774        catalog = m[1];
1775
1776    }
1777
1778    regEx = /catalog_name=([^&=]*)([&|$])?/
1779    m=regEx.exec(location.search);
1780    if (m) {
1781        catalog_name = m[1];
1782
1783    }
1784
1785    regEx = /rfx_spread=([^&=]*)([&|$])?/
1786    m=regEx.exec(location.search);
1787    if (m) {
1788        rfx_page = m[1];
1789
1790    }
1791
1792    if (catalog == '1') {
1793        //if the catalog is embedded in the client site use this:
1794        document.write ('<tr><td colspan="3" width="603"><a href="eCatalog.jsp?rfx_page=' + rfx_page +
                    '" class="theme"><img src="http://72.5.200.197/images/steaks/arrowdbl_left.gif"
                    border="0"> Return to Online Catalog</a><br></td></tr>');
```

findProductse533.html

```
1795        }
1796    </script>
1797    <!--Begin Cross Selling-->
1798
1799
1800    <tr>
1801        <td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="7" border=
            "0"></td>
1802    </tr>
1803    <tr>
1804        <td colspan="3"><img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="627" height="1"
            border="0"></td>
1805    </tr>
1806    <tr>
1807        <td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="3" border=
            "0"></td>
1808    </tr>
1809    <!-- Begin Cross Selling Table  -->
1810    <tr>
1811        <td colspan="3" align="center">
1812
1813        <table width="600" border="0" cellpadding="0" cellspacing="0">
1814        <tr>
1815            <td><img src="../72.5.200.197/images/steaks/thisproduct_01.gif" width="200"
                height="34"></td>
1816            <td><img src="../72.5.200.197/images/steaks/thisproduct_02.gif" width="200"
                height="34"></td>
1817            <td><img src="../72.5.200.197/images/steaks/thisproduct_03.gif" width="200"
                height="34"></td>
1818        </tr>
1819        <tr>
1820            <td colspan="3" align="center"><img src="../72.5.200.197/images/steaks/steaks.gif"
                width="1" height="6"><br>
1821            <table border="0" align="center" cellpadding="0" cellspacing="0">
1822            <tr>
1823
1824                <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="10"
                    height="1"></td>
1825                <td width="100" align="center"><a href="Product247e.html?productid=206">
                    <img src="../72.5.200.197/images/catalog/B5311-R-DOGS/3/steaks.jpg"
                    width="85" height="85" border="0"></a></td>
1826                <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="10"
                    height="1"></td>
1827
1828                <td width="100" align="center"><a href="Product247e.html?productid=206">
                    <img src="../72.5.200.197/images/catalog/B5311-R-DOGS/3/steaks.jpg"
                    width="85" height="85" border="0"></a></td>
1829                <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="10"
                    height="1"></td>
1830
```

Page 47 of 49

```
findProductse513.html

1831    <td width="100" align="center"><a href="Product47b.html?productId=35">
        <img src="../72.5.200.197/images/catalog/B4897-JR-CLO/3/steaks.jpg"
        width="85" height="85" border="0"></a></td>

1832    <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="10"
1833    height="1"></td>

1834    <td width="100" align="center"><a href="Product86f5.html?productId=34">
        <img src="../72.5.200.197/images/catalog/B4897-JR-COM/3/steaks.jpg"
        width="85" height="85" border="0"></a></td>

1835    </tr>
1836    <tr>
1837
1838
1839    <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="10"
        height="1"></td>

1840    <td width="100" align="center"><a href="Product247e.html?productId=206"
        class="theme">The Great Steakhouse Steak Dogs&#8482;</a></td>

1841    <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="10"
1842    height="1"></td>
1843    <td width="100" align="center"><a href="Product247e.html?productId=206"
        class="theme">The Great Steakhouse Steak Dogs&#8482;</a></td>

1844    <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="10"
1845    height="1"></td>

1846    <td width="100" align="center"><a href="Product47b.html?productId=35"
        class="theme">USDA PRIME Close-Trim Filets</a></td>

1847    <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="10"
1848    height="1"></td>
1849    <td width="100" align="center"><a href="Product86f5.html?productId=34"
        class="theme">USDA PRIME Complete-Trim Filets</a></td>

1850
1851    </tr>
1852    </table>
1853    </td>
1854    </tr>
1855    </table>
1856
1857    </td>
1858
1859    <!--End Cross Selling-->
1860    <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="7"
        border="0"></td></tr>

1861    <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="627"
        height="1" border="0"></td></tr>
1862    <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="3"
        border="0"></td></tr>

1863
1864    </table>
```

findProductse533.html

```
1865    <!-- InstanceEndEditable --></td>
1866    </tr>
1867    <tr valign="top">
1868        <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="40"></td>
1869    </tr>
1870    <tr>
1871        <td width=629 align="center" class="navigationPlain"><a href="AboutUs.html">About Us</a> | <a
        href="PrivacyPolicy.html">Privacy Policy</a> | <a href="CatalogRequest.html">Catalog Request</a> |
        <a href="Assistance.html">Customer Service</a> | <a href="ContactUs.html">Contact Us</a><br>
        For questions or assistance, call weekdays 8 AM to 5 PM CST &#8212; (800) 548-7777<br>
1872    &copy; 2007 Allen Brothers, Inc.. All Rights Reserved.</font><br>
1873    design and development by <a href="http://www.prominentconsulting.com/" target="_blank">Prominent
1874    Consulting, LLC</a></td>
        </tr>
1875    <tr>
1876        <td width=629 align="center" class="navigationPlain" valign="baseline">Enter your email
1877        address to receive special offers<br><form name="emailOffersBean" method="GET" action=
            "http://72.5.200.197/emailoffers.do" onsubmit="return submitEmailForm(this);"><input type=
            "text" name="email" maxlength="76" size="15" tabindex="3" value="&lt;enter email&gt;" onfocus=
            "form.email.value='';" class="email"> <input type="image" name="action" src=
            "../72.5.200.197/images/steaks/subscribe.gif" alt="SUBSCRIBE" border="0" tabindex="4"/></form>
            </td>
1878    </tr>
1879    </table>
1880    </div>
1881    </body>
1882    <!-- InstanceEnd --></>
1883    <!-- Copyright (c) 2005 by Prominent Consulting LLC. All Rights Reserved. -->
1884    <!-- Added by HTTrack --><meta http-equiv="content-type" content="text/html;charset=iso-8859-1"><!--
        /Added by HTTrack -->
1885    </html>
1886
```