IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROMINENT CONSULTING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ALLEN BROTHERS, INC.,<br><br>    Defendant. | No. 07 C 6357<br><br>Judge Castillo<br>Magistrate Judge Denlow |

## STATEMENT OF STATUS OF COPYRIGHT REGISTRATION

Plaintiff, Prominent Consulting, LLC ("Prominent"), by and through its undersigned attorneys, hereby states that it has filed two copyright applications with the Copyright Office that cover the copyrights at issue in this matter. The first of these applications was filed on behalf of Prominent on October 18, 2007. The second application was filed on November 8, 2007. To date, the Copyright Office has not fully processed these applications, and accordingly, there exists no registration number for these copyrights at present.

Dated: November 9, 2007

Respectfully submitted,

PROMINENT CONSULTING, LLC


By: s/James V. Garvey
        One of Its Attorneys

CHICAGO/#1713309.1

James V. Garvey, Bar No. 06224992
Michael J. Waters, Bar No. 06280008
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601-1003
T: 312-609-7712
F: 312-609-5005

CHICAGO/#1713309.1