IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROMINENT CONSULTING, LLC, | |
| Plaintiff, | |
| v. | No. 07 C 6357 |
| ALLEN BROTHERS, INC., | Judge Castillo |
| Defendant. | Magistrate Judge Denlow |

### CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2007, I electronically filed the foregoing **STATEMENT OF STATUS OF COPYRIGHT REGISTRATION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles Leuin
Greenberg Traurig, LLP
77 West Wacker Drive
Chicago, Illinois 60601

and by hand delivery before 5:00 p.m. on November 9, 2007.

Respectfully submitted,

PROMINENT CONSULTING, LLC

_____s/ James V. Garvey_____

James V. Garvey
VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601
Telephone:  (312) 609-7500
Facsimile:  (312) 609-5005
E-Mail:  jgarvey@vedderprice.com
Dated:  November 9, 2007