IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROMINENT CONSULTING, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALLEN BROTHERS, INC.,<br><br>　　　　Defendant. | No. 07 C 6357<br><br>Judge Castillo<br>Magistrate Judge Denlow |

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND
<u>PRELIMINARY INJUNCTION</u>**

Pursuant to Fed. R. Civ. P. Rule 65(a) and (b), Plaintiff, Prominent Consulting, LLC ("Prominent"), by and through its undersigned attorneys, for its Motion for Temporary Restraining Order and Preliminary Injunction against Defendant, Allen Brothers, Inc. ("Allen Brothers."), states as follows:

　　1.　Prominent developed a website and associated software for Allen Brothers and then managed the website it created. Allen Brothers subsequently stopped utilizing Prominent's services and instead stole the source code Prominent developed and re-launched its website using the stolen source code.

　　2.　Prominent created its source code through significant time, effort, creativity, intellectual production and conception, and accordingly, the code is worthy of copyright protection. Allen Brothers previously recognized Prominent's intellectual property rights in the source code in the parties' Website Development and License Agreement. Registration of the subject copyrights currently is pending with the United States Copyright Office.

CHICAGO/#1711963.2

- 2 -

3. By copying Prominent's source code, Allen Brothers has infringed Prominent's copyrights in the code.

4. Prominent has suffered and will continue to suffer irreparable harm for which it has no adequate remedy at law. The balance of harm also favors Prominent and the public interest will be served by the issuance of an injunction.

5. As a result, Prominent seeks emergency injunctive relief to prevent Allen Brothers, and its officers, agents, servants, employees, and attorneys, and those in active concert with them, from: (i) infringing Prominent's copyrights; (ii) operating the www.allenbrothers.com website through its infringing use of Prominent's copyrights; and (iii) engaging in any further unauthorized access of Prominent's source code.

6. In further support of its Motion, Prominent is contemporaneously filing herewith a Memorandum of Law and the Affidavit of Laura Seidensticker.

WHEREFORE, Prominent respectfully requests entry of an Order (i) granting its Motion for Temporary Restraining Order; (ii) setting an expedited schedule for discovery in advance of a preliminary injunction hearing; and (iii) granting such other and further relief as the Court deems just and appropriate.

Dated: November 15, 2007

Respectfully submitted,

PROMINENT CONSULTING, LLC

By: s/James V. Garvey
One of Its Attorneys

- 3 -

James V. Garvey, Bar No. 06224992
Michael J. Waters, Bar No. 06280008
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601-1003
T: 312-609-7712
F: 312-609-5005
jgarvey@vedderprice.com