# EXHIBIT B1

# Comparison of Prominent Intellectual Property and Allen Brothers Infringement Code

## Prominent Intellectual Property Code

*Legend:*



Lines of code within the red arrows are the same in both the Prominent IP and the Allen Brothers infringement code. The numbers correlate between the Prominent IP and the Allen Brothers infringement code. The yellow box next to the arrows indicates the line numbers in the other source.

Text that is highlighted in the source code is for special consideration, and highlights "fingerprints" of code that has no reason to be in the Allen Brothers infringement code unless it was copied from the Prominent IP.



# Shipping Calendar Page



YOUR SOURCE FOR FINE DINING

# ALLEN BROTHERS
## THE GREAT STEAKHOUSE STEAKS

Home · About Us · Contact Us · Catalog Request

CART  SEARCH [keyword or item #]

| STORE | GIFT SELECTIONS | FINE DINING | FAVORITE | ASSISTANCE |

USDA Prime Steaks
Wet-Aged Beef
Dry-Aged Beef
Kobe-style Wagyu Beef
Never Frozen Beef
Appetizers
Buffalo & Venison
Chef Art Smith Entrees
Desserts
Duck
Meat & Serve Entrees
Lamb
Pork
Poultry
Sausages & Bratwurst
Seafood
Steak, Burgers & Dogs
Veal
New Products
Specials
Favorites

SIGN UP
FOR E-MAIL
SPECIAL OFFERS
[enter email]
SUBSCRIBE

Home >

## CHECKOUT ● Shipping ② ③

### Shipping Information

(Required fields in bold)

**First name**
**Last name**
Company name
**Address**

Street address
(P.O. Boxes not acceptable)

Apartment, suite, unit, building, floor, etc.

**City**
**State**     Select
**ZIP**
**Telephone**

☐ Use this as my billing address

To change the scheduled delivery date,
select the calender button or click on the text box.

**Scheduled Delivery Date**   Friday 11/09/2007

**Shipping Information**   FedEx 2Day Shipping [$16.95]

☑ Package may be left at door

For details view our complete ship

NOVEMBER 2007 ►

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 |   |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |   |

**Gift Message**

FedEx 2Day Shipping [$16.95]
FedEx Overnight Service [$31.95]
FedEx 2Day with Saturday Delivery [$32.
FedEx Priority Overnight Service
with Saturday Delivery [$47.45]

Please include your name. The card message is the only way for your
recipient to know who sent this gift.

- Besides the card message, there is no sender information included
  with your gift.
- We cannot disclose confidential sender information over the
  phone.
- If you want this purchase to arrive anonymously, you may proceed
  without including your name

← **Change Order**

►  CHECKOUT

Enter your email address to receive special offers

[enter email]   SUBSCRIBE

Prominent Consulting IP Shipping Calendar JavaScript Code

```
1    var javaYear = 2007;
2    var javaMonth = 9;
3    var javaDate = 26;
4    var javaLimitYear = 2008;
5    var javaLimitMonth = 9;
6    var javaLimitDate = 22;
7    var overnightDate = 26;
8    var overnightMonth = 9;
9    var twoDaySaturdayDate = 27;
10   var twoDaySaturdayMonth = 9;
11   var overnightSaturdayDate = 0;
12   var overnightSaturdayMonth = 0;
13   var shippingTypes = new Array("FedEx 2Day Shipping [$16.95]",
14       "FedEx Overnight Service [$31.95]",
15       "FedEx 2Day with Saturday Delivery [$32.45]",
16       "FedEx Priority Overnight Service with Saturday Delivery [$47.45]",
17       "FedEx Overnight Service [$49.95]",
18       "FedEx Priority Overnight Service with Saturday Delivery [$49.95]");
19
20   var hawaii = 12;
21   var alaska = 2;
22   var puertoRico = 66;
23   var holidays = new
     Array("05/28/2007","07/04/2007","09/03/2007","11/22/2007","12/25/2007","01/01/2008");
24   var twoDayShippingCost = "$16.95";
25   var overnightShippingCost = "$31.95";
26   var twoDaySaturdayShippingCost = "$32.45";
27   var overnightSaturdayShippingCost = "$47.45";
28   var twoDayShipping = "0";
29   var overnightShipping = "1";
30   var twoDaySaturdayShipping = "2";
31   var overnightSaturdayShipping = "3";
32   var hawaiianFish = "false";
33   var neverFrozen = "false";
34   var onlyNFHF = "false";
35
36
37   /*****global variables********/
38
39   var pInputMonth;
40   var pInputDay;
41   var pInputYear;
42   //var today = new Date();
43   var today = new Date(2006, 11, 27, 9, 30, 0);
44   var todayMonth;
45   var todayDay;
46   var todayYear;
47   var year = javaYear;
48   var month = javaMonth;
```

1

Prominent Consulting IP Shipping Calendar JavaScript Code

```
49    var inputDateField;
50    var inputShippingMethodField;
51    var inputShippingTypeStringField;
52    var inputDate;
53    var inputState;
54    var defaultDate;
55    var tInputMonth;
56    var tInputDay;
57    var tInputYear;
58    var calShim;
59    var kCal;
60    var kCalShim;
61    var defaultDateString = 'mm/dd/yyyy';
62    var blue = '#99CFFF';
63    var yellow = '#FFFF99';
64    var red = '#FF99CC';
65    var green = '#CCFFCC';
66    var pStyleCode2day = "border:1px solid #FFFFFF; background-color:"+blue+"; ";
67    var pStyleCode2daySaturday = "border:1px solid #FFFFFF; background-color:"+green+"; ";
68    var pStyleCodeOvernight = "border:1px solid #FFFFFF; background-color:"+red+"; ";
69    var pStyleCodeOvernightSaturday = "border:1px solid #FFFFFF; background-color:"+yellow+"; ";
70
71    // Utilities functions
72
73    function stopBubble(e) {
74        if(e.stopPropagation) {
75            e.stopPropagation();
76        } else {
77            e.cancelBubble = true;
78        }
79    }
80
81    function killAllCalendars() {
82        // The max number of calendars can exist in one page is 12
83        var num = 13;
84        for(i = 1; i < num; i++) {
85            kCal = "cal"+i;
86            kCalShim = "cal"+i+"Shim";
87            setVisible(false, "cal"+i, "cal"+i+"Shim");
88        }
89    }
90
91    function parseToDoubleDigit(number) {
92        return (number < 10) ? '0' + number : number;
93    }
94
95    function parseToSingleDigit(number) {
96        var str = '' + number;
97        return str = str.replace(/^0+/g, '');
```

2

Prominent Consulting IP Shipping Calendar JavaScript Code

```
 98  }
 99
101  function getAllDaysInMonth(month)  {
102      var days;
103      var year = (month >= javaMonth) ? javaYear : javaYear + 1;
         if (month==0 || month==2 || month==4 || month==6 || month==7 || month==9 || month==11)  {
         days=31; }
104      else if (month==3 || month==5 || month==8 || month==10)  { days=30; }
105      else if (month==1) {
106          if (isThisLeapYear(year))  { days=29; }
107          else { days=28; }
108      }
109
110      return (days);
111  }
112
113  function isThisLeapYear(Year) {
114      if (((Year % 4)==0) && ((Year % 100)!=0) || ((Year % 400)==0)) { return (true); }
115      else { return (false); }
116  }
117
118  function isHoliday(month, day) {
119      //alert("in isHoliday, month: "+month+", day: "+day);
120      if (day < 1) {
121          month = month - 1;
122          if (month < 0) {
123              month = 12 + month;
124          }
125          var daysInMonth = getAllDaysInMonth(month);
126          day = daysInMonth + day;
127      }
128      for (j=0; j<holidays.length; j++) {
129          var holidayDateArray = parseDate(holidays[j]);
130          if (holidayDateArray != null) {
131              if (month + 1 == holidayDateArray[0] && day == holidayDateArray[1]) {
132                  return true;
133              }
134          }
135      }
136      return false;
137  }
138
139  function parseDate(dateString) {
140
141  /****utitlitiy and subfunctions*******/
142  function trim(sString) {
143      var re1 = /\s{2,10}/g; //precompile reg ex's for performance
144      sString = sString.replace(re1, ' ');
145      while(sString.substring(0,1) == ' '){
```

15

**88 - 323**

18

**55 - 446**

3

Prominent Consulting IP Shipping Calendar JavaScript Code

```
146        sString = sString.substring(1, sString.length);
147      }
148      while(sString.substring(sString.length-1, sString.length) == ' '){
149        sString = sString.substring(0,sString.length-1);
150      }
151
152      return sString;
153    }
154    /*******/
155
156    function delimit(sString) {
157      var thisString;
158      var re1 = /\s/g;
159      var re2 = /([|][,]|[,]|[;]|[\s]|[\/])/g;
160      thisString = sString.replace(re1, '');
161      thisString = thisString.replace(re2, '|');
162      thisString = thisString.toLowerCase();
163
164      return thisString;
165    }
166
167    /*******/
168    function convertMonthAbbreviation(inputString) {
169      var alphaMonth;
170      var numericMonth;
171      var numericString;
172      var re1 = /^[a-zA-Z]*/;
173      var re2 = /^[a-zA-Z]{3}/;
174      var alphaMonthArray = new Array("jan", "feb", "mar", "apr", "may", "jun", "jul", "aug", "sep",
         "oct", "nov", "dec");
175
176      if(inputString.length < 3) return;
177      if(inputString.match(re1)){
178        alphaMonth = inputString.match(re2);
179        for(i=0;i<alphaMonthArray.length;i++){
180          if(alphaMonth == alphaMonthArray[i]) {
181            numericMonth = i + 1;
182            numericString = inputString.replace(re1, numericMonth);
183            return numericString;
184          }
185        }
186      }
187    }
188    /*******/
189    function matchPattern(sString){
190      var normString = sString;
191      var normStringTwo = sString;
192      var testPattern = /^(\d{1,2})([|]\d{1,2})([|]\d{2})(\d{1,2})?$/i;
193      var re2 = /^([a-zA-z]);/;
```

4

18

Prominent Consulting IP Shipping Calendar JavaScript Code

```
194      if(normString.match(re2)){
195          normStringTwo = convertMonthAbbreviation(normString);
196      }
197
198      if(normStringTwo.match(testPattern)) {
199          return normStringTwo;
200      }
201
202      return;
203
204  }
205  /**************Main Function-Accepts initial Inputs*******************************/
206  function parseDateMain(dateString){
207      //alert("in parseDate: "+dateString);
208      var inputString;
209      var normString;
210      var normStringTwo;
211
212      var newDateString;
213      if (dateString != null) {
214          var space = " ";
215          var dateArray = dateString.split(space);
216          if (dateArray.length > 1){
217              newDateString = dateArray[1];
218          } else {
219              newDateString = dateArray[0];
220          }
221      }
222      inputString = trim(newDateString);
223      normString = delimit(inputString);
224      normStringTwo = matchPattern(normString);
225      return setDateInputs(normStringTwo);
226  }
227  /****Output Function***/
228
229  function setDateInputs(dateString){
230      var re1 = "|";
231      var dateTokenArray;
232      if(dateString != null){
233          dateTokenArray = dateString.split(re1);//tokenize input into array
234          //pInputMonth = dateTokenArray[0];
235          //pInputDay = dateTokenArray[1];
236          //pInputYear = dateTokenArray[2];
237      }
238      return dateTokenArray;
239
240  }
241
242      return parseDateMain(dateString);
}
```

5

Prominent Consulting IP Shipping Calendar JavaScript Code

```
243
244
245  function processMonth(startMonthField, endMonthField) {
246      endMonthField.selectedIndex = startMonthField.selectedIndex;
247  }
248
249  function process(num, cal, e) {
250
251      stopBubble(e);
252      if (num == -1) {
253          if (month == 0) {
254              month = 11;
255              year--;
256              today.setFullYear(year);
257          }
258          else { month--; }
259      }
260      if (num == 1) {
261          if (month == 11) {
262              month = 0;
263              year++;
264              today.setFullYear(year);
265          }
266          else { month++; }
267      }
268      // month set twice for bug
269      today.setMonth(month);
270      today.setMonth(month);
271      writeCalendar(cal);
272  }
273
274  function returnMonth(thismonth) {
275      monthArray = new Array('JANUARY', 'FEBRUARY', 'MARCH', 'APRIL', 'MAY', 'JUNE', 'JULY',
       'AUGUST', 'SEPTEMBER', 'OCTOBER', 'NOVEMBER', 'DECEMBER');
276      return monthArray[thismonth];
277  }
278
279  function setVisible(state, sCal, sCalShim) {
280      if (!state) {
281          sCal = kCal;
282          sCalShim = kCalShim;
283      }
284      if (document.getElementById(sCal)) {
285          var divRef = document.getElementById(sCal);
286      } else { return; }
287      if (document.getElementById(sCalShim)) {
288          var ifRef = document.getElementById(sCalShim);
289      } else { return; }
290      if (state) {
```

9

7

118 - 124

19

47 - 482

Prominent Consulting IP Shipping Calendar JavaScript Code

```
291          divRef.style.display = "block";
292          ifrRef.style.width = divRef.offsetWidth;
293          ifrRef.style.height = divRef.offsetHeight;
294          ifrRef.style.top = divRef.style.top;
295          ifrRef.style.left = divRef.style.left;
296          ifrRef.style.zIndex = divRef.style.zIndex - 1;
297          ifrRef.style.display = "block";
298          ifrRef.onClick = true;
299       } else {
300          divRef.style.display = "none";
301          ifrRef.style.display = "none";
302       }
303    }
304
305    function closeCalendar(cCal, cCalShim) {
306       kCal = cCal;
307       kCalShim = cCalShim;
308       setVisible(false);
309    }
310
311    function setField(userDateField, userDate, shippingTypeStringField, shippingMethodField, state) {
312
313       // First off, lets kill all calendars if any.
314       killAllCalendars();
315       inputDateField = userDateField;
316       inputShippingMethodField = shippingMethodField;
317       inputShippingTypeStringField = shippingTypeStringField;
318       inputDate = userDate;
319       inputState = state;
320
321       var dToday = today;
322       defaultDate = dToday.getMonth()+1+'/'+dToday.getDate()+'/'+javaYear;
323
324       if (inputDate.length < 1) {
325          inputDate = defaultDate;
326       }
327
328       var dateTokenArray;
329       try {
330          dateTokenArray = parseDate(inputDate);
331       } catch(e) {
332          dateTokenArray = parseDate(defaultDate);
333       }
334
335       if (dateTokenArray != null) {
336          pInputMonth = dateTokenArray[0];
337       }
338
339       if (parseToSingleDigit(pInputMonth) > 12) {
```

19

Prominent Consulting IP Shipping Calendar JavaScript Code

```
340        dateTokenArray = parseDate(defaultDate);
341    }
342
343    if (dateTokenArray != null) {
344        pInputMonth = dateTokenArray[0];
345        pInputDay = dateTokenArray[1];
346        pInputYear = dateTokenArray[2];
347    }
348
349    var todayDateArray = parseDate(defaultDate);
350    if (todayDateArray != null) {
351            todayMonth = todayDateArray[0];
352            todayDay = todayDateArray[1];
353            todayYear = todayDateArray[2];
354    }
355
356    tInputMonth = parseToSingleDigit(pInputMonth);
357    tInputDay = parseToSingleDigit(pInputDay);
358    tInputYear = (pInputYear.length <= 2) ? '20' + pInputYear : pInputYear);
359
360    month = tInputMonth - 1;
361    today.setMonth(month);
362    year = tInputYear;
363    today.setFullYear(year);
364    }
365
366    function returnDate(inDay,cal) {
367        var thisDay = inDay;
368        var thisMonth = month + 1;
369        var thisYear = year;
370        var thisDate = new Date(year, month, thisDay);
371        var weekday = new Array("Sunday","Monday","Tuesday","Wednesday","Thursday","Friday","Saturday")
372
373        var thisYearString = '' + thisYear;
374        inputDateField.value = weekday[thisDate.getDay()] + ' ' + parseToDoubleDigit(thisMonth) + '/' +
                 parseToDoubleDigit(thisDay) + '/' +    ((thisYearString.length <= 2) ? '20' + thisYearString
                 : thisYear);
375
376        var shippingTypeString;
377        var shippingType = "0";
378        var tStyle = getShippingType(inDay);
379
380    if (tStyle == pStyleCode2day) {
381        shippingTypeString = shippingTypes[0];
382        shippingType = twoDayShipping;
383    } else if (tStyle == pStyleCodeOvernight) {
384        shippingTypeString = shippingTypes[1];
385        shippingType = overnightShipping;
386    } else if (tStyle == pStyleCode2daySaturday) {
```

8

Prominent Consulting IP Shipping Calendar JavaScript Code

```javascript
387        shippingTypeString = shippingTypes[2];
388        shippingType = twoDaySaturdayShipping;
389    } else if (tStyle == pStyleCodeOvernightSaturday) {
390        shippingTypeString = shippingTypes[3];
391        shippingType = overnightSaturdayShipping;
392    }
393
394    inputShippingMethodField.value = shippingType;
395    document.getElementById(inputShippingTypeStringField).innerHTML=shippingTypeString;
396
397    closeCalendar(cal, calShim);
398
399 }
400 function writeCalendar(cal) {
401    calShim = cal + "Shim";
402    cellHeight = '18';
403    blankColumn = "<td height=" + cellHeight + " class='clickableDays'> </td>"
404    tableOutput = "<table cellpadding='0' cellspacing='0' border='0' width='150' align='center'>
<tr><td colspan='7'><img src='"+staticServerPath+"/images/steaks/steaks.gif' width='1'
height='1' border='0'></td></tr><tr><td align='center' bgcolor='#EFEFEF' class='weekdays'>
S</td><td align='center' bgcolor='#EFEFEF' class='weekdays'>M</td><td align='center'
bgcolor='#EFEFEF' class='weekdays'>T</td><td align='center' bgcolor='#EFEFEF'
class='weekdays'>W</td><td align='center' bgcolor='#EFEFEF' class='weekdays'>T</td><td
align='center' bgcolor='#EFEFEF' class='weekdays'>F</td><td align='center' bgcolor='#EFEFEF'
class='weekdays'>S</td></tr><tr align='right'>"
405    var days = getAllDaysInMonth(month);
406    var firstOfMonth = new Date(year, month, 1);
407    var startingPos = firstOfMonth.getDay();
408    days += startingPos;
409    var columnCount = 0;
410
411
412    for (i = 0; i < startingPos; i++) {
413        tableOutput += blankColumn;
414        columnCount++;
415    }
416
417    var currentDay = 0;
418    for (i = startingPos; i < days; i++) {
419        currentDay = i-startingPos+1;
420        var pStyle = "";
421        var tStyle = "";
422
423        var currentDate = new Date(year, month, currentDay);
424        var currentDayOfWeek = currentDate.getDay();
425
426        //if(month + 1 == todayMonth && (currentDay == todayDay)) { tStyle = "border:1px solid
#9CADBD; background-color:#FFEF9C;" }
427
```

166 - 175

10

11

177 - 178

9

Prominent Consulting IP Shipping Calendar JavaScript Code

```
428   var verticalDate = javaDate;
429   var clickable = 0;
430
431   if (month <= javaMonth && year == javaYear) {
432       if (month == javaMonth && currentDay >= verticalDate) {
433           clickable = 1;
434       } else {
435           clickable = 0;
436       }
437   } else if (year >= javaLimitYear) {
438       if ((month > javaLimitMonth) || (month == javaLimitMonth && currentDay >=
                                                                       javaLimitYear)) {
439           clickable = 0;
440       } else {
441           clickable = 1;
442       }
443   } else if (year < javaYear) {
444       clickable = 0;
445   } else {
446       clickable = 1;
447   }
448
449   if (isHoliday(month, currentDay)) {
450       clickable = 0;
451   }
452
453   if(currentDayOfWeek == 0 || currentDayOfWeek == 1) {
454       tStyle = "";
455       clickable = 0;
456   }
457   if(currentDayOfWeek == 2) {
458       if (isHoliday(month, currentDay - 1)) {
459           tStyle = "";
460           clickable = 0;
461       }
462   }
463   if(currentDayOfWeek == 3) {
464       if (isHoliday(month, currentDay - 2)) {
465           tStyle = "";
466           clickable = 0;
467       }
468   }
469   if ((inputState == hawaii || inputState == puertoRico || inputState == alaska ||
         hawaiianFish == "true") && currentDayOfWeek == 6) {
470       tStyle = "";
471       clickable = 0;
472   }
473
474   if (clickable == 1) {
```

10

13-234

Prominent Consulting IP Shipping Calendar JavaScript Code

```
            tStyle = getShippingType(currentDay);

    }

    var nonClickableDayString = "<td height=" + cellHeight + " align='center'
    class='nonClickableDays' style='" + pStyle + tStyle + "'>" + currentDay + "</td>"

    var clickableDayString = "<td height=" + cellHeight + " align='center' style='" +
    tStyle + "'><a href='javascript:returnDate(" + currentDay + ",\"" + cal + "\")'
    onmouseover=\"return escape(getText())\" class='clickableDays' style='" + pStyle + "'
    >" + currentDay + " </a></td>"

    if (clickable == 1) {
        tableOutput += clickableDayString;
    } else {
        tableOutput += nonClickableDayString;
    }

    columnCount++;
    if (columnCount % 7 == 0) {
        tableOutput += "</tr><tr align='center'>";
    }
}

for (i=days; i<42; i++) {
    tableOutput += blankColumn;
    columnCount++;

    if (columnCount % 7 == 0) {
        tableOutput += "</tr>";
        if (i<41) {
            tableOutput += "<tr align='center'>";
        }
    }
}

tableOutput += "</table>";

var leftarrow;
var rightarrow;

if(month==javaMonth && year==javaYear) leftarrow="'<img src='"+staticServerPath
+"/images/steaks/steaks.gif' width='11' height='11' border='0'>"
else
leftarrow="<a href='#' onClick='javascript:process(-1,'""+ cal + "\"' event)'><img
src='"+staticServerPath+"/images/steaks/calendar/left.gif' width='11' height='11' border='0'>
</a>"

if((month==javaMonth-1) && (year==javaYear+1)) rightarrow="<img src='"+staticServerPath
+"/images/steaks/steaks.gif' width='11' height='11' border='0'>"
```

Line numbers: 475 476 477 478 — 12 — 187 - 191
479 480 — 13 — 193 - 201
481 482 483 484 485 486 487 488 489 490 491 492 493 494 495 496 497 498 499 500 501 502 503 504 505 506 507 508 509 510 511 — 8 — 126 - 141
512 513 514 515

11

Prominent Consulting IP Shipping Calendar JavaScript Code



```
else
rightarrow="<a href='#' onClick='javascript:process(1,\""+ cal + "\",event)'><img
src='"+staticServerPath+"/images/steaks/calendar/right.gif' width='11' height='17' border='0'>
</a>"

monthOutput = "<table width='154' cellspacing='0' cellpadding='0' border='0' bgcolor='#FFFFFF'
align='center'><tr><td bgcolor='#333333' colspan='5'><img src='"+staticServerPath
+"/images/steaks/steaks.gif' width='1' height='1' border='0'></td></tr><tr><td
bgcolor='#333333'><img src='"+staticServerPath +"/images/steaks/steaks.gif' width='1'
height='1' border='0'></td><td bgcolor='#FFFFFF'><img src='"+staticServerPath
+"/images/steaks/steaks.gif' width='1' height='1' border='0'></td><td><img
src='"+staticServerPath+"/images/steaks/steaks.gif' width='150' height='1' border='0'><br />
<table cellpadding='0' cellspacing='0' border='0' width='150' bgcolor='#003366'
align='center'><tr><td bgcolor='#003366' height='15' valign='top'>" + leftarrow + "</td><td
align='center' valign='middle' class='months' bgcolor='#003366'>" + returnMonth(month) + " " +
year + "</td><td align='right' bgcolor='#003366' valign='top'>" + rightarrow + "</td></tr>
</table>";

if (inputState == hawaii || inputState == puertoRico || inputState == alaska || onlyNFHF ==
"true")
{
   if (hawaiianFish == "true")
   {
      var shippingInfo="<font color=black><img
      src='"+staticServerPath+"/images/steaks/calendar/blue.gif' width='15'
      height='15 border='0'> FedEx 2Day Shipping<br><img
      src='"+staticServerPath+"/images/steaks/calendar/red.gif' width='15'
      height='15' border='0'> FedEx Overnight Service ["+overnightShippingCost+"]
      <br><img src='"+staticServerPath+"/images/steaks/calendar/green.gif'
      width='15' height='15' border='0'> FedEx 2Day with Saturday Delivery<br><img
      src='"+staticServerPath+"/images/steaks/calendar/yellow.gif' width='15'
      height='15' border='0'> FedEx Priority Overnight Service<br><img
      src='"+staticServerPath +"/images/steaks/steaks.gif' width='15' height='1'
      border='0'> with Saturday Delivery</font>";

   }
   else
   {
      var shippingInfo="<font color=black><img
      src='"+staticServerPath+"/images/steaks/calendar/blue.gif' width='15'
      height='15 border='0'> FedEx 2Day Shipping<br><img
      src='"+staticServerPath+"/images/steaks/calendar/red.gif'width='15'
      height='15' border='0'> FedEx Overnight Service ["+overnightShippingCost+"]
      <br><img src='"+staticServerPath+"/images/steaks/calendar/green.gif'
      width='15' height='15' border='0'> FedEx 2Day with Saturday Delivery<br><img
      src='"+staticServerPath+"/images/steaks/calendar/yellow.gif' width='15'
      height='15' border='0'> FedEx Priority Overnight Service<br><img
      src='"+staticServerPath +"/images/steaks/steaks.gif' width='15' height='1'
      border='0'> with Saturday Delivery ["+overnightSaturdayShippingCost+"]
      </font>";
```

516
517

518
519

520
521

522
523
524
525

526
527
528
529

142 - 162

12

Prominent Consulting IP Shipping Calendar JavaScript Code

```
                }
            }
            else if (hawaiianFish == "true")
            {
                var shippingInfo="<font color=black><img
                src="+staticServerPath+"/images/steaks/calendar/blue.gif' width='15' height='15
                border='0'> FedEx 2Day Shipping ["+twoDayShippingCost+"]<br><img
                src="+staticServerPath+"/images/steaks/calendar/red.gif' width='15' height='15'
                border='0'> FedEx Overnight Service ["+overnightShippingCost+"]<br><img
                src="+staticServerPath+"/images/steaks/calendar/green.gif' width='15' height='15'
                border='0'> FedEx 2Day with Saturday Delivery<br><img
                src="+staticServerPath+"/images/steaks/calendar/yellow.gif' width='15' height='15'
                border='0'> FedEx Priority Overnight Service<br><img src="+staticServerPath
                +"/images/steaks/steaks.gif' width='15' height='1' border='0'> with Saturday
                Delivery</font>";
            }
            else
            {
                var shippingInfo="<font color=black><img
                src="+staticServerPath+"/images/steaks/calendar/blue.gif' width='15' height='15
                border='0'> FedEx 2Day Shipping ["+twoDayShippingCost+"]<br><img
                src="+staticServerPath+"/images/steaks/calendar/red.gif' width='15' height='15'
                border='0'> FedEx Overnight Service ["+overnightShippingCost+"]<br><img
                src="+staticServerPath+"/images/steaks/calendar/green.gif' width='15' height='15'
                border='0'> FedEx 2Day with Saturday Delivery ["+twoDaySaturdayShippingCost+"]<br><img
                src="+staticServerPath+"/images/steaks/calendar/yellow.gif' width='15' height='15'
                border='0'> FedEx Priority Overnight Service<br><img src="+staticServerPath
                +"/images/steaks/steaks.gif' width='15' height='1' border='0'> with Saturday Delivery
                ["+overnightSaturdayShippingCost+"]</font>";
            }
            disclaimer = "<table cellspacing='0' cellpadding='0' border='0'><tr><td bgcolor='#333333'
            colspan='2'><img src='"+staticServerPath +"/images/steaks/steaks.gif' width='1' height='1'
            border='0'></td></tr><tr><td align='left' valign='bottom' nowrap>"+shippingInfo+"</td><td
            align='right' valign='bottom'><a href='javascript:closeCalendar(\""+ cal +"\",\""+ calShim
            +"\")'><img src='"+staticServerPath+"/images/steaks/calendar/close.gif' width='16'
            height='14' border='0'></a><br/><img src='"+staticServerPath+"/images/steaks/steaks.gif'
            width='1' height='2' border='0' /></td></tr></table></td><td bgcolor='#FFFFFF'><img
            bgcolor='#333333'><img src='"+staticServerPath +"/images/steaks/steaks.gif' width='1'
            height='1' border='0'></td></tr><tr><td bgcolor='#333333' colspan='5'><img
            src="+staticServerPath +"/images/steaks/steaks.gif' width='1' height='1' border='0'></td>
            </tr></table>";

            tableOutput = (monthOutput + tableOutput) + disclaimer;

            document.getElementById(cal).innerHTML=tableOutput;
            setVisible(true,cal,calShim);
        }
```

Prominent Consulting IP Shipping Calendar JavaScript Code

```
548  function getText() {
549      return "some getText text";
550  }
551
552  function getShippingType(currentDay) {
553      var tStyle = "";
554      var currentDate = new Date(year, month, currentDay);
555      var currentDayOfWeek = currentDate.getDay();
556
557  if (inputState == hawaii || inputState == puertoRico || inputState == alaska || onlyNFHF ==
558  "true")
559      {
560          if(currentDayOfWeek == 6) {
561              tStyle = pStyleCodeovernightSaturday;
562          } else {
563              tStyle = pStyleCodeovernight;
564          }
565      }
566      else {
567          if(month == twoDaySaturdayMonth && currentDay == twoDaySaturdayDate) {
568              tStyle = pStyleCode2daySaturday;
569          }
570          else if(month == overnightMonth && currentDay == overnightDate) {
571              tStyle = pStyleCodeOvernight;
572          }
573          else if(month == overnightSaturdayMonth && currentDay == overnightSaturdayDate) {
574              tStyle = pStyleCodeovernightSaturday;
575          }
576          else if(currentDayOfWeek == 6) {
577              if (isHoliday(month, currentDay - 2)) {
578                  tStyle = pStyleCodeOvernightSaturday;
579              } else {
580                  tStyle = pStyleCode2daySaturday;
581              }
582          }
583          else if(currentDayOfWeek == 2) {
584              tStyle = pStyleCodeOvernight;
585          }
586          else if(currentDayOfWeek == 3 &&
587              (isHoliday(month, currentDay - 1) || isHoliday(month, currentDay - 2))) {
588              tStyle = pStyleCodeOvernight;
589          }
590          else if (currentDayOfWeek == 4 &&
591              (isHoliday(month, currentDay - 3) || isHoliday(month, currentDay - 2) ||
592              isHoliday(month, currentDay - 1))) {
593                  tStyle = pStyleCodeovernight;
594          }
          else if (currentDayOfWeek == 5 &&
```

14

Prominent Consulting IP Shipping Calendar JavaScript Code

```
595            (isHoliday(month, currentDay - 2) || isHoliday(month, currentDay - 1))) {
596            tStyle = pStyleCodeOvernight;
597
598        }
599        else {
600
601            tStyle = pStyleCode2day;
602
603        }
604    }
605
606    return tStyle;
607 }
608 function getShippingTypeString(inDay)
609 {
610    var tStyle = getShippingType(inDay);
611    var shippingTypeStringValue = "";
612    if (tStyle == pStyleCode2day) {
613        shippingTypeStringValue = twoDayShipping;
614    } else if (tStyle == pStyleCodeOvernight) {
615        shippingTypeStringValue = overnightShipping;
616    } else if (tStyle == pStyleCode2daySaturday) {
617        shippingTypeStringValue = twoDaySaturdayShipping;
618    } else if (tStyle == pStyleCodeOvernightSaturday) {
619        shippingTypeStringValue = overnightSaturdayShipping;
620    }
621
622    return shippingTypeStringValue;
623 }
624
625 function changeState(state) {
626    if (state == hawaii || state == puertoRico || state == alaska) {
627
628        if (document.forms[2].shippingType.value == twoDaySaturdayShipping ||
629            document.forms[2].shippingType.value == overnightSaturdayShipping) {
630            document.forms[2].shippingType.value = overnightSaturdayShipping;
631            document.getElementById('shippingTypeString').innerHTML=
632            shippingTypes[5];
633
634        } else {
635            document.forms[2].shippingType.value = overnightShipping;
636            document.getElementById('shippingTypeString').innerHTML=
637            shippingTypes[4];
638
        }

        document.getElementById('overnightDeliveryString').innerHTML="<font color=red>
        Overnight delivery is required for Alaska, Hawaii and Puerto Rico.<br>Saturday
        delivery is not available for Alaska, Hawaii, and Puerto Rico.</font><br>
         <br>";

    }
    else {

        document.getElementById('overnightDeliveryString').innerHTML="";
        var dayArray = parseDate(inputDateField.value);
```

15

Prominent Consulting IP Shipping Calendar JavaScript Code

```
639    var shippingTypeStringValue = getShippingTypeString(dayArray[1]);
640    document.forms[2].shippingType.value = shippingTypeStringValue;
641    document.getElementById('shippingTypeString').innerHTML=
       shippingTypes[shippingTypeStringValue];
642    }
643    }
```

16

# Catalog Page

YOUR SOURCE FOR FINE DINING

# ALLEN BROTHERS
### THE GREAT STEAKHOUSE STEAKS®

Home · About Us · Contact Us · Catalog Request

CART    SEARCH keyword or item #    GO

SHOP          GIFT SELECTIONS          FINE DINING          CATALOG          ASSISTANCE

USDA Prime Steaks
Wet-Aged Beef
Dry-Aged Beef
Kobe-style Wagyu Beef
Never Frozen Beef
Appetizers
Buffalo & Venison
Desserts
Duck
Heat & Serve Entrees
Lamb
Pork
Poultry
Sausages & Bratwurst
Seafood
Steak Burgers & Dogs
Veal
New Products
Specials
Favorites

SIGN UP
FOR EMAIL
SPECIAL OFFERS

<enter email>

SUBSCRIBE

Home >

VIEW OUR NEW CATALOG ONLINE.
FLIP THROUGH PAGE AFTER PAGE OF
USDA PRIME BEEF & GOURMET FOODS.

A PERFECT GIFT FOR EVERYONE ON
YOUR LIST.

View Catalog Online

Now you can flip through our catalog page by page
online.

Request a Catalog

We'd be happy to send you our catalog by mail.
Sign up now to join our mailing list.

Sign Up for Email News

Sign up for email news and ideas.

About Us · Privacy Policy · Catalog Request · Customer Service · Contact Us
For questions or assistance  call weekdays 8 AM to 5 PM CST —  800-548-7777
© 2007 Allen Brothers  Inc.  All Rights Reserved.
design and development by Prominent Consulting, LLC
Enter your email address to receive special offers

<enter email>    SUBSCRIBE

Prominent IP - Catalog Code

```
1   <!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN" "http://www.w3.org/TR/html14/loose.dtd">
2   <html><!-- InstanceBegin template="/Templates/steaks.dwt.jsp" codeOutsideHTMLIsLocked="false" -->
3
4   <!-- Copyright (c) 2005 by Prominent Consulting LLC. All Rights Reserved. -->
5   <!-- Added by HTTrack --><meta http-equiv="content-type" content="text/html;charset=iso-8859-1"><!--
    /Added by HTTrack -->
6   <head>
7   <meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
8   <META name="description" content="Order steaks, lobsters, seafood, and desserts from the purveyor of
    America's highest-quality USDA prime steaks and beef, Allen Brothers">
9   <META name="keywords" content="steaks,steak,prime beef,beef,prime steaks,aged beef,kobe beef,angus
    beef,mail order steaks,wagyu beef,prime steak,mail order steak,aged steaks,filet mignon,beef
    wellington">
10  <!-- InstanceBeginEditable name="doctitle" -->
11  <title>Allen Brothers USDA Prime Steaks and Prime Beef</title>
12  <!-- InstanceEndEditable --><link rel="stylesheet" href="../72.5.200.197/css/steaks.css" type=
    "text/css">
13  <SCRIPT language="JavaScript" src="../72.5.200.197/js/steaks.js"></SCRIPT>
14  <!-- InstanceBeginEditable name="head" --><!-- InstanceEndEditable -->
15  </head>
16  <body bgcolor=#ffffff" vlink="#635247" alink=#635247" link=#635247" marginheight="0" marginwidth=
    "0" topmargin="0" leftmargin="0" rightmargin="0" onLoad=
    "MM_preloadImages('http://72.5.200.197/images/nav/top/ordertracking-
    over.gif','http://72.5.200.197/images/nav/top/myAccount-
    over.gif','http://72.5.200.197/images/nav/top/cart-over.gif','http://72.5.200.197/images/nav/top/go-
    over.gif','http://72.5.200.197/images/nav/top/go-
    down.gif','../72.5.200.197/images/steaks/ordertracking-
    over.gif','../72.5.200.197/images/steaks/myaccount-over.gif','../72.5.200.197/images/steaks/cart-
    over.gif','../72.5.200.197/images/steaks/shop-
    over.gif','../72.5.200.197/images/steaks/leftnav/primesteaks-
    over.jpg','../72.5.200.197/images/steaks/leftnav/wetaged-
    over.jpg','../72.5.200.197/images/steaks/leftnav/dryaged-
    over.jpg','../72.5.200.197/images/steaks/leftnav/never-
    over.jpg','../72.5.200.197/images/steaks/leftnav/kobe-
    over.jpg','../72.5.200.197/images/steaks/leftnav/appetizers-
    over.jpg','../72.5.200.197/images/steaks/leftnav/buffalo-
    over.jpg','../72.5.200.197/images/steaks/leftnav/desserts-
    over.jpg','../72.5.200.197/images/steaks/leftnav/duck-
    over.jpg','../72.5.200.197/images/steaks/leftnav/heatandserve-
    over.jpg','../72.5.200.197/images/steaks/leftnav/lamb-
    over.jpg','../72.5.200.197/images/steaks/leftnav/pork-
    over.jpg','../72.5.200.197/images/steaks/leftnav/poultry-
    over.jpg','../72.5.200.197/images/steaks/leftnav/sausages-
    over.jpg','../72.5.200.197/images/steaks/leftnav/seafood-
    over.jpg','../72.5.200.197/images/steaks/leftnav/steakburgers-
    over.jpg','../72.5.200.197/images/steaks/leftnav/veal-
    over.jpg','../72.5.200.197/images/steaks/leftnav/newproducts-
    over.jpg','../72.5.200.197/images/steaks/leftnav/specials-
    over.jpg','../72.5.200.197/images/steaks/leftnav/favorites-over.jpg')">
```

Prominent IP - Catalog Code

```
17    <div id="topLinks" class="topLinks"><a href="steaks.html" class="theme">Home</a> - <a href=
      "AboutUs.html" class="theme">About Us</a> - <a href="ContactUs.html" class="theme">Contact Us</a> - <a
      href="CatalogRequest.html" class="theme">Catalog Request</a> </div>
18    <div id="CompanyLogo" style="position:absolute; top:2px; left:12px; z-index:30; width:328px;
      height:50px;"><A href="steaks.html"><img src="../72.5.200.197/images/steaks/A5-logo.jpg" width="328"
      height="50" border="0"></A></div>
19    <div id="Signoff" class="siteNavigation" style="left:300px;"></div>
20    <!--<div id="OrderTracking" class="siteNavigation" style="left:350px;"><a href="OrderTracking.jsp"
      onMouseOut="MM_swapImgRestore()"
      onMouseOver="MM_swapImage('OrderTracking','','http://72.5.200.197/images/steaks/ordertracking-
      over.gif',1)"><img src="http://72.5.200.197/images/steaks/ordertracking-
      name="OrderTracking" width="101" height="17" border="0"></a></div>
21    <div id="MyAccount" class="siteNavigation" style="left:456px;"><a href="MyAccount.jsp"
      onMouseOut="MM_swapImgRestore()"
      onMouseOver="MM_swapImage('MyAccount','','http://72.5.200.197/images/steaks/myaccount-over.gif',1)">
      <img src="http://72.5.200.197/images/steaks/myaccount.gif" alt="MY ACCOUNT" name="MyAccount"
      width="80" height="17" border="0"></a></div>
22    <div id="ShoppingCart" class="siteNavigation" style="top:23px; left:541px;"><a href=
      "ShoppingCart.html" onMouseOut="MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Cart','','../72.5.200.197/images/steaks/cart-over.gif',1)"><img src=
      "../72.5.200.197/images/steaks/cart.gif" alt="Shopping Cart" name="Cart" width="38" height="26"
      border="0"></a></div>
23    <div id="Search" class="siteNavigation" style="left:584px;"><img src=
      "../72.5.200.197/images/steaks/search.gif" alt="Search" name="Search" width="40" height="17" border=
      "0"></div>
24    <form name="searchBean" method="GET" action="http://72.5.200.192/search.do">
25    <div id="SearchForm" class="siteNavigation" style="left:628px;width:120px;top:30px;">
26    <input type="text" name="searchString" maxlength="30" size="15" tabindex="1" value="keyword or
      item #" onfocus="form.searchString.value='';" class="search">
27    </div>
28    <div id="SearchForm" class="siteNavigation" style="left:750px;width:17px;top:32px;">
29    <input type="image"
30    name="action"
31    src="../72.5.200.197/images/steaks/gobutton.gif"
32    alt="GO"
33    border="0"
34    value="button.Submit"
35    tabindex="2"/>
36    </div>
37    </form>
38    <div id="topNavBar" class="topNavBar"></div>
39    <div id="ShopTopNav" class="topNavBarItems" style="left:1px;"><a href="Shopc631.html?categoryId=87"
      onMouseOut="MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('ShopTopNav','','../72.5.200.197/images/steaks/shop-over.gif',1)"><img src=
      "../72.5.200.197/images/steaks/shop.gif" alt="Shop Categories" name="ShopTopNav" width="127" height=
      "18" border="0"></a></div>
40    <div id="GiftTopNav" class="topNavBarItems" style="left:130px;"><a href=
      "findProducts948c.html?categoryId=103" onMouseOut="MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('GiftTopNav','','../72.5.200.197/images/steaks/gift-over.gif',1)"><img src=
```

Prominent IP - Catalog Code

```
40   "..../72.5.200.197/images/steaks/gift.gif" alt="Gift Ideas" name="GiftTopNav" width="127" height="18"
     border="0"></a></div>
41   <div id="FineDiningTopNav" class="topNavBarItems" style="left:284px; z-index:30; width:127px;
     height:18px;"><a href="FineDining.html" onMouseOut="MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('FineDiningTopNav','',...'/72.5.200.197/images/steaks/finedining-over.gif',1)"><img src=
     "..../72.5.200.197/images/steaks/finedining.gif" alt="Fine Dining" name="FineDiningTopNav" width="127"
     height="18" border="0"></a></div>
42   <div id="CatalogTopNav" class="topNavBarItems" style="left:418px;"><a href="Catalog.html" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('CatalogTopNav','',...'/72.5.200.197/images/steaks/catalog-over.gif',1)"><img src=
     "..../72.5.200.197/images/steaks/catalog.gif" alt="Catalog" name="CatalogTopNav" width="127" height="18"
     border="0"></a></div>
43   <div id="AssistanceTopNav" class="topNavBarItems" style="left:547px;"><a href="Assistance.html"
     onMouseOut="MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('AssistanceTopNav','',...'/72.5.200.197/images/steaks/assistance-over.gif',1)"><img src=
     "..../72.5.200.197/images/steaks/assistance.gif" alt="Assistance" name="AssistanceTopNav" width="127"
     height="18" border="0"></a></div>
44   <div id="LeftNavigationBar" class="leftNavBar">
45   <div id="PrimeSteaks" class="shopCategory"><a href="findProducts5095.html?categoryId=90" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image22','',...'/72.5.200.197/images/steaks/leftnav/primesteaks-over.jpg',1)"><img src=
     "..../72.5.200.197/images/steaks/leftnav/primesteaks.jpg" alt="Prime Steaks" name="Image22" width="127"
     height="15" border="0"></a></div>
46   <div id="PrimeBeef" class="shopCategory"><a href="findProducts7a20.html?categoryId=76" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image23','',...'/72.5.200.197/images/steaks/leftnav/wetaged-over.jpg',1)"><img src=
     "..../72.5.200.197/images/steaks/leftnav/wetaged.jpg" alt="Wet-Aged Beef" name="Image23" width="127"
     height="15" border="0"></a></div>
47   <div id="DryAgedBeef" class="shopCategory"><a href="findProducts7b4c.html?categoryId=50" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image24','',...'/72.5.200.197/images/steaks/leftnav/dryaged-over.jpg',1)"><img src=
     "..../72.5.200.197/images/steaks/leftnav/dryaged.jpg" alt="Dry-Aged Beef" name="Image24" width="127"
     height="15" border="0"></a></div>
48   <div id="WagyuBeef" class="shopCategory"><a href="findProducts494a.html?categoryId=108" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image26','',...'/72.5.200.197/images/steaks/leftnav/kobe-over.jpg',1)"><img src=
     "..../72.5.200.197/images/steaks/leftnav/kobe.jpg" alt="Kobe-style Wagyu Beef" name="Image26" width=
     "127" height="15" border="0"></a></div>
49   <div id="NeverFrozenBeef" class="shopCategory"><a href="findProducts9783.html?categoryId=60"
     onMouseOut="MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image25','',...'/72.5.200.197/images/steaks/leftnav/never-over.jpg',1)"><img src=
     "..../72.5.200.197/images/steaks/leftnav/never.jpg" alt="Never Frozen Beef" name="Image25" width="127"
     height="15" border="0"></a></div>
50   <div id="Appetizers" class="shopCategory"><a href="findProductsf29f.html?categoryId=64" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image27','',...'/72.5.200.197/images/steaks/leftnav/appetizers-over.jpg',1)"><img src=
     "..../72.5.200.197/images/steaks/leftnav/appetizers.jpg" alt="Appetizers" name="Image27" width="127"
     height="15" border="0"></a></div>
51   <div id="BuffaloVenison" class="shopCategory"><a href="findProductsbe75.html?categoryId=40"
```

Prominent IP - Catalog Code

```
51  onMouseOut="MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('Image28','','../72.5.200.197/images/steaks/leftnav/buffalo/buffalo-over.jpg',1)"><img src=
    "../72.5.200.197/images/steaks/leftnav/buffalo.jpg" alt="Buffalo & Venison" name="Image28" width=
    "127" height="15" border="0"></a></div>

52  <div id="Desserts" class="shopCategory"><a href="findProductsa0f9.html?categoryId=55" onMouseOut=
    "MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('Image29','','../72.5.200.197/images/steaks/leftnav/desserts/desserts-over.jpg',1)"><img src=
    "../72.5.200.197/images/steaks/leftnav/desserts.jpg" alt="Desserts" name="Image29" width="127"
    height="15" border="0"></a></div>

53  <div id="Duck" class="shopCategory"><a href="findProductsb445.html?categoryId=33" onMouseOut=
    "MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('Image30','','../72.5.200.197/images/steaks/leftnav/duck/duck-over.jpg',1)"><img src=
    "../72.5.200.197/images/steaks/leftnav/duck.jpg" alt="Duck" name="Image30" width="127" height="15"
    border="0"></a></div>

54  <div id="HeatAndServeEntrees" class="shopCategory"><a href="findProductsd016.html?categoryId=32"
    onMouseOut="MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('Image31','','../72.5.200.197/images/steaks/leftnav/heatandserve/heatandserve-over.jpg',1)"><img src=
    "../72.5.200.197/images/steaks/leftnav/heatandserve.jpg" alt="Heat & Serve Entr&eacute;es" name=
    "Image31" width="127" height="15" border="0"></a></div>

55  <div id="Lamb" class="shopCategory"><a href="findProducts5e2c.html?categoryId=39" onMouseOut=
    "MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('Image32','','../72.5.200.197/images/steaks/leftnav/lamb/lamb-over.jpg',1)"><img src=
    "../72.5.200.197/images/steaks/leftnav/lamb.jpg" alt="Lamb" name="Image32" width="127" height="15"
    border="0"></a></div>

56  <div id="Pork" class="shopCategory"><a href="findProductsb598.html?categoryId=30" onMouseOut=
    "MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('Image33','','../72.5.200.197/images/steaks/leftnav/pork/pork-over.jpg',1)"><img src=
    "../72.5.200.197/images/steaks/leftnav/pork.jpg" alt="Pork" name="Image33" width="127" height="15"
    border="0"></a></div>

57  <div id="Poultry" class="shopCategory"><a href="findProducts393e.html?categoryId=28" onMouseOut=
    "MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('Image34','','../72.5.200.197/images/steaks/leftnav/poultry/poultry-over.jpg',1)"><img src=
    "../72.5.200.197/images/steaks/leftnav/poultry.jpg" alt="Poultry" name="Image34" width="127" height=
    "15" border="0"></a></div>

58  <div id="SausagesAndBratwurst" class="shopCategory"><a href="findProductsb27.html?categoryId=81"
    onMouseOut="MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('Image35','','../72.5.200.197/images/steaks/leftnav/sausages/sausages-over.jpg',1)"><img src=
    "../72.5.200.197/images/steaks/leftnav/sausages.jpg" alt="Sausages & Bratwurst" name="Image35" width=
    "127" height="15" border="0"></a></div>

59  <div id="Seafood" class="shopCategory"><a href="findProducts0ee5.html?categoryId=27" onMouseOut=
    "MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('Image36','','../72.5.200.197/images/steaks/leftnav/seafood/seafood-over.jpg',1)"><img src=
    "../72.5.200.197/images/steaks/leftnav/seafood.jpg" alt="Seafood" name="Image36" width="127" height=
    "15" border="0"></a></div>

60  <div id="SteakBurgersAndDogs" class="shopCategory"><a href="findProducts4c62.html?categoryId=80"
    onMouseOut="MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('Image37','','../72.5.200.197/images/steaks/leftnav/steakburgers/steakburgers-over.jpg',1)"><img src=
    "../72.5.200.197/images/steaks/leftnav/steakburgers.jpg" alt="Steak Burgers & Dogs" name="Image37"
    width="127" height="15" border="0"></a></div>
```

4

Prominent IP - Catalog Code

```
61  <div id="Veal" class="shopCategory"><a href="findProducts9ec0.html?categoryId=26" onMouseOut=
    "MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('Image38','','../72.5.200.197/images/steaks/leftnav/veal-over.jpg',1)"><img src=
    "../72.5.200.197/images/steaks/leftnav/veal.jpg" alt="Veal" name="Image38" width="127" height="15"
    border="0"></a></div>
62  <div id="NewProducts" class="shopCategory"><a href="NewProducts.html" onMouseOut="MM_swapImgRestore()"
    onMouseOver=
    "MM_swapImage('Image39','','../72.5.200.197/images/steaks/leftnav/newproducts-over.jpg',1)"><img src=
    "../72.5.200.197/images/steaks/leftnav/newproducts.jpg" alt="New Products" name="Image39" width="127"
    height="15" border="0"></a></div>
63  <div id="Specials" class="shopCategory"><a href="findProducts4794.html?categoryId=89" onMouseOut=
    "MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('Image40','','../72.5.200.197/images/steaks/leftnav/specials-over.jpg',1)"><img src=
    "../72.5.200.197/images/steaks/leftnav/specials.jpg" alt="Specials" name="Image40" width="127"
    height="15" border="0"></a></div>
64  <div id="Bestsellers" class="shopCategory"><a href="findProductsf29.html?categoryId=91" onMouseOut=
    "MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('Image41','','../72.5.200.197/images/steaks/leftnav/favorites-over.jpg',1)"><img src=
    "../72.5.200.197/images/steaks/leftnav/favorites.jpg" alt="Favorites" name="Image41" width="127"
    height="15" border="0"></a></div>
65  <div id="OptIn" class="optin">
66  <form name="emailOffersBean" method="GET" action="http://72.5.200.192/emailOffers.do" onsubmit="return
    submitEmailForm(this);">
67    <div align="center"><img src="../72.5.200.197/images/steaks/doublehorizontal.gif" width="120"
      height="5"><br>
68    <img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
69    <img src="../72.5.200.197/images/steaks/emailsubscribe.gif" width="97" height="49" alt=""
      border="0"><br>
70    <img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
71    <input type="text" name="email" maxlength="76" size="15" tabindex="3" value="&lt;enter
      email&gt;" onfocus="form.email.value='';" class="email">
72    <br>
73    <img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
74    <input type="image"
75      name="action"
76      src="../72.5.200.197/images/steaks/subscribe.gif"
77      alt="SUBSCRIBE"
78      border="0"
79      tabindex="4"/>
80    <br>
81    <img src="../72.5.200.197/images/steaks/doublehorizontal.gif" width="120" height="5"> </div>
82  </div>
83  </form>
84  </div>
85  <div class="navigationLinks"><a class="navigationTheme" href="steaks.html">Home</a> <span class=
    "navigationPlain"&gt;:</span> </div>
86  <div class="standardPage">
87  <table width="100%" border="0" cellspacing="0" cellpadding="0">
88    <tr>
```

5



Prominent IP - Catalog Code

Lines corresponding to AB infringement code:

```
 89   <td><!-- InstanceBeginEditable name="MainBody" -->
 90   <table width="100%" border="0" cellspacing="0" cellpadding="0">
 91   <tr>
 92   <td rowspan="7"><a href="CatalogRequest.html"><img src=
      "http://72.5.200.197/images/catalog/Covers/2005/steaks-Ac.jpg" width="291" height="371"
      border="0"></a></td>
 93   <td valign="bottom"><img src="../72.5.200.197/images/steaks/A5-catalogblurb.gif" width="320"
      height="126"></td>
 94   </tr>
 95   <tr>
 96   <td height="1" valign="bottom" bgcolor="#EFE5D4"><img src=
      "../72.5.200.197/images/steaks/steaks.gif" width="1" height="1"></td>
 97   </tr>
 98   <tr>
 99   <td valign="middle"><table width="100%" border="0" cellspacing="0" cellpadding="0">
100   <tr>
101   <td class="contentsmallcell"><a href="eCatalog.html"><img src=
      "../72.5.200.197/images/steaks/viewcatalogonline.gif" width="159" height="15" border="0">
      </a></td>
102   </tr>
103   <tr>
104   <td valign="top" class="contentsmallcell">Now you can <a href="eCatalog.html">flip through
      our catalog</a> page by page online. </td>
105   </tr>
106   </table></td>
107   </tr>
108   <tr>
109   <td height="1" valign="bottom" bgcolor="#EFE5D4"><img src=
      "../72.5.200.197/images/steaks/steaks.gif" width="1" height="1"></td>
110   </tr>
111   <tr>
112   <td valign="top"><table width="100%" border="0" cellspacing="0" cellpadding="0">
113   <tr>
114   <td class="contentsmallcell"><a href="CatalogRequest.html"><img src=
      "../72.5.200.197/images/steaks/requestacatalog.gif" width="159" height="15" border="0"></a
      ></td>
115   </tr>
116   <tr>
117   <td valign="top" class="contentsmallcell">We'd be happy to send you our catalog by mail.
118   <br>
      <a href="CatalogRequest.html">Sign up now</a> to join our mailing list. </td>
119   </tr>
120   </table></td>
121   </tr>
122   <tr>
123   <td height="1" valign="bottom" bgcolor="#EFE5D4"><img src=
      "../72.5.200.197/images/steaks/steaks.gif" width="1" height="1"></td>
124   </tr>
125   <tr>
```

1
83-93

2
94-130

6

Prominent IP - Catalog Code

```
126   <td valign="top"><table width="100%" border="0" cellspacing="0" cellpadding="0">
127   <tr>
128   <td class="contentsmallcell"><a href="OptIn.html" target="OptIn.jsp"><img src=
      "../72.5.200.197/images/steaks/SignUpEmail.gif" width="159" height="15" border="0"></a>
129   </td>
130   </tr>
131   <tr>
      <td valign="top" class="contentsmallcell"><a href="OptIn.html">Sign up</a> for email news
      and ideas. </td>
132   </tr>
133   </table></td>
134   </tr>
135   <!-- InstanceEndEditable --></td>
136   </tr>
137   </table>
138   <tr valign="top">
139   <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="40"></td>
140   </tr>
141   <tr>
142   <td width=629 align="center" class="navigationPlain"><a href="AboutUs.html">About Us</a> | <a
      href="PrivacyPolicy.html">Privacy Policy</a> | <a href="CatalogRequest.html">Catalog Request</a> |
      <a href="Assistance.html">Customer Service</a> | <a href="ContactUs.html">Contact Us</a><br>
143   For questions or assistance, call weekdays 8 AM to 5 PM CST &#8212; (800) 548-7777<br>
144   &copy; 2007 Allen Brothers, Inc., All Rights Reserved.</font><br>
145   design and development by <a href="http://www.prominentconsulting.com/" target="_blank">Prominent
      Consulting, LLC</a></td>
146   </tr>
147   <tr>
148   <td width=629 align="center" class="navigationPlain" valign="baseline">Enter your email
      address to receive special offers<br><form name="emailOffersBean" method="GET" action=
      "http://72.5.200.192/emailOffers.do" onsubmit="return submitEmailForm(this)"><input type=
      "text" name="email" maxlength="76" size="15" tabindex="3" value="&lt;enter email&gt;" onfocus=
      "form.email.value='';" class="email"> <input type="image" name="action" src=
      "../72.5.200.197/images/steaks/subscribe.gif" alt=SUBSCRIBE" border="0" tabindex="4"/></form>
      </td>
149   </tr>
150   </table>
151   </div>
152   </body>
153   <!-- InstanceEnd -->
154   <!-- Copyright (c) 2005 by Prominent Consulting LLC. All Rights Reserved. -->
155   <!-- Added by HTTrack --><meta http-equiv="content-type" content="text/html;charset=iso-8859-1"><!--
156   /Added by HTTrack -->
157   </html>
```

7

|← 2 →|

# Contact Us Page

YOUR SOURCE FOR FINE DINING

# ALLEN BROTHERS
### THE GREAT STEAKHOUSE STEAKS®

Home · About Us · Contact Us · Catalog Request

CART     SEARCH  [keyword or item #]  GO

**SHOP**    **GIFT SELECTIONS**    **FINE DINING**    **CATALOG**    **ASSISTANCE**

**SHOP**
USDA Prime Steaks
Wet-Aged Beef
Dry-Aged Beef
Kobe-style Wagyu Beef
Never Frozen Beef
Appetizers
Buffalo & Venison
Desserts
Duck
Heat & Serve Entrees
Lamb
Pork
Poultry
Sausages & Bratwurst
Seafood
Steak Burgers & Dogs
Veal
New Products
Specials
Favorites

SIGN UP
FOR EMAIL
SPECIAL OFFERS
[<enter email>]
**SUBSCRIBE**

Home >

## CONTACT US

We would like to hear from you. Whether you have a general question, want to know more about Allen Brothers or have specific questions regarding an order that you placed, please complete the following inquiry form or contact us using the information below.  Fields in **bold** are required.

**Your Name :** [_____]

**Address:** [_____]
Street address (P.O. Boxes not acceptable)

[_____]
Apartment, suite, unit, building, floor, etc.

**City:** [_____]

**State:** [Alabama ▾]

**ZIP Code:** [_____]

Phone Number: [___] [___] [____]

Email Address: [_____]

**Customer Service:**
1-800-548-7777
Monday-Friday, 8 a.m. to 5 p.m CST

**Phone Orders:**
1-800-957-0111
24 hours a day, 7 days a week

**Fax Orders:**
1-800-890-9146
24 hours a day, 7 days a week:

**Corporate Office:**
Allen Brothers, Inc.
3737 South Halsted Street
Chicago, Illinois 60609-1689

**How would you like us to contact you?**

◯ E-Mail
◯ Phone

**Your Questions or Comments:**

[_____]

(>)  SUBMIT INQUIRY

About Us · Privacy Policy · Catalog Request · Customer Service · Contact Us
For questions or assistance, call weekdays 8 AM to 5 PM CST — (800) 548-7777
© 2007 Allen Brothers, Inc., All Rights Reserved.
design and development by Prominent Consulting, LLC
Enter your email address to receive special offers
[<enter email>]  **SUBSCRIBE**

Prominent IP - Contact Us Code

```
1    <!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN" "http://www.w3.org/TR/html4/loose.dtd">
2    <html><!-- InstanceBegin template="/Templates/steaks.dwt.jsp" codeOutsideHTMLIsLocked="false" -->
3
4    <!-- Copyright (c) 2005 by Prominent Consulting LLC. All Rights Reserved. -->
5    <!-- Added by HTTrack --><meta http-equiv="content-type" content="text/html;charset=iso-8859-1"><!--
     /Added by HTTrack -->
6    <head>
7    <meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
8    <META name="description" content="Order steaks, lobsters, seafood, and desserts from the purveyor of
     America's highest-quality USDA prime steaks and beef, Allen Brothers">
9    <META name="keywords" content="steaks,steak,prime beef,beef,prime steaks,aged beef,kobe beef,angus
     beef,mail order steaks,wagyu beef,prime steak,mail order steak,aged steaks,filet mignon,beef
     wellington">
10   <!-- InstanceBeginEditable name="doctitle" -->
11   <title>Allen Brothers USDA Prime Steaks and Prime Beef</title>
12   <!-- InstanceEndEditable --><link rel="stylesheet" href="../72.5.200.197/css/steaks.css" type=
     "text/css">
13   <SCRIPT language="JavaScript" src="../72.5.200.197/js/steaks.js"></SCRIPT>
14   <!-- InstanceBeginEditable name="head" --><!-- InstanceEndEditable -->
15   </head>
16   <body bgcolor="#ffffff" vlink="#635247" alink=#635247" link=#635247" marginheight="0" marginwidth=
     "0" topmargin=0" leftmargin=0" rightmargin=0" onLoad=
     "MM_preloadImages('http://72.5.200.197/images/nav/top/ordertracking-
     over.gif','http://72.5.200.197/images/nav/top/myAccount-
     over.gif','http://72.5.200.197/images/nav/top/cart-over.gif','http://72.5.200.197/images/nav/top/go-
     over.jpg','http://72.5.200.197/images/nav/top/go-
     down.gif','../72.5.200.197/images/steaks/ordertracking-
     over.gif','../72.5.200.197/images/steaks/myaccount-over.gif','../72.5.200.197/images/steaks/cart-
     over.gif','../72.5.200.197/images/steaks/shop-
     over.gif','../72.5.200.197/images/steaks/leftnav/primesteaks-
     over.jpg','../72.5.200.197/images/steaks/leftnav/wetaged-
     over.jpg','../72.5.200.197/images/steaks/leftnav/dryaged-
     over.jpg','../72.5.200.197/images/steaks/leftnav/never-
     over.jpg','../72.5.200.197/images/steaks/leftnav/kobe-
     over.jpg','../72.5.200.197/images/steaks/leftnav/appetizers-
     over.jpg','../72.5.200.197/images/steaks/leftnav/buffalo-
     over.jpg','../72.5.200.197/images/steaks/leftnav/desserts-
     over.jpg','../72.5.200.197/images/steaks/leftnav/duck-
     over.jpg','../72.5.200.197/images/steaks/leftnav/heatandserve-
     over.jpg','../72.5.200.197/images/steaks/leftnav/lamb-
     over.jpg','../72.5.200.197/images/steaks/leftnav/pork-
     over.jpg','../72.5.200.197/images/steaks/leftnav/poultry-
     over.jpg','../72.5.200.197/images/steaks/leftnav/sausages-
     over.jpg','../72.5.200.197/images/steaks/leftnav/seafood-
     over.jpg','../72.5.200.197/images/steaks/leftnav/steakburgers-
     over.jpg','../72.5.200.197/images/steaks/leftnav/veal-
     over.jpg','../72.5.200.197/images/steaks/leftnav/newproducts-
     over.jpg','../72.5.200.197/images/steaks/leftnav/specials-
     over.jpg','../72.5.200.197/images/steaks/leftnav/favorites-over.jpg')">
```

1

Prominent IP - Contact Us Code

```
17    <div id="topLinks" class="topLinks"><a href="steaks.html" class="theme">Home</a> - <a href=
      "AboutUs.html" class="theme">About Us</a> - <a href="ContactUs.html" class="theme">Contact Us</a> - <a
      href="CatalogRequest.html" class="theme">Catalog Request</a></div>
18    <div id="CompanyLogo" style="position:absolute; top:2px; left:2px; z-index:30; width:328px;
      height:50px"><A href="steaks.html"><img src="../72.5.200.197/images/steaks/A5-logo.jpg" width="328"
      height="50" border="0"></A></div>
19    <div id="Signoff" class="siteNavigation" style="left:300px;"></div>
20    <!--<div id="OrderTracking" class="siteNavigation" style="left:350px;"><a href="OrderTracking.jsp"
      onMouseOut="MM_swapImgRestore()"
      onMouseOver="MM_swapImage('OrderTracking','','http://72.5.200.197/images/steaks/ordertracking-
      over.gif',1)"><img src="http://72.5.200.197/images/steaks/ordertracking.gif" alt="ORDER TRACKING"
      name="OrderTracking" width="101" height="17" border="0"></a></div>
21    <div id="MyAccount" class="siteNavigation" style="left:456px;"><a href="MyAccount.jsp"
      onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('MyAccount','','http://72.5.200.197/images/steaks/myaccount-over.gif',1)">
      <img src="http://72.5.200.197/images/steaks/myaccount.gif" alt="MY ACCOUNT" name="MyAccount"
      width="80" height="17" border="0"></a></div> -->
22    <div id="ShoppingCart" class="siteNavigation" style="top:23px; left:541px;"><a href=
      "ShoppingCart.html" onMouseOut="MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Cart','','../72.5.200.197/images/steaks/cart-over.gif',1)"><img src=
      "../72.5.200.197/images/steaks/cart.gif" alt="Shopping Cart" name="Cart" width="38" height="26"
      border="0"></a></div>
23    <div id="Search" class="siteNavigation" style="left:584px;"><img src=
      "../72.5.200.197/images/steaks/search.gif" alt="Search" name="Search" width="40" height="17" border=
      "0"></div>
24    <form name="searchBean" method="GET" action="http://72.5.200.192/search.do">
25    <div id="SearchForm" class="siteNavigation" style="left:628px;width:120px;top:30px;">
26        <input type="text" name="searchString" maxlength="30" size="15" tabindex="1" value="keyword or
          item #" onfocus="form.searchString.value='';" class="search">
27    </div>
28    <div id="SearchForm" class="siteNavigation" style="left:750px;width:17px;top:32px;">
29        <input type="image"
30            name="action"
31            src="../72.5.200.197/images/steaks/gobutton.gif"
32            alt="GO"
33            border="0"
34            value="button.Submit"
35            tabindex="2"/>
36    </div>
37    </form>
38    <div id="topNavBar" class="topNavBar"></div>
39    <div id="ShopTopNav" class="topNavBarItems" style="left:1px;"><a href="Shope631.html?categoryId=87"
      onMouseOut="MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('ShopTopNav','','../72.5.200.197/images/steaks/shop-over.gif',1)"><img src=
      "../72.5.200.197/images/steaks/shop.gif" alt="Shop Categories" name="ShopTopNav" width="127" height=
      "18" border="0"></a></div>
40    <div id="GiftTopNav" class="topNavBarItems" style="left:130px;"><a href=
      "findProductsb48c.html?categoryId=103" onMouseOut="MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('GiftTopNav','','../72.5.200.197/images/steaks/gift-over.gif',1)"><img src=
```

2

Prominent IP - Contact Us Code

```
40   "../72.5.200.197/images/steaks/gift.gif" alt="Gift Ideas" name="GiftTopNav" width="127" height="18"
     border="0"></a></div>

41   <div id="FineDiningTopNav" class="topNavBarItems" style="left:284px; z-index:30; width:127px;
     height:18px;"><a href="FineDining.html" onMouseOut="MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('FineDiningTopNav','','../72.5.200.197/images/steaks/finedining-over.gif',1)"><img src=
     "../72.5.200.197/images/steaks/finedining.gif" alt="Fine Dining" name="FineDiningTopNav" width="127"
     height="18" border="0"></a></div>

42   <div id="CatalogTopNav" class="topNavBarItems" style="left:418px;"><a href="Catalog.html" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('CatalogTopNav','','../72.5.200.197/images/steaks/catalog-over.gif',1)"><img src=
     "../72.5.200.197/images/steaks/catalog.gif" alt="Catalog" name="CatalogTopNav" width="127" height="18"
     border="0"></a></div>

43   <div id="AssistanceTopNav" class="topNavBarItems" style="left:547px;"><a href="Assistance.html"
     onMouseOut="MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('AssistanceTopNav','','../72.5.200.197/images/steaks/assistance-over.gif',1)"><img src=
     "../72.5.200.197/images/steaks/assistance.gif" alt="Assistance" name="AssistanceTopNav" width="127"
     height="18" border="0"></a></div>

44   <div id="LeftNavigationBar" class="leftNavBar">

45   <div id="PrimeSteaks" class="shopCategory"><a href="findProducts5095.html?categoryId=90" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image22','','../72.5.200.197/images/steaks/leftnav/primesteaks-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/primesteaks.jpg" alt="Prime Steaks" name="Image22" width="127"
     height="15" border="0"></a></div>

46   <div id="PrimeBeef" class="shopCategory"><a href="findProducts7a20.html?categoryId=76" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image23','','../72.5.200.197/images/steaks/leftnav/wetaged-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/wetaged.jpg" alt="Wet-Aged Beef" name="Image23" width="127"
     height="15" border="0"></a></div>

47   <div id="DryAgedBeef" class="shopCategory"><a href="findProducts7b4c.html?categoryId=50" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image24','','../72.5.200.197/images/steaks/leftnav/dryaged-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/dryaged.jpg" alt="Dry-Aged Beef" name="Image24" width="127"
     height="15" border="0"></a></div>

48   <div id="WagyuBeef" class="shopCategory"><a href="findProducts494a.html?categoryId=108" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image26','','../72.5.200.197/images/steaks/leftnav/kobe-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/kobe.jpg" alt="Kobe-style Wagyu Beef" name="Image26" width=
     "127" height="15" border="0"></a></div>

49   <div id="NeverFrozenBeef" class="shopCategory"><a href="findProducts9783.html?categoryId=60"
     onMouseOut="MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image25','','../72.5.200.197/images/steaks/leftnav/never-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/never.jpg" alt="Never Frozen Beef" name="Image25" width="127"
     height="15" border="0"></a></div>

50   <div id="Appetizers" class="shopCategory"><a href="findProductsf29f.html?categoryId=64" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image27','','../72.5.200.197/images/steaks/leftnav/appetizers-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/appetizers.jpg" alt="Appetizers" name="Image27" width="127"
     height="15" border="0"></a></div>

51   <div id="BuffaloVenison" class="shopCategory"><a href="findProductsbe75.html?categoryId=40"
```

3

Prominent IP - Contact Us Code

```
51   onMouseOut="MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image28','','../72.5.200.197/images/steaks/leftnav/buffalo-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/buffalo.jpg" alt="Buffalo & Venison" name="Image28" width=
     "127" height="15" border="0"></a></div>
52   <div id="Desserts" class="shopCategory"><a href="findProductsa0f9.html?categoryId=55" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image29','','../72.5.200.197/images/steaks/leftnav/desserts-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/desserts.jpg" alt="Desserts" name="Image29" width="127"
     height="15" border="0"></a></div>
53   <div id="Duck" class="shopCategory"><a href="findProductsb445.html?categoryId=33" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image30','','../72.5.200.197/images/steaks/leftnav/duck-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/duck.jpg" alt="Duck" name="Image30" width="127" height="15"
     border="0"></a></div>
54   <div id="HeatAndServeEntrees" class="shopCategory"><a href="findProductsd016.html?categoryId=32"
     onMouseOut="MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image31','','../72.5.200.197/images/steaks/leftnav/heatandserve-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/heatandserve.jpg" alt="Heat & Serve Entr&eacute;es" name=
     "Image31" width="127" height="15" border="0"></a></div>
55   <div id="Lamb" class="shopCategory"><a href="findProducts5e2c.html?categoryId=39" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image32','','../72.5.200.197/images/steaks/leftnav/lamb-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/lamb.jpg" alt="Lamb" name="Image32" width="127" height="15"
     border="0"></a></div>
56   <div id="Pork" class="shopCategory"><a href="findProductsb598.html?categoryId=30" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image33','','../72.5.200.197/images/steaks/leftnav/pork-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/pork.jpg" alt="Pork" name="Image33" width="127" height="15"
     border="0"></a></div>
57   <div id="Poultry" class="shopCategory"><a href="findProducts393e.html?categoryId=28" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image34','','../72.5.200.197/images/steaks/leftnav/poultry-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/poultry.jpg" alt="Poultry" name="Image34" width="127" height=
     "15" border="0"></a></div>
58   <div id="SausagesAndBratwurst" class="shopCategory"><a href="findProducts6b27.html?categoryId=81"
     onMouseOut="MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image35','','../72.5.200.197/images/steaks/leftnav/sausages-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/sausages.jpg" alt="Sausages & Bratwurst" name="Image35" width=
     "127" height="15" border="0"></a></div>
59   <div id="Seafood" class="shopCategory"><a href="findProducts0ee5.html?categoryId=27" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image36','','../72.5.200.197/images/steaks/leftnav/seafood-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/seafood.jpg" alt="Seafood" name="Image36" width="127" height=
     "15" border="0"></a></div>
60   <div id="SteakBurgersAndDogs" class="shopCategory"><a href="findProducts4c62.html?categoryId=80"
     onMouseOut="MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image37','','../72.5.200.197/images/steaks/leftnav/steakburgers-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/steakburgers.jpg" alt="Steak Burgers & Dogs" name="Image37"
     width="127" height="15" border="0"></a></div>
```

4

Prominent IP - Contact Us Code

```
61    <div id="Veal" class="shopCategory"><a href="findProducts9ec0.html?categoryId=26" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image38','','../72.5.200.197/images/steaks/leftnav/veal-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/veal.jpg" alt="Veal" name="Image38" width="127" height="15"
      border="0"></a></div>
62    <div id="NewProducts" class="shopCategory"><a href="NewProducts.html" onMouseOut="MM_swapImgRestore()"
      onMouseOver=
      "MM_swapImage('Image39','','../72.5.200.197/images/steaks/leftnav/newproducts-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/newproducts.jpg" alt="New Products" name="Image39" width="127"
      height="15" border="0"></a></div>
63    <div id="Specials" class="shopCategory"><a href="findProducts4794.html?categoryId=89" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image40','','../72.5.200.197/images/steaks/leftnav/specials-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/specials.jpg" alt="Specials" name="Image40" width="127"
      height="15" border="0"></a></div>
64    <div id="BestSellers" class="shopCategory"><a href="findProducts8f29.html?categoryId=91" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image41','','../72.5.200.197/images/steaks/leftnav/favorites-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/favorites.jpg" alt="Favorites" name="Image41" width="127"
      height="15" border="0"></a></div>
65    <div id="OptIn" class="optIn">
66    <form name="emailOffersBean" method="GET" action="http://72.5.200.192/emailOffers.do" onsubmit="return
      submitEmailForm(this);">
67      <div align="center"><img src="../72.5.200.197/images/steaks/doublehorizontal.gif" width="120"
        height="5"><br>
68        <img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
69        <img src="../72.5.200.197/images/steaks/emailsubscribe.gif" width="97" height="49" alt=""
          border="0"><br>
70        <img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
71        <input type="text" name="email" maxlength="76" size="15" tabindex="3" value="&lt;enter
          email&gt;" onfocus="form.email.value='';" class="email">
72        <br>
73        <img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
74        <input type="image"
75          name="action"
76          src="../72.5.200.197/images/steaks/subscribe.gif"
77          alt="SUBSCRIBE"
78          border="0"
79          tabindex="4" />
80        <br>
81        <img src="../72.5.200.197/images/steaks/doublehorizontal.gif" width="120" height="5"> </div>
82    </div>
83    </form>
84    </div>
85    <div class="navigationLinks"><a class="navigationTheme" href="steaks.html">Home</a> <span class=
      "navigationPlain">&gt;</span> </div>
86    <div class="standardPage">
87    <table width="100%" border="0" cellspacing="0" cellpadding="0">
88      <tr>
```

5

Prominent IP - Contact Us Code

The style sheet class "contentsmallcell" is from the Prominent code and is not contained in the AB style sheet at all, and has no use in the AB Code. This is like a fingerprint showing that the AB web site was copied from

```
89  <td><!-- InstanceBeginEditable name="MainBody" -->
90  <p class="contentsmall"><img src="../72.5.200.197/images/steaks/headers/ContactUs.jpg" width=
91  "300" height="23"><br>
92  <br><font color=red></font>
93  <br>
94  We would like to hear from you. Whether you have a general question, want
95  to know more about Allen Brothers or have specific questions regarding
96  an order that you placed, please complete the following inquiry form
97  or contact us using the information below. <span class="contentsmallcell">Fields in <span
98  class="contentsmallbold">bold</span> are required. </span></p>
99
100 <form name="contactUsBean" method="POST" action="http://72.5.200.192/contactUs.do">
101 <table  border="0" cellspacing="0" cellpadding="0">
102   <tr>
103     <td height="25" align="right" nowrap class="contentsmallboldcell">Your Name :</td>
104     <td height="25" nowrap class="contentsmallcell">
105       <input type="text" name="name" maxlength="60" size="30" value="" class="contentsmall">
106     </td>
107     <td rowspan="15" align="center" nowrap class="contentsmallcell"><img src=
        "../72.5.200.197/images/steaks/promo/tanpixel.gif" width="1" height="600"></td>
        <td rowspan="15" valign="top" nowrap class="contentsmallcell"><span class="contentsmallbold"
        >Customer Service</span>:<br>
        1-800-548-7777<br>
108     <br>
109     Monday-Friday, 8 a.m. to 5 p.m CST<br><img src="../72.5.200.197/images/steaks/steaks.gif"
        width="1" height="10"><br><img src="../72.5.200.197/images/steaks/promo/tanpixel.gif"
        width="200" height="1"><br><img src="../72.5.200.197/images/steaks/steaks.gif" width="1"
        height="10"><br>
        <span class="contentsmallbold">Phone Orders:</span><br>
110     1-800-957-0111<br>
111     24 hours a day, 7 days a week<br><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height=
112     "10"><br><img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="200" height="1"><br><img
        src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="10"><br>
113     <span class="contentsmallbold">Fax Orders:</span><br>
114     1-800-890-9146<br>
115     24 hours a day, 7 days a week;<br><img src="../72.5.200.197/images/steaks/steaks.gif" width="1"
116     height="10"><br><img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="200" height="1"><br
        ><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="10"><br>
117     <span class="contentsmallbold">Corporate Office</span>:</span><br>
118     Allen Brothers, Inc.<br>
119     3737 South Halsted Street<br>
120     Chicago, Illinois 60609-1689 </td>
121   </tr>
122   <tr>
123     <td height="25" align="right" valign="baseline" nowrap class="contentsmallboldcell">Address :
124     </td>
        <td height="25" class="contentsmallcell">
125       <input type="text" name="address1" maxlength="60" size="30" value="" class="contentsmall">
```

6

Prominent IP - Contact Us Code

```
126        <br>Street address (P.O. Boxes not acceptable)</td>
127        </tr>
128        <tr>
129        <td width="110" height="25" align="right" class="contentsmallboldcell"> </td>
130        <td height="25" class="contentsmallcell">
131        <input type="text" name="address2" maxlength="60" size="30" value="" class=
           "contentsmall">
132        <br>Apartment, suite, unit, building, floor, etc.</td>
133        </tr>
134        <tr>
135        <td height="25" align="right" nowrap class="contentsmallboldcell">City:</td>
136        <td height="25" nowrap class="contentsmallcell">
137        <input type="text" name="city" maxlength="60" size="30" value="" class="contentsmall">
138        </td>
139        </tr>
140        <tr>
141        <td height="25" align="right" nowrap class="contentsmallboldcell">State:</td>
142        <td height="25" nowrap class="contentsmallcell">
143        <select name="state"><option value="Alabama">Alabama</option>
144
145        <option value="Alaska">Alaska</option>
146
147        <option value="Arizona">Arizona</option>
148
149        <option value="Arkansas">Arkansas</option>
150
151        <option value="California">California</option>
152
153        <option value="Colorado">Colorado</option>
154
155        <option value="Connecticut">Connecticut</option>
156
157        <option value="Delaware">Delaware</option>
158
159        <option value="District Of Coumbia">District Of Coumbia</option>
160
161        <option value="Florida">Florida</option>
162
163        <option value="Georgia">Georgia</option>
164
165        <option value="Hawaii">Hawaii</option>
166
167        <option value="Idaho">Idaho</option>
168
169        <option value="Illinois">Illinois</option>
170
171        <option value="Indiana">Indiana</option>
172
173        <option value="Iowa">Iowa</option>
```

7

Prominent IP - Contact Us Code

```
174    <option value="Kansas">Kansas</option>
175    <option value="Kentucky">Kentucky</option>
176
177    <option value="Louisiana">Louisiana</option>
178
179    <option value="Maine">Maine</option>
180
181    <option value="Maryland">Maryland</option>
182
183    <option value="Massachusetts">Massachusetts</option>
184
185    <option value="Michigan">Michigan</option>
186
187    <option value="Minnesota">Minnesota</option>
188
189    <option value="Mississippi">Mississippi</option>
190
191    <option value="Missouri">Missouri</option>
192
193    <option value="Montana">Montana</option>
194
195    <option value="Nebraska">Nebraska</option>
196
197    <option value="Nevada">Nevada</option>
198
199    <option value="New Hampshire">New Hampshire</option>
200
201    <option value="New Jersey">New Jersey</option>
202
203    <option value="New Mexico">New Mexico</option>
204
205    <option value="New York">New York</option>
206
207
208    <option value="North Carolina">North Carolina</option>
209
210    <option value="North Dakota">North Dakota</option>
211
212    <option value="Ohio">Ohio</option>
213
214    <option value="Oklahoma">Oklahoma</option>
215
216    <option value="Oregon">Oregon</option>
217
218    <option value="Pennsylvania">Pennsylvania</option>
219
220
221    <option value="Rhode Island">Rhode Island</option>
222
```

8

1

Prominent IP - Contact Us Code

```
223    <option value="South Carolina">South Carolina</option>
224
225    <option value="South Dakota">South Dakota</option>
226
227    <option value="Tennessee">Tennessee</option>
228
229    <option value="Texas">Texas</option>
230
231    <option value="Utah">Utah</option>
232
233    <option value="Vermont">Vermont</option>
234
235    <option value="Virginia">Virginia</option>
236
237    <option value="Washington">Washington</option>
238
239    <option value="West Virginia">West Virginia</option>
240
241    <option value="Wisconsin">Wisconsin</option>
242
243    <option value="Wyoming">Wyoming</option>
244
245    <option value="Puerto Rico">Puerto Rico</option></select>
246
247    </td>
        </tr>
248
249    <td align="right" nowrap class="contentsmallboldcell">ZIP Code: </td>
250    <td nowrap class="contentsmallcell">
251    <input type="text" name="zipcode" maxlength="10" size="10" value="" class="contentsmall">
252    </td>
253    </tr>
254
255    <td align="right" nowrap class="contentsmallcell">Phone Number: </td>
256    <td nowrap class="contentsmallcell">
257    <input type="text" name="areacode" maxlength="3" size="3" value="" onchange=
258    "this.parent.prefix.focus()" onfocus="this.select()"> 
       <input type="text" name="prefix" maxlength="3" size="3" value="" onchange=
       "this.parent.extension.focus()" onfocus="this.select()"> 
259    <input type="text" name="extension" maxlength="4" size="4" value="" onfocus="this.select()">
260    </td>
261    </tr>
262
263    <td align="right" nowrap class="contentsmallcell">Email Address: </td>
264    <td nowrap class="contentsmallcell">
265    <input type="text" name="email" maxlength="60" size="15" value="" class="contentsmall">
266    </td>
267    </tr>
268
269    <td height="25" colspan="2" nowrap class="contentsmallboldcell"> </td>
```

9

Prominent IP - Contact Us Code

```
270          </tr>
271        <tr>
272          <td height="25" colspan="2" nowrap class="contentsmallboldcell">How
273            would you like us to contact you? </td>
274          </tr>
275        <tr>
276          <td height="25" colspan="2" nowrap class="contentsmallcell">
277            <input type="radio" name="contactMethod" value="email">
278            E-Mail<br>
279            <input type="radio" name="contactMethod" value="phone">
280            Phone</td>
281          </tr>
282        <tr>
283          <td height="25" colspan="2" nowrap class="contentsmallboldcell">Your
284            Questions or Comments: </td>
285          </tr>
286        <tr>
287          <td height="25" colspan="2" nowrap class="contentsmallboldcell">
288            <textarea name="comments" cols="50" rows="6" class="contentsmall"></textarea>
289          </td>
290          </tr>
291        <tr>
292          <td height="10" colspan="2"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1"
             height="10"></td>
293          </tr>
294        <tr>
295          <td height="30"> </td>
296          <td height="30" align="left" nowrap>
297            <input type=image name="Submit" src="../72.5.200.197/images/steaks/submitinquiry.jpg" alt=
             "Submit" border="0" value="button.Submit"/>
298          </td>
299          </tr>
300        <tr>
301          <td height="10" colspan="4"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1"
             height="10"></td>
302          </tr>
303        </table>
304        </form>
305        <script type="text/javascript" language="JavaScript">
306        <!--
307        var focusControl = document.forms["contactUsBean"].elements["name"];
308
309        if (focusControl.type != "hidden") {
310          focusControl.focus();
311        }
312        // -->
313        </script>
314        <br>
315
```



10

Prominent IP - Contact Us Code

```
316         <!-- InstanceEndEditable --></td>
317       </tr>
318       <tr valign="top">
319         <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="40"></td>
320       </tr>
321       <tr>
322         <td width=629 align="center" class="navigationPlain"><a href="AboutUs.html">About Us</a> | <a
            href="PrivacyPolicy.html">Privacy Policy</a> | <a href="CatalogRequest.html">Catalog Request</a> |
            <a href="Assistance.html">Customer Service</a> | <a href="ContactUs.html">Contact Us</a><br>
323       For questions or assistance, call weekdays 8 AM to 5 PM CST &#8212; (800) 548-7777<br>
324       &copy; 2007 Allen Brothers, Inc., All Rights Reserved.</font><br>
325       design and development by <a href="http://www.prominentconsulting.com/" target="_blank">Prominent
            Consulting, LLC</a></td>
326       </tr>
327       <tr>
328         <td width=629 align="center" class="navigationPlain" valign="baseline">Enter your email
            address to receive special offers<br><form name="emailOffersBean" method="GET" action=
            "http://72.5.200.192/emailOffers.do" onsubmit="return submitEmailForm(this);"><input type=
            "text" name="email" maxlength="76" size="15" tabindex="3" value="&lt;enter email&gt;" onfocus=
            "form.email.value='';" class="email"> <input type="image" name="action" src=
            "../72.5.200.197/images/steaks/subscribe.gif" alt="SUBSCRIBE" border="0" tabindex="4"/></form>
            </td>
329       </tr>
330     </table>
331   </div>
332   </body>
333   <!-- InstanceEnd -->
334   <!-- Copyright (c) 2005 by Prominent Consulting LLC. All Rights Reserved. -->
335   <!-- Added by HTTrack --><meta http-equiv="content-type" content="text/html;charset=iso-8859-1"><!--
        /Added by HTTrack -->
336   </html>
337
```

11

# Restaurants Page

YOUR SOURCE FOR FINE DINING

# ALLEN BROTHERS
## THE GREAT STEAKHOUSE STEAKS®

Home · About Us · Contact Us · Catalog Request

🛒 CART    SEARCH  [keyword or item #]  GO 

| SHOP | GIFT SELECTIONS | FINE DINING | CATALOG | ASSISTANCE |

**SHOP**
USDA Prime Steaks
Wet-Aged Beef
Dry-Aged Beef
Kobe-style Wagyu Beef
Never Frozen Beef
Appetizers
Buffalo & Venison
Desserts
Duck
Heat & Serve Entrees
Lamb
Pork
Poultry
Sausages & Bratwurst
Seafood
Steak Burgers & Dogs
Veal
New Products
Specials
Favorites

SIGN UP
FOR EMAIL
SPECIAL OFFERS
[<enter email>]
**SUBSCRIBE**

Home >

## AMERICA'S LEGENDARY STEAKHOUSES AND FINEST RESTAURANTS
## RELY ON US FOR THEIR GREAT STEAKS

The soul of every great steakhouse is extraordinary beef. And in the restaurant business, achieving greatness starts with serving the best. Top restaurateurs know that only the finest USDA Prime aged cuts create the most superior and memorable steaks.

Mention Chicago Chop House, Del Frisco's, and The Prime Rib - to name a few - and the name Allen Brothers echoes in the background. That's because we've been supplying the country's top steakhouses with the finest meats for more than 110 years. They know they can rely on Allen Brothers to provide perfection every time - it's confidence on which they stake their reputations.

Allen Brothers is pleased to deliver the same restaurant quality cuts to your home so that you can indulge in the ultimate steakhouse experience any time. It's an experience we guarantee you'll look forward to, again and again.

Here's what America's great steakhouses have to say about Allen Brothers:



"Over the years, ALLEN BROTHERS has delivered us the quality of product and the service that matched the aggressive and high-level goals that we've set for Abacus Restaurant. This Kansas City-born chef is proud to be affiliated with ALLEN BROTHERS."

*Kent Rathbun, Executive Chef/Proprietor Abacus Restaurant, Dallas TX*



"When you own a restaurant, there are a million things to worry about. But I never have to worry about the quality of ALLEN BROTHERS veal chops, lamb chops, and steaks. They're the best."

*Pano Karatassos, President Chops, Atlanta GA*



"Del Frisco's Double Eagle Steak House continues to enjoy ALLEN BROTHERS' commitment to service and quality of products. A world-class operation."

*Dee Lincoln, Vice President/Co-founder Del Frisco's, Dallas TX*



"The people at ALLEN BROTHERS really put their hearts and souls into everything they do – that's why we rely on them for our finest meats."

*Tony Durpetti, President Gene & Georgetti, Chicago IL*



"Consistency and quality are make-or-break factors in any restaurant. Using ALLEN BROTHERS I am assured that both of these bases are covered."

*Michael Wilson, Chef/Owner Michaels Restaurant, Key West FL*



"Even though we are a seafood restaurant, our customers expect the best in prime beef. That's why we use ALLEN BROTHERS – because it is the best."

*Bert Cutino, CEC, AAC, Co-Founder Sardine Factory, Monterey CA*



"I've relied on three generations of the ALLEN BROTHERS family as my purveyor of fine meats for one



"ALLEN BROTHERS tradition of quality and service is unmatched by any other company."

Prominent IP - Restaurant Code

```
1   <!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN" "http://www.w3.org/TR/html4/loose.dtd">
2   <html><!-- InstanceBegin template="/Templates/steaks.dwt.jsp" codeOutsideHTMLisLocked="false" -->
3
4   <!-- Copyright (c) 2005 by Prominent Consulting LLC. All Rights Reserved. -->
5   <!-- Added by HTTrack --><meta http-equiv="content-type" content="text/html;charset=iso-8859-1"><!--
    /Added by HTTrack -->
6   <head>
7   <meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
8   <META name="description" content="Order steaks, lobsters, seafood, and desserts from the purveyor of
    America's highest-quality USDA prime steaks and beef, Allen Brothers">
9   <META name="keywords" content="steaks,steak,prime beef,beef,prime steaks,aged beef,kobe beef,angus
    beef,mail order steaks,wagyu beef,prime steak,mail order steak,aged steaks,filet mignon,beef
    wellington">
10  <!-- InstanceBeginEditable name="doctitle" -->
11  <title>Allen Brothers USDA Prime Steaks and Prime Beef</title>
12  <!-- InstanceEndEditable --><link rel="stylesheet" href="../72.5.200.197/css/steaks.css" type=
    "text/css">
13  <SCRIPT language="JavaScript" src="../72.5.200.197/js/steaks.js"></SCRIPT>
14  <!-- InstanceBeginEditable name="head" --><!-- InstanceEndEditable -->
15  </head>
16  <body bgcolor="#ffffff" vlink="#635247" alink="#635247" link=#635247" marginheight="0" marginwidth=
    "0" topmargin="0" leftmargin="0" rightmargin="0" onLoad=
    "MM_preloadImages('http://72.5.200.197/images/nav/top/ordertracking-
    over.gif','http://72.5.200.197/images/nav/top/myAccount-
    over.gif','http://72.5.200.197/images/nav/top/cart-over.gif','http://72.5.200.197/images/nav/top/go-
    down.gif','../72.5.200.197/images/steaks/ordertracking-
    over.gif','../72.5.200.197/images/steaks/myaccount-over.gif','../72.5.200.197/images/steaks/cart-
    over.gif','../72.5.200.197/images/steaks/shop-
    over.gif','../72.5.200.197/images/steaks/leftnav/primesteaks-
    over.jpg','../72.5.200.197/images/steaks/leftnav/wetaged-
    over.jpg','../72.5.200.197/images/steaks/leftnav/dryaged-
    over.jpg','../72.5.200.197/images/steaks/leftnav/never-
    over.jpg','../72.5.200.197/images/steaks/leftnav/kobe-
    over.jpg','../72.5.200.197/images/steaks/leftnav/appetizers-
    over.jpg','../72.5.200.197/images/steaks/leftnav/buffalo-
    over.jpg','../72.5.200.197/images/steaks/leftnav/desserts-
    over.jpg','../72.5.200.197/images/steaks/leftnav/duck-
    over.jpg','../72.5.200.197/images/steaks/leftnav/heatandserve-
    over.jpg','../72.5.200.197/images/steaks/leftnav/lamb-
    over.jpg','../72.5.200.197/images/steaks/leftnav/pork-
    over.jpg','../72.5.200.197/images/steaks/leftnav/poultry-
    over.jpg','../72.5.200.197/images/steaks/leftnav/sausages-
    over.jpg','../72.5.200.197/images/steaks/leftnav/seafood-
    over.jpg','../72.5.200.197/images/steaks/leftnav/steakburgers-
    over.jpg','../72.5.200.197/images/steaks/leftnav/veal-
    over.jpg','../72.5.200.197/images/steaks/leftnav/newproducts-
    over.jpg','../72.5.200.197/images/steaks/leftnav/specials-
    over.jpg','../72.5.200.197/images/steaks/leftnav/favorites-over.jpg')">
```

1

Prominent IP - Restaurant Code

```
17   <div id="topLinks" class="topLinks"><a href="steaks.html" class="theme">Home</a> - <a href=
     "AboutUs.html" class="theme">About Us</a> - <a href="ContactUs.html" class="theme">Contact Us</a> - <a
     href="CatalogRequest.html" class="theme">Catalog Request</a> </div>
18   <div id="CompanyLogo" style="position:absolute; top:2px; left:2px; z-index:30; width:328px;
     height:50px;"><a href="steaks.html"><img src=../72.5.200.197/images/steaks/A5-logo.jpg" width="328"
     height="50" border="0"></A></div>
19   <div id="Signoff" class="siteNavigation" style="left:300px;"></div>
20   <!--<div id="OrderTracking" class="siteNavigation" style="left:350px;"><a href="OrderTracking.jsp"
     onMouseOut="MM_swapImgRestore()"
     onMouseOver="MM_swapImage('OrderTracking','','http://72.5.200.197/images/steaks/ordertracking-
     over.gif',1)"><img src="http://72.5.200.197/images/steaks/ordertracking.gif" alt="ORDER TRACKING"
     name="OrderTracking" width="101" height="17" border="0"></a></div>
21   <div id="MyAccount" class="siteNavigation" style="left:456px;"><a href="MyAccount.jsp"
     onMouseOut="MM_swapImgRestore()"
     onMouseOver="MM_swapImage('MyAccount','','http://72.5.200.197/images/steaks/myaccount-over.gif',1)">
     <img src="http://72.5.200.197/images/steaks/myaccount.gif" alt="MY ACCOUNT" name="MyAccount"
     width="80" height="17" border="0"></a></div> -->
22   <div id="ShoppingCart" class="siteNavigation" style="top:23px; left:541px;"><a href=
     "ShoppingCart.html" onMouseOut="MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Cart','','../72.5.200.197/images/steaks/cart-over.gif',1)"><img src=
     "../72.5.200.197/images/steaks/cart.gif" alt="Shopping Cart" name="Cart" width="38" height="26"
     border="0"></a></div>
23   <div id="Search" class="siteNavigation" style="left:584px;"><img src=
     "../72.5.200.197/images/steaks/search.gif" alt="Search" name="Search" width="40" height="17" border=
     "0"></div>
24   <form name="searchBean" method="GET" action="http://72.5.200.192/search.do">
25   <div id="SearchForm" class="siteNavigation" style="left:628px;width:120px;top:30px;">
26   <input type="text" name="searchString" maxlength="30" size="15" tabindex="1" value="Keyword or
     item #" onfocus="form.searchString.value='';" class="search">
27   </div>
28   <div id="SearchForm" class="siteNavigation" style="left:750px;width:17px;top:32px;">
29   <input type="image"
30   name="action"
31   src="../72.5.200.197/images/steaks/gobutton.gif"
32   alt="GO"
33   border="0"
34   value="button.Submit"
35   tabindex="2"/>
36   </div>
37   </form>
38   <div id="topNavBar" class="topNavBar"></div>
39   <div id="ShopTopNav" class="topNavBarItems" style="left:1px;"><a href="Shopc631.html?categoryid=87"
     onMouseOut="MM_swapImgRestore()" onMouseOver=
     "../72.5.200.197/images/steaks/shop-over.gif',1)"><img src=
     "../72.5.200.197/images/steaks/shop.gif" alt="Shop Categories" name="ShopTopNav" width="127" height=
     "18" border="0"></a></div>
40   <div id="GiftTopNav" class="topNavBarItems" style="left:130px;"><a href=
     "findProducts048c.html?categoryid=103" onMouseOut="MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('GiftTopNav','','../72.5.200.197/images/steaks/gift-over.gif',1)"><img src=
```

2

Prominent IP - Restaurant Code

```
40   "../72.5.200.197/images/steaks/gift.gif" alt="Gift Ideas" name="GiftTopNav" width="127" height="18"
     border="0"></a></div>
41   <div id="FineDiningTopNav" class="topNavBarItems" style="left:284px; z-index:30; width:127px;
     height:18px;"><a href="FineDining.html" onMouseOut="MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('FineDiningTopNav','','../72.5.200.197/images/steaks/finedining-over.gif',1)"><img src=
     "../72.5.200.197/images/steaks/finedining.gif" alt="Fine Dining" name="FineDiningTopNav" width="127"
     height="18" border="0"></a></div>
42   <div id="CatalogTopNav" class="topNavBarItems" style="left:418px;"><a href="Catalog.html" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('CatalogTopNav','','../72.5.200.197/images/steaks/catalog-over.gif',1)"><img src=
     "../72.5.200.197/images/steaks/catalog.gif" alt="Catalog" name="CatalogTopNav" width="127" height="18"
     border="0"></a></div>
43   <div id="AssistanceTopNav" class="topNavBarItems" style="left:547px;"><a href="Assistance.html"
     onMouseOut="MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('AssistanceTopNav','','../72.5.200.197/images/steaks/assistance-over.gif',1)"><img src=
     "../72.5.200.197/images/steaks/assistance.gif" alt="Assistance" name="AssistanceTopNav" width="127"
     height="18" border="0"></a></div>
44   <div id="LeftNavigationBar" class="leftNavBar">
45   <div id="PrimeSteaks" class="shopCategory"><a href="findProducts5095.html?categoryId=90" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image22','','../72.5.200.197/images/steaks/leftnav/primesteaks-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/primesteaks.jpg" alt="Prime Steaks" name="Image22" width="127"
     height="15" border="0"></a></div>
46   <div id="PrimeBeef" class="shopCategory"><a href="findProducts7a20.html?categoryId=76" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image23','','../72.5.200.197/images/steaks/leftnav/wetaged-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/wetaged.jpg" alt="Wet-Aged Beef" name="Image23" width="127"
     height="15" border="0"></a></div>
47   <div id="DryAgedBeef" class="shopCategory"><a href="findProducts7b4c.html?categoryId=50" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image24','','../72.5.200.197/images/steaks/leftnav/dryaged-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/dryaged.jpg" alt="Dry-Aged Beef" name="Image24" width="127"
     height="15" border="0"></a></div>
48   <div id="WagyuBeef" class="shopCategory"><a href="findProducts494a.html?categoryId=108" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image26','','../72.5.200.197/images/steaks/leftnav/kobe-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/kobe.jpg" alt="Kobe-style Wagyu Beef" name="Image26" width=
     "127" height="15" border="0"></a></div>
49   <div id="NeverFrozenBeef" class="shopCategory"><a href="findProducts9783.html?categoryId=60"
     onMouseOut="MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image25','','../72.5.200.197/images/steaks/leftnav/never-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/never.jpg" alt="Never Frozen Beef" name="Image25" width="127"
     height="15" border="0"></a></div>
50   <div id="Appetizers" class="shopCategory"><a href="findProductsf29f.html?categoryId=64" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image27','','../72.5.200.197/images/steaks/leftnav/appetizers-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/appetizers.jpg" alt="Appetizers" name="Image27" width="127"
     height="15" border="0"></a></div>
51   <div id="BuffaloVenison" class="shopCategory"><a href="findProductsbe75.html?categoryId=40"
```

3

Prominent IP - Restaurant Code

```
51    onMouseOut="MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image28','','../72.5.200.197/images/steaks/leftnav/buffalo-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/buffalo.jpg" alt="Buffalo & Venison" name="Image28" width=
      "127" height="15" border="0"></a></div>

52    <div id="Desserts" class="shopCategory"><a href="findProductsa0f9.html?categoryId=55" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image29','','../72.5.200.197/images/steaks/leftnav/desserts-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/desserts.jpg" alt="Desserts" name="Image29" width="127"
      height="15" border="0"></a></div>

53    <div id="Duck" class="shopCategory"><a href="findProductsb445.html?categoryId=33" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image30','','../72.5.200.197/images/steaks/leftnav/duck-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/duck.jpg" alt="Duck" name="Image30" width="127" height="15"
      border="0"></a></div>

54    <div id="HeatAndServeEntrees" class="shopCategory"><a href="findProductsd016.html?categoryId=32"
      onMouseOut="MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image31','','../72.5.200.197/images/steaks/leftnav/heatandserve-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/heatandserve.jpg" alt="Heat & Serve Entr&eacute;es" name=
      "Image31" width="127" height="15" border="0"></a></div>

55    <div id="Lamb" class="shopCategory"><a href="findProducts5e2c.html?categoryId=39" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image32','','../72.5.200.197/images/steaks/leftnav/lamb-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/lamb.jpg" alt="Lamb" name="Image32" width="127" height="15"
      border="0"></a></div>

56    <div id="Pork" class="shopCategory"><a href="findProductsb598.html?categoryId=30" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image33','','../72.5.200.197/images/steaks/leftnav/pork-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/pork.jpg" alt="Pork" name="Image33" width="127" height="15"
      border="0"></a></div>

57    <div id="Poultry" class="shopCategory"><a href="findProducts393e.html?categoryId=28" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image34','','../72.5.200.197/images/steaks/leftnav/poultry-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/poultry.jpg" alt="Poultry" name="Image34" width="127" height=
      "15" border="0"></a></div>

58    <div id="SausagesAndBratwurst" class="shopCategory"><a href="findProducts6b27.html?categoryId=81"
      onMouseOut="MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image35','','../72.5.200.197/images/steaks/leftnav/sausages-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/sausages.jpg" alt="Sausages & Bratwurst" name="Image35" width=
      "127" height="15" border="0"></a></div>

59    <div id="Seafood" class="shopCategory"><a href="findProducts0ee5.html?categoryId=27" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image36','','../72.5.200.197/images/steaks/leftnav/seafood-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/seafood.jpg" alt="Seafood" name="Image36" width="127" height=
      "15" border="0"></a></div>

60    <div id="SteakBurgersAndDogs" class="shopCategory"><a href="findProducts4c62.html?categoryId=80"
      onMouseOut="MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image37','','../72.5.200.197/images/steaks/leftnav/steakburgers-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/steakburgers.jpg" alt="Steak Burgers & Dogs" name="Image37"
      width="127" height="15" border="0"></a></div>
```

4

Prominent IP - Restaurant Code

```
61  <div id="Veal" class="shopCategory"><a href="findProducts9ec0.html?categoryId=26" onMouseOut=
    "MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('Image38','','../72.5.200.197/images/steaks/leftnav/veal-over.jpg',1)"><img src=
    "../72.5.200.197/images/steaks/leftnav/veal.jpg" alt="Veal" name="Image38" width="127" height="15"
    border="0"></a></div>
62  <div id="NewProducts" class="shopCategory"><a href="NewProducts.html" onMouseOut="MM_swapImgRestore()"
    onMouseOver=
    "MM_swapImage('Image39','','../72.5.200.197/images/steaks/leftnav/newproducts-over.jpg',1)"><img src=
    "../72.5.200.197/images/steaks/leftnav/newproducts.jpg" alt="New Products" name="Image39" width="127"
    height="15" border="0"></a></div>
63  <div id="Specials" class="shopCategory"><a href="findProducts4794.html?categoryId=89" onMouseOut=
    "MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('Image40','','../72.5.200.197/images/steaks/leftnav/specials-over.jpg',1)"><img src=
    "../72.5.200.197/images/steaks/leftnav/specials.jpg" alt="Specials" name="Image40" width="127"
    height="15" border="0"></a></div>
64  <div id="BestSellers" class="shopCategory"><a href="findProducts8f29.html?categoryId=91" onMouseOut=
    "MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('Image41','','../72.5.200.197/images/steaks/leftnav/favorites-over.jpg',1)"><img src=
    "../72.5.200.197/images/steaks/leftnav/favorites.jpg" alt="Favorites" name="Image41" width="127"
    height="15" border="0"></a></div>
65  <div id="OptIn" class="optIn">
66  <form name="emailOffersBean" method="GET" action="http://72.5.200.192/emailOffers.do" onsubmit="return
    submitEmailForm(this);">
67  <div align="center"><img src="../72.5.200.197/images/steaks/doublehorizontal.gif" width="120"
    height="5"><br>
68  <img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
69  <img src="../72.5.200.197/images/steaks/emailsubscribe.gif" width="97" height="49" alt=""
    border="0"><br>
70  <img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
71  <input type="text" name="email" maxlength="76" size="15" tabindex="3" value="&lt;enter
    email&gt; " onfocus="form.email.value='';" class="email">
72  <br>
73  <img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
74  <input type="image"
75      name="action"
76      src="../72.5.200.197/images/steaks/subscribe.gif"
77      alt=SUBSCRIBE"
78      border="0"
79      tabindex="4"/>
80  <br>
81  <img src="../72.5.200.197/images/steaks/doublehorizontal.gif" width="120" height="5"> </div>
82  </div>
83  </form>
84  </div>
85  <div class="navigationlinks"><a class="navigationTheme" href="steaks.html">Home</a> <span class=
    "navigationPlain">&gt;</span> </div>
86  <div class="standardPage">
87  <table width="100" border="0" cellspacing="0" cellpadding="0">
88  <tr>
```

Prominent IP - Restaurant Code

| Lines corresponding to AB Infringement code: | |
|---|---|

```
89    <td><!-- InstanceBeginEditable name="MainBody" --><script language=javascript>
90    var catalog = '';
91    var catalog_name = '';
92    var rfx_page = '';
93    regEx= /rfx catalog=([^&=]*)(&|$)?/
94    m=regEx.exec(location.search);
95    if (m){
96      catalog = m[1];
97    }
98
99
100   regEx = /catalog name=([^&=]*)(&|$)?/
101   m=regEx.exec(location.search);
102   if (m){
103     catalog_name = m[1];
104   }
105
106
107   regEx = /rfx_spread=([^&=]*)(&|$)?/
108   m=regEx.exec(location.search);
109   if (m){
110     rfx_page = m[1];
111   }
112
113
114   if (catalog == '1') {
115     //if the catalog is embedded in the client site use this:
116     document.write ('<a href="catalog.jsp?rfx_page=' + rfx_page + '" class="theme"><img src=
          "http://72.5.200.197/images/steaks/arrowdbl_left.gif" border="0"> Return to Online
          Catalog</a><br>');
117   }
118
119   </script>
120   <img src="../72.5.200.197/images/steaks/finedining/restaurantsbuy.jpg" width="400" height="50"><br>
121   <span class="contentsmall">The soul of every great steakhouse is extraordinary beef. And in the
      restaurant business, achieving greatness starts with serving the best. Top restaurateurs know that
      only the finest USDA Prime aged cuts create the most superior and memorable steaks.<br>
122   <br>
123   </span><span class="contentsmall">Mention Chicago Chop House, Del Frisco's, and The Prime Rib - to
      name a few - and the name Allen Brothers echoes in the background. That's because we've been
      supplying the country's top steakhouses with the finest meats for more than 110 years. They know
      they can rely on Allen Brothers to provide perfection every time - it's confidence on which they
      stake their reputations.
124   <br>
125   <br>
126   </span><span class="contentsmall"> Allen Brothers is pleased to deliver the same restaurant quality
      cuts to your home so that you can indulge in the ultimate steakhouse experience any time. It's an
      experience we guarantee you'll look forward to, again and again.
127   </span>
```

The code in the Restaurant page was formatted by Prominent and took a long time to create the page with the current format. Note that the AB infringement code uses the same table layouts, widths and general formatting. This look-and-feel is the property of Prominent, and thus cannot be used by AB in their web site. Note that the specific restaurant information is slightly different.

77 - 594

6

Prominent IP - Restaurant Code

```
128  <br><br>
129  <br>
130  <span class="contentsmall"> Here's what America's great steakhouses have to say about Allen Brothers:
131  <br>
132   <br>
133  </span>
134  <table width=630 border=0 cellpadding=0 cellspacing="10">
135  <tr>
     <td height="1" colspan="4" bgcolor="#EFE5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
     width="1" height="1"></td>
136  </tr>
137  <tr class="contentsmallcell" height=30>
138  <td width=150 align="right" valign="top"><a href=
     "http://www.abacus-restaurant.com/newsite/index.html" target=" blank"><img src=
     "../72.5.200.197/images/steaks/finedining/restaurants/old/ABACUS.gif" width="67" height="72"
     border="0"></a></td>
139  <td width=150 valign="top">"Over the years, ALLEN BROTHERS has delivered us the quality of product
     and the service that matched the aggressive and high-level goals that we've set for Abacus
     Restaurant. This Kansas City-born chef is proud to be affiliated with ALLEN BROTHERS."<br>
     <em><br>
140  Kent Rathbun, Executive Chef/Proprietor Abacus Restaurant, Dallas TX</em></td>
141  <td width=150 align="right" valign="top"><a href=
142  "http://www.buckheadrestaurants.com/home_noflash.html" target=" blank"><img src=
     "../72.5.200.197/images/steaks/finedining/restaurants/old/CHOPS.gif" width="79" height="37"
     border="0"></a></td>
143  <td width=150 valign="top">"When you own a restaurant, there are a million things to worry about.
     But I never have to worry about the quality of ALLEN BROTHERS veal chops, lamb chops, and steaks.
     They're the best."<br>
     <em><br>
144  Pano Karatassos, President Chops, Atlanta GA</em></td>
145  </tr>
146  <tr>
147  <td height="1" colspan="4" bgcolor="#EFE5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
     width="1" height="1"></td>
148  </tr>
149  <tr class="contentsmallcell" height=30>
150  <td width="150" align="right" valign="top"><a href="http://www.delfriscos.com/" target=" blank">
     <img src="../72.5.200.197/images/steaks/finedining/restaurants/old/DELFRISCOS.gif" width="132"
     height="57" border="0"></a></td>
151  <td width="150" valign="top">"Del Frisco's Double Eagle Steak House continues to enjoy ALLEN
     BROTHERS' commitment to service and quality of products. A world-class operation."<br>
     <em><br>
152  Dee Lincoln, Vice President/Co-founder Del Frisco's, Dallas TX</em></td>
153  <td width="150" align="right" valign="top"><a href="http://www.geneandgeorgetti.com/" target=
154  " blank"><img src="../72.5.200.197/images/steaks/finedining/restaurants/old/GENE.gif" width="116"
     height="60" border="0"></a></td>
155  <td width="150" valign="top">"The people at ALLEN BROTHERS really put their hearts and souls into
     everything they do &ndash; that's why we rely on them for our finest meats."<br>
     <em><br>
156  Tony Durpetti, President Gene & Georgetti, Chicago IL</em></td>
```

Prominent IP - Restaurant Code

```
158    <tr>
159    <td height="1" colspan="4" bgcolor="#BFE5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
       width="1" height="1"></td>
160    </tr>
161    <tr class="contentsmallcell">
162    <td width="150" align="right" valign="top"><a href="http://www.michaelskeywest.com/" target=
       "_blank"><img src="../72.5.200.197/images/steaks/finedining/restaurants/old/MICHAELS.gif" width=
       "139" height="53" border="0"></a></td>
163    <td width="150" valign="top">"Consistency and quality are make-or-break factors in any restaurant.
       Using ALLEN BROTHERS I am assured that both of these bases are covered."<br>
164    <em><br>
165    Michael Wilson, Chef/Owner Michaels Restaurant, Key West FL</em></td>
166    <td width="150" align="right" valign="top"><a href="http://www.sardinefactory.com/" target=
       "_blank"><img src="../72.5.200.197/images/steaks/finedining/restaurants/old/SARDINE.gif" width=
       "115" height="50" border="0"></a></td>
167    <td width="150" valign="top">"Even though we are a seafood restaurant, our customers expect the
       best in prime beef. That's why we use ALLEN BROTHERS &ndash; because it is the best."<br>
168    <em><br>
169    Bert Cutino, CEC, AAC, Co-Founder Sardine Factory, Monterey CA</em></td>
170    </tr>
171    <tr>
172    <td height="1" colspan="4" bgcolor="#BFE5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
       width="1" height="1"></td>
173    </tr>
174    <tr class="contentsmallcell">
       <td width="150" align="right" valign="top"><a href="http://www.theprimerib.com/" target="_blank">
       <img src="../72.5.200.197/images/steaks/finedining/restaurants/old/PRIMERIB.gif" width="128"
       height="66" border="0"></a></td>
175    <td width="150" valign="top">"I've relied on three generations of the ALLEN BROTHERS family as my
       purveyor of fine meats for one reason: they only provide the best. ALLEN BROTHERS has built a
       tradition of quality that's unsurpassed."<br>
176    <em><br>
177    C.P. "Buzz" Beler, President The Prime Rib, Washington D.C.</em></td>
178    <td width="150" align="right" valign="top"><img src=
       "../72.5.200.197/images/steaks/finedining/restaurants/yoshis.jpg" width="94" height="150"></td>
179    <td width="150" valign="top">"ALLEN BROTHERS tradition of quality and service is unmatched by any
       other company."<br>
180    <em><br>
181    Chef Yoshi Katsumura, Owner Yoshi's Cafe, Chicago IL</em></td>
182    <tr>
183    <td height="1" colspan="4" bgcolor="#BFE5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
       width="1" height="1"></td>
184    </tr>
185    <tr class="contentsmallcell">
186    <td width="150" align="right" valign="top"><a href="http://www.chicagochophouse.com/" target=
       "_blank"><img src="../72.5.200.197/images/steaks/finedining/restaurants/old/CHICAGO.gif" width=
       "103" height="57" border="0"></a></td>
187    <td width="150" valign="top">"We always finish high in the annual national poll for America's best
       steak houses. You earn accolades like that by serving superior, memorable steaks. ALLEN BROTHERS
       keeps us in the spotlight."<br>
```

8

Prominent IP - Restaurant Code

```
188      <br>
189      <em>Bill Farrahi, President Chicago Chop House, Chicago IL</em></td>
190      <td width="150" align="right" valign="top"><a href="http://www.schwartzbros.com/daniels.cfm/"
         target="_blank"><img src="../72.5.200.197/images/steaks/finedining/restaurants/old/DANIELS.gif"
         width="77" height="42" border="0"></a></td>
191      <td width="150" valign="top">"Our goal at Daniel's Broiler is to exceed our guests' expectations
         on each and every visit. To that end, every steak we serve is USDA Prime and ALLEN BROTHERS
         consistently meets our uncompromising standards of excellence."<br>
192      <br>
193      <em>Bill Schwartz, Chairman Daniel's Broiler, Seattle WA</em></td>
194      </tr>
195      <td height="1" colspan="4" bgcolor="#FFE5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
         width="1" height="1"></td>
196      </tr>
197      <tr class="contentsmallcell">
198      <td width="150" align="right" valign="top"><a href="http://www.eliplaceforsteak.com/" target=
         "_blank"><img src="../72.5.200.197/images/steaks/finedining/restaurants/old/ELIS.gif" width="103"
         height="72" border="0"></a></td>
199      <td width="150" valign="top">"We have customers who have been coming here for business because they
         love our steaks. That's one of the reasons we're successful &ndash; and ALLEN BROTHERS is the
         secret of that success."<br>
200      <br>
201      <em>Marc Schulman, President Eli's &ndash; The Place for Steak, Chicago IL</em></td>
202      <td width="150" align="right" valign="top"><a href=
         "http://www.aceplaces.com/magnums/chicago/home.html" target="_blank"><img src=
         "../72.5.200.197/images/steaks/finedining/restaurants/old/MAGNUMS.gif" width="125" height="37"
         border="0"></a></td>
203      <td width="150" valign="top">"We use ALLEN BROTHERS for their commitment to quality and service,
         as we strive to achieve the goal of giving our customers the best quality food products."<br>
204      <em><br>
205      Norbert Skibicki, Corporate Chef Magnum's Chicago, Lombard and Rolling Meadows, IL</em></td>
206      <tr>
207      <td height="1" colspan="4" bgcolor="#FFE5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
         width="1" height="1"></td>
208      </tr>
209      <tr class="contentsmallcell">
210      <td width="150" align="right" valign="top"><img src=
         "../72.5.200.197/images/steaks/finedining/restaurants/old/SEAGERS.gif" width="140" height="26">
211      </td>
         <td width="150" valign="top">"From the beginning of our prime steak restaurant concept, there was
         one item that was absolutely certain...all prime meats must come from ALLEN BROTHERS.<br>
212      <em><br>
213      Bruce McAdoo, Executive Chef Seagar's Prime Steaks & Seafood, Destin FL and Alexandria VA</em>
         </td>
214      <td width="150" align="right" valign="top"><a href="http://www.tonysstlouis.com/" target="_blank"><img
         src="../72.5.200.197/images/steaks/finedining/restaurants/old/TONYS.gif" width="127" height=
         "67" border="0"></a></td>
215      <td width="150" valign="top">"From Sicilian Sirloin to Steak Diavola, we are committed to serving
         only the finest quality. Year after year, we rely on ALLEN BROTHERS to help us do so."<br>
```

9

1

Prominent IP - Restaurant Code

```
216        <em><br>
217        Vincent J. Bommarito, Owner Tony's, St. Louis MO</em></td>
218    <tr>
219        <td height="1" colspan="4" bgcolor="#BFE5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
           width="1" height="1"></td>
220    </tr>
221    <tr class="contentsmallcell">
222        <td width="150" align="right" valign="top"><a href="http://www.n9ne.com/" target="_blank"><img
           src="../72.5.200.197/images/steaks/finedining/restaurants/old/NINE.gif" width="134" height="70"
           border="0"></a></td>
223        <td width="150" valign="top">"Nine Restaurants' reputation is based on quality, and we only serve
           the best. That's why I buy my Prime Aged Meat from ALLEN BROTHERS. Paired with their superior
           service and attention to detail, they are far above the competition."<br>
           <em><br>
224        Michael Shrader, Executive Chef Nine Restaurant, Chicago IL</em></td>
225        <td width="150" align="right" valign="top"><a href="http://www.albiernats.com/" target="_blank"><img
           src="../72.5.200.197/images/steaks/finedining/restaurants/old/BIERNATS.gif" width="78"
226        height="48" border="0"></a></td>
227        <td width="150" valign="top">"After spending over 25 years in the steakhouse business, I am
           convinced that ALLEN BROTHERS provides my restaurant with the highest quality prime beef
           available."<br>
           <em><br>
228        Al Biernat, Owner Al Biernat's, Dallas TX</em></td>
229    </tr>
230    <tr>
231        <td height="1" colspan="4" bgcolor="#BFE5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
           width="1" height="1"></td>
232    </tr>
233    <tr class="contentsmallcell">
234        <td width="150" align="right" valign="top"><a href="http://www.saloonsteakhouse.com/" target=
           "_blank"><img src="../72.5.200.197/images/steaks/finedining/restaurants/old/SALOON.gif" width="92"
           height="33" border="0"></a></td>
235        <td width="150" valign="top">"We cater to some of the most discerning clientele in the country.
           Whether it's Wagyu or USDA Prime cuts, ALLEN BROTHERS provides us with the finest beef available."
           <br>
           <em><br>
236        Corey Shoemaker, Executive Chef Saloon Steakhouse, Chicago IL</em></td>
237        <td width="150" align="right" valign="top"><a href="http://www.theforge.com/" target="_blank"><img
238        src="../72.5.200.197/images/steaks/finedining/restaurants/old/FORGE.gif" width="74" height="34"
           border="0"></a></td>
239        <td width="150" valign="top">"I'm a perfectionist - and I'll only work with people who are the
           same. I know when I receive lamb chops, veal, and steaks from ALLEN BROTHERS, they'll be perfect."
           <br>
           <em><br>
240        Shariff Malnik, Owner The Forge, Miami FL</em></td>
241    <tr>
242        <td height="1" colspan="4" bgcolor="#BFE5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
243        width="1" height="1"></td>
244    </tr>
245    <tr class="contentsmallcell">
```

10

Prominent IP - Restaurant Code

```
246    <td width="150" align="right" valign="top"><img src=
       "../72.5.200.197/images/steaks/finedining/restaurants/old/PROVIDENCE.gif" width="62" height="80">
       </td>
247    <td width="150" valign="top">"It's all about relationships in the restaurant business -- with our
       customers as well as our suppliers. ALLEN BROTHERS has been a consistent source of unmatched
       quality, professionalism and dedicated service."<br>
248    <em><br>
249    Micheal Degnan, Managing Partner, Providence Prime.<br>
250    Providence, RI</em></td>
251    <td width="150" align="right" valign="top"><a href="http://www.coleschophouse.citysearch.com/"
       target="_blank"><img src="../72.5.200.197/images/steaks/finedining/restaurants/old/COLES.gif"
       width="32" height="32" border="0"></a></td>
252    <td width="150" valign="top">"Cole's Chop House prides itself on serving only the finest
       Midwestern, corn-fed beef. That is why we work with ALLEN BROTHERS to age and hand-select all of
       the USDA Prime steaks that we feature at Cole's Chop House."<br>
253    <em><br>
254    Greg Cole, Chef and Owner Cole's Chop House, Napa CA</em></td>
255    <tr>
256    <td height="1" colspan="4" bgcolor="#BFE5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
       width="1" height="1"></td>
257    </tr>
258    <tr class="contentsmallcell">
259    <td width="150" align="right" valign="top"><img src=
       "../72.5.200.197/images/steaks/finedining/restaurants/old/STETSONS.gif" width="111" height="15">
       </td>
260    <td width="150" valign="top">Stetson's<br>
261    <em><br>
262    Chicago IL</em></td>
263    <td width="150" align="right" valign="top"></td>
264    <td width="150" valign="top"></td>
265    </table>
266    <!-- InstanceEndEditable --></td>
267    </tr>
268    <tr valign="top">
269    <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="40"></td>
270    </tr>
271    <tr>
272    <td width=629 align="center" class="navigationPlain"><a href="AboutUs.html">About Us</a> | <a
       href="PrivacyPolicy.html">Privacy Policy</a> | <a href="CatalogRequest.html">Catalog Request</a>
       <a href="Assistance.html">Customer Service</a> | <a href="ContactUs.html">Contact Us</a><br>
273    For questions or assistance, call weekdays 8 AM to 5 PM CST &#8212; (800) 548-7777<br>
274    &copy; 2007 Allen Brothers, Inc., All Rights Reserved.</font><br>
275    design and development by <a href="http://www.prominentconsulting.com/" target="_blank">Prominent
       Consulting, LLC</a></td>
276    </tr>
277    <tr>
278    <td width=629 align="center" class="navigationPlain" valign="baseline">Enter your email
       address to receive special offers<br><form name="emailOffersBean" method="GET" action=
       "http://72.5.200.192/emailOffers.do" onsubmit="return submitEmailForm(this);"><input type=
```

11

Prominent IP - Restaurant Code

```
278   "text" name="email" maxlength="76" size="15" tabindex="3" value="&lt;enter email&gt;" onfocus=
      "form.email.value='';" class="email"> <input type="image" name="action" src=
      "../72.5.200.197/images/steaks/subscribe.gif" alt="SUBSCRIBE" border="0" tabindex="4"/></form>
      </td>
279   </tr>
280   </table>
281   </div>
282   </body>
283   <!-- InstanceEnd -->
284   <!-- Copyright (c) 2005 by Prominent Consulting LLC. All Rights Reserved. -->
285   <!-- Added by HTTrack --><meta http-equiv="content-type" content="text/html;charset=iso-8859-1"><!--
      /Added by HTTrack -->
286   </html>
287
```

12