# EXHIBIT B2

# Comparison of Prominent Intellectual Property and Allen Brothers Infringement Code

## Allen Brothers Infringement Code

*Legend:*



Lines of code within the red arrows are the same in both the Prominent IP and the Allen Brothers infringement code. The numbers correlate between the Prominent IP and the Allen Brothers infringement code. The yellow box next to the arrows indicates the line numbers in the other source.

Text that is **highlighted** in the source code is for special consideration, and highlights "fingerprints" of code that has no reason to be in the Allen Brothers infringement code unless it was copied from the Prominent IP.



EXHIBIT
B2

# Shipping Calendar Page





AB Infringement - Shipping Calendar JavaScript Code

Corresponding lines in Prominent code:

```
 1  <script>
 2
 3  /* dev notes
 4  this is legacy code, partially refactored. More cleanup would be nice. There are unused global
 5  variables, and inconsistent naming strategies.
 6  */
 7  /*****global variables*******/
 8  var earliestYear = 2007;
 9  var earliestMonth = 8;
10  var earliestDate = 26;
11  var latestYear = 2008;
12  var latestMonth = 8;
13  var latestDate = 19;
14  var overnightDate = 26;
15  var overnightMonth = 8;
16  var twoDaySaturdayDate = 0;
17  var twoDaySaturdayMonth = 0;
18  var overnightSaturdayDate = 0;
19  var overnightSaturdayMonth = 0;
20  var hawaii = 12;
21  var alaska = 2;
22  var puertoRico = 66;
23  //var holidays = new
    Array("05/28/2007","07/04/2007","09/03/2007","11/22/2007","12/25/2007","01/01/2008");
24  var twoDayShippingCost = "$0.00";
25  var overnightShippingCost = "$0.00";
26  var twoDaySaturdayShippingCost = "$0.00";
27  var overnightSaturdayShippingCost = "$0.00";
28  var twoDayShipping = "0";
29  var overnightShipping = "1";
30  var twoDaySaturdayShipping = "2";
31  var overnightSaturdayShipping = "3";
32  var hawaiianFish = "false";
33  var neverFrozen = "false";
34  var onlyNFHF = "true";
35  var pInputMonth;
36  var pInputDay;
37  var pInputYear;
38  var today = new Date();
39  var todayMonth;
40  var todayDay;
41  var todayYear;
42  var year = earliestYear;
43  var month = earliestMonth;
44  var inputDateField;
45  var field shippingOptions;
46  var inputShippingTypeStringField;
47  var inputDate;
```

Left markers: 37, 3, 7 - 12, 20 - 34, 39 - 48, 49 - 52, 1, 2, 4, 5

Annotations:

The sections of code below denoted with red arrows are identical to the Prominent IP, except links to images are changed to Yahoo Stores URLs and some minor format changes. Some "fingerprints" that prove the code was copied from Prominent IP are highlighted.

Note the comment that the code is "legacy code". This term means the code came from the previous incarnation of the web site.

Note the list of holidays contains past dates, and that this line is not functional on the AB web site. The new AB web site was launched on 9/30/2007. There is no reason for these lines to be in the AB web site unless the code was copied from the Prominent IP.

Note the Prominent numbering convention for the states. Other states may be in alphabetical order, but Puerto Rico is not, so the numbering should not be the same. This variable is never used in the AB code.

Allen Brothers stopped selling fish products from the Honolulu Fish Company on July 27, 2006. This variable is never used in the AB code.

The variable "onlyNFHF" stands for "only Never Frozen or Hawaiian Fish". The Prominent shipping calendar checks that the shopping cart only has those types of items, and only shows overnight delivery available for each day on the calendar. This would not be valid for the new AB web site, since AB no longer carries products from the Honolulu Fish Company. This variable is never used in the AB code.

# AB Infringement - Shipping Calendar JavaScript Code

```javascript
48  var inputState;
49  var defaultDate;
50  var tInputMonth;
51  var tInputDay;
52  var tInputYear;
53  var calShim;
54  var kCal;
55  var kCalShim;
56  var defaultDateString = 'mm/dd/yyyy';
57  Styles={
58  }
59  /* utilities */
60  //put=function(msg){console.log(msg)}; // for logging in firebug/firefox
61
62  put=function(msg){}//swallow messages
63  //put=function(msg){alert(msg);} // for logging in ie
64  $=function(id){ return document.getElementById(id);}
65  function initShippingCalendar(){
66      ShippingCalendar.initialize(); //having trouble assigning this directly to onload.
67
68  }/* end utilities */
69  try{
70      window.onload=initShippingCalendar;
71  }catch(e){
72      put(e);
73  }
74
75  function stub(){}// for stubbing javascript urls in href. like, href="javascript:stub()"
76  ShippingCalendar={
77  initialize:function(){
78      ShippingDate.initialize();
79      assignFields();
80      var shippingMethods=$('merchant-selected-shipping-methods');
81      shippingCalendar=$('vwcf-yhst-936725511098975-shipping-calendar');
82      var inputState=$('shipping-state');
83      shippingMethods.style.display="none"; //hide the native yahoo fields, as well be using the
            shippingCalendar instead
84      button.apply.style.display="none";
85      $('labelmerchant-selected-shipping-methods').style.display="none";
86      $('labelmerchant-selected-shipping-methods').parentNode.style.display="none";
87      shippingCalendar.onclick=launchCalendar;
88      shippingCalendar.onfocus=shippingCalendar.blur;
89      put('just prior to launching calendar');
90      launchCalendar();
91  }
92  }
93  function launchCalendar(){
94      put('luanch');
95      if(!$('cal')){
```

2

53 - 61

|← 6 →|

AB Infringement - Shipping Calendar JavaScript Code

```
 96    r=document.createElement('div');
 97    r.setAttribute("id","cal");
 98    r.style.display="none";
 99    shippingCalendar.parentNode.appendChild(r);
100  },
101  CalendarDisplay.writeCalendar();
102
103  CalendarDisplay={
104    element:('cal'),
105    initialize:function(){
106      initShippingCalendar();
107    },
108  show:function(){
109    $('cal').style.display="block";
110    //button_apply.disabled=true;
111    //button_apply.style.color="#CCC";
112  },
113  hide:function(){
114    $('cal').style.display="none";
115    button_apply.disabled=false;
116    button_apply.style.color="#000";
117  },
118  changeMonth:function(num,e) {
119    stopBubble(e);
120    ShippingDate.pointer.setDate(1); // move pointer to beginning of month before changing months to
121      avoid EOM and February problems
122    var newMonth=ShippingDate.pointer.getMonth()+num;
123    ShippingDate.pointer.setMonth(newMonth);
124    CalendarDisplay.writeCalendar();
125  },
126  generateCalendarHeader:function(cal){
127    var leftarrow;
128    var rightarrow;
129    if(ShippingDate.pointer.getMonth()==earliestMonth && ShippingDate.pointer.getFullYear() ==
       earliestYear)
130    {
131      leftarrow="  "
132    }
133    else {
134      leftarrow="<a href='javascript:stub();' onClick=
         'javascript:CalendarDisplay.changeMonth(-1,event);return false;' style=
         'color:white;text-decoration:none;font-weight:bold;'>&lt;&lt;</a>"
135    }
136    if((month==earliestMonth-1) && (year==earliestYear+1))
137    {
138      rightarrow="  "
139    }
140    else {
         rightarrow="<a href='javascript:stub();' onClick=
```

This function has the same functionality as the Prominent function called "process()", although it has a different name, and the implementation is different. Note the call to the function stopBubble() is the same.

AB put this functionality to create the header of the calendar into a separate function, called "generateCalendarHeader()". Some of the variable names are different, but the general flow is the same. The variables "leftArrow" and "rightArrow" stand out

|←——— 7 ———→|

249 - 272

|←——— 8 ———→|

508 - 517

3

AB Infringement - Shipping Calendar JavaScript Code



```
140    'javascript:CalendarDisplay.changeMonth(1,event);return false;' style=
141    'color:white;text-decoration:none;font-weight:bold;'>&gt;&gt;</a>';
142    }
143    calendarHeader = "<table width='252' cellspacing='0' cellpadding='0' border='0' bgcolor='#FFFFFF'
       align='cen300ter'>";
144    calendarHeader += "<tr>";
145    calendarHeader += "<td bgcolor='#333333'>";
146    calendarHeader += "";
147    calendarHeader += "</td>";
148    calendarHeader += "<td bgcolor='#FFFFFF'>";
149    calendarHeader += "";
150    calendarHeader += "</td>";
151    calendarHeader += "<td>";
152    calendarHeader += "<br />";
153    calendarHeader += "<table cellpadding='0' cellspacing='0' border='0' width='252' bgcolor='#003366'
       align='center'>";
154    calendarHeader += "<tr>";
155    calendarHeader += "<td bgcolor='#003366' height='15' valign='top'>";
156    calendarHeader += "<span style='color:white'>" + leftarrow + "</span></td>";
157    calendarHeader += "<td align='center' valign='middle' class='months' bgcolor='#003366'>";
158    calendarHeader += "<span style='color:white'>" + returnMonth(ShippingDate.pointer.getMonth()) + "
       " + ShippingDate.pointer.getFullYear() + "</span></td>";
159    calendarHeader += "<td align='right' bgcolor='#003366' valign='top'>";
160    calendarHeader += "<span style='color:white'>" + rightarrow + "</span></td>";
161    calendarHeader += "</tr>";
162    calendarHeader += "</table>";
163    return calendarHeader;
164    }
165    generateCalendarGrid:function(cal){
166    cellHeight = '18';
167    blankColumn = "<td height='" + cellHeight + "' class='clickableDays'> </td>";
168    tableOutput = "<table cellpadding='0' cellspacing='0' border='0' width='252' align='center'>";
169    var daysArray=["S","M","T","W","T","F","S"];
170    for (var i=0;i<daysArray[i];i++){
171    tableOutput+="<td width='35' align='center' bgcolor='#EFEFEF' class='weekdays'>"+daysArray[i]+"
       </td>";
172    }
173    tableOutput +="</tr><tr align='right'>";
174    var  thisMonth=Calendar.getMonthAsSparseArray(ShippingDate.pointer);
175    var days = Calendar.getMonthLength(ShippingDate.pointer.getMonth());
176    var columnCount = 0;              // i think this is junk
177    var pStyle = "";
178    var tStyle;
179    for(i=0;i< thisMonth.length;i++){
180    var dayOfWeek=i % 7; // makes some hidden assumptions, about always starting on Sunday, and
       about  structure of Calendar...sparseArray
181    if( thisMonth[i]==undefined){
182        tableOutput += blankColumn;
```

4

Annotations:
- This code section was just spread out. Note the call to the "returnMonth()" function, and the use of "leftArrow" and "rightArrow", all of which were unique to Prominent code. In addition, the rest of the HTML table formatting is the same.
- This function is another way to merely rearrange the Prominent code. Some of the functionality is done a bit differently. Note the variable names are the same: cellHeight, blankColumn, tableOutput, days. Also note the use of the style sheet classes "clickableDays" and "weekdays" which are also in the Prominent code, but do not exist in the AB style sheet, so are not functional.
- Note the comment that these variables are junk, and that these exact variable names are used in the Prominent code, but the variables are not used at all in the AB code.

Left margin line numbers/markers: 8, 519-520, 9, 10, 402-406, 11, 420-421

# AB Infringement - Shipping Calendar JavaScript Code

```
183              continue;
184          }
185          ShippingDate.pointer.setDate( thisMonth[i]);
186          var clickable=CalendarDisplay.isDateClickable(ShippingDate.pointer);
187          if (clickable == 1) {
188              var shippingType = getShippingType(ShippingDate.pointer);
189
190
191          var nonClickableDayString = "<td height=" + cellHeight + " align='center'
         class='nonclickableDays'>" + ShippingDate.pointer.getDate() + "</td>"
192          var passableDate=ShippingDate.pointer.getFullYear()+"/"+(ShippingDate.pointer.getMonth()+1)+"/"+
         ShippingDate.pointer.getDate();// due to escaping issues below
193          var clickableDayString = "<td height=" + cellHeight + " align='center' style='border:1px solid
         #FFFFFF; background-color:'+color[shippingType]+"; >";
194          clickableDayString +='<a  href="javascript:returnDate(\"" + passableDate + "\",\'
         '+shippingType+"\')" class='clickableDays' style='" + pStyle + "' >";
195          clickableDayString += ShippingDate.pointer.getDate() + " </a>";
196          clickableDayString += "</td>";
197          if (clickable == 1) {
198              tableOutput += clickableDayString;
199          } else {
200              tableOutput += nonClickableDayString;
201          }
202          if((i%7)==6){
203              tableOutput +="</tr><tr>";
204          }
205      }
206      tableOutput += "</tr></table>";
207      return tableOutput;
208  },
209  isDateClickable:function(date){
210      // should be isDateShipable
211      // convert date to currentDay, currentDayOfWeek
212      // clickable is set (potentially) several times before being returned
213      var clickable = 0;
214      if (date >= ShippingDate.earliest && date <= ShippingDate.latest) {
215          clickable=1;
216      } else{
217          clickable=0;
218      }
219      if (Calendar.isHoliday(month, date.getDate())) {
220          clickable = 0;
221      }
222      if(date.getDay() <= 1) {
223          clickable = 0;
224      }
225      if(date.getDay() == 2) {
226          if (Calendar.isHoliday(month, (date.getDate() - 1))) {
227              clickable = 0;
```

12 → 474 - 478
13 → 479 - 480
14 → 429 - 467

This code uses the function name of "Calendar.isHoliday()" instead of "isHoliday", changed the current day variable name, and the earliest and latest date variable names. However, the functionality of determining if the current day is "clickable" in the shipping calendar is very proprietary to Prominent. This is one of the key features of the calendar.

Note the comment about how the AB programmer changed the Prominent variable name of "currentDayOfWeek" to their variable name of "date"

AB Infringement - Shipping Calendar JavaScript Code

```
228    }
229    if(date.getDay() == 3) {
230        if (Calendar.isHoliday(month, date.getDate() - 2)) {
231            clickable = 0;
232        }
233    }
234    return clickable;
235
236 };
237 function isNonContinentalState(){
238     var inputState=field_state.value.toLowerCase();
239     if (inputState == "hawaii" || inputState == "puerto rico" || inputState == "alaska" || inputState ==
240 "al" || inputState== "hi" || inputState =="pr") {
241        return true;
242    }else{
243        return false;
244    }
245 }
246 Dates={
247    firstShippingDate:new Date(),
248    now:new Date(),
249    working:new Date(),
250    lastShippingDate:new Date()
251 }
252 ShippingDate={
253    initialize:function(){
254
255        this.earliest=this.getEarliest(new Date());
256        this.latest=this.getLatest(new Date());
257        this.pointer=new Date();
258    },
259    getEarliest:function(date){
260        var e=date;
261        if(e.getDay()==0){e.setDate(e.getDate()+1)}//if sunday, make monday
262        e.setDate(e.getDate()+4);
263        // the following while statement is a little loopy
264        // ie does not allow date.setDay(), so simulating with while loop
265        // if its less than Tuesday, make it Tuesday
266        while(e.getDay()<2){
267            e.setDate(e.getDate()+1);
268        }
269        return e;
270    },
271    getLatest:function(date){
272        return new Date(date.setDate(date.getDate()+330));
273    }
274 }
275 Calendar={
```

6

14

AB Infringement - Shipping Calendar JavaScript Code

```
276  holidays: ["05/28/2007","07/04/2007","09/03/2007","11/22/2007","12/25/2007","01/01/2008"],
277  getMonthAsSparseArray:function(date){
278      var result=[];
279      var days = Calendar.getMonthLength(ShippingDate.pointer.getMonth());
280      var firstOfMonth = new Date ((date.getFullYear()), date.getMonth(), 1); //
281      var offset = firstOfMonth.getDay();
282      result=new Array(offset)
283      for(var i=1;i<=days;i++){
284          result[result.length]=i
285      }
286      return result;
287  },
288  getMonthLength:function(month)    {
289      var days;
290      var year =  (month >= earliestMonth) ? earliestYear : earliestYear + 1;
291      if (month==0 || month==2 || month==4 || month==6 || month==7 || month==9 || month==11)    { days=31; }
292      else if (month==3 || month==5 || month==8 || month==10)  { days=30; }
293      else if (month==1)                          { days=29; }
294      if (Calendar.isLeapYear(year)) { days=29; }
295      else { days=28; }
296      }
297      return (days);
298  },
299  isLeapYear:function (year)  {
300      return (((year % 4)==0) && ((year % 100)!=0) || ((year % 400)==0));
301  },
302  isHoliday:function(month, day)  {
303      // has strange side effect of normalizing date when rolling over between years
304      if (day < 1) {
305          month = month - 1;
306          //put('hey:strange condition1 occured');
307          if (month < 0) {
308              //put('hey:strange condition2 occured');
309              month = 12 + month;
310          }
311          var daysInMonth = Calendar.getMonthLength(month);
312          day = daysInMonth + day;
313      }
314      for (j=0; j<this.holidays.length; j++) {
315          var holiday=new Date(this.holidays[j]);
316          if (_holiday != null) {
317              if ((ShippingDate.pointer.getFullYear()== holiday.getFullYear()) && (ShippingDate.pointer.
                   getMonth()== holiday.getMonth()) && (ShippingDate.pointer.getDate()== _holiday.getDate())) {
318                  return true;
319              }
320          }
321      }
322      return false;
```

Note that the list of holiday dates is the same as in the Prominent code, and the AB web site went live on 10/1/2007, so there is no reason to have the holiday dates previous to that date.

The function name was changed fro "getAllDaysInMonth()" to "getMonthLength()", but it is the same.

The function name was changed from "isThisLeapYear()" to "isLeapYear()", but it is the same.

This is a proprietary function of Prominent. Note the comments because the AB programmer did not understand how it worked. Some of the variable names were changed, but most are the same, and the exact functionality is used.



7

15

100 - 137

AB Infringement - Shipping Calendar JavaScript Code



```
323    }
324    }
325    // Utilities functions
326    function stopBubble(e) {
327      if(e.stopPropagation) {
328        e.stopPropagation();
329      } else {
330        e.cancelBubble = true;
331      }
332    }
333    function killAllCalendars() {
334      // The max number of calendars can exist in one page is 12
335      var num = 13;
336      for(i = 1; i < num; i++) {
337        kCal = "cal"+i;
338        kCalShim = "cal"+i+"Shim";
339        setVisible(false,"cal"+i, "cal"+i+"Shim");
340      }
341    }
342    function formatDate (date) {
343
344
345
346    }
347
348    function parseToDoubleDigit(number) {
349      return (number < 10) ? '0' + number : number;
350    }
351    function parseToSingleDigit(number)  {
352      var str = '' + number;
353      return str = str.replace(/^0+/g, '');
354    }
355    function parseDate(dateString){
356    /****utility and subfunctions********/
357    function trim(sString){
358      var rel = /\s{2,10}/g; //precompile reg ex's for performance
359      sString = sString.replace(rel, '');
360      while(sString.substring(0,1) == ' '){
361        sString = sString.substring(1, sString.length);
362      }
363      while(sString.substring(sString.length-1, sString.length) == ' '){
364        sString = sString.substring(0,sString.length-1);
365      }
366      return sString;
367    }
368    /*******/
369    function delimit(sString){
370      var thisString;
371      var rel = /, \s/g;
```

This function, "killAllCalendars()", is exactly the same as in the Prominent code, but is never called in the AB code.

Typo in comment is the same as it is in the Prominent code.

Other comments in this function are the same as well.

16
17
18

71 - 89
91 - 98
139 - 242

8

AB Infringement - Shipping Calendar JavaScript Code

```
372   var re2 = /([|]|[,]|[;]|[\s]|[\/])/g;
373   thisString = sString.replace(rel, ',');
374   thisString = thisString.replace(re2, '|');
375   thisString = thisString.toLowerCase();
376   return thisString;
377   }
378   /*****/
379   function convertMonthAbbreviation(inputString){
380   var alphaMonth;
381   var numericMonth;
382   var numericString;
383   var rel = /^[a-zA-Z]*/;
384   var re2 = /^[a-zA-Z]{3}/;
385   var alphaMonthArray = new Array("jan", "feb", "mar", "apr", "may", "jun", "jul", "aug", "sep",
      "oct", "nov", "dec");
386   if(inputString.length < 3) return;
387   if(inputString.match(rel)){
388   alphaMonth = inputString.match(re2);
389   for(i=0;i<alphaMonthArray.length;i++){
390   if(alphaMonth == alphaMonthArray[i]) {
391   numericMonth = i + 1;
392   numericString = inputString.replace(rel, numericMonth);
393   return numericString;
394   }
395   }
396   }
397   }
398   /*****/
399   function matchPattern(sString) {
400   var normString = sString;
401   var normStringTwo = sString;
402   var testPattern = /^((\d{1,2}) ([|]\d{1,2}) ([|] (\d{2}){1,2})?$/i;
403   var re2 = /^((a-zA-])/;
404   if(normString.match(re2)){
405   normStringTwo = convertMonthAbbreviation(normString);
406   }
407   if(normStringTwo.match(testPattern)) {
408   return normStringTwo;
409   }
410   return;
411   }
412   /***********Main Function-Accepts initial Inputs*************************/
413   function parseDateMain(dateString){
414   //alert("in parseDate: "+dateString);
415   var inputString;
416   var normString;
417   var normStringTwo;
418   var newDateString;
419   if (dateString != null) {
```

This line of code is commented out, and was used by Prominent for debugging their code. It is non-functional since it is commented out.

9

AB Infringement - Shipping Calendar JavaScript Code

```
420        var space = " ";
421        var dateArray = dateString.split(space);
422        if (dateArray.length > 1) {
423            newDateString = dateArray[1];
424        } else {
425            newDateString = dateArray[0];
426        }
427
428        inputString = trim(newDateString);
429        normString = delimit(inputString);
430        normStringTwo = matchPattern(normString);
431        return setDateInputs(normStringTwo);
432    }
433    /****Output Function***/
434    function setDateInputs(dateString){
435    var rel = "|";
436    var dateTokenArray;
437    if(dateString != null){
438    dateTokenArray = dateString.split(rel);//tokenize input into array
439    //pInputMonth = dateTokenArray[0];
440    //pInputDay = dateTokenArray[1];
441    //pInputYear = dateTokenArray[2];
442    }
443        return dateTokenArray;
444    }
445    return parseDateMain(dateString);
446    }
447    function returnMonth(thismonth) {
448    monthArray = new Array('JANUARY', 'FEBRUARY', 'MARCH', 'APRIL', 'MAY', 'JUNE', 'JULY', 'AUGUST',
       'SEPTEMBER', 'OCTOBER', 'NOVEMBER', 'DECEMBER');
449    return monthArray[thismonth];
450    }
451    function setVisible(state,sCal,sCalShim) {
452    try{
453    if(!state) {
454        sCal = kCal;
455        sCalShim = kCalShim;
456    }
457    if(document.getElementById(sCal)) {
458    var divRef = document.getElementById(sCal);
459    } else { return; }
460    if(document.getElementById(sCalShim)) {
461    var ifrRef = document.getElementById(sCalShim);
462    } else { return; }
463    if(state) {
464    divRef.style.display = "block";
465    ifrRef.style.width = divRef.offsetWidth;
466    ifrRef.style.height = divRef.offsetHeight;
467    ifrRef.style.top = divRef.style.top;
```

18

19

240 - 310

10

AB Infringement - Shipping Calendar JavaScript Code

```
468  ifrRef.style.left = divRef.style.left;
469  ifrRef.style.zIndex = divRef.style.zIndex - 1;
470  ifrRef.style.display = "block";
471  ifrRef.onClick = true;
472  } else {
473  divRef.style.display = "none";
474  ifrRef.style.display = "none";
475  }
476  }catch(e){put(e);};
477
478  function closeCalendar(cCal, cCalShim) {
479  kCal = cCal;
480  kCalShim = cCalShim;
481  setVisible(false);
482  }
483  function __assignFields(){
484  var form=document.forms['CheckoutForm'];
485  inputDateField = form['customfield_ROW0_value'];
486  inputDateField.style.display="none";
487  inputDate = inputDateField.value;
488  if (inputDate!=""){
489  updateDeliveryDateDisplay(new Date(inputDate));
490  }
491  field_shippingOptions = form['shippingOptionsDS.shipping_options_ROW0_shipping_method_id'];
492  field_state = form['shipping-state'];
493  inputState = form['shipping-state'].value;
494  button_apply=form.elements['eventName.updateShippingMethodEvent'];
495  }
496  function returnDate(date,shippingType) {
497  try{
498  assignFields();
499  deliveryDate=new Date(date); // convert due to escaping issues in caller
500  var factor=(shippingType.search(/1day/)>0) ? -1 : -2;
501  var shipDate=new Date(deliveryDate);
502  shipDate=new Date(shipDate.setDate(shipDate.getDate()+factor));
503  put("shipdate:"+shipDate);
504  put("deliveryDate:"+deliveryDate);
505  inputDateField.value = shipDate.display();
506  updateDeliveryDateDisplay(deliveryDate);
507  var shippingType = getShippingType(deliveryDate);
508  if (shippingType == "fedex1day"){
509  field_shippingOptions.selectedIndex=0;
510  } else if (shippingType == "fedex2day") {
511  field_shippingOptions.selectedIndex=1;
512  } else if (shippingType == "fedex1daySat") {
513  field_shippingOptions.selectedIndex=2;
514  } else if (shippingType == "fedex2daySat") {
515  field_shippingOptions.selectedIndex=3;
516  } else if (shippingType == "fedex1dayNonContinental") {
```

The function "assignFields()" has similar functionality to the Prominent function "setField()" in lines 311 - 364. Note the same variable names of "inputDateField", "inputDate", and "inputState".

This function "returnDate()" has the same name as the function in the Prominent code (lines 366 - 398), and has the same result, but is different. Note that it uses the same variable names as "inputDateField" and "shippingType". It also calls the function "getShippingType()".

19

11

AB Infringement - Shipping Calendar JavaScript Code

> This function "getCalendarKey()" is similar to the lines 521 - 539 in the Prominent code. It is used to create the color key at the bottom of the shipping calendar with the different shipping options. Note the variable name "shippingInfo" is the same.

> the function called "getShippingType()" is the same as in the Prominent code. The Prominent code returns "Style" which is the color that should be applied to the date on the calendar, and essentially shows the shipping option that is valid for that date on the calendar. The AB code returns shipping option for that date on the calendar, so these are essentially the same. Note the same variable names. Also of great importance is that the logic in this function is the basis for the entire shipping calendar developed by Prominent and is highly proprietary to Prominent.

```
517  field shippingOptions.selectedIndex=4;
518  } else if (shippingType == "fedexdaySatNonContinental") {
519  field_shippingOptions.selectedIndex=5;
520  }
521  button_apply.click(); // this submits the form with the hidden values
522  }catch(e){put(e)}
523  //CalendarDisplay.hide();
524  }
525
526  Color={
527  fedex2day:"#9CF",  // blue
528  fedex1day:"#F9C",  // red
529  fedex2daySat:"#CFC",  // green
530  fedexidaySat:"#FFC",  // red
531  fedexidaySatNonContinental:"brown",
532  fedexidayNonContinental:"orange"
533  }
534
535  function getCalendarKey(cal){
     var shippingInfo="";
     shippingInfo += "<p style='border-left:15px solid "+Color.fedex2day+";line-height:15px;paddi
     ng-left:15px;'>FedEx 2Day Shipping<span class='price'></span></p>";
536  shippingInfo += "<p style='border-left:15px solid "+Color.fedexiday+";line-height:15px;paddi
     ng-left:15px;'>FedEx Overnight Service<span class='price'></span></p>";
537  shippingInfo += "<p style='border-left:15px solid "+Color.fedex2daySat+";line-height:15px;pa
     dding-left:15px;'>FedEx 2Day with Saturday Delivery<span class='price'></span></p>";
538  shippingInfo += "<p style='border-left:15px solid "+Color.fedexidaySat+";line-height:15px;pa
     dding-left:15px;'>FedEx Overnight / Saturday<span class='price'></span></p>";
539  if(isNonContinentalState()){
540  shippingInfo += "<p style='border-left:15px solid "+Color.fedexidayNonContinental+";line-
     height:14px;padding-left:15px;'>Fedex Overnight / Alaska, Hawaii, Puerto Rico<span class='
     price'></span></p>";
541  shippingInfo += "<p style='border-left:15px solid "+Color.fedexidaySatNonContinental+";line-
     height:15px;padding-left:15px;'>FedEx Overnight / Saturday / Alaska, Hawaii, Puerto
     Rico<span class='price'></span></p>";
542  }
543
544  return shippingInfo;
545  }
546  function getShippingType(date) {
547  var currentDay = date.getDate();
548  var currentDayOfWeek = date.getDay();
549  var shippingType;
550  if (isNonContinentalState())
551  {
552  put(":"+currentDayOfWeek);
553  if(currentDayOfWeek == 6) {
554  shippingType = "fedexidaySatNonContinental";
555  } else {
556  shippingType = "fedexidayNonContinental";
557  }
```

12

⟵ 20 ⟶

563 - 604

AB Infringement - Shipping Calendar JavaScript Code

```
558   else {
559     if(date.getMonth() == twoDaySaturdayMonth && currentDay == twoDaySaturdayDate) {
561       shippingType = "fedex2daySat";
562     } else if(date == ShippingDate.earliest) {
563       shippingType = "fedexiday";
564     }
565     else if(date.getMonth() == overnightSaturdayMonth && currentDay == overnightSaturdayDate)
        {
566       shippingType = "fedexidaySat";
567     }
568     else if(currentDayOfWeek == 6) {
569       if (Calendar.isHoliday(date.getMonth(), currentDay - 2)) {
570         shippingType = "fedexidaySat";
571       } else {
572         shippingType = "fedex2daySat";
573       }
574     }
575     else if(currentDayOfWeek == 2) {
576       shippingType = "fedexiday";
577     }
578     else if(currentDayOfWeek == 3 &&
579       (Calendar.isHoliday(date.getMonth(), currentDay - 1) ||
580       Calendar.isHoliday(date.getMonth(), currentDay - 2))) {
581       shippingType = "fedexiday";
582     }
583     else if (currentDayOfWeek == 4 &&
          (Calendar.isHoliday(date.getMonth(), currentDay - 3) ||
          Calendar.isHoliday(date.getMonth(), currentDay - 2) || Calendar.isHoliday(date.getMonth(),
          currentDay - 1))) {
584       shippingType = "fedexiday";
585     }
586     else if (currentDayOfWeek == 5 &&
587       (Calendar.isHoliday(date.getMonth(), currentDay - 2) ||
          Calendar.isHoliday(date.getMonth(), currentDay - 1))) {
588       shippingType = "fedexiday";
589     }
590     else {
591       shippingType = "fedex2day";
592     }
593   }
594   return shippingType;
595 }
596 CalendarDisplay.writeCalendar=writeCalendar;
597 function writeCalendar() {
598   try{
599     tableOutput=CalendarDisplay.generateCalendarGrid('cal');
600     calendarHeader=CalendarDisplay.generateCalendarHeader('cal');
601     calendarKey=getCalendarKey();
```

This function "writeCalendar()" has the same name as the function in Prominent code (starting on line 400). In the AB code, they encapsulated the functionality into separate functions, and those functions are called here, instead of having all of the functionality here. So this function does the same thing as the same function in the Prominent code.

20

13

AB Infringement - Shipping Calendar JavaScript Code

```
602    tableOutput = (calendarHeader + tableOutput) + calendarKey;
603    document.getElementById('cal').innerHTML=tableOutput;
604    CalendarDisplay.show();
605    }catch(e){ put(e) }
606
607
608
609    updateDeliveryDateDisplay=function(date){
610      inputDateFieldLabel=$('labelwcf-yhst-93672551109875-shipping-calendar');
611      var t=$('deliveryDateDisplay');
612      t=inputDateFieldLabel.getElementsByTagName("strong")[0];
613      if (t==undefined){
614        t=document.createElement("span");
615        t.setAttribute("style","background:#EEE;font-weight:bold;");
616        t.setAttribute("id","deliveryDateDisplay");
617        inputDateFieldLabel.appendChild(t);
618
619      t.innerHTML="You've chosen <b>"+date.display() +"</b> as your delivery date.   You can
620      choose a new date by clicking on the calendar.";
621    }
622
623    Date.prototype.display=function(){
624      var month=this.getMonth()+1;
625      month=(month<10) ? "0"+ month : month;
626      var date=this.getDate();
627      date=(date<10) ? "0"+ date : date;
628      return (month+'/'+date+'/'+this.getFullYear());
629    }
630
631  </script>
```

14

# Catalog Page

# ALLEN BROTHERS
The Great Steakhouse Steaks

HOME   ABOUT US   CONTACT US   ORDER TRACKING   1.800.957.0111

SEARCH ›                         GO

USDA Prime Steaks
Wet-Aged Beef
Dry-Aged Beef
Kobe Wagyu Beef
Never Frozen Beef
Appetizers
Side Dishes
Soups
Buffalo & Venison
Chef Art Smith Entrees
Desserts
Duck
Heat & Serve Entrees
Lamb
The Great Steakhouse Pork
The Great Steakhouse Poultry
Sausages and Bratwurst
Seafood
Steak Burgers & Dogs
Smoked Meats
Veal
New Products
Internet Specials
Favorites
Rush Packs

SIGN UP FOR EMAIL SPECIAL OFFERS!
Enter Email Address

SUBSCRIBE



› Request a Catalog
We'd be happy to send you our catalog by mail
Sign up now to join our mailing list

Sign Up for Email News

Enter Email Address       SUBSCRIBE

Home  |  About Us  |  Privacy Policy  |  Catalog Request  |  Customer Service  |  Contact Us  |  Site Map  |  Articles  |  View Shopping Cart

To place a phone order, call 24 hours a day, 7 days a week — (800) 957-0111
For questions or assistance, call weekdays 8 AM to 5 PM CST — (800) 548-7777

Copyright © 2007 Allen Brothers, Inc.  All Rights Reserved.

AB Infringement - Catalog Code

```
1    <!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Strict//EN"
     "http://www.w3.org/TR/xhtml1/DTD/xhtml1-strict.dtd"><html><script language="javascript">
2    <!--
3    (new
     Image).src="http://store.yahoo.net/cgi-bin/refsd?e=http://www.allenbrothers.com/catalog.html&h=
     www.allenbrothers.com&v=1.0&dr=" + escape(document.referrer);
     -->
4    </script>
5    <SCRIPT language="JavaScript">
6    // Begin Y! Store Generated Code
7
8
9    </script><script src="../us.js2.yimg.com/us.js.yimg.com/ult/y/ic_1.9.js" ></script><script src=
     "../us.js2.yimg.com/us.js.yimg.com/lib/smbiz/store/csell/js/beacon-1.1.2.4.js" ></SCRIPT>
10   <SCRIPT language="JavaScript">
11   // Begin Y! Store Generated Code
12
13   csell page data = [];csell page_rec_data = [];</SCRIPT>
14   <SCRIPT language="JavaScript">
15   // Begin Y! Store Generated Code
16   function
17   csell_GLOBAL_INIT_TAG()
18   {
19   var csell_token_map = [];
20   csell_token_map['TOK_ITEM_ID_LIST'] = 'catalog';
21   csell_token_map['TOK_BEACON_TYPE'] = 'prod';
22   csell_token_map['TOK_RAND_KEY'] = 't';
23   csell_token_map['TOK_SPACEID'] = '2022276099';
24   csell_token_map['TOK_IS_ORDERABLE'] = '2';
25   csell_token_map['TOK_STORE_ID'] = 'yhst-93672551109875';
26   csell_token_map['TOK_URL'] = 'http://geo.yahoo.com/';
27
28   csell_page_data['s'] = csell_token_map['TOK_SPACEID'];csell_page_data['url'] =
     csell_token_map['TOK_URL'];csell_page_data['si'] =
     csell_token_map['TOK_STORE_ID'];csell_page_data['ii'] =
     csell_token_map['TOK_ITEM_ID_LIST'];csell_page_data['bt'] =
     csell_token_map['TOK_BEACON_TYPE'];csell_page_data['rnd'] =
     csell_token_map['TOK_RAND_KEY'];csell_page_data['io'] = csell_token_map['TOK_IS_ORDERABLE'];
29   }
30   </SCRIPT>
31   <SCRIPT language="JavaScript">
32   // Begin Y! Store Generated Code
33   function
34   csell_RBC_VIEW_TAG()
35   {
36
37   var params = csell_page_data;var auxParamsStr = '/sid='+params['si']+'/io='+params['io']
     +'/ii='+params['ii']+'/bt='+params['bt']+'-view';var r=
     Math.random();yYStore.CrossSellBeacon.renderBeaconWithRecData(params['url']+'/p/s='+params['s']
     +'/'+params['rnd']+'='+r+auxParamsStr);
```

The sections of code below denoted with red arrows are identical to the Prominent IP, except links to images are changed to Yahoo Stores URL's and some minor format changes. Some "fingerprints" that prove the code was copied from Prominent IP are highlighted.

1

AB Infringement - Catalog Code

```
38  }
39  </SCRIPT>
40  <SCRIPT language="JavaScript">
41  // Begin Y! Store Generated Code
42  function
43  csell_RENDER_RECS_TAG()
44  {
45
46  YStore.CrossSellBeacon.sendAsyncRequest();
47  }
48  </SCRIPT>
49  <SCRIPT language="JavaScript">
50  csell_GLOBAL_INIT_TAG();
51  csell_RENDER_RECS_TAG();
52  </SCRIPT>
53
54  <!-- Mirrored from www.allenbrothers.com/catalog.html by HTTrack Website Copier/3.x [XR&CO'2007], Tue,
    23 Oct 2007 19:04:15 GMT -->
55  <head>
56  <title></title>
57  <meta name="keywords" content="" />
58  <meta name="description" content="" />
59  <script language="javascript" type="text/javascript" src=
    "../e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/scFrameWork.js"></script>
60  <!--Solid Cactus Click to enlarge v3.0.2-->
61
62  <script language="javascript" type="text/javascript" src=
    "../e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/scImageEnlarge.js"></script>
63
64
65  <script src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/hidescript.js"></script>
66  <link rel="stylesheet" type="text/css" href="yhst-93672551109875-style-css.css" /><link rel=
    "stylesheet" type="text/css" href="css-edits.css" />
67  </head><body bgcolor="#ffffff" text="#000000" link="#0000cc" vlink="#0000cc"><div id="container"><div
    id="header"><h1 class="brandmark"><a href="http://www.allenbrothers.com/index.html">Allen Brothers  -  The
    Great Steakhouse Steaks</a></h1><ul id="topnav">
68  <li><a href="http://www.allenbrothers.com/index.html" title="Home">Home</a></li>
69  <li><a href="http://www.allenbrothers.com/info.html" title="About Us">About Us</a></li>
70  <li><a href="contact2.html" title="Contact Us">Contact Us</a></li>
71  <li><a href="tracking.html" title="Order Tracking">Order Tracking</a></li>
72  <li class="last">1.800.957.0111</li>
73  </ul><form method="get" action="http://www.allenbrothers.com/nsearch.html" id="searcharea"><fieldset>
    <img src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/search.gif" alt="Search" /><input
    name="query" type="text" size="12" id="query" /><input type="image" src=
    "../e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/go1.gif" value="Go" class="ys primary" id=
    "searchsubmit" /><input name="vwcatalog" type="hidden" value="yhst-93672551109875" /></fieldset></form>
74  <li><a href="gift-selections.html">Gift Selections</a></li>
75  <li><a href="fine-dining1.html">Fine Dining</a></li>
```

2

AB Infringement - Catalog Code



Corresponding lines in Prominent code:

```
76  <li><a href="catalog.html">Allen Brothers Catalog</a></li>
77  <li><a href="shopping-assistance.html">Shopping Assistance</a></li>
78  <li class="last"><a href="https://order.store.yahoo.net/cgi-bin/wg-order?yhst-9367255110 9875">View
    Cart</a></li>
79  </ul></div><div id="bodyshell" class="clear"><div id="bodycontent"><div class="bodypad">
80  <!--Start Content Body-->
81  <div id="info-div"><div><table border="0" cellpadding="0" cellspacing="0" width="100%" style=
    "margin-top: 10px;">
82  <tbody>
83  <tr>
84  <td rowspan="7">
85  <a href=
86  "http://order.store.yahoo.com/cgi-bin/wg-request-catalog?catalog=yhst-9367255110 9875/steaks-cover.jpg"
87  border="0" height="371" width="291"></a></td>
88  <td valign="bottom">
89  </td>
90  </tr>
91  <tr>
92  <td bgcolor="#efe5d4" height="1" valign="top" style="font-size: 1px;">
93  <img src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-9367255110 9875/steaks.gif"
94  height="1" width="1"></td>
95  </tr>
96  <tr>
97  <td valign="top">
98  <table border="0" cellpadding="0" cellspacing="0" width="100%">
99  <tbody>
100 <tr>
101 <td class="contentsmallcell" style="padding-top: 5px;">
    <a href=
    "http://order.store.yahoo.com/cgi-bin/wg-request-catalog?catalog=
    yhst-9367255110 9875">
    <img src=
    ".../e.yimg.com/lib.store.o.yimg.com/lib/yhst-9367255110 9875/reques
    tacatalog.gif" border="0" height="15" width="159"></a></td>
102 </tr>
103 <tr>
104 <td class="contentsmallcell" valign="top">
105 We'd be happy to send you our catalog by mail.
106 <br>
107 <a href="rcatalog.html">Sign up now</a> to join our mailing list.
108 </td>
109 </tr>
110 </tbody>
111 </table>
112 </td>
113 </tr>
114 <tr>
```

92 - 97

111 - 131

1

2

3

The table format using 7 rows is proprietary to the way Prominent formatted this page and is part of the Prominent look-and-feel of this page.

The image "steaks.gif" is a proprietary image created by Prominent and is used to format the page. There is no reason that it would be in the AB infringement code unless the code was copied from Prominent's IP.

Note that the style sheet classes are the same classes used in the Prominent IP, but are not listed in the AB style sheet definitions. This means that they are not functional in the AB code. This is a "fingerprint" that shows that this code was copied from the Prominent IP.

The color of the line created from this code is proprietary to the look-and-feel of Prominent's IP.

AB Infringement - Catalog Code

```
115  <td bgcolor="#efe5d4" height="1" valign="top" style="font-size: 1px;"><img src=
     "../e.yimg.com/lib.store.o.yimg.com/lib/yhst-3367255110987 5/steaks.gif" height="1" width=
     "1"></td>
116  </tr>
117  <tr>
118  <td valign="top">
119  <table border="0" cellpadding="0" cellspacing="0" width="100%">
120  <tbody>
121  <tr>
122  <td class="contentsmallcell" style="padding-top: 5px;">
123  <img src=
     "../e.yimg.com/lib.store.o.yimg.com/lib/yhst-3367255110987 5/SignUp
     Email.gif" border="0" height="15" width="159">
124  </td>
125  </tr>
126  <tr>
127  <td class="contentsmallcell" valign="middle">
128  <!--
129  <a href="Optin.jsp">Sign up</a> for email news and ideas.
130  -->
131  <form action="http://store.yahoo.com/cgi-bin/pro-forma" method="post">
     <fieldset><input name="email" size="12" id="mailingquery" value="Enter
     Email Address" onfocus="if (this.value == this.defaultValue)
     this.value = '';" onblur="if(this.value=='') this.value =
     this.defaultValue;" type="text"><input src=
     "../e.yimg.com/lib.store.o.yimg.com/lib/yhst-3367255110987 5/subscribe.
     gif" value="Subscribe" id="nlsubmit" type="image"><input name="from"
     value="allenbros3737@yahoo.com" type="hidden"><input name="owner"
     value="allenbros3737@yahoo.com" type="hidden"><input name="subject"
     value="Newsletter Submission" type="hidden"><input name="newnames-to"
     value="yhst-3367255110987 5" type="hidden"><input name="vwcatalog"
     value="yhst-3367255110987 5" type="hidden"><input name=".autodone"
     value="http://store.yahoo.com/yhst-3367255110987 5" type="hidden">
     </fieldset></form>
132  </td>
133  </tr>
134  </tbody>
135  </table>
136  </td>
137  </tr>
138  </tbody>
139  </table></div><br class="clear" /><div><br /></div></div></div><div id="nav-product"><div id=
     "html-top"><!--<img
     src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-3367255110987 5/specialoffers.gif" alt="Special
     Offers" />--></div></ul><li><a href="the-great-steakhouse-steaks.html">USDA Prime Steaks</a></li><li><a
     href="wet-aged-beef.html">Wet-Aged Beef</a></li><li><a href="usda-prime-dry-aged-beef.html">Dry-Aged
     Beef</a></li><li><a href="kobe-wagyu-beef.html">Kobe Wagyu Beef</a></li><li><a href=
     "our-never-frozen-beef.html">Never Frozen Beef</a></li><li><a href="appetizers.html">Appetizers</a>
     </li><li><a href="side-dishes.html">Side Dishes</a></li><li><a href="soups.html">Soups</a></li><li><a
```

This part of the AB Infringement code is commented out, which means that it is not functional. Also, it has a link to "Optin.jsp" which is a link that is only valid in the Prominent IP, and uses the technology used by the Prominent IP, not the AB web site. There is no reason to have this code in the AB web site, unless it was copied from the Prominent IP.

4

2

AB Infringement - Catalog Code

```
139  href="buffalo--venison.html">Buffalo & Venison</a></li><li><a
     href="chef-art-smiths-back-to-the-family-delights.html">Chef Art Smith Entrees</a></li><li><a
     href="the-great-steakhouse-desserts.html">Desserts</a></li><li><a
     href="duck-delicacies.html">Duck</a></li><li><a href="heat---serve-entrees.html">Heat & Serve
     Entrees</a></li><li><a href="the-great-steakhouse-lamb.html">Lamb</a></li><li><a
     href="the-great-steakhouse-pork.html">The Great Steakhouse Pork</a></li><li><a
     href="the-great-steakhouse-poultry.html">The Great Steakhouse Poultry</a></li><li><a
     href="sausages-and-bratwurst.html">Sausages and Bratwurst</a></li><li><a
     href="seafood-selections.html">Seafood</a></li><li><a
     href="the-great-steakhouse-steak-burgers-and-steak-dogs.html">Steak Burgers & Dogs</a></li><li><a
     href="smoked-meats.html">Smoked Meats</a></li><li><a
     href="the-great-steakhouse-veal.html">Veal</a></li><li><a href="new-products.html">New
     Products</a></li><li><a href="specials.html">Internet Specials</a></li><li><a
     href="favorites.html">Favorites</a></li></ul><div id="htmlbottom"><img
     src="./e.ying.com/lib.store.o.ying.com/lib/yhst-93672551109875/emailspecials.gif" alt="Sign up for
     email special offers" /><form action="http://store.yahoo.com/cgi-bin/pro-forma#"
     method="post"><fieldset><input type="email" id="mailingquery" value="Enter Email
     Address"onfocus="if (this.value == this.defaultValue) this.value = '';" onblur="if(this.value=='')
     this.value = this.defaultValue;" /><input type="image" src=
     "./e.ying.com/lib.store.o.ying.com/lib/yhst-93672551109875/subscribe.gif" value="Subscribe" id=
     "nlsubmit" /><input type="hidden" name="from" value="allenbros3737@yahoo.com" /><input type="hidden" id=
     name="owner" value="allenbros3737@yahoo.com" /><input type="hidden" name="subject" value="Newsletter
     Submission" /><input type="hidden" name="newnames-to" value="yhst-93672551109875" /><input type=
     "hidden" name="vwcatalog" value="yhst-93672551109875" /><input type="hidden" name=".autodone" value=
     "http://store.yahoo.com/yhst-93672551109875" /></fieldset></form></div></div><div id="footer">
     <ul class="links">
140  <li><a href="http://www.allenbrothers.com/index.html">Home</a></li>
141  <li><a href="http://www.allenbrothers.com/info.html">About Us</a></li>
142  <li><a href="http://www.allenbrothers.com/privacypolicy.html">Privacy Policy</a></li>
143  <li><a href="catalog.html">Catalog Request</a></li>
144  <li><a href="shopping-assistance.html">Customer Service</a></li>
145  <li><a href="contact2.html">Contact Us</a></li>
146  <li><a href="http://www.allenbrothers.com/ind.html">Site Map</a></li>
147  <li><a href="articles.html">Articles</a></li>
148  <li class="last"><a href="https://order.yahoo.net/cgi-bin/wg-order?yhst-93672551109875">View
     Shopping Cart</a></li>
149  </li><p>To place a phone order, call 24 hours a day, 7 days a week &mdash; (800) 957-0111<br />
150  For questions or assistance, call weekdays 8 AM to 5 PM CST &mdash; (800) 548-7777</p><div class=
     "text"><span class="copyright">Copyright &copy; 2007 Allen Brothers, Inc. All Rights Reserved.</span>
     </div></div></div><div id="scImgOverall"></div><script language="javascript" type="text/javascript"
     src="./e.ying.com/lib.store.o.ying.com/lib/yhst-93672551109875/Sc-initialize.js"></script></body>
151  <script language="javascript">
152  <!--
153  if (document.referrer && (document.referrer1='') && window.Image)
154  {
155  (new
     Image).src="http://redirect1.vip.store.yahoo.com/cgi-bin/referadd?spcl=1&et=471e46a&catalog=
     yhst-93672551109875&r=" + escape(document.referrer) + "&v=1"; }
156  // -->
```

AB Infringement - Catalog Code

```
157  </script><script language="javascript">
158  <!--
159  if (document.referrer && (document.referrer!='') && window.Image)
160  {
161  (new
     Image).src="http://redirect1.vip.store.yahoo.net/cgi-bin/referadd?spcl=1&et=471e46aa&catalog=
     yhst-93672551109875&xr=" + escape(document.referrer) + "&v=3"; }
162  // -->
163  </script>
164  <!-- Mirrored from www.allenbrothers.com/catalog.html by HTTrack Website Copier/3.x [XR&CO'2007], Tue,
     23 Oct 2007 19:04:16 GMT -->
165  </html><script language=javascript>
166  if(window.yzq_p==null)document.write("<scr"+"ipt language=javascript src=
     http://l.yimg.com/us.js.yimg.com/lib/bc/bc_2.0.4.js></scr"+"ipt>");
167  </script><script language=javascript>
168  if(window.yzq_p)yzq_p(1?P=OsO79G_QhokeDMgok12kwDLTMyv5kceRX4ADJ2v&T=
     13ni7p78&%2fK%3d119316206%2fE%3d237328&%2fR%3d&st%2fK%3d5%2fY%3d1.1%2fW%3dJ%2fY%3dYAHOO%2fF%3d1503480
     447%2fS%3d1%2fU%3d1A42BFD1");
169  if(window.yzq_s)yzq_s();
170  </script><noscript><img width=1 height=1 alt="" src=
     "http://us.bc.yahoo.com/b?P=OsO79G_QhokeDMgok12kwDLTMyv5kceRX4ADJ2v&amp;T=
     13sc1ooln%2fK%3d119316206%2fE%3d237328&%2fR%3d&st%2fK%3d5%2fY%3d3.1%2fW%3dJ%2fY%3dYAHOO%2fF%3d2771761
     073%2fQ%3d-1%2fS%3d1%2fU%3d1A42BFD1"></noscript>
171
```

# Contact Us Page

# ALLEN BROTHERS
THE GREAT STEAKHOUSE STEAKS

HOME    ABOUT US    CONTACT US    ORDER TRACKING    1.800.957.0111

SEARCH ▸ [                    ] [GO]

**USDA Prime Steaks**
**Wet-Aged Beef**
**Dry-Aged Beef**
**Kobe Wagyu Beef**
**Never Frozen Beef**
**Appetizers**
**Side Dishes**
**Soups**
**Buffalo & Venison**
**Chef Art Smith Entrees**
**Desserts**
**Duck**
**Heat & Serve Entrees**
**Lamb**
**The Great Steakhouse Pork**
**The Great Steakhouse Poultry**
**Sausages and Bratwurst**
**Seafood**
**Steak Burgers & Dogs**
**Smoked Meats**
**Veal**
**New Products**
**Internet Specials**
**Favorites**
**Rush Packs**

**SIGN UP FOR EMAIL SPECIAL OFFERS!**
[Enter Email Address]
[SUBSCRIBE]

## CONTACT US

We would like to hear from you. Whether you have a general question, want to know more about Allen Brothers or have specific questions regarding an order that you placed, please complete the following inquiry form or contact us using the information below.

Your Name: [                    ]

Address: [                    ]
Street address (P.O. Boxes not acceptable)

[                    ]
Apartment, suite, unit, building, floor, etc.

City: [                    ]

State: [ Select          ▾ ]

ZIP Code: [          ]

Phone Number: [    ] [    ] [        ]

Email Address: [                    ]

How did you hear about us? [ Select an option          ▾ ]

How would you like us to contact you?

○ E-Mail
○ Phone

Your Questions or Comments:

[                    ▲
                     ▼ ]

Customer Service:
1-800-548-7777
Monday-Friday 8 a.m to 5 p.m CST

Phone Orders:
1-800-957-0111
24 hours a day, 7 days a week

Fax Orders:
1-800-890-9146
24 hours a day, 7 days a week:

Corporate Office:
Allen Brothers, Inc.
3737 South Halsted Street
Chicago, Illinois 60609-1689

▶ SUBMIT INQUIRY

Home | About Us | Privacy Policy | Catalog Request | Customer Service | Contact Us | Site Map | Articles | View Shopping Cart

To place a phone order, call 24 hours a day, 7 days a week — (800) 957-0111
For questions or assistance, call weekdays 8 AM to 5 PM CST — (800) 548-7777

Copyright © 2007 Allen Brothers, Inc.. All Rights Reserved

AB Infringement - Contact Us Code

```
1   <!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Strict//EN"
    "http://www.w3.org/TR/xhtml1/DTD/xhtml1-strict.dtd"><html><script language="javascript">
2   <!--
3   (new
    Image).src="http://store.yahoo.net/cgi-bin/refsd?e=http://www.allenbrothers.com/contact2.html&h=
    www.allenbrothers.com&v=1.0&dr=" + escape(document.referrer);
4   -->
5   </script>
6   <SCRIPT language="JavaScript">
7   // Begin Y! Store Generated Code
8
9   </script><script src="../us.js2.yimg.com/us.js.yimg.com/ult/y1c_1.9.js" ></script><script src=
    "../us.js2.yimg.com/us.js.yimg.com/lib/smbiz/store/csell/js/beacon-1.1.2.4.js" ></SCRIPT>
10  <SCRIPT language="JavaScript">
11  // Begin Y! Store Generated Code
12
13  csell_page_data = [];csell_page_rec_data = [];</SCRIPT>
14  <SCRIPT language="JavaScript">
15  // Begin Y! Store Generated Code
16  function
17  csell_GLOBAL_INIT_TAG()
18  {
19  var csell_token_map = [];
20  csell_token_map['TOK_ITEM_ID_LIST'] = 'contact2';
21  csell_token_map['TOK_BEACON_TYPE'] = 'prod';
22  csell_token_map['TOK_RAND_KEY'] = 't';
23  csell_token_map['TOK_SPACEID'] = '2022276099';
24  csell_token_map['TOK_IS_ORDERABLE'] = '2';
25  csell_token_map['TOK_STORE_ID'] = 'yhst-93672551109875';
26  csell_token_map['TOK_URL'] = 'http://geo.yahoo.com/';
27
28  csell_page_data['s'] = csell_token_map['TOK_SPACEID'];csell_page_data['url'] =
    csell_token_map['TOK_URL'];csell_page_data['si'] =
    csell_token_map['TOK_STORE_ID'];csell_page_data['ii'] =
    csell_token_map['TOK_ITEM_ID_LIST'];csell_page_data['bt'] =
    csell_token_map['TOK_BEACON_TYPE'];csell_page_data['rnd'] =
    csell_token_map['TOK_RAND_KEY'];csell_page_data['io'] = csell_token_map['TOK_IS_ORDERABLE'];
29  }
30  </SCRIPT>
31  <SCRIPT language="JavaScript">
32  // Begin Y! Store Generated Code
33  function
34  csell_REC_VIEW_TAG()
35  {
36
37  var params = csell_page_data;var auxParamStr = '/sid='+params['si']+'/io='+params['io']
    +'/ii='+params['ii']+'/bt='+params['bt']+'-view';var r=
    Math.random().rYStore.CrossSellBeacon.renderBeaconWithRecData(params['url']+'/p/s='+params['s']
    +'/'+params['rnd']+'='+r+auxParamStr);
```

1

AB Infringement - Contact Us Code

```
38    }
39    </SCRIPT>
40    <SCRIPT language="JavaScript">
41    // Begin Y! Store Generated Code
42    function
43    csell_RENDER_RECS_TAG()
44    {
45
46    YStore.CrossSellBeacon.sendAsyncRequest();
47
48    }
49    </SCRIPT>
50    <SCRIPT language="JavaScript">
51    csell_GLOBAL_INIT_TAG();
52    csell_RENDER_RECS_TAG();
53    </SCRIPT>
54    <!-- Mirrored from www.allenbrothers.com/contact2.html by HTTrack Website Copier/3.x [XR&CO'2007],
      Tue, 23 Oct 2007 19:04:01 GMT -->
55    <head>
56    <title></title>
57    <meta name="keywords" content="" />
58    <meta name="description" content="" />
59    <script language="javascript" type="text/javascript" src=
      "../e.ying.com/lib/store.o.ying.com/lib/yhst-93672551109875/scFrameWork.js"></script>
60    <!--Solid Cactus Click to enlarge v3.0.2-->
61    <script language="javascript" type="text/javascript" src=
62    "../e.ying.com/lib/store.o.ying.com/lib/yhst-93672551109875/scImageEnlarge.js"></script>
63    <script src="../e.ying.com/lib/store.o.ying.com/lib/yhst-93672551109875/hidescript.js"></script>
64    <link rel="stylesheet" type="text/css" href="yhst-93672551109875-style-css.css" /><link rel=
65    "stylesheet" type="text/css" href="css-edits.css" />
66    </head><body bgcolor="#ffffff" text="#000000" link="#0000cc" vlink="#0000cc" alink="#000000"
      id="header"><h1 id="brandmark"><a href="http://www.allenbrothers.com/index.html">Allen Brothers - The
      Great Steakhouse Steaks</a></h1><ul id="topnav">
67    <li><a href="http://www.allenbrothers.com/index.html" title="Home">Home</a></li>
68    <li><a href="http://www.allenbrothers.com/info.html" title="About Us">About Us</a></li>
69    <li><a href="contact2.html" title="Contact Us">Contact Us</a></li>
70    <li><a href="tracking.html" title="Order Tracking">Order Tracking</a></li>
71    <li class="last">1.800.957.0111</li>
72    </ul><form method="get" action="http://www.allenbrothers.com/nsearch.html" id="searcharea"><fieldset>
73    <img src="../e.ying.com/lib.store.o.ying.com/lib/yhst-93672551109875/search.gif" alt="Search" /><input
      name="query" type="text" size="12" id="query" /><input type="image" src=
      "../e.ying.com/lib.store.o.ying.com/lib/yhst-93672551109875/go1.gif" value="Go" class="ys_primary" id=
      "searchsubmit" /><input name="vwcatalog" type="hidden" value="yhst-93672551109875" /></fieldset></form
      ><ul class="links">
74    <li><a href="gift-selections.html">Gift Selections</a></li>
75    <li><a href="fine-dining1.html">Fine Dining</a></li>
```

2



AB Infringement - Contact Us Code

```
76    <li><a href="catalog.html">Allen Brothers Catalog</a></li>
77    <li><a href="shopping-assistance.html">Shopping Assistance</a></li>
78    <li class="last"><a href="https://order.store.yahoo.net/cgi-bin/wg-order?yhst-936725511098575">View
      Cart</a></li>
79    </ul></div><div id="bodyshell" class="clear"><div id="bodycontent"><div class="bodypad">
80    <!--Start Content Body-->
81    <div id="info-div"><div><script type="text/javascript" src=
      "../e.yimg.com/lib.store.o.yimg.com/lib/yhst-936725511098575/formval.js"></script>
82    <p><img src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-936725511098575/ContactUs.jpg" height="23"
      width="300"><br>
83    <br>
84    <font color="red"></font>
85    <br>
86    We would like to hear from you. Whether you have a general question, want to know
87    more about Allen Brothers or have specific questions regarding an order that you
88    placed, please complete the following inquiry form or contact us using the information
89    below.</p>
90    <form name="contactUsBean" method="post" action="http://store.yahoo.com/cgi-bin/pro-forma" onsubmit=
      "return formval(this)">
91      <div class="required">
92      <table border="0" cellpadding="0" cellspacing="0">
93        <tbody>
94        <tr>
95        <td class="contentsmallboldcell" align="right" height="25" nowrap="nowrap">
        Your Name:</td>
96      <td class="contentsmallcell" height="25" nowrap="nowrap">
97        <input name="name" maxlength="60" size="30" value="" class="contentsmall"
        type="text">
98      </td>
99      <td rowspan="15" class="contentsmallcell" align="center" nowrap="nowrap">
100     <img src=
        "../e.yimg.com/lib.store.o.yimg.com/lib/yhst-936725511098575/tanpixel.gif"
        height="600"
101       width="1"></td>
102     <td rowspan="15" class="contentsmallcell" nowrap="nowrap" valign="top">
103     <span class="contentsmallbold">Customer Service</span>:<br>
104     1-800-548-7777<br>
105     Monday-Friday, 8 a.m. to 5 p.m CST<br>
106     <img src=
        "../e.yimg.com/lib.store.o.yimg.com/lib/yhst-936725511098575/steaks.gif"
        height="10" width="1"><br>
107     <img src=
108     "../e.yimg.com/lib.store.o.yimg.com/lib/yhst-936725511098575/tanpixel.gif"
        height="1"
        width="200"><br>
109     <img src=
110     "../e.yimg.com/lib.store.o.yimg.com/lib/yhst-936725511098575/steaks.gif"
        height="10" width="1"><br>
111     <span class="contentsmallbold">Phone Orders:</span><br>
```

3

corresponding ies in Prominent code:

91 - 269

1

Note that the form name of "contactUsBean" is from the Prominent IP and refers to a technology that was used in the Prominent IP but not used in the AB web site. There is no reason that this name would be in the AB code unless the code was copied from the Prominent IP.

The images "steaks.gif" and "tanpixel.gif" are proprietary images used by Prominent to format the page correctly. There is no reason these images would be used in the AB infringement code unless it was copied from the Prominent IP.

This line (84) is non-functional in the AB infringement code, but was used in the Prominent code to dynamically display error messages. There is no reason that this line would be in the AB code unless it was copied from the Prominent IP.

arrows are identical to the Prominent IP, except links to images are changed to Yahoo Stores URLs and some minor format changes. Some "fingerprints" that prove the code was copied from Prominent IP are highlighted.

The format on this page is proprietary to the Prominent IP look-and-feel. Note that the tables are laid out the same, with some minor changes, and that Prominent's images for layout are also used.

Note that the form element "names" are exactly the same names as in the Prominent IP. There no way a programmer would name all 14 form elements with the exact same names, and this shows that this code was copied from the Prominent IP.

Note that the style sheet classes are the same classes used in the Prominent IP, but are not listed in the AB style sheet definitions. This means that they are not functional in the AB code. This is a "fingerprint" that shows that this code was

AB Infringement - Contact Us Code

```
112  1-800-957-0111<br>
113  24 hours a day, 7 days a week<br>
114  <img src=
     "../e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/steaks.gif"
     height="10" width="1"><br>
115  <img src=
     "../e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/tanpixel.gif"
     height="1"
     width="200"><br>
116  <img src=
117  "../e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/steaks.gif"
     height="10" width="1"><br>
118  <span class="contentsmallbold">Fax Orders:</span><br>
119  1-800-890-9146<br>
120  24 hours a day, 7 days a week:<br>
121  <img src=
     "../e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/steaks.gif"
     height="10" width="1"><br>
122  <img src=
     "../e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/tanpixel.gif"
     height="1"
     width="200"><br>
123  <img src=
124  "../e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/steaks.gif"
     height="10" width="1"><br>
125  <span class="contentsmallbold">Corporate Office:</span><br>
126  Allen Brothers, Inc.<br>
127  3737 South Halsted Street<br>
128  Chicago, Illinois 60609-1689
129  </td>
130  </tr>
131  <tr>
132  <td class="contentsmallboldcell" align="right" height="25" nowrap="nowrap" valign=
     "baseline">
133  Address:</td>
134  <td class="contentsmallcell" height="25">
135  <input name="address1" maxlength="60" size="30" value="" class="contentsmall"
     type="text">
136  Street address (P.O. Boxes not acceptable)</td>
137  </tr>
138  <tr>
139  <td class="contentsmallboldcell" align="right" height="25" width="110">
140   </td>
141  <td class="contentsmallcell" height="25">
142  <input name="address2" maxlength="60" size="30" value="" class="contentsmall"
     type="text">
143  <br>
144  Apartment, suite, unit, building, floor, etc.</td>
145
```

This note about PO Boxes not acceptable was a mistake in the Prominent IP because the code was duplicated from the shipping page where PO boxes are not acceptable. There is no reason that the AB code would say this unless the code was copied from the Prominent IP.

4

AB Infringement - Contact Us Code

```
146      </tr>
147      <tr>
148      <td class="contentsmallboldcell" align="right" height="25" nowrap="nowrap">
149      City:</td>
150      <td class="contentsmallcell" height="25" nowrap="nowrap">
151      <input name="city" maxlength="60" size="30" value="" class="contentsmall"
         type="text">
152      </td>
153      </tr>
154      <tr>
155      <td class="contentsmallboldcell" align="right" height="25" nowrap="nowrap">
156      State:</td>
157      <td class="contentsmallcell" height="25" nowrap="nowrap">
158      <select name="state">
159      <option value="">Select</option>
160      <option value="Alabama">Alabama</option>
161      <option value="Alaska">Alaska</option>
162      <option value="Arizona">Arizona</option>
163      <option value="Arkansas">Arkansas</option>
164      <option value="California">California</option>
165      <option value="Colorado">Colorado</option>
166      <option value="Connecticut">Connecticut</option>
167      <option value="Delaware">Delaware</option>
168      <option value="District Of Coumbia">District Of Coumbia</option>
169      <option value="Florida">Florida</option>
170      <option value="Georgia">Georgia</option>
171      <option value="Hawaii">Hawaii</option>
172      <option value="Idaho">Idaho</option>
173      <option value="Illinois">Illinois</option>
174      <option value="Indiana">Indiana</option>
175      <option value="Iowa">Iowa</option>
176      <option value="Kansas">Kansas</option>
177      <option value="Kentucky">Kentucky</option>
178      <option value="Louisiana">Louisiana</option>
179      <option value="Maine">Maine</option>
180      <option value="Maryland">Maryland</option>
181      <option value="Massachusetts">Massachusetts</option>
182      <option value="Michigan">Michigan</option>
183      <option value="Minnesota">Minnesota</option>
184      <option value="Mississippi">Mississippi</option>
185      <option value="Missouri">Missouri</option>
186      <option value="Montana">Montana</option>
187      <option value="Nebraska">Nebraska</option>
188      <option value="Nevada">Nevada</option>
189      <option value="New Hampshire">New Hampshire</option>
190      <option value="New Jersey">New Jersey</option>
191      <option value="New Mexico">New Mexico</option>
192      <option value="New York">New York</option>
193      <option value="North Carolina">North Carolina</option>
```

5

AB Infringement - Contact Us Code



This JavaScript code was added to the phone number elements to try to get automatic tabbing to work, in the Prominent IP. However, it did not work. There is no reason that this code would be in the AB code unless it was copied from the Prominent IP.

```
194    <option value="North Dakota">North Dakota</option>
195    <option value="Ohio">Ohio</option>
196    <option value="Oklahoma">Oklahoma</option>
197    <option value="Oregon">Oregon</option>
198    <option value="Pennsylvania">Pennsylvania</option>
199    <option value="Rhode Island">Rhode Island</option>
200    <option value="South Carolina">South Carolina</option>
201    <option value="South Dakota">South Dakota</option>
202    <option value="Tennessee">Tennessee</option>
203    <option value="Texas">Texas</option>
204    <option value="Utah">Utah</option>
205    <option value="Vermont">Vermont</option>
206    <option value="Virginia">Virginia</option>
207    <option value="Washington">Washington</option>
208    <option value="West Virginia">West Virginia</option>
209    <option value="Wisconsin">Wisconsin</option>
210    <option value="Wyoming">Wyoming</option>
211    <option value="Puerto Rico">Puerto Rico</option>
212    </select>
213    </td>
214    </tr>
215    <tr>
216    <td class="contentsmallboldcell" align="right" nowrap="nowrap">
217    ZIP Code:
218    </td>
219    <td class="contentsmallcell" nowrap="nowrap">
220    <input name="zipcode" maxlength="10" size="10" value="" class="contentsmall"
       type="text">
221    </td>
222    </tr>
223    <tr>
224    <td class="contentsmallcell" align="right" nowrap="nowrap">
225    Phone Number:
226    </td>
227    <td class="contentsmallcell" nowrap="nowrap">
228    <input name="areacode" maxlength="3" size="3" value="" onfocus="this.select()"
       type="text"> 
229    <input name="prefix" maxlength="3" size="3" value="" onfocus="this.select()"
       type="text"> 
230    <input name="extension" maxlength="4" size="4" value="" onfocus=
       "this.select()" type="text">
231    </td>
232    </tr>
233    <tr>
234    <td class="contentsmallcell" align="right" nowrap="nowrap">
235    Email Address:
236    </td>
237    <td class="contentsmallcell" nowrap="nowrap">
238    <input name="email" maxlength="60" size="15" value="" class="contentsmall"
```

6

AB Infringement - Contact Us Code

```
238              type="text">
239     </td>
240   </tr>
241   <tr>
242     <td colspan="2" class="contentsmallboldcell" height="25" nowrap="nowrap">
243      </td>
244   </tr>
245   <tr>
246     <td class="contentsmallboldcell" align="right" nowrap "nowrap">
247     How did you hear about us?</td>
248     <td class="contentsmallcell" nowrap="nowrap">
249     <select name="marketingSourceId" class="selectDropDown">
250       <option value="">Select an option</option>
251       <option value="1">Google Advertisement</option>
252       <option value="2">Yahoo Advertisement</option>
253       <option value="3">Google Search</option>
254       <option value="4">Yahoo Search</option>
255       <option value="5">MSN Search</option>
256       <option value="6">Other Website</option>
257       <option value="7">Other Online Advertisement</option>
258       <option value="8">Dan McNeil - ESPN Radio</option>
259       <option value="10">Previous Gift Recipient</option>
260       <option value="11">Received Catalog in Mail</option>
261       <option value="12">Received Postcard in Mail</option>
262       <option value="13">Received an Email</option>
263       <option value="14">From a Friend or Family Member</option>
264       <option value="16">A Restaurant</option>
265       <option value="17">Jaguar Magazine</option>
266       <option value="18">Other Radio Show</option>
267       <option value="19">Current Customer</option>
268       <option value="20">Lexus New Model Guide</option>
269       <option value="26">Dan McNeil Radio Show</option>
270       <option value="28">Steve Dahl Radio Show</option>
271       <option value="32">Academy Awards</option>
272       <option value="33">Ocean Home Magazine</option>
273       <option value="35">Food &amp; Wine Magazine</option>
274       <option value="36">Froogle</option>
275       <option value="40">WCKG "Free-FM"</option>
276       <option value="41">MSN Advertisement</option>
277       <option value="49">Other Television Ad/Spot</option>
278       <option value="50">Other Magazine Ad</option>
279       <option value="54">Newspaper Articles</option>
280       <option value="62">Other Source</option>
281       <option value="69">American Way Magazine</option>
282       <option value="84">Chicago Public Radio - WBEZ-FM</option>
283       <option value="85">Steve Dahl - Free FM/WCKG</option>
284       <option value="107">New York Times Magazine</option>
285       <option value="108">Other Newspaper</option>
286       <option value="110">The Glenn Beck Program</option>
```

7

AB Infringement - Contact Us Code

```
287      <option value="111">The Rush Limbaugh Show</option>
288      <option value="144">American Music Awards</option>
289      <option value="165">Dining Out New York</option>
290      <option value="244">Peoples Choice Awards</option>
291      <option value="264">Academy Awards Program</option>
292      <option value="266">Todays Chicago Woman</option>
293      <option value="384">Dining Out Chicago</option>
294      <option value="464">Wake Up With Whoopi</option>
295      <option value="465">The Ed Schultz Show</option>
296      </select>
297      </td>
298     </tr>
299     <tr>
300      <td colspan="2" class="contentsmallboldcell" height="25" nowrap="nowrap">
301       How would you like us to contact you?
302      </td>
303     </tr>
304     <tr>
305      <td colspan="2" class="contentsmallcell" height="25" nowrap="nowrap">
306       <input name="contactMethod" value="email" type="radio">
307       E-Mail<br>
308       <input name="contactMethod" value="phone" type="radio">
309       Phone</td>
310     </tr>
311     <tr>
312      <td colspan="2" class="contentsmallboldcell" height="25" nowrap="nowrap">
313       Your Questions or Comments:
314      </td>
315     </tr>
316     <tr>
317      <td colspan="2" class="contentsmallboldcell" height="25" nowrap="nowrap">
318       <textarea name="comments" cols="50" rows="6" class="contentsmall"></textarea>
319      </td>
320     </tr>
321     <tr>
322      <td colspan="2" height="10">
323       <img src=
         "../e.ying.com/lib.store.o.ying.com/lib/yhst-9367255110987S/steaks.gif"
         height="10" width="1"></td>
324     </tr>
325     <tr>
326      <td height="30">
327        </td>
328      <td align="left" height="30" nowrap="nowrap">
329       <input name="marketingSourcesRequired" value="1" type="hidden">
330       <input name="Submit" src=
         "../e.ying.com/lib.store.o.ying.com/lib/yhst-9367255110987S/submitinquiry.jpg"
         alt="Submit" value="button.Submit" border="0" type="image">
331      </td>
```

8

AB Infringement - Contact Us Code

```
332          </tr>
333        </tbody>
334      </table>
335    </div>
336    <input type="hidden" name="subject" value="Contact Us" />
337    <input type="hidden" name="from" value="info@allenbrothers.com" />
338      <input type="hidden" name="owner" value="info@allenbrothers.com" />
339      <input type="hidden" name="newnames-to" value="yhst-936725511098" />
340      <input type="hidden" name="vwcatalog" value="yhst-936725511098" />
341      <input type="hidden" name=".autodone" value="http://store.yahoo.com/yhst-936725511098" />
342    </form></div><br class="clear" /></div></div><div id="nav-product"><div id=
       "html-top"><!--<img
       src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-936725511098/specialoffers.gif" alt="Special
       Offers" />--></div><ul><li><a href="the-great-steakhouse-steaks.html">USDA Prime Steaks</a></li><li><a
       href="wet-aged-beef.html">Wet-Aged Beef</a></li><li><a href="usda-prime-dry-aged-beef.html">Dry-Aged
       Beef</a></li><li><a href="kobe-wagyu-beef.html">Kobe Wagyu Beef</a></li><li><a href=
       "our-never-frozen-beef.html">Never Frozen Beef</a></li><li><a href="appetizers.html">Appetizers</a>
       </li><li><a href="side-dishes.html">Side Dishes</a></li><li><a href="soups.html">Soups</a></li><li><a
       href="buffalo--venison.html">Buffalo & Venison</a></li><li><a
       href="chef-art-smiths-back-to-the-family-delights.html">Chef Art Smith Entrees</a></li><li><a
       href="the-great-steakhouse-desserts.html">Desserts</a></li><li><a
       href="duck-delicacies.html">Duck</a></li><li><a href="heat---serve-entrees.html">Heat & Serve
       Entrees</a></li><li><a href="the-great-steakhouse-lamb.html">Lamb</a></li><li><a
       href="the-great-steakhouse-pork.html">The Great Steakhouse Pork</a></li><li><a
       href="the-great-steakhouse-poultry.html">The Great Steakhouse Poultry</a></li><li><a
       href="sausages-and-bratwurst.html">Sausages and Bratwurst</a></li><li><a
       href="seafood-selections.html">Seafood</a></li><li><a
       href="the-great-steakhouse-steak-burgers-and-steak-dogs.html">Steak Burgers & Dogs</a></li><li><a
       href="smoked-meats.html">Smoked Meats</a></li><li><a
       href="the-great-steakhouse-veal.html">Veal</a></li><li><a href="new-products.html">New
       Products</a></li><li><a href="specials.html">Internet Specials</a></li><li><div id="htmlbottom"><img
       src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-936725511098/emailspecials.gif" alt="Sign up for
       email special offers" /><form action="http://store.yahoo.com/cgi-bin/pro-forma"
       method="post"><fieldset><input name="email" type="text" size="12" id="mailingquery" value="Enter Email
       Address"onfocus="if (this.value == this.defaultValue) this.value = '';" onblur="if (this.value=='')
       this.value = this.defaultValue;" /><input type="image" src=
       "../e.yimg.com/lib.store.o.yimg.com/lib/yhst-936725511098/subscribe.gif" value="Subscribe" id=
       "nlsubmit" /><input type="hidden" name="from" value="allenbros3737@yahoo.com" /><input type="hidden"
       name="owner" value="allenbros3737@yahoo.com" /><input type="hidden" name="subject" value="Newsletter
       Submission" /><input type="hidden" name="newnames-to" value="yhst-936725511098" /><input type=
       "hidden" name="vwcatalog" value="yhst-936725511098" /><input type="hidden" name=".autodone" value=
       "http://store.yahoo.com/yhst-936725511098" /></fieldset></form></div></div><div id="footer">
       <ul class="links">
343    <li><a href="http://www.allenbrothers.com/index.html">Home</a></li>
344    <li><a href="http://www.allenbrothers.com/info.html">About Us</a></li>
345    <li><a href="http://www.allenbrothers.com/privacypolicy.html">Privacy Policy</a></li>
346    <li><a href="http://catalog.html">Catalog Request</a></li>
347    <li><a href="shopping-assistance.html">Customer Service</a></li>
```

9

AB Infringement - Contact Us Code

```
348    <li><a href="contact2.html">Contact Us</a></li>
349    <li><a href="http://www.allenbrothers.com/ind.html">Site Map</a></li>
350    <li><a href="articles.html">Articles</a></li>
351    <li class="last"><a href="https://order.store.yahoo.net/cgi-bin/wg-order?yhst-9367255110 9875">View
       Shopping Cart</a></li>

352    </ul><p>To place a phone order, call 24 hours a day, 7 days a week &mdash; (800) 957-0111<br />
353    For questions or assistance, call weekdays 8 AM to 5 PM CST &mdash; (800) 548-7777</p><div class=
       "text"><span class="copyright">Copyright &copy; 2007 Allen Brothers, Inc., All Rights Reserved.</span>
       </div></div></div><div id="scImgoverall"></div><script language="javascript" type="text/javascript"
       src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-9367255110 9875/Sc-initialize.js"></script></body>

354    <script language="javascript">
355    <!--
356    if (document.referrer && (document.referrer!='') && window.Image)
357    {
358    (new
       Image).src="http://redirect1.vip.store.yahoo.com/cgi-bin/referadd?spc1=1&et=471e46a8&catalog=
       yhst-9367255110 9875&r=" + escape(document.referrer) + "&v=1"; }

359    //-->
360    </script><script language="javascript">
361    <!--
362    if (document.referrer && (document.referrer!='') && window.Image)
363    {
364    (new
       Image).src="http://redirect1.vip.store.yahoo.net/cgi-bin/referadd?spc1=1&et=471e46a8&catalog=
       yhst-9367255110 9875&r=" + escape(document.referrer) + "&v=3"; }

365    //-->
366    </script>
367    <!-- Mirrored from www.allenbrothers.com/contact2.html by HTTrack Website Copier/3.x [XR&CO'2007]
       Tue, 23 Oct 2007 19:04:03 GMT -->

368    </html><script language=javascript>
369    if(window.yzq_p==null){document.write("<scr"+"ipt language=javascript src=
       http://l.yimg_com/us.js.yimg.com/lib/bc/bc_2.0.4.js></scr"+"ipt>");}

370    </script><script language=javascript>
371    if(window.yzq_p){yzq_p('P=9JHP49G_OkQWVRbwM8NG2AArTMyv5kceRXwAA0u_&T=
       13nhdf13s%2fYK%3d1i93166204%2fE%3d23732888%2fR%3dst%2fK%3d5%2fV%3d1.1%2fW%3dJ%2fY%3dYAHOO%2fF%3d4057282
       454%2fS%3dl%2fZ%3d4442BFD1');}

372    if(window.yzq_s){yzq_s();}
373    </script><noscript><img width=1 height=1 alt="" src=
       "http://us.bc.yahoo.com/b?P=9JHP49G_OkQWVRbwM8NG2AArTMyv5kceRXwAA0u &amp;T=
       13siucjqf%2fYK%3d1i93166204%2fE%3d23732888%2fR%3dst%2fK%3d5%2fV%3d3.1%2fW%3dJ%2fY%3dYAHOO%2fF%3d3405780
       537%2fQ%3d-1%2fS%3dl%2fJ%3d4442BFD1"></noscript>

374
```

10

# Restaurants Page

# ALLEN BROTHERS

HOME    ABOUT US    CONTACT US    ORDER TRACKING    1.800.957.0111

SEARCH ›

**USDA Prime Steaks**
**Wet-Aged Beef**
**Dry-Aged Beef**
**Kobe Wagyu Beef**
**Never Frozen Beef**
**Appetizers**
**Side Dishes**
**Soups**
**Buffalo & Venison**
**Chef Art Smith Entrees**
**Desserts**
**Duck**
**Heat & Serve Entrees**
**Lamb**
**The Great Steakhouse Pork**
**The Great Steakhouse Poultry**
**Sausages and Bratwurst**
**Seafood**
**Steak Burgers & Dogs**
**Smoked Meats**
**Veal**
**New Products**
**Internet Specials**
**Favorites**
**Rush Packs**

**SIGN UP FOR EMAIL SPECIAL OFFERS!**

## AMERICA'S LEGENDARY STEAKHOUSES AND FINEST RESTAURANTS RELY ON US FOR THEIR GREAT STEAKS

The heart of every great steakhouse is extraordinary beef. In the restaurant business, greatness starts with serving the best. Top restaurateurs know that only the finest USDA Prime aged cuts create the most superior and memorable steaks.

Mention Chicago Chop House, Del Frisco's, and The Prime Rib - to name a few - and Allen Brothers is in the background. That's because we've been supplying the country's top steakhouses with the finest meats for more than 110 years. They know they can rely on Allen Brothers to provide perfection every time. It's confidence on which they stake their reputations.

Allen Brothers is pleased to deliver the same restaurant quality cuts to your home so that you can indulge in the ultimate steakhouse experience any time. It's an experience we guarantee you'll look forward to, again and again.

Here's what America's Great Steakhouses have to say about Allen Brothers:



"At Lawry's The Prime Rib we are famous for our prime ribs of beef. Sacrificing quality is not an option and that is why we depend on ALLEN BROTHERS to consistently deliver the very best. They never let us down."

*Bryan Monfort*
*Vice President Operations*
*Lawry's*
*The Prime Rib*
*Beverly Hills, Chicago, Dallas and Las Vegas*



"Harry Caray's Restaurant is consistently ranked as one of the best steakhouses in Chicago. The quality of the product we receive from ALLEN BROTHERS is absolutely key to our success. We appreciate the exceptional service and outstanding product that ALLEN BROTHERS has provided over the years."

*Grant DePorter*
*Managing Partner*
*Harry Caray's*
*Restaurant Group*
*Chicago IL*



"Del Frisco's Double Eagle Steak House continues to enjoy ALLEN BROTHERS' commitment to service and quality of products. A world-class operation."

*Dee Lincoln*
*Vice President & Co-founder*
*Del Frisco's*
*Dallas TX*



"The people at ALLEN BROTHERS really put their hearts and souls into everything they do -- that's why we rely on them for our finest meats."

*Tony Durpetti*
*President*
*Gene & Georgetti*
*Chicago IL*



"We put our trust in ALLEN BROTHERS. Their dedication to quality is unmatched."

*Mario Santiago*
*Executive Chef & Owner*
*may st. cafe & catering inc*
*Chicago IL*



"After spending over 25 years in the steakhouse business, I am convinced that ALLEN BROTHERS provides my restaurant with the highest quality prime beef available."

*Al Biernat*
*Owner*
*Al Biernat's*
*Dallas TX*



"Nine Restaurants' reputation is based on quality, and we only serve the best. That's why I buy my Prime Aged Meat from ALLEN BROTHERS. Paired with their superior service and attention to detail, they are far above the competition."

## CHARLIE TROTTER'S

"ALLEN BROTHERS delivers not only the finest quality in meats, but in service, attention to detail and more. Truly exceptional..."

*Charlie Trotter*
*Chef*
*Charlie Trotter's*
*Chicago IL*

AB Infringement - Restaurant Code

```
1   <!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Strict//EN"
2   "http://www.w3.org/TR/xhtml1/DTD/xhtml1-strict.dtd"><html><SCRIPT language="JavaScript">
3   // Begin Y! Store Generated Code
4   <script><script src="../us.js2.yimg.com/us.js.yimg.com/ult/ylc 1.9.js" ></script><script src=
5   "../us.js2.yimg.com/us.yimg.com/lib/smbiz/store/csell/js/beacon-1.1.2.4.js" ></SCRIPT>
6   <SCRIPT language="JavaScript">
7   // Begin Y! Store Generated Code
8   csell_page_data = [];csell_page_rec_data = [];</SCRIPT>
9   <SCRIPT language="JavaScript">
10  // Begin Y! Store Generated Code
11  function
12  csell_GLOBAL_INIT_TAG()
13  {
14  var csell_token_map = [];
15  csell_token_map['TOK_ITEM_ID_LIST'] = 'whoserving';
16  csell_token_map['TOK_BEACON_TYPE'] = 'prod';
17  csell_token_map['TOK_RAND_KEY'] = 't';
18  csell_token_map['TOK_SPACEID'] = 2022276099;
19  csell_token_map['TOK_IS_ORDERABLE'] = '2';
20  csell_token_map['TOK_STORE_ID'] = 'yhst-93672551109875';
21  csell_token_map['TOK_URL'] = 'http://geo.yahoo.com/';
22
23  csell_page_data['s'] = csell_token_map['TOK_SPACEID'];csell_page_data['url'] =
    csell_token_map['TOK_URL'];csell_page_data['si'] =
    csell_token_map['TOK_STORE_ID'];csell_page_data['ii'] =
    csell_token_map['TOK_ITEM_ID_LIST'];csell_page_data['bt'] =
    csell_token_map['TOK_BEACON_TYPE'];csell_page_data['rnd'] =
    csell_token_map['TOK_RAND_KEY'];csell_page_data['io'] = csell_token_map['TOK_IS_ORDERABLE'];
24  }
25  </SCRIPT>
26  <SCRIPT language="JavaScript">
27  // Begin Y! Store Generated Code
28  function
29  csell_REC_VIEW_TAG()
30  {
31
32  var_params = csell_page_data;var auxParamStr = '/sid='+params['si']+'/io='+params['io']
    +'/ii='+params['ii']+'/bt='+params['bt']+'-view';var r=
    Math.random();YStore.CrossSellBeacon.renderBeaconWithRecData(params['url']+'/p/s='+params['s']
    +'/'+params['rnd']+'='+r+auxParamStr);
33
34  </SCRIPT>
35  <SCRIPT language="JavaScript">
36  // Begin Y! Store Generated Code
37  function
38  csell_RENDER_RECS_TAG()
39  {
```

The sections of code below denoted with red arrows are identical to the Prominent IP except links to images are changed to Yahoo Stores URLs and some minor format changes. Some "fingerprints" that prove the code was copied from Prominent IP are highlighted.

The code in the Restaurant page was formatted by Prominent and took a long time to create the page with the current format. Note that the AB infringement code uses the same table layouts, widths and general formatting. This look-and-feel is the property of Prominent, and thus cannot be used by AB in their web site. Note that the specific restaurant information is slightly different.

1

AB Infringement - Restaurant Code

```
40    YStore.CrossSellBeacon.sendAsyncRequest();
41    }
42    </SCRIPT>
43    <SCRIPT language="JavaScript">
44    csell GLOBAL INIT TAG();
45    csell RENDER_RECS_TAG();
46    </SCRIPT>
47
48
49    <!-- Mirrored from www.allenbrothers.com/whoserving.html by HTTrack Website Copier/3.x [XR&CO'2007],
      Tue, 23 Oct 2007 19:06:22 GMT -->
50    <head>
51    <title></title>
52    <meta name="keywords" content="" />
53    <meta name="description" content="" />
54    <script language="javascript" type="text/javascript" src=
      "./e.yimg.com/lib.store.o.yimg.com/lib/yhst-9367255110987s/scFrameWork.js"></script>
55
56    <!--Solid Cactus Click to enlarge v3.0.2-->
57    <script language="javascript" type="text/javascript" src=
      "./e.yimg.com/lib.store.o.yimg.com/lib/yhst-9367255110987s/scImageEnlarge.js"></script>
58
59
60    <script src="./e.yimg.com/lib.store.o.yimg.com/lib/yhst-9367255110987s/hidescript.js"></script>
61    <link rel="stylesheet" type="text/css" href="yhst-9367255110987s-style-css.css" /><link rel=
      "stylesheet" type="text/css" href="css-edits.css" />
62    </head><body bgcolor="#ffffff" text="#000000" link="#0000cc" vlink="#666666"><div id="container"><div
      id="header"><h1 id="brandmark"><a href="http://www.allenbrothers.com/index.html">Allen Brothers - The
      Great Steakhouse Steaks</a></h1><ul id="topnav">
63    <li><a href="http://www.allenbrothers.com/index.html" title="Home">Home</a></li>
64    <li><a href="http://www.allenbrothers.com/info.html" title="About Us">About Us</a></li>
65    <li><a href="contact1.html" title="Contact Us">Contact Us</a></li>
66    <li><a href="tracking.html" title="Order Tracking">Order Tracking</a></li>
67    <li class="last">1.800.957.0111</li>
68    </ul><form method="get" action="http://www.allenbrothers.com/nsearch.html" id="searcharea"><fieldset>
      <img src="./e.yimg.com/lib.store.o.yimg.com/lib/yhst-9367255110987s/search.gif" alt="Search" /><input
      name="query" type="text" size="12" id="query" /><input type="image" src=
      "./e.yimg.com/lib.store.o.yimg.com/lib/yhst-9367255110987s/go1.gif" value="Go" class="ys_primary" id=
      "searchsubmit" /><input name="vwcatalog" value="hidden" type="hidden" value="yhst-9367255110987s" /></fieldset></form
      ><ul class="links">
69    <li><a href="gift-selections.html">Gift Selections</a></li>
70    <li><a href="fine-dining1.html">Fine Dining</a></li>
71    <li><a href="catalog.html">Allen Brothers Catalog</a></li>
72    <li><a href="shopping-assistance.html">Shopping Assistance</a></li>
73    <li class="last"><a href="https://order.store.yahoo.net/cgi-bin/wg-order?yhst-9367255110987s">View
      Cart</a></li>
74    </ul></div><div id="bodyshell" class="clear"><div id="bodycontent"><div class="bodypad">
75    <!--Start Content Body-->
76    <div id="info-div"><div><img src=
```

2



# AB Infringement - Restaurant Code

corresponding lines in Prominent code:

```
76   "../e.yimg.com/lib.store.o.yimg.com/lib/yhst-9367255110
     9875/restaurantsbuy.jpg" height="50" width=
     "620" /><br>
77   <div class="contentsmall" style="padding: 0 10px;">The heart of every great steakhouse is
     extraordinary beef.
78      In the restaurant business, greatness starts with serving the best. Top restauranteurs
79      know that only the finest USDA Prime aged cuts create the most superior and memorable
80      steaks.<br>
81      <br>
82   </span><span class="contentsmall">Mention Chicago Chop House, Del Frisco's, and The
83      Prime Rib - to name a few - and Allen Brothers is in the background. That's because
84      we've been supplying the country's top steakhouses with the finest meats for more
85      than 110 years. They know they can rely on Allen Brothers to provide perfection
86      every time. It's confidence on which they stake their reputations.
87      <br>
88      <br>
89   </span><span class="contentsmall">Allen Brothers is pleased to deliver the same restaurant
90      quality cuts to your home so that you can indulge in the ultimate steakhouse experience
91      any time. It's an experience we guarantee you'll look forward to, again and again.
92   </div>
93   <br>
94   <br>
95   <br>
96   <span class="contentsmall" style="padding: 0 10px;">Here's what America's Great Steakhouses have to
97      say about
98      Allen Brothers:<br>
99       <br>
100  </span>
     <table border="0" cellpadding="0" cellspacing="10" width="580">
101  <tbody>
102     <tr>
103        <td bgcolor="#efe564" valign="bottom" style="margin: 0; padding: 0; font-size:1px;
           colspan="5">
104        <img src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-9367255110 9875/steaks.gif"
           height="1" width="1"></td>
105     </tr>
106     <tr class="contentsmallcell" height="30">
107        <td align="right" valign="top" width="150">
108        <a href="http://www.lawrysonline.com/theprimerib.asp" target="_blank">
109        <img src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-9367255110 9875/lawrys.jpg"
           alt="The Great Steakhouse Steaks" border="0" height="161" width="150"></a></td>
110        <td valign="top" width="120">
111        "At Lawry's The Prime Rib we are famous for our prime ribs of beef. Sacrificing
112        quality is not an option and that is why we depend on ALLEN BROTHERS to consistently
113        deliver the very best. They never let us down"<br>
114        <em>
115        <br>
116        Bryan Monfort<br>
117        Vice President Operations<br>
118        Lawry's<br>
```

121 - 257

3

> The image "steaks.gif" is a proprietary image created by Prominent and is used to format the page. There is no reason that this would be in the AB infringement code unless the code was copied from Prominent's IP.

> Note that the style sheet classes are the same classes used in the Prominent IP, but are not listed in the AB style sheet definitions. This means that they are not functional in the AB code. This is a "fingerprint" that shows that this code was copied from the Prominent IP.

> The color of the line created from this code is proprietary to the look-and-feel of Prominent's IP.

AB Infringement - Restaurant Code

```
119          The Prime Rib<br>
120          Beverly Hills, Chicago, Dallas and Las Vegas</em></td>
121    <td align="right" valign="top">
122        <a href="http://www.harrycarays.com/" target="_blank">
123            <img src=
               "../e.ying.com/lib.store.o.ying.com/lib/yhst-9367255110987S/harrycarays.jpg" alt=
               "The Great Steakhouse Steaks" border="0" height="77" width="150"></a></td>
124    <td valign="top" width="120">
125        "Harry Caray's Restaurant is consistently ranked as one of the best steakhouses
126        in Chicago. The quality of the product we receive from ALLEN BROTHERS is absolutely
127        key to our success. We appreciate the exceptional service and outstanding product
128        that ALLEN BROTHERS has provided over the years.<br>
129        <em>
130            <br>
131            Grant DePorter<br>
132            Managing Partner<br>
133            Harry Caray's Restaurant Group<br>
134            Chicago IL</em></td>
135    </tr>
136    <tr>
137    <td bgcolor="#efe5d4" valign="bottom" style="margin: 0; padding: 0; font-size: 1px;"
138    colspan="5">
           <img src="../e.ying.com/lib.store.o.ying.com/lib/yhst-9367255110987S/steaks.gif"
           height="1" width="1"></td>
139    </tr>
140    <tr class="contentsmallcell" height="30">
141    <td align="right" valign="top" width="150">
142        <a href="http://www.delfriscos.com/" target="_blank">
143            <img src=
               "../e.ying.com/lib.store.o.ying.com/lib/yhst-9367255110987S/delfriscos.jpg" alt=
               "The Great Steakhouse Steaks" border="0" height="58" width="150"></a></td>
144    <td valign="top" width="120">
145        "Del Frisco's Double Eagle Steak House continues to enjoy ALLEN BROTHERS' commitment
146        to service and quality of products. A world-class operation."<br>
147        <em>
148            <br>
149            Dee Lincoln<br>
150            Vice President &amp; Co-founder<br>
151            Del Frisco's<br>
152            Dallas TX</em></td>
153    <td align="right" valign="top" width="150">
154        <a href="http://www.geneandgeorgetti.com/frame_home.html" target="_blank">
155            <img src=
               "../e.ying.com/lib.store.o.ying.com/lib/yhst-9367255110987S/geneandgeorgetti.jpg"
               alt="The Great Steakhouse Steaks" border="0" height="76" width="150"></a></td>
156    <td valign="top" width="120">
157        "The people at ALLEN BROTHERS really put their hearts and souls into everything
158        they do - that's why we rely on them for our finest meats."<br>
159        <em>
```

4

1

AB Infringement - Restaurant Code

```
160              <br>
161              Tony Durpetti<br>
162              President<br>
163              Gene &amp; Georgetti<br>
164              Chicago IL</em></td>
165           </tr>
166           <tr>
167              <td bgcolor="#efe5d4" valign="bottom" style="margin: 0; padding: 0; font-size: 1px;"
                 colspan="5">
168                 <img src="../e.ying.com/lib.store.o.ying.com/lib/yhst-9367255110987S/steaks.gif"
                    height="1" width="1"></td>
169           </tr>
170           <tr class="contentsmallcell" height="30">
171              <td align="right" valign="top" width="150">
172                 <a href="http://www.maystcafe.com/welcome/index.html" target="_blank">
173                    <img src=
                       "../e.ying.com/lib.store.o.ying.com/lib/yhst-9367255110987S/maystcafe.jpg" alt=
                       "The Great Steakhouse Steaks" border="0" height="32" width="150"></a></td>
174              <td valign="top" width="120">
175                 "We put our trust in ALLEN BROTHERS. Their dedication to quality is unmatched!<br>
176                 <em>
177
178                 <br>
179                 Mario Santiago<br>
180                 Executive Chef &amp; Owner<br>
181                 may st. cafe &amp; catering inc.<br>
182                 Chicago IL</em></td>
183              <td align="right" valign="top">
184                 <a href="http://www.albiernats.com/" target="_blank">
                       <img src=
                       "../e.ying.com/lib.store.o.ying.com/lib/yhst-9367255110987S/albiernats.jpg" alt=
                       "The Great Steakhouse Steaks" border="0" height="84" width="150"></a></td>
185              <td valign="top">
186                 "After spending over 25 years in the steakhouse business, I am convinced that ALLEN
187                 BROTHERS provides my restaurant with the highest quality prime beef available."<br>
188                 <em>
189                 <br>
190                 Al Biernat<br>
191                 Owner<br>
192                 Al Biernat's<br>
193                 Dallas TX</em></td>
194           </tr>
195           <tr>
196              <td bgcolor="#efe5d4" valign="bottom" style="margin: 0; padding: 0; font-size: 1px;"
                 colspan="5">
197                 <img src="../e.ying.com/lib.store.o.ying.com/lib/yhst-9367255110987S/steaks.gif"
                    height="1" width="1"></td>
198           </tr>
199           <tr class="contentsmallcell" height="30">
200              <td align="right" valign="top" width="150">
```

5

AB Infringement - Restaurant Code

```
201        <a href="http://www.n9ne.com/" target="_blank">
202          <img src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-9367255110987S/nine.jpg"
            height="0" border="0" alt="The Great Steakhouse Steaks" width="119" height="0"></a></td>
203      <td valign="top" width="120">
204        "Nine Restaurants' reputation is based on quality, and we only serve the best. That's
205        why I buy my Prime Aged Meat from ALLEN BROTHERS. Paired with their superior service
206        and attention to detail, they are far above the competition."<br>
207      <em>
208        <br>
209        Michael Shrader<br>
210        Executive Chef<br>
211        Nine Restaurant<br>
212        Chicago IL</em></td>
213      <td align="right" valign="top">
214        <a href="http://www.charlietrotters.com/" target="_blank">
215          <img src=
            "../e.yimg.com/lib.store.o.yimg.com/lib/yhst-9367255110987S/charlietrotters.jpg"
            alt="The Great Steakhouse Steaks" border="0" height="49" width="150"></a></td>
216      <td valign="top">
217        "ALLEN BROTHERS delivers not only the finest quality in meats, but in service,
            attention
            to detail and more. Truly exceptional..."<br>
218      <em>
219        <br>
220        Charlie Trotter<br>
221        Chef<br>
222        Charlie Trotter's<br>
223        Chicago IL</em></td>
224    </tr>
225    <tr>
226      <td bgcolor="#efe5d4" valign="bottom" style="margin: 0; padding: 0; font-size: 1px;"
          colspan="5">
227        <img src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-9367255110987S/steaks.gif"
            height="1" width="1"></td>
228    </tr>
229    <tr class="contentsmallcell" height="30">
230      <td align="right" valign="top" width="150">
231        <a href="http://www.ipbiloxi.com/" target="_blank">
232          <img src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-9367255110987S/ipcasino.jpg"
            alt="The Great Steakhouse Steaks" border="0" height="83" width="150"></a></td>
233      <td valign="top" width="120">
234        "Allen Brothers is truly the best in the beef business. Their commitment to quality
235        and consistency keeps my guests coming back for a great steak time and time again.
236        You are only as good as your last plate in this business and Allen Brothers has
237        and continues to position us as one of America's truly great prime steak and seafood
238        restaurants."<br>
239      <br>
240      <em>Stephen Morgan<br>
241        VP Food &amp; Beverage Operations<br>
242
```

6

1

AB Infringement - Restaurant Code

```
243        Thirty-Two Steak &amp; Seafood<br>
244        Imperial Palace Casino Biloxi MS</em></td>
245   <td align="right" valign="top">
246     <a href="http://www.ipbiloxi.com/" target="_blank">
247       <img src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/32steak.jpg" alt="The Great Steakhouse Steaks" border="0" height="156" width="150"></a></td>
248   <td valign="top">
249        "Allen Brothers is truly the best in the beef business. Their commitment to quality
250        and consistency keeps my guests coming back for a great steak time and time again.
251        You are only as good as your last plate in this business and Allen Brothers has
252        and continues to position us as one of America's truly great prime steak and seafood
253        restaurants."<br>
254        <br>
255        <em>Stephen Morgan<br>
256        VP Food &amp; Beverage Operations<br>
257        Thirty-Two Steak &amp; Seafood<br>
258        Imperial Palace Casino Biloxi MS</em></td>
259   </tr>
260   <tr>
261   <td bgcolor="#efe5d4" valign="bottom" style="margin: 0; padding: 0; font-size: 1px;" colspan="5">
262     <img src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/steaks.gif" height="1" width="1"></td>
263   </tr>
264   <tr class="contentsmallcell" height="30">
265   <td align="right" valign="top" width="150">
266     <a href="http://www.chicagochophouse.com/" target="_blank">
267       <img src=
268       "../e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/chicagochophouse.jpg" alt="The Great Steakhouse Steaks" border="0" height="79" width="150"></a></td>
269   <td valign="top" width="120">
270        "We always finish high in the annual national poll for America's best steak houses.
271        You earn accolades like that by serving superior, memorable steaks. ALLEN BROTHERS
272        keeps us in the spotlight."<br>
273        <br>
274        <em>Bill Farrahi<br>
275        President<br>
276        Chicago Chop House<br>
277        Chicago IL</em></td>
278   <td align="right" valign="top" width="150">
279     <a href="http://www.carnevor.com/" target="_blank">
280       <img src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/carnevor.jpg" alt="The Great Steakhouse Steaks" border="0" height="22" width="150"></a></td>
281   <td valign="top">
282        "Every night that we are open, I have 15 to 20 people tell me that this is the best
283        steak they have ever eaten. The quality and consistency of ALLEN BROTHERS' meat
284        is second to none."<br>
285        <br>
           <em>
```

7

AB Infringement - Restaurant Code

```
286            Jon Roberson<br>
287            Director of Operations<br>
288            Carnevor Steakhouse Moderne<br>
289            Milwaukee WI</em></td>
290
291        </tr>
292        <tr>
           <td bgcolor="#efe5d4" valign="bottom" style="margin: 0; padding: 0; font-size: 1px;"
           colspan="5">
293            <img src="../e.yimg.com/lib/store.o.yimg.com/lib/yhst-9367255110875/steaks.gif"
           height="1" width="1"></td>
294
295        </tr>
296        <tr class="contentsmallcell" height="30">
           <td align="right" valign="top" width="150">
297            <a href="http://www.abacus-restaurant.com/" target="_blank">
298                <img src=
               "../e.yimg.com/lib/store.o.yimg.com/lib/yhst-9367255110875/abacus-restaurant.jpg"
               alt="The Great Steakhouse Steaks" border="0" height="16" width="150"></a></td>
299        <td valign="top" width="120">
300            "Over the years, ALLEN BROTHERS has delivered us the quality of product and the
301            service that matched the aggressive and high-level goals that we've set for Abacus
302            Restaurant. This Kansas City-born chef is proud to be affiliated with ALLEN BROTHERS."
               <br>
303            <em>
304            <br>
305            Kent Rathbun<br>
306            Executive Chef/Proprietor<br>
307            Abacus Restaurant<br>
308            Dallas TX</em></td>
309        <td align="right" valign="top">
310            <a href="http://kevinrathbunsteak.com/" target="_blank">
311                <img src=
               "../e.yimg.com/lib/store.o.yimg.com/lib/yhst-9367255110875/kevinrathbun.jpg" alt=
               "The Great Steakhouse Steaks" border="0" height="41" width="150"></a></td>
312        <td valign="top">
313            "We spanned the country looking for the best prime meat to use at Kevin Rathbun
314            Steak, after many attempts for greatness we selected Allen Brothers and couldn't
315            be happier. The consistency of the cuts and the quality of the product is second
316            to none. As the old adage goes from my father "son you get what you pay for" still
317            rings in my head I truly believe Allen Brothers has the same philosophy."<br>
318            <em>
319            <br>
320            Kevin Rathbun<br>
321            Executive Chef and Owner<br>
322            Kevin Rathbun Steak<br>
323            Atlanta, GA</em></td>
324
325        </tr>
326        <tr>
           <td bgcolor="#efe5d4" valign="bottom" style="margin: 0; padding: 0; font-size: 1px;"
           colspan="5">
```

8

AB Infringement - Restaurant Code

```
327        <img src="../e.ying.com/lib.store.o.ying.com/lib/yhst-9367255110987S/steaks.gif"
           height="1" width="1"></td>
328    </tr>
329    <tr class="contentsmallcell" height="30">
330        <td align="right" valign="top" width="150">
331        <a href="http://www.michaelskeywest.com/" target="_blank">
332            <img src="../e.ying.com/lib.store.o.ying.com/lib/yhst-9367255110987S/michaels.jpg"
               alt="The Great Steakhouse Steaks" border="0" height="56" width="150"></a></td>
333    <td valign="top" width="120">
334        "Consistency and quality are make-or-break factors in any restaurant. Using ALLEN
335    BROTHERS I am assured that both of these bases are covered."<br>
336        <em>
337        <br>
338        Michael Wilson<br>
339        Chef/Owner<br>
340        Michaels Restaurant<br>
341        Key West FL</em></td>
342    <td align="right" valign="top">
343        <a href="http://www.yoshiscafe.com/" target="_blank">
344            <img src="../e.ying.com/lib.store.o.ying.com/lib/yhst-9367255110987S/yoshis.jpg"
               alt="The Great Steakhouse Steaks" border="0" height="53" width="150"></a></td>
345    <td valign="top">
346        "ALLEN BROTHERS tradition of quality and service is unmatched by any other company."
347        <br>
348        <em>
349        <br>
350        Chef Yoshi Katsumura<br>
351        Owner<br>
352        Yoshi's Cafe<br>
353        Chicago IL</em></td>
354    </tr>
355    <tr>
356    <td bgcolor="#efe5d4" valign="bottom" style="margin: 0; padding: 0; font-size: 1px;"
       colspan="5">
           <img src="../e.ying.com/lib.store.o.ying.com/lib/yhst-9367255110987S/steaks.gif"
           height="1" width="1"></td>
357    </tr>
358    <tr class="contentsmallcell" height="30">
359        <td align="right" valign="top" width="150">
360        <a href="http://www.theprimerib.com/" target="_blank">
361            <img src=
       "../e.ying.com/lib.store.o.ying.com/lib/yhst-9367255110987S/theprimerib.jpg" alt=
       "The Great Steakhouse Steaks" border="0" height="79" width="150"></a></td>
362    <td valign="top" width="120">
363        "I've relied on three generations of the ALLEN BROTHERS family as my purveyor of
364    fine meats for one reason: they only provide the best. ALLEN BROTHERS has built
365    a tradition of quality that's unsurpassed."<br>
366        <em>
367        <br>
```

9

-1-

AB Infringement - Restaurant Code

```
368              C.P. "Buzz" Beler<br>
369              President<br>
370              The Prime Rib<br>
371              Washington D.C.</em></td>
372  <td align="right" valign="top">
373  <a href="http://www.schwartzbros.com/daniels.cfm" target="_blank">
374    <img src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-9367255110987­5/daniels.jpg"
                alt="The Great Steakhouse Steaks" border="0" height="86" width="150"></a></td>
375  <td valign="top">
376  "Our goal at Daniel's Broiler is to exceed our guests' expectations on each and
377  every visit. To that end, every steak we serve is USDA Prime and ALLEN BROTHERS
378  consistently meets our uncompromising standards of excellence."<br>
379  <em>
380              <br>
381              Bill Schwartz<br>
382              Chairman<br>
383              Daniel's Broiler<br>
384              Seattle WA</em></td>
385  </em>
386  </tr>
387  <tr>

388  <td bgcolor="#efe5d4" valign="bottom" style="margin: 0; padding: 0; font-size: 1px;"
     colspan="5">
         <img src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-9367255110987­5/steaks.gif"
              height="1" width="1"></td>
389  </tr>
390  <tr class="contentsmallcell" height="30">
391  <td align="right" valign="top" width="150">
392  <a href="http://www.hals.net/" target="_blank">
393    <img src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-9367255110987­5/hals.jpg"
                alt="The Great Steakhouse Steaks" border="0" height="117" width="150"></a></td>
394  <td valign="top" width="120">
395  "Hal's continues to be successful because we put only the best on our plates. ALLEN
396  BROTHERS plays a major role in our success and is one of the reasons our guests
397  return time after time. Thank you ALLEN BROTHERS!"<br>
398  <em>
399              <br>
400              Hal Nowak<br>
401              Hal's on Old Ivy<br>
402              Atlanta GA</em></td>
403  <td align="right" valign="top">
404  <a href="http://www.aceplaces.com/magnums/home.html" target="_blank">
405    <img src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-9367255110987­5/magnums.jpg"
                alt="The Great Steakhouse Steaks" border="0" height="40" width="150"></a></td>
406  <td valign="top">
407  "We use ALLEN BROTHERS for their commitment to quality and service, as we strive
408  to achieve the goal of giving our customers the best quality food products."<br>
409  <em>
410              <br>
411              Norbert Skibicki<br>
```

10

1

AB Infringement - Restaurant Code

```
412                Corporate Chef<br>
413                Magnum's<br>
414                Chicago, Lombard and Rolling Meadows IL</em></td>
415        </tr>
416        <tr>
417                <td bgcolor="#efe5d4" valign="bottom" style="margin: 0; padding: 0; font-size: 1px;"
           colspan="5">
418                <img src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/steaks.gif"
           height="1" width="1"></td>
419        </tr>
420        <tr class="contentsmallcell" height="30">
421                <td align="right" valign="top" width="150">
422                <a href="http://www.hilton.com/en/hi/hotels/dining.jhtml?ctyhocn=PHLPHHF#0" target=
           "_blank">
423                <img src=
                   "../e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/delmonicos.jpg" alt=
                   "The Great Steakhouse Steaks" border="0" height="43" width="150" ></a></td>
424                <td valign="top" width="120">
425                "ALLEN BROTHERS provides only the finest quality meat. Delmonico's Steak House is
426                proud it is associated wtih ALLEN BROTHERS - a company that shares our commitment
427                to excellence. "<br>
428                <em>
429                <br>
430                Howard J Wurzak President and CEO<br>
431                Hilton<br>
432                Philadelphia PA </em>
433        </td>
434        <td align="right" valign="top">
435                <a href="http://www.theforge.com/" target=" blank">
436                <img src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/theforge.jpg"
                   alt="The Great Steakhouse Steaks" border="0" height="64" width="150"></a></td>
437                <td valign="top">
438                "I'm a perfectionist - and I'll only work with people who are the same. I know when
439                I receive lamb chops, veal, and steaks from ALLEN BROTHERS, they'll be perfect."<br>
440                <em>
441                <br>
442                Shariff Malnik<br>
443                Owner<br>
444                The Forge<br>
445                Miami FL</em></td>
446        </tr>
447        <tr>
448                <td bgcolor="#efe5d4" valign="bottom" style="margin: 0; padding: 0; font-size: 1px;"
           colspan="5">
449                <img src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/steaks.gif"
           height="1" width="1"></td>
450        </tr>
451        <tr class="contentsmallcell" height="30">
452                <td align="right" valign="top">
```

11

1

AB Infringement - Restaurant Code

```
453  <a href="http://www.nick-sams.com/" target="_blank">
454      <img src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/nick-sams.jpg" alt="The Great Steakhouse Steaks" border="0" height="25" width="150"></a></td>
455  <td valign="top">
456  "ALLEN BROTHERS always provides the best product and customer service I could ask
457  for. I am proud to serve their steaks in my restaurant.<br>
458  <em>
459      <br>
460      Samir Dhurandhar<br>
461      Executive Chef<br>
462      Nick &amp; Sam's<br>
463      Dallas TX</em></td>
464  <td align="right" valign="top">
465  <a href="http://www.coleschophouse.com/" target="_blank">
466      <img src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/coleschophouse.jpg" alt="The Great Steakhouse Steaks" border="0" height="73" width="150"></a></td>
467  <td valign="top">
468  "Cole's Chop House prides itself on serving only the finest Midwestern, corn-fed
469  beef. That is why we work with ALLEN BROTHERS to age and hand-select all of the
470  USDA Prime steaks that we feature at Cole's Chop House."<br>
471  <em>
472      <br>
473      Greg Cole<br>
474      Chef &amp; Owner<br>
475      Cole's Chop House<br>
476      Napa CA</em></td>
477  </tr>
478  <tr>
479  <td bgcolor="#efe5d4" valign="bottom" style="margin: 0; padding: 0; font-size: 1px;" colspan="5">
480  <img src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/steaks.gif" height="1" width="1"></td>
481  </tr>
482  <tr class="contentsmallcell" height="30">
483  <td align="right" valign="top" width="150">
484  <a href="http://www.providenceoysterbar.com/providenceprime/primewelcome.htm" target="_blank">
485      <img src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/providenceprime.jpg" alt="The Great Steakhouse Steaks" border="0" height="55" width="150"></a></td>
486  <td valign="top" width="120">
487  "It's all about relationships in the restaurant business -- with our customers as
488  well as our suppliers. ALLEN BROTHERS has been a consistent source of unmatched
489  quality, professionalism and dedicated service."<br>
490  <em>
491      <br>
492      Micheal Degnan<br>
```

12

AB Infringement – Restaurant Code

```
493          Managing Partner<br>
494          Providence Prime<br>
495          Providence RI</em></td>
496   <td align="right" valign="top">
497   <a href="http://www.tonysstlouis.com/" target="_blank">
498   <img src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-9367255110 9875/tonys.jpg"
             alt="The Great Steakhouse Steaks" border="0" height="78" width="150"></a></td>
499   <td valign="top">
500          "From Sicilian Sirloin to Steak Diavola, we are committed to serving only the finest
501   quality. Year after year, we rely on ALLEN BROTHERS to help us do so."<br>
502   <em>
503          <br>
504          Vincent J. Bommarito<br>
505          Owner<br>
506          Tony's<br>
507          St. Louis MO</em></td>
508
509   </tr>
510   <tr>
511   <td bgcolor="#efe584" valign="bottom" style="margin: 0; padding: 0; font-size: 1px;"
      colspan="5">
      <img src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-9367255110 9875/steaks.gif"
      height="1" width="1"></td>
512   </tr>
513   <tr class="contentsmallcell" height="30">
514   <td align="right" valign="top" width="150">
515   <a href="http://www.hyatt.com/gallery/stetson/index.html" target="_blank">
516   <img src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-9367255110 9875/stetsons.jpg"
             alt="The Great Steakhouse Steaks" border="0" height="124" width="150"></a></td>
517   <td valign="top" width="120">
518   <em>
519          <br>
520          Stetson's<br>
521          Chicago IL</em></td>
522   <td align="right" valign="top">
523   <a href="http://www.beluga-restaurant.com/" target="_blank">
524   <img src=
      "../e.yimg.com/lib.store.o.yimg.com/lib/yhst-9367255110 9875/beluga-restaurant.jpg"
             alt="The Great Steakhouse Steaks" border="0" height="38" width="150"></a></td>
525   <td valign="top">
526          "ALLEN BROTHERS has the most consistent quality that I have found. Using the ALLEN
527   BROTHERS logo on our menu has helped to show our customers how serious we are about
528   the food we sell! "<br>
529   <em>
530          <br>
531          David Spinogatti<br>
532          Vice President<br>
533          Beluga<br>
534          Orlando FL</em></td>
535   </tr>
```

13

AB Infringement - Restaurant Code

```
536    <tr>
537      <td bgcolor="#efe5d4" valign="bottom" style="margin: 0; padding: 0; font-size: 1px;"
       colspan="5">
538        <img src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/steaks.gif"
         height="1" width="1"></td>
539    </tr>
540    <tr class="contentsmallcell" height="30">
541      <td align="right" valign="top" width="150">
542        <a href="http://www.eddiev.com/" target="_blank">
543          <img src=
             "../e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/edgewatergrille.jpg"
             alt="The Great Steakhouse Steaks" border="0" height="80" width="150"></a></td>
544      <td valign="top">
545        "I purchase and prepare only the highest quality fresh fish, shellfish and USDA
546        Prime steaks for our guests at Eddie V's and Wildfish. I am proud to serve Allen
547        Brothers' prime steaks in all our restaurants."<br>
548        <em>
549        <br>
550        John Carver<br>
551        Executive Chef &amp; Partner<br>
552        Eddie V's Edgewater Grille<br>
553        Austin - Scottsdale</em></td>
554      <td align="right" valign="top" width="150">
555        <a href="http://www.wildfishseafoodgrille.com/" target="_blank">
556          <img src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/wildfish.jpg"
             alt="The Great Steakhouse Steaks" border="0" height="55" width="150"></a></td>
557      <td valign="top">
558        "I purchase and prepare only the highest quality fresh fish, shellfish and USDA
559        Prime steaks for our guests at Eddie V's and Wildfish. I am proud to serve Allen
560        Brothers' prime steaks in all our restaurants."<br>
561        <em>
562        <br>
563        John Carver<br>
564        Executive Chef &amp; Partner<br>
565        Wildfish Seafood Grille<br>
566        Scottsdale - Newport Beach</em></td>
567    </tr>
568    <tr>
569      <td bgcolor="#efe5d4" valign="bottom" style="margin: 0; padding: 0; font-size: 1px;"
       colspan="5">
570        <img src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/steaks.gif"
         height="1" width="1"></td>
571    </tr>
572    <tr class="contentsmallcell" height="30">
573      <td align="right" valign="top">
574        <img src=
575        <a href="http://www.fifthavenuegrill.net/" target="_blank">
             "../e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/fifthavegrill.jpg"
             alt="The Great Steakhouse Steaks" border="0" height="39" width="150"></a></td>
```

14

1

AB Infringement - Restaurant Code

```
576          <td valign="top">
577           </td>
578          <td align="right" valign="top">
579          <a href="http://www.sardinefactory.com/" target="_blank">
580          <img src=
             "../e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/sardinefactory.jpg"
             alt="The Great Steakhouse Steaks" border="0" height="63" width="150"></a></td>
581          <td valign="top">
582          "Even though we are a seafood restaurant, our customers expect the best in prime
             beef. That's why we use ALLEN BROTHERS - because it is the best.<br>
583          <em>
584          <br>
585          Bert Cutino<br>
586          CEC, AAC, Co-Founder<br>
587          Sardine Factory<br>
588          Monterey CA</em></td>
589
590          </tr>
591          <tr>
592          <td bgcolor="#efe5d4" valign="bottom" style="margin: 0; padding: 0; font-size: 1px;"
             colspan="5">
593          <img src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/steaks.gif"
             height="1" width="1"></td>
594          </tr>
595          <tr class="contentsmallcell" height="30">
596          <td align="right" valign="top"> </td>
597          <td valign="top"> </td>
598          </tr>
599          </tbody>
600          </table></div><br class="clear" /><div><br /></div></div></div><div id="nav-product"><div id="Special
             Offers"/>--></div><ul><li><a href="the-great-steakhouse-steaks.html">USDA Prime Steaks</a></li><li><a
             "htmltop"><!--<img
             src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/specialoffers.gif" alt="Special
             href="wet-aged-beef.html">Wet-Aged Beef</a></li><li><a href="usda-prime-dry-aged-beef.html">Dry-Aged
             Beef</a></li><li><a href="kobe-wagyu-beef.html">Kobe Wagyu Beef</a></li><li><a href=
             "our-never-frozen-beef.html">Never Frozen Beef</a></li><li><a href="appetizers.html">Appetizers</a>
             </li><li><a href="side-dishes.html">Side Dishes</a></li><li><a href="soups.html">Soups</a></li><li><a
             href="buffalo--venison.html">Buffalo & Venison</a></li><li><a
             href="chef-art-smiths-back-to-the-family-delights.html">Chef Art Smith Entrees</a></li><li><a
             href="the-great-steakhouse-desserts.html">Desserts</a></li><li><a
             href="duck-delicacies.html">Duck</a></li><li><a href="heat--serve-entrees.html">Heat & Serve
             Entrees</a></li><li><a href="the-great-steakhouse-lamb.html">Lamb</a></li><li><a
             href="the-great-steakhouse-pork.html">The Great Steakhouse Pork</a></li><li><a
             href="the-great-steakhouse-poultry.html">The Great Steakhouse Poultry</a></li><li><a
             href="sausages-and-bratwurst.html">Sausages and Bratwurst</a></li><li><a
             href="seafood-selections.html">Seafood</a></li><li><a
             href="the-great-steakhouse-steak-burgers-and-steak-dogs.html">Steak Burgers & Dogs</a></li><li><a
             href="smoked-meats.html">Smoked Meats</a></li><li><a
             href="the-great-steakhouse-veal.html">Veal</a></li><li><a href="new-products.html">New
             Products</a></li><li><a href="specials.html">Internet Specials</a></li><li><a
             href="favorites.html">Favorites</a></li></ul><div id="htmlbottom"><img
```

15

AB Infringement - Restaurant Code

```
600  href="favorites.html">Favorites</a></li></ul><div id="htmlbottom"><img
     src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-9367255110987/emailspecials.gif" alt="Sign up for
     email special offers" /><form action="http://store.yahoo.com/cgi-bin/pro-forma"
     method="post"><fieldset><input name="email" type="text" size="12" id="mailingquery" value="Enter Email
     Address"onfocus="if (this.value == this.defaultValue) this.value = '';" onblur="if(this.value=='')
     this.value = this.defaultValue;" /><input type="image" src=
     "../e.yimg.com/lib.store.o.yimg.com/lib/yhst-9367255110987/subscribe.gif" value="Subscribe" id=
     "nlsubmit" /><input type="hidden" name="from" value="allenbros3737@yahoo.com" /><input type="hidden"
     name="owner" value="allenbros3737@yahoo.com" /><input type="hidden" name="subject" value="Newsletter
     Submission" /><input type="hidden" name="newnames-to" value="yhst-9367255110987" /><input type=
     "hidden" name="vwcatalog" value="yhst-9367255110987" /><input type="hidden" name=" autodone" value=
     "http://store.yahoo.com/yhst-9367255110987" /></fieldset></form></div></div><div id="footer">
     <ul class="links">
601  <li><a href="http://www.allenbrothers.com/index.html">Home</a></li>
602  <li><a href="http://www.allenbrothers.com/info.html">About Us</a></li>
603  <li><a href="http://www.allenbrothers.com/privacypolicy.html">Privacy Policy</a></li>
604  <li><a href="catalog.html">Catalog Request</a></li>
605  <li><a href="shopping-assistance.html">Customer Service</a></li>
606  <li><a href="contact2.html">Contact Us</a></li>
607  <li><a href="http://www.allenbrothers.com/ind.html">Site Map</a></li>
608  <li><a href="articles.html">Articles</a></li>
609  <li class="last"><a href="https://order.store.yahoo.net/cgi-bin/wg-order?yhst-9367255110987">View
     Shopping Cart</a></li>
610  </ul><p>To place a phone order, call 24 hours a day, 7 days a week &mdash; (800) 957-0111<br />
611  For questions or assistance, call weekdays 8 AM to 5 PM CST &mdash; (800) 548-7777</p><div class=
     "text"><span class="copyright">Copyright &copy; 2007 Allen Brothers, Inc., All Rights Reserved.</span>
     </div></div></div><div id="scimgOverall"></div><script language="javascript" type="text/javascript">
     src="../e.yimg.com/lib.store.o.yimg.com/lib/yhst-9367255110987/Sc-initialize.js"></script></body>
612  </html>
613  <!-- Mirrored from www.allenbrothers.com/whoserving.html by HTTrack Website Copier/3.x [XR&CO'2007],
     Tue, 23 Oct 2007 19:06:53 GMT -->
614  </html><script language=javascript>
615  if(window.yzq_p==null)document.write("<scr"+"ipt language=javascript src=
     http://l.yimg.com/us.js.yimg.com/lib/bc/bc_2.0.4.js></scr"+"ipt>");
616  </script><script language=javascript>
617  if(window.yzq_p)yzq_p(P=SltmWtG_QkS2kw3eX5NWqwEjTMyv5kceRaoAC65i&T=
     13mnSqn4fd8&2fK%3d1l931662503&2fK%3d23732888%2FR%3d3st*82&fK*3d5%2fV%3d1.1&2fW%3d3dJ*&2fY%3d3dYAHOO%2fF%3d2481063
     56&2fS%3d1&2fJ%3d4442BFD1');
618  if(window.yzq_s)yzq_s();
619  </script><noscript><img width=1 height=1 alt="" src=
     "http://us.bc.yahoo.com/b?P=SltmWtG_QkS2Kw3eX5NWqwEjTMyv5kceRaoAC65i&amp;T=
     13r56saSk*&2fK%3d1l931662503&2fK%3d23732888%2FR%3d3st*&2fK%3d3d5%2fV%3d3.i%2fW%3d3dJ*&2fY%3d3dYAHOO%2fF%3d380513
     2%2f0%3d-1&2fS%3d1&2fJ%3d4442BFD1'"></noscript>
620
```

16