# EXHIBIT C

**FEE CHANGES**

Fees are effective through June 30, 2002. After that date, check the Copyright Office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

COPY

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

| TX | TXU |

EFFECTIVE DATE OF REGISTRATION

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

Dynamic Shipping Calendar Implementation in JavaScript

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**2**

**a** NAME OF AUTHOR ▼

Prominent Consulting LLC

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes   ☐ No
Pseudonymous?     ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP    Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire source code

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes   ☐ No
Pseudonymous?     ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP    Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Your Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
{ Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?        ☐ Yes   ☐ No
Pseudonymous?     ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP    Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED    This information must be given in all cases.
2005    ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month▶ October   Day▶ 7   Year▶ 2005    U.S.A.    ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Prominent Consulting LLC
1483 PATRIOT BLVD
GLENVIEW, IL 60026

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE    of _____ pages

EXHIBIT
C

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>    Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶     Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼     **a**

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼     **b**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.     **a**
Name ▼                            Account Number ▼

LegalZoom.com

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼     **b**

Kurt Seidensticker     [3181121]

**1483 PATRIOT BLVD**
**GLENVIEW, IL 60026**

Area code and daytime telephone number ▶ **(312) 607-3008**           Fax number ▶

Email ▶   kurt@prominentconsulting.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Prominent Consulting LLC

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Clare Gmur                          Date ▶ **October 18, 2007**

☞ Handwritten signature (X) ▼

X

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Prominent Consulting LLC | YOU MUST:<br>• Complete all necessary spaces<br>• Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼<br>**1483 PATRIOT BLVD** | SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE:<br>1. Application form<br>2. Nonrefundable filing fee in check or money order   As of<br>payable to *Register of Copyrights*   July 1,<br>3. Deposit material |
| | City/State/ZIP ▼<br>**GLENVIEW, IL 60026** | MAIL TO:<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—200,000      ⨀ PRINTED ON RECYCLED PAPER                        *U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49
WEB REV: June 1999.

**FedEx**

Español | Customer Support | FedEx Locations    Search [          ] Go

| Package/Envelope | Freight | Expedited | Office/Print Services » |

Ship ►        Track ►        Manage ►        Business Solutions ►

Track Shipments/FedEx Kinko's Orders                    ⓟ Printable Version  ⓠ Quick Help
**Detailed Results**

| Tracking number | 913573428133 | Reference | copyrights | Wrong Address? |
| Signed for by | E.GREEN | Destination | U S GOVERNMENT | Reduce future mistal |
| Ship date | Oct 19, 2007 | | OFFICES, DC | FedEx Address Chec |
| Delivery date | Oct 24, 2007 10:27 AM | Delivered to | Shipping/Receiving | |
| | | Service type | Express Saver | Tracking a FedEx Sr |
| | | Weight | 2.0 lbs. | Shipment? |
| | | | | Go to shipper login |

| Status | Delivered |

| Signature Image available | Yes |


Find locations eve

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Oct 24, 2007 | 10:27 AM | Delivered | U S GOVERNMENT OFFICES, DC | |
| | 8:41 AM | On FedEx vehicle for delivery | WASHINGTON, DC | |
| | 7:16 AM | At local FedEx facility | WASHINGTON, DC | |
| | 4:18 AM | At dest sort facility | DULLES, VA | |
| Oct 23, 2007 | 6:38 PM | Departed FedEx location | INDIANAPOLIS, IN | |
| Oct 21, 2007 | 5:02 PM | Arrived at FedEx location | INDIANAPOLIS, IN | |
| Oct 19, 2007 | 8:09 PM | Left origin | HOLLYWOOD, CA | |
| | 6:18 PM | Package data transmitted to FedEx | | |
| | 4:46 PM | Picked up | HOLLYWOOD, CA | |

| Signature proof | E-mail results | Track more shipments/orders |

**Subscribe to tracking updates (optional)**

Your Name: [                    ]        Your E-mail Address: [                    ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [          ] | English | ☐ | ☐ |
| [          ] | English | ☐ | ☐ |
| [          ] | English | ☐ | ☐ |
| [          ] | English | ☐ | ☐ |

Select format: ⦿ HTML  ◯ Text  ◯ Wireless

**Add personal message:**



FedEx Express
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

Customer Support Trace

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

November 8, 2007

Dear Customer:

The following is the proof of delivery you requested with the tracking number **913573428133**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | U S GOVERNMENT OFFICES, DC |
| Signed for by: | E.GREEN | Delivery date: | Oct 24, 2007 10:27 |
| Service type: | Express Saver | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 913573428133 | Ship date: | Oct 19, 2007 |
| | | Weight: | 2.0 lbs. |

| | |
|---|---|
| **Recipient:** | **Shipper:** |
| U S GOVERNMENT OFFICES, DC US | HOLLYWOOD, CA US |

| | |
|---|---|
| **Reference** | copyrights |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339