# EXHIBIT D

Name of Author: Prominent Software Group, Inc.
Title: iChieve E-Commerce Website

Dkt. No. 40146.00.0001
BLK 11/08/07

Handcarry



- Transmittal letter for Copyright application (1 page)
- The deposit
- Executed Form TX
- Payment of 730.00 fees ($45.00 application fee and $685.00 special handling fee)

Library of Congress
Copyright Office

Please acknowledge receipt of the above-identified documents by
Applying the Library of Congress receipt stamp hereto.

Respectfully,

Vedder, Price, Kaufman & Kammholz, P.C.
A Law Corporation



COPYRIGHT OFFICE, LIBRARY OF CONGRESS, WASHINGTON, D.C. 20559-6000

**NO.** 32017

| | | | | | | |
|---|---|---|---|---|---|---|
| DATE & TIME RECEIVED 11/8/2007 12:50 AM/PM | | | DATE DUE | | | |
| SPECIAL HANDLING FEE | | Cash | 685 | Other CHECK | D.A. | $ 685 |
| FILING FEE | | Cash | 45 | Other CHECK | D.A. | $ 45 |
| DOCUMENT RECORDATION FEE | | Cash | | Other | D.A. | $ |
| OTHER SERVICES | | Cash | | Other | D.A. | $ 730.00 |

D.A. Name:                                     No.:

**received**

☐ Not examined in I&R
Form(s) 17X
No. of Copies 1
Document(s)
Correspondence
Cover Letter DATED 11/7/2007
Other

**services**                        Estimate given by

Additional Certificate              $
Certifications                      $
Other                               $

TOTAL                               $ 730.00
REFER TO

**title**

_I CHIEVE E-COMMERCE WEBSITE_

received from _Jones Tullar & Cooper PC_  representing _PROMINENT CONSULTING_  phone

city, state, ZIP _ARLINGTON VA 22202_

received/approved by _V F Knight_  date _11/8/07_  time _12:50_

**correspondence**  ☐ Date:          ETN:          Examiner:

**routing**   M.C. Notified: Date/Time _____ Initials _____ Initials of Expediter _____

| | in DATE/TIME | out DATE/TIME | INITIALS | | in DATE/TIME | out DATE/TIME | INITIALS |
|---|---|---|---|---|---|---|---|
| Mail Room | | | | Selection | | | |
| Data Prep | | | | Cataloging | | | |
| Examining | | | | CPU | | | |
| Exam. D.O.* | | | | Documents Unit (Docs.) | | | |
| D & A:* | | | | | | | |
| Reg. Numbering | | | | (*for Special Relief Cases only) | | | |

**certificate(s)/**  ☑ Deliver to          ☐ Regular          ☐ Other          Account no.:
**document(s)**        Public Office          Mail                                Telephone no.:

                       ─── Initials
                       ─── Date        Remitter Called: Date/Time _____ Initials

Contact: _BONNIE GROLLMAN_   Telephone: _801 638-0511_

☐ Delivered to Certs. & Docs. By:          Received By:          Date:

Picked up by:                                                    Date:

**notes**                    **registration (or Vol. & Page) no.(s)**



**receipt**
**for**   # SPECIAL HANDLING   **request**

If you are filing an application for registration, please read the
note on the reverse.

REMITTER COPY



# Form TX

*Detach and read these instructions before completing this form.*
*Make sure all applicable spaces have been filled in before you return this form.*

## BASIC INFORMATION

**When to Use This Form:** Use Form TX for registration of published or unpublished nondramatic literary works, excluding periodicals or serial issues. This class includes a wide variety of works: fiction, nonfiction, poetry, textbooks, reference works, directories, catalogs, advertising copy, compilations of information, and computer programs. For periodicals and serials, use Form SE.

**Deposit to Accompany Application:** An application for copyright registration must be accompanied by a deposit consisting of copies or phonorecords representing the entire work for which registration is to be made. The following are the general deposit requirements as set forth in the statute:

**Unpublished Work:** Deposit one complete copy (or phonorecord)

**Published Work:** Deposit two complete copies (or one phonorecord) of the best edition.

**Work First Published Outside the United States:** Deposit one complete copy (or phonorecord) of the first foreign edition.

**Contribution to a Collective Work:** Deposit one complete copy (or phonorecord) of the best edition of the collective work.

**The Copyright Notice:** Before March 1, 1989, the use of copyright notice was mandatory on all published works, and any work first published before that date should have carried a notice. For works first published on and after March 1, 1989, use of the copyright notice is optional. For more information about copyright notice, see Circular 3, *Copyright Notices.*

**For Further Information:** To speak to a Copyright Office staff member, call (202) 707-3000 (TTY: (202) 707-6737). Recorded information is available 24 hours a day. Order forms and other publications from the address in space 9 or call the Forms and Publications Hotline at (202) 707-9100. Access and download circulars, forms, and other information from the Copyright Office website at *www.copyright.gov.*

**PRIVACY ACT ADVISORY STATEMENT Required by the Privacy Act of 1974 (P.L. 93-579)**
The authority for requesting this information is title 17 USC, secs. 409 and 410. Furnishing the requested information is voluntary. But if the information is not furnished, it may be necessary to delay or refuse registration and you may not be entitled to certain relief, remedies, and benefits provided in chapters 4 and 5 of title 17 USC.
The principal uses of the requested information are the establishment and maintenance of a public record and the examination of the application for compliance with the registration requirements of the copyright code.
Other routine uses include public inspection and copying, preparation of public indexes, preparation of public catalogs of copyright registrations, and preparation of search reports upon request.
NOTE: No other advisory statement will be given in connection with this application. Please keep this statement and refer to it if we communicate with you regarding this application.

## LINE-BY-LINE INSTRUCTIONS

*Please type or print using black ink. The form is used to produce the certificate.*

 ## SPACE 1: Title

**Title of This Work:** Every work submitted for copyright registration must bear a title to identify that particular work. If the copies or phonorecords of the work bear a title or an identifying phrase that could serve as a title, transcribe that wording *completely* and *exactly* on the application. Indexing of the registration and future identification of the work will depend on the information you give here.

**Previous or Alternative Titles:** Complete this space if there are any additional titles for the work under which someone searching for the registration might be likely to look or under which a document pertaining to the work might be recorded.

**Publication as a Contribution:** If the work being registered is a contribution to a periodical, serial, or collection, give the title of the contribution in the "Title of This Work" space. Then, in the line headed "Publication as a Contribution," give information about the collective work in which the contribution appeared.

## SPACE 2: Author(s)

**General Instructions:** After reading these instructions, decide who are the "authors" of this work for copyright purposes. Then, unless the work is a "collective work," give the requested information about every "author" who contributed any appreciable amount of copyrightable matter to this version of the work. If you need further space, request Continuation Sheets. In the case of a collective work, such as an anthology, collection of essays, or encyclopedia, give information about the author of the collective work as a whole.

**Name of Author:** The fullest form of the author's name should be given. Unless the work was "made for hire," the individual who actually created the work is its "author." In the case of a work made

for hire, the statute provides that "the employer or other person for whom the work was prepared is considered the author."

**What Is a "Work Made for Hire"?** A "work made for hire" is defined as (1) "a work prepared by an employee within the scope of his or her employment"; or (2) "a work specially ordered or commissioned for use as a contribution to a collective work, as a part of a motion picture or other audiovisual work, as a translation, as a supplementary work, as a compilation, as an instructional text, as a test, as answer material for a test, or as an atlas, if the parties expressly agree in a written instrument signed by them that the works shall be considered a work made for hire." If you have checked "Yes" to indicate that the work was "made for hire," you must give the full legal name of the employer (or other person for whom the work was prepared). You may also include the name of the employee along with the name of the employer (for example: "Elster Publishing Co., employer for hire of John Ferguson").

**"Anonymous" or "Pseudonymous" Work:** An author's contribution to a work is "anonymous" if that author is not identified on the copies or phonorecords of the work. An author's contribution to a work is "pseudonymous" if that author is identified on the copies or phonorecords under a fictitious name. If the work is "anonymous" you may: (1) leave the line blank; or (2) state "anonymous" on the line; or (3) reveal the author's identity. If the work is "pseudonymous" you may: (1) leave the line blank; or (2) give the pseudonym and identify it as such (for example: "Huntley Haverstock, pseudonym"); or (3) reveal the author's name, making clear which is the real name and which is the pseudonym (for example, "Judith Barton, whose pseudonym is Madeline Elster"). However, the citizenship or domicile of the author *must* be given in all cases.

**Dates of Birth and Death:** If the author is dead, the statute requires that the year of death be included in the application unless the work is anonymous or pseudonymous. The author's birth date is optional but is useful as a form of identification. Leave this space blank if the author's contribution was a "work made for hire."

**Author's Nationality or Domicile:** Give the country of which the author is a citizen or the country in which the author is domiciled. Nationality or domicile *must* be given in all cases.

**Nature of Authorship:** After the words "Nature of Authorship," give a brief general statement of the nature of this particular author's contribution to the work. Examples: "Entire text"; "Coauthor of entire text"; "Computer program"; "Editorial revisions"; "Compilation and English translation"; "New text."



## SPACE 3: Creation and Publication

**General Instructions:** Do not confuse "creation" with "publication." Every application for copyright registration must state "the year in which creation of the work was completed." Give the date and nation of first publication only if the work has been published.

**Creation:** Under the statute, a work is "created" when it is fixed in a copy or phonorecord for the first time. Where a work has been prepared over a period of time, the part of the work existing in fixed form on a particular date constitutes the created work on that date. The date you give here should be the year in which the author completed the particular version for which registration is now being sought, even if other versions exist or if further changes or additions are planned.

**Publication:** The statute defines "publication" as "the distribution of copies or phonorecords of a work to the public by sale or other transfer of ownership, or by rental, lease, or lending." A work is also "published" if there has been an "offering to distribute copies or phonorecords to a group of persons for purposes of further distribution, public performance, or public display." Give the full date (month, day, year) when, and the country where, publication first occurred. If first publication took place simultaneously in the United States and other countries, it is sufficient to state "U.S.A."



## SPACE 4: Claimant(s)

**Name(s) and Address(es) of Copyright Claimant(s):** Give the name(s) and address(es) of the copyright claimant(s) in this work even if the claimant is the same as the author. Copyright in a work belongs initially to the author of the work (including, in the case of a work made for hire, the employer or other person for whom the work was prepared). The copyright claimant is either the author of the work, or a person or organization to whom the copyright initially belonging to the author has been transferred.

**Transfer:** The statute provides that, if the copyright claimant is not the author, the application for registration must contain "a brief statement of how the claimant obtained ownership of the copyright." If any copyright claimant named in space 4 is not an author named in space 2, give a brief statement explaining how the claimant(s) obtained ownership of the copyright. Examples: "By written contract"; "Transfer of all rights by author"; "Assignment"; "By will." Do not attach transfer documents or other attachments or riders.



## SPACE 5: Previous Registration

**General Instructions:** The questions in space 5 are intended to show whether an earlier registration has been made for this work and, if so, whether there is any basis for a new registration. As a general rule, only one basic copyright registration can be made for the same version of a particular work.

**Same Version:** If this version is substantially the same as the work covered by a previous registration, a second registration is not generally possible unless: (1) the work has been registered in unpublished form and a second registration is now being sought to cover this first published edition; or (2) someone other than the

author is identified as copyright claimant in the earlier registration, and the author is now seeking registration in his or her own name. If either of these two exceptions applies, check the appropriate box and give the earlier registration number and date. Otherwise, do not submit Form TX. Instead, write the Copyright Office for information about supplementary registration or recordation of transfers of copyright ownership.

**Changed Version:** If the work has been changed and you are now seeking registration to cover the additions or revisions, check the last box in space 5, give the earlier registration number and date, and complete both parts of space 6 in accordance with the instructions below.

**Previous Registration Number and Date:** If more than one previous registration has been made for the work, give the number and date of the latest registration.



## SPACE 6: Derivative Work or Compilation

**General Instructions:** Complete space 6 if this work is a "changed version," "compilation," or "derivative work" and if it incorporates one or more earlier works that have already been published or registered for copyright or that have fallen into the public domain. A "compilation" is defined as "a work formed by the collection and assembling of preexisting materials or of data that are selected, coordinated, or arranged in such a way that the resulting work as a whole constitutes an original work of authorship." A "derivative work" is "a work based on one or more preexisting works." Examples of derivative works include translations, fictionalizations, abridgments, condensations, or "any other form in which a work may be recast, transformed, or adapted." Derivative works also include works "consisting of editorial revisions, annotations, or other modifications" if these changes, as a whole, represent an original work of authorship.

**Preexisting Material (space 6a):** For derivative works, complete this space *and* space 6b. In space 6a identify the preexisting work that has been recast, transformed, or adapted. The preexisting work may be material that has been previously published, previously registered, or that is in the public domain. An example of preexisting material might be: "Russian version of Goncharov's 'Oblomov.'"

**Material Added to This Work (space 6b):** Give a brief, general statement of the new material covered by the copyright claim for which registration is sought. *Derivative work* examples include: "Foreword, editing, critical annotations"; "Translation"; "Chapters 11–17." If the work is a *compilation*, describe both the compilation itself and the material that has been compiled. Example: "Compilation of certain 1917 speeches by Woodrow Wilson." A work may be both a derivative work and compilation, in which case a sample statement might be: "Compilation and additional new material."



## SPACE 7,8,9: Fee, Correspondence, Certification, Return Address

**Deposit Account:** If you maintain a Deposit Account in the Copyright Office, identify it in space 7a. Otherwise leave the space blank and send the fee with your application and deposit.

**Correspondence (space 7b):** Give the name, address, area code, telephone number, fax number, and email address (if available) of the person to be consulted if correspondence about this application becomes necessary.

**Certification (space 8):** The application cannot be accepted unless it bears the date and the *handwritten signature* of the author or other copyright claimant, or of the owner of exclusive right(s), or of the duly authorized agent of author, claimant, or owner of exclusive right(s).

**Address for Return of Certificate (space 9):** The address box must be completed legibly since the certificate will be returned in a window envelope.

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.

# Form TX
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

|  | TX | TXU |
|---|---|---|

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

iChieve E-Commerce Website

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

**2**

a  NAME OF AUTHOR ▼

Prominent Software Group, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States of America
Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☑ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Coauthor of software code excluding text content fields

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b  NAME OF AUTHOR ▼

Prominent Capital Group, LLC.

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States of America
Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☑ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Coauthor of software code excluding text content fields

c  NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
2005    ◀Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ February    Day ▶ 17    Year ▶ 2005
United States of America    ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Prominent Consulting, LLC.
1483 Patriot Blvd.
Glenview, IL 60026

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written assignments.

See instructions before completing this space.

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

| EXAMINED BY | | FORM TX |
| --- | --- | --- |
| CHECKED BY | | |

□ CORRESPONDENCE
□ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
□ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. □ This is the first published edition of a work previously registered in unpublished form.
b. □ This is the first application submitted by this author as copyright claimant.
c. □ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
Laura Seidensticker
1483 Patriot Blvd.
Glenview, IL 60026

**b**

Area code and daytime telephone number ▶ (847) 636-0805          Fax number ▶ (312) 896-1556
Email ▶ laura@prominentconsulting.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
□ author
□ other copyright claimant
□ owner of exclusive right(s)
☑ authorized agent of  Prominent Consulting, LLC.
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Laura Seidensticker          Date ▶ November 7, 2007

Handwritten signature ▼

*Laura Seidensticker*

| Certificate will be mailed in window envelope to this address: | Name ▼ Prominent Consulting, LLC. |
| --- | --- |
| | Number/Street/Apt ▼ 1483 Patriot Blvd. |
| | City/State/Zip ▼ Glenview, IL 60026 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX – Full  Rev: 11/2006  Print: 116000 — 20,000  Printed on recycled paper          U.S. Government Printing Office: 2006-xx-xxx/xx.xxx

steaks.html

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17  <!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN" "http://www.w3.org/TR/html4/loose.dtd">
18  <html>
19
20  <!-- Copyright (c) 2005 by Prominent Consulting LLC. All Rights Reserved. -->
21  <!-- Added by HTTrack --><meta http-equiv="content-type" content="text/html;charset=iso-8859-1"><!--
    /Added by HTTrack -->
22  <head>
23  <meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
24  <META name="description" content="Order steaks, lobsters seafood, and desserts from the purveyor of
    America's highest-quality USDA prime steaks and beef Allen Brothers">
25  <META name="keywords" content="steaks,steak,prime beef,beef,prime steaks,aged beef,kobe beef,angus
    beef,mail order steaks,wagyu beef,prime steak,mail order steak,aged steak,filet mignon,beef
    wellington">
26  <title>Allen Brothers USDA Prime Steaks and Prime Beef</title>
27  <link rel="stylesheet" href="css/steaks.html" type="text/css">
28  <SCRIPT language="JavaScript" src="js/steaks.html"></SCRIPT>
29
30  </head>
31  <body bgcolor="#ffffff" vlink="#635247" alink="#635247" link="#635247" marginwidth=
    "0" topmargin="0" leftmargin="0" rightmargin="0" onload=
    "MM_preloadImages('/72.5.200.197/images/steaks/ordertracking-
    over.gif','../72.5.200.197/images/steaks/myaccount-over.gif','../72.5.200.197/images/steaks/cart-
    over.gif','../72.5.200.197/images/steaks/shop-over.gif','../72.5.200.197/images/steaks/gift-
    over.gif','../72.5.200.197/images/steaks/finedining-over.gif','../72.5.200.197/images/steaks/catalog-
    over.gif','../72.5.200.197/images/steaks/assistance-over.gif',
32  '../72.5.200.197/images/steaks/leftnav/primesteaks-
    over.jpg','../72.5.200.197/images/steaks/leftnav/wetaged-
    over.jpg','../72.5.200.197/images/steaks/leftnav/dryaged-
    over.jpg','../72.5.200.197/images/steaks/leftnav/never-
    over.jpg','../72.5.200.197/images/steaks/leftnav/kobe-
    over.jpg','../72.5.200.197/images/steaks/leftnav/appetizers-
    over.jpg','../72.5.200.197/images/steaks/leftnav/buffalo-
    over.jpg','../72.5.200.197/images/steaks/leftnav/desserts-
    over.jpg','../72.5.200.197/images/steaks/leftnav/duck-
```

steaks.html

```
32   over.jpg','../72.5.200.197/images/steaks/leftnav/duck-
     over.jpg','../72.5.200.197/images/steaks/leftnav/heatandserve-
     over.jpg','../72.5.200.197/images/steaks/leftnav/lamb-
     over.jpg','../72.5.200.197/images/steaks/leftnav/pork-
     over.jpg','../72.5.200.197/images/steaks/leftnav/poultry-
     over.jpg','../72.5.200.197/images/steaks/leftnav/sausages-
     over.jpg','../72.5.200.197/images/steaks/leftnav/seafood-
     over.jpg','../72.5.200.197/images/steaks/leftnav/steakburgers-
     over.jpg','../72.5.200.197/images/steaks/leftnav/veal-
     over.jpg','../72.5.200.197/images/steaks/leftnav/newproducts-
     over.jpg','../72.5.200.197/images/steaks/leftnav/specials-
     over.jpg','../72.5.200.197/images/steaks/leftnav/favorites-over.jpg')">

33   <div id="topLinks" class="topLinks"><a href="AboutUs.html" class="theme">About Us</a> - <a href=
34   "ContactUs.html" class="theme">Contact Us</a> - <a href="CatalogRequest.html" class="theme">Catalog
     Request</a></div>
35   <div id="CompanyLogo" style="position:absolute; top:2px; left:2px; z-index:30; width:328px;
     height:50px;"><a href="steaks.html"><img src="../72.5.200.197/images/steaks/A5-logo.jpg" width="328"
     height="50" border="0"></a></div>
36   <div id="Signoff" class="siteNavigation" style="left:300px;"></div>
37   <!-- <div id="OrderTracking" class="siteNavigation" style="left:350px;"><a href="OrderTracking.jsp"
     onMouseOut="MM_swapImgRestore()"
     onMouseOver="MM_swapImage('OrderTracking','','http://72.5.200.197/images/steaks/ordertracking-
     over.gif',1)"><img src="http://72.5.200.197/images/steaks/ordertracking.gif" alt="ORDER TRACKING"
     name="OrderTracking" width="101" height="17" border="0"></a></div>
38   <div id="MyAccount" class="siteNavigation" style="left:456px;"><a href="MyAccount.jsp"
     onMouseOut="MM_swapImgRestore()"
     onMouseOver="MM_swapImage('MyAccount','','http://72.5.200.197/images/steaks/myaccount-over.gif',1)">
     <img src="http://72.5.200.197/images/steaks/myaccount.gif" alt="MY ACCOUNT" name="MyAccount"
     width="80" height="17" border="0"></a></div> -->
39   <div id="ShoppingCart" class="siteNavigation" style="top:32px; left:541px;"><a href=
     "ShoppingCart.html" onMouseOut="MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Cart','','../72.5.200.197/images/steaks/cart-over.gif',1)"><img src=
     "../72.5.200.197/images/steaks/cart.gif" alt="Shopping Cart" name="Cart" width="38" height="26"
     border="0"></a></div>
40   <div id="Search" class="siteNavigation" style="left:584px;"><img src=
     "../72.5.200.197/images/steaks/search.gif" alt="Search" name="Search" width="40" height="17" border=
     "0"></div>
41
42
43   <form name="searchBean" method="GET" action="http://72.5.200.192/search.do">
44   <div id="SearchForm" class="siteNavigation" style="left:628px;width:120px;top:30px;">
45   <input type="text" name="searchString" maxlength="30" size="15" tabindex="1" value="keyword or
     item #" onfocus="form.searchstring.value='';" class="search">
46   </div>
47   <div id="SearchForm" class="siteNavigation" style="left:750px;width:17px;top:32px;">
48   <input type="image"
49          name="action"
50          src="../72.5.200.197/images/steaks/gobutton.gif"
```

```
steaks.html

51          alt="GO"
52          border="0"
53          value="button.Submit"
54          tabindex="2"/>
55
56      </div>
57
58  </form>
59
60  <div id="topNavBar" class="topNavBar"></div>
61  <div id="ShopTopNav" class="topNavBarItems" style="left:1px;"><a href="Shop.html" onMouseOut=
    "MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('ShopTopNav','','../72.5.200.197/images/steaks/shop-over.gif',1)"><img src=
    "../72.5.200.197/images/steaks/shop.gif" alt="Shop Categories" name="ShopTopNav" width="127" height=
    "18" border="0"></a></div>
62  <div id="GiftTopNav" class="topNavBarItems" style="left:130px;"><a href=
    "#findProducteb48c.html?categoryId=103" onMouseOut="MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('GiftTopNav','','../72.5.200.197/images/steaks/gift-over.gif',1)"><img src=
    "../72.5.200.197/images/steaks/gift.gif" alt="Gift Ideas" name="GiftTopNav" width="127" height="18"
    border="0"></a></div>
63  <div id="FineDiningTopNav" class="topNavBarItems" style="left:284px; z-index:30; width:127px;
    height:18px;"><a href="FineDining.html" onMouseOut="MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('FineDiningTopNav','','../72.5.200.197/images/steaks/finedining-over.gif',1)"><img src=
    "../72.5.200.197/images/steaks/finedining.gif" alt="Fine Dining" name="FineDiningTopNav" width="127"
    height="18" border="0"></a></div>
64  <div id="CatalogTopNav" class="topNavBarItems" style="left:418px;"><a href="Catalog.html" onMouseOut=
    "MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('CatalogTopNav','','../72.5.200.197/images/steaks/catalog-over.gif',1)"><img src=
    "../72.5.200.197/images/steaks/catalog.gif" alt="Catalog" name="CatalogTopNav" width="127" height="18"
    border="0"></a></div>
65  <div id="AssistanceTopNav" class="topNavBarItems" style="left:547px;"><a href="Assistance.html"
    onMouseOut="MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('AssistanceTopNav','','../72.5.200.197/images/steaks/assistance-over.gif',1)"><img src=
    "../72.5.200.197/images/steaks/assistance.gif" alt="Assistance" name="AssistanceTopNav" width="127"
    height="18" border="0"></a></div>
66  <div id="LeftNavigationBar" class="leftNavBar">
67  <div id="PrimeSteaks" class="shopCategory"><a href="#findProducts5095.html?categoryId=90" onMouseOut=
    "MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('Image22','','../72.5.200.197/images/steaks/leftnav/primesteaks-over.jpg',1)"><img src=
    "../72.5.200.197/images/steaks/leftnav/primesteaks.jpg" alt="Prime Steaks" name="Image22" width="127"
    height="76" border="0"></a></div>
68  <div id="PrimeBeef" class="shopCategory"><a href="#findProducts7a20.html?categoryId=76" onMouseOut=
    "MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('Image23','','../72.5.200.197/images/steaks/leftnav/wetaged-over.jpg',1)"><img src=
    "../72.5.200.197/images/steaks/leftnav/wetaged.jpg" alt="Wet-Aged Beef" name="Image23" width="127"
    height="75" border="0"></a></div>
69  <div id="DryAgedBeef" class="shopCategory"><a href="#findProducts7b4c.html?categoryId=50" onMouseOut=
    "MM_swapImgRestore()" onMouseOver=
    "MM_swapImage('Image24','','../72.5.200.197/images/steaks/leftnav/dryaged-over.jpg',1)"><img src=
```

Page 3 of 12

steaks.html

```
69   "../72.5.200.197/images/steaks/leftnav/dryaged.jpg" alt="Dry-Aged Beef" name="Image24" width="127"
     height="15" border="0"></a></div>
70   <div id="NeverFrozenBeef" class="shopCategory"><a href="#findProducts9783.html?categoryId=60"
     onMouseOut="MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image25','','../72.5.200.197/images/steaks/leftnav/never-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/never.jpg" alt="Never Frozen Beef" name="Image25" width="127"
     height="15" border="0"></a></div>
71   <div id="WagyuBeef" class="shopCategory"><a href="#findProducts533.html?categoryId=63" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image26','','../72.5.200.197/images/steaks/leftnav/kobe-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/kobe.jpg" alt="Kobe-style Wagyu Beef" name="Image26" width=
     "127" height="15" border="0"></a></div>
72   <div id="Appetizers" class="shopCategory"><a href="#findProductsf29f.html?categoryId=64" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image27','','../72.5.200.197/images/steaks/leftnav/appetizers-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/appetizers.jpg" alt="Appetizers" name="Image27" width="127"
     height="15" border="0"></a></div>
73   <div id="BuffaloVenison" class="shopCategory"><a href="#findProductsbe75.html?categoryId=40"
     onMouseOut="MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image28','','../72.5.200.197/images/steaks/leftnav/buffalo-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/buffalo.jpg" alt="Buffalo & Venison" name="Image28" width=
     "127" height="15" border="0"></a></div>
74   <div id="Desserts" class="shopCategory"><a href="#findProductsa0f9.html?categoryId=55" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image29','','../72.5.200.197/images/steaks/leftnav/desserts-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/desserts.jpg" alt="Desserts" name="Image29" width="127"
     height="15" border="0"></a></div>
75   <div id="Duck" class="shopCategory"><a href="#findProductsb445.html?categoryId=33" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image30','','../72.5.200.197/images/steaks/leftnav/duck-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/duck.jpg" alt="Duck" name="Image30" width="127" height="15"
     border="0"></a></div>
76   <div id="HeatAndServeEntrees" class="shopCategory"><a href="#findProductsd016.html?categoryId=32"
     onMouseOut="MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image31','','../72.5.200.197/images/steaks/leftnav/heatandserve-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/heatandserve.jpg" alt="Heat & Serve Entr&eacute;es" name=
     "Image31" width="127" height="15" border="0"></a></div>
77   <div id="Lamb" class="shopCategory"><a href="#findProductse2c.html?categoryId=39" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image32','','../72.5.200.197/images/steaks/leftnav/lamb-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/lamb.jpg" alt="Lamb" name="Image32" width="127" height="15"
     border="0"></a></div>
78   <div id="Pork" class="shopCategory"><a href="#findProductsb598.html?categoryId=30" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image33','','../72.5.200.197/images/steaks/leftnav/pork-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/pork.jpg" alt="Pork" name="Image33" width="127" height="15"
     border="0"></a></div>
79   <div id="Poultry" class="shopCategory"><a href="#findProducts393d.html?categoryId=28" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
```

steaks.html

```
79   "MM_swapImage('Image34','','../72.5.200.197/images/steaks/leftnav/poultry-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/poultry.jpg" alt="Poultry" name="Image34" width="127" height=
     "15" border="0"></a></div>
80   <div id="SausagesAndBratwurst" class="shopCategory"><a href="findProducts6b27.html?categoryId=81"
     onMouseOut="MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image35','','../72.5.200.197/images/steaks/leftnav/sausages-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/sausages.jpg" alt="Sausages & Bratwurst" name="Image35" width=
     "127" height="15" border="0"></a></div>
81   <div id="Seafood" class="shopCategory"><a href="findProducts9ee5.html?categoryId=27" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image36','','../72.5.200.197/images/steaks/leftnav/seafood-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/seafood.jpg" alt="Seafood" name="Image36" width="127" height=
     "15" border="0"></a></div>
82   <div id="SteakBurgersAndDogs" class="shopCategory"><a href="findProducts4c62.html?categoryId=80"
     onMouseOut="MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image37','','../72.5.200.197/images/steaks/leftnav/steakburgers-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/steakburgers.jpg" alt="Steak Burgers & Dogs" name="Image37"
     width="127" height="15" border="0"></a></div>
83   <div id="Veal" class="shopCategory"><a href="findProducts9ec0.html?categoryId=26" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image38','','../72.5.200.197/images/steaks/leftnav/veal-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/veal.jpg" alt="Veal" name="Image38" width="127" height="15"
     border="0"></a></div>
84   <div id="NewProducts" class="shopCategory"><a href="NewProducts.html" onMouseOut="MM_swapImgRestore()"
     onMouseOver=
     "MM_swapImage('Image39','','../72.5.200.197/images/steaks/leftnav/newproducts-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/newproducts.jpg" alt="New Products" name="Image39" width="127"
     height="15" border="0"></a></div>
85   <div id="Specials" class="shopCategory"><a href="findProducts4794.html?categoryId=89" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image40','','../72.5.200.197/images/steaks/leftnav/specials-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/specials.jpg" alt="Specials" name="Image40" width="127"
     height="15" border="0"></a></div>
86   <div id="BestSellers" class="shopCategory"><a href="findProducts8f29.html?categoryId=91" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image41','','../72.5.200.197/images/steaks/leftnav/favorites-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/favorites.jpg" alt="Favorites" name="Image41" width="127"
     height="15" border="0"></a></div>
87   <div id="OptIn" class="optin">
88
89   <form name="emailOffersBean" method="GET" action="http://72.5.200.192/emailOffers.do" onsubmit="return
     submitEmailForm(this);">
90
91   <div align="center"><img src="../72.5.200.197/images/steaks/doublehorizontal.gif" width="120"
     height="5"><br>
92   <img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="1" alt="" border="0"><br>
93   <img src="../72.5.200.197/images/steaks/emailsubscribe.gif" width="97" height="49" alt=""
     border="0"><br>
94   <img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="1" alt="" border="0"><br>
```

steaks.html

```
95
96          <input type="text" name="email" maxlength="76" size="15" tabindex="3" value="&lt;enter
            email&gt;" onfocus="form.email.value='';" class="email">
97
98      <br>
99      <img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
100
101     <input type="image" name="action"
102              src="../72.5.200.197/images/steaks/subscribe.gif"
103              alt="SUBSCRIBE"
104              border="0"
105              tabindex="4" />
106
107     <br>
108     <img src="../72.5.200.197/images/steaks/doublehorizontal.gif" width="120" height="5"> </div>
109     </div>
110
111     </form>
112
113     </div>
114     <div id="MainImage" style="position:absolute; top:82px; left:138px; z-index:30;width:380px;
        height:403px;"><a href="#findProductsb48c.html?categoryId=109"><img src=
        "http://72.5.200.197/images/catalog/Covers/2005/steaks-A.jpg" width="380" height="403" border="0"></A>
        </div>
115     <div id="SplashImage" style="position:absolute; top:82px;z-index:30;left:525px; width:249px;
        height:194px;"><img src="../72.5.200.197/images/steaks/americasfinest.gif" width="249" height="194">
        </div>
116     <div id="SteaksImage" align="center" style="position:absolute; top:276px;z-index:30;left:525px;
        width:249px; height:210px;">
117     <div align="center"><a href="#findProductsb48c.html?categoryId=103"><img src=
        "../72.5.200.197/images/steaks/giftselections.gif" width="209" height="34" border="0"></a><br>
118     <img src="../72.5.200.197/images/steaks/steaks.gif" width="0" height="4" border="0"><br>
119     <a href="#findProductsb48c.html?categoryId=103"><img src=
        "../72.5.200.197/images/catalog/GiftSelections/B1456-L/home/medium/steaks.jpg" width="207" height=
        "123" border="0"></A><br>
120     <img src="../72.5.200.197/images/steaks/steaks.gif" width="0" height="3" border="0" ></div>
121     <div align="left" style="width:207px;left:10px;"><table width="205" border="0" cellspacing="0"
        cellpadding="0">
122     <tr>
123     <td width="6" align="left" valign="top"><img src="../72.5.200.197/images/steaks/promo/arrow.gif"
        width="4" height="8" hspace="2" vspace="2"></td>
124     <td width="199" valign="top"><a href="#findProductsb48c.html?categoryId=103" class="theme">When
        you share the flavor of Allen Brothers with friends, family, clients, and colleagues, you're
        giving a gift they won't soon forget</a></td>
125     </tr>
126     </table>
127     </div>
128     </div>
129     <div id="SubSections" style="position:absolute;z-index:30;top:494px;left:138px;width:636px;">
```

Page 6 of 12

steaks.html

```
130   <table border="0" cellpadding="0" cellspacing="0" width="636">
131     <tr>
132       <td valign="top"><img name="" src="../72.5.200.197/images/steaks/promo/promotionsbanner_01.gif"
          alt="Fresh ideas for Fall" width=212 height=34 border=0></td>
133       <td valign="top"><img name="" src="../72.5.200.197/images/steaks/promo/promotionsbanner_02.gif"
          alt="Fresh ideas for Fall" width=212 height=34 border=0></td>
134       <td valign="top"><img name="" src="../72.5.200.197/images/steaks/promo/promotionsbanner_03.gif"
          alt="Gifts &amp; Registry" width=212 height=34 border=0></td>
135     </tr>
136   </table>
137   </div>
138   <!-- Beef Promo -->
139   <div id="PrimeBeefPromo" style="position:absolute; z-index:30; top:535px; left:139px; width:205px;
      height:150px;">
140   <table width="205" height="150" border="0" cellpadding="0" cellspacing="0" background=
      "../72.5.200.197/images/steaks/backgrounds/beef.jpg">
141     <tr>
142       <td height="50" width="205" colspan="3"><a href="findProducts7a20.html?categoryId=76"><img src=
          "../72.5.200.197/images/steaks/steaks.gif" width="205" height="50" border=0"></a></td>
143     </tr>
144     <tr>
145       <td width="125" height="100"><a href="findProducts7a20.html?categoryId=76"><img src=
          "../72.5.200.197/images/steaks/steaks.gif" width="125" height="100" border="0"></a></td>
146       <td width="10" height="100" align="right" valign="top"><img src=
          "../72.5.200.197/images/steaks/backgrounds/grayarrowtrans.gif" width="4" height="8" hspace="2"
          vspace="2"></td>
147       <td width="70" height="100" valign="top"><a href="findProducts7a20.html?categoryId=76" class=
          "theme">The same caliber we provide to the world's <br>
          greatest steakhouses</a></td>
148     </tr>
149   </table>
150   </div>
151   <!-- Seafood promo -->
152   <div id="PromoDivider1v" style=
      "position:absolute;z-index:30;top:535px;left:349px;width:1px;height:440px;background-color:#EFE5D4">
153   <img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="1" height="400"> </div>
154   <div id="SeafoodPromo" style="position:absolute;z-index:30;top:535px;left:360px;width:205px;">
155   <table width="205" height="150" border="0" cellpadding="0" cellspacing="0" background=
      "../72.5.200.197/images/steaks/backgrounds/seafood.jpg">
156     <tr>
157       <td height="50" width="205" colspan="3"><a href="findProducts8oe5.html?categoryId=27"><img src=
          "../72.5.200.197/images/steaks/steaks.gif" width="205" height="50" border=0"></a></td>
158     </tr>
159     <tr>
160       <td width="125" height="100"><a href="findProducts8oe5.html?categoryId=27"><img src=
          "../72.5.200.197/images/steaks/steaks.gif" width="125" height="100" border=0"></a></td>
161       <td width="10" height="100" align="right" valign="top"><img src=
          "../72.5.200.197/images/steaks/backgrounds/grayarrowtrans.gif" width="4" height="8" hspace="2"
          vspace="2"></td>
```

steaks.html

```
162    <td width="70" height="100" valign="top"><a href="findProducts0ee5.html?categoryId=27" class=
       "theme">We searched the world's oceans for the best lobster, crab, shrimp and fish </a></td>
163    </tr>
164    </table>
165    </div>
166    <!-- Heat and Serve Promo -->
167    <div id="PromoDivider2V" style=
       "position:absolute;z-index:30;top:535px;left:569px;width:1px;height:440px;background-color:#EFE5D4">
       <img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="1" height="400"> </div>
168    <div id="HeatAndServePromo" style="position:absolute;z-index:30;top:535px;left:581px;width:205px;">
169    <table width="205" height="150" border="0" cellpadding="0" cellspacing="0" background=
       "../72.5.200.197/images/steaks/backgrounds/heatandserve.jpg">
170    <tr>
171    <td height="50" width="205" colspan="3"><a href="findProducts0016.html?categoryId=3"><img src=
       "../72.5.200.197/images/steaks/steaks.gif" width="205" height="50" border="0"></a></td>
172    </tr>
173    <tr>
174    <td width="125" height="100"><a href="findProducts0016.html?categoryId=3"><img src=
       "../72.5.200.197/images/steaks/steaks.gif" width="125" height="100" border="0"></a></td>
175    <td width="10" height="100" align="right" valign="top"><img src=
       "../72.5.200.197/images/steaks/backgrounds/grayarrowtrans.gif" width="4" height="8" hspace="2"
       vspace="2"></td>
176    <td width="70" height="100" valign="top"><a href="findProducts0016.html?categoryId=32" class=
       "theme">Extravagant meals turned into pre-packaged entr&eacute;es</a></td>
177    </tr>
178    </table>
179    </div>
180    <!-- New products -->
181    <div id="PromoDivider1H" style=
       "position:absolute;z-index:30;top:695px;left:139px;width:139px;height:1px;background-color:#EFE5D4">
       <img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="200" height="1"></div>
182    <div id="PromoDivider2H" style=
       "position:absolute;z-index:30;top:695px;left:139px;width:360px;height:1px;background-color:#EFE5D4">
       <img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="200" height="1"></div>
183    <div id="PromoDivider3H" style=
       "position:absolute;z-index:30;top:695px;left:581px;width:139px;height:1px;background-color:#EFE5D4">
       <img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="200" height="1"></div>
184    <div id="NewProductsPromo" style="position:absolute;z-index:30;top:703px;left:139px;width:205px;
       height:150px;">
185    <table width="205" height="150" border="0" cellpadding="0" cellspacing="0" background=
       "../72.5.200.197/images/steaks/backgrounds/newproducts.jpg">
186    <tr>
187    <td height="50" width="205" colspan="3"><a href="NewProducts.html"><img src=
       "../72.5.200.197/images/steaks/steaks.gif" width="205" height="50" border="0"></a></td>
188    </tr>
189    <tr>
190    <td width="125" height="100"><a href="NewProducts.html"><img src=
       "../72.5.200.197/images/steaks/steaks.gif" width="125" height="100" border="0"></a></td>
191    <td width="10" height="100" align="right" valign="top"><img src=
```

```
steaks.html

191  "../72.5.200.197/images/steaks/backgrounds/grayarrowtrans.gif" width="4" height="8" hspace="2"
     vspace="2"></td>
192  <td width="70" height="100" valign="top"><a href="NewProducts.html" class="theme">Brand-new
     offerings from award winning Chefs.</a></td>
193  </tr>
194  </table>
195  </div>
196  <!-- Best Sellers -->
197  <div id="BestSellersPromo" style="position:absolute;z-index:30;top:703px;left:360px;width:205px;">
198  <table width="205" border="0" cellpadding="0" cellspacing="0">
199  <tr>
200  <td colspan="2"><img src="../72.5.200.197/images/steaks/promo/bestsellers.gif" width="205"
     height="40"></td>
201  </tr>
202
203
204  <tr>
205  <td width="6" height="21" align="right" valign="top"><img src=
     "../72.5.200.197/images/steaks/promo/arrow.gif" width="8" hspace="2" vspace="2"></td>
206  <td width="199" height="21" valign="top"><a href="Productd47b.html?productId=35" class=
     "bestSellers">USDA PRIME Close-Trim Filets</a></td>
207  </tr>
208
209
210  <tr>
211  <td width="6" height="21" align="right" valign="top"><img src=
     "../72.5.200.197/images/steaks/promo/arrow.gif" width="4" height="8" hspace="2" vspace="2"></td>
     <td width="199" height="21" valign="top"><a href="Productdad8.html?productId=43" class=
     "bestSellers">Boneless Sirloin Strip Steaks - USDA PRIME</a></td>
212  </tr>
213
214
215  <tr>
216  <td width="6" height="21" align="right" valign="top"><img src=
     "../72.5.200.197/images/steaks/promo/arrow.gif" width="4" height="8" hspace="2" vspace="2"></td>
     <td width="199" height="21" valign="top"><a href="Productddea.html?productId=52" class=
     "bestSellers">Bone-In Ribeye - USDA PRIME</a></td>
217  </tr>
218
219
220  <tr>
221  <td width="6" height="21" align="right" valign="top"><img src=
     "../72.5.200.197/images/steaks/promo/arrow.gif" width="4" height="8" hspace="2" vspace="2"></td>
     <td width="199" height="21" valign="top"><a href="Productb482.html?productId=61" class=
     "bestSellers">Porterhouse Steaks - USDA PRIME</a></td>
222  </tr>
223
224
225  <tr>
226  <td width="6" height="21" align="right" valign="top"><img src=
     "../72.5.200.197/images/steaks/promo/arrow.gif" width="4" height="8" hspace="2" vspace="2"></td>
     <td width="199" height="21" valign="top"><a href="Productb2f6.html?productId=104" class=
     "bestSellers">Braised Veal Osso Buco</a></td>
```

```
steaks.html
227      </tr>
228
229      <tr>
230      <td width="6" height="21" align="right" valign="top"><img src=
         "../72.5.200.197/images/steaks/promo/arrow.gif" width="4" height="8" hspace="2" vspace="2"></td>
231      <td width="199" height="21" valign="top"><a href="Product4a4.html?productId=127" class=
         "bestSellers">Maryland-Style Crab Cakes</a></td>
232      </tr>
233
234      <tr>
235      <td width="6" height="21" align="right" valign="top"><img src=
         "../72.5.200.197/images/steaks/promo/arrow.gif" width="4" height="8" hspace="2" vspace="2"></td>
236      <td width="199" height="21" valign="top"><a href="Product42a1.html?productId=75" class=
         "bestSellers">Traditional Scottish-Style Smoked Salmon - Presliced</a></td>
237      </tr>
238
239      <tr>
240      <td width="6" height="21" align="right" valign="top"><img src=
         "../72.5.200.197/images/steaks/promo/arrow.gif" width="4" height="8" hspace="2" vspace="2"></td>
241      <td width="199" height="21" valign="top"><a href="Product0be.html?productId=162" class=
         "bestSellers">West Australian Tails</a></td>
242      </tr>
243
244      <tr>
245      <td width="6" height="21" align="right" valign="top"><img src=
         "../72.5.200.197/images/steaks/promo/arrow.gif" width="4" height="8" hspace="2" vspace="2"></td>
246      <td width="199" height="21" valign="top"><a href="Product9d64.html?productId=87" class=
         "bestSellers">Our Stuffed Poultry Sampler</a></td>
247      </tr>
248
249      <tr>
250      <td width="6" height="21" align="right" valign="top"><img src=
         "../72.5.200.197/images/steaks/promo/arrow.gif" width="4" height="8" hspace="2" vspace="2"></td>
251      <td width="199" height="21" valign="top"><a href="Product699.html?productId=136" class=
         "bestSellers">Lamb Rib Chops - Frenched</a></td>
252      </tr>
253
254      </table>
255      </div>
256      <!-- Desserts Promo -->
257      <div id="DessertsPromo" style="position:absolute;z-index:30;top:703px;left:581px;width:205px;">
258      <table width="205" height="205" border="150" cellpadding="0" cellspacing="0" background=
259      "../72.5.200.197/images/steaks/backgrounds/desserts.jpg">
260      <tr>
261      <td height="50" width="50" colspan="3"><a href="findProductsa0f9.html?categoryId=55"><img src=
         "../72.5.200.197/images/steaks/steaks.gif" width="205" height="205" border="0"></a></td>
262      </tr>
263      <tr>
```

Page 10 of 12

steaks.html

```
264    <td width="125" height="100"><a href="findProductsa0f9.html?categoryId=55"><img src=
       "../72.5.200.197/images/steaks/steaks.gif" width="125" height="100" border="0"></a></td>
265    <td width="10" height="100" align="right" valign="top"><img src=
       "../72.5.200.197/images/steaks/backgrounds/grayarrowtrans.gif" width="4" height="8" hspace="2"
       vspace="2"></td>
266    <td width="70" height="100" valign="top"><a href="findProductsa0f9.html?categoryId=55" class=
       "theme">The Great Steakhouse Desserts by Allen Brothers </a></td>
267    </tr>
268    </table>
269    </div>
270    <!-- Special Offers Image -->
271    <div id="promoDivider4H" style=
       "position:absolute;z-index:30;top:869px;left:139px;width:200px;height:1px;background-color:#EFE5D4">
       <img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="200" height="1"></div>
272    <div id="promoDivider6H" style=
       "position:absolute;z-index:30;top:869px;left:581px;width:200px;height:1px;background-color:#EFE5D4">
       <img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="200" height="1"></div>
273    <div id="DessertsPromo" style="position:absolute;z-index:30;top:883px;left:159px;width:165px;"><a
274    href="Specialoffers.html" class="theme"><img src=
       "../72.5.200.197/images/catalog/SPECIALOFFER4/4/steaks.jpg" border="0"></a></div>
275    <div id="DessertsPromo" style="position:absolute;z-index:30;top:883px;left:581px;width:205px;">
276    <table width="205" border="0" cellspacing="0" cellpadding="0">
277    <tr>
278      <td colspan="3"><a href="Catalog.html"><img src=
       "../72.5.200.197/images/steaks/promo/catalog.gif" width="40" border="0"></a></td>
279    </tr>
280    <tr>
281      <td width="92" rowspan="2"><a href="Catalog.html"><img src=
       "http://72.5.200.197/images/catalog/Covers/2005/steaks-AI.jpg" width="92" height="109" border=
       "0"></a></td>
282      <td width="19" align="right" valign="top"><img src=
       "../72.5.200.197/images/steaks/promo/arrow.gif" width="4" height="8" hspace="8"
283      <td width="94" valign="top"><a href="eCatalog.html" class="theme">Visit our online catalog</a>
284    </td>
285    </tr>
286    <tr>
287      <td align="right" valign="top"><img src="../72.5.200.197/images/steaks/promo/arrow.gif" width=
       "4" height="8" hspace="2" vspace="2"></td>
288      <td valign="top"><a href="CatalogRequest.html" class="theme">Request a catalog</a></td>
289    </tr>
290    </table>
291    </div>
292    <div id="Footer" style="position:absolute;top:1042px;left:139px; z-index:30;">
293    <table border=0 width=629 cellspacing=0 cellpadding=0>
294      <tr>
295        <td width=629 align="center"><font face="Verdana, Geneva, Arial, Helvetica, san-serif"
         size="1" color="#635247"><br>
```

```
steaks.html

296                 <br>
297                <a href="AboutUs.html"><u>About Us</u></a> | <a href="PrivacyPolicy.html"><u>Privacy
                   Policy</u></a> | <a href="CatalogRequest.html"><u>Catalog Request</u></a> | <a href=
                   "Assistance.html"><u>Customer Service</u></a> | <a href="ContactUs.html"><u>Contact Us
                   </u></a><br>
298                <img src="./72.5.200.197/images/steaks/steaks.gif" width="1" height="3" alt="" border=
                   "0"><br>
299                For questions or assistance, call 24 hours a day! (800) 957-0111<br>
300                <img src="./72.5.200.197/images/steaks/steaks.gif" width="1" height="3" alt="" border=
                   "0"><br>
301          &copy; 2007 Allen Brothers, Inc., All Rights Reserved.</font><br>
302                <img src="./72.5.200.197/images/steaks/steaks.gif" width="1" height="3" alt="" border=
                   "0"><br>
303          <span class="pclic">design and development by <a href="http://www.prominentconsulting.com/" target=
             "_blank" class="pclic">Prominent Consulting, LLC</a></span></td>
304            </tr>
305            <tr>
306                <td><img src="./72.5.200.197/images/steaks/steaks.gif" width=1 height=8" alt="" border=
                   "0"></td>
307            </tr>
308            <tr>
309                <td align="center" class="navigationPlain">Enter your email address to receive special
                   offers
310          <form name="emailOffersBean" method="GET" action="http://72.5.200.192/emailOffers.do" onsubmit="return
             submitEmailForm(this);">
311                <input type="text" name="email" maxlength="76" size="15" tabindex="3" value="&lt;enter
                   emailgt;" onfocus="form.email.value='';" class="email">  <input type="image"
312                   name="action"
313                   src="./72.5.200.197/images/steaks/subscribe.gif"
314                   alt="SUBSCRIBE"
315                   border="0"
316                   tabindex="4"/></form></td>
317            </tr>
318          </table>
319          </div>
320          </body>
321
322          <!-- Copyright (c) 2005 by Prominent Consulting LLC. All Rights Reserved. -->
323          <!-- Added by HTTrack --><meta http-equiv="content-type" content="text/html;charset=iso-8859-1"><!--
             /Added by HTTrack -->
324          </html>
325
```

Serving.html

```
1
2
3
4
5
6
7
8
9   <!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN" "http://www.w3.org/TR/html4/loose.dtd">
10  <html><!-- InstanceBegin template="/Templates/steaks.dwt.jsp" codeOutsideHTMLisLocked="false" -->
11
12  <!-- Copyright (c) 2005 by Prominent Consulting LLC. All Rights Reserved. -->
13  <!-- Added by HTTrack --><meta http-equiv="content-type" content="text/html;charset=iso-8859-1"><!--
    /Added by HTTrack -->
14  <head>
15  <meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
16  <META name="description" content="Order steaks, lobsters, seafood, and desserts from the purveyor of
    America's highest-quality USDA prime steaks and beef, Allen Brothers">
17  <META name="keywords" content="steaks,steak,prime beef,beef,prime steaks,aged beef,kobe beef,angus
    beef,mail order steaks,wagyu beef,prime steak,mail order steaks,filet mignon,beef
    wellington">
18  <!-- InstanceBeginEditable name="doctitle" -->
19  <title>Allen Brothers USDA Prime Steaks and Prime Beef</title>
20  <!-- InstanceEndEditable --><link rel="stylesheet" href="../../72.5.200.197/css/steaks.css" type=
    "text/css">
21  <SCRIPT language="JavaScript" src="../../72.5.200.197/js/steaks.js"></SCRIPT>
22  <!-- InstanceBeginEditable name="head" --><!-- InstanceEndEditable -->
23  </head>
24  <body bgcolor="#ffffff" vlink="#635247" alink="#635247" link="#635247" marginheight="0" marginwidth="0"
    topmargin="0" leftmargin="0" rightmargin="0" onload=
    "MM_preloadImages('http://72.5.200.197/images/nav/top/ordertracking-
    over.gif','http://72.5.200.197/images/nav/top/myAccount-
    over.gif','http://72.5.200.197/images/nav/top/cart-over.gif','http://72.5.200.197/images/nav/top/go-
    down.gif','../../72.5.200.197/images/nav/top/go-
    over.gif','../../72.5.200.197/images/steaks/ordertracking-
    over.gif','../../72.5.200.197/images/steaks/myaccount-over.gif','../../72.5.200.197/images/steaks/cart-
    over.gif','../../72.5.200.197/images/steaks/shop-
    over.jpg','../../72.5.200.197/images/steaks/leftnav/primesteaks-
    over.jpg','../../72.5.200.197/images/steaks/leftnav/wetaged-
    over.jpg','../../72.5.200.197/images/steaks/leftnav/buffalo-
    over.jpg','../../72.5.200.197/images/steaks/leftnav/dryaged-
    over.jpg','../../72.5.200.197/images/steaks/leftnav/never-
    over.jpg','../../72.5.200.197/images/steaks/leftnav/kobe-
    over.jpg','../../72.5.200.197/images/steaks/leftnav/appetizers-
    over.jpg','../../72.5.200.197/images/steaks/leftnav/buffalo-
    over.jpg','../../72.5.200.197/images/steaks/leftnav/desserts-
    over.jpg','../../72.5.200.197/images/steaks/leftnav/duck-
    over.jpg','../../72.5.200.197/images/steaks/leftnav/heatandserve-
    over.jpg','../../72.5.200.197/images/steaks/leftnav/lamb-
    over.jpg','../../72.5.200.197/images/steaks/leftnav/pork-
    over.jpg','../../72.5.200.197/images/steaks/leftnav/poultry-
```

Serving.html

```
24    over.jpg','../72.5.200.197/images/steaks/leftnav/sausage-
      over.jpg','../72.5.200.197/images/steaks/leftnav/seafood-
      over.jpg','../72.5.200.197/images/steaks/leftnav/steakburgers-
      over.jpg','../72.5.200.197/images/steaks/leftnav/veal-
      over.jpg','../72.5.200.197/images/steaks/leftnav/newproducts-
      over.jpg','../72.5.200.197/images/steaks/leftnav/specials-
      over.jpg','../72.5.200.197/images/steaks/leftnav/favorites-over.jpg')">
25    <div id="topLinks" class="topLinks"><a href="steaks.html" class="theme">Home</a> - <a href=
      "AboutUs.html" class="theme">About Us</a> - <a href="ContactUs.html" class="theme">Contact Us</a> - <a
      href="CatalogRequest.html" class="theme">Catalog Request</a> </div>
26    <div id="CompanyLogo" style="position:absolute; top:2px; left:2px; z-index:30; width:328px;
      height:50px;"><A href="steaks.html"><img src="../72.5.200.197/images/steaks/A5-logo.jpg" width="328"
      height="50" border="0"></A></div>
27    <div id="signoff" class="siteNavigation" style="left:300px;"></div>
28    <!--<div id="OrderTracking" class="siteNavigation" style="left:350px;"><a href="OrderTracking.jsp"
      onMouseOut="MM_swapImgRestore()"
      onMouseOver="MM_swapImage('OrderTracking','','http://72.5.200.197/images/steaks/ordertracking-
      over.gif',1)"><img src="http://72.5.200.197/images/steaks/ordertracking-
      name="OrderTracking" width="101" height="17" border="0"></a></div>
29    <div id="MyAccount" class="siteNavigation" style="left:456px;"><a href="MyAccount.jsp"
      onMouseOut="MM_swapImgRestore()"
      onMouseOver="MM_swapImage('MyAccount','','http://72.5.200.197/images/steaks/myaccount-over.gif',1)">
      <img src="http://72.5.200.197/images/steaks/myaccount.gif" alt="MY ACCOUNT" name="MyAccount" width="80"
      height="17" border="0"></a></div> -->
30    <div id="ShoppingCart" class="siteNavigation" style="top:23px; left:541px;"><a href="ShoppingCart.html"
      onMouseOut="MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Cart','','../72.5.200.197/images/steaks/cart-over.gif',1)"><img src=
      "../72.5.200.197/images/steaks/cart.gif" alt="Shopping Cart" name="Cart" width="38" height="38" border=
      "0"></a></div>
31    <div id="Search" class="siteNavigation" style="left:584px;"><img src=
      "../72.5.200.197/images/steaks/search.gif" alt="Search" name="Search" width="40" height="17" border="0"
      ></div>
32    <form name="searchBean" method="GET" action="http://72.5.200.197/search.do">
33    <div id="searchForm" class="siteNavigation" style="left:628px;width:120px;top:30px;">
34      <input type="text" name="searchString" maxlength="30" size="15" tabindex="1" value="keyword or
      item #" onfocus="form.searchString.value='';" class="search">
35    </div>
36    <div id="searchForm" class="siteNavigation" style="left:750px;width:17px;top:32px;">
37      <input type="image"
38          name="action"
39          src="../72.5.200.197/images/steaks/gobutton.gif"
40          alt="GO"
41          border="0"
42          value="button.Submit"
43          tabindex="2"/>
44    </div>
45    </form>
46    <div id="topNavBar" class="topNavBar"></div>
47    <div id="ShopTopNav" class="topNavBarItems" style="left:1px;"><a href="Shopc631.html?categoryId=87"
      onMouseOut="MM_swapImgRestore()" onMouseOver=
```

Serving.html

```
47    "MM_swapImage('ShopTopNav','','../72.5.200.197/images/steaks/shop-over.gif',1);"><img src=
      "../72.5.200.197/images/steaks/shop.gif" alt="Shop Categories" name="ShopTopNav" width="127" height=
      "18" border="0"></a></div>
48    <div id="GiftTopNav" class="topNavBarItems" style="left:130px;"><a href=
      "findProducts848c.html?categoryId=103" onMouseOut="MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('GiftTopNav','','../72.5.200.197/images/steaks/gift-over.gif',1);"><img src=
      "../72.5.200.197/images/steaks/gift.gif" alt="Gift Ideas" name="GiftTopNav" width="127" height="18"
      border="0"></a></div>
49    <div id="FineDiningTopNav" class="topNavBarItems" style="left:284px; z-index:30; width:127px;
      height:18px;"><a href="FineDining.html" onMouseOut="MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('FineDiningTopNav','','../72.5.200.197/images/steaks/finedining-over.gif',1);"><img src=
      "../72.5.200.197/images/steaks/finedining.gif" alt="Fine Dining" name="FineDiningTopNav" width="127"
      height="18" border="0"></a></div>
50    <div id="CatalogTopNav" class="topNavBarItems" style="left:418px;"><a href="Catalog.html" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('CatalogTopNav','','../72.5.200.197/images/steaks/catalog-over.gif',1);"><img src=
      "../72.5.200.197/images/steaks/catalog.gif" alt="Catalog" name="CatalogTopNav" width="127" height="18"
      border="0"></a></div>
51    <div id="AssistanceTopNav" class="topNavBarItems" style="left:547px;"><a href="Assistance.html"
      onMouseOut="MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('AssistanceTopNav','','../72.5.200.197/images/steaks/assistance-over.gif',1);"><img src=
      "../72.5.200.197/images/steaks/assistance.gif" alt="Assistance" name="AssistanceTopNav" width="127"
      height="18" border="0"></a></div>
52    <div id="LeftNavigationBar" class="leftNavBar">
53    <div id="PrimeSteaks" class="shopCategory"><a href="findProducts5095.html?categoryId=90" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image22','','../72.5.200.197/images/steaks/leftnav/primesteaks-over.jpg',1);"><img src=
      "../72.5.200.197/images/steaks/leftnav/primesteaks.jpg" alt="Prime Steaks" name="Image22" width="127"
      height="15" border="0"></a></div>
54    <div id="PrimeBeef" class="shopCategory"><a href="findProducts7a20.html?categoryId=76" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image23','','../72.5.200.197/images/steaks/leftnav/wetaged-over.jpg',1);"><img src=
      "../72.5.200.197/images/steaks/leftnav/wetaged.jpg" alt="Wet-Aged Beef" name="Image23" width="127"
      height="15" border="0"></a></div>
55    <div id="DryAgedBeef" class="shopCategory"><a href="findProducts7b4c.html?categoryId=50" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image24','','../72.5.200.197/images/steaks/leftnav/dryaged-over.jpg',1);"><img src=
      "../72.5.200.197/images/steaks/leftnav/dryaged.jpg" alt="Dry-Aged Beef" name="Image24" width="127"
      height="15" border="0"></a></div>
56    <div id="WagyuBeef" class="shopCategory"><a href="findProducts494a.html?categoryId=108" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image26','','../72.5.200.197/images/steaks/leftnav/kobe-over.jpg',1);"><img src=
      "../72.5.200.197/images/steaks/leftnav/kobe.jpg" alt="Kobe-style Wagyu Beef" name="Image26" width=
      "127" height="15" border="0"></a></div>
57    <div id="NeverFrozenBeef" class="shopCategory"><a href="findProducts9783.html?categoryId=60"
      onMouseOut="MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image25','','../72.5.200.197/images/steaks/leftnav/never-over.jpg',1);"><img src=
      "../72.5.200.197/images/steaks/leftnav/never.jpg" alt="Never Frozen Beef" name="Image25" width="127"
      height="15" border="0"></a></div>
58    <div id="Appetizers" class="shopCategory"><a href="findProducts2f9f.html?categoryId=64" onMouseOut=
```

Page 3 of 12

Serving.html

```
58   "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image27','','//72.5.200.197/images/steaks/leftnav/appetizers-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/appetizers.jpg" alt="Appetizers" name="Image27" width="127"
     height="15" border="0"></a></div>
     <div id="BuffaloVenison" class="shopCategory"><a href="#findProductsabe75.html?categoryId=40" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image28','','//72.5.200.197/images/steaks/leftnav/buffalo-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/buffalo.jpg" alt="Buffalo & Venison" name="Image28" width="127"
     height="15" border="0"></a></div>
59   "MM_swapImgRestore()" onMouseOver=
     <div id="Desserts" class="shopCategory"><a href="#findProductsa0f9.html?categoryId=55" onMouseOut=
60   "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image29','','//72.5.200.197/images/steaks/leftnav/desserts-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/desserts.jpg" alt="Desserts" name="Image29" width="127" height=
     "15" border="0"></a></div>
     <div id="Duck" class="shopCategory"><a href="#findProductsb445.html?categoryId=33" onMouseOut=
61   "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image30','','//72.5.200.197/images/steaks/leftnav/duck-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/duck.jpg" alt="Duck" name="Image30" width="127" height="15"
     border="0"></a></div>
62   <div id="HeatAndServeEntrees" class="shopCategory"><a href="#findProductsd016.html?categoryId=32"
     onMouseOut="MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image31','','//72.5.200.197/images/steaks/leftnav/heatandserve-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/heatandserve.jpg" alt="Heat & Serve Entr&eacute;es" name=
     "Image31" width="127" height="15" border="0"></a></div>
63   <div id="Lamb" class="shopCategory"><a href="#findProductsa5e2c.html?categoryId=39" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image32','','//72.5.200.197/images/steaks/leftnav/lamb-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/lamb.jpg" alt="Lamb" name="Image32" width="127" height="15"
     border="0"></a></div>
64   <div id="Pork" class="shopCategory"><a href="#findProductsb598.html?categoryId=30" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image33','','//72.5.200.197/images/steaks/leftnav/pork-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/pork.jpg" alt="Pork" name="Image33" width="127" height="15"
     border="0"></a></div>
65   <div id="Poultry" class="shopCategory"><a href="#findProducts393e.html?categoryId=28" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image34','','//72.5.200.197/images/steaks/leftnav/poultry-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/poultry.jpg" alt="Poultry" name="Image34" width="127" height=
     "15" border="0"></a></div>
66   <div id="SausagesAndBratwurst" class="shopCategory"><a href="#findProducts6b27.html?categoryId=81"
     onMouseOut="MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image35','','//72.5.200.197/images/steaks/leftnav/sausages-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/sausages.jpg" alt="Sausages & Bratwurst" name="Image35" width=
     "127" height="15" border="0"></a></div>
67   <div id="Seafood" class="shopCategory"><a href="#findProducts0ee5.html?categoryId=27" onMouseOut=
     "MM_swapImgRestore()" onMouseOver=
     "MM_swapImage('Image36','','//72.5.200.197/images/steaks/leftnav/seafood-over.jpg',1)"><img src=
     "../72.5.200.197/images/steaks/leftnav/seafood.jpg" alt="Seafood" name="Image36" width="127" height=
     "15" border="0"></a></div>
68   <div id="SteakBurgersAndDogs" class="shopCategory"><a href="#findProducts4c62.html?categoryId=80"
```

Serving.html

```
68    onMouseOut="MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image37','','../72.5.200.197/images/steaks/leftnav/steakburgers-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/steakburgers.jpg" alt="Steak Burgers & Dogs" name="Image37"
      width="127" height="15" border="0"></a></div>
69    <div id="Veal" class="shopCategory"><a href="findProducts9eco.html?categoryId=26" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image38','','../72.5.200.197/images/steaks/leftnav/veal-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/veal.jpg" alt="Veal" name="Image38" width="127" height="15"
      border="0"></a></div>
70    <div id="NewProducts" class="shopCategory"><a href="NewProducts.html" onMouseOut="MM_swapImgRestore()"
      onMouseOver="MM_swapImage('Image39','','../72.5.200.197/images/steaks/leftnav/newproducts-over.jpg',1)
      "><img src="../72.5.200.197/images/steaks/leftnav/newproducts.jpg" alt="New Products" name="Image39"
      width="127" height="15" border="0"></a></div>
71    <div id="Specials" class="shopCategory"><a href="findProducts4794.html?categoryId=89" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image40','','../72.5.200.197/images/steaks/leftnav/specials-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/specials.jpg" alt="Specials" name="Image40" width="127" height=
      "15" border="0"></a></div>
72    <div id="BestSellers" class="shopCategory"><a href="findProducts8f29.html?categoryId=91" onMouseOut=
      "MM_swapImgRestore()" onMouseOver=
      "MM_swapImage('Image41','','../72.5.200.197/images/steaks/leftnav/favorites-over.jpg',1)"><img src=
      "../72.5.200.197/images/steaks/leftnav/favorites.jpg" alt="Favorites" name="Image41" width="127"
      height="15" border="0"></a></div>
73    <div id="OptIn" class="optIn">
74    <form name="emailoffersBean" method="GET" action="http://72.5.200.192/emailoffers.do" onsubmit="return
      submitEmailForm(this);">
75    <div align="center"><img src="../72.5.200.197/images/steaks/doublehorizontal.gif" width="120"
      height="5"><br>
76    <img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
77    <img src="../72.5.200.197/images/steaks/emailsubscribe.gif" width="97" height="49" alt="" border=
      "0"><br>
78    <img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
79    <input type="text" name="email" maxlength="76" size="15" tabindex="3" value="&lt;enter
      email&gt;" onfocus="form.email.value='';" class="email">
80    <br>
81    <img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
82    <input type="image"
83               name="action"
84               src="../72.5.200.197/images/steaks/subscribe.gif"
85               alt="SUBSCRIBE"
86               border="0"
87               tabindex="4"/>
88    <br>
89    <img src="../72.5.200.197/images/steaks/doublehorizontal.gif" width="120" height="5"> </div>
90    </div>
91    </form>
92    </div>
93    <div class="navigationLinks"><a class="navigationTheme" href="steaks.html">Home</a> <span class=
      "navigationPlain">&gt;</span> </div>
94    <div class="standardPage">
```

Page 5 of 12

Serving.html

```
95   <table width="100%"  border="0"  cellspacing="0" cellpadding="0"|>
96   <tr>
97   <td><!-- InstanceBeginEditable name="MainBody"  --><script language=javascript>
98   var catalog = '';
99   var catalog_name = '';
100  var rfx_page = '';
101  regEx = /rfx catalog=([^&=]*)(&|$)?/
102  m=regEx.exec(location.search);
103  if (m) {
104      catalog = m[1];
105  }
106
107
108  regEx = /catalog name=([^&=]*)(&|$)?/
109  m=regEx.exec(location.search);
110  if (m) {
111      catalog_name = m[1];
112  }
113
114
115  regEx = /rfx spread=([^&=]*)(&|$)?/
116  m=regEx.exec(location.search);
117  if (m) {
118      rfx_page = m[1];
119  }
120
121
122  if (catalog == '1') {
123      //if the catalog is embeded in the client site use this:
124      document.write ( '<a href="eCatalog.jsp?rfx_page=' + rfx_page + '" class="theme"><img src=
         "http://72.5.200.197/images/steaks/arrowdbl_left.gif" border="0"> Return to Online Catalog
         </a><br>');
125  }
126
127  </script>
128  <img src="../72.5.200.197/images/steaks/finedining/restaurantsbuy.jpg" width="400" height="50"><br>
129  <span class="contentsmall">The soul of every great steakhouse is extraordinary beef. And in the
     restaurant business, achieving greatness starts with serving the best. Top restaurateurs know that
     only the finest USDA Prime aged cuts create the most superior and memorable steaks.<br>
130  <br>
131  </span><span class="contentsmall">Mention Chicago Chop House, Del Frisco's, and The Prime Rib - to
     name a few - and the name Allen Brothers echoes in the background. That's because we've been
     supplying the country's top steakhouses with the finest meats for more than 110 years. They know they
     can rely on Allen Brothers to provide perfection every time - it's confidence on which they stake
     their reputations.
132  <br>
133  <br>
134  </span><span class="contentsmall"> Allen Brothers is pleased to deliver the same restaurant quality
     cuts to your home so that you can indulge in the ultimate steakhouse experience any time. It's an
     experience we guarantee you'll look forward to, again and again.
```

Page 6 of 12

Serving.html

```
135  </span>
136  <br><br>
137  <br>
138  <span class="contentsmall"> Here's what America's great steakhouses have to say about Allen Brothers:
139   <br>
140  <br>
141  </span>
142  <table width=630 border=0 cellpadding=0 cellspacing="10">
143  <tr>
     <td height="1" colspan="4" bgcolor="#EFE5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
     width="1" height="1"></td>
144  </tr>
145  <tr class="contentsmallcell" height=30>
146  <td width=150 align="right" valign="top"><a href=
     "http://www.abacus-restaurant.com/newsite/index.html" target="_blank"><img src=
     "../72.5.200.197/images/steaks/finedining/restaurants/old/ABACUS.gif" height="72"
     border="0"></a></td>
147  <td width=150 valign="top">"Over the years, ALLEN BROTHERS has delivered us the quality of product
     and the service that matched the aggressive and high-level goals that we've set for Abacus
     Restaurant. This Kansas City-born chef is proud to be affiliated with ALLEN BROTHERS."<br>
148  <em><br>
149  Kent Rathbun, Executive Chef/Proprietor Abacus Restaurant, Dallas TX</em></td>
150  <td width=150 align="right" valign="top"><a href=
     "http://www.buckheadrestaurants.com/home noflash.html" target="_blank"><img src=
     "../72.5.200.197/images/steaks/finedining/restaurants/old/CHOPS.gif" width="79" height="37" border=
     "0"></a></td>
151  <td width=150 valign="top">"When you own a restaurant, there are a million things to worry about.
     But I never have to worry about the quality of ALLEN BROTHERS veal chops, lamb chops, and steaks.
     They're the best.<br>
152  <em><br>
153  Pano Karatassos, President Chops, Atlanta GA</em></td>
154  </tr>
155  <td height="1" colspan="4" bgcolor="#EFE5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
     width="1" height="1"></td>
156  </tr>
157  <tr class="contentsmallcell" height=30>
158  <td width="150" align="right" valign="top"><a href="http://www.delfriscos.com/" target="_blank"><img
     src="../72.5.200.197/images/steaks/finedining/restaurants/old/DELFRISCOS.gif" width="132"
     height=57 border="0"></a></td>
159  <td width="150" valign="top">"Del Frisco's Double Eagle Steak House continues to enjoy ALLEN
     BROTHERS' commitment to service and quality of products. A world-class operation.<br>
160  <em><br>
161  Dee Lincoln, Vice President/Co-founder Del Frisco's, Dallas TX</em></td>
162  <td width="150" align="right" valign="top"><a href="http://www.geneandgeorgetti.com/" target=
     "_blank"><img src="../72.5.200.197/images/steaks/finedining/restaurants/old/GENE.gif" width="116"
     height="60" border="0"></a></td>
163  <td width="150" valign="top">"The people at ALLEN BROTHERS really put their hearts and souls into
     everything they do &ndash; that's why we rely on them for our finest meats."<br>
164  <em><br>
165  Tony Durpetti, President Gene & Georgetti, Chicago IL</em></td>
```

Serving.html

```
166  <tr>
167    <td height="1" colspan="4" bgcolor="#EFE5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
       width="1" height="1"></td>
168  </tr>
169  <tr class="contentsmallcell">
170    <td width="150" align="right" valign="top"><a href="http://www.michaelskeywest.com/" target=
       " blank"><img src="../72.5.200.197/images/steaks/finedining/restaurants/old/MICHAELS.gif" width=
       "139" height="53" border="0"></a></td>
171    <td width="150" valign="top">"Consistency and quality are make-or-break factors in any restaurant.
       Using ALLEN BROTHERS I am assured that both of these bases are covered."<br>
       <em><br>
172
173    Michael Wilson, Chef/Owner Michaels Restaurant, Key West Fl</em></td>
174    <td width="150" align="right" valign="top"><a href="http://www.sardinefactory.com/" target="_blank"
       ><img src="../72.5.200.197/images/steaks/finedining/restaurants/old/SARDINE.gif" width="115"
       height="50" border="0"></a></td>
175    <td width="150" valign="top">"Even though we are a seafood restaurant, our customers expect the
       best in prime beef. That's why we use ALLEN BROTHERS &ndash; because it is the best."<br>
       <em><br>
176
177
178    Bert Cutino, CEC, AAC, Co-Founder Sardine Factory, Monterey CA</em></td>
179    <td height="1" colspan="4" bgcolor="#EFE5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
       width="1" height="1"></td>
180  </tr>
181  <tr class="contentsmallcell">
182    <td width="150" align="right" valign="top"><a href="http://www.theprimerib.com/" target=" blank">
       <img src="../72.5.200.197/images/steaks/finedining/restaurants/old/PRIMERIB.gif" width="128"
       height="66" border="0"></a></td>
183    <td width="150" valign="top">"I've relied on three generations of the ALLEN BROTHERS family as my
       purveyor of fine meats for one reason: they only provide the best. ALLEN BROTHERS has built a
       tradition of quality that's unsurpassed."<br>
184    <em><br>
185
186    C.P. "Buzz" Beler, President The Prime Rib, Washington D.C.</em></td>
187    <td width="150" align="right" valign="top"><img src=
       "../72.5.200.197/images/steaks/finedining/restaurants/yoshis.jpg" width="150" height="94"></td>
       <td width="150" valign="top">"ALLEN BROTHERS tradition of quality and service is unmatched by any
       other company."<br>
188    <em><br>
189
190    Chef Yoshi Katsumura, Owner Yoshi's Cafe, Chicago Il</em></td>
191    <td height="1" colspan="4" bgcolor="#EFE5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
       width="1" height="1"></td>
192  </tr>
193  <tr class="contentsmallcell">
194    <td width="150" align="right" valign="top"><a href="http://www.chicagochophouse.com/" target=
       " blank"><img src="../72.5.200.197/images/steaks/finedining/restaurants/old/CHICAGO.gif" width=
       "103" height="57" border="0"></a></td>
195    <td width="150" valign="top">"We always finish high in the annual national poll for America's best
       steak houses. You earn accolades like that by serving superior, memorable steaks. ALLEN BROTHERS
       keeps us in the spotlight."<br>
196    <br>
```

Page 8 of 12

Serving.html

```
197      <em>Bill Farrahi, President Chicago Chop House, Chicago IL</em></td>
198      <td width="150" align="right" valign="top"><a href="http://www.schwartzbros.com/daniels.cfm"
         target="_blank"><img src="../72.5.200.197/images/steaks/finedining/restaurants/old/DANIELS.gif"
         width="77" height="42" border="0"></a></td>
199      <td width="150" valign="top">"Our goal at Daniel's Broiler is to exceed our guests' expectations on
         each and every visit. To that end, every steak we serve is USDA Prime and ALLEN BROTHERS
         consistently meets our uncompromising standards of excellence."<br>
         <br>
200
201      <em>Bill Schwartz, Chairman Daniel's Broiler, Seattle WA</em></td>
202      </tr>
203      <td height="1" colspan="4" bgcolor="#EFE5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
         width="1" height="1"></td>
204      </tr>
205      <tr class="contentsmallcell">
206      <td width="150" align="right" valign="top"><a href="http://www.eliplaceforsteak.com/" target=
         "_blank"><img src="../72.5.200.197/images/steaks/finedining/restaurants/old/ELIS.gif" width="103"
         height="72" border="0"></a></td>
207      <td width="150" valign="top">"We have customers who have been coming here for decades because they
         love our steaks. That's one of the reasons we're successful &ndash; and ALLEN BROTHERS is the
         secret of that success."<br>
         <br>
208
209      <em>Marc Schulman, President Eli's &ndash; The Place for Steak, Chicago IL</em></td>
210      <td width="150" align="right" valign="top"><a href=
         "http://www.aceplaces.com/magnume/chicago/home.html" target="_blank"><img src=
         "../72.5.200.197/images/steaks/finedining/restaurants/old/MAGNUMS.gif" width="125" height="37">
         border="0"></a></td>
211      <td width="150" valign="top">"We use ALLEN BROTHERS for their commitment to quality and service, as
         we strive to achieve the goal of giving our customers the best quality food products."<br>
         <em><br>
         Norbert Skibicki, Corporate Chef Magnum's Chicago, Lombard and Rolling Meadows, IL</em></td>
212
213
214
215      <tr><td height="1" colspan="4" bgcolor="#EFE5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
         width="1" height="1"></td>
216      </tr>
217      <tr class="contentsmallcell">
218      <td width="150" align="right" valign="top"><img src=
         "../72.5.200.197/images/steaks/finedining/restaurants/old/SEAGERS.gif" width="140" height="26"></td
         >
219      <td width="150" valign="top">"From the beginning of our prime steak restaurant concept, there was
         one item that was absolutely certain...all prime meats must come from ALLEN BROTHERS."<br>
220      <em><br>
221      Bruce McAdoo, Executive Chef Seagar's Prime Steaks & Seafood, Destin FL and Alexandria VA</em>
         </td>
222      <td width="150" align="right" valign="top"><a href="http://www.tonysstlouis.com/" target="_blank"><
         img src="../72.5.200.197/images/steaks/finedining/restaurants/old/TONYS.gif" width="127" height=
         "67" border="0"></a></td>
223      <td width="150" valign="top">"From Sicilian sirloin to Steak Piavola, we are committed to serving
         only the finest quality. Year after year, we rely on ALLEN BROTHERS to help us do so."<br>
224      <em><br>
225      Vincent J. Bommarito, Owner Tony's, St. Louis MO</em></td>
```

Page 9 of 12

Serving.html

```
226   <tr>
227    <td height="1" colspan="4" bgcolor="#EFE5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
      width="1" height="1"></td>
228   </tr>
229   <tr class="contentsmallcell">
230    <td width="150" align="right" valign="top"><a href="http://www.n9ne.com/" target="_blank"><img src=
      "../72.5.200.197/images/steaks/finedining/restaurants/old/NINE.gif" width="134" height="70" border=
      "0"></a></td>
231    <td width="150" valign="top">"Nine Restaurants' reputation is based on quality, and we only serve
      the best. That's why I buy my Prime Aged Meat from ALLEN BROTHERS. Paired with their superior
      service and attention to detail, they are far above the competition.<br>
      <em><br>
232      Michael Shrader, Executive Chef Nine Restaurant, Chicago IL</em></td>
233    <td width="150" align="right" valign="top"><a href="http://www.albiernats.com/" target="_blank">
234   <img src="../72.5.200.197/images/steaks/finedining/restaurants/old/BIERNATS.gif" width="78" height=
      "48" border="0"></a></td>
235    <td width="150" valign="top">"After spending over 25 years in the steakhouse business, I am
      convinced that ALLEN BROTHERS provides me with the highest quality prime beef
      available.<br>
236      <em><br>
237      Al Biernat, Owner Al Biernat's, Dallas TX</em></td>
238   <tr><td height="1" colspan="4" bgcolor="#EFE5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
239      width="1" height="1"></td>
240   </tr>
241   <tr class="contentsmallcell">
242    <td width="150" align="right" valign="top"><a href="http://www.saloonsteakhouse.com/" target=
      "_blank"><img src="../72.5.200.197/images/steaks/finedining/restaurants/old/SALOON.gif" width="92"
      height="33" border="0"></a></td>
243    <td width="150" valign="top">"We cater to some of the most discerning clientele in the country.
      Whether it's Wagyu or USDA Prime cuts, ALLEN BROTHERS provides us with the finest beef available."
      <br>
244      <em><br>
245      Corey Shoemaker, Executive Chef Saloon Steakhouse, Chicago IL</em></td>
246    <td width="150" align="right" valign="top"><a href="http://www.theforge.com/" target="_blank"><img
      src="../72.5.200.197/images/steaks/finedining/restaurants/old/FORGE.gif" width="74" height="34"
      border="0"></a></td>
247    <td width="150" valign="top">"I'm a perfectionist - and I'll only work with people who are the
      same. I know when I receive lamb chops, veal, and steaks from ALLEN BROTHERS, they'll be perfect."
      <br>
248      <em><br>
249      Shariff Malnik, Owner The Forge, Miami FL</em></td>
250   <tr>
251    <td height="1" colspan="4" bgcolor="#EFE5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
      width="1" height="1"></td>
252   </tr>
253   <tr class="contentsmallcell">
254    <td width="150" align="right" valign="top"><img src=
      "../72.5.200.197/images/steaks/finedining/restaurants/old/PROVIDENCE.gif" width="62" height="80">
      </td>
```

Serving.html

```
255    <td width="150" valign="top">"It's all about relationships in the restaurant business -- with our
       customers as well as our suppliers. ALLEN BROTHERS has been a consistent source of unmatched
       quality, professionalism and dedicated service."<br>
       <em><br>
256    Micheal Degnan, Managing Partner, Providence Prime,<br>
257    Providence, RI</em></td>
258    <td width="150" align="right" valign="top"><a href="http://www.coleschophouse.citysearch.com/"
259    target="_blank"><img src="../72.5.200.197/images/steaks/finedining/restaurants/old/COLES.gif"
       width="32" height="32" border="0"></a></td>
260    <td width="150" valign="top">"Cole's Chop House prides itself on serving only the finest
       Midwestern, corn-fed beef. That is why we work with ALLEN BROTHERS to age and hand-select all of
       the USDA Prime steaks that we feature at Cole's Chop House."<br>
       <em><br>
261    Greg Cole, Chef and Owner Cole's Chop House, Napa CA</em></td>
262    <tr>
263    <td height="1" colspan="4" bgcolor="#EFE5D4"><img src="../72.5.200.197/images/steaks/steaks.gif"
264    width="1" height="1"></td>
       </tr>
265    <tr class="contentsmallcell">
266    <td width="150" align="right" valign="top"><img src=
267    "../72.5.200.197/images/steaks/finedining/restaurants/old/STETSONS.gif" width="111" height="15">
       </td>
268    <td width="150" valign="top">Stetson's<br>
269    <em><br>
270    Chicago IL</em><br>
271    <td width="150" align="right" valign="top"></td>
272    <td width="150" valign="top"></td>
273    </table>
274    <!-- InstanceEndEditable --></td>
275    </tr>
276    <tr valign="top">
277    <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="40"></td>
278    </tr>
279    <tr>
280    <td width=629 align="center" class="navigationPlain"><a href="AboutUs.html">About Us</a> | <a href=
       "PrivacyPolicy.html">Privacy Policy</a> | <a href="CatalogRequest.html">Catalog Request</a> | <a
       href="Assistance.html">Customer Service</a> | <a href="ContactUs.html">Contact Us</a><br>
281    For questions or assistance, call weekdays 8 AM to 5 PM CST &#8212; (800) 548-7777<br>
282    &copy; 2007 Allen Brothers, Inc., All Rights Reserved.</font><br>
283    design and development by <a href="http://www.prominentconsulting.com/" target="_blank">Prominent
       Consulting, LLC</a></td>
284    </tr>
285    <tr>
286    <td width=629 align="center" class="navigationPlain" valign="baseline">Enter your email address
       to receive special offers<br><form name="emailOffersBean" method="GET" action=
       "http://72.5.200.192/emailOffers.do" onsubmit="return submitEmailForm(this);"><input type=
       "text" name="email" maxlength="76" size="15" tabindex="3" value="&lt;enter email&gt;" onfocus=
       "form.email.value='';" class="email" <input type="image" name="action" src=
       "../72.5.200.197/images/steaks/subscribe.gif" alt=SUBSCRIBE" border="0" tabindex="4"/></form>
       </td>
```

Serving.html

```
287        </tr>
288    </table>
289   </div>
290   </body>
291   <!-- InstanceEnd -->
292   <!-- Copyright (c) 2005 by Prominent Consulting LLC. All Rights Reserved. -->
293   <!-- Added by HTTrack --><meta http-equiv="content-type" content="text/html;charset=iso-8859-1"><!--
      /Added by HTTrack -->
294   </html>
295
```

Case 1:07-cv-06357    Document 10-7    Filed 11/15/2007    Page 32 of 57

ContactUs.html

```
1
2
3
4
5
6
7
8
9
10
11
12
13
14  <!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN" "http://www.w3.org/TR/html14/loose.dtd">
15  <html><!-- InstanceBegin template="/Templates/steaks.dwt.jsp" codeOutsideHTMLIsLocked="false" -->
16
17  <!-- Copyright (c) 2005 by Prominent Consulting LLC. All Rights Reserved. -->
18  <!-- Added by HTTrack --><meta http-equiv="content-type" content="text/html;charset=iso-8859-1"><!--
    /Added by HTTrack -->
19  <head>
20  <meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
21  <META name="description" content="Order steaks, lobsters, seafood, and desserts from the purveyor of
    America's highest-quality USDA prime steaks and beef, Allen Brothers">
22  <META name="keywords" content="steaks, steak, prime beef, beef, prime steaks, aged beef, kobe beef, angus
    beef, mail order steaks, wagyu beef, prime steak, mail order steak, aged steaks, filet mignon, beef
    wellington">
23  <!-- InstanceBeginEditable name="doctitle" -->
24  <title>Allen Brothers USDA Prime Steaks and Prime Beef</title>
25  <!-- InstanceEndEditable --><link rel="stylesheet" href="../72.5.200.197/css/steaks.css" type=
    "text/css">
26  <SCRIPT language="JavaScript" src="../72.5.200.197/js/steaks.js"></SCRIPT>
27  <!-- InstanceBeginEditable name="head" --><!-- InstanceEndEditable -->
28  </head>
29  <body bgcolor="#ffffff" vlink="#635247" alink="#635247" link="#635247" marginheight="0" marginwidth="0"
    topmargin="0" leftmargin="0" rightmargin="0" onLoad=
    "MM_preloadImages('http://72.5.200.197/images/nav/top/ordertracking-
    over.gif','http://72.5.200.197/images/nav/top/myAccount-
    over.gif','http://72.5.200.197/images/nav/top/cart-over.gif','http://72.5.200.197/images/nav/top/go-
    down.gif','http://72.5.200.197/images/nav/top/go-
    over.gif','../72.5.200.197/images/steaks/ordertracking-
    over.gif','../72.5.200.197/images/steaks/myaccount-over.gif','../72.5.200.197/images/steaks/cart-
    over.gif','../72.5.200.197/images/steaks/shop-
    over.gif','../72.5.200.197/images/steaks/leftnav/primesteaks-
    over.jpg','../72.5.200.197/images/steaks/leftnav/wetaged-
    over.jpg','../72.5.200.197/images/steaks/leftnav/dryaged-
    over.jpg','../72.5.200.197/images/steaks/leftnav/never-
    over.jpg','../72.5.200.197/images/steaks/leftnav/kobe-
    over.jpg','../72.5.200.197/images/steaks/leftnav/appetizers-
    over.jpg','../72.5.200.197/images/steaks/leftnav/buffalo-
    over.jpg','../72.5.200.197/images/steaks/leftnav/desserts-
```

findProductse533.html

```
884   <a href="Product383d.html?productId=226&amp;categoryId=63">
885     <img src="../72.5.200.197/images/catalog/B1456-C/4/steaks.jpg" width="205" height=
        "205" border="0">
886   </a>
887   </td>
888   <td width="1" rowspan="2"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1"
      height="205" border="0"></td>
889   <td valign="top"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height=
      "4" border="0"><br>
890   <font size="2" class="prodDesc">
891
892   <!--product name-->
893   <b><a href="Product383d.html?productId=226&amp;categoryId=63" class="prodHiLite">Wagyu
      Steak Burgers</a></b><br><br>
894
895   <!--product description-->
896   We hand-select Allen Brothers Wagyu beef to make the world's finest hamburger - or to
      be more accurate, "Wagyu Steak Burger."
897   <br>
898   <br>
899   <a href="Product383d.html?productId=226&amp;categoryId=63" onMouseOver=
      "MM_swapImgRestore()" onMouseOut=
      "MM_swapImage('ViewDetails226','','../72.5.200.197/images/steaks/viewdetails-
      over.gif',1)">
900   <img src="../72.5.200.197/images/steaks/viewdetails.gif" alt="view details" name=
      "ViewDetails226" width="64" height="10" border="0">
901   </a></font>
902   </tr>
903   <tr>
904   <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0">
      <br>
905   <!--conditional: begin size drop-down-->
906   <table border="0" cellpadding="2" cellspacing="0">
907     <tr>
908       <td><font size="2">
909         <font class="addToCartError"></font>
910         <br>
911         <br>
912         <br>
913         <select name="selectedItem" class="selectDropDown215"><option value="">Select
            Product</option>
914
915         <option value="346">24 burgers - 4 oz. ea. - $84.95</option>
916
917         <option value="347">16 burgers - 6 oz. ea. - $84.95</option>
918
919         <option value="348">12 burgers - 8 oz. ea. - $84.95</option>
920
921         <option value="690">12 burgers - 10 oz. ea. - $89.95</option></select>
922
```

findProductse533.html

```
923                        </font></td>
924                    </tr>
925                    <tr>
926                        <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="2"
                            border="0"></td>
927                    </tr>
928                </table>
929                <!--end size drop-down-->
930                <table border="0" cellpadding="2" cellspacing="0">
931                    <tr>
932                        <td><img src="../72.5.200.197/images/steaks/qty_input.gif" width="15" height="20"
                            border="0"></td>
933                        <td>
934                            <input type="text" name="quantity" maxlength="2" size="2" value="" class=
                                "prodQuantityInput">
935                        </td>
936                        <td>
937                            <input type="hidden" name="productId" value="226">
938                            <input type="hidden" name="categoryId" value="63">
939                            <input type="hidden" name="shipTo" value="Me">
940                            <input type="hidden" name="referringPage" value="category">
941                            <input type=image
942                                name="AddToCart226"
943                                src="../72.5.200.197/images/steaks/add.gif"
944                                alt="Add To Cart"
945                                border="0"
946                                value="button_Submit"
947                                onMouseOut="MM_swapImgRestore()"
948                                onMouseOver=
                                "MM_swapImage('AddToCart226','','../72.5.200.197/images/steaks/addtocart-
                                over.gif',1)"
                                id="AddToCart226"/>
949                        </td>
950                    </tr>
951                </table></td>
952                </tr>
953            </table>
954        </td>
955    </tr>
956    </form>
957
958    <!--end product row-->
959
960    <!--begin product row-->
961    <form name="addToCartBean" method="GET" action="http://72.5.200.192/addToCart.do">
```

Page 26 of 49

findProducts533.html

```
968     <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="7"
        border="0"></td></tr>
969     <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="627"
        height="1" border="0"></td></tr>
970     <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="3"
        border="0"></td></tr>
971     <tr>
972     <td colspan="3">
973
974     <table border="0" cellpadding="0" cellspacing="0">
975     <tr>
976     <!--small product photo-->
977     <td rowspan="2" align="center" valign="top">
978     <a href="Productc0c9.html?productId=238&amp;categoryId=63">
979     <img src="../72.5.200.197/images/catalog/AB-P6A/4/steaks.jpg" width="205" height=
        "205" border="0">
980     </a>
981     </td>
982     <td width="1" rowspan="2"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1"
        height="205" border="0"></td>
983     <td valign="top"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height=
        "4" border="0"><br>
984     <font size="2" class="prodDesc">
985
986     <!--product name-->
987     <b><a href="Productc0c9.html?productId=238&amp;categoryId=63" class="prodHiLite">Wagyu
        Bulk Ground Beef</a></b><br>
988
989     <!--product description-->
990     With our delicious, bulk-quantity Wagyu ground beef, you can choose your own serving
        size and add Allen Brothers flavor to your own dishes, such as pasta sauces, meatloaf,
        and casseroles or use in your favorite burger recipes.
991     <br>
992     <br>
993     <a href="Productc0c9.html?productId=238&amp;categoryId=63" onMouseOut=
        "MM_swapImgRestore()" onMouseOver=
        "MM_swapImage('ViewDetails238','','../72.5.200.197/images/steaks/viewdetails-
        over.gif',1)">
994     <img src="../72.5.200.197/images/steaks/viewdetails.gif" alt="view details" name=
        "ViewDetails238" width="64" height="10" border="0">
995     </a></font>
996     </tr>
997     <tr>
998     <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0">
        <br>
999     <!--conditional: begin size drop-down-->
1000    <table border="0" cellpadding="2" cellspacing="0">
1001    <tr>
1002    <td><font size="2">
1003    <font class="addToCartError"></font>
```

findProductse533.html

```
1004                    <br>
1005                    <br>
1006
1007                    <font class="lineItem">6 pkgs. - 1 lb. ea. - $84.95</font>
1008                    <input type="hidden" name="selectedItem" value="401">
1009
1010                    </font></td>
1011                    <tr>
1012                    <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="2"
1013                    border="0"></td>
1014
1015                    </tr>
1016                    </table>
1017                    <!--end size drop-down-->
1018                    <table border="0" cellpadding="2" cellspacing="0">
1019                    <tr>
1020                    <td><img src="../72.5.200.197/images/steaks/qty_input.gif" width="15" height="20"
1021                    border="0"></td>
1022                    <td>
1023                    <input type="text" name="quantity" maxlength="2" size="2" value="" class=
1024                    "prodQuantityInput">
1025                    </td>
1026                    <td>
1027                    <input type="hidden" name="productId" value="238">
1028                    <input type="hidden" name="categoryId" value="63">
1029                    <input type="hidden" name="shipTo" value="Me">
1030                    <input type="hidden" name="referringPage" value="category">
1031                    <input type=image
1032                    name="AddToCart238"
1033                    src="../72.5.200.197/images/steaks/add.gif"
1034                    alt="Add To Cart"
1035                    border="0"

1036                    value="button.Submit"
1037                    onMouseOut="MM_swapImgRestore()"
1038                    onMouseOver=
1039                    "MM_swapImage('AddToCart238','','../72.5.200.197/images/steaks/addtocart-
1040                    over.gif',1)"
1041                    id="AddToCart238"/>
1042                    </td>
1043                    </tr>
1044                    </table></td>
1045                    </td>
1046                    </tr>
1047                    </form>
1048                    <!--end product row-->
```

Page 28 of 49

findProductse533.html

```
1049
1050
1051
1052    <!--begin product row-->
1053    <form name="addToCartBean" method="GET" action="http://72.5.200.192/addToCart.do">
1054
1055    <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="7" border="0"></td></tr>
1056    <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="627" height="1" border="0"></td></tr>
1057    <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="3" border="0"></td></tr>
1058    <tr>
1059    <td colspan="3">
1060
1061    <table border="0" cellpadding="0" cellspacing="0">
1062    <tr>
1063    <!--small product photo-->
1064    <td rowspan="2" align="center" valign="top">
1065    <a href="Product6bf5.html?productId=342&amp;categoryId=63">
1066    <img src="../72.5.200.197/images/catalog/2006/fall/39/B/4/steaks.jpg" width="205" height="205" border="0">
1067    </a>
1068    </td>
1069    <td width="1" rowspan="2"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="205" border="0"></td>
1070    <td valign="top"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="4" border="0"><br>
1071    <font size="2" class="prodDesc">
1072    <!--product name-->
1073    <b><a href="Product6bf5.html?productId=342&amp;categoryId=63" class="prodHilite">Wagyu Corned Beef Hash</a></b><br>
1074
1075    <!--product description-->
1076    This exceptional corned beef hash is made from Allen
1077    Brothers' exclusive Wagyu brisket, hand-chopped, then
1078    mixed with potatoes, onion, garlic, and spices. Breakfast
1079    will never be the same!
1080
1081    <br> <br><img src="http://steaks.allenbrothers.com/images/steaks/hs.gif" width="36" height="16">
1082    <br>
1083    <br>
1084    <a href="Product6bf5.html?productId=342&amp;categoryId=63" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('ViewDetails342','','../72.5.200.197/images/steaks/viewdetails-over.gif',1)">
1085    <img src="../72.5.200.197/images/steaks/viewdetails.gif" alt="view details" name="ViewDetails342" width="64" height="10" border="0">
1086    </a></font>
1087    </tr>
```

findProductsee533.html

```
1088        <tr>
1089        <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0">
1090        <br>
1091        <!--conditional: begin size drop-down-->
1092        <table border="2" cellpadding="2" cellspacing="0">
1093        <tr>
1094        <td><font size="2">
1095        <font class="addToCartError"></font>
1096        <br>
1097        <br>
1098        <font class="lineItem">4 pkgs. - 14 oz. ea. - $94.95</font>
1099        <input type="hidden" name="selectedItem" value="729">
1100
1101        </font></td>
1102        </tr>
1103        <tr>
1104        <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="2"
           border="0"></td>
1105        </tr>
1106        </table>
1107        <!--end size drop-down-->
1108        <table border="0" cellpadding="2" cellspacing="0">
1109        <tr>
1110        <td><img src="../72.5.200.197/images/steaks/qty_input.gif" width="15" height="20"
           border="0"></td>
1111        <td>
1112        <input type="text" name="quantity" maxlength="2" size="2" value="" class=
           "prodQuantityInput">
1113        </td>
1114        <td>
1115        <input type="hidden" name="productId" value="342">
1116        <input type="hidden" name="categoryId" value="63">
1117        <input type="hidden" name="shipTo" value="Me">
1118        <input type="hidden" name="referringPage" value="category">
1119        <input type="image"
1120        name="AddToCart342"
1121        src="../72.5.200.197/images/steaks/add.gif"
1122        alt="Add To Cart"
1123        border="0"
1124        value="button_Submit"
1125        onMouseOut="MM_swapImgRestore()"
1126        onMouseOver=
           "MM_swapImage('AddToCart342','','../72.5.200.197/images/steaks/addtocart-
           over.gif',1)"
1127        id="AddToCart342"/>
1128        </td>
1129        </tr>
1130        </table></td>
1131        </tr>
```

findProductsse533.html

```
1132        </table>
1133
1134      </td>
1135    </tr>
1136  </form>
1137
1138  <!--end product row-->
1139
1140
1141
1142  <!--begin product row-->
1143  <form name="addToCartBean" method="GET" action="http://72.5.200.192/addToCart.do">
1144
1145  <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="7"
1146  border="0"></td></tr>
1147  <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="627"
       height="1" border="0"></td></tr>
1148  <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="3"
       border="0"></td></tr>
1149  <tr>
1150    <td colspan="3">
1151
1152  <table border="0" cellpadding="0" cellspacing="0">
1153    <tr>
1154      <!--small product photo-->
1155      <td rowspan="2" align="center" valign="top">
1156      <a href="Productb298.html?productId=111&amp;categoryId=63">
1157      <img src="../72.5.200.197/images/catalog/2006/fall/43/E/4/steaks.jpg" width="205"
         height="205" border="0">
1158      </a>
1159      </td>
1160      <td width="1" rowspan="2"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1"
         height="205" border="0"></td>
1161      <td valign="top"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height=
         "4" border="0"><br>
1162      <font size="2" class="prodDesc">
1163
1164      <!--product name-->
1165      <b><a href="Productb298.html?productId=111&amp;categoryId=63" class="prodHilite">Wagyu
         Corned Beef Brisket</a></b><br>
1166
1167      <!--product description-->
1168      This gourmet corned beef brisket is unlike any other.  Made from our Wagyu beef
         brisket, it is cured to exacting specifications for optimum tenderness and flavor.
1169  <br> <br><img src="http://steaks.allenbrothers.com/images/steaks/hs.gif" width="36" height="16">
1170      <br>
1171      <br>
1172      <a href="Productb298.html?productId=111&amp;categoryId=63" onMouseOut=
         "MM_swapImgRestore()" onMouseOver=
```

findProductse533.html

```
1172      "MM_swapImage('ViewDetails111','','../72.5.200.197/images/steaks/viewdetails-
          over.gif',1)">
1173      <img src="../72.5.200.197/images/steaks/viewdetails.gif" alt="view details" name=
          "ViewDetails111" width="64" height="10" border="0">
1174      </a></font>
1175      </tr>
1176      <tr>
1177      <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0">
          <br>
1178      <!--conditional: begin size drop-down-->
1179      <table border="0" cellpadding="2" cellspacing="0">
1180      <tr>
1181      <td><font size="2">
1182      <font class="addToCartError"></font>
1183      <br>
1184      <br>
1185
1186      <font class="lineItem">1 brisket - 2&frac12; to 3 lbs.  ea.  -  $59.95</font>
1187      <input type="hidden" name="selectedItem" value="167">
1188
1189      </font></td>
1190      </tr>
1191      <tr>
1192      <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="2"
          border="0"></td>
1193      </tr>
1194      </table>
1195      <!--end size drop-down-->
1196      <table border="0" cellpadding="2" cellspacing="0">
1197      <tr>
1198      <td><img src="../72.5.200.197/images/steaks/qty_input.gif" width="15" height="20"
          border="0"></td>
1199      <td>
1200      <input type="text" name="quantity" maxlength="2" size="2" value="" class=
          "prodQuantityInput">
1201      </td>
1202      <td>
1203      <input type="hidden" name="productId" value="111">
1204      <input type="hidden" name="categoryId" value="63">
1205      <input type="hidden" name="shipTo" value="Me">
1206      <input type="hidden" name="referringPage" value="category">
1207      <input type=image
1208                   name="AddToCart111"
1209      src="../72.5.200.197/images/steaks/add.gif"
1210      alt="Add To Cart"
1211      border="0"
1212                   value="button_Submit"
1213                   onMouseOut="MM_swapImgRestore()"
1214                   onMouseOver=
                       "MM_swapImage('AddToCart111','','../72.5.200.197/images/steaks/addtocart-
```

```
findProductse533.html

1214                    over.gif',1)"
1215                    id="AddToCart111"/>
1216                    </td>
1217                    </tr>
1218                    </table></td>
1219                    </tr>
1220                    </table>
1221
1222            </td>
1223            </tr>
1224            </form>
1225
1226            <!--end product row-->
1227
1228
1229
1230
1231      <!--begin product row-->
1232      <form name="addToCartBean" method="GET" action="http://72.5.200.192/addToCart.do">
1233
1234      <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="7"
         border="0"></td></tr>
1235      <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="627"
         height="1" border="0"></td></tr>
1236      <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="3"
         border="0"></td></tr>

1237      <tr>
1238      <td colspan="3">
1239
1240      <table border="0" cellpadding="0" cellspacing="0">
1241      <tr>
1242      <!--small product photo-->
1243      <td rowspan="2" align="center" valign="top">
1244      <a href="Productbb23.html?productid=112&amp;categoryid=63">
1245      <img src="../72.5.200.197/images/catalog/2006/fall/43/F/4/steaks.jpg" width="205"
         height="205" border="0">

1246      </a>
1247      </td>
1248      <td width="1" rowspan="2"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1"
         height="205" border="0"></td>
1249      <td valign="top"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height=
         "4" border="0"><br>
1250      <font size="2" class="prodDesc">
1251
1252      <!--product name-->
1253      <b><a href="Productbb23.html?productid=112&amp;categoryid=63" class="prodHiLite">Wagyu
         Pastrami Beef Brisket</a></b><br>
1254
1255      <!--product description-->
1256      Allen Brothers extraordinary Wagyu corned beef brisket is coated with salt, fresh
```

findProductse533.html

```
1256          garlic, peppercorns, coriander, and other spices to create a magnificent new version
              of a traditional favorite.
1257   <br> <br><img src="http://steaks.allenbrothers.com/images/steaks/hs.gif" width="16" height="16">
1258          <br>
1259          <br>
1260          <a href="ProductBB23.html?productId=112&amp;categoryId=63" onMouseOut=
              "MM_swapImgRestore()" onMouseOver=
              "MM_swapImage('viewDetails112','','../72.5.200.197/images/steaks/viewdetails-
              over.gif',1)">
1261          <img src="../72.5.200.197/images/steaks/viewDetails.gif" alt="view details" name=
              "viewDetails112" width="64" height="10" border="0">
1262          </a></font>
1263   </tr>
1264   <tr>
1265   <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0">
              <br>
1266   <!--conditional: begin size drop-down-->
1267   <table border="0" cellpadding="2" cellspacing="0">
1268   <tr>
1269          <td><font size="2">
1270              <font class="addToCartError"></font>
1271              <br>
1272              <br>
1273
1274              <font class="lineItem">1 brisket - 2&frac12; to 3 lbs.  ea.  -  $59.95</font>
1275              <input type="hidden" name="selectedItem" value="168">
1276
1277              </font></td>
1278   </tr>
1279   <tr>
1280          <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="2"
              border="0"></td>
1281   </tr>
1282   </table>
1283   <!--end size drop-down-->
1284   <table border="0" cellpadding="2" cellspacing="0">
1285   <tr>
1286          <td><img src="../72.5.200.197/images/steaks/qty_input.gif" width="15" height="20"
              border="0"></td>
1287          <input type="text" name="quantity" maxlength="2" size="2" value="" class=
              "prodQuantityInput">
1288          </td>
1289   <td>
1290          <input type="hidden" name="productId" value="112">
1291   <input type="hidden" name="categoryId" value="63">
1292   <input type="hidden" name="shipTo" value="Me">
1293   <input type="hidden" name="referringPage" value="category">
1294          <input type=image
1295              name="AddToCart112"
1296
```

```
findProductse533.html
1297                    src="../72.5.200.197/images/steaks/add.gif"
1298                    alt="Add To Cart"
1299                    border="0"
1300                    value="button.Submit"
1301                    onMouseOut="MM_swapImgRestore()"
1302                    onMouseOver=
                        "MM_swapImage('AddToCart12','','../72.5.200.197/images/steaks/addtocart-
                        over.gif',1)"
                        id="AddToCart12"/>
1303                    </td>
1304                    </tr>
1305                    </table></td>
1306                    </tr>
1307                    </table>
1308
1309
1310                    </td>
1311                    </tr>
1312
1313                    </form>
1314
1315                    <!--end product row-->
1316
1317
1318                    <!--begin product row-->
1319                    <form name="addToCartBean" method="GET" action="http://72.5.200.192/addToCart.do">
1320                    <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="7"
1321                    border="0"></td></tr>
1322                    <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="627"
1323                    height="1" border="0"></td></tr>
1324                    <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="3"
                        border="0"></td></tr>
1325                    <tr>
1326                    <td colspan="3">
1327
1328                    <table border="0" cellpadding="0" cellspacing="0">
1329                    <tr>
1330                    <!--small product photo-->
1331                    <td rowspan="2" align="center" valign="top">
1332                    <a href="ProductRef.html?productId=281&amp;categoryId=63">
1333                    <img src="../72.5.200.197/images/catalog/TTSD-DWPB/4/steaks.jpg" width="205"
                        height="205" border="0">
1334                    </a>
1335                    </td>
1336                    <td width="1" rowspan="2"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1"
                        height="205" border="0"></td>
1337                    <td valign="top"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height=
                        "4" border="0"><br>
1338                    <font size="2" class="prodDesc">

Page 35 of 49
```

findProductse533.html

```
1339    <!--product name-->
1340    <b><a href="Productiref.html?productId=281&amp;categoryId=63" class="prodHiLite">
1341    David's Old World Wagyu Pastrami Brisket</a></b><br>

1342    <!--product description-->
1343    David's New York style pastrami was created by radio personalities, Rachel and David
1344    Michael Cane, hosts of "A Matter of Taste", a culinary travel show, heard in the San
        Francisco Bay Area.  For these exclusive recipes, David used Allen Brothers' Wagyu
        Beef.

1345    <br> <br><img src="http://steaks.allenbrothers.com/images/steaks/hs.gif" width="36" height="16">
1346    <br>
1347    <br>
1348    <a href="Productiref.html?productId=281&amp;categoryId=63" onMouseOut=
        "MM_swapImgRestore()" onMouseOver=
        "MM_swapImage('ViewDetails281','','../72.5.200.197/images/steaks/viewdetails-
        over.gif',1)">

1349    <img src="../72.5.200.197/images/steaks/viewdetails.gif" alt="view details" name=
        "ViewDetails281" width="64" height="10" border="0">

1350    </a></font>
1351    </tr>
1352    <tr>
1353    <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0">
        <br>

1354    <!--conditional; begin size drop-down-->
1355    <table border="0" cellpadding="2" cellspacing="0">
1356    <tr>
1357    <td><font size="2">
1358    <font class="addToCartError"></font>
1359    <br>
1360    <br>
1361
1362    <font class="lineItem">1 to 3 pcs. - 26fracl2; to 3 lbs. - $89.95</font>
1363    <input type="hidden" name="selectedItem" value="582">
1364
1365    </font></td>
1366    </tr>
1367    <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="2"
        border="0"></td>
1368    </tr>

1369    </table>
1370    <!--end size drop-down-->
1371    <table border="0" cellpadding="2" cellspacing="0">
1372    <tr>
1373    <td><img src="../72.5.200.197/images/steaks/qty_input.gif" width="15" height="20"
        border="0"></td>
1374    <td>

1375    <input type="text" name="quantity" maxlength="2" size="2" value="" class=
1376    "prodQuantityInput">
```

findProductse533.html

```
1377                              </td>
1378                              <td>
1379    <input type="hidden" name="productid" value="281">
1380    <input type="hidden" name="categoryId" value="63">
1381    <input type="hidden" name="shipTo" value="Me">
1382    <input type="hidden" name="referringPage" value="category">
1383                    <input type=image
1384                    name="AddToCart281"
1385    src="../72.5.200.197/images/steaks/add.gif"
1386    alt="Add To Cart"
1387    border="0"
1388    value="button_Submit"
1389    onMouseOut="MM_swapImgRestore()"
1390    onMouseOver=
        "MM_swapImage('AddToCart281','','../72.5.200.197/images/steaks/addtocart-
        over.gif',1)"
        id="AddToCart281"/>
1391                              </td>
1392                      </tr>
1393              </table></td>
1394          </tr>
1395    </table>
1396
1397
1398              </td>
1399      </tr>
1400    </form>
1401
1402    <!--end product row-->
1403
1404
1405
1406    <!--begin product row-->
1407    <form name="addToCartBean" method="GET" action="http://72.5.200.192/addToCart.do">
1408
1409    <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="7"
        border="0"></td></tr>
1410    <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="627"
        height="1" border="0"></td></tr>
1411    <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="3"
        border="0"></td></tr>
1412    <tr>
1413        <td colspan="3">
1414
1415    <table border="0" cellpadding="0" cellspacing="0">
1416        <tr>
1417        <!--small product photo-->
1418        <td rowspan="2" align="center" valign="top">
1419        <a href="ProductByec.html?productid=282&amp;categoryid=63">
1420        <img src="../72.5.200.197/images/catalog/TTSD-DWPNSR/4/steaks.jpg" width="205"
1421
```

findProductse533.html

```
1421                   height="205" border="0">
1422             </a>
1423       </td>
1424       <td width="1" rowspan="2"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1"
           height="205" border="0"></td>
1425       <td valign="top"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height=
           "4" border="0"><br>
1426       <font size="2" class="prodDesc">
1427
1428       <!--product name-->
1429       <b><a href="ProductB7ec.html?productId=282&amp;categoryId=63" class="prodHilite">
           David's Old World Wagyu Pastrami Navel Short Rib</a></b><br>
1430
1431       <!--product description-->
1432       David's New York style pastrami was created by radio personalities, Rachel and David
           Michael Cane, hosts of "A Matter of Taste", a culinary travel show, heard in the San
           Francisco Bay Area.   For these exclusive recipes, David used Allen Brothers' Wagyu
           Beef.
1433       <br> <br><img src="http://steaks.allenbrothers.com/images/steaks/hs.gif" width="36" height="16">
1434       <br>
1435       <br>
1436       <a href="ProductB7ec.html?productId=282&amp;categoryId=63" onMouseOut=
           "MM_swapImgRestore()" onMouseOver=
           "MM_swapImage('ViewDetails282','','../72.5.200.197/images/steaks/viewdetails-
           over.gif',1)">
1437       <img src="../72.5.200.197/images/steaks/viewdetails.gif" alt="view details" name=
           "ViewDetails282" width="64" height="10" border="0">
1438       </a></font>
1439       </td>
1440       </tr>
1441       <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0">
           <br>
1442       <!--conditional: begin size drop-down-->
1443       <table border="0" cellpadding="2" cellspacing="0">
1444       <tr>
1445       <td><font size="2">
1446       <font class="addToCartError"></font>
1447       <br>
1448       <br>
1449
1450       <font class="lineItem">1 to 3 pcs. - 2&frac12; to 3 lbs.  - $109.95</font>
1451       <input type="hidden" name="selectedItem" value="583">
1452
1453       </font></td>
1454       </tr>
1455       <tr>
1456       <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="2"
           border="0"></td>
1457       </tr>
1458       </table>
```

Page 38 of 49

findProductse533.html

```
1459    <!--end size drop-down-->
1460    <table border="0" cellpadding="2" cellspacing="0">
1461    <tr>
1462    <td><img src="../72.5.200.197/images/steaks/qty_input.gif" width="15" height="20"
1463    border="0"></td>
1464    <td>
            <input type="text" name="quantity" maxlength="2" size="2" value="" class=
            "prodQuantityInput">
1465    </td>
1466    <td>
1467    <input type="hidden" name="productId" value="282">
1468    <input type="hidden" name="categoryId" value="63">
1469    <input type="hidden" name="shipTo" value="Me">
1470    <input type="hidden" name="referringPage" value="category">
1471    <input type="image
            name="AddToCart282"
1472
1473    src="../72.5.200.197/images/steaks/add.gif"
1474    alt="Add To Cart"
1475    border="0"
1476    value="button_Submit"
1477    onMouseOut="MM_swapImgRestore()"
1478    onMouseOver=
            "MM_swapImage('AddToCart282','','../72.5.200.197/images/steaks/addtocart-
            over.gif',1)"
            id="AddToCart282"/>
1479    </td>
1480    </tr>
1481    </table></td>
1482    </tr>
1483    </table>
1484
1485
1486    </td>
1487    </tr>
1488    </form>
1489
1490    <!--end product row-->
1491
1492
1493
1494
1495    <!--begin product row-->
1496    <form name="addToCartBean" method="GET" action="http://72.5.200.192/addToCart.do">
1497    <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="7"
1498    border="0"></td></tr>
1499    <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="627"
            height="1" border="0"></td></tr>
1500    <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="3"
            border="0"></td></tr>
1501    <tr>
```

findProductse533.html

```
1502   <td colspan="3">
1503
1504   <table border="0" cellpadding="0" cellspacing="0">
1505   <tr>
1506   <!--small product photo-->
1507   <td rowspan="2" align="center" valign="top">
1508   <a href="Product30ee.html?productId=329&amp;categoryId=63">
1509   <img src="./72.5.200.197/images/catalog/2006/fall/4/D/4/steaks.jpg" width="205"
       height="205" border="0">
1510   </a>
1511   </td>
1512   <td width="1" rowspan="2"><img src="./72.5.200.197/images/steaks/steaks.gif" width="1"
       height="205" border="0"></td>
1513   <td valign="top"><img src="./72.5.200.197/images/steaks/steaks.gif" width="1" height=
       "4" border="0"><br>
1514   <font size="2" class="prodDesc">
1515
1516   <!--product name-->
1517   <b><a href="Product30ee.html?productId=329&amp;categoryId=63" class="prodHilite">Black
       Winter Truffle Butter</a></b><br>
1518
1519   <!--product description-->
1520   Transform an ordinary dinner into a memorable indulgence. Made of rich French butter,
       blended chunks of rare black truffles, and a bit of sea salt, this decadent spread
       infuses flavor into steaks, chicken, fish, and pasta dishes as well as your favorite
       recipes.
1521   <br>
1522   <br>
1523   <a href="Product30ee.html?productId=329&amp;categoryId=63" onMouseOut=
       "MM_swapImgRestore()" onMouseOver=
       "MM_swapImage('ViewDetails329','','./72.5.200.197/images/steaks/viewdetails-
       over.gif',1)">
1524   <img src="./72.5.200.197/images/steaks/viewdetails.gif" alt="view details" name=
       "ViewDetails329" width="64" height="10" border="0">
1525   </a></font>
1526   <br>
1527   <br>
1528   <td><img src="./72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0">
       <br>
1529   <!--conditional: begin size drop-down-->
1530   <table border="0" cellpadding="2" cellspacing="0">
1531   <tr>
1532   <td><font size="2">
1533   <font class="addToCartError"></font>
1534   <br>
1535   <br>
1536   <select name="selectedItem" class="selectDropDown215"><option value="">Select
1537   Product</option>
1538
```

findProductse533.html

```
1539        <option value="708">2 containers - 5 oz. ea. - $49.95</option>
1540
1541        <option value="732">Clarified Butter -
1542  <br>2 containers - 10 oz. ea. - $49.95</option></select>
1543
1544      </font></td>
1545    </tr>
1546    <tr>
1547        <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="2"
         border="0"></td>
1548    </tr>
1549    </table>
1550    <!--end size drop-down-->
1551    <table border="0" cellpadding="2" cellspacing="0">
1552    <tr>
1553        <td><img src="../72.5.200.197/images/steaks/qty_input.gif" width="15" height="20"
         border="0"></td>
1554        <td>
1555        <input type="text" name="quantity" maxlength="2" size="2" value="" class=
         "prodQuantityInput">
1556
1557        </td>
1558        <td>
1559  <input type="hidden" name="productId" value="329">
1560  <input type="hidden" name="categoryId" value="63">
1561  <input type="hidden" name="shipTo" value="Me">
1562  <input type="hidden" name="referringPage" value="category">
1563        <input type=image
              name="AddToCart329"
1564  src="../72.5.200.197/images/steaks/add.gif"
1565  alt="Add To Cart"
1566  border="0"
1567              value="button.Submit"
1568              onMouseOut="MM_swapImgRestore()"
1569              onMouseOver=
                  "MM_swapImage('AddToCart329','','../72.5.200.197/images/steaks/addtocart-
                  over.gif',1)"
                  id="AddToCart329"/>
1570        </td>
1571    </tr>
1572    </table></td>
1573    </tr>
1574    </table>
1575
1576
1577      </td>
1578    </tr>
1579  </form>
1580
1581  <!--end product row-->
1582
1583
```

Page 41 of 49

findProductse513.html

```
1584   <!--begin product row-->
1585   <form name="addToCartBean" method="GET" action="http://72.5.200.192/addToCart.do">
1586
1587   <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="7"
1588   border="0"></td></tr>
1589   <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="627"
1590   height="1" border="0"></td></tr>
1591   <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="3"
       border="0"></td></tr>
1592   <tr>
1593   <td colspan="3">
1594
1595   <table border="0" cellpadding="0" cellspacing="0">
1596   <tr>
1597   <!--small product photo-->
1598   <td rowspan="2" align="center" valign="top">
1599   <a href="Product3454.html?productId=59&amp;categoryId=63">
1600     <img src="../72.5.200.197/images/catalog/2006/fall/6/C/4/steaks.jpg" width="205"
         height="205" border="0">
1601   </a>
1602   </td>
1603   <td width="1" rowspan="2"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1"
       height="205" border="0"></td>
1604   <td valign="top"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height=
       "4" border="0"><br>
1605   <font size="2" class="prodDesc">
1606
1607   <!--product name-->
1608   <b><a href="Product3454.html?productId=59&amp;categoryId=63" class="prodHilite">Remote
       Wireless Thermometers</a></b><br>
1609
1610   <!--product description-->
1611   Monitor the cooking of meats from across the house or yard - up to 75 feet away.
1612   <br>
1613   <br>
1614   <a href="Product3454.html?productId=59&amp;categoryId=63" onMouseOut=
       "MM_swapImgRestore()" onMouseOver=
       "MM_swapImage('ViewDetails59','','../72.5.200.197/images/steaks/viewdetails-
       over.gif',1)">
1615     <img src="../72.5.200.197/images/steaks/viewdetails.gif" alt="view details" name=
       "ViewDetails59" width="64" height="1" border="0">
1616   </a></font>
1617   </tr>
1618   <tr>
1619   <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0">
1620   <br>
1621   <!--conditional: begin size drop-down-->
       <table border="0" cellpadding="2" cellspacing="0">
```

```
findProducts533.html

1622            <tr>
1623            <td><font size="2">
1624            <font class="addToCartError"></font>
1625            <br>
1626            <br>
1627
1628            <select name="selectedItem" class="selectDropDown215"><option value="">Select
               Product</option>
1629
1630            <option value="98">Single probe - $54.95</option>
1631
1632            <option value="562">Dual probe - $78.95</option></select>
1633
1634            </font></td>
1635
1636            </tr>
1637            <tr>
1638            <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="2"
               border="0"></td>
1639            </tr>
1640            </table>
1641            <!--end size drop-down-->
1642            <table border="0" cellpadding="2" cellspacing="0">
1643            <tr>
1644            <td><img src="../72.5.200.197/images/steaks/qty_input.gif" width="15" height="20"
               border="0"></td>
1645            <td><input type="text" name="quantity" maxlength="2" size="2" value="" class=
               "prodQuantityInput">
1646            </td>
1647            <td>
1648            <input type="hidden" name="productId" value="59">
1649            <input type="hidden" name="categoryId" value="63">
1650            <input type="hidden" name="shipTo" value="Me">
1651            <input type="hidden" name="referringPage" value="category">
1652            <input type="image
1653            name="AddToCart59"
1654            src="../72.5.200.197/images/steaks/add.gif"
1655            alt="Add To Cart"
1656            border="0"
1657            value="button.Submit"
1658            onMouseOut="MM_swapImgRestore()"
1659            onMouseOver=
               "MM_swapImage('AddToCart59','','../72.5.200.197/images/steaks/addtocart-
               over.gif',1)"
1660            id="AddToCart59"/>
1661            </td>
1662            </tr>
1663            </table></td>
1664            </tr>
1665            </table>
```

findProducts513.html

```
1666
1667        </td>
1668      </tr>
1669
1670    </form>
1671
1672    <!--end product row-->
1673
1674
1675
1676    <!--begin product row-->
1677    <form name="addToCartBean" method="GET" action="http://72.5.200.192/addToCart.do">
1678
1679    <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="7"
        border="0"></td></tr>
1680    <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="627"
        height="1" border="0"></td></tr>
1681    <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="3"
        border="0"></td></tr>
1682    <tr>
1683    <td colspan="3">
1684
1685    <table border="0" cellpadding="0" cellspacing="0">
1686    <tr>
1687    <!--small product photo-->
1688    <td rowspan="2" align="center" valign="top">
1689    <a href="Product3d30.html?productId=58&amp;categoryId=63">
1690    <img src="../72.5.200.197/images/catalog/B5311-P/4/steaks.jpg" width="205" height=
        "205" border="0">
1691    </a>
1692    </td>
1693    <td width="1" rowspan="2"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1"
        height="205" border="0"></td>
1694    <td valign="top"><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height=
        "4" border="0"><br>
1695    <font size="2" class="prodDesc">
1696
1697    <!--product name-->
1698    <b><a href="Product3d30.html?productId=58&amp;categoryId=63" class="prodHiLite">Allen
        Brothers Stainless Steel Steak Knives</a></b><br>
1699
1700    <!--product description-->
1701    Made entirely of beautiful, gleaming stainless steel and engraved with the Allen
        Brothers logo, these serrated steak knives are as elegant as they are functional.
1702    <br>
1703    <br>
1704    <a href="Product3d30.html?productId=58&amp;categoryId=63" onMouseOut=
        "MM_swapImgRestore()" onMouseOver=
        "MM_swapImage('ViewDetails58','','../72.5.200.197/images/steaks/viewdetails-
        over.gif',1)">
```

```
findProductse533.html

1705  <img src="../72.5.200.197/images/steaks/viewdetails.gif" alt="view details" name=
      "ViewDetails58" width="64" height="10" border="0">
1706  </a></font>
1707  </tr>
1708  <tr>
1709  <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0">
      <br>
1710  <!--conditional: begin size drop-down-->
1711  <table border="0" cellpadding="2" cellspacing="0">
1712  <tr>
1713  <td><font size="2">
1714  <font class="addToCartError"></font>
1715  <br>
1716  <br>
1717
1718  <select name="selectedItem" class="selectDropDown215"><option value="">Select
      Product</option>
1719
1720  <option value="93">Box of 2  -  $39.95</option>
1721
1722  <option value="94">Box of 4  -  $69.95</option></select>
1723
1724  </font></td>
1725  </tr>
1726  <tr>
1727  <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="2"
      border="0"></td>
1728  </tr>
1729  </table>
1730  <!--end size drop-down-->
1731  <table border="0" cellpadding="2" cellspacing="0">
1732  <tr>
1733  <td><img src="../72.5.200.197/images/steaks/qty_input.gif" width="15" height="20"
      border="0"></td>
1734  <td>
1735  <input type="text" name="quantity" maxlength="2" size="2" value="" class=
      "prodQuantityInput">
1736  </td>
1737  <td>
1738  <input type="hidden" name="productId" value="58">
1739  <input type="hidden" name="categoryId" value="63">
1740  <input type="hidden" name="shipTo" value="Me">
1741  <input type="hidden" name="referringPage" value="category">
1742  <input type=image
1743      name="AddToCart58"
1744  src="../72.5.200.197/images/steaks/add.gif"
1745  alt="Add To Cart"
1746  border="0"
1747      value="button.Submit"
1748  onMouseOut="MM_swapImgRestore()"
```

findProducts533.html

```
1749    onMouseOver=
        "MM_swapImage('AddToCart58','','../72.5.200.197/images/steaks/addtocart-
        over.gif',1)"
        id="AddToCart58"/>
1750                            </td>
1751                        </tr>
1752                    </table></td>
1753                m=regEx</tr>
1754                </table>
1755
1756
1757            </td>
1758        </tr>
1759    </form>
1760
1761    <!--end product row-->
1762
1763
1764
1765    <!--End Products List-->
1766    <script language=javascript>
1767    var catalog = ''
1768    var catalog_name = ''
1769    var rfx_page = ''
1770    regEx = /rfx catalog=(['&=]*)(&|$)?/
1771    m=regEx.exec(location.search);
1772    if (m){
1773            catalog = m[1];
1774
1775        }
1776
1777
1778    regEx = /catalog name=(['&=]*)(&|$)?/
1779    m=regEx.exec(location.search);
1780    if (m){
1781            catalog_name = m[1];
1782
1783        }
1784
1785    regEx = /rfx spread=(['&=]*)(&||$)?/
1786    m=regEx.exec(location.search);
1787    if (m){
1788            rfx_page = m[1];
1789
1790        }
1791
1792    if (catalog == '1') {
1793        //if the catalog is embedded in the client site use this:
1794        document.write ('<tr><td colspan="3" width="603"><a href="eCatalog.jsp?rfx page=' + rfx_page +
            '" class="theme"><img src="http://72.5.200.197/images/steaks/arrowdbl_left.gif"
            border="0"> Return to Online Catalog</a><br></td></tr>');
```

```
findProductse533.html

1795        }
1796     </script>
1797     <!--Begin Cross Selling-->
1798
1799     <tr>
1800     <td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="7" border=
1801     "0"></td>
1802     </tr>
1803     <tr>
1804     <td colspan="3"><img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="627" height="1"
1805     border="0"></td>
1806     </tr>
1807     <td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="3" border=
1808     "0"></td>
1809     </tr>
1810     <!-- Begin Cross Selling Table -->
1811     <tr>
1812     <td colspan="3" align="center">
1813     <table width="600" border="0" cellpadding="0" cellspacing="0">
1814     <tr>
1815     <td><img src="../72.5.200.197/images/steaks/thisproduct_01.gif" width="200"
1816     height="34"></td>
         <td><img src="../72.5.200.197/images/steaks/thisproduct_02.gif" width="200"
1817     height="34"></td>
         <td><img src="../72.5.200.197/images/steaks/thisproduct_03.gif" width="200"
1818     height="34"></td>
1819     </tr>
1820     <tr>
1821     <td colspan="3" align="center"><img src="../72.5.200.197/images/steaks/steaks.gif"
1822     width="1" height="6"><br>
1823     <table border="0" align="center" cellpadding="0" cellspacing="0">
         <tr>
1824     <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="10"
1825     height="1"></td>
         <td width="100" align="center"><a href="Product2447e.html?productid=206">
         <img src="../72.5.200.197/images/catalog/B5311-R-DOGS/3/steaks.jpg"
         width="85" height="85" border="0"></a></td>
1826     <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="10"
1827     height="1"></td>
1828     <td width="100" align="center"><a href="Product2447e.html?productid=206">
         <img src="../72.5.200.197/images/catalog/B5311-R-DOGS/3/steaks.jpg"
         width="85" height="85" border="0"></a></td>
1829     <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="10"
1830     height="1"></td>
```

findProducts533.html

```
1831    <td width="100" align="center"><a href="Product47b.html?productId=35">
        <img src="../72.5.200.197/images/catalog/B4897-JR-CLO/3/steaks.jpg">
        width="85" height="85" border="0"></a></td>

1832    <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="10"
1833    height="1"></td>
1834    <td width="100" align="center"><a href="Product86f5.html?productId=34">
        <img src="../72.5.200.197/images/catalog/B4897-JR-COM/3/steaks.jpg">
        width="85" height="85" border="0"></a></td>

1835
1836    </tr>
1837    <tr>
1838
1839    <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="10"
        height="1"></td>
1840    <td width="100" align="center"><a href="Product247e.html?productId=206"
1841    class="theme">The Great Steakhouse Steak Dogs&#8482;</a></td>
1842
1843    <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="10"
        height="1"></td>
        <td width="100" align="center"><a href="Product247e.html?productId=206"
1844    class="theme">The Great Steakhouse Steak Dogs&#8482;</a></td>
1845
        <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="10"
        height="1"></td>
1846    <td width="100" align="center"><a href="Product47b.html?productId=35"
        class="theme">USDA PRIME Close-Trim Filets</a></td>

1847    <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="10"
1848    height="1"></td>
1849    <td width="100" align="center"><a href="Product86f5.html?productId=34"
        class="theme">USDA PRIME Complete-Trim Filets</a></td>

1850
1851    </tr>
1852    </table>
1853
1854    </tr>
1855    </td>
1856    </table>
1857
1858    </tr>
1859    </td>
1860    <!--End Cross Selling-->
        <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="7"
        border="0"></td></tr>
1861    <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/promo/tanpixel.gif" width="627"
        height="1" border="0"></td></tr>
1862    <tr><td colspan="3"><img src="../72.5.200.197/images/steaks/steaks.gif" width="627" height="3"
        border="0"></td></tr>
1863
1864    </table>
```

Page 48 of 49

```
findProductse533.html

1865  <!-- InstanceEndEditable -->></td>
1866  </tr>
1867  <tr valign="top">
1868    <td><img src="../72.5.200.197/images/steaks/steaks.gif" width="1" height="40"></td>
1869  </tr>
1870  <tr>
1871    <td width=629 align="center" class="navigationPlain"><a href="AboutUs.html">About Us</a> | <a
      href="PrivacyPolicy.html">Privacy Policy</a> | <a href="CatalogRequest.html">Catalog Request</a> |
      <a href="Assistance.html">Customer Service</a> | <a href="ContactUs.html">Contact Us</a><br>
1872  For questions or assistance, call weekdays 8 AM to 5 PM CST &#8212; (800) 548-7777<br>
1873  &copy; 2007 Allen Brothers, Inc., All Rights Reserved.</font><br>
1874  design and development by <a href="http://www.prominentconsulting.com/" target="_blank">Prominent
      Consulting, LLC</a></td>
1875  </tr>
1876  <tr>
1877    <td width=629 align="center" class="navigationPlain" valign="baseline">Enter your email
      address to receive special offers<br><form name="emailOffersBean" method="GET" action=
      "http://72.5.200.192/emailOffers.do" onsubmit="return submitEmailForm(this);"><input type=
      "text" name="email" maxlength="76" size="15" tabindex="3" value="&lt;enter email&gt;" onfocus=
      "form.email.value='';" class="email"> <input type="image" name="action" src=
      "../72.5.200.197/images/steaks/subscribe.gif" alt="SUBSCRIBE" border="0" tabindex="4"/></form>
      </td>
1878  </tr>
1879  </table>
1880  </div>
1881  </body>
1882  <!-- InstanceEnd -->
1883  <!-- Copyright (c) 2005 by Prominent Consulting LLC, All Rights Reserved. -->
1884  <!-- Added by HTTrack --><meta http-equiv="content-type" content="text/html;charset=iso-8859-1"><!--
1885  /Added by HTTrack -->
1886  </html>
```