IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROMINENT CONSULTING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALLEN BROTHERS, INC.,<br><br>Defendant. | No.  07 C 6357 |

## NOTICE OF MOTION

TO: Charles Leuin
Greenberg Traurig, LLP
77 West Wacker Drive
Chicago, Illinois 60601

PLEASE TAKE NOTICE that on Tuesday, November 20, 2007, at 9:45 a.m., the undersigned counsel shall appear before the Hon. Ruben Castillo, or any judge sitting in his stead, in Room 2141 of the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and shall there and then present **PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND MEMORANDUM IN SUPPORT**, copies of which are being served herewith.

Dated: November 15, 2007

Respectfully submitted,

PROMINENT CONSULTING, LLC

By: /s/James V. Garvey
One of Its Attorneys

James V. Garvey
Michael J. Waters
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601-1003
T: (312) 609-7500
F: (312) 609-5005
jgarvey@vedderprice.com

CHICAGO/#1712568.1

**CERTIFICATE OF SERVICE**

   I hereby certify that on November 15, 2007, I electronically filed the foregoing **PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND MEMORANDUM IN SUPPORT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles Leuin
Greenberg Traurig, LLP
77 West Wacker Drive
Chicago, Illinois 60601

   and by hand delivery before 5:00 p.m. on November 15, 2007.

                Respectfully submitted,

                PROMINENT CONSULTING, LLC


                 s/ James V. Garvey

James V. Garvey
VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601
Telephone: (312) 609-7500
Facsimile: (312) 609-5005
E-Mail: jgarvey@vedderprice.com
Dated: November 15, 2007