IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **PROMINENT CONSULTING, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6357 |
| | ) | |
| **ALLEN BROTHERS, INC.,** | ) | Judge Ruben Castillo |
| | ) | |
| Defendant. | ) | Magistrate Judge Morton Denlow |
| | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A BRIEF IN RESPONSE TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUCTION IN EXCESS OF 15 PAGES *INSTANTER***

Defendant Allen Brothers, Inc. ("Allen Brothers"), by its attorneys, pursuant to Rule 7.1 of the Northern District of Illinois Local Rules, respectfully moves this Court for leave to file a brief in excess of fifteen (15) pages. In support of its Motion, and pursuant to Rule 7.1, Allen Brothers states as follows:

1. On November 15, 2007, Defendant Prominent Consulting, LLC ("Prominent") filed a Motion for Temporary Restraining Order and Preliminary Injunction against Allen Brothers.

2. Prominent's motion is based on alleged copyright infringement of its computer software source code.

3. Allen Brothers' legal and factual arguments in opposition to Prominent's motion are both numerous and complex — especially given the pending Illinois state court action involving the same parties the facts of which relate to and are critical to consideration of Plaintiff's motion. This is an unusual circumstance because Plaintiff fails to even mention the

case in its motion or complaint.  It is necessary to establish the factual background of the matter to allow the Court to decide the motion on a complete record.

4. Allen Brothers brings this motion not to burden this Court, but rather to ensure that the Court may hear all of the defenses it has against an equitable relief as drastic as a temporary restraining order or preliminary injunction, which if entered, would cause Allen Brothers great harm.

5. Pursuant to Rule 7.1, Allen Brothers has included in its brief a table of contents with the pages noted and a table of cases.

6. Accordingly, Allen Brothers' requests that this Court permit it to file a Response brief that is nineteen (19) pages long, exceeding the limit by four pages, *instanter*.  A copy of the brief is attached hereto.[1]

WHEREFORE, Allen Brothers' respectfully requests this Court to permit it to file brief in excess of fifteen pages.

Dated:   November 19, 2007                                   Respectfully submitted,

**ALLEN BROTHERS, INC.**

By:     /s/ Charles B. Leuin
           One of Its Attorneys

Charles B. Leuin (ARDC No. 6225447)
Tanisha R. Jones (ARDC No. 6283173)
**GREENBERG TRAURIG, LLP**
**77 W. Wacker Drive, Suite 2500**
Chicago, Illinois  60601
T: (312) 456-8400
F: (312) 456-8435
*Attorneys for Defendant Allen Brothers, Inc.*

---

[1] Local Rule 5.2 allows briefs to be spaced at 1.5 paragraph spacing rather than the usual double spacing.  If Allen Brothers' changed the spacing of its brief to 1.5 - it would be 15 pages.  For the convenience of the Court however, Allen Brothers' kept the spacing doubled so that is will be more easily read.  In the event, that the Court would prefer the 15 page brief at 1.5 spacing, Allen Brothers will immediately file such a brief.