IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **PROMINENT CONSULTING, LLC**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6357 |
| | ) | |
| **ALLEN BROTHERS, INC.**, | ) | Judge Ruben Castillo |
| | ) | |
| Defendant. | ) | Magistrate Judge Morton Denlow |
| | ) | |

### EXHIBITS TO ALLEN BROTHERS' BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

A.  Affidavit of Todd Hatoff

B.  Affidavit of Miguel Younger

C.  Certified Declaration of Nik Krimm

D.  Sample Page Showing Allen Brothers Copyright Notice

E.  Code Comparison Showing Prominent's After-the-Fact Addition of Copyright Notices

Charles B. Leuin (ARDC No. 6225447)
Tanisha R. Jones (ARDC No. 6283173)
**GREENBERG TRAURIG, LLP**
**77 W. Wacker Drive, Suite 2500**
Chicago, Illinois  60601
T: (312) 456-8400
F: (312) 456-8435

*Attorneys for Defendant Allen Brothers, Inc.*