IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PROMINENT CONSULTING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6357 |
| | ) | |
| ALLEN BROTHERS, INC., | ) | Judge Ruben Castillo |
| | ) | |
| Defendant. | ) | Magistrate Judge Morton Denlow |
| | ) | |

### AFFIDAVIT OF MIGUEL YOUNGER

Miguel Younger, being first duly sworn under oath, deposes and states:

1. My name is Miguel Younger. Since 2005, I have been employed by Solid Cactus, Inc. ("Solid Cactus"). My title at Solid Cactus is General Manager of Store Development.

2. I am over the age of 21 and reside in Luzerne County, Pennsylvania.

3. I have personal knowledge of all of the facts set forth in this Affidavit and would be competent to testify thereto if called upon to do so as a witness.

### The Allen Brothers Website and Solid Cactus' Role in Developing It

4. In my professional capacity I was responsible for overseeing programming performed by Solid Cactus in connection with the development of certain aspects of a website for Allen Brothers, Inc. ("Allen Brothers").

5. I have personal knowledge regarding the Allen Brothers website running as of today's date at www.allenbrothers.com (the "Allen Brothers Website"), including the source code used for the Allen Brothers Website. I have overseen the development and implementation of the source code used by Solid Cactus in connection with the aforementioned website development.

6. To the best of my knowledge, all of the user interface pages on the Allen Brothers Website use open source code. That means that anyone viewing those web pages can also view the source code for those web pages. One way of viewing that source code using most web browsers is to right click on the web page and select "View Source" or the equivalent. The source code for the web page is then displayed.

7. The source code used to dictate the functionality of the Allen Brothers Website, with the exception of the shipping calendar used on the Allen Brothers Website (the "Shipping Calendar"), was developed and/or implemented by Solid Cactus. Solid Cactus did not develop the Shipping Calendar and related functionality because that functionality was not typically used with Yahoo! Stores, which is the website platform on which the Allen Brothers Website operates.

### Absence of Overlap Between the Allen Brothers Website and the Old Allen Brothers Website

8. I am aware that Prominent Consulting, LLC ("Prominent") claims to be the developer of a website previously used by Allen Brothers (the "Old Allen Brothers Website") and has claimed that the Allen Brothers Website uses code identical to that from the Old Allen Brothers Website.

9. I have closely examined the code from the Old Allen Brothers Website and compared it to the code from the Allen Brothers Website. I have not reviewed the source code used in conjunction to the Shipping Calendar, since that was an aspect of the Allen Brothers Website not developed and/or implemented by Solid Cactus.

10. Otherwise, to the best of my knowledge, and pursuant to my review of the rest of the Allen Brothers Website, I am aware of no source code on the Allen Brothers Website, as it currently exists and is running on www.allenbrothers.com, that is identical to source code from

the Old Allen Brothers Website, except for code for which there is only a limited or standard manner of expression and/or code used for general formatting which is applied universally across countless websites. For example, in places where text is arranged into a table on the Allen Brothers Website or where text is in bold on the Allen Brothers Website and similar or identical text was formatted as such on the Old Allen Brothers Website, the code may be the same on both websites because for such code there is a limited or standard manner of expression and/or such code is used universally to format text in that manner across countless websites.

11. Moreover, due to the fact that the Allen Brothers Website runs on the Yahoo! Stores platform while the Old Allen Brothers Website ran on a completely different platform, the majority of the code used to run the two websites would be fundamentally different.

### Side-By-Side Comparison of Code Showing Absence of Overlap

12. Attached hereto as Exhibit 1 is a side-by-side comparison of the code from several pages of the Allen Brothers Website and the corresponding pages on the Old Allen Brothers Website. That side-by-side comparison demonstrates that there is virtually no code shared between the two sites, except for snippets of code for which there is limited or standard manner of expression and/or formatting in nature. By stating that some such snippets of code are shared, I do not mean that the snippets of code necessarily came from the Old Allen Brothers Website but simply that because they are standard and/or general formatting commands, they may be the same on both websites.

### There is No Overlap Between the Sites in Specific Areas Where Prominent Claims Overlap

13. I have reviewed the Affidavit of Laura Seidensticker filed in this matter (the "Seidensticker Affidavit") and the specific similarities between the websites that Laura

3

Seidensticker, whom I do not know, claims there are between the Allen Brothers Website and the Old Allen Brothers Website.

14. My examination of the Allen Brothers Website on every one of those specific issues as to which I have direct knowledge does not reveal any overlap between the two websites.

15. The CSS selector tags on the Allen Brothers Website, as referred to in paragraph 27 of the Seidensticker Affidavit were created by Solid Cactus programmers and were in no way taken from the Old Allen Brothers Website.

16. I have examined the Allen Brothers Website and found no links that are not functional in the Allen Brothers Website, as referred to in paragraph 28 of the Seidensticker Affidavit.

17. I have examined the Allen Brothers Website and found no references to steaks.gif and tanpixel.gif, as referred to in paragraph 29 of the Seidensticker Affidavit.

18. I have examined the Allen Brothers Website and found no references to "category=57" or a "MarketingSources" tracking code ID as referred to in paragraphs 30 and 33 of the Seidensticker Affidavit.

Further Affiant Sayeth Not.

_____

Subscribed and sworn to
this __19__ day of November, 2007.

_____
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Catherine M. Kolcun, Notary Public
City Of Wilkes-Barre, Luzerne County
My Commission Expires March 1, 2011
Member, Pennsylvania Association of Notaries

4