# EXHIBIT 1

# ALLEN BROTHERS WEBSITE COMPARISON

# (www.allenbrothers.com)

a. "Catalog" Page

b. "Contact Us" Page

c. "Restaurants" Page

d. "Gift Order Information" Page

e. Section Page – Buffalo & Venison

f. Section Page – Dry Aged Beef

g. Item Page – Asian Style Stuffed Dumplings

h. Item Page – Whole Turkey

a. **"Catalog" Page:**

　　i. **Screen Shot – Old Allen Brothers Website**

　　ii. **Source Code – Old Allen Brothers Website**

　　iii. **Screen Shot – Current Allen Brothers Website**

　　iv. **Source Code – Current Allen Brothers Website**

# "Catalog" Page

**Old Allen Brothers Website**

**(Screen Shots and Source Code)**

YOUR SOURCE FOR FINE DINING

# ALLEN BROTHERS
THE GREAT STEAKHOUSE STEAKS

Hear About Us

Home · About Us · Contact Us · Catalog Request

CART    SEARCH keyword or item    GO

| SHOP | GIFT SELECTIONS | FINE DINING | CATALOG | ASSISTANCE |

- USDA Prime Steaks
- Wet-Aged Beef
- Dry-Aged Beef
- Kobe-style Wagyu Beef
- Never Frozen Beef
- Appetizers
- Buffalo & Venison
- Chef Art Smith Entrees
- Desserts
- Duck
- Heat & Serve Entrees
- Lamb
- Pork
- Poultry
- Sausages & Bratwurst
- Seafood
- Steak Burgers & Dogs
- Veal
- New Products
- Specials
- Favorites

SIGN UP FOR EMAIL SPECIAL OFFERS
[<enter email>] SUBSCRIBE

Home >



**Request a Catalog**
We'd be happy to send you our catalog by mail.
Sign up now to join our mailing list.

**Sign Up for Email News**
Sign up for email news and ideas.

About Us | Privacy Policy | Catalog Request | Customer Service | Contact Us | Site Map | Articles
To place a phone order, call 24 hours a day, 7 days a week — (800) 957-0111
For questions or assistance, call weekdays 8 AM to 5 PM CST — (800) 548-7777
© 2007 Allen Brothers, Inc., All Rights Reserved.
design, development, marketing, and operations by Prominent Consulting, LLC
Managed Server Colocation Provided by echoMountain Data Center Services
Enter your email address to receive special offers
[<enter email>] SUBSCRIBE

```html
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN">
<%@ include file="/templates/steaks.dot.jsp" %><%-- InstanceBegin template="/Templates/steaks.dwt.jsp" codeOutsideHTMLIsLocked="false" --%>
<html>
<head>
<meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
<!-- InstanceBeginEditable name="doctitle" -->
<title>The Great Steakhouse Steaks - Allen Brothers USDA Prime Steak and Prime Beef</title>
<META name="description" content="Order steaks, seafood, and desserts from the purveyor of America's highest-quality USDA prime steaks and beef, Allen Brothers - The Great Steakhouse Steaks">
<META name="keywords" content="steaks, steak, prime beef, beef, prime steaks, aged beef, kobe beef, angus beef, prime steak, mail order steaks, wagyu beef, prime steak, aged steaks, filet mignon, beef, wellington">
<link rel="stylesheet" href="http://72.5.200.197/css/steaks.css" type="text/css">
<SCRIPT language="JavaScript" src="http://72.5.200.197/js/steaks.js"></SCRIPT>
<!-- InstanceEndEditable --><!-- InstanceBeginEditable name="head" --><!-- InstanceEndEditable -->
</head>
<body bgcolor="#ffffff" vlink="#635247" alink="#635247" link="#635247" marginheight="0" marginwidth="0" topmargin="0" leftmargin="0" rightmargin="0" onLoad="MM_preloadImages('http://72.5.200.197/images/nav/top/ordertracking-over.gif','http://72.5.200.197/images/nav/top/myaccount-over.gif','http://72.5.200.197/images/nav/top/cart-over.gif','http://72.5.200.197/images/nav/top/contact-us.gif','http://72.5.200.197/images/steaks/shop-over.gif','http://72.5.200.197/images/steaks/gift-over.gif','http://72.5.200.197/images/steaks/finedining-over.gif','http://72.5.200.197/images/steaks/catalog-over.gif')">
<div id="topLinks" class="topLinks"><a href="/steaks.jsp" class="theme">Home</a> - <a href="/aboutUs.jsp" class="theme">About Us</a> - <a href="/contactUs.jsp" class="theme">Contact Us</a> - <a href="/CatalogRequest.jsp" class="theme">Catalog Request</a></div>
<div id="CompanyLogo" style="position:absolute; top:2px; left:2px; z-index:30; width:328px; height:50px"><a href="/steaks.jsp"><img src="http://72.5.200.197/images/steaks/h5-logo.jpg" width="328" height="50" border="0"></a></div>
<div id="Signoff" class="siteNavigation" style="left:300px;"></div>
<div id="Radio" class="siteNavigation" style="top:15px; left:348px;"><a href="/Radio.jsp"><img src="http://72.5.200.197/images/steaks/radio.gif" alt="Hear about us on the radio?" name="Radio" width="160" height="26" border="0"></a></div>
<div id="ShoppingCart" class="siteNavigation" style="top:2px; left:541px;"><a href="ShoppingCart.jsp" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Cart','','http://72.5.200.197/images/steaks/cart-over.gif',1)"><img src="http://72.5.200.197/images/steaks/cart.gif" alt="Shopping Cart" name="Cart" width="38" height="26" border="0"></a></div>
<div id="Search" class="siteNavigation" style="left:584px;"><img src="http://72.5.200.197/images/search.gif" alt="Search" width="40" height="17" border="0"></div>
<form name="searchForm" class="siteNavigation" method="GET" action="/search.do">
  <div id="SearchForm" class="siteNavigation" style="left:628px; top:30px;">
    <input type="text" name="searchString" maxlength="30" size="15" tabindex="1" value="Keyword or Item #" onfocus="form.searchString.value='';" class="search">
    <input type="image" name="action" src="http://72.5.200.197/images/steaks/gobutton.gif" alt="Go" border="0" value="button.Submit" tabindex="2" />
  </div>
</form>
</div>
<div id="topNavBar" class="topNavBar"></div>
<div id="ShopTopNav" class="topNavBarItems" style="left:1px;"><a href="shop.jsp?categoryId=87" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('ShopTopNav','','http://72.5.200.197/images/steaks/shop-over.gif',1)"><img src="http://72.5.200.197/images/steaks/shop.gif" alt="Shop Categories" name="ShopTopNav" width="127" height="18" border="0"></a></div>
<div id="GiftTopNav" class="topNavBarItems" style="left:128px;"><a href="findProducts.do?categoryId=103" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('GiftTopNav','','http://72.5.200.197/images/steaks/gift-over.gif',1)"><img src="http://72.5.200.197/images/steaks/gift.gif" alt="Gift Ideas" name="GiftTopNav" width="127" height="18" border="0"></a></div>
<div id="FineDiningTopNav" class="topNavBarItems" style="left:284px;"><a href="FineDining.jsp" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('FineDiningTopNav','','http://72.5.200.197/images/steaks/finedining-over.gif',1)"><img src="http://72.5.200.197/images/steaks/finedining.gif" alt="Fine Dining" name="FineDiningTopNav" width="127" height="18" border="0"></a></div>
<div id="CatalogTopNav" class="topNavBarItems" style="left:412px;"><a href="Catalog.jsp" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('CatalogTopNav','','http://72.5.200.197/images/steaks/catalog-over.gif',1)"><img src="http://72.5.200.197/images/steaks/catalog.gif" alt="Catalog" name="CatalogTopNav" width="127" height="18" border="0"></a></div>
```

2 of 4

Case 1:07-cv-06357    Document 16-8    Filed 11/19/2007    Page 7 of 13

file:////cactus-store/client/AllenBrothers,Inc/EnterprisePackagewithDedicatedResources/Do...    view-source:file:////cactus-store/client/AllenBrothers,Inc/EnterprisePackagewithDedicatedRe...

```html
<div id="PrimeSteaks" class="shopCategory"><a href="/findProducts.do?categoryId=50" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image22','','http://72.5.200.197/images/steaks/leftnav/primesteaks-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/primesteaks.jpg" alt="Prime Steaks" name="Image22" width="127" height="15" border="0"></a></div>
<div id="PrimeBeef" class="shopCategory"><a href="/findProducts.do?categoryId=76" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image23','','http://72.5.200.197/images/steaks/leftnav/wetaged-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/wetaged.jpg" alt="Wet-Aged Beef" name="Image23" width="127" height="15" border="0"></a></div>
<div id="DryAgedBeef" class="shopCategory"><a href="/findProducts.do?categoryId=50" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image24','','http://72.5.200.197/images/steaks/leftnav/dryaged-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/dryaged.jpg" alt="Dry-Aged Beef" name="Image24" width="127" height="15" border="0"></a></div>
<div id="WagyuBeef" class="shopCategory"><a href="/findProducts.do?categoryId=63" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image25','','http://72.5.200.197/images/steaks/leftnav/kobe-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/kobe.jpg" alt="Kobe-style Wagyu Beef" name="Image25" width="127" height="15" border="0"></a></div>
<div id="NeverFrozenBeef" class="shopCategory"><a href="/findProducts.do?categoryId=60" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image26','','http://72.5.200.197/images/steaks/leftnav/never.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/never.jpg" alt="Never Frozen Beef" name="Image26" width="127" height="15" border="0"></a></div>
<div id="Appetizers" class="shopCategory"><a href="/findProducts.do?categoryId=64" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image27','','http://72.5.200.197/images/steaks/leftnav/appetizers-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/appetizers.jpg" alt="Appetizers" name="Image27" width="127" height="15" border="0"></a></div>
<div id="BuffaloVenison" class="shopCategory"><a href="/findProducts.do?categoryId=40" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image28','','http://72.5.200.197/images/steaks/leftnav/buffalo-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/buffalo.jpg" alt="Buffalo & Venison" name="Image28" width="127" height="15" border="0"></a></div>
<div id="ChefArtSmithEntrees" class="shopCategory"><a href="/findProducts.do?categoryId=143" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image42','','http://72.5.200.197/images/steaks/leftnav/artsmith-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/artsmith.jpg" alt="Chef Art Smith Entrees" name="Image42" width="127" height="15" border="0"></a></div>
<div id="Desserts" class="shopCategory"><a href="/findProducts.do?categoryId=55" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image29','','http://72.5.200.197/images/steaks/leftnav/desserts-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/desserts.jpg" alt="Desserts" name="Image29" width="127" height="15" border="0"></a></div>
<div id="Duck" class="shopCategory"><a href="/findProducts.do?categoryId=33" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image30','','http://72.5.200.197/images/steaks/leftnav/duck-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/duck.jpg" alt="Duck" name="Image30" width="127" height="15" border="0"></a></div>
<div id="HeatAndServeEntrees" class="shopCategory"><a href="/findProducts.do?categoryId=15" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image31','','http://72.5.200.197/images/steaks/leftnav/heatandserve-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/heatandserve.jpg" alt="Heat & Serve Entrees" name="Image31" width="127" height="15" border="0"></a></div>
<div id="Lamb" class="shopCategory"><a href="/findProducts.do?categoryId=32" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image32','','http://72.5.200.197/images/steaks/leftnav/lamb-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/lamb.jpg" alt="Lamb" name="Image32" width="127" height="15" border="0"></a></div>
<div id="Pork" class="shopCategory"><a href="/findProducts.do?categoryId=30" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image33','','http://72.5.200.197/images/steaks/leftnav/pork-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/pork.jpg" alt="Pork" name="Image33" width="127" height="15" border="0"></a></div>
<div id="Poultry" class="shopCategory"><a href="/findProducts.do?categoryId=22" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image34','','http://72.5.200.197/images/steaks/leftnav/poultry-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/poultry.jpg" alt="Poultry" name="Image34" width="127" height="15" border="0"></a></div>
<div id="SausagesAndBratwurst" class="shopCategory"><a href="/findProducts.do?categoryId=81" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image35','','http://72.5.200.197/images/steaks/leftnav/sausages-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/sausages.jpg" alt="Sausages & Bratwurst" name="Image35" width="127" height="15" border="0"></a></div>
<div id="Seafood" class="shopCategory"><a href="/findProducts.do?categoryId=27" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image36','','http://72.5.200.197/images/steaks/leftnav/seafood-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/seafood.jpg" alt="Seafood" name="Image36" width="127" height="15" border="0"></a></div>
<div id="SteakBurgersAndDogs" class="shopCategory"><a href="/findProducts.do?categoryId=80" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image37','','http://72.5.200.197/images/steaks/leftnav/steakburgers-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/steakburgers.jpg" alt="Steak Burgers & Dogs" name="Image37" width="127" height="15" border="0"></a></div>
<div id="Veal" class="shopCategory"><a href="/findProducts.do?categoryId=65" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image38','','http://72.5.200.197/images/steaks/leftnav/veal-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/veal.jpg" alt="Veal" name="Image38" width="127" height="15" border="0"></a></div>
<div id="Specials" class="shopCategory"><a href="/findProducts.do?categoryId=85" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image39','','http://72.5.200.197/images/steaks/leftnav/specials-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/specials.jpg" alt="Specials" name="Image39" width="127" height="15" border="0"></a></div>
<div id="NewProducts" class="shopCategory"><a href="/NewProducts.sp" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image40','','http://72.5.200.197/images/steaks/leftnav/newproducts-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/newproducts.jpg" alt="New Products" name="Image40" width="127" height="15" border="0"></a></div>
<div id="BestSellers" class="shopCategory"><a href="/findProducts.do?categoryId=5" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image41','','http://72.5.200.197/images/steaks/leftnav/favorites-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/favorites.jpg" alt="Favorites" name="Image41" width="127" height="15" border="0"></a></div>
```

Case 1:07-cv-06357   Document 16-8   Filed 11/19/2007   Page 8 of 13

```html
<div id="Optin" class="optin">
<form name="emailOffersBean" method="GET" action="http://emailOffers.do" onsubmit="return submitEmailForm(this);">
<div align="center"><img src="http://72.5.200.197/images/steaks/doublehorizontal.gif" width="120" height="5"><br>
<img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
<img src="http://72.5.200.197/images/steaks/emailsubscribe.gif" width="97" height="49" alt="" border="0"><br>
<img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="3" alt="" border="0"><br>
<input type="text" name="email" maxlength="76" size="15" value="alt:enter emailgt;" onfocus="form.email.value='';" class="email"/>
<br>
<img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
<input type="image"
   name="action"
   src="http://72.5.200.197/images/steaks/subscribe.gif"
   alt="SUBSCRIBE"
   border="0"
   tabindex="4"/>
<br>
<img src="http://72.5.200.197/images/steaks/doublehorizontal.gif" width="120" height="5"></div>
</form>
</div>
<div class="navigationlinks"><a class="navigationTheme" href="/steaks.jsp">Home</a>  <span class="navigationPlain">&gt;</span> </div>
<div class="standardPage">
<table width="100%" border="0" cellspacing="0" cellpadding="0">
<td><!-- InstanceBeginEditable name="MainBody" -->
<table width="100%" border="0" cellspacing="0" cellpadding="0">
<tr>
<td rowspan="7"><a href="CatalogRequest.jsp"><img src="http://72.5.200.197/images/catalog/Covers/2007/J7/steaks-cover.jpg" width="291" height="371" border="0"></a></td>
<td height="1" valign="bottom" bgcolor="#BFE5D4"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="1"></td>
</tr>
<tr>
<td valign="top" class="contentsmallcell"><a href="CatalogRequest.jsp"><img src="http://72.5.200.197/images/steaks/requestacatalog.gif" width="159" height="15" border="0"></a></td>
</tr>
<tr>
<td class="contentsmallcell"><a href="CatalogRequest.jsp"><u>Catalog Request</u></a> | <a
href="CatalogRequest.jsp" target="Optin.jsp"><img src="http://72.5.200.197/images/steaks/SignUpEmail.gif" width="159" height="15" border="0"></a></td>
</tr>
<tr>
<td valign="top" class="contentsmallcell"><a href="Optin.jsp">Sign up</a> for email news and ideas. </td>
</tr>
<tr>
<td valign="bottom" bgcolor="#BFE5D4"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="1"></td>
</tr>
<tr>
<td valign="top" class="contentsmallcell">We'd be happy to send you our catalog by mail. <br>
<a href="CatalogRequest.jsp">sign up now</a> to join our mailing list. </td>
</tr>
<tr>
<td valign="top"><table width="100%" border="0" cellspacing="0" cellpadding="0">
<tr>
<td valign="top"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="40"></td>
</tr>
<tr>
<td valign="top">
<!-- InstanceEndEditable --></td>
</tr>
</table></td>
</tr>
</table></td>
<td width="629" align="center"><font face="Verdana, Geneva, Arial, Helvetica, san-serif" size="1" color="#635247"><br>
 <br>
<a href="AboutUs.jsp"><u>About Us</u></a> | <a href="PrivacyPolicy.jsp"><u>Privacy Policy</u></a> | <a href="CatalogRequest.jsp"><u>Catalog Request</u></a> | <a
href="Assistance.jsp"><u>Customer Service</u></a> | <a href="ContactUs.jsp"><u>Contact Us</u></a> | <a href="sitemap.jsp"><u>Site Map</u></a> | <a
href="/articles/prime-steaks.jsp"><u>Articles</u></a><br>
<img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="2" alt="" border="0"><br>
To Place a phone order, call 24 hours a day, 7 days a week &#8212; (800) 957-0111<br>
For questions or assistance, call weekdays 8 AM to 5 PM CST &#8212; (800) 548-7777
```

file:////cactus-store/client/AllenBrothers,Inc/EnterprisePackagewithDedicatedResources/Do...    view-source:file:////cactus-store/client/AllenBrothers,Inc/EnterprisePackagewithDedicatedRe...

11/18/2007 1:22 PM

```html
<img src="http://72.5.200.197/images/steaks.gif" width="1" height="3" alt="" border="0"><br>
&copy; 2007 Allen Brothers, Inc., All Rights Reserved.</font><br>
<img src="http://72.5.200.197/images/steaks/steaks.gif" width="3" alt="" border="0"><br>
<span class="policy">design, development, marketing, and operations by <a href="http://www.prominentconsulting.com" target="_blank" class="pclic">Prominent Consulting, LLC</a></span>
<br>
<span class="pclic"><a href="http://www.echoMountain.com" target="_blank" class="pclic">Managed Server Colocation Provided by echoMountain Data Center Services</a></span>
</td>
</tr>
<tr>
<td width="629" align="center" class="navigationPlain" valign="baseline"><form name="emailOffersBean" method="GET" action="/emailOffers.do" onsubmit="return submitEmailForm(this);"><input type="text" name="email" maxlength="76" size="15" tabindex="3" value="" alt=";enter email&gt;" onfocus="form.email.value='';"
class="email"> <input type="image" name="action" src="http://72.5.200.197/images/steaks/subscribe.gif" alt="SUBSCRIBE" border="0" tabindex="4"></form></td>
</tr>
</table>
</div>
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
_uacct = "UA-230325-3";
urchinTracker();
</script>
</body>
<!-- Instanceend --></html>
```

# "Catalog" Page

## Current Allen Brothers Website
## (Screen Shots and Source Code)

# ALLEN BROTHERS
THE GREAT STEAKHOUSE STEAKS®

HOME | ABOUT US | CONTACT US | ORDER TRACKING | 1-800-957-0111

SEARCH ▸ [          ] [GO]

**GIFT SELECTIONS | FINE DINING | ALLEN BROTHERS CATALOG | SHOPPING ASSISTANCE | VIEW CART**

- USDA Prime Steaks
- Wet-Aged Beef
- Dry-Aged Beef
- Kobe Wagyu Beef
- Never Frozen Beef
- Appetizers
- Side Dishes
- Soups
- Buffalo & Venison
- Chef Art Smith Entrees
- Desserts
- Duck
- Heat & Serve Entrees
- Lamb
- The Great Steakhouse Pork
- The Great Steakhouse Poultry
- Sausages and Bratwurst
- Seafood
- Steak Burgers & Dogs
- Smoked Meats
- Veal
- New Products
- Internet Specials
- Favorites
- Celebrity/Media Advocates



▸ **Request a Catalog**
We'd be happy to send you our catalog by mail.
Sign up now to join our mailing list.

**Sign Up for Email News**
[Enter Email Address] [SUBSCRIBE]

```html
<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Strict//EN" "http://www.w3.org/TR/xhtml1/DTD/xhtml1-strict.dtd">
<html><head><script language="javascript">
<!--
(new Image).src="http://store.yahoo.net/cgi-bin/refsd?s=http://www.allenbrothers.com&v=1.0&dr=" + escape(document.referrer);
-->
</script>
<title></title>
<meta name="keywords" content="" />
<meta name="description" content="" />
<script language="javascript" type="text/javascript" src="http://e.yimg.com/lib/store.o.yimg.com/lib/yhst-936725511098757/scrFramework.js"></script>
<!--Solid Cactus Click to enlarge v3.0.2-->
<script language="javascript" type="text/javascript" src="http://e.yimg.com/lib/store.o.yimg.com/lib/yhst-936725511098757/scrImageEnlarge.js"></script>
<script src="http://e.yimg.com/lib/store.o.yimg.com/lib/yhst-936725511098757/hidescript.js"></script>
<link rel="stylesheet" type="text/css" href="yhst-936725511098757-style-css.css" /><link rel="stylesheet" type="text/css" href="http://e.yimg.com/lib/store.o.yimg.com/lib/yhst-936725511098757/scrImageEnlarge.css" />
</head><body bgcolor="#ffffff" text="#000000" link="#0000cc" vlink="#666666"><div id="container"><div id="header"><h1 id="brandmark"><a href="index.html">Allen Brothers - The Great Steakhouse Steaks</a></h1><ul id="topnav">
<li class="last"><a href="index.html" title="Home">Home</a></li>
<li><a href="info.html" title="About Us">About Us</a></li>
<li><a href="contact2.html" title="Contact Us">Contact Us</a></li>
<li><a href="tracking.html" title="Order Tracking">Order Tracking</a></li>
<li class="last">1.800.957.0111</li>
</ul><form method="get" action="nsearch.html" id="searcharea"><fieldset><img src="http://e.yimg.com/lib/store.o.yimg.com/lib/yhst-936725511098757/search.gif" alt="search" /><input name="query" type="text" size="12" id="query" /><input type="image" src="http://e.yimg.com/lib/store.o.yimg.com/lib/yhst-936725511098757/go.gif" value="Go" class="ys_primary" id="searchsubmit" /><input name="catalog" type="hidden" value="yhst-936725511098757" /><fieldset></form><ul id="links">
<li><a href="info.html" title="About Us">About Us</a></li>
<li><a href="gift-selections.html">Gift Selections</a></li>
<li><a href="fine-dining.html">Fine Dining</a></li>
<li><a href="catalog.html">Allen Brothers Catalog</a></li>
<li><a href="shopping-assistance.html">Shopping Assistance</a></li>
<li class="last"><a href="https://order.store.yahoo.net/cgi-bin/wg-order/yhst-936725511098757">View Cart</a></li>
</ul></div><div id="bodyshell" class="clear"><div id="bodycontent"><div class="bodypad">
<!--Start Content Body-->
<div id="info-div"><div style="float:left; width:291px;">
<a href="http://e.yimg.com/lib/yhst-936725511098757/steaks-cover.jpg" border="0" height="371" width="291"></a>
<div style="float:left; margin:0; padding:0 0 5px; width:296px; _width:298px;">
<p style="border-top:5px solid #e3e3c8; padding:0 0 50px 0;">
<a href="http://store.yahoo.com/cgi-bin/wg-request-catalog?yhst-936725511098757"><img src="http://e.yimg.com/lib/yhst-936725511098757/requestacatalog.gif" border="0" /></a><br />
We'd be happy to send you our catalog by mail.<br />
<a href="rcatalog.html">Sign up now</a> to join our mailing list.
</p>
<div style="border-top:5px solid #e3e3c8; padding:5px 0 50px 0;">
<img src="http://e.yimg.com/lib/yhst-936725511098757/signupemail.gif" border="0" height="15" width="159" />
<form action="http://e.yimg.com/lib/yhst-936725511098757/subscribe.gif" method="post">
<fieldset>
<input name="email" size="12" id="mailingquery" value="Enter Email Address" onfocus="if (this.value == this.defaultValue) this.value='';" onblur="if(this.value=='')this.value=this.defaultValue;" type="text" />
<input src="http://e.yimg.com/lib/yhst-936725511098757/subscribe.gif" value="Subscribe" id="nlsubmit" type="image" />
<input name="from" value="allenbros3737@yahoo.com" type="hidden" />
<input name="owner" value="allenbros3737@yahoo.com" type="hidden" />
<input name="subject" value="Newsletter Submission" type="hidden" />
<input name="newnames-to" value="yhst-936725511098757" type="hidden" />
<input name="ycatalog" value="yhst-936725511098757" type="hidden" />
<input name=".autodone" value="http://store.yahoo.com/yhst-936725511098757/emailspecials.html" type="hidden" />
</fieldset>
</form>
</div></div><br /></div></div>
<div class="clear"><br /></div>
<div id="nav-product"><div id="htmltop"><!--<img src="http://e.yimg.com/lib/store.o.yimg.com/lib/yhst-936725511098757/specialoffers.gif" alt="Special Offers" />--><div><ul><li><a href="the-great-steakhouse-steaks.html">USDA Prime Steaks</a></li><li><a href="wet-aged-beef.html">Wet-Aged Beef</a></li><li><a href="dry-aged-beef.html">Dry-Aged Beef</a></li><li><a href="kobe-wagyu-beef.html">Kobe Wagyu Beef</a></li><li><a href="our-never-frozen-beef.html">Never Frozen Beef</a></li><li><a href="usda-prime-dry-aged-beef.html">USDA Prime Dry-Aged Beef</a></li><li><a href="side-dishes.html">Side Dishes</a></li><li><a href="soups.html">Soups</a></li><li><a href="buffalo--venison.html">Buffalo -- Venison</a></li><li><a href="appetizers.html">Appetizers</a></li><li><a href="chef-art-smiths-back-to-the-family-delights.html">Chef Art Smith Entrees</a></li><li><a href="the-great-steakhouse-desserts.html">Desserts</a></li><li><a href="duck-delicacies.html">Duck Delicacies</a></li><li><a href="heat--serve-entrees.html">Heat & Serve Entrees</a></li><li><a href="the-great-steakhouse-lamb.html">Lamb</a></li><li><a href="the-great-steakhouse-pork.html">The Great Steakhouse Pork</a></li><li><a href="the-great-steakhouse-poultry.html">The Great Steakhouse Poultry</a></li><li><a href="sausages-and-bratwurst.html">Sausages and Bratwurst</a></li><li><a href="seafood-selections.html">Seafood</a></li><li><a href="the-great-steakhouse-fork.html">The Great Steakhouse Fork</a></li><li><a href="steak-burgers-and-steak-dogs.html">Steak Burgers & Dogs</a></li><li><a href="smoked-meats.html">Smoked Meats</a></li><li><a href="the-great-steakhouse-veal.html">Veal</a></li><li><a href="new-products.html">New Products</a></li><li><a href="favorites.html">Favorites</a></li><li><a href="media-personalities.html">Celebrity/Media Advocates</a></li><li><a href="specials.html">Internet Specials</a></li></ul><div id="htmlbottom"><img src="http://e.yimg.com/lib/store.o.yimg.com/lib/yhst-936725511098757/specialoffers.gif" alt="Sign up for email special offers" /><form action="http://store.yahoo.com/cgi-bin/pro-forma" method="post"><fieldset><input name="email" type="text" size="12" id="mailingspecials" value="Enter Email Address" onfocus="if (this.value == this.defaultValue) this.value='';"
```

The page is rotated sideways and contains view-source HTML/JavaScript code from http://www.allenbrothers.com/catalog.html, captured 11/18/2007 12:52 PM, filed as Case 1:07-cv-06357, Document 16-8, Filed 11/19/2007, Page 13 of 13.