## b. "Contact Us" Page:

i. Screen Shot – Old Allen Brothers Website

ii. Source Code – Old Allen Brothers Website

iii. Screen Shot – Current Allen Brothers Website

iv. Source Code – Current Allen Brothers Website

# “Contact Us” Page

## Old Allen Brothers Website

## (Screen Shots and Source Code)

YOUR SOURCE FOR FINE DINING
ALLEN BROTHERS
THE GREAT STEAKHOUSE STEAKS®
On The Radio?
Home - About Us - Contact Us - Catalog Request
CART SEARCH keyword or item # GO

SHOP | GIFT SELECTIONS | ASSISTANCE

USDA Prime Steaks
Wet-Aged Beef
Dry-Aged Beef
Kobe-style Wagyu Beef
Appetizers
Buffalo & Venison
Chef Art Smith Entrees
Desserts
Duck
Lamb
Pork
Poultry
Sausages & Bratwurst
Seafood
Steak Burgers & Dogs
Veal
New Products
Specials
Favorites

SIGN UP FOR EMAIL SPECIAL OFFERS
<enter email>
SUBSCRIBE

Home >

# CONTACT US

We would like to hear from you. Whether you have a general question, want to know more about Allen Brothers or have specific questions regarding an order that you placed, please complete the following inquiry form or contact us using the information below. Fields in **bold** are required.

**Your Name:**

**Address:**
Street address (P.O. Boxes not acceptable)

Apartment, suite, unit, building, floor, etc.

**City:**

**State:** Select

**ZIP Code:**

Phone Number:

Email Address:

**How did you hear about us?** Select an option

**How would you like us to contact you?**
E-Mail
Phone

**Your Questions or Comments:**

Submit

**Customer Service:**
1-800-548-7777
Monday-Friday, 8 a.m. to 5 p.m CST

**Phone Orders:**
1-800-957-0111
24 hours a day, 7 days a week

**Fax Orders:**
1-800-890-9146
24 hours a day, 7 days a week:

**Corporate Office:**
Allen Brothers, Inc.
3737 South Halsted Street
Chicago, Illinois 60609-1689

About Us | Privacy Policy | Catalog Request | Customer Service | Contact Us | Site Map | Articles
To place a phone order, call 24 hours a day, 7 days a week — (800) 957-0111
For questions or assistance, call weekdays 8 AM to 5 PM CST — (800) 548-7777
© 2007 Allen Brothers, Inc., All Rights Reserved.
design, development, marketing, and operations by Prominent Consulting, LLC
Managed Server Colocation Provided by echoMountain Data Center Services
Enter your email address to receive special offers
<enter email> SUBSCRIBE

```
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN" "http://www.w3.org/TR/html4/loose.dtd">
<html><!-- InstanceBegin template="/Templates/steaks.dwt.jsp" codeOutsideHTMLIsLocked="false" -->
<head>
<BASE HREF="http://www.allenbrothers.com/ContactUs.jsp">

<meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
<title>The Great Steakhouse Steaks - Allen Brothers USDA Prime Steak and Prime Beef</title>
<META name="description" content="Order steaks, lobsters, seafood, and desserts from the purveyor of America's
highest-quality USDA prime steaks and beef, Allen Brothers - The Great Steakhouse Steaks">
<META name="keywords" content="steaks,steak,prime beef,beef,prime steaks,aged beef,kobe beef,angus beef,mail order
steaks,wagyu beef,prime steak,mail order steak,aged steaks,filet mignon,beef wellington">
<link rel="stylesheet" href="http://web.archive.org/web/20070808172952/http://steaks.allenbrothers.com/css/steaks.css"
type="text/css">
<SCRIPT language="JavaScript"
src="http://web.archive.org/web/20070808172952js_/http://steaks.allenbrothers.com/js/steaks.js"></SCRIPT>
<!-- InstanceBeginEditable name="head" --><!-- InstanceEndEditable -->
</head>
<body bgcolor="#ffffff" vlink="#635247" alink="#635247" link="#635247" marginheight="0" marginwidth="0" topmargin="0"
leftmargin="0" rightmargin="0"
onLoad="MM_preloadImages('http://steaks.allenbrothers.com/images/nav/top/ordertracking-over.gif','http://steaks.allenbrothers.c
<div id="topLinks" class="topLinks"><a href="steaks.jsp" class="theme">Home</a> - <a href="AboutUs.jsp" class="theme">About
Us</a> - <a href="ContactUs.jsp" class="theme">Contact Us</a> - <a href="CatalogRequest.jsp" class="theme">Catalog
Request</a> </div>
<div id="CompanyLogo" style="position:absolute; top:2px; left:2px; z-index:30; width:328px; height:50px;"><A
href="/steaks.jsp"><img src="http://steaks.allenbrothers.com/images/steaks/A5-logo.jpg" width="328" height="50"
border="0"></A></div>
<div id="Signoff" class="siteNavigation" style="left:300px;"></div>
<!--<div id="OrderTracking" class="siteNavigation" style="left:350px;"><a href="OrderTracking.jsp"
```

```
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('OrderTracking','','http://steaks.allenbrothers.com/images/steaks/ordertracking-over.gif',1)"><img
src="http://steaks.allenbrothers.com/images/steaks/ordertracking.gif" alt="ORDER TRACKING" name="OrderTracking" width="101"
height="17" border="0"></a></div>
<div id="MyAccount" class="siteNavigation" style="left:456px;"><a href="MyAccount.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('MyAccount','','http://steaks.allenbrothers.com/images/steaks/myaccount-over.gif',1)"><img
src="http://steaks.allenbrothers.com/images/steaks/myaccount.gif" alt="MY ACCOUNT" name="MyAccount" width="80" height="17"
border="0"></a></div> -->

<div id="Radio" class="siteNavigation" style="top:15px; left:348px;"><a href="/Radio.jsp"><img
src="http://steaks.allenbrothers.com/images/steaks/radio.gif" alt="Hear about us on the radio?" name="Radio" width="100"
height="26" border="0"></a></div>

<div id="ShoppingCart" class="siteNavigation" style="top:23px; left:541px;"><a href="ShoppingCart.jsp"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Cart','','http://steaks.allenbrothers.com/images/steaks/cart-over.gif',1)"><img
src="http://steaks.allenbrothers.com/images/steaks/cart.gif" alt="Shopping Cart" name="Cart" width="38" height="26"
border="0"></a></div>
<div id="Search" class="siteNavigation" style="left:584px;"><img
src="http://steaks.allenbrothers.com/images/steaks/search.gif" alt="Search" name="Search" width="40" height="17"
border="0"></div>
<form name="searchBean" method="GET"
action="/search.do;jsessionid=G59QTzZJyG4QMHLph5gV9KJ2V99nJdTWxWHSKdJTXtFQL4dyWspY!130092772!605810915">
  <div id="SearchForm" class="siteNavigation" style="left:628px;width:120px;top:30px;">
        <input type="text" name="searchString" maxlength="30" size="15" tabindex="1" value="keyword or item #"
onfocus="form.searchString.value='';" class="search">
  </div>
  <div id="SearchForm" class="siteNavigation" style="left:750px;width:17px;top:32px;">
        <input type="image"
                          name="action"
                          src="http://steaks.allenbrothers.com/images/steaks/gobutton.gif"
                          alt="GO"
                          border="0"
                          value="button.Submit"
                          tabindex="2"/>
  </div>
</form>
<div id="topNavBar" class="topNavBar"></div>
<div id="ShopTopNav" class="topNavBarItems" style="left:1px;"><a href="Shop.jsp?categoryId=87"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('ShopTopNav','','http://steaks.allenbrothers.com/images/steaks/shop-over.gif',1)"><img
src="http://steaks.allenbrothers.com/images/steaks/shop.gif" alt="Shop Categories" name="ShopTopNav" width="127" height="18"
border="0"></a></div>
<div id="GiftTopNav" class="topNavBarItems" style="left:130px;"><a href="findProducts.do?categoryId=103"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('GiftTopNav','','http://steaks.allenbrothers.com/images/steaks/gift-over.gif',1)"><img
```