```
        </tr>
      </table>
      </form>
<script type="text/javascript" language="JavaScript">
  <!--
  var focusControl = document.forms["contactUsBean"].elements["name"];

  if (focusControl.type != "hidden") {
     focusControl.focus();
  }
  // -->
</script>

      <br>
    <!-- InstanceEndEditable --></td>
  </tr>
    <tr valign="top">
      <td><img src="http://steaks.allenbrothers.com/images/steaks/steaks.gif" width="1" height="40"></td>
    </tr>
  <tr>
    <td width=629 align="center"><font face="Verdana, Geneva, Arial, Helvetica, san-serif" size="1" color="#635247"><br>
               <br>
              <a href="AboutUs.jsp"><u>About Us</u></a> | <a href="PrivacyPolicy.jsp"><u>Privacy Policy</u></a> | <a
href="CatalogRequest.jsp"><u>Catalog Request</u></a> | <a href="Assistance.jsp"><u>Customer Service</u></a> | <a
href="ContactUs.jsp"><u>Contact Us</u></a> | <a href="sitemap.jsp"><u>Site Map</u></a> | <a
href="/articles/prime-steaks.jsp"><u>Articles</u></a><br>
              <img src="http://steaks.allenbrothers.com/images/steaks/steaks.gif" width="1" height="3" alt="" border="0"><br>
              To place a phone order, call 24 hours a day, 7 days a week &#8212; (800) 957-0111<br>
              For questions or assistance, call weekdays 8 AM to 5 PM CST &#8212; (800) 548-7777            <br>
              <img src="http://steaks.allenbrothers.com/images/steaks/steaks.gif" width="1" height="3" alt="" border="0"><br>
&copy; 2007 Allen Brothers, Inc., All Rights Reserved.</font><br>
              <img src="http://steaks.allenbrothers.com/images/steaks/steaks.gif" width="1" height="3" alt="" border="0"><br>
<span class="pcllc">design, development, marketing, and operations  by <a href="http://www.prominentconsulting.com"
target="_blank" class="pcllc">Prominent Consulting, LLC</a></span>

<br>
<span class="pcllc"><a href="http://www.echomountain.com" target="_blank" class="pcllc">Managed Server Colocation Provided by
echoMountain Data Center Services</a></span>

</td>
        </tr>
        <tr>
                <td width=629 align="center" class="navigationPlain" valign="baseline">Enter your email address to receive
special offers<br><form name="emailOffersBean" method="GET"
action="/emailOffers.do;jsessionid=G59QTzZJyG4QMHLph5gV9KJ2V99nJdTWxWHSKdJTXtFQL4dyWspY!130092772!605810915" onsubmit="return
submitEmailForm(this);"><input type="text" name="email" maxlength="76" size="15" tabindex="3" value="&lt;enter email&gt;"
onfocus="form.email.value='';" class="email"> <input type="image" name="action"
```

Case 1:07-cv-06357 Document 16-12 Filed 11/19/2007 Page 2 of 5

```
src="http://steaks.allenbrothers.com/images/steaks/subscribe.gif" alt="SUBSCRIBE" border="0" tabindex="4"/></form></td>
        </tr>
</table>
</div>
<script src="http://web.archive.org/web/20070808172952js_/http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
_uacct = "UA-230325-3";
urchinTracker();
</script>
</body>
<!-- InstanceEnd -->
<!-- SOME SCRIPT SRC'S ON THIS PAGE HAVE BEEN REWRITTEN BY THE WAYBACK MACHINE
OF THE INTERNET ARCHIVE IN ORDER TO PRESERVE THE TEMPORAL INTEGRITY OF THE SESSION. -->

<!-- SOME LINK HREF'S ON THIS PAGE HAVE BEEN REWRITTEN BY THE WAYBACK MACHINE
OF THE INTERNET ARCHIVE IN ORDER TO PRESERVE THE TEMPORAL INTEGRITY OF THE SESSION. -->

<SCRIPT language="Javascript">
<!--

// FILE ARCHIVED ON 20070808172952 AND RETRIEVED FROM THE
// INTERNET ARCHIVE ON 20071118225707.
// JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.
// ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
// SECTION 108(a)(3)).

   var sWayBackCGI = "http://web.archive.org/web/20070808172952/";

   function xResolveUrl(url) {
      var image = new Image();
      image.src = url;
      return image.src;
   }
   function xLateUrl(aCollection, sProp) {
      var i = 0;
      for(i = 0; i < aCollection.length; i++) {
         if (typeof(aCollection[i][sProp]) == "string") {
          if (aCollection[i][sProp].indexOf("mailto:") == -1 &&
             aCollection[i][sProp].indexOf("javascript:") == -1) {
            if(aCollection[i][sProp].indexOf("http") == 0) {
                aCollection[i][sProp] = sWayBackCGI + aCollection[i][sProp];
            } else {
                aCollection[i][sProp] = sWayBackCGI + xResolveUrl(aCollection[i][sProp]);
            }
         }
```

```
            }
        }
    }

    xLateUrl(document.getElementsByTagName("IMG"),"src");
    xLateUrl(document.getElementsByTagName("A"),"href");
    xLateUrl(document.getElementsByTagName("AREA"),"href");
    xLateUrl(document.getElementsByTagName("OBJECT"),"codebase");
    xLateUrl(document.getElementsByTagName("OBJECT"),"data");
    xLateUrl(document.getElementsByTagName("APPLET"),"codebase");
    xLateUrl(document.getElementsByTagName("APPLET"),"archive");
    xLateUrl(document.getElementsByTagName("EMBED"),"src");
    xLateUrl(document.getElementsByTagName("BODY"),"background");
    var forms = document.getElementsByTagName("FORM");
    if (forms) {
        var j = 0;
        for (j = 0; j < forms.length; j++) {
                f = forms[j];
                if (typeof(f.action)  == "string") {
                   if(typeof(f.method)  == "string") {
                       if(typeof(f.method) != "post") {
                          f.action = sWayBackCGI + f.action;
                       }
                   }
                }
        }
    }

//-->
</SCRIPT>

</html>
```

# “Contact Us” Page

## Current Allen Brothers Website

## (Screen Shots and Source Code)

Home | About Us | Privacy Policy | Catalog Request | Customer Service | Contact Us | Site Map | Articles | View Shopping Cart

To place a phone order, call 24 hours a day, 7 days a week — (800) 957-0111
For questions or assistance, call weekdays 8 AM to 5 PM CST — (800) 548-7777

Copyright © 2007 Allen Brothers, Inc., All Rights Reserved.