## c.  <u>"Restaurants" Page:</u>

     **i.**    **Screen Shot – Old Allen Brothers Website**

     **ii.**   **Source Code – Old Allen Brothers Website**

    **iii.**  **Screen Shot – Current Allen Brothers Website**

    **iv.**  **Source Code – Current Allen Brothers Website**

# "Restaurants" Page

## Old Allen Brothers Website
## (Screen Shots and Source Code)

Case 1:07-cv-06357 Document 16-14 Filed 11/19/2007 Page 3 of 10

YOUR SOURCE FOR FINE DINING

# ALLEN BROTHERS
THE GREAT STEAKHOUSE STEAKS®

Home - About Us - Contact Us - Catalog Request

Hear About Us
On The Radio?

CART    SEARCH  keyword or item #   GO

SHOP    GIFT SELECTIONS    FINE DINING    CATALOG    ASSISTANCE

SHOP
USDA Prime Steaks
Wet Aged Beef
Dry Aged Beef
Kobe-style Wagyu Beef
Near Frozen Beef
Appetizers
Buffalo & Venison
Chef Art Smith Entrées
Desserts
Duck
Pork
Poultry
Lamb
Veal
Heat & Serve Entrées
Seafood
Sausages & Bratwurst
Stick Burgers & Dogs
New Products
Specials
Favorites

SIGN UP
FOR EMAIL
SPECIAL OFFERS
enter email>
SUBSCRIBE

Home >

## AMERICA'S LEGENDARY STEAKHOUSES AND FINEST RESTAURANTS

# RELY ON US FOR THEIR GREAT STEAKS

The heart of every great steakhouse is extraordinary beef. In the restaurant business, greatness starts with serving the best. Top restaurateurs know that only the finest USDA Prime aged cuts create the most superior and memorable steaks.

Mention Chicago Chop House, Del Frisco's, and The Prime Rib - to name a few - and Allen Brothers is in the background. That's because we've been supplying the country's top steakhouses with the finest meats for more than 110 years. They know they can rely on Allen Brothers to provide perfection every time. It's confidence on which they stake their reputations.

Allen Brothers is pleased to deliver the same restaurant quality cuts to your home so that you can indulge in the ultimate steakhouse experience any time. It's an experience we guarantee you'll look forward to, again and again.

Here's what America's Great Steakhouses have to say about Allen Brothers:





"At Lawry's The Prime Rib we are famous for our prime ribs of beef. Sacrificing quality is not an option and that is why we depend on ALLEN BROTHERS to consistently deliver the very best. They never let us down."

Bryan Monfort
Vice President Operations
Lawry's
The Prime Rib
Beverly Hills, Chicago,
Dallas and Las Vegas

"Harry Caray's Restaurant is consistently ranked as one of the best steakhouses in Chicago. The quality of the product we receive from ALLEN BROTHERS is absolutely key to our success. We appreciate the exceptional service and outstanding product that ALLEN BROTHERS has provided over the years."

Grant DePorter
Managing Partner
Harry Caray's Restaurant
Group
Chicago IL





"Del Frisco's Double Eagle Steak House continues to enjoy ALLEN BROTHERS' commitment to service and quality of products. A world-class operation."

Dee Lincoln
Vice President &
Co-Founder
Del Frisco's
Dallas TX

"The people at ALLEN BROTHERS really put their hearts and souls into everything they do - that's why we rely on them for our finest meats."

Tony Durpetti
President
Gene & Georgetti
Chicago IL

File: C:\Documents and Settings\jeff1\Desktop\Finished Stores\AllenBrothers\CD-Back\old_www.allanbros.com\Serv
ing.jsp(3).htm  10/13/2007, 6:04:52PM

```
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN" "http://www.w3.org/TR/html4/loose.dtd">
<html><!-- InstanceBegin template="/Templates/steaks.dwt.jsp" codeOutsideHTMLIsLocked="false" -->
<head>
<meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
<title>The Great Steakhouse Steaks - Allen Brothers USDA Prime Steak and Prime Beef</title>
<META name="description" content="Order steaks, lobsters, seafood, and desserts from the purveyor of America's
highest-quality USDA prime steaks and beef. Allen Brothers - The Great Steakhouse Steaks">
<META name="keywords" content=" steaks, steak, prime beef, beef, prime steaks, aged beef, kobe beef, angus beef, mail
order steaks, wagyu beef, prime steak, mail order steak, aged steaks, filet mignon, beef wellington">
<link rel="stylesheet" href="http://72.5.200.197/css/steaks.css" type="text/css">
<SCRIPT language="JavaScript" src="http://72.5.200.197/js/steaks.js"></SCRIPT>
<!-- InstanceBeginEditable name="head" --><!-- InstanceEndEditable -->
</head>
<body bgcolor="#ffffff" vlink="#63524?" alink="#63524?" link="#63524?" marginheight="0" marginwidth="0"
topmargin="0" leftmargin="0" rightmargin="0"
onLoad="MM_preloadImages('http://72.5.200.197/images/nav/top/ordertracking-over.gif','http://72.5.200.197/imag
es/nav/top/myAccount-over.gif','http://72.5.200.197/images/nav/top/cart-over.gif','http://72.5.200.197/images/
nav/top/go-over.jpg','http://72.5.200.197/images/nav/top/go-down.gif','http://72.5.200.197/images/steaks/order
tracking-over.gif','http://72.5.200.197/images/steaks/myaccount-over.gif','http://72.5.200.197/images/steaks/c
art-over.gif','http://72.5.200.197/images/steaks/shop-over.gif','http://72.5.200.197/images/steaks/leftnav/pri
mesteaks-over.jpg','http://72.5.200.197/images/steaks/leftnav/wetaged-over.jpg','http://72.5.200.197/images/st
eaks/leftnav/dryaged-over.jpg','http://72.5.200.197/images/steaks/leftnav/never-over.jpg','http://72.5.200.197
/images/steaks/leftnav/kobe-over.jpg','http://72.5.200.197/images/steaks/leftnav/appetizers-over.jpg','http://
72.5.200.197/images/steaks/leftnav/buffalo-over.jpg','http://72.5.200.197/images/steaks/leftnav/desserts-over.
jpg','http://72.5.200.197/images/steaks/leftnav/duck-over.jpg','http://72.5.200.197/images/steaks/leftnav/heat
andserve-over.jpg','http://72.5.200.197/images/steaks/leftnav/lamb-over.jpg','http://72.5.200.197/images/steak
s/leftnav/pork-over.jpg','http://72.5.200.197/images/steaks/leftnav/poultry-over.jpg','http://72.5.200.197/ima
```

File: C:\Documents and Settings\jeff\Desktop\Finished Stores\AllenBrothers\CD-Back\old_www.allanbros.com\Serv
ing.jsp(3).htm   10/13/2007,   6:04:52PM

```
ges/steaks/leftnav/sausages-over.jpg','http://72.5.200.197/images/steaks/leftnav/seafood-over.jpg','http://72.
5.200.197/images/steaks/leftnav/steakburgers-over.jpg','http://72.5.200.197/images/steaks/leftnav/veal-over.jp
g','http://72.5.200.197/images/steaks/leftnav/newproducts-over.jpg','http://72.5.200.197/images/steaks/leftnav
/specials-over.jpg','http://72.5.200.197/images/steaks/leftnav/wineclub-over.jpg','http://72.5.200.197/images/
steaks/leftnav/favorites-over.jpg')">
<div id="toplinks" class="toplinks"><a href="steaks.jsp" class="theme">Home</a> - <a href="About.jsp"
class="theme">About Us</a> - <a href="Contactus.jsp" class="theme">Contact Us</a> - <a
href="catalogRequest.jsp" class="theme">Catalog Request</a> </div>
<div id="CompanyLogo" style="position:absolute; top:2px; left:2px; z-index:30; width:328px; height:50px;"><A
href="steaks.jsp"><img src="http://72.5.200.197/images/steaks/A5-logo.jpg" width=328" height="50"
border="0"></A></div>
<div id="Signoff" class="siteNavigation" style="left:300px;"></div>
<!--<div id="OrderTracking" class="siteNavigation" style="left:350px;"><a href="OrderTracking.jsp"
onMouseOver="MM_swapImage('OrderTracking','','http://72.5.200.197/images/steaks/ordertracking-over.gif',1)"><i
mg src="http://72.5.200.197/images/steaks/ordertracking.gif" alt="ORDER TRACKING" name="OrderTracking"
width="101" height="17" border="0"></a></div>
<div id="MyAccount" class="siteNavigation" style="left:456px;"><a href="MyAccount.jsp"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('MyAccount','','http://72.5.200.197/images/steaks/myaccount-over.gif',1)"><img
src="http://72.5.200.197/images/steaks/myaccount.gif" alt="MY ACCOUNT" name="MyAccount" width="80" height="17"
border="0"></a></div> -->
<div id="Radio" class="siteNavigation" style="top:15px; left:348px;"><a href="/Radio.jsp"><img
src="http://72.5.200.197/images/steaks/radio.gif" alt="Hear about us on the radio? name="Radio" width="100"
height="26" border="0"></a></div>
<div id="ShoppingCart" class="siteNavigation" style="top:23px; left:541px;"><a href="ShoppingCart.jsp"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Cart','','http://72.5.200.197/images/steaks/cart-over.gif',1)"><img
src="http://72.5.200.197/images/steaks/cart.gif" alt="Shopping Cart" name="Cart" width="38" height="26"
border="0"></a></div>
<div id="Search" class="siteNavigation" style="left:584px;"><img
src="http://72.5.200.197/images/steaks/search.gif" alt="Search" name="Search" width="40" height="17"
border="0"></div>
<form name="searchBean" method="GET" action="/search.do">
<div id="SearchForm" class="siteNavigation" style="left:628px;width:120px;top:30px;">
<input type="text" name="searchString" maxlength="30" size="15" tabindex="1" value="keyword or item #"
onfocus="form.searchString.value='';" class="search">
```

File: C:\Documents and Settings\jeff\Desktop\Finished Stores\AllenBrothers\CD-Back\old_www.allanbros.com\Serv
ing.jsp(3).htm   10/13/2007, 6:04:52PM

```
<div id="SearchForm" class="siteNavigation" style="left:750px;width:17px;top:32px;">
    <input type="image"
           name="action"
           src="http://72.5.200.197/images/steaks/gobutton.gif"
           alt="GO"
           border="0"
           value="button.Submit"
           tabindex="2"/>
</div>
</form>
<div id="topNavBar" class="topNavBar"></div>
<div id="ShopTopNav" class="topNavBarItems" style="left:1px;"><a href="Shop.jsp?categoryId=87"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('ShopTopNav','','http://72.5.200.197/images/steaks/shop-over.gif',1)"><img
src="http://72.5.200.197/images/steaks/shop.gif" alt="Shop Categories" name="ShopTopNav" width="127"
height="18" border="0"></a></div>
<div id="GiftTopNav" class="topNavBarItems" style="left:130px;"><a href="findProducts.do?categoryId=103"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('GiftTopNav','','http://72.5.200.197/images/steaks/gift-over.gif',1)"><img
src="http://72.5.200.197/images/steaks/gift.gif" alt="Gift Ideas" name="GiftTopNav" width="127" height="18"
border="0"></a></div>
<div id="FineDiningTopNav" class="topNavBarItems" style="left:284px; z-index:30; width:127px; height:18px;"><a
href="FineDining.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('FineDiningTopNav','','http://72.5.200.197/images/steaks/finedining-over.gif',1)"><i
mg src="http://72.5.200.197/images/steaks/finedining.gif" alt="Fine Dining" name="FineDiningTopNav"
width="127" height="18" border="0"></a></div>
<div id="CatalogTopNav" class="topNavBarItems" style="left:418px;"><a href="Catalog.jsp"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('CatalogTopNav','','http://72.5.200.197/images/steaks/catalog-over.gif',1)"><img
src="http://72.5.200.197/images/steaks/catalog.gif" alt="Catalog" name="CatalogTopNav" width="127" height="18"
border="0"></a></div>
<div id="AssistanceTopNav" class="topNavBarItems" style="left:547px;"><a href="Assistance.jsp"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('AssistanceTopNav','','http://72.5.200.197/images/steaks/assistance-over.gif',1)"><i
mg src="http://72.5.200.197/images/steaks/assistance.gif" alt="Assistance" name="AssistanceTopNav" width="127"
height="18" border="0"></a></div>
<div id="LeftNavigationBar" class="leftNavBar">
```

File: C:\Documents and Settings\Jeff\Desktop\Finished Stores\AllenBrothers\CD-Back\old_www.allanbros.com\Serv
ing.jsp(3).htm   10/13/2007, 6:04:52PM

```
<div id="PrimeSteaks" class="shopCategory"><a href="/findProducts.do?categoryId=90"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image22','','http://72.5.200.197/images/steaks/leftnav/primesteaks-over.jpg',1)"><i
mg src="http://72.5.200.197/images/steaks/leftnav/primesteaks.jpg" alt="Prime Steaks" name="Image22"
width="127" height="15" border="0"></a></div>
<div id="PrimeBeef" class="shopCategory"><a href="/findProducts.do?categoryId=76"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image23','','http://72.5.200.197/images/steaks/leftnav/wetaged-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/wetaged.jpg" alt="Wet-Aged Beef" name="Image23" width="127"
height="15" border="0"></a></div>
<div id="DryAgedBeef" class="shopCategory"><a href="/findProducts.do?categoryId=50"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image24','','http://72.5.200.197/images/steaks/leftnav/dryaged-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/dryaged.jpg" alt="Dry-Aged Beef" name="Image24" width="127"
height="15" border="0"></a></div>
<div id="WagyuBeef" class="shopCategory"><a href="/findProducts.do?categoryId=63"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image25','','http://72.5.200.197/images/steaks/leftnav/kobe-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/kobe.jpg" alt="Kobe-style Wagyu Beef" name="Image26"
width="127" height="15" border="0"></a></div>
<div id="NeverFrozenBeef" class="shopCategory"><a href="/findProducts.do?categoryId=60"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image25','','http://72.5.200.197/images/steaks/leftnav/never-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/never.jpg" alt="Never Frozen Beef" name="Image25" width="127"
height="15" border="0"></a></div>
<div id="Appetizers" class="shopCategory"><a href="/findProducts.do?categoryId=64"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image27','','http://72.5.200.197/images/steaks/leftnav/appetizers-over.jpg',1)"><im
g src="http://72.5.200.197/images/steaks/leftnav/appetizers.jpg" alt="Appetizers" name="Image27" width="127"
height="15" border="0"></a></div>
<div id="BuffaloVenison" class="shopCategory"><a href="/findProducts.do?categoryId=40"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image28','','http://72.5.200.197/images/steaks/leftnav/buffalo-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/buffalo.jpg" alt="Buffalo & Venison" name="Image28"
width="127" height="15" border="0"></a></div>
```

File: c:\Documents and Settings\Jeff\Desktop\Finished Stores\AllenBrothers\CD-Back\old_www.allanbros.com\Serving.jsp(3).htm   10/13/2007, 6:04:52PM

```
<div id="Chef Art Smith Entrees" class="shopCategory"><a href="/findProducts.do?categoryId=143"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image42','','http://72.5.200.197/images/steaks/leftnav/artsmith-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/artsmith.jpg" alt="Chef Art Smith Entrees" name="Image42"
width="127" height="15" border="0"></a></div>
<div id="Desserts" class="shopCategory"><a href="/findProducts.do?categoryId=55"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image29','','http://72.5.200.197/images/steaks/leftnav/desserts-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/desserts.jpg" alt="Desserts" name="Image29" width="127"
height="15" border="0"></a></div>
<div id="Duck" class="shopCategory"><a href="/findProducts.do?categoryId=33"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image30','','http://72.5.200.197/images/steaks/leftnav/duck-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/duck.jpg" alt="Duck" name="Image30" width="127" height="15"
border="0"></a></div>
<div id="HeatAndServeEntrees" class="shopCategory"><a href="/findProducts.do?categoryId=32"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image31','','http://72.5.200.197/images/steaks/leftnav/heatandserve-over.jpg',1)"><
img src="http://72.5.200.197/images/steaks/leftnav/heatandserve.jpg" alt="Heat & Serve Entr&eacute;es"
name="Image31" width="127" height="15" border="0"></a></div>
<div id="Lamb" class="shopCategory"><a href="/findProducts.do?categoryId=39" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image32','','http://72.5.200.197/images/steaks/leftnav/lamb-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/lamb.jpg" alt="Lamb" name="Image32" width="127" height="15"
border="0"></a></div>
<div id="Pork" class="shopCategory"><a href="/findProducts.do?categoryId=30" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image33','','http://72.5.200.197/images/steaks/leftnav/pork-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/pork.jpg" alt="Pork" name="Image33" width="127" height="15"
border="0"></a></div>
<div id="Poultry" class="shopCategory"><a href="/findProducts.do?categoryId=28"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image34','','http://72.5.200.197/images/steaks/leftnav/poultry-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/poultry.jpg" alt="Poultry" name="Image34" width="127"
height="15" border="0"></a></div>
<div id="SausagesAndBratwurst" class="shopCategory"><a href="/findProducts.do?categoryId=81"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image35','','http://72.5.200.197/images/steaks/leftnav/sausages-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/sausages.jpg" alt="Sausages & Bratwurst" name="Image35"
width="127" height="15" border="0"></a></div>
```

File: C:\Documents and Settings\jeff\Desktop\Finished Stores\AllenBrothers\CD-Back\old_www.allanbros.com\Serving.jsp(3).htm    10/13/2007,    6:04:52PM

```
<div id="Seafood" class="shopCategory"><a href="/findProducts.do?categoryId=27"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image36','','http://72.5.200.197/images/steaks/leftnav/seafood-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/seafood.jpg" alt="Seafood" name="Image36" width="127"
height="15" border="0"></a></div>
<div id="SteakBurgersAndDogs" class="shopCategory"><a href="/findProducts.do?categoryId=80"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image37','','http://72.5.200.197/images/steaks/leftnav/steakburgers-over.jpg',1)"><
img src="http://72.5.200.197/images/steaks/leftnav/steakburgers.jpg" alt="Steak Burgers & Dogs"
name="Image37" width="127" height="15" border="0"></a></div>
<div id="Veal" class="shopCategory"><a href="/findProducts.do?categoryId=26" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image38','','http://72.5.200.197/images/steaks/leftnav/veal-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/veal.jpg" alt="Veal" name="Image38" width="127" height="15
border="0"></a></div>
<div id="NewProducts" class="shopCategory"><a href="NewProducts.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image39','','http://72.5.200.197/images/steaks/leftnav/newproducts-over.jpg',1)"><i
mg src="http://72.5.200.197/images/steaks/leftnav/newproducts.jpg" alt="New Products" name="Image39"
width="127" height="15" border="0"></a></div>
<div id="Special" class="shopCategory"><a href="/findProducts.do?categoryId=89"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image40','','http://72.5.200.197/images/steaks/leftnav/specials-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/specials.jpg" alt="Specials" name="Image40" width="127"
height="15" border="0"></a></div>
<div id="BestSellers" class="shopCategory"><a href="/findProducts.do?categoryId=91"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image41','','http://72.5.200.197/images/steaks/leftnav/favorites-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/favorites.jpg" alt="Favorites" name="Image41" width="127"
height="15" border="0"></a></div>
<div id="optin" class="optin">
<form name="emailOffersBean" method="GET" action="/emailOffers.do" onsubmit="return submitEmailForm(this);">
<div align="center"><img src="http://72.5.200.197/images/steaks/doublehorizontal.gif" width="120"
height="5"><br>
<img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="1" alt="" border="0"><br>
<img src="http://72.5.200.197/images/steaks/emailsubscribe.gif" width="97" height="49" alt="" border="0"><br>
<img src="http://72.5.200.197/images/steaks/steaks.gif" width="5" height="5" alt="" border="0"><br>
<input type="text" name="email" maxlength="76" size="15" tabindex="3" value="&lt;enter email&gt;"
```

File: C:\Documents and Settings\Jeff\Desktop\Finished Stores\AllenBrothers\CD-Back\old_www.allanbros.com\Serving.jsp(3).htm  10/13/2007, 6:04:52PM

```
onfocus="form.email.value='';" class="email">
    <br>
    <img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
    <input type="image"
        name="action"
        src="http://72.5.200.197/images/steaks/subscribe.gif"
        alt="SUBSCRIBE"
        border="0"
        tabindex="4" />
    <br>
    <img src="http://72.5.200.197/images/steaks/doublehorizontal.gif" width="120" height="5"> </div>
    <br>
</form>
</div>
<div class="navigationlinks"><a class="navigationTheme" href="/steaks.jsp">Home</a> <span
class="navigationPlain">&gt;</span> </div>
<div class="standardPage">
<table width="100%" border="0" cellspacing="0" cellpadding="0">
<tr>
<td><!-- InstanceBeginEditable name="MainBody" --><script lang
var catalog = ''
var catalog_name = ''
var rfx_page = ''
regEx = /rfx_catalog=(['&=]*)(&|$)?/
m=regEx.exec(location.search);
if (m) {
    catalog = m[1];
}

regEx = /catalog_name=(['&=]*)(&|$)?/
m=regEx.exec(location.search);
if (m) {
    catalog_name = m[1];
}

regEx = /rfx_spread=(['&=]*)(&|$)?/
m=regEx.exec(location.search);
```

*(handwritten note)* Overall Content area done with usage of tables.