```
File: C:\Documents and Settings\jeff1\Desktop\Finished Stores\AllenBrothers\CD-Back\old_www.allanbros.com\Serv
ing.jsp(3).htm  10/13/2007, 6:04:52PM

if (m) {
    rfx_page = m[1];
}

if (catalog == '1') {
    //if the catalog is embeded in the client site use this:
    document.write ('<a href="eCatalog.jsp?rfx_page=' + rfx_page + '" class="theme"><img
src="http://72.5.200.197/images/steaks/arrowdbl_left.gif" border="0"> Return to Online Catalog</a><br>');
}
</script>
<img src="http://72.5.200.197/images/steaks/finedining/restaurantsbuy.jpg" width="620" height="50"><br>
<span class="contentsmall">The heart of every great steakhouse
is extraordinary beef. In the restaurant business, greatness
starts with serving the best. Top restaurateurs know that only
the finest USDA Prime aged cuts create the most superior and
memorable steaks.<br>
<br>
</span><span class="contentsmall">Mention Chicago Chop House,
Del Frisco's, and The Prime Rib - to name a few - and
Allen Brothers is in the background. That's because we've
been supplying the country's top steakhouses with the finest
meats for more than 110 years. They know they can rely on
Allen Brothers to provide perfection every time. It's
confidence on which they stake their reputations.
<br>
</span><span class="contentsmall"> Allen Brothers is pleased to
deliver the same restaurant quality cuts to your home so that
you can indulge in the ultimate steakhouse experience any time.
It's an experience we guarantee you'll look forward to, again
and again.
</span>
<br><br>
<span class="contentsmall"> Here's what America's Great Steakhouses
have to say about Allen Brothers:<br>
 <br>
```

Page: 8

```
File: C:\Documents and Settings\jeffl\Desktop\Finished Stores\AllenBrothers\CD-Back\old_www.allanbros.com\Serv
ing.jsp(3).htm                                                                              10/13/2007, 6:04:52PM

</span>
<tr><td height="1" colspan="4" bgcolor="#EFE5D4"><img src="http://72.5.200.197/images/steaks/steaks.gif"
<table width=650 border=0 cellpadding=0 cellspacing="10">
width="1" height="1"></td></tr><tr class="contentsmallcell" height="30">

<td width=150 align="right" valign="top"><a
href="http://www.lawrysonline.com/theprimerib.asp" target="_blank"><img
src="http://72.5.200.197/images/steaks/finedining/restaurants/2006/fall/pms202/lawrys.jpg"
alt="The Great Steakhouse Steaks" width="150" height="161" border="0"></a></td>
<td width=150 valign="top">"At Lawry's The Prime Rib we are
famous for our prime ribs of beef. Sacrificing quality is not
an option and that is why we depend on ALLEN BROTHERS to
consistently deliver the very best. They never let us down."<br>
<em><br>
Bryan Monfort<br>
Vice President Operations<br>
Lawry's<br>
The Prime Rib<br>
Beverly Hills, Chicago, Dallas and Las Vegas</em></td>

<td align="right" valign="top"><a
href="http://www.harrycarays.com" target="_blank"><img
src="http://72.5.200.197/images/steaks/finedining/restaurants/2006/fall/pms202/harrycarays.jpg"
alt="The Great Steakhouse Steaks" width="150" height="77" border="0"></a></td>
<td width="150" valign="top">"Harry Caray's Restaurant is
consistently ranked as one of the best steakhouses in Chicago.
The quality of the product we receive from ALLEN BROTHERS is
absolutely key to our success. We appreciate the exceptional service
and outstanding product that ALLEN BROTHERS has provided over the years."<br>
<em><br>
Grant DePorter<br>
Managing Partner<br>
Harry Caray's Restaurant Group<br>
Chicago IL</em></td></tr>
<tr><td height="1" colspan="4" bgcolor="#EFE5D4"><img src="http://72.5.200.197/images/steaks/steaks.gif"
width="1" height="1"></td></tr><tr class="contentsmallcell" height="30">
```

File: C:\Documents and Settings\Jeff1\Desktop\Finished Stores\AllenBrothers\CD-Back\old_www.allanbros.com\Serving.jsp(3).htm   10/13/2007, 6:04:52PM

```
<td width="150" align="right" valign="top"><a
href="http://www.delfriscos.com" target="_blank"><img
src="http://72.5.200.197/images/steaks/finedining/restaurants/2006/fall/pms202/delfriscos.jpg"
alt="The Great Steakhouse Steaks" width="150" height="58" border="0"></a></td>
<td width="150" valign="top">"Del Frisco's Double Eagle Steak
House continues to enjoy ALLEN BROTHERS' commitment to service
and quality of products. A world-class operation."<br>
<em><br>
Dee Lincoln<br>
Vice President &amp; Co-founder<br>
Del Frisco's<br>
Dallas TX</em></td>

<td width="150" align="right" valign="top"><a
href="http://www.geneandgeorgetti.com/frame_home.html" target="_blank"><img
src="http://72.5.200.197/images/steaks/finedining/restaurants/2006/fall/pms202/geneandgeorgetti.jpg"
alt="The Great Steakhouse Steaks" width="150" height="76" border="0"></a></td>
<td width="150" valign="top">"The people at ALLEN BROTHERS
really put their hearts and souls into everything they do
&ndash; that's why we rely on them for our finest meats."<br>
<em><br>
Tony Durpetti<br>
President<br>
Gene & Georgetti<br>
Chicago IL</em></td></tr>
<tr><td height="1" colspan="4" bgcolor="#EFE5D4"><img src="http://72.5.200.197/images/steaks/steaks.gif"
width="1" height="1"></td></tr><tr class="contentsmallcell" height="30">

<td width="150" align="right" valign="top"><a
href="http://www.maystcafe.com/welcome/index.html" target="_blank"><img
src="http://72.5.200.197/images/steaks/finedining/restaurants/2006/fall/pms202/maystcafe.jpg"
alt="The Great Steakhouse Steaks" width="150" height="32" border="0"></a></td>
<td width="150" valign="top">"We put our trust in ALLEN BROTHERS.
Their dedication to quality is unmatched!"<br>
<em><br>
Mario Santiago<br>
Executive Chef &amp; Owner<br>
may st. cafe & catering inc.<br>
```

File: C:\Documents and Settings\jeff1\Desktop\Finished Stores\AllenBrothers\CD-Back\old_www.allanbros.com\Serving.jsp(3).htm   10/13/2007, 6:04:52PM

Chicago IL</em></td>

<td align="right" valign="top"><a href="http://www.albiernats.com" target="_blank"><IMG src="http://72.5.200.197/images/steaks/finedining/restaurants/2006/fall/pms202/albiernats.jpg" alt="The Great Steakhouse Steaks" width="150" height="84" border="0"></a></td>
<td valign="top">"After spending over 25 years in the steakhouse business, I am convinced that ALLEN BROTHERS provides my restaurant with the highest quality prime beef available."<br>
<em><br>
Al Biernat<br>
Owner<br>
Al Biernat's<br>
Dallas TX</em></td></tr>
<tr><td height="1" colspan="4" bgcolor="#EFE5D4"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="1"></td></tr><tr class="contentsmallcell" height="30">

<td width="150" align="right" valign="top"><a href="http://www.n9ne.com" target="_blank"><img src="http://72.5.200.197/images/steaks/finedining/restaurants/2006/fall/pms202/nine.jpg" alt="The Great Steakhouse Steaks" width="150" height="119" border="0"></a></td>
<td width="150" valign="top">"Nine Restaurants' reputation is based on quality, and we only serve the best. That's why I buy my Prime Aged Meat from ALLEN BROTHERS. Paired with their superior service and attention to detail, they are far above the competition."<br>
<em><br>
Michael Shrader<br>
Executive Chef<br>
Nine Restaurant<br>
Chicago IL</em></td>

<td align="right" valign="top"><a href="http://www.charlietrotters.com" target="_blank"><img src="http://72.5.200.197/images/steaks/finedining/restaurants/2006/fall/pms202/charlietrotters.jpg" alt="The Great Steakhouse Steaks" width="150" height="49" border="0"></a></td>
<td valign="top">"ALLEN BROTHERS delivers not only the finest quality in meats, but in service, attention to

```
detail and more. Truly exceptional..."<br>
<em><br>
Charlie Trotter<br>
Chef<br>
Charlie Trotter's<br>
Chicago IL</em></td></tr>

<tr><td height="1" colspan="4" bgcolor="#EFE5D4"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="1"></td></tr><tr class="contentsmallcell" height="30">

<td width="150" align="right" valign="top"><a href="http://www.ipbiloxi.com/" target="_blank"><img src="http://72.5.200.197/images/steaks/finedining/restaurants/2007/pms202/ipcasino.jpg" alt="The Great Steakhouse Steaks" width="150" height="83" border="0"></a></td>
<td width="150" valign="top">"Allen Brothers is truly the best in the beef business. Their commitment to quality and consistency
keeps my guests coming back for a great steak time and time again. You are only as good as your last plate in this business
and Allen Brothers has and continues to position us as one of America's truly great prime steak and seafood restaurants."<br>
<br><em>
Stephen Morgan<br>
VP Food & Beverage Operations<br>
Thirty-Two Steak & Seafood<br>
Imperial Palace Casino Biloxi MS</em></td>

<td align="right" valign="top"><a href="http://www.ipbiloxi.com" target="_blank"><img src="http://72.5.200.197/images/steaks/finedining/restaurants/2007/pms202/32steak.jpg" alt="The Great Steakhouse Steaks" width="150" height="156" border="0"></a></td>
<td valign="top">"Allen Brothers is truly the best in the beef business. Their commitment to quality and consistency
keeps my guests coming back for a great steak time and time again. You are only as good as your last plate in this business
and Allen Brothers has and continues to position us as one of America's truly great prime steak and seafood restaurants."<br>
<br><em>
Stephen Morgan<br>
VP Food & Beverage Operations<br>
```

```
File: C:\Documents and Settings\jeff1\Desktop\Finished Stores\AllenBrothers\CD-Back\old_www.allanbros.com\Serv
ing.jsp(3).htm  10/13/2007, 6:04:52PM

                    Thirty-Two Steak & Seafood<br>
                    Imperial Palace Casino Biloxi MS</em></td>

</tr>
<tr><td height="1" colspan="4" bgcolor="#EFB5D4"><img src="http://72.5.200.197/images/steaks/steaks.gif"
width="1" height="1"></td></tr><tr class="contentsmallcell" height="30">

<td width="150" align="right" valign="top"><a
href="http://www.chicagochophouse.com" target="_blank"><img
src="http://72.5.200.197/images/steaks/finedining/restaurants/2006/fall/pms202/chicagochophouse.jpg"
alt="The Great Steakhouse Steaks" width="150" height="79" border="0"></a></td>
<td width="150" valign="top">"We always finish high in the
annual national poll for America's best steak houses. You
earn accolades like that by serving superior, memorable steaks.
ALLEN BROTHERS keeps us in the spotlight."<br>
<br><em>
Bill Farrahi<br>
President<br>
Chicago Chop House<br>
Chicago IL</em></td>

<td width="150" align="right" valign="top"><a
href="http://www.carnevor.com" target="_blank"><img
src="http://72.5.200.197/images/steaks/finedining/restaurants/2006/fall/pms202/carnevor.jpg"
alt="The Great Steakhouse Steaks" width="150" height="22" border="0"></a></td>
<td valign="top">"Every night that we are open, I have 15 to 20 people tell me that this
is the best steak they have ever eaten.  The quality and consistency of
ALLEN BROTHERS' meat is second to none."<br>
<em><br>
Jon Roberson<br>
Director of Operations<br>
Carnevor Steakhouse Moderne<br>
Milwaukee WI</em></td>

</tr>
<tr><td height="1" colspan="4" bgcolor="#EFB5D4"><img src="http://72.5.200.197/images/steaks/steaks.gif"
width="1" height="1"></td></tr><tr class="contentsmallcell" height="30">
```

File: C:\Documents and Settings\jeff1\Desktop\Finished Stores\AllenBrothers\CD-Back\old_www.allanbros.com\Serving.jsp(3).htm    10/13/2007, 6:04:52PM

```
<td width=150 align="right" valign="top"><a
href="http://www.abacus-restaurant.com" target="_blank"><img
src="http://72.5.200.197/images/steaks/finedining/restaurants/2006/fall/pms202/abacus-restaurant.jpg"
alt="The Great Steakhouse Steaks" width="150" height="16" border="0"></a></td>
<td width=150 valign="top">"Over the years, ALLEN BROTHERS has
delivered us the quality of product and the service that matched
the aggressive and high-level goals that we've set for Abacus
Restaurant. This Kansas City-born chef is proud to be affiliated
with ALLEN BROTHERS."<br>
<em><br>
Kent Rathbun<br>
Executive Chef/Proprietor<br>
Abacus Restaurant<br>
Dallas TX</em></td>

<td align="right" valign="top"><a
href="http://kevinrathbunsteak.com" target="_blank"><img
src="http://72.5.200.197/images/steaks/finedining/restaurants/2007/pms202/kevinrathbun.jpg"
alt="The Great Steakhouse Steaks" width="150" height="41" border="0"></a></td>
<td valign="top">"We spanned the country looking for the best prime meat to use at Kevin Rathbun Steak,
after many attempts
          for greatness we selected Allen Brothers and couldn't be happier. The consistency of the cuts and the
quality of the product
          is second to none. As the old adage goes from my father "Son you get what you pay for" still rings in
my head I truly
          believe Allen Brothers has the same philosophy."<br>
<em><br>
Kevin Rathbun<br>
Executive Chef and Owner<br>
Kevin Rathbun Steak<br>
Atlanta, GA</em></td><br>

<tr><td height="1" colspan="4" bgcolor="#BFE5D4"><img src="http://72.5.200.197/images/steaks/steaks.gif"
width="1" height="1"></td></tr><tr class="contentsmallcell" height="30">

<td width="150" align="right" valign="top"><a
href="http://www.michaelskeywest.com" target="_blank"><img
src="http://72.5.200.197/images/steaks/finedining/restaurants/2006/fall/pms202/michaels.jpg"
```

File: C:\Documents and Settings\jeff1\Desktop\Finished Stores\AllenBrothers\CD-Back\old_www.allanbros.com\Serving.jsp(3).htm  10/13/2007, 6:04:52PM

```
            alt="The Great Steakhouse Steaks" width="150" height="56" border="0"></a></td>
            <td width="150" valign="top">"Consistency and quality are
            make-or-break factors in any restaurant. Using ALLEN BROTHERS
            I am assured that both of these bases are covered."<br>
            <em><br>
            Michael Wilson<br>
            Chef/Owner<br>
            Michaels Restaurant<br>
            Key West FL</em></td>

            <td align="right" valign="top"><a
            href="http://www.yoshiscafe.com" target="_blank"><img
            src="http://72.5.200.197/images/steaks/finedining/restaurants/2006/fall/pms202/yoshis.jpg"
            alt="The Great Steakhouse Steaks" width="150" height="53" border="0"></a></td>
            <td valign="top">"ALLEN BROTHERS tradition of quality and
            service is unmatched by any other company."<br>
            <em><br>
            Chef Yoshi Katsumura<br>
            Owner<br>
            Yoshi's Cafe<br>
            Chicago IL</em></td></tr>
        <tr><td height="1" colspan="4" bgcolor="#EFE5D4"><img src="http://72.5.200.197/images/steaks/steaks.gif"
        width="1" height="1"></td></tr><tr class="contentsmallcell" height="30">

            <td width="150" align="right" valign="top"><a
            href="http://www.theprimerib.com" target="_blank"><img
            src="http://72.5.200.197/images/steaks/finedining/restaurants/2006/fall/pms202/theprimerib.jpg"
            alt="The Great Steakhouse Steaks" width="150" height="79" border="0"></a></td>
            <td width="150" valign="top">"I've relied on three generations
            of the ALLEN BROTHERS family as my purveyor of fine meats for
            one reason: they only provide the best. ALLEN BROTHERS has built
            a tradition of quality that's unsurpassed."<br>
            <em><br>
            C.P. "Buzz" Beler<br>
            President<br>
            The Prime Rib<br>
            Washington D.C.</em></td>
```

File: C:\Documents and Settings\jeff1\Desktop\Finished Stores\AllenBrothers\CD-Back\old_www.allanbros.com\Serving.jsp(3).htm  10/13/2007, 6:04:52PM

```
<td align="right" valign="top"><a
href="http://www.schwartzbros.com/daniels.cfm" target="_blank"><img
src="http://72.5.200.197/images/steaks/finedining/restaurants/2006/fall/pms202/daniels.jpg"
alt="The Great Steakhouse Steaks" width="150" height="86" border="0"></a></td>
<td valign="top">"Our goal at Daniel's Broiler is to exceed
our guests' expectations on each and every visit. To that end,
every steak we serve is USDA Prime and ALLEN BROTHERS consistently
meets our uncompromising standards of excellence."<br>
<em><br>
Bill Schwartz<br>
Chairman<br>
Daniel's Broiler<br>
Seattle WA</em></td></tr>
<tr><td height="1" colspan="4" bgcolor="#EFE5D4"><img src="http://72.5.200.197/images/steaks/steaks.gif"
width="1" height="1"></td></tr><tr class="contentsmallcell" height="30">

<td width=150 align="right" valign="top"><a
href="http://www.hals.net" target="_blank"><img
src="http://72.5.200.197/images/steaks/finedining/restaurants/2006/fall/pms202/hals.jpg"
alt="The Great Steakhouse Steaks" width="150" height="117" border="0"></a></td>
<td width=150 valign="top">"Hal's continues to be successful
because we put only the best on our plates. ALLEN BROTHERS plays
a major role in our success and is one of the reasons our guests
return time after time. Thank you ALLEN BROTHERS!<br>
<em><br>
Hal Nowak<br>
Hal's on Old Ivy<br>
Atlanta GA</em></td>

<td align="right" valign="top"><a
href="http://www.aceplaces.com/magnums/home.html" target="_blank"><img
src="http://72.5.200.197/images/steaks/finedining/restaurants/2006/fall/pms202/magnums.jpg"
alt="The Great Steakhouse Steaks" width="150" height="40" border="0"></a></td>
<td valign="top">"We use ALLEN BROTHERS for their commitment to
quality and service, as we strive to achieve the goal of giving
our customers the best quality food products."<br>
<em><br>
Norbert Skibicki<br>
```

File: C:\Documents and Settings\jeff\Desktop\Finished Stores\AllenBrothers\CD-Back\old___www.allanbros.com\Serving.jsp(3).htm    10/13/2007, 6:04:52PM

```
Corporate Chef<br>
Magnum's<br>
Chicago, Lombard and Rolling Meadows IL</em></td></tr>

<tr><td height="1" colspan="4" bgcolor="#EFE5D4"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="1"></td></tr><tr class="contentsmallcell" height="30">

<td width=150 align="right" valign="top"><a
href="http://www.hilton.com/en/hi/hotels/dining.jhtml?ctyhocn=PHLPHHF#0" target="_blank"><img
src="http://72.5.200.197/images/steaks/finedining/restaurants/2006/fall/pms202/delmonicos.jpg"
alt="The Great Steakhouse Steaks" width="150" height="43" border="0"></a></td>
<td width=150 valign="top">"ALLEN BROTHERS provides only the finest
quality meat. Delmonico's Steak House is proud it is associated wtih
ALLEN BROTHERS - a company that shares our commitment to excellence. "<br>

<em><br>
Howard J Wurzak President and CEO<br>
Hilton<br>
Philadelphia PA </em></td>

<td align="right" valign="top"><a
href="http://www.theforge.com" target="_blank"><img
src="http://72.5.200.197/images/steaks/finedining/restaurants/2006/fall/pms202/theforge.jpg"
alt="The Great Steakhouse Steaks" width="150" height="64" border="0"></a></td>
<td valign="top">"I'm a perfectionist - and I'll only work with
people who are the same. I know when I receive lamb chops, veal,
and steaks from ALLEN BROTHERS, they'll be perfect."<br>

<em><br>
Shariff Malnik<br>
Owner<br>
The Forge<br>
Miami FL</em></td></tr>

<tr><td height="1" colspan="4" bgcolor="#EFE5D4"><img src="http://72.5.200.197/images/steaks/steaks.gif"
width="1" height="1"></td></tr><tr class="contentsmallcell" height="30">

<td align="right" valign="top"><a
href="http://www.nick-sams.com/" target="_blank"><img
src="http://72.5.200.197/images/steaks/finedining/restaurants/2006/fall/pms202/nick-sams.jpg"
alt="The Great Steakhouse Steaks" width="150" height="25" border="0"></a></td>
```