```
File: c:\DOCUME~1\ADMINI~1\LOCALS~1\TEMP\www.allenbrothers.com_giorin.html_1.htm    11/17/2007, 4:19:18PM

<div id="breadcrumb"><a href="index.html">Home</a> <img src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/tri.gif" /><b>Gift Order Information</b></div><div id="contentarea"><div id="item-contenttitle"><h1><div id="caption"><h2 id="itempage-captiontitle"></h2><div><div>GIFT MESSAGES</div></h1><div></div><div>Gift Order Information</h1><div>
<p>When you place your order, a gift message box will allow you to enter your personal greeting. If you wish to use your own gift cards, please contact us at 1-800-548-7777 Monday-Friday 8 a.m. to 5 p.m. CST to make special arrangements.</p>
<p><div>BUSINESS INCENTIVES</div><div>
Boost employee morale and motivation by offering delicious food items from Allen Brothers.</div>
</p>
<p><div>GIFT LIST</div>
Place an order and we'll maintain your gift list. Next year, on request, we'll send the people on your gift list the same items they received before. Or, if you want to change anything on your gift list, just send us an e-mail or call us at 1-800-548-7777 Monday-Friday 8 a.m. to 5 p.m. CST.
</p>
<p><div>GIFT RECIPIENT NOTIFICATION</div>
Once we've received your order, if you choose, we'll send the recipients notification of when we plan to deliver their gifts. This way, they can arrange for a more convenient delivery date by calling us toll free.
<b>Please allow two weeks for processing and notification of gift recipients before shipment is delivered.</b>
</p>
<p><div>GIFT CERTIFICATES</div>
Can't decide on which steaks to give friends and colleagues? Give them our gift certificates and let them choose from our wide variety of options!
</p>
<div>You decide the amount of each gift certificate for every person on your list. Then just call us toll-free, tell us how much each gift certificate should be, and where to send them. We'll rush the certificates to the fortunate recipients. It's a tasteful gift.</div>
<p>Order your Allen Brothers Gift Certificates today.</p></div><br clear="all" /></div><div id="nav-product"><div id="htmltop"><!--<img src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/specialoffers.gif" alt="Special Offers" /--></div><ul><li><a href="the-great-steakhouse-steaks.html">USDA Prime Steaks</a></li><li><a href="wet-aged-beef.html">Wet-Aged Beef</a></li><li><a href="usda-prime-dry-aged-beef.html">Dry-Aged Beef</a></li><li><a href="kobe-wagyu-beef.html">Kobe Wagyu Beef</a></li><li><a href="our-never-frozen-beef.html">Never Frozen Beef</a></li><li><a href="appetizers.html">Appetizers</a></li><li><a href="side-dishes.html">Side Dishes</a></li><li><a href="soups.html">Soups</a></li><li><a href="buffalo--venison.html">Buffalo & Venison</a></li><li><a href="chef-art-smiths-back-to-the-family-delights.html">Chef Art Smith Entrees</a></li><li><a href="the-great-steakhouse-desserts.html">Desserts</a></li><li><a href="heat--serve-entrees.html">Heat & Serve Entrees</a></li><li><a href="duck-delicacies.html">Duck</a></li><li><a href="the-great-steakhouse-lamb.html">Lamb</a></li><li><a
```

File: C:\DOCUME~1\ADMINI~1\LOCALS~1\TEMP\www.allenbrothers.com_giorin.html_1.htm    11/17/2007, 4:19:18PM

```
href="the-great-steakhouse-pork.html">The Great Steakhouse Pork</a></li><li><a
href="the-great-steakhouse-poultry.html">The Great Steakhouse Poultry</a></li><li><a
href="sausages-and-bratwurst.html">Sausages and Bratwurst</a></li><li><a
href="seafood-selections.html">Seafood</a></li><li><a
href="the-great-steakhouse-steak-burgers-and-steak-dogs.html">Steak Burgers & Dogs</a></li><li><a
href="smoked-meats.html">Smoked Meats</a></li><li><a href="the-great-steakhouse-veal.html">Veal</a></li><li><a
href="new-products.html">New Products</a></li><li><a href="specials.html">Internet Specials</a></li><li><a
href="favorites.html">Favorites</a></li><li><a href="media-personalities.html">Celebrity/Media
Advocates</a></li></ul><div id="htmlbottom"><img
src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/emailspecials.gif" alt="Sign up for email
special offers" /><form action="http://store.yahoo.com/cgi-bin/pro-forma" method="post"><fieldset><input
name="email" type="text" size="12" id="mailingquery" value="Enter Email Address" onfocus="if (this.value ==
this.defaultValue) this.value='';" onblur="if(this.value=='') this.value = this.defaultValue;" /><input
type="image" src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/subscribe.gif"
value="Subscribe" id="nlsubmit" /><input type="hidden" name="from" value="allenbros3737@yahoo.com" /><input
type="hidden" name="owner" value="allenbros3737@yahoo.com" /><input type="hidden" name="subject"
value="Newsletter Submission" /><input type="hidden" name="newnames-to" value="yhst-93672551109875" /><input
type="hidden" name="vwcatalog" value="yhst-93672551109875" /><input type="hidden" name=".autodone"
value="http://store.yahoo.com/yhst-93672551109875" /></fieldset></form></div></div><div id="footer"><ul
class="links">
<li><a href="index.html">Home</a></li>
<li><a href="info.html">About Us</a></li>
<li><a href="privacypolicy.html">Privacy Policy</a></li>
<li><a href="catalog.html">Catalog Request</a></li>
<li><a href="shopping-assistance.html">Customer Service</a></li>
<li><a href="contact2.html">Contact Us</a></li>
<li><a href="ind.html">Site Map</a></li>
<li><a href="articles.html">Articles</a></li>
<li class="last"><a href="https://order.store.yahoo.net/cgi-bin/wg-order?yhst-93672551109875">View
Shopping Cart</a></li>
</ul><p>To place a phone order, call 24 hours a day, 7 days a week &mdash; (800) 957-0111<br />
For questions or assistance, call weekdays 8 AM to 5 PM CST &mdash; (800) 548-7777</p><div class="text"><span
class="copyright">Copyright &copy; 2007 Allen Brothers, Inc., All Rights Reserved.</span></div id="scImgOverall"></div><script language="javascript"
type="text/javascript"
src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/Sc-Initialize.js"></script></body>
<script type="text/javascript">
// Begin Y! Store Generated Code
</script><script type="text/javascript" src="http://us.js2.yimg.com/us.js.yimg.com/ult/ylc_1.9.js"
></script><script type="text/javascript"
```

File: C:\DOCUME~1\ADMINI~1\LOCALS~1\TEMP\www.allenbrothers.com_giorin.html_1.htm    11/17/2007, 4:19:18PM

```
src="http://us.js2.yimg.com/us.yimg.com/lib/smbiz/store/csell/js/beacon-1.2.2.7.js" >
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
csell_page_data = {}; csell_page_rec_data = []; ts='TOK_STORE_ID';
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
function csell_GLOBAL_INIT_TAG() { var csell_token_map = {}; csell_token_map['TOK_ITEM_ID_LIST'] = 'giorin';
csell_token_map['TOK_BEACON_TYPE'] = 'prod'; csell_token_map['TOK_RAND_KEY'] = 't';
csell_token_map['TOK_SPACEID'] = '2022276099'; csell_token_map['TOK_IS_ORDERABLE'] = '2';
csell_token_map['TOK_STORE_ID'] = 'yhst-93672551109875'; csell_token_map['TOK_URL'] = 'http://geo.yahoo.com';
csell_token_map['TOK_ORDER_HOST'] = 'order.store.yahoo.net'; c = csell_page_data; var t = csell_token_map;
c['s'] = t['TOK_SPACEID']; c['url'] = t['TOK_URL']; c['si'] = t[tts]; c['ii'] = t['TOK_ITEM_ID_LIST']; c['bt']
= t['TOK_BEACON_TYPE']; c['rnd'] = t['TOK_RAND_KEY']; c['io'] = t['TOK_IS_ORDERABLE']; YStore.addItemUrl =
'https://'+t['TOK_ORDER_HOST']+'/ymix/MetaController.html?eventName.addEvent&cartDS.shoppingcart_ROW0_m_order
ItemVector_ROW0_m_itemId=%s&cartDS.shoppingcart_ROW0_m_orderItemVector_ROW0_m_quantity=1&ysco_key_cs_item=1&se
ctionId=ysco.cart&ysco_key_store_id='+t[ts]; }
YStore.CrossSellBeacon.renderBeaconWithRecData(p['url']+'/p/s='+p['s']+'/'+p['rnd']+'='+r+a); }
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
function csell_REC_VIEW_TAG() {   var p = csell_page_data; var a =
'/sid='+p['si']+'/io='+p['io']+'/ii='+p['ii']+'/bt='+p['bt']+'-view'; var r=Math.random();
YStore.CrossSellUrl = t['TOK_WS_URL']; YStore.crossSellUrl
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
var csell_token_map = {}; csell_token_map['TOK_PAGE'] = 'p'; csell_token_map['TOK_WS_URL'] = '';
csell_token_map['TOK_SHOW_CS_RECS'] = 'false'; csell_token_map['TOK_CURR_SYM'] = 'US $'; var t =
csell_token_map; csell_GLOBAL_INIT_TAG(); YStore.page = t['TOK_PAGE']; YStore.currencySymbol =
t['TOK_CURR_SYM']; YStore.crossSellUrl = t['TOK_WS_URL']; YStore.showCSRecs =
t['TOK_SHOW_CS_RECS'];</script><script type="text/javascript"
src="http://us.yimg.com/us.yimg.com/lib/smbiz/store/csell/js/recs-1.1.2.28.js" ></script><script
type="text/javascript" >
</script>
</html><script language=javascript>
if(window.yzq_p==null)document.write("<scr"+"ipt language=javascript
src=http://l.yimg.com/us.js.yimg.com/lib/bc/bc_2.0.4.js></scr"+"ipt>");
</script><script language=javascript>
if(window.yzq_p)yzq_p('P=Eu4n3tG_QkNx35PkSoKy_AHd2CW_vUc_WtMABQLP&T=13n8jh6tc%2fX%3d1195334355%2fE%3d2373288&%
```

```
File: C:\DOCUME~1\ADMINI~1\LOCALS~1\TEMP\www.allenbrothers.com_giorin.html_1.htm    11/17/2007, 4:19:18PM

2fR%3dst%2fK%3dd5%2fV%3dl.1%2fW%3ddJ%2fY%3ddYAHOO%2fF%3dd15951885O9%2fS%3dd1%2fJ%3dd4342BFD1');
if(window.yzq_s)yzq_s();
</script><noscript><img width=1 height=1 alt=""
src="http://us.bc.yahoo.com/b?P=Eu4n3tG_QkNx35PkSoKy_AHd2CW_vUc_WtMABQLP&T=13sflaqgf%2fX%3dd1195334355%2fE%3dd23
73288%2fR%3ddst%2fK%3dd5%2fV%3dd3.1%2fW%3ddJ%2fY%3ddYAHOO%2fF%3dd3850152670%2fQ%3d-1%2fS%3dd1%2fJ%3dd4342BFD1"></nosc
ript>
```

```
File: C:\Documents and Settings\jeff1\Desktop\Finished Stores\AllenBrothers\Lega
l\gift-order-legend.TXT  11/17/2007, 4:50:34PM

1.) Different doctypes usually mean different html and stylesheets, thus
different coding techniques.
   (ref: http://www.quirksmode.org/css/quirksmode.html)

2.) The head tag elements are obviously different. Note the title of the page,
enclosed in <title> and </title>

3.) The left navigation, as seen by the length of code is, is obviously
different based on the coding semantics. The old site is using simple div's
while the new site is using an unordered list (ul).

4.) Note the location of the main body area of the page. The old site shows the
main body area is being written by the browser after the left navigation is
writtne. However, on the new site, the body is written first, then the left
navigation.
4*  Although the context of the page may be the same, much of the unnecessary
classes and links are no longer evident in the new       site.

5.) The coding semantics in the footer area is also different. In the old site,
Prominent is using the old table structure while the new site is using a
table-less layout for seo friendliness.
```