# e. Section Page – Buffalo & Venison:

i. Screen Shot – Old Allen Brothers Website

ii. Source Code – Old Allen Brothers Website

iii. Screen Shot – Current Allen Brothers Website

iv. Source Code – Current Allen Brothers Website

# Section Page – Buffalo & Venison

## Old Allen Brothers Website
## (Screen Shots and Source Code)

YOUR SOURCE FOR FINE DINING
ALLEN BROTHERS
THE GREAT STEAKHOUSE STEAKS®
Hear About Us On The Radio
Home · About Us · Contact Us · Catalog Request
SHOP | GIFT SELECTIONS | FINE DINING | CATALOG | ASSISTANCE

USDA Prime Steaks
Wet-Aged Beef
Dry-Aged Beef
Kobe-style Wagyu Beef
Never Frozen Beef
Appetizers
Buffalo & Venison
Chef Art Smith Entrees
Desserts
Duck
Heat & Serve Entrees
Lamb
Pork
Poultry
Sausages & Bratwurst
Seafood
Steak Burgers & Dogs
Veal
New Products
Specials
Favorites

SIGN UP FOR EMAIL SPECIAL OFFERS
<enter email> SUBSCRIBE

Home > Buffalo & Venison

BUFFALO FILET & SIRLOIN STRIP STEAKS

# BUFFALO & VENISON

For something truly out of the ordinary

For something out of the ordinary, enjoy the unique flavors of our lean buffalo and venison. Each of these selections can be broiled, fried, sauteed, or grilled - they're delicious prepared in the same way you prepare beef, pork, or lamb.

**Buffalo Burgers**
Whether you're looking for a change of taste or a change in diet, our all-natural, 100% buffalo meat patties are a delicious alternative to beef. They're low in fat, cholesterol, and calories and high in protein, juiciness and flavor.

view details ›

Choose Selection
QTY ADD TO CART

**Buffalo Steaks**
For an alternate meal choice that's lean and high in protein, try our sweet, flavorful buffalo.

view details ›

Choose Selection
QTY ADD TO CART

**Buffalo Tenderloin Roast for Chateaubriand**
Our exotic roast makes a striking centerpiece for special occasion meals holiday feasts, or tonight's dinner.

We apologize, this selection is temporarily unavailable

view details ›

**Venison Sirloin Strip Medallions**
Robust but not gamy, our all-natural venison medallions saute up beautifully in minutes. A red wine sauce complements their earthiness, or try a fruit sauce for a sweet counterpoint.

We apologize, this selection is temporarily unavailable.

view details ›

**Venison Rib Chops - Frenched**
Our handpicked New Zealand farm-raised Cervena venison delivers a rich, hearty flavor with a hint of game. All natural.

view details ›

6 chops - 3 to 4 oz. ea. - $69.35
QTY ADD TO CART

**Black Winter Truffle Butter**
Transform an ordinary dinner into a memorable indulgence. Made of rich French butter, blended chunks of rare black truffles, and a bit of sea salt this decadent spread infuses flavor into steaks, chicken, fish, and pasta dishes as well as your favorite recipes.

view details ›

2 containers - 3 oz. ea. - $49.95
QTY ADD TO CART

**Remote Wireless Thermometers**
Monitor the cooking of meats from across the house or yard - up to 75 feet away.

view details ›

Choose Selection
QTY ADD TO CART

**Allen Brothers Stainless Steel Steak Knives**
Made entirely of beautiful, gleaming stainless steel and engraved with the Allen Brothers logo, these serrated steak knives are as elegant as they are functional.

view details ›

Choose Selection
QTY ADD TO CART

*Customers who bought these selections also bought:*

USDA PRIME Close Trim Filets

The Great Steakhouse Steak Dogs™

USDA PRIME Complete-Trim Filets

Boneless Sirloin Strip Steaks - USDA PRIME

Porterhouse Steaks - USDA PRIME

About Us | Privacy Policy | Catalog Request | Customer Service | Contact Us | Site Map | Articles
To place a phone order, call 24 hours a day, 7 days a week -- (800) 957-0111
For questions or assistance, call weekdays 8 AM to 5 PM CST -- (800) 548-7777
© 2007 Allen Brothers, Inc., All Rights Reserved
design, development, marketing, and operations by Prominent Consulting, LLC
Managed Server Colocation Provided by echoMountain Data Center Services
Enter your email address to receive special offers
<enter email> SUBSCRIBE

```
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN" "http://www.w3.org/TR/html4/loose.dtd">
<html><!-- InstanceBegin template="/Templates/steaks.dwt.jsp" codeOutsideHTMLIsLocked="false" -->
<head>
<meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
<title>Buffalo & Venison - Allen Brothers - The Great Steakhouse Steaks</title>
<META name="description" content="For something out of the ordinary, enjoy the unique flavors of our lean buffalo and venison.">
<META name="keywords" content="buffalovenison">
<META name="Author-Corporate" content="Prominent Consulting LLC">
<link rel="stylesheet" href="http://72.5.200.197/css/steaks.css" type="text/css">
<SCRIPT language="JavaScript" src="http://72.5.200.197/js/steaks.js"></SCRIPT>
<!-- InstanceBeginEditable name="head" -->
<script language="JavaScript" type="text/JavaScript">
<!--
function MM_swapImgRestore() { //v3.0
  var i,x,a=document.MM_sr; for(i=0;a&&i<a.length&&(x=a[i])&&x.oSrc;i++) x.src=x.oSrc;
}

function MM_preloadImages() { //v3.0
  var d=document; if(d.images){ if(!d.MM_p) d.MM_p=new Array();
    var i,j=d.MM_p.length,a=MM_preloadImages.arguments; for(i=0; i<a.length; i++)
    if (a[i].indexOf("#")!=0){ d.MM_p[j]=new Image; d.MM_p[j++].src=a[i];}}
}

function MM_findObj(n, d) { //v4.01
  var p,i,x;  if(!d) d=document; if((p=n.indexOf("?"))>0&&parent.frames.length) {
    d=parent.frames[n.substring(p+1)].document; n=n.substring(0,p);}
  if(!(x=d[n])&&d.all) x=d.all[n]; for (i=0;!x&&i<d.forms.length;i++) x=d.forms[i][n];
  for(i=0;!x&&d.layers&&i<d.layers.length;i++) x=MM_findObj(n,d.layers[i].document);
  if(!x && d.getElementById) x=d.getElementById(n); return x;
}

function MM_swapImage() { //v3.0
  var i,j=0,x,a=MM_swapImage.arguments; document.MM_sr=new Array; for(i=0;i<(a.length-2);i+=3)
   if ((x=MM_findObj(a[i]))!=null){document.MM_sr[j++]=x; if(!x.oSrc) x.oSrc=x.src; x.src=a[i+2];}
}
//-->
</script>
<!-- InstanceEndEditable -->
</head>
<body bgcolor="#ffffff" vlink="#635247" alink="#635247" link="#635247" marginheight="0" marginwidth="0" topmargin="0" leftmargin="0" rightmargin="0"
onLoad="MM_preloadImages('http://72.5.200.197/images/nav/top/ordertracking-over.gif','http://72.5.200.197/images/nav/top/myAccount-over.gif','http://72.5.200.197/images/nav/top/cart-over.gif','http://7.
<div id="topLinks" class="topLinks"><a href="steaks.jsp" class="theme">Home</a> - <a href="AboutUs.jsp" class="theme">About Us</a> - <a href="ContactUs.jsp" class="theme">Contact Us</a> - <a
```

file://///cactus-store/client/AllenBrothers,Inc/EnterprisePackagewithDedicatedResources/Do... view-source:file://///cactus-store/client/AllenBrothers,Inc/EnterprisePackagewithDedicatedRe...

```
href="CatalogRequest.jsp" class="theme">Catalog Request</a> </div>
<div id="CompanyLogo" style="position:absolute; top:2px; left:2px; z-index:30; width:328px; height:50px;"><A href="/steaks.jsp"><img src="http://72.5.200.197/images/steaks/AB-logo.jpg" width="328"
height="50" border="0"></A></div>
<div id="Signoff" class="siteNavigation" style="left:300px;"></div>
<!--<div id="OrderTracking" class="siteNavigation" style="left:350px;"><a href="OrderTracking.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('OrderTracking','','http://72.5.200.197/images/steaks/ordertracking-over.gif',1)"><img src="http://72.5.200.197/images/steaks/ordertracking.gif" alt="ORDER TRACKING"
name="OrderTracking" width="101" height="27" border="0"></a></div>
<div id="MyAccount" class="siteNavigation" style="left:456px;"><a href="MyAccount.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('MyAccount','','http://72.5.200.197/images/steaks/myaccount-over.gif',1)"><img src="http://72.5.200.197/images/steaks/myaccount.gif" alt="MY ACCOUNT" name="MyAccount"
width="80" height="37" border="0"></a></div> -->

<div id="Radio" class="siteNavigation" style="top:15px; left:348px;"><a href="/Radio.jsp"><img src="http://72.5.200.197/images/steaks/radio.gif" alt="Hear about us on the radio?" name="Radio"
width="100" height="26" border="0"></a></div>

<div id="ShoppingCart" class="siteNavigation" style="top:23px; left:541px;"><a href="ShoppingCart.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Cart','','http://72.5.200.197/images/steaks/cart-over.gif',1)"><img src="http://72.5.200.197/images/steaks/cart.gif" alt="Shopping Cart" name="Cart" width="38" height="26"
border="0"></a></div>
<div id="Search" class="siteNavigation" style="left:584px;"><img src="http://72.5.200.197/images/steaks/search.gif" alt="Search" name="Search" width="40" height="17" border="0"></div>
<form name="searchBean" method="GET" action="/search.do">
  <div id="SearchForm" class="siteNavigation" style="left:628px;width:120px;top:30px;">
        <input type="text" name="searchString" maxlength="30" size="15" tabindex="1" value="keyword or item #" onfocus="form.searchString.value='';" class="search">
  </div>
  <div id="SearchForm" class="siteNavigation" style="left:750px;width:17px;top:32px;">
        <input type="image"
                        name="action"
                        src="http://72.5.200.197/images/steaks/gobutton.gif"
                        alt="GO"
                        border="0"
                        value="button.Submit"
                        tabindex="2"/>
  </div>
</form>
<div id="topNavBar" class="topNavBar"></div>
<div id="ShopTopNav" class="topNavBarItems" style="left:1px;"><a href="Shop.jsp?categoryId=87" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('ShopTopNav','','http://72.5.200.197/images/steaks/shop-over.gif',1)"><img src="http://72.5.200.197/images/steaks/shop.gif" alt="Shop Categories" name="ShopTopNav"
width="127" height="18" border="0"></a></div>
<div id="GiftTopNav" class="topNavBarItems" style="left:130px;"><a href="findProducts.do?categoryId=103" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('GiftTopNav','','http://72.5.200.197/images/steaks/gift-over.gif',1)"><img src="http://72.5.200.197/images/steaks/gift.gif" alt="Gift Ideas" name="GiftTopNav" width="127"
height="18" border="0"></a></div>
<div id="FineDiningTopNav" class="topNavBarItems" style="left:264px; z-index:30; width:127px; height:18px;"><a href="FineDining.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('FineDiningTopNav','','http://72.5.200.197/images/steaks/finedining-over.gif',1)"><img src="http://72.5.200.197/images/steaks/finedining.gif" alt="Fine Dining"
name="FineDiningTopNav" width="127" height="18" border="0"></a></div>
<div id="CatalogTopNav" class="topNavBarItems" style="left:418px;"><a href="Catalog.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('CatalogTopNav','','http://72.5.200.197/images/steaks/catalog-over.gif',1)"><img src="http://72.5.200.197/images/steaks/catalog.gif" alt="Catalog" name="CatalogTopNav"
width="127" height="18" border="0"></a></div>
<div id="AssistanceTopNav" class="topNavBarItems" style="left:547px;"><a href="Assistance.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('AssistanceTopNav','','http://72.5.200.197/images/steaks/assistance-over.gif',1)"><img src="http://72.5.200.197/images/steaks/assistance.gif" alt="Assistance"
name="AssistanceTopNav" width="127" height="18" border="0"></a></div>
<div id="LeftNavigationBar" class="leftNavBar">

<div id="PrimeSteaks" class="shopCategory"><a href="/findProducts.do?categoryId=90" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image22','','http://72.5.200.197/images/steaks/leftnav/primesteaks-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/primesteaks.jpg"  alt="Prime Steaks"
name="Image22" width="127" height="15" border="0"></a></div>
<div id="PrimeBeef" class="shopCategory"><a href="/findProducts.do?categoryId=76" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image23','','http://72.5.200.197/images/steaks/leftnav/wetaged-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/wetaged.jpg"  alt="Wet-Aged Beef"
name="Image23" width="127" height="15" border="0"></a></div>
<div id="DryAgedBeef" class="shopCategory"><a href="/findProducts.do?categoryId=50" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image24','','http://72.5.200.197/images/steaks/leftnav/dryaged-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/dryaged.jpg"  alt="Dry-Aged Beef"
name="Image24" width="127" height="15" border="0"></a></div>
<div id="WagyuBeef" class="shopCategory"><a href="/findProducts.do?categoryId=63" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image26','','http://72.5.200.197/images/steaks/leftnav/kobe-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/kobe.jpg"  alt="Kobe-style Wagyu Beef"
name="Image26" width="127" height="15" border="0"></a></div>
<div id="NeverFrozenBeef" class="shopCategory"><a href="/findProducts.do?categoryId=60" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image25','','http://72.5.200.197/images/steaks/leftnav/never-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/never.jpg"  alt="Never Frozen Beef"
name="Image25" width="127" height="15" border="0"></a></div>
<div id="Appetizers" class="shopCategory"><a href="/findProducts.do?categoryId=64" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image27','','http://72.5.200.197/images/steaks/leftnav/appetizers-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/appetizers.jpg"  alt="Appetizers"
name="Image27" width="127" height="15" border="0"></a></div>
<div id="BuffaloVenison" class="shopCategory"><a href="/findProducts.do?categoryId=40" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image28','','http://72.5.200.197/images/steaks/leftnav/buffalo-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/buffalo.jpg"  alt="Buffalo & Venison"
name="Image28" width="127" height="15" border="0"></a></div>
```

2 of 15 11/17/2007 8:30 PM

file://///cactus-store/client/AllenBrothers,Inc/EnterprisePackagewithDedicatedResources/Do... view-source:file://///cactus-store/client/AllenBrothers,Inc/EnterprisePackagewithDedicatedRe...

```
<div id="Chef Art Smith Entrees" class="shopCategory"><a href="/findProducts.do?categoryId=143" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image42','','http://72.5.200.197/images/steaks/leftnav/artsmith-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/artsmith.jpg" alt="Chef Art Smith Entrees"
name="Image43" width="127" height="15" border="0"></a></div>

<div id="Desserts" class="shopCategory"><a href="/findProducts.do?categoryId=55" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image29','','http://72.5.200.197/images/steaks/leftnav/desserts-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/desserts.jpg" alt="Desserts"
name="Image29" width="127" height="15" border="0"></a></div>
<div id="Duck" class="shopCategory"><a href="/findProducts.do?categoryId=33" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image30','','http://72.5.200.197/images/steaks/leftnav/duck-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/duck.jpg" alt="Duck" name="Image30"
width="127" height="15" border="0"></a></div>
<div id="HeatAndServeEntrees" class="shopCategory"><a href="/findProducts.do?categoryId=32" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image31','','http://72.5.200.197/images/steaks/leftnav/heatandserve-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/heatandserve.jpg" alt="Heat & Serve
Entr&eacute;es" name="Image31" width="127" height="15" border="0"></a></div>
<div id="Lamb" class="shopCategory"><a href="/findProducts.do?categoryId=39" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image32','','http://72.5.200.197/images/steaks/leftnav/lamb-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/lamb.jpg" alt="Lamb" name="Image32"
width="127" height="15" border="0"></a></div>
<div id="Pork" class="shopCategory"><a href="/findProducts.do?categoryId=30" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image33','','http://72.5.200.197/images/steaks/leftnav/pork-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/pork.jpg" alt="Pork" name="Image33" width="127"
height="15" border="0"></a></div>
<div id="Poultry" class="shopCategory"><a href="/findProducts.do?categoryId=28" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image34','','http://72.5.200.197/images/steaks/leftnav/poultry-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/poultry.jpg" alt="Poultry" name="Image34"
width="127" height="15" border="0"></a></div>
<div id="SausagesAndBratwurst" class="shopCategory"><a href="/findProducts.do?categoryId=81" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image35','','http://72.5.200.197/images/steaks/leftnav/sausages-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/sausages.jpg" alt="Sausages & Bratwurst"
name="Image35" width="127" height="15" border="0"></a></div>
<div id="Seafood" class="shopCategory"><a href="/findProducts.do?categoryId=27" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image36','','http://72.5.200.197/images/steaks/leftnav/seafood-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/seafood.jpg" alt="Seafood" name="Image36"
width="127" height="15" border="0"></a></div>
<div id="SteakBurgersAndDogs" class="shopCategory"><a href="/findProducts.do?categoryId=80" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image37','','http://72.5.200.197/images/steaks/leftnav/steakburgers-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/steakburgers.jpg" alt="Steak Burgers &
Dogs" name="Image37" width="127" height="15" border="0"></a></div>
<div id="Veal" class="shopCategory"><a href="/findProducts.do?categoryId=26" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image38','','http://72.5.200.197/images/steaks/leftnav/veal-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/veal.jpg" alt="Veal" name="Image38"
width="127" height="15" border="0"></a></div>
<div id="NewProducts" class="shopCategory"><a href="NewProducts.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image39','','http://72.5.200.197/images/steaks/leftnav/newproducts-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/newproducts.jpg" alt="New Products"
name="Image39" width="127" height="15" border="0"></a></div>
<div id="Specials" class="shopCategory"><a href="/findProducts.do?categoryId=89" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image40','','http://72.5.200.197/images/steaks/leftnav/specials-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/specials.jpg" alt="Specials"
name="Image40" width="127" height="15" border="0"></a></div>
<div id="BestSellers" class="shopCategory"><a href="/findProducts.do?categoryId=91" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image41','','http://72.5.200.197/images/steaks/leftnav/favorites-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/favorites.jpg" alt="Favorites"
name="Image41" width="127" height="15" border="0"></a></div>

<div id="OptIn" class="optIn">
<form name="emailOffersBean" method="GET" action="/emailOffers.do" onsubmit="return submitEmailForm(this);">
    <div align="center"><img src="http://72.5.200.197/images/steaks/doublehorizontal.gif" width="120" height="5"><br>
      <img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
      <img src="http://72.5.200.197/images/steaks/emailsubscribe.gif" width="97" height="49" alt="" border="0"><br>
      <img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
        <input type="text" name="email" maxlength="76" size="15" tabindex="3" value="&lt;enter email&gt;" onfocus="form.email.value='';" class="email">
      <br>
      <img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
        <input type="image"
                        name="action"
                        src="http://72.5.200.197/images/steaks/subscribe.gif"
                        alt="SUBSCRIBE"
                        border="0"
                        tabindex="4"/>
      <br>
      <img src="http://72.5.200.197/images/steaks/doublehorizontal.gif" width="120" height="5"> </div>
  </div>
</form>
</div>
<div class="navigationLinks"><a class="navigationTheme" href="/steaks.jsp">Home</a> <span class="navigationPlain">&gt; </span> <a class="currentNavigationTheme"
href="/findProducts.do?categoryId=40">Buffalo & Venison</a></div>
<div class="standardPage">
<table width="100%" border="0" cellspacing="0" cellpadding="0">
  <tr>
    <td><!-- InstanceBeginEditable name="MainBody" -->
  <table border="0" cellpadding="0" cellspacing="0" width="627">
    <!--begin category header-->
    <tr>
```

3 of 15 11/17/2007 8:30 PM

Case 1:07-cv-06357 Document 16-21 Filed 11/19/2007 Page 7 of 19

```
    <td width="300" height="300" colspan="1" rowspan="3" valign="top" align="right"><img src="http://72.5.200.197/images/catalog/2007/summer/19/A/5/steaks.jpg" border="0" alt="Buffalo &
Venison"></td>
    <td colspan="1" width="14" height="50"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="14" height="50"></td>
    <td colspan="1" width="303" height="50" valign="top" class="prodDesc"><img src="http://72.5.200.197/images/catalog/2007/summer/19/A/6/steaks.gif"></td>
  </tr>
  <tr>
    <td colspan="1" width="14" height="8"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="14" height="8"></td>
    <td colspan="1" width="303" height="8"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="303" height="8"></td>
  </tr>
  <tr>
    <td colspan="1" width="14" height="242"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="14" height="242"></td>
    <td colspan="1" width="303" height="242" valign="top" class="prodDesc"><p align="justify">For something out of the ordinary, enjoy the unique flavors of our lean buffalo and venison.  Each of
these selections can be broiled, fried, sauteed, or grilled - they're delicious prepared in the same way you prepare beef, pork, or lamb.<br>
    </td>
  </tr>
  <tr><td colspan="3" width="603" height="10"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="603" height="10" border="0"></td></tr>
    <tr><td colspan="3" width="603"><font class="addToCartError"></font></td></tr>
  <tr><td colspan="3" width="603" height="13"><img src="http://72.5.200.197/images/steaks/promo/tanpixel.gif" width="627" height="2" border="0"><br><img
src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="11" border="0"></td></tr>
<script language=javascript>
    var catalog = ''
    var catalog_name = ''
    var rfx_page = ''
    regEx = /rfx_catalog=([^&=]*)(&|$)?/
    m=regEx.exec(location.search);
    if (m) {
      catalog = m[1];
    }

    regEx = /catalog_name=([^&=]*)(&|$)?/
    m=regEx.exec(location.search);
    if (m) {
      catalog_name = m[1];
    }

    regEx = /rfx_spread=([^&=]*)(&|$)?/
    m=regEx.exec(location.search);
    if (m) {
      rfx_page = m[1];
    }

    if (catalog == '1') {
        //if the catalog is embeded in the client site use this:
        document.write ('<tr><td colspan="3" width="603"><a href="eCatalog.jsp?rfx_page=' + rfx_page + '" class="theme"><img src="http://72.5.200.197/images/steaks/arrowdbl_left.gif"
border="0"> Return to Online Catalog</a><br></td></tr>');
    }

</script>
  <!--begin product rows-->

  <!--begin product row-->
  <form name="addToCartBean" method="GET" action="/addToCart.do">

  <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="7" border="0"></td></tr>
  <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/promo/tanpixel.gif" width="627" height="1" border="0"></td></tr>
  <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="3" border="0"></td></tr>
  <tr>
    <td colspan="3">

      <table border="0" cellpadding="0" cellspacing="0">
        <tr>
          <!--small product photo-->
          <td rowspan="2" align="center" valign="top">
            <a href="Product.jsp?productId=332&categoryId=40">
                <img src="http://72.5.200.197/images/catalog/2006/fall/43/D/4/steaks.jpg" alt="Buffalo Burgers" width="205" height="205" border="0">
            </a>
          </td>
          <td width="1" rowspan="2"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="205" border="0"></td>
          <td valign="top"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="4" border="0"><br>
            <font size="2" class="prodDesc">

            <!--product name-->
```

```
                <b><a href="Product.jsp?productId=332&categoryId=40" class="prodHiLite">Buffalo Burgers</a></b><br>

                <!--product description-->
                Whether you're looking for a change of taste or a change in diet, our all-natural, 100% buffalo meat patties are a delicious alternative to beef. They're low in fat, cholesterol, and
calories and high in protein, juiciness, and flavor.
                <br>
                <br>
                <a href="Product.jsp?productId=332&categoryId=40" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('ViewDetails332','','http://72.5.200.197/images/steaks/viewdetails-over.gif',1)">
                  <img src="http://72.5.200.197/images/steaks/viewdetails.gif" alt="view details" name="ViewDetails332" width="64" height="10" border="0">
                </a></font>
              </tr>
              <tr>
                <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0"><br>
                <!--conditional: begin size drop-down-->
                <table border="0" cellpadding="2" cellspacing="0">
                  <tr>
                    <td><font size="2">
                      <font class="addToCartError"></font>
                      <br>
                      <br>

                      <select name="selectedItem" class="selectDropDown215"><option value="" selected="selected">Choose Selection</option>

                        <option value="712">16 burgers - 6 oz. ea. - $69.95</option>

                        <option value="711">12 burgers - 8 oz. ea. - $69.95</option></select>

                      </font></td>
                  </tr>
                  <tr>
                    <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="2" border="0"></td>
                  </tr>
                </table>
                <!--end size drop-down-->

                <table border="0" cellpadding="2" cellspacing="0">
                  <tr>
                    <td><img src="http://72.5.200.197/images/steaks/qty_input.gif" width="15" height="20" border="0"></td>
                    <td>
                      <input type="text" name="quantity" maxlength="2" size="2" value="" class="prodQuantityInput">
                    </td>
                    <td>
                      <input type="hidden" name="productId" value="332">
                      <input type="hidden" name="categoryId" value="40">
                      <input type="hidden" name="shipTo" value="Me">
                      <input type="hidden" name="referringPage" value="category">
                      <input type=image
                          name="AddToCart332"
                          src="http://72.5.200.197/images/steaks/add.gif"
                          alt="Add To Cart"
                          border="0"
                          value="button.Submit"
                          onMouseOut="MM_swapImgRestore()"
                          onMouseOver="MM_swapImage('AddToCart332','','http://72.5.200.197/images/steaks/addtocart-over.gif',1)"
                          id="AddToCart332"/>
                    </td>
                  </tr>
                </table>

              </td>
            </tr>
          </table>

        </td>
      </tr>

      </form>

      <!--end product row-->

      <!--begin product row-->
      <form name="addToCartBean" method="GET" action="/addToCart.do">
```

```
<tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="7" border="0"></td></tr>
<tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/promo/tanpixel.gif" width="627" height="1" border="0"></td></tr>
<tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="3" border="0"></td></tr>
<tr>
  <td colspan="3">

      <table border="0" cellpadding="0" cellspacing="0">
        <tr>
          <!--small product photo-->
          <td rowspan="2" align="center" valign="top">
            <a href="Product.jsp?productId=142&categoryId=40">
                    <img src="http://72.5.200.197/images/catalog/2007/summer/19/A/4/steaks.jpg" alt="Buffalo Steaks" width="205" height="205" border="0">
            </a>
          </td>
          <td width="1" rowspan="2"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="205" border="0"></td>
          <td valign="top"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="4" border="0"><br>
            <font size="2" class="prodDesc">

            <!--product name-->
            <b><a href="Product.jsp?productId=142&categoryId=40" class="prodHiLite">Buffalo Steaks</a></b><br>

            <!--product description-->
            For an alternate meal choice that's lean and high in protein, try our sweet, flavorful buffalo.
            <br>
            <br>
            <a href="Product.jsp?productId=142&categoryId=40" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('ViewDetails142','','http://72.5.200.197/images/steaks/viewdetails-over.gif',1)">
              <img src="http://72.5.200.197/images/steaks/viewdetails.gif" alt="view details" name="ViewDetails142" width="64" height="10" border="0">
            </a></font>
        </tr>
        <tr>
          <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0"><br>
            <!--conditional: begin size drop-down-->
            <table border="0" cellpadding="2" cellspacing="0">
              <tr>
                <td><font size="2">
                  <font class="addToCartError"></font>
                  <br>
                  <br>

                  <select name="selectedItem" class="selectDropDown215"><option value="" selected="selected">Choose Selection</option>

                    <option value="203">Complete Trim, Tenderloin Filet Mignon - 4 filets - 6 oz. ea. - $119.95</option>

                    <option value="204">Sirloin Strip Steaks - 4 steaks - 10 oz. ea. - $109.95</option></select>

                  </font></td>
              </tr>
              <tr>
                <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="2" border="0"></td>
              </tr>
            </table>
            <!--end size drop-down-->

            <table border="0" cellpadding="2" cellspacing="0">
              <tr>
                <td><img src="http://72.5.200.197/images/steaks/qty_input.gif" width="15" height="20" border="0"></td>
                <td>
                    <input type="text" name="quantity" maxlength="2" size="2" value="" class="prodQuantityInput">
                </td>
                <td>
                    <input type="hidden" name="productId" value="142">
                    <input type="hidden" name="categoryId" value="40">
                    <input type="hidden" name="shipTo" value="Me">
                    <input type="hidden" name="referringPage" value="category">
                    <input type=image
                            name="AddToCart142"
                            src="http://72.5.200.197/images/steaks/add.gif"
                            alt="Add To Cart"
                            border="0"
                            value="button.Submit"
                            onMouseOut="MM_swapImgRestore()"
                            onMouseOver="MM_swapImage('AddToCart142','','http://72.5.200.197/images/steaks/addtocart-over.gif',1)"
```

```
                                  id="AddToCart142"/>
                    </td>
                  </tr>
                </table>

              </td>
            </tr>
          </table>

      </td>
    </tr>

    </form>

    <!--end product row-->

    <!--begin product row-->
    <form name="addToCartBean" method="GET" action="/addToCart.do">

    <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="7" border="0"></td></tr>
    <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/promo/tanpixel.gif" width="627" height="1" border="0"></td></tr>
    <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="3" border="0"></td></tr>
    <tr>
      <td colspan="3">

          <table border="0" cellpadding="0" cellspacing="0">
            <tr>
              <!--small product photo-->
              <td rowspan="2" align="center" valign="top">
                <a href="Product.jsp?productId=143&categoryId=40">
                        <img src="http://72.5.200.197/images/catalog/2006/fall/19/E/4/steaks.jpg" alt="Buffalo Tenderloin Roast for Chateaubriand" width="205" height="205" border="0">
                </a>
              </td>
              <td width="1" rowspan="2"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="205" border="0"></td>
              <td valign="top"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="4" border="0"><br>
                <font size="2" class="prodDesc">

                <!--product name-->
                <b><a href="Product.jsp?productId=143&categoryId=40" class="prodHiLite">Buffalo Tenderloin Roast for Chateaubriand</a></b><br>

                <!--product description-->
                Our exotic roast makes a striking centerpiece for special-occasion meals, holiday feasts, or tonight's dinner.

<p>We apologize, this selection is temporarily unavailable.
                <br>
                <br>
                <a href="Product.jsp?productId=143&categoryId=40" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('ViewDetails143','','http://72.5.200.197/images/steaks/viewdetails-over.gif',1)">
                  <img src="http://72.5.200.197/images/steaks/viewdetails.gif" alt="view details" name="ViewDetails143" width="64" height="10" border="0">
                </a></font>
            </tr>
            <tr>
              <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0"><br>
                <!--conditional: begin size drop-down-->
                <table border="0" cellpadding="2" cellspacing="0">
                  <tr>
                    <td><font size="2">
                      <font class="addToCartError"></font>
                      <br>
                      <br>

                      </font></td>
                  </tr>
                  <tr>
                    <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="2" border="0"></td>
                  </tr>
                </table>
                <!--end size drop-down-->

              </td>
            </tr>
          </table>

      </td>
```

```
</tr>

</form>

<!--end product row-->

<!--begin product row-->
<form name="addToCartBean" method="GET" action="/addToCart.do">

<tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="7" border="0"></td></tr>
<tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/promo/tanpixel.gif" width="627" height="1" border="0"></td></tr>
<tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="3" border="0"></td></tr>
<tr>
  <td colspan="3">

      <table border="0" cellpadding="0" cellspacing="0">
        <tr>
          <!--small product photo-->
          <td rowspan="2" align="center" valign="top">
            <a href="Product.jsp?productId=378&categoryId=40">
                    <img src="http://72.5.200.197/images/catalog/2007/summer/19/B/4/steaks.jpg" alt="Venison Sirloin Strip Medallions" width="205" height="205" border="0">
            </a>
          </td>
          <td width="3" rowspan="2"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="205" border="0"></td>
          <td valign="top"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="3" height="4" border="0"><br>
            <font size="2" class="prodDesc">

            <!--product name-->
            <b><a href="Product.jsp?productId=378&categoryId=40" class="prodHiLite">Venison Sirloin Strip Medallions</a></b><br>

            <!--product description-->
            Robust but not gamy,our all-natural venison medallions saute up beautifully in minutes. A red wine sauce complements their earthiness, or try a fruit sauce for a sweet counterpoint.
<p>We apologize, this selection is temporarily unavailable.
            <br>
            <br>
            <a href="Product.jsp?productId=378&categoryId=40" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('ViewDetails378','','http://72.5.200.197/images/steaks/viewdetails-over.gif',1)">
              <img src="http://72.5.200.197/images/steaks/viewdetails.gif" alt="view details" name="ViewDetails378" width="64" height="10" border="0">
            </a></font>
        </tr>
        <tr>
          <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0"><br>
            <!--conditional: begin size drop-down-->
            <table border="0" cellpadding="2" cellspacing="0">
              <tr>
                <td><font size="2">
                  <font class="addToCartError"></font>
                  <br>
                  <br>

                  </font></td>
              </tr>
              <tr>
                <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="2" border="0"></td>
              </tr>
            </table>
            <!--end size drop-down-->

           </td>
        </tr>
      </table>

  </td>
</tr>

</form>

<!--end product row-->

<!--begin product row-->
<form name="addToCartBean" method="GET" action="/addToCart.do">
```

```
<tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="7" border="0"></td></tr>
<tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/promo/tanpixel.gif" width="627" height="1" border="0"></td></tr>
<tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="3" border="0"></td></tr>
<tr>
  <td colspan="3">

      <table border="0" cellpadding="0" cellspacing="0">
        <tr>
          <!--small product photo-->
          <td rowspan="2" align="center" valign="top">
            <a href="Product.jsp?productId=144&categoryId=40">
                    <img src="http://72.5.200.197/images/catalog/2006/fall/19/C/4/steaks.jpg" alt="Venison Rib Chops - Frenched" width="205" height="205" border="0">
            </a>
          </td>
          <td width="1" rowspan="2"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="205" border="0"></td>
          <td valign="top"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="4" border="0"><br>
            <font size="2" class="prodDesc">

            <!--product name-->
            <b><a href="Product.jsp?productId=144&categoryId=40" class="prodHiLite">Venison Rib Chops - Frenched</a></b><br>

            <!--product description-->
            Our handpicked New Zealand farm-raised Cervena venison delivers a rich, hearty flavor with a hint of game.  All natural.
            <br>
            <br>
            <a href="Product.jsp?productId=144&categoryId=40" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('ViewDetails144','','http://72.5.200.197/images/steaks/viewdetails-over.gif',1)">
              <img src="http://72.5.200.197/images/steaks/viewdetails.gif" alt="view details" name="ViewDetails144" width="64" height="10" border="0">
            </a></font>
        </tr>
        <tr>
          <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0"><br>
            <!--conditional: begin size drop-down-->
            <table border="0" cellpadding="2" cellspacing="0">
              <tr>
                <td><font size="2">
                  <font class="addToCartError"></font>
                  <br>
                  <br>

                                        <font class="lineItem">6 chops - 3 to 4 oz. ea. - $69.95</font>
                                        <input type="hidden" name="selectedItem" value="206">

                  </font></td>
              </tr>
              <tr>
                <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="2" border="0"></td>
              </tr>
            </table>
            <!--end size drop-down-->

            <table border="0" cellpadding="2" cellspacing="0">
              <tr>
                <td><img src="http://72.5.200.197/images/steaks/qty_input.gif" width="15" height="20" border="0"></td>
                <td>
                    <input type="text" name="quantity" maxlength="2" size="2" value="" class="prodQuantityInput">
                </td>
                <td>
                    <input type="hidden" name="productId" value="144">
                    <input type="hidden" name="categoryId" value="40">
                    <input type="hidden" name="shipTo" value="Me">
                    <input type="hidden" name="referringPage" value="category">
                    <input type=image
                            name="AddToCart144"
                            src="http://72.5.200.197/images/steaks/add.gif"
                            alt="Add To Cart"
                            border="0"
                            value="button.Submit"
                            onMouseOut="MM_swapImgRestore()"
                            onMouseOver="MM_swapImage('AddToCart144','','http://72.5.200.197/images/steaks/addtocart-over.gif',1)"
                            id="AddToCart144"/>
                </td>
              </tr>
```

```
            </table>

           </td>
         </tr>
       </table>

    </td>
   </tr>                                                                                ;

   </form>

   <!--end product row-->

   <!--begin product row-->
   <form name="addToCartBean" method="GET" action="/addToCart.do">

   <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="7" border="0"></td></tr>
   <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/promo/tanpixel.gif" width="627" height="1" border="0"></td></tr>
   <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="3" border="0"></td></tr>
   <tr>
    <td colspan="3">

       <table border="0" cellpadding="0" cellspacing="0">
        <tr>
         <!--small product photo-->
         <td rowspan="2" align="center" valign="top">
          <a href="Product.jsp?productId=329&categoryId=40">
              <img src="http://72.5.200.197/images/catalog/2006/fall/4/D/4/steaks.jpg" alt="Black Winter Truffle Butter" width="205" height="205" border="0">
          </a>
         </td>
         <td width="1" rowspan="2"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="205" border="0"></td>
         <td valign="top"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="4" border="0"><br>
          <font size="2" class="prodDesc">

          <!--product name-->
          <b><a href="Product.jsp?productId=329&categoryId=40" class="prodHiLite">Black Winter Truffle Butter</a></b><br>

          <!--product description-->
          Transform an ordinary dinner into a memorable indulgence. Made of rich French butter, blended chunks of rare black truffles, and a bit of sea salt, this decadent spread infuses flavor
into steaks, chicken, fish, and pasta dishes as well as your favorite recipes.
          <br>
          <br>
          <a href="Product.jsp?productId=329&categoryId=40" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('ViewDetails329','','http://72.5.200.197/images/steaks/viewdetails-over.gif',1)">
           <img src="http://72.5.200.197/images/steaks/viewdetails.gif" alt="view details" name="ViewDetails329" width="64" height="10" border="0">
          </a></font>
        </tr>
        <tr>
         <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0"><br>
          <!--conditional: begin size drop-down-->
          <table border="0" cellpadding="2" cellspacing="0">
           <tr>
            <td><font size="2">
             <font class="addToCartError"></font>
             <br>
             <br>

                          <font class="lineItem">2 containers - 5 oz. ea. - $49.95</font>
                          <input type="hidden" name="selectedItem" value="708">

             </font></td>
           </tr>
           <tr>
            <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="2" border="0"></td>
           </tr>
          </table>
          <!--end size drop-down-->

          <table border="0" cellpadding="2" cellspacing="0">
           <tr>
            <td><img src="http://72.5.200.197/images/steaks/qty_input.gif" width="15" height="20" border="0"></td>
            <td>
                <input type="text" name="quantity" maxlength="2" size="2" value="" class="prodQuantityInput">
```

```
                    </td>
                    <td>
                        <input type="hidden" name="productId" value="329">
                        <input type="hidden" name="categoryId" value="40">
                        <input type="hidden" name="shipTo" value="Me">
                        <input type="hidden" name="referringPage" value="category">
                        <input type=image
                                name="AddToCart329"
                                src="http://72.5.200.197/images/steaks/add.gif"
                                alt="Add To Cart"
                                border="0"
                                value="button.Submit"
                                onMouseOut="MM_swapImgRestore()"
                                onMouseOver="MM_swapImage('AddToCart329','','http://72.5.200.197/images/steaks/addtocart-over.gif',1)"
                                id="AddToCart329"/>
                    </td>
                  </tr>
                </table>

              </td>
            </tr>
          </table>

        </td>
      </tr>

      </form>

      <!--end product row-->

      <!--begin product row-->
      <form name="addToCartBean" method="GET" action="/addToCart.do">

      <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="7" border="0"></td></tr>
      <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/promo/tanpixel.gif" width="627" height="1" border="0"></td></tr>
      <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="3" border="0"></td></tr>
      <tr>
        <td colspan="3">

          <table border="0" cellpadding="0" cellspacing="0">
            <tr>
              <!--small product photo-->
              <td rowspan="2" align="center" valign="top">
                <a href="Product.jsp?productId=59&categoryId=40">
                        <img src="http://72.5.200.197/images/catalog/2006/fall/6/C/4/steaks.jpg" alt="Remote Wireless Thermometers" width="205" height="205" border="0">
                </a>
              </td>
              <td width="1" rowspan="2"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="205" border="0"></td>
              <td valign="top"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="4" border="0"><br>
                <font size="2" class="prodDesc">

                <!--product name-->
                <b><a href="Product.jsp?productId=59&categoryId=40" class="prodHiLite">Remote Wireless Thermometers</a></b><br>

                <!--product description-->
                Monitor the cooking of meats from across the house or yard - up to 75 feet away.
                <br>
                <br>
                <a href="Product.jsp?productId=59&categoryId=40" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('ViewDetails59','','http://72.5.200.197/images/steaks/viewdetails-over.gif',1)">
                  <img src="http://72.5.200.197/images/steaks/viewdetails.gif" alt="view details" name="ViewDetails59" width="64" height="10" border="0">
                </a></font>
            </tr>
            <tr>
              <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0"><br>
                <!--conditional: begin size drop-down-->
                <table border="0" cellpadding="2" cellspacing="0">
                  <tr>
                    <td><font size="2">
                      <font class="addToCartError"></font>
                      <br>
                      <br>
```

```
                <select name="selectedItem" class="selectDropDown215"><option value="" selected="selected">Choose Selection</option>

                  <option value="58">Single probe - $54.95</option>

                  <option value="562">Dual probe - $78.95</option></select>

                </font></td>
            </tr>
            <tr>
              <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="2" border="0"></td>
            </tr>
          </table>
          <!--end size drop-down-->

          <table border="0" cellpadding="2" cellspacing="0">
            <tr>
              <td><img src="http://72.5.200.197/images/steaks/qty_input.gif" width="15" height="20" border="0"></td>
              <td>
                  <input type="text" name="quantity" maxlength="2" size="2" value="" class="prodQuantityInput">
              </td>
              <td>
                  <input type="hidden" name="productId" value="59">
                  <input type="hidden" name="categoryId" value="40">
                  <input type="hidden" name="shipTo" value="Me">
                  <input type="hidden" name="referringPage" value="category">
                  <input type=image
                          name="AddToCart59"
                          src="http://72.5.200.197/images/steaks/add.gif"
                          alt="Add To Cart"
                          border="0"
                          value="button.Submit"
                          onMouseOut="MM_swapImgRestore()"
                          onMouseOver="MM_swapImage('AddToCart59','','http://72.5.200.197/images/steaks/addtocart-over.gif',1)"
                          id="AddToCart59"/>
              </td>
            </tr>
          </table>

        </td>
      </tr>
    </table>

  </td>
</tr>

</form>

<!--end product row-->

<!--Begin product row-->
<form name="addToCartBean" method="GET" action="/addToCart.do">

<tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="7" border="0"></td></tr>
<tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/promo/tanpixel.gif" width="627" height="1" border="0"></td></tr>
<tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="3" border="0"></td></tr>
<tr>
  <td colspan="3">

    <table border="0" cellpadding="0" cellspacing="0">
      <tr>
        <!--small product photo-->
        <td rowspan="2" align="center" valign="top">
          <a href="Product.jsp?productId=58&categoryId=40">
                  <img src="http://72.5.200.197/images/catalog/B5311-P/4/steaks.jpg" alt="Allen Brothers Stainless Steel Steak Knives" width="205" height="205" border="0">
          </a>
        </td>
        <td width="1" rowspan="2"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="205" border="0"></td>
        <td valign="top"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="4" border="0"><br>
          <font size="2" class="prodDesc">

          <!--product name-->
          <b><a href="Product.jsp?productId=58&categoryId=40" class="prodHiLite">Allen Brothers Stainless Steel Steak Knives</a></b><br>
```

```
                <!--product description-->
                Made entirely of beautiful, gleaming stainless steel and engraved with the Allen Brothers logo, these serrated steak knives are as elegant as they are functional.
                <br>
                <br>
                <a href="Product.jsp?productId=58&categoryId=40" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('ViewDetails58','','http://72.5.200.197/images/steaks/viewdetails-over.gif',1)">
                  <img src="http://72.5.200.197/images/steaks/viewdetails.gif" alt="view details" name="ViewDetails58" width="64" height="10" border="0">
                </a></font>
            </tr>
            <tr>
              <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0"><br>
                <!--conditional: begin size drop-down-->
                <table border="0" cellpadding="2" cellspacing="0">
                  <tr>
                    <td><font size="2">
                      <font class="AddToCartError"></font>
                      <br>
                      <br>

                      <select name="selectedItem" class="selectDropDown215"><option value="" selected="selected">Choose Selection</option>

                        <option value="93">Box of 2 - $39.95</option>

                        <option value="94">Box of 4 - $69.95</option></select>

                      </font></td>
                  </tr>
                  <tr>
                    <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="2" border="0"></td>
                  </tr>
                </table>
                <!--end size drop-down-->

                <table border="0" cellpadding="2" cellspacing="0">
                  <tr>
                    <td><img src="http://72.5.200.197/images/steaks/qty_input.gif" width="15" height="20" border="0"></td>
                    <td>
                        <input type="text" name="quantity" maxlength="2" size="2" value="" class="prodQuantityInput">
                    </td>
                    <td>
                        <input type="hidden" name="productId" value="58">
                        <input type="hidden" name="categoryId" value="40">
                        <input type="hidden" name="shipTo" value="Me">
                        <input type="hidden" name="referringPage" value="category">
                        <input type=image
                                name="AddToCart58"
                                src="http://72.5.200.197/images/steaks/add.gif"
                                alt="Add To Cart"
                                border="0"
                                value="button.Submit"
                                onMouseOut="MM_swapImgRestore()"
                                onMouseOver="MM_swapImage('AddToCart58','','http://72.5.200.197/images/steaks/addtocart-over.gif',1)"
                                id="AddToCart58"/>
                    </td>
                  </tr>
                </table>

              </td>
            </tr>
          </table>

        </td>
      </tr>

      </form>

      <!--end product row-->

      <!--End Products List-->

<script language=javascript>
        var catalog = ''
        var catalog_name = ''
```

```
        var rfx_page = ''
        regEx = /rfx_catalog=([^&=]*)(&|$)?/
        m=regEx.exec(location.search);
        if (m) {
          catalog = m[1];
        }

        regEx = /catalog_name=([^&=]*)(&|$)?/
        m=regEx.exec(location.search);
        if (m) {
          catalog_name = m[1];
        }

        regEx = /rfx_spread=([^&=]*)(&|$)?/
        m=regEx.exec(location.search);
        if (m) {
          rfx_page = m[1];
        }

        if (catalog == '1') {
                //if the catalog is embeded in the client site use this:
                document.write ('<tr><td colspan="3" width="603"><a href="eCatalog.jsp?rfx_page=' + rfx_page + '" class="theme"><img src="http://72.5.200.197/images/steaks/arrowdbl_left.gif"
border="0"> Return to Online Catalog</a><br></td></tr>');
        }

</script>

    <!--Begin Cross Selling-->

  <tr>
    <td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="7" border="0"></td>
  </tr>
  <tr>
    <td colspan="3"><img src="http://72.5.200.197/images/steaks/promo/tanpixel.gif" width="627" height="1" border="0"></td>
  </tr>
  <tr>
    <td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="3" border="0"></td>
  </tr>
  <!-- Begin Cross Selling Table -->
        <tr>
                <td colspan="3" align="center">

                        <table width="600" border="0" cellpadding="0" cellspacing="0">
                              <tr>
                                        <td><img src="http://72.5.200.197/images/steaks/theseproducts_01.gif" width="200" height="34"></td>
                                        <td><img src="http://72.5.200.197/images/steaks/theseproducts_02.gif" width="200" height="34"></td>
                                        <td><img src="http://72.5.200.197/images/steaks/theseproducts_03.gif" width="200" height="34"></td>
                              </tr>
                              <tr>
                                        <td colspan="3" align="center"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="6"><br>
                                                <table border="0" align="center" cellpadding="0" cellspacing="0">
                                                        <tr>

                            <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                            <td width="100" align="center"><a href="Product.jsp?productId=35"><img src="http://72.5.200.197/images/catalog/B4897-JR-CLO/3/steaks.jpg" alt="USDA PRIME Close-Trim
Filets" width="85" height="85" border="0"></a></td>

                            <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                            <td width="100" align="center"><a href="Product.jsp?productId=206"><img src="http://72.5.200.197/images/catalog/B5311-R-DOGS/3/steaks.jpg" alt="The Great Steakhouse Steak
Dogs&#8482;" width="85" height="85" border="0"></a></td>

                            <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                            <td width="100" align="center"><a href="Product.jsp?productId=34"><img src="http://72.5.200.197/images/catalog/B4897-JR-COM/3/steaks.jpg" alt="USDA PRIME Complete-Trim
Filets" width="85" height="85" border="0"></a></td>

                            <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                            <td width="100" align="center"><a href="Product.jsp?productId=43"><img src="http://72.5.200.197/images/catalog/2007/summer/11/D/3/steaks.jpg" alt="Boneless Sirloin Strip
Steaks - USDA PRIME" width="85" height="85" border="0"></a></td>

                            <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                            <td width="100" align="center"><a href="Product.jsp?productId=61"><img src="http://72.5.200.197/images/catalog/2006/fall/9/B/3/steaks.jpg" alt="Porterhouse Steaks - USDA
PRIME" width="85" height="85" border="0"></a></td>

                                                        </tr>
```

```
                                        <tr>

                        <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                        <td width="100" align="center"><a href="Product.jsp?productId=35" class="theme">USDA PRIME Close-Trim Filets</a></td>

                        <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                        <td width="100" align="center"><a href="Product.jsp?productId=206" class="theme">The Great Steakhouse Steak Dogs&#8482;</a></td>

                        <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                        <td width="100" align="center"><a href="Product.jsp?productId=34" class="theme">USDA PRIME Complete-Trim Filets</a></td>

                        <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                        <td width="100" align="center"><a href="Product.jsp?productId=43" class="theme">Boneless Sirloin Strip Steaks - USDA PRIME</a></td>

                        <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                        <td width="100" align="center"><a href="Product.jsp?productId=61" class="theme">Porterhouse Steaks - USDA PRIME</a></td>

                                        </tr>
                                    </table>
                                </td>
                            </tr>
                        </table>
                    </td>
                </tr>
                <!--End Cross Selling-->
    <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="7" border="0"></td></tr>
    <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/promo/tanpixel.gif" width="627" height="1" border="0"></td></tr>
    <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="3" border="0"></td></tr>

  </table>
<!-- InstanceEndEditable --></td>
  </tr>
    <tr valign="top">
      <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="40"></td>
    </tr>
  <tr>
    <td width=629 align="center"><font face="Verdana, Geneva, Arial, Helvetica, sans-serif" size="1" color="#635247"><br>
               <br>
              <a href="AboutUs.jsp"><u>About Us</u></a> | <a href="PrivacyPolicy.jsp"><u>Privacy Policy</u></a> | <a href="CatalogRequest.jsp"><u>Catalog Request</u></a> | <a
href="Assistance.jsp"><u>Customer Service</u></a> | <a href="ContactUs.jsp"><u>Contact Us</u></a> | <a href="sitemap.jsp"><u>Site Map</u></a> | <a
href="/articles/prime-steaks.jsp"><u>Articles</u></a><br>
              <img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="3" alt="" border="0"><br>
              To place a phone order, call 24 hours a day, 7 days a week &#8212; (800) 957-0111<br>
              For questions or assistance, call weekdays 8 AM to 5 PM CST &#8212; (800) 548-7777            <br>
              <img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="3" alt="" border="0"><br>
&copy; 2007 Allen Brothers, Inc., All Rights Reserved.</font><br>
              <img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="3" alt="" border="0"><br>
<span class="pc11c">design, development, marketing, and operations  by <a href="http://www.prominentconsulting.com" target="_blank" class="pc11c">Prominent Consulting, LLC</a></span>

<br>
<span class="pc11c"><a href="http://www.echomountain.com" target="_blank" class="pc11c">Managed Server Colocation Provided by echoMountain Data Center Services</a></span>

</td>
        </tr>
        <tr>
             <td width=629 align="center" class="navigationPlain" valign="baseline">Enter your email address to receive special offers<br><form name="emailOffersBean" method="GET"
action="/emailOffers.do" onsubmit="return submitEmailForm(this);"><input type="text" name="email" maxlength="76" size="15" tabindex="3" value="&lt;enter email&gt;" onfocus="form.email.value='';"
class="email"> <input type="image" name="action" src="http://72.5.200.197/images/steaks/subscribe.gif" alt="SUBSCRIBE" border="0" tabindex="4"/></form></td>
        </tr>
</table>
</div>
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
_uacct = "UA-230325-3";
urchinTracker();
</script>
</body>
<!-- InstanceEnd --></html>
```

# Section Page – Buffalo & Venison

## Current Allen Brothers Website
## (Screen Shots and Source Code)