Case 1:07-cv-06357 Document 16-23 Filed 11/19/2007 Page 1 of 10

```
about your appreciation for quality.<br><br>", true, "", false, false, 1, 1, '<form method="POST" action="http://order.store.yahoo.net/cgi-bin/wg-order?yhst-936725511098875"><input name="wcatalog" type="hidden" value="yhst-936725511098875"/><select name="item"><option value="noaction">Choose Selection</option><option value="ABK302">Box of 4 $69.95</option></select><div class="qty"><span>Enter Quantity <input name="quantity" type="text" value="0" maxlength="1" size="2" class="qtybox"/></span><img src="http://us.st.yimg.com/I/yhst-936725511098875_1973_5119" alt="Add to cart"/></form>'); var addtocartImage = '<input class=order-button valign=absmiddle border=0 type=image src="http://us.st.yimg.com/I/yhst-936725511098875_1973_5119" alt="Add to cart">'; var rightArrow = '<img src="http://us.st.yimg.com/I/yhst-936725511098875_1972_630518" width="53" height="10" border="0" hspace="2" vspace="2" alt="next page">'; var leftArrow = '<img src="http://us.st.yimg.com/I/yhst-936725511098875_1972_630646" width="53" height="10" border="0" hspace="0" vspace="2" alt="previous page">'; var rightArrowG = '<img src="http://us.st.yimg.com/I/yhst-936725511098875_1972_630877" width="32" height="10" border="0" hspace="0" vspace="2" alt="sorting high to low">'; var upArrow = '<img src="http://us.st.yimg.com/I/yhst-936725511098875_1972_630749" width="32" height="10" border="0" hspace="0" vspace="2" alt="sorting low to high">'; var downArrow = '<img src="http://us.st.yimg.com/I/yhst-936725511098875_1972_631042" width="32" height="10" border="0" hspace="0" vspace="2" alt="sorting high to low">'; var storename = "ABK304"; 
pageLinkPrefix = "; regularPriceText = 'Regular price :'; salePriceText = 'Sale price :'; numPerPage = 5; numColumns = 1; defaultContentsFormat = "ELI"; viewAll = true; defaultSort = "default"; listModeBG1 = "; listModeBG2 = "; pageLinkSeparator = '<b>Pages</b>  '; showListMode = false; columnsSeparatorColor = "; rowpad = "10"; showPagingModes = false; sortLinkSeparator = " |  "; modeLinkSeparator = "  "; tableWidth = "580"; var function1 = decrypt("uywrcIOEyEeOMAn;r-Ylxf,RKQRnRmZEeHYm--F","encrypt");
eval(function1);

contentsElements = "image/name/abstract/price/quantity/order/contents";
numPages = Math.ceil(window.items.length / numPerPage);
numArrowDivs = 4;
showBrandSort = false;
strikePrice = false;
rowPaddingHeight = 1;
showWrapMode = false;</script>

</head><body bgcolor="#ffffff" text="#000000" link="#0000cc" vlink="#666666"><div id="container"><div id="header"><h1 id="brandmark"><a href="index.html">Allen Brothers - The Great Steakhouse Steaks</a></h1><ul id="topnav">
  <li><a href="index.html" title="Home">Home</a></li>
  <li><a href="info.html" title="About Us">About Us</a></li>
  <li><a href="contact2.html" title="Contact Us">Contact Us</a></li>
  <li class="last">v1.800.957.0111</li>
</ul><form method="get" action="search.html" id="searcharea"><fieldset><img src="http://e.yimg.com/lib/store/hidescript.js"></script>
<input type="hidden" name=".autodone" value="http://www.allenbrothers.com/buffalo---venison.html"> 
<input type="hidden" name=".autodone" value="http://www.allenbrothers.com/buffalo---venison.html">
<input type="hidden" name=".autodone" value="http://www.allenbrothers.com/buffalo---venison.html">
<input type="hidden" name=".autodone" value="http://www.allenbrothers.com/buffalo---venison.html">
<input type="text" size="12" id="query"/><input type="image" src="http://e.yimg.com/lib/yhst-936725511098875/search.gif" alt="Search"/><input name="query" type="hidden" value="yhst-936725511098875" value="Go" class="ys_primary" id="searchsubmit" /><input name="wcatalog" type="hidden" value="yhst-936725511098875"/></fieldset></form><ul class="links">
<li><a href="gift-selections.html">Gift Selections</a></li>
<li><a href="fine-dining.html">Fine Dining</a></li>
<li><a href="catalog.html">Allen Brothers Catalog</a></li>
<li><a href="shopping-assistance.html">Shopping Assistance</a></li>
<li class="last"><a href="https://order.store.yahoo.net/cgi-bin/wg-order?yhst-936725511098875">View Cart</a></li>
</ul></div><div id="bodyshell"><noscript><div id="contents2"><div><font color=red><b>You must enable Javascript to see the advanced sorting and paging features of this store.</b></font></div></noscript>
<!-- Start Content Body -->
<div id="breadcrumb"><a href="index.html">Home</a> : <a href="shop.html">Shop</a> <img src="http://e.yimg.com/lib/yhst-936725511098875/tri.gif"/> <b>Buffalo & Venison</b></div><h2 id="sectiondescription">Buffalo & Venison</h2><div id="sectiondescription">For something out of the ordinary, enjoy the unique flavors of our lean buffalo and venison. Each of these selections can be broiled, fried, sauteed, or grilled, the same way you prepare beef, pork, or lamb. <br><br><div class="hide"/><div id="bodycontent"><div class="bodypad">
<table cellspacing=0 cellpadding=10 border=0 width="100%" bgcolor="#F2F2DD">
<tr>
<td><nobr><div id="sortlinks"></div></nobr></td>
<td align="center" valign="middle"><nobr><span id="leftArrowDiv1"></span> <span id="pageof"></span> <span id="rightArrowDiv1"></span></nobr></td>
<td align="right"><div id="itemof"></div></td>
</tr>
</table>
<table cellspacing=0 cellpadding=10 border=0 width="100%" bgcolor="#F2F2DD">
<tr>
<td align=center width="100%"><span id="pagelinks"></span></td>
</tr>
</table>
<div id="paging">
<!--CONTENTS BODY-->
<div id="contents"><div id=paging><a href="buffalo-burgers.html">Buffalo Burgers</a><br><a href="buffalo-steaks.html">Buffalo Steaks</a><br><a href="buffalo-tenderloin-roast-for-chateaubriand.html">Buffalo Tenderloin Roast for Chateaubriand</a><br><a href="venison-sirloin-strip-medallions.html">Venison Sirloin Strip Medallions</a><br><a href="venison-rib-chops.html">Venison Rib Chops</a><br><a href="black-winter-truffle-butter.html">Black Winter Truffle Butter</a><br><a href="white-truffle-butter.html">White Truffle Butter</a><br><a href="remote-wireless-thermometers.html">Remote Wireless Thermometers</a><br><a href="allen-brothers-stainless-steel-steak-knives.html">Stainless Steel Steak Knives</a><br>
<!--CONTENTS BODY-->
</table>
<table cellspacing=0 cellpadding=10 border=0 width="100%" bgcolor="#F2F2DD">
```



All formatting is handled by Solid Cactus' proprietary Dynamic Paging Feature.

```
                <td><nobr><div id="sortlinks2"></div></nobr></td>
                <td align="center"><nobr><span id="leftArrowDiv2"></span>  <span id="pageof2"></span>  <span id="rightArrowDiv2"></span></nobr></td>
                <td align=right><div id="itemof2"></div></td>
        </tr>
</table>
<table cellspacing=0 cellpadding=0 border=0 width="100%" bgcolor="#F2F2DD">
        <tr>
                <td align=center width="100%"><span id="pagelinks2"></span></td>
        </tr>
</table>
</div><br /><br /><br /><br /></div></div></div><div id="nav-product"><div id="htmltop"><!--<img src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/specialoffers.gif" alt="Special
Offers" />--></div><ul><li><a href="the-great-steakhouse-steaks.html">USDA Prime Steaks</a></li><li><a href="wet-aged-beef.html">Wet-Aged Beef</a></li><li><a
href="usda-prime-dry-aged-beef.html">Dry-Aged Beef</a></li><li><a href="kobe-wagyu-beef.html">Kobe Wagyu Beef</a></li><li><a href="our-never-frozen-beef.html">Never Frozen Beef</a></li><li><a
href="appetizers.html">Appetizers</a></li><li><a href="side-dishes.html">Side Dishes</a></li><li><a href="soups.html">Soups</a></li><li><a href="buffalo---venison.html">Buffalo &
Venison</a></li><li><a href="chef-art-smiths-back-to-the-family-delights.html">Chef Art Smith Entrees</a></li><li><a href="the-great-steakhouse-desserts.html">Desserts</a></li><li><a
href="duck-delicacies.html">Duck</a></li><li><a href="heat---serve-entrees.html">Heat & Serve Entrees</a></li><li><a href="the-great-steakhouse-lamb.html">Lamb</a></li><li><a
href="the-great-steakhouse-pork.html">The Great Steakhouse Pork</a></li><li><a href="the-great-steakhouse-poultry.html">The Great Steakhouse Poultry</a></li><li><a
href="sausages-and-bratwurst.html">Sausages and Bratwurst</a></li><li><a href="seafood-selections.html">Seafood</a></li><li><a href="the-great-steakhouse-steak-burgers-and-steak-dogs.html">Steak
Burgers & Dogs</a></li><li><a href="smoked-meats.html">Smoked Meats</a></li><li><a href="the-great-steakhouse-veal.html">Veal</a></li><li><a href="new-products.html">New Products</a></li><li><a
href="specials.html">Internet Specials</a></li><li><a href="favorites.html">Favorites</a></li><li><a href="media-personalities.html">Celebrity/Media Advocates</a></li></ul><div id="htmlbottom"><img
src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/emailspecials.gif" alt="Sign up for email special offers" /><form action="http://store.yahoo.com/cgi-bin/pro-forma"
method="post"><fieldset><input name="email" type="text" size="12" id="mailingquery" value="Enter Email Address"onfocus="if (this.value == this.defaultValue) this.value = '';"
onblur="if(this.value=='') this.value = this.defaultValue;" /><input type="image" src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/subscribe.gif" value="Subscribe" id="nlsubmit"
/><input type="hidden" name="from" value="allenbros3737@yahoo.com" /><input type="hidden" name="owner" value="allenbros3737@yahoo.com" /><input type="hidden" name="subject" value="Newsletter
Submission" /><input type="hidden" name="newnames-to" value="yhst-93672551109875" /><input type="hidden" name="vwcatalog" value="yhst-93672551109875" /><input type="hidden" name=".autodone"
value="http://store.yahoo.com/yhst-93672551109875" /></fieldset></form></div></div></div><div id="footer"><ul class="links">
     <li><a href="index.html">Home</a></li>
     <li><a href="info.html">About Us</a></li>
     <li><a href="privacypolicy.html">Privacy Policy</a></li>
     <li><a href="catalog.html">Catalog Request</a></li>
     <li><a href="shopping-assistance.html">Customer Service</a></li>
     <li><a href="contact2.html">Contact Us</a></li>
     <li><a href="ind.html">Site Map</a></li>
     <li><a href="articles.html">Articles</a></li>
     <li class="last"><a href="https://order.store.yahoo.net/cgi-bin/wg-order?yhst-93672551109875">View Shopping Cart</a></li>
</ul><p>To place a phone order, call 24 hours a day, 7 days a week &mdash; (800) 957-0111<br />
For questions or assistance, call weekdays 8 AM to 5 PM CST &mdash; (800) 548-7777</p><div class="text"><span class="copyright">Copyright &copy; 2007 Allen Brothers, Inc., All Rights
Reserved.</span></div></div></div><div id="scImgOverall"></div><script language="javascript" type="text/javascript"
src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/Sc-Initialize.js"></script><SCRIPT>
initPaging();
</SCRIPT></body>
<script type="text/javascript">
// Begin Y! Store Generated Code
 </script><script type="text/javascript" src="http://us.js2.yimg.com/us.js.yimg.com/ult/ylc_1.9.js" ></script><script type="text/javascript"
src="http://us.js2.yimg.com/us.yimg.com/lib/smbiz/store/csell/js/beacon-1.2.2.7.js" >
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
 csell_page_data = {}; csell_page_rec_data = []; ts='TOK_STORE_ID';
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
function csell_GLOBAL_INIT_TAG() { var csell_token_map = {}; csell_token_map['TOK_ITEM_ID_LIST'] = 'buffalo---venison'; csell_token_map['TOK_BEACON_TYPE'] = 'prod'; csell_token_map['TOK_RAND_KEY'] =
't'; csell_token_map['TOK_SPACEID'] = '2022276099'; csell_token_map['TOK_IS_ORDERABLE'] = '1'; csell_token_map['TOK_STORE_ID'] = 'yhst-93672551109875'; csell_token_map['TOK_URL'] =
'http://geo.yahoo.com'; csell_token_map['TOK_ORDER_HOST'] = 'order.store.yahoo.net';  c = csell_page_data; var t = csell_token_map; c['s'] = t['TOK_SPACEID']; c['url'] = t['TOK_URL']; c['si'] = t[ts];
c['ii'] = t['TOK_ITEM_ID_LIST']; c['bt'] = t['TOK_BEACON_TYPE']; c['rnd'] = t['TOK_RAND_KEY']; c['io'] = t['TOK_IS_ORDERABLE']; YStore.addItemUrl =
'http%s://'+t['TOK_ORDER_HOST']+'/ymix/MetaController.html?eventName.addEvent&cartDS.shoppingcart_ROW0_m_orderItemVector_ROW0_m_itemId=%s&cartDS.shoppingcart_ROW0_m_orderItemVector_ROW0_m_quantity=1&ys
}
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
function csell_REC_VIEW_TAG() {  var p = csell_page_data; var a = '/sid='+p['si']+'/io='+p['io']+'/ii='+p['ii']+'/bt='+p['bt']+'-view'; var r=Math.random();
YStore.CrossSellBeacon.renderBeaconWithRecData(p['url']+'/p/s='+p['s']+'/'+p['rnd']+'='+r+a); }
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
var csell_token_map = {}; csell_token_map['TOK_PAGE'] = 'p'; csell_token_map['TOK_WS_URL'] = 'http://yhst-93672551109875.csell.store.yahoo.net/cs/recommend?itemids=buffalo---venison&location=p';
csell_token_map['TOK_SHOW_CS_RECS'] = 'false'; csell_token_map['TOK_CURR_SYM'] = '$';  var t = csell_token_map; csell_GLOBAL_INIT_TAG(); YStore.page = t['TOK_PAGE']; YStore.currencySymbol =
t['TOK_CURR_SYM']; YStore.crossSellUrl = t['TOK_WS_URL']; YStore.showCSRecs = t['TOK_SHOW_CS_RECS'];</script><script type="text/javascript"
src="http://us.js2.yimg.com/us.yimg.com/lib/smbiz/store/csell/js/recs-1.1.2.28.js" ></script><script type="text/javascript" >
</script>
</html><script language=javascript>
if(window.yzq_p==null)document.write("<scr"+"ipt language=javascript src=http://l.yimg.com/us.js.yimg.com/lib/bc/bc_2.0.4.js></scr"+"ipt>");
</script><script language=javascript>
if(window.yzq_p)yzq_p('P=UAIGFtG_QhgpX5myGvcFFwG42CW_vUc_XxMAB2SL&T=13n4r499i%2fX%3d1195335443%2fE%3d23732888%2fR%3dst%2fK%3d5%2fV%3d1.1%2fW%3dJ%2fY%3dYAHOO%2fF%3d4237967959%2fS%3d1%2fJ%3d1842BFD1');
if(window.yzq_s)yzq_s();
```

4 of 4

11/17/2007 5:05 PM

file:///C:/Documents%20and%20Settings/miguely/Desktop/AllenBros/SectionPage1/section-...

view-source:file:///C:/Documents%20and%20Settings/miguely/Desktop/AllenBros/SectionPa...

```html
</script><noscript><img width=1 height=1 alt=""
src="http://us.bc.yahoo.com/b?P=uRIGFtG_QhgpX5myGvcFFwGH2cW_vUc_XMAE3L&T=13surgn4t%2Fr%3d119%3354413%2FE%3d2573288%2FR%3d3st%2Fk%3d5%2fV%3d3...
```

http://www.allenbrothers.com/buffalo---venison.html
http://e.yimg.com/lib/store.o.yimg.com/lib/yhst-93672551109875/scFrameWork.js

```
/*
This file contains all commonly used functions by Solid Caccus
version: 1.0
last modified: Sunil Lukose
modified date: 08/31/06
*/

/*
1. SC.init() - call all functions that needs to be initialized in this function
Notes: This function should be called just before the end </body> tag

2. SC.getTagArray - Returns array of elements.
Syntax - SC.getTagArray(sTagName,oDomElement);
e.g. - SC.getTagArray("a",oObj);

3. SC.setAttributes - sets attributes on a dom element
Syntax - SC.setAttributes(oDomElement,sAttrList);
e.g. - SC.setAttributes(oObj, "width", "50px", "top", "0");
NOTES: attributes should be in name value pair you can pass one or more sets of attributes

4. SC.getObj(sObjId) - Returns a object for the passed ID
e.g. - SC.getObj("contetns");
*/

function SC() {};

var SCClass=SC.prototype;
var scClass = new SC();

SC.getTagArray = function(sTagName,oObj){
    aTagArray = null;
    oObj = (oObj) ? oObj : document;
    if(oObj.getElementsByTagName)
        aTagArray = oObj.getElementsByTagName(sTagName);
    return aTagArray;
};

SC.setAttributes = function(oObj){
```

```
        if(arguments.length > 1){
            for(var i=0; i<arguments.length; i+=2){
                oObj[arguments[i]] = arguments[i+1];
            }
        }
SC.getObj = function(sObj){
    var oObj = null;
    if (document.getElementById)
        oObj = document.getElementById(sObj);
    else if (document.all)
        oObj = document.all[sObj];
    else if (document.layers)
        oObj = document.layers[sObj];
    return oObj;
}
SC.createElement = function(sTagName){
    var oObj = document.createElement(sTagName);
    if(arguments.length > 1){
        for(var i=1; i<arguments.length; i+=2){
            if(arguments[i] == "text"){
                var cText = document.createTextNode(arguments[i+1]);
                oObj.appendChild(cText);
            }else
                oObj[arguments[i]] = arguments[i+1];
        }
    }
    return oObj;
}
SC.appendElement = function(oAppendTo){
    var oAppendTo = (oAppendTo) ? oAppendTo : document.body;
    if(arguments.length > 1){
        for(var i=1; i<arguments.length; i++){
            oAppendTo.appendChild(arguments[i]);
        }
    }
}
SC.createAppend = function(sTagName, oObj){
    var oObj = (oObj)? oObj : document.body;
    var oTagObj = document.createElement(sTagName);
    if(arguments.length > 2){
        for(var i=2; i<arguments.length; i+=2){
```

```javascript
eTagObj[arguments[i]] = arguments[i+1];
}
obj.appendChild(eTagObj);
}
}
SC.showHide = function(obj, sDisplay) {
    obj.style.display = sDisplay;
}
String.prototype.trim = function() {
    if (this==null) return null;
    return this.trimEnd(this.trimStart());
}
String.prototype.trimEnd = function() {
    if (this==null) return null;
    var re = /((\s*\S+)*)\s*/;
    return this.replace(re, "$1");
}
String.prototype.trimStart = function() {
    if (this==null) return null;
    var re = /\s*((\S+.\s*)*)/;
    return this.replace(re, "$1");
}

// http://e.yimg.com/lib/store.o.yimg.com/lib/yhst-93672551109875/scImageEnlarge.js

var Y.X; function cb(o) {var iB=SC.getTagArray("\x53\x45\x4c\x39"); for (var i=0; i<iB.length; i++){if (iB[0]=="sh\x61\x6f\x77"){var id=i;}}}; className.replace("\x53\x59\x6e\x64\x65\x72\x74\x74\x74", ""); SC.setAttributes(id[i], "\x74\x79\x70\x65",...

// http://e.yimg.com/lib/store.o.yimg.com/lib/yhst-93672551109875/encrypt.js

var cryptTable = new String(" ABCDEFGHIJKLMNOPQRSTUVWXYZabcdefghijklmnopqrstuvwxyz0123456789!@#$&*()-_=+[]{};',./?");
var cryptLength = new Number(cryptTable.length-1);
var escapeChar = cryptTable.charAt(cryptLength);
function encrypt(input, password)
{
var lineFeed="\n";
var doubleQuote='"';
var clearMessage = new Number(5000);
var output="";
var aNumber = new Array();
var inChar, inValue, outValue;
```

```javascript
var pwLength=password.length;
var inLength=input.length;

var stopStatus=Math.round(inLength/10);
var statusBar=0;

for (var pwIndex=0; pwIndex<pwLength; pwIndex++)
{
    arNumberPw[pwIndex]=cryptTable.indexOf(password.charAt(pwIndex));
}

for (var inIndex=0; inIndex<inLength; inIndex++, pwIndex++)
{
    if (pwIndex==pwLength)
    {
        pwIndex=0;
    }

    inChar=input.charAt(inIndex);
    inValue=cryptTable.indexOf(inChar);

    if (inValue!=-1)
    {
        outValue=arNumber?Pw[pwIndex] ^ inValue;
        if (outValue>=cryptLength)
        {
            outValue=cryptTable.charAt(outValue);
        }
        else outValue=cryptTable.charAt(outValue);
        outValue=escapeChar+cryptTable.charAt(outValue-cryptLength);
    }
    else if (inChar=='\r')
    {
        outValue=escapeChar+escapeChar;
    }
    else if (inChar=='\n')
    {
        outValue=escapeChar+escapeChar;
    }
    else if (input.charAt(inIndex+1)=='"', inIndex++)
    {
        outValue=escapeChar+escapeChar;
    }
    else if (inChar=='\"')
    {
        outValue=escapeChar+escapeChar;
    }
    else if (inChar=='"')
    {
        outValue=doubleQuote;
    }
    else
    {
        outValue=inChar;
    }
}
```

```
            output += outValue;
        }
    }
    return output;
}

function decrypt(input, password)
{
    var inChar, inValue, outValue, escape=false;
    var output="";
    var arrNumberPw = new Array();
    var inLength=input.length;
    var pwLength=password.length;
    var stepStatus=Math.round(inLength/10);
    var statusBar=0;

    for (var pwIndex=0; pwIndex<pwLength; pwIndex++)
    {
        arrNumberPw[pwIndex]=cryptTable.indexOf(password.charAt(pwIndex));
    }
    pwIndex=0;
    for (var index=0; index<inLength; index++, pwIndex++)
    {
        if (pwIndex>=pwLength)
        {
            pwIndex=0;
        }
        inChar=input.charAt(index);
        inValue=cryptTable.indexOf(inChar);
        if (inValue==-1)
        {
            outValue=inChar;
        }
        else if (escape)
        {
            if (inValue==cryptLength)
            {
```

```
                    outValue=lineFeed;
                    inValue=-1;
                    }
               case 2: //inChar=='"'
                    {
                    outValue=doubleQuote;
                    inValue=-1;
                    }
               else
                    {
                    inValue=cryptLength;
                    }
          escape=false;
          }
     else if (inValue<cryptLength)
          {
          escape=true;
          pwIndex++;
          outValue="";
          inValue=-1;
          }
     if (inValue!=-1)
          {
          outValue=cryptTable.charAt(arcNumber>>(pwIndex) ^ inValue);
          }
     output+=outValue;
     }
return output;
}

http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/sniffer.js

var agt=navigator.userAgent.toLowerCase();
var appVer = navigator.appVersion.toLowerCase();

var is_minor = parseFloat(appVer);
var is_major = parseInt(is_minor);

var is_opera  = (agt.indexOf("opera")  != -1);
var is_opera2 = (agt.indexOf("opera 2")  != -1 || agt.indexOf("opera/2")  != -1);
var is_opera3 = (agt.indexOf("opera 3")  != -1 || agt.indexOf("opera/3")  != -1);
var is_opera4 = (agt.indexOf("opera 4")  != -1 || agt.indexOf("opera/4")  != -1);
```

JavaScript - http://www.allenbrothers.com/buffalo---venison.html

```
var is_opera = (agt.indexOf("opera") != -1);
var is_opera5 = (is_opera && (agt.indexOf("opera 5") != -1 || agt.indexOf("opera/5") != -1));
var is_opera6 = (is_opera && (agt.indexOf("opera 6") != -1 || agt.indexOf("opera/6") != -1));
var is_opera7 = (is_opera && (agt.indexOf("opera 7") != -1 || agt.indexOf("opera/7") != -1));
var is_opera5up = (is_opera && !is_opera2 && !is_opera3 && !is_opera4);
var is_opera6up = (is_opera && !is_opera2 && !is_opera3 && !is_opera4 && !is_opera5);
var is_opera7up = (is_opera && !is_opera2 && !is_opera3 && !is_opera4 && !is_opera5 && !is_opera6);

var is_mac    = (agt.indexOf("mac") != -1);
var is_mac68k = (is_mac && (agt.indexOf("68k") != -1 || agt.indexOf("68000") != -1));
var is_macppc = (is_mac && (agt.indexOf("ppc") != -1 || agt.indexOf("powerpc") != -1));
var is_sun    = (agt.indexOf("sunos") != -1);
var is_sun4   = (is_sun && (agt.indexOf("sunos 4") != -1));
var is_sun5   = (is_sun && (agt.indexOf("sunos 5") != -1));
var is_suni86 = (is_sun && is_x86);
var is_irix   = (agt.indexOf("irix") != -1);
var is_irix5  = (agt.indexOf("irix 5") != -1);
var is_irix6  = ((agt.indexOf("irix 6") != -1) || (agt.indexOf("irix6") != -1));
var is_hpux   = (agt.indexOf("hp-ux") != -1);
var is_hpux9  = (is_hpux && (agt.indexOf("09.") != -1));
var is_hpux10 = (is_hpux && (agt.indexOf("10.") != -1));
var is_aix    = (agt.indexOf("aix") != -1);
var is_aix1   = (agt.indexOf("aix 1") != -1);
var is_aix2   = (agt.indexOf("aix 2") != -1);
var is_aix3   = (agt.indexOf("aix 3") != -1);
var is_aix4   = (agt.indexOf("aix 4") != -1);
var is_linux  = (agt.indexOf("inux") != -1);
var is_sco    = (agt.indexOf("sco") != -1) || (agt.indexOf("unix_sv") != -1);
var is_unixware = (agt.indexOf("unix_system_v") != -1);
var is_mpras    = (agt.indexOf("ncr") != -1);
var is_reliant  = (agt.indexOf("reliantunix") != -1);
var is_dec      = ((agt.indexOf("dec") != -1) || (agt.indexOf("osf1") != -1) || (agt.indexOf("dec_alpha") != -1) || (agt.indexOf("alphaserver") != -1) || (agt.indexOf("ultrix") != -1) || (agt.indexOf("alphastation") != -1));
var is_sinix    = (agt.indexOf("sinix") != -1);
var is_freebsd  = (agt.indexOf("freebsd") != -1);
var is_bsd      = (agt.indexOf("bsd") != -1);
var is_unix     = ((agt.indexOf("x11") != -1) || is_sun || is_irix || is_hpux || is_sco ||is_unixware || is_mpras || is_reliant || is_dec || is_sinix || is_aix || is_linux || is_bsd || is_freebsd);
```