Case 1:07-cv-06357 Document 16-26 Filed 11/19/2007 Page 1 of 16

```
        regEx = /rfx_spread=([^&=]*)(&|$)?/
        m=regEx.exec(location.search);
        if (m) {
          rfx_page = m[1];
        }

        if (catalog == '1') {
                //if the catalog is embeded in the client site use this:
                document.write ('<tr><td colspan="3" width="603"><a href="eCatalog.jsp?rfx_page=' + rfx_page + '" class="theme"><img src="http://72.5.200.197/images/steaks/arrowdbl_left.gif"
border="0"> Return to Online Catalog</a><br></td></tr>');
        }

</script>
    <!--Begin Cross Selling-->

  <tr>
    <td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="7" border="0"></td>
  </tr>
  <tr>
    <td colspan="3"><img src="http://72.5.200.197/images/steaks/promo/tanpixel.gif" width="627" height="1" border="0"></td>
  </tr>
  <tr>
    <td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="3" border="0"></td>
  </tr>
  <!-- Begin Cross Selling Table -->
        <tr>
                <td colspan="3" align="center">

                        <table width="600" border="0" cellpadding="0" cellspacing="0">
                                <tr>
                                        <td><img src="http://72.5.200.197/images/steaks/theseproducts_01.gif" width="200" height="34"></td>
                                        <td><img src="http://72.5.200.197/images/steaks/theseproducts_02.gif" width="200" height="34"></td>
                                        <td><img src="http://72.5.200.197/images/steaks/theseproducts_03.gif" width="200" height="34"></td>
                                </tr>
                                <tr>
                                        <td colspan="3" align="center"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="6"><br>
                                                <table border="0" align="center" cellpadding="0" cellspacing="0">
                                                        <tr>

                                <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                                <td width="100" align="center"><a href="Product.jsp?productId=34"><img src="http://72.5.200.197/images/catalog/B4897-JR-COM/3/steaks.jpg" alt="USDA PRIME Complete-Trim
Filets" width="85" height="85" border="0"></a></td>

                                <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                                <td width="100" align="center"><a href="Product.jsp?productId=35"><img src="http://72.5.200.197/images/catalog/B4897-JR-CLO/3/steaks.jpg" alt="USDA PRIME Close-Trim
Filets" width="85" height="85" border="0"></a></td>

                                <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                                <td width="100" align="center"><a href="Product.jsp?productId=204"><img src="http://72.5.200.197/images/catalog/B5734-B/3/steaks.jpg" alt="The Great Steakhouse Steak
Burgers&#8482; - USDA PRIME" width="85" height="85" border="0"></a></td>

                                <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                                <td width="100" align="center"><a href="Product.jsp?productId=206"><img src="http://72.5.200.197/images/catalog/B5311-R-DOGS/3/steaks.jpg" alt="The Great Steakhouse Steak
Dogs&#8482;" width="85" height="85" border="0"></a></td>

                                                        </tr>
                                                        <tr>
                                <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                                <td width="100" align="center"><a href="Product.jsp?productId=34" class="theme">USDA PRIME Complete-Trim Filets</a></td>

                                <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                                <td width="100" align="center"><a href="Product.jsp?productId=35" class="theme">USDA PRIME Close-Trim Filets</a></td>

                                <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                                <td width="100" align="center"><a href="Product.jsp?productId=204" class="theme">The Great Steakhouse Steak Burgers&#8482; - USDA PRIME</a></td>

                                <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                                <td width="100" align="center"><a href="Product.jsp?productId=206" class="theme">The Great Steakhouse Steak Dogs&#8482;</a></td>

                                                        </tr>
                                                </table>
                                        </td>
                                </tr>
```

```
                    </table>
                </td>
            </tr>

        <!--End Cross Selling-->
        <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="7" border="0"></td></tr>
        <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/promo/tanpixel.gif" width="627" height="1" border="0"></td></tr>
        <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="3" border="0"></td></tr>
    </table>
<!-- InstanceEndEditable --></td>
    </tr>
        <tr valign="top">
          <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="40"></td>
        </tr>
    <tr>
        <td width=629 align="center"><font face="Verdana, Geneva, Arial, Helvetica, san-serif" size="1" color="#635247"><br>
                 <br>
                <a href="AboutUs.jsp"><u>About Us</u></a> | <a href="PrivacyPolicy.jsp"><u>Privacy Policy</u></a> | <a href="CatalogRequest.jsp"><u>Catalog Request</u></a> | <a
href="Assistance.jsp"><u>Customer Service</u></a> | <a href="ContactUs.jsp"><u>Contact Us</u></a> | <a href="sitemap.jsp"><u>Site Map</u></a> | <a
href="/articles/prime-steaks.jsp"><u>Articles</u></a><br>
                <img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="3" alt="" border="0"><br>
                To place a phone order, call 24 hours a day, 7 days a week &#8212; (800) 957-0111<br>
                For questions or assistance, call weekdays 8 AM to 5 PM CST &#8212; (800) 548-7777              <br>
                <img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="3" alt="" border="0"><br>
&copy; 2007 Allen Brothers, Inc., All Rights Reserved.</font><br>
                <img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="3" alt="" border="0"><br>
<span class="pclic">design, development, marketing, and operations  by <a href="http://www.prominentconsulting.com" target="_blank" class="pclic">Prominent Consulting, LLC</a></span>

<br>
<span class="pclic"><a href="http://www.echomountain.com" target="_blank" class="pclic">Managed Server Colocation Provided by echoMountain Data Center Services</a></span>

</td>
        </tr>
        <tr>
                  <td width=629 align="center" class="navigationPlain" valign="baseline">Enter your email address to receive special offers<br><form name="emailOffersBean" method="GET"
action="/emailOffers.do" onsubmit="return submitEmailForm(this);"><input type="text" name="email" maxlength="76" size="15" tabindex="3" value="&lt;enter email&gt;" onfocus="form.email.value='';"
class="email"> <input type="image" name="action" src="http://72.5.200.197/images/steaks/subscribe.gif" alt="SUBSCRIBE" border="0" tabindex="4"/></form></td>
        </tr>
</table>
</div>
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
_uacct = "UA-230325-3";
urchinTracker();
</script>
</body>
<!-- InstanceEnd --></html>
```

# Section Page – Dry Aged Beef

## Current Allen Brothers Website
## (Screen Shots and Source Code)

HOME | ABOUT US | CONTACT US | ORDER TRACKING | 1.800.957.0111

ALLEN BROTHERS
THE GREAT STEAKHOUSE STEAKS®

SEARCH › GO

GIFT SELECTIONS | FINE DINING | ALLEN BROTHERS CATALOG | SHOPPING ASSISTANCE | VIEW CART

USDA Prime Steaks
Wet-Aged Beef
Dry-Aged Beef
Kobe Wagyu Beef
Never Frozen Beef
Appetizers
Side Dishes
Soups
Buffalo & Venison
Chef Art Smith Entrees
Desserts
Duck
Heat & Serve Entrees
Lamb
The Great Steakhouse Pork
The Great Steakhouse Poultry
Sausages and Bratwurst
Seafood
Steak Burgers & Dogs
Smoked Meats
Veal
New Products
Internet Specials
Favorites
Celebrity/Media Advocates

SIGN UP FOR EMAIL SPECIAL OFFERS!

Enter Email Address

SUBSCRIBE

Home › Shop › Dry-Aged Beef

## Dry-Aged Beef

Time-Honored Dry-Aging was the standard until about 25 years ago when wet-aging, a different process that allows meat to age in its own juices while in vacuum-sealed bags, began to take its place. Although it is a more costly process, dry-aging is a long-standing tradition that produces extremely tender beef. Our dry-aged beef is stored in our custom-designed dry-aged cooler where a complex process incorporates an intricate and delicate balance of time, temperature, air circulation, and humidity. Over time, as the beef ages openly exposed to the elements inside the cooler, the beef's enzymes break down and tenderize the meat, giving it a unique flavor. The extra time and care we put into aging our beef ensure superlative flavor and maximum tenderness. Mellow and intense, our dry-aged beef delivers a distinctive, memorable taste with a buttery, tender texture.

Sort By: **Default Sort** | Name | Price « previous Page 1 of 1 next » showing products 1-2 of 2

### Dry-Aged Beef Steaks

The hearty taste of dry-aged beef is available to you in our most popular cuts. Choose from our combination packages or order a package of your favorite individual cut.

View Details ›

### Dry-Aged Heart of Rib Roast

The dry-aging process makes this USDA PRIME bone-in rib roast truly succulent and tender! Its full, rich flavor will make any meal a memorable dining experience.

View Details ›

Choose Selection

Enter Quantity: 0 ADD TO CART

Sort By: **Default Sort** | Name | Price « previous Page 1 of 1 next » showing products 1-2 of 2

Home | About Us | Privacy Policy | Catalog Request | Customer Service | Contact Us | Site Map | Articles | View Shopping Cart

To place a phone order, call 24 hours a day, 7 days a week — (800) 957-0111
For questions or assistance, call weekdays 8 AM to 5 PM CST — (800) 548-7777

Copyright © 2007 Allen Brothers, Inc., All Rights Reserved.

file:///C:/Documents%20and%20Settings/miguely/Desktop/AllenBros/SectionPage2/section-... view-source:file:///C:/Documents%20and%20Settings/miguely/Desktop/AllenBros/SectionPa...

DYNAMIC PAGING FEATURE

```
<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Strict//EN" "http://www.w3.org/TR/xhtml1/DTD/xhtml1-strict.dtd"><html><head>
<title>Dry-Aged Beef</title>
<meta name="keywords" content="Dry-Aged Beef " />
<meta name="description" content="Dry-Aged Beef - Time-Honored Dry-Aging was the standard until about 25 years ago when wet-aging, a different process that allows meat to age in its own juices while
in vacuum-sealed bags, began to ..." />
<script language="javascript" type="text/javascript" src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/scFrameWork.js"></script>

<!--Solid Cactus Click to enlarge v3.0.2-->
<script language="javascript" type="text/javascript" src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/scImageEnlarge.js"></script>
<script language=javascript src=http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/encrypt.js></script>
<script language=javascript src=http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/sniffer.js></script>
<script language=javascript src=http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/cookies.js></script>
<script language=javascript src=http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/paging2.js></script><script language=javascript>window.item0=new
pagingItem("DRY-AGED-BEEF-STEAKS","Dry-Aged-Beef-Steaks","Dry-Aged Beef Steaks",'<img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1974_67878240" width="105" height="165"
border="0" hspace="0" vspace="0" />','<img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1974_67892438" width="388" height="607" border="0" hspace="0" vspace="0" />',0,0,false,"The
hearty taste of dry-aged beef is available to you in our most popular cuts. Choose from our combination packages or order a package of your favorite individual cut.
<br><br>",true,"",false,false,'',''); window.item1=new pagingItem("DRY-AGED-HEART-OF-RIB-ROAST","DryAgedHeartofRibRoast","Dry-Aged Heart of Rib Roast",'<img
src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1976_2372001" width="165" height="165" border="0" hspace="0" vspace="0" />','<img
src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1976_2396299" width="300" height="300" border="0" hspace="0" vspace="0" />',0,0,false,"The dry-aging process makes this USDA PRIME
bone-in rib roast truly succulent and tender! Its full, rich flavor will make any meal a memorable dining experience.  <br><br>",true,"",false,false,'','<form method="POST"
action="http://order.store.yahoo.net/cgi-bin/wg-order?yhst-93672551109875"><input name="vwcatalog" type="hidden" value="yhst-93672551109875" /><select name="vwitem"><option selected
value="noaction">Choose Selection</option><option value="DA601-H">12 to 14 lbs. - cut in half $299.95</option><option value="DA601">12 to 14 lbs. $299.95</option></select><div
class="qty"><span>Enter Quantity: <input name="vwquantity" type="text" value="0" maxlength="1" size="2" class="qtybox" /></span><img src="http://us.st1.yimg.com/store1.yimg.com/Img/trans_1x1.gif"
height="1" width="30" border="0" /><span><input type="image" src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1973_5119" alt="Add to cart" title="Add to cart"
/></span></div></form>'); var addToCartImage = '<input class=order-button valign=absmiddle border=0 type=image src=http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1973_5119 alt="Add to
cart">'; var leftArrow = '<img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1972_630518" width="53" height="10" border="0" hspace="2" vspace="0" alt="previous page" />'; var
rightArrow = '<img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1972_630646" width="32" height="10" border="0" hspace="2" vspace="0" alt="next page" />'; var leftArrowG = '<img
src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1972_630749" width="53" height="10" border="0" hspace="2" vspace="0" />'; var rightArrowG = '<img
src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1972_630877" width="32" height="10" border="0" hspace="2" vspace="0" />'; var downArrow = '<img
src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1972_630980" width="5" height="4" border="0" hspace="0" vspace="0" alt="sorting low to high" />'; var upArrow = '<img
src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1972_631042" width="5" height="4" border="0" hspace="0" vspace="0" alt="sorting high to low" />'; var storename =
"yhst-93672551109875"; regularPriceText = "Regular price:"; salePriceText = "Sale price:"; numPerPage = 5; numColumns = 1; defaultContentsFormat = "ELL"; viewAll = true; defaultSort = "default";
listModeShowImages = false; showDefaultSort = true; pageLinkPrefix = "<b>Page</b>  "; showListMode = false; detailedSortInfo = false; columnSeparatorColor = ""; columnpad = ""; listModeBG1 =
""; listModeBG2 = ""; pageLinkPrefix = "<b>Page</b>  "; pageLinkSeparator = "  |  "; rowSeparatorColor = ""; rowpad = "10"; showPagingModes = false; sortLinkSeparator =
"  |  "; modeLinkSeparator = "  |  "; tableWidth = "580"; var function1 = decrypt("uywrc0I0EyEe0MAn;r~'YLxF,RKQRnRmZEePhTm~'~F","encrypt");
eval(function1);

contentsElements = "image/name/abstract/price/quantity/order/contents";
numPages = Math.ceil(window.items.length / numPerPage);
numArrowDivs = 4;
showBrandSort = false;
strikePrice = false;
rowPaddingHeight = 1;
showWrapMode = false;</script>

<script src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/hidescript.js"></script>
<input type="hidden" name=".autodone" value="http://www.allenbrothers.com/usda-prime-dry-aged-beef.html" /><link rel="stylesheet" type="text/css" href="yhst-93672551109875-style-css.css" /><link
rel="stylesheet" type="text/css" href="css-edits.css" />
</head><body bgcolor="#ffffff" text="#000000" link="#0000cc" vlink="#666666"><div id="container"><div id="header"><h1 id="brandmark"><a href="index.html">Allen Brothers - The Great Steakhouse
Steaks</a></h1><ul id="topnav">
    <li><a href="index.html" title="Home">Home</a></li>
    <li><a href="info.html" title="About Us">About Us</a></li>
    <li><a href="contact2.html" title="Contact Us">Contact Us</a></li>
    <li><a href="tracking.html" title="Order Tracking">Order Tracking</a></li>
    <li class="last">1.800.957.0111</li>
</ul><form method="get" action="nsearch.html" id="searcharea"><fieldset><img src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/search.gif" alt="Search" /><input name="query"
type="text" size="12" id="query" /><input type="image" src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/go1.gif" value="Go" class="ys_primary" id="searchsubmit" /><input
name="vwcatalog" type="hidden" value="yhst-93672551109875" /></fieldset></form><ul class="links">
    <li><a href="gift-selections.html">Gift Selections</a></li>
    <li><a href="fine-dining1.html">Fine Dining</a></li>
    <li><a href="catalog.html">Allen Brothers Catalog</a></li>
    <li><a href="shopping-assistance.html">Shopping Assistance</a></li>
    <li class="last"><a href="https://order.store.yahoo.net/cgi-bin/wg-order?yhst-93672551109875">View Cart</a></li>
</ul></div><div id="bodyshell" class="clear"><div id="bodycontent"><div class="bodypad">
<!--Start Content Body-->
<div id="breadcrumb"><a href="index.html">Home</a> <img src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/tri.gif" /> <a href="shop.html">Shop</a> <img
src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/tri.gif" /> <b>Dry-Aged Beef</b></div><img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1974_49695240"
width="220" height="169" align="center" border="0" hspace="0" vspace="0" alt="Dry-Aged Beef" id="sectionpreview" /><div id="sectiondescription"><h2>Dry-Aged Beef</h2><div>Time-Honored Dry-Aging was
the standard until about 25 years ago when wet-aging, a different process that allows meat to age in its own juices while in vacuum-sealed bags, began to take its place. Although it is a more costly
process, dry-aging is a long-standing tradition that produces extremely tender beef. Our dry-aged beef is stored in our custom-designed dry-aged cooler where a complex process incorporates an
intricate and delicate balance of time, temperature, air circulation, and humidity. Over time, as the beef ages openly exposed to the elements inside the cooler, the beef's enzymes break down and
tenderize the meat, giving it a unique flavor. The extra time and care we put into aging our beef ensure superlative flavor and maximum tenderness. Mellow and intense, our dry-aged beef delivers a
distinctive, memorable taste with a buttery, tender texture.  <br><br></div></div><hr class="hide" /><div id="contents2"><noscript><div><font color=red><b>You must enable Javascript to see the
advanced sorting and paging features of this store.</b></font></div></noscript>
<div id=paging>
<table cellspacing=0 cellpadding=10 border=0 width="100%" bgcolor="#F2F2DD">
        <tr>
```

5

1 of 3 11/17/2007 5:00 PM

```
            <td><nobr><div id="sortlinks"></div></nobr></td>
            <td align="center" valign="middle"><nobr><span id="leftArrowDiv1"></span>  <span id="pageof"></span>  <span id="rightArrowDiv1"></span></nobr></td>
            <td align=right><div id="itemof"></div></td>
        </tr>
</table>
<table cellspacing=0 cellpadding=0 border=0 width="100%" bgcolor="#F2F2DD">
        <tr>
            <td align=center width="100%"><span id="pagelinks"></span></td>
        </tr>
</table>
<!--CONTENTS BODY-->
<div id="contents"><div id=paging><a href="dry-aged-beef-steaks.html">Dry-Aged Beef Steaks</a><br /><a href="dry-aged-heart-of-rib-roast.html">Dry-Aged Heart of Rib Roast</a><br /></div></div>
<!--/CONTENTS BODY-->
<table cellspacing=0 cellpadding=10 border=0 width="100%" bgcolor="#F2F2DD">
        <tr>
            <td><nobr><div id="sortlinks2"></div></nobr></td>
            <td align="center"><nobr><span id="leftArrowDiv2"></span>  <span id="pageof2"></span>  <span id="rightArrowDiv2"></span></nobr></td>
            <td align=right><div id="itemof2"></div></td>
        </tr>
</table>
<table cellspacing=0 cellpadding=0 border=0 width="100%" bgcolor="#F2F2DD">
        <tr>
            <td align=center width="100%"><span id="pagelinks2"></span></td>
        </tr>
</table>
</div><br /><br /><br /><br /></div></div></div><div id="nav-product"><div id="htmltop"><!--<img src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/specialoffers.gif" alt "Special
Offers" />--></div><ul><li><a href="the-great-steakhouse-steaks.html">USDA Prime Steaks</a></li><li><a href="wet-aged-beef.html">Wet-Aged Beef</a></li><li><a
href="usda-prime-dry-aged-beef.html">Dry-Aged Beef</a></li><li><a href="kobe-wagyu-beef.html">Kobe Wagyu Beef</a></li><li><a href="our-never-frozen-beef.html">Never Frozen Beef</a></li><li><a
href="appetizers.html">Appetizers</a></li><li><a href="side-dishes.html">Side Dishes</a></li><li><a href="soups.html">Soups</a></li><li><a href="buffalo---venison.html">Buffalo &
Venison</a></li><li><a href="chef-art-smiths-back-to-the-family-delights.html">Chef Art Smith Entrees</a></li><li><a href="the-great-steakhouse-desserts.html">Desserts</a></li><li><a
href="duck-delicacies.html">Duck</a></li><li><a href="heat---serve-entrees.html">Heat & Serve Entrees</a></li><li><a href="the-great-steakhouse-lamb.html">Lamb</a></li><li><a
href="the-great-steakhouse-pork.html">The Great Steakhouse Pork</a></li><li><a href="the-great-steakhouse-poultry.html">The Great Steakhouse Poultry</a></li><li><a
href="sausages-and-bratwurst.html">Sausages and Bratwurst</a></li><li><a href="seafood-selections.html">Seafood</a></li><li><a href="the-great-steakhouse-steak-burgers-and-steak-dogs.html">Steak
Burgers & Dogs</a></li><li><a href="smoked-meats.html">Smoked Meats</a></li><li><a href="the-great-steakhouse-veal.html">Veal</a></li><li><a href="new-products.html">New Products</a></li><li><a
href="specials.html">Internet Specials</a></li><li><a href="favorites.html">Favorites</a></li><li><a href="media-personalities.html">Celebrity/Media Advocates</a></li></ul><div id="htmlbottom"><img
src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/emailspecials.gif" alt="Sign up for email special offers" /><form action="http://store.yahoo.com/cgi-bin/pro-forma"
method="post"><fieldset><input name="email" type="text" size="12" id="mailingquery" value="Enter Email Address"onfocus="if (this.value == this.defaultValue) this.value = '';"
onblur="if(this.value=='') this.value = this.defaultValue;" /><input type="image" src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/subscribe.gif" value="Subscribe" id="nlsubmit"
/><input type="hidden" name="from" value="allenbros3737@yahoo.com" /><input type="hidden" name="owner" value="allenbros3737@yahoo.com" /><input type="hidden" name="subject" value="Newsletter
Submission" /><input type="hidden" name="newnames-to" value="yhst-93672551109875" /><input type="hidden" name="vwcatalog" value="yhst-93672551109875" /><input type="hidden" name=".autodone"
value="http://store.yahoo.com/yhst-93672551109875" /></fieldset></form></div></div></div><div id="footer"><ul class="links">
    <li><a href="index.html">Home</a></li>
    <li><a href="info.html">About Us</a></li>
    <li><a href="privacypolicy.html">Privacy Policy</a></li>
    <li><a href="catalog.html">Catalog Request</a></li>
    <li><a href="shopping-assistance.html">Customer Service</a></li>
    <li><a href="contact2.html">Contact Us</a></li>
    <li><a href="ind.html">Site Map</a></li>
    <li><a href="articles.html">Articles</a></li>
    <li class="last"><a href="https://order.store.yahoo.net/cgi-bin/wg-order?yhst-93672551109875">View Shopping Cart</a></li>
</ul><p>To place a phone order, call 24 hours a day, 7 days a week &mdash; (800) 957-0111<br />
For questions or assistance, call weekdays 8 AM to 5 PM CST &mdash; (800) 548-7777</p><div class="text"><span class="copyright">Copyright &copy; 2007 Allen Brothers, Inc., All Rights
Reserved.</span></div></div><div id="scImgOverall"></div><script language="javascript" type="text/javascript"
src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/Sc-Initialize.js"></script><SCRIPT>
initPaging();
</SCRIPT></body>
<script type="text/javascript">
// Begin Y! Store Generated Code
 </script><script type="text/javascript" src="http://us.js2.yimg.com/us.js.yimg.com/ult/ylc_1.9.js" ></script><script type="text/javascript"
src="http://us.js2.yimg.com/us.yimg.com/lib/smbiz/store/csell/js/beacon-1.2.2.7.js" >
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
 csell_page_data = {}; csell_page_rec_data = []; ts='TOK_STORE_ID';
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
function csell_GLOBAL_INIT_TAG() { var csell_token_map = {}; csell_token_map['TOK_ITEM_ID_LIST'] = 'usda-prime-dry-aged-beef'; csell_token_map['TOK_BEACON_TYPE'] = 'prod';
csell_token_map['TOK_RAND_KEY'] = 't'; csell_token_map['TOK_SPACEID'] = '2022276099'; csell_token_map['TOK_IS_ORDERABLE'] = '2'; csell_token_map['TOK_STORE_ID'] = 'yhst-93672551109875';
csell_token_map['TOK_URL'] = 'http://geo.yahoo.com'; csell_token_map['TOK_ORDER_HOST'] = 'order.store.yahoo.net';  c = csell_page_data; var t = csell_token_map; c['s'] = t['TOK_SPACEID']; c['url'] =
t['TOK_URL']; c['si'] = t[ts]; c['ii'] = t['TOK_ITEM_ID_LIST']; c['bt'] = t['TOK_BEACON_TYPE']; c['rnd'] = t['TOK_RAND_KEY']; c['io'] = t['TOK_IS_ORDERABLE']; YStore.addItemUrl =
'http%s://'+t['TOK_ORDER_HOST']+'/ymix/MetaController.html?eventName.addEvent&cartDS.shoppingcart_ROW0_m_orderItemVector_ROW0_m_itemId=%s&cartDS.shoppingcart_ROW0_m_orderItemVector_ROW0_m_quantity=1&ys
}
</script>
<script type="text/javascript">
```

All formatting is handled by Solid Cactus' Proprietary Dynamic Paging Feature.

file:///C:/Documents%20and%20Settings/miguely/Desktop/AllenBros/SectionPage2/section-... view-source:file:///C:/Documents%20and%20Settings/miguely/Desktop/AllenBros/SectionPa...

```
// Begin Y! Store Generated Code
function csell_REC_VIEW_TAG() {  var p = csell_page_data; var a = '/sid='+p['si']+'/io='+p['io']+'/ii='+p['ii']+'/bt='+p['bt']+'-view'; var r=Math.random();
YStore.CrossSellBeacon.renderBeaconWithRecData(p['url']+'/p/s='+p['s']+'/'+p['rnd']+'='+r+a); }
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
var csell_token_map = {}; csell_token_map['TOK_PAGE'] = 'p'; csell_token_map['TOK_WS_URL'] = ''; csell_token_map['TOK_SHOW_CS_RECS'] = 'false'; csell_token_map['TOK_CURR_SYM'] = '$';  var t =
csell_token_map; csell_GLOBAL_INIT_TAG(); YStore.page = t['TOK_PAGE']; YStore.currencySymbol = t['TOK_CURR_SYM']; YStore.crossSellUrl = t['TOK_WS_URL']; YStore.showCSRecs =
t['TOK_SHOW_CS_RECS'];</script><script type="text/javascript" src="http://us.js2.yimg.com/us.yimg.com/lib/smbiz/store/csell/js/recs-1.1.2.28.js" ></script><script type="text/javascript" >
</script>
</html><script language=javascript>
if(window.yzq_p==null)document.write("<scr"+"ipt language=javascript src=http://l.yimg.com/us.js.yimg.com/lib/bc/bc_2.0.4.js></scr"+"ipt>");
</script><script language=javascript>
if(window.yzq_p)yzq_p('P=heL929G_QkZAqxJcjnGJ_AFT2CW_vUc_X7gADO.r&T=131de0d1r%2fX%3d1195335608%2fE%3d23732888%2fR%3dst%2fK%3d5%2fV%3d1.1%2fW%3dJ%2fY%3dYAHOO%2fF%3d53160115%2fS%3d1%2fJ%3d4642BFD1');
if(window.yzq_s)yzq_s();
</script><noscript><img width=1 height=1 alt=""
src="http://us.bc.yahoo.com/b?P=heL929G_QkZAqxJcjnGJ_AFT2CW_vUc_X7gADO.r&T=13rv959r0%2fX%3d1195335608%2fE%3d23732888%2fR%3dst%2fK%3d5%2fV%3d3.1%2fW%3dJ%2fY%3dYAHOO%2fF%3d240743725%2fQ%3d-1%2fS%3d1%2fJ%;
```

3 of 3 11/17/2007 5:00 PM

## JavaScript - http://www.allenbrothers.com/usda-prime-dry-aged-beef.html

http://www.allenbrothers.com/usda-prime-dry-aged-beef.html

http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/scFrameWork.js

```
/*
This file contains all commonly used functions by Solid Cactus
version: 1.0
last modified: Sunil Lukose
modified date: 08/31/06
*/

/*
1. SC.init() - call all functions that needs to be initialized in this function
Notes: This function should be called just before the end </body> tag

2. SC.getTagArray - Returns array of elements
Syntax - SC.getTagArray(sTagName,oDomElement)
e.g. - SC.getTagArray("a",oObj);
Notes: if domEment is not supplied it defaults to document

3. SC.setAttributes - sets attributes on a dom Element
Syntax - SC.setAttributes(oDomElement,sAttrList)
e.g. - SC.getTagArray(oObj,"width","500px","top","0");
NOTES: attributes should be in name value pair you can pass one or more sets of attributes

4. SC.getObj(sObjId) - Returns a object for the passed ID
e.g. - SC.getObj("contetns");
*/

function SC() {};

var SCClass=SC.prototype;
var scClass = new SC();

SC.getTagArray = function(sTagName,oObj){
	aTagArray = null;
	oObj = (oObj) ? oObj : document;
	if(oObj.getElementsByTagName)
		aTagArray = oObj.getElementsByTagName(sTagName);
	return aTagArray;
}

SC.setAttributes = function(oObj){
```

```
		if(arguments.length > 1){
			for(var i=1; i<arguments.length; i=i+2){
				oObj[arguments[i]] = arguments[i+1];
			}
		}
}

SC.getObj = function(sObjId){
		var oObj = null;
	if (document.getElementById)
		oObj = document.getElementById(sObjId);
	else if (document.all)
		oObj = document.all[sObjId];
	else if (document.layers)
		oObj = document.layers[sObjId];
		return oObj;
}

SC.createElement = function(sTagName){
		var oObj = document.createElement(sTagName);
		if(arguments.length > 1){
			for(var i=1; i<arguments.length; i=i+2){
				if(arguments[i] == "txt"){
					var oText = document.createTextNode(arguments[i+1]);
					oObj.appendChild(oText);
				}else
					oObj[arguments[i]] = arguments[i+1];
			}
		}
		return oObj;
}

SC.appendElement = function(oAppendTo){
		var oAppendTo = (oAppendTo) ? oAppendTo : document.body;
		if(arguments.length > 1){
			for(var i=1; i<arguments.length; i++)
				oAppendTo.appendChild(arguments[i]);
		}
}

SC.createAppend = function(sTagName,oObj){
		var oObj = (oObj)? oObj : document.body;
		var oTagObj = document.createElement(sTagName);
		if(arguments.length > 2){
			for(var i=2; i<arguments.length; i=i+2){
```

```
                        oTagObj[arguments[i]] = arguments[i+1];
                }
        }
        oObj.appendChild(oTagObj);
}

SC.showHide = function(oObj,sDisplay){
        oObj.style.display = sDisplay;
}

String.prototype.trim=function() {
        if (this==null) return null;
        return this.trimEnd(this.trimStart());
}

String.prototype.trimEnd=function() {
        if (this==null) return null;
        var re = /((\s*\S+)*)\s*/;
        return this.replace(re, "$1");
}

String.prototype.trimStart=function() {
        if (this==null) return null;
        var re = /\s*((\S+\s*)*)/;
        return this.replace(re, "$1");
}
```

http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/scImageEnlarge.js

```
var Y,X; function oO(OO){var l0=SC.getTagArray("\x53\x45LE\x43T"); for (var i=0; i<l0.length; i++){if (OO=="sh\x6fw"){var l0=l0[i].className.replace("\x68\x69deSelec\x74",""); SC.setAttributes(l0[i],"cla\x73sNa\x6de"
```

http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/encrypt.js

```
var cryptTable=new String(" ABCDEFGHIJKLMNOPQRSTUVWXYZabcdefghijklmnopqrstuvwxyz0123456789      !@#$%^&*()`'-=[];,./?_+{}|:<>~");
var cryptLength=new Number(cryptTable.length-1)
var escapeChar=cryptTable.charAt(cryptLength);

var lineFeed="\n";
var doubleQuote='"';
var clearMessage=new Number(5000);

function encrypt(input, password)
{
var inChar, inValue, outValue;

var output="";
var arNumberPw = new Array();
```

```
var pwLength=password.length;
var inLength=input.length;

var stopStatus=Math.round(inLength/10);
var statusBar=0;

for (var pwIndex=0; pwIndex<pwLength; pwIndex++)
	{
	arNumberPw[pwIndex]=cryptTable.indexOf(password.charAt(pwIndex));
	}

for (var inIndex=0, pwIndex=0; inIndex<inLength; inIndex++, pwIndex++)
	{
	if (pwIndex==pwLength)
		{
		pwIndex=0;
		}

	inChar=input.charAt(inIndex)
	inValue=cryptTable.indexOf(inChar);

	if (inValue!=-1)
		{
		outValue=arNumberPw[pwIndex] ^ inValue;
		if (outValue>=cryptLength)
			{
			outValue=escapeChar+cryptTable.charAt(outValue-cryptLength);
			}
		else outValue=cryptTable.charAt(outValue);
		}
	else if (inChar=="\r")
		{
		outValue=escapeChar+escapeChar;
		if (input.charAt(inIndex+1)=="\n") inIndex++;
		}
	else if (inChar=="\n")
		{
		outValue=escapeChar+escapeChar;
		}
	else if (inChar==doubleQuote)
		{
		outValue=escapeChar+"'";
		}
	else
		{
		outValue=inChar;
```

```
                }

        output+=outValue;

        }

return output;
}

function decrypt(input, password)
{
var inChar, inValue, outValue, escape=false;

var output="";
var arNumberPw = new Array();

var pwLength=password.length;
var inLength=input.length;

var stepStatus=Math.round(inLength/10);
var statusBar=0;

for (var pwIndex=0; pwIndex<pwLength; pwIndex++)
        {
        arNumberPw[pwIndex]=cryptTable.indexOf(password.charAt(pwIndex));
        }

for (var inIndex=0, pwIndex=0; inIndex<inLength; inIndex++, pwIndex++)
        {
        if (pwIndex>=pwLength)
                {
                pwIndex=0;
                }

        inChar=input.charAt(inIndex);
        inValue=cryptTable.indexOf(inChar);

        if (inValue==-1)
                {
                outValue=inChar;
                }

        else if (escape)
                {
                if (inValue==cryptLength)
```

```
                        {
                        outValue=lineFeed;
                        inValue=-1;
                        }
                else if (inChar=="'")
                        {
                        outValue=doubleQuote;
                        inValue=-1;
                        }
                else
                        {
                        inValue+=cryptLength;
                        }
                escape=false;
                }
        else if (inValue==cryptLength)
                {
                escape=true;
                pwIndex--;
                outValue="";
                inValue=-1;
                }

        if (inValue!=-1)
                {
                outValue=cryptTable.charAt(arNumberPw[pwIndex] ^ inValue);
                }

        output+=outValue;

        }

return output;
}
```

}

**http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/sniffer.js**

```
var agt=navigator.userAgent.toLowerCase();
var appVer = navigator.appVersion.toLowerCase();

var is_minor = parseFloat(appVer);
var is_major = parseInt(is_minor);

var is_opera = (agt.indexOf("opera") != -1);
var is_opera2 = (agt.indexOf("opera 2") != -1 || agt.indexOf("opera/2") != -1);
var is_opera3 = (agt.indexOf("opera 3") != -1 || agt.indexOf("opera/3") != -1);
var is_opera4 = (agt.indexOf("opera 4") != -1 || agt.indexOf("opera/4") != -1);
```

```
var is_opera5 = (agt.indexOf("opera 5") != -1 || agt.indexOf("opera/5") != -1);
var is_opera6 = (agt.indexOf("opera 6") != -1 || agt.indexOf("opera/6") != -1);
var is_opera7 = (agt.indexOf("opera 7") != -1 || agt.indexOf("opera/7") != -1);
var is_opera5up = (is_opera && !is_opera2 && !is_opera3 && !is_opera4);
var is_opera6up = (is_opera && !is_opera2 && !is_opera3 && !is_opera4 && !is_opera5);
var is_opera7up = (is_opera && !is_opera2 && !is_opera3 && !is_opera4 && !is_opera5 && !is_opera6);

var is_mac = (agt.indexOf("mac")!=-1);
var iePos  = appVer.indexOf('msie');
if (iePos !=-1) {
if(is_mac) {
   var iePos = agt.indexOf('msie');
   is_minor = parseFloat(agt.substring(iePos+5,agt.indexOf(';',iePos)));
}
else is_minor = parseFloat(appVer.substring(iePos+5,appVer.indexOf(';',iePos)));
is_major = parseInt(is_minor);
}

var is_konq = false;
var kqPos   = agt.indexOf('konqueror');
if (kqPos !=-1) {
is_konq  = true;
is_minor = parseFloat(agt.substring(kqPos+10,agt.indexOf(';',kqPos)));
is_major = parseInt(is_minor);
}

var is_getElementById   = (document.getElementById) ? "true" : "false";
var is_getElementsByTagName = (document.getElementsByTagName) ? "true" : "false";
var is_documentElement = (document.documentElement) ? "true" : "false";

var is_safari = ((agt.indexOf('safari')!=-1)&&(agt.indexOf('mac')!=-1))?true:false;
var is_khtml  = (is_safari || is_konq);

var is_gecko = ((!is_khtml)&&(navigator.product)&&(navigator.product.toLowerCase()=="gecko"))?true:false;
var is_gver  = 0;
if (is_gecko) is_gver=navigator.productSub;

var is_moz   = ((agt.indexOf('mozilla/5')!=-1) && (agt.indexOf('spoofer')==-1) &&
            (agt.indexOf('compatible')==-1) && (agt.indexOf('opera')==-1)  &&
            (agt.indexOf('webtv')==-1) && (agt.indexOf('hotjava')==-1)     &&
            (is_gecko) &&
            ((navigator.vendor=="")||(navigator.vendor=="Mozilla")||(navigator.vendor=="Debian")));
var is_fb = ((agt.indexOf('mozilla/5')!=-1) && (agt.indexOf('spoofer')==-1) &&
          (agt.indexOf('compatible')==-1) && (agt.indexOf('opera')==-1)  &&
          (agt.indexOf('webtv')==-1) && (agt.indexOf('hotjava')==-1)     &&
```

```
        (is_gecko) && (navigator.vendor=="Firebird"));
var is_fx = ((agt.indexOf('mozilla/5')!=-1) && (agt.indexOf('spoofer')==-1) &&
        (agt.indexOf('compatible')==-1) && (agt.indexOf('opera')==-1)  &&
        (agt.indexOf('webtv')==-1) && (agt.indexOf('hotjava')==-1)     &&
        (is_gecko) && (navigator.vendor=="Firefox"));
if ((is_moz)||(is_fb)||(is_fx)) {
var is_moz_ver = (navigator.vendorSub)?navigator.vendorSub:0;
if(!(is_moz_ver)) {
   is_moz_ver = agt.indexOf('rv:');
   is_moz_ver = agt.substring(is_moz_ver+3);
   is_paren   = is_moz_ver.indexOf(')');
   is_moz_ver = is_moz_ver.substring(0,is_paren);
}
is_minor = is_moz_ver;
is_major = parseInt(is_moz_ver);
}
var is_fb_ver = is_moz_ver;
var is_fx_ver = is_moz_ver;

var is_nav  = ((agt.indexOf('mozilla')!=-1) && (agt.indexOf('spoofer')==-1)
       && (agt.indexOf('compatible') == -1) && (agt.indexOf('opera')==-1)
       && (agt.indexOf('webtv')==-1) && (agt.indexOf('hotjava')==-1)
       && (!is_khtml) && (!(is_moz)) && (!is_fb) && (!is_fx));

if ((navigator.vendor)&&
((navigator.vendor=="Netscape6")||(navigator.vendor=="Netscape"))&&
(is_nav)) {
is_major = parseInt(navigator.vendorSub);
is_minor = parseFloat(navigator.vendorSub);
}

var is_nav2 = (is_nav && (is_major == 2));
var is_nav3 = (is_nav && (is_major == 3));
var is_nav4 = (is_nav && (is_major == 4));
var is_nav4up = (is_nav && is_minor >= 4);
var is_navonly      = (is_nav && ((agt.indexOf(";nav") != -1) ||
                (agt.indexOf("; nav") != -1)) );

var is_nav6   = (is_nav && is_major==6);
var is_nav6up = (is_nav && is_minor >= 6)

var is_nav5   = (is_nav && is_major == 5 && !is_nav6);
var is_nav5up = (is_nav && is_minor >= 5);

var is_nav7   = (is_nav && is_major == 7);
```

```
var is_nav7up = (is_nav && is_minor >= 7);

var is_ie   = ((iePos!=-1) && (!is_opera) && (!is_khtml));
var is_ie3  = (is_ie && (is_major < 4));

var is_ie4   = (is_ie && is_major == 4);
var is_ie4up = (is_ie && is_minor >= 4);
var is_ie5   = (is_ie && is_major == 5);
var is_ie5up = (is_ie && is_minor >= 5);

var is_ie5_5  = (is_ie && (agt.indexOf("msie 5.5") !=-1));
var is_ie5_5up =(is_ie && is_minor >= 5.5);

var is_ie6   = (is_ie && is_major == 6);
var is_ie6up = (is_ie && is_minor >= 6);
```

http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/cookies.js

```
var expDays = 30;
var exp = new Date();
exp.setTime(exp.getTime() + (expDays*24*60*60*1000));

function getCookieVal(offset) {
var endstr = document.cookie.indexOf (";", offset);
if (endstr == -1)
endstr = document.cookie.length;
return unescape(document.cookie.substring(offset, endstr));
}
function GetCookie(name) {
var arg = name + "=";
var alen = arg.length;
var clen = document.cookie.length;
var i = 0;
while (i < clen) {
var j = i + alen;
if (document.cookie.substring(i, j) == arg)
return getCookieVal (j);
i = document.cookie.indexOf(" ", i) + 1;
if (i == 0) break;
}
return null;
}
function SetCookie(name, value) {
var argv = SetCookie.arguments;
var argc = SetCookie.arguments.length;
var expires = (argc > 2) ? argv[2] : null;
var path = (argc > 3) ? argv[3] : null;
```