```
var domain = (argc > 4) ? argv[4] : null;
var secure = (argc > 5) ? argv[5] : false;
document.cookie = name + "=" + escape (value) +
((expires == null) ? "" : ("; expires=" + expires.toGMTString())) +
((path == null) ? "" : ("; path=" + path)) +
((domain == null) ? "" : ("; domain=" + domain)) +
((secure == true) ? "; secure" : "");
}
function DeleteCookie(name) {
var exp = new Date();
exp.setTime (exp.getTime() - 1);
var cval = GetCookie (name);
document.cookie = name + "=" + cval + "; expires=" + exp.toGMTString();
}
```

http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/paging2.js

```
var defaultSort, defaultContentsFormat, contentsFormat, tableWidth, numColumns, numPerPage, numPages, contentsElements, showDefaultSort,
    detailedSortInfo, showPagingModes, viewAll, sortBy, sortHighLow, pageLinkPrefix, rowpad, columnpad, storename, columnSeparatorColor,
    rowSeparatorColor, listModeBG1, listModeBG2, sortLinkSeparator, modeLinkSeparator, pageLinkSeparator, globalPageNum, globalViewallthistime,
    currentItem, currentItemImage, numArrowDivs, showListMode, addToCartImage, showBrandSort, strikePrice, showWrapMode, showQuantity, listModeShowImages;
var pageItems = new Array();
var oldSortBy = "";

function pagingItem(id, code, name, img, listimg, price, saleprice, options, abstr, orderable, brand, mappricing, linktype, link, contents) {
        if (!window.items) window.items = new Array();
        this.id=id.toLowerCase();
        this.code=code;
        this.name=name;
        this.img=img;
        this.listimg=listimg;
        this.price=round_decimals(price,2);
        this.saleprice=round_decimals(saleprice,2);
        if(saleprice) this.useprice=round_decimals(saleprice,2); else this.useprice=round_decimals(price,2);
        this.options=options;
        this.abstr=abstr;
        this.orderable=orderable;
        this.brand=brand;
        this.mappricing=mappricing;
        this.linktype=linktype;
        this.link=link;
        this.contents=contents;
        this.sortby="name";
        this.defaultsort=window.items.length;
        window.items[window.items.length] = this;
}
```

Case 1:07-cv-06357 Document 16-27 Filed 11/19/2007 Page 2 of 19

```
/* round_decimals, pad_with_zeros, FIND, pagingSegment, sortArray */
var pagingUtilities = decrypt(" G0wcIG2nwEbBv`1BwPM04S_EeI07 FJ~IBA3zB ~Epv 09KnLC+n`~~ypteXF yFwxG6BEp~FeAwOR1FDN(DbMx Dc~Nym0wJ]FZa~1oc-rs0y7OFJd~F~~encrCwBeD8AbL nn;r9w S~cwEbBv{D8AbL o~D~~ryptuywre0CvNyTy~Jty2vC0
eval(pagingUtilities);
                                                                                                  ;

/* changeClass, writePageLinks, writeItemXofX, writePageXofX */
var pagingInformation = decrypt("       G0wcIG2n NnBO q62dG~ItJ9wQ~d 62 JnGC+n`~~LaL70  ~gtL0xES2T0c.nyNr2HDEv~dL~~~Y~~~~8Ca2 7A0rBFMw2M2R0h7 3A~dpd72r2UL58Kv3PMw(nZ2R0fvO?r~G~~Q7H_DbM9DIBAy~Yto~Dc~d~~UQuywrYwC j9DVG
eval(pagingInformation);

/* writeArrows, writeUpDownArrow */
var pagingArrows = decrypt("    G0wcIG2nr PDwJ8YE8EuyDzc~dzMu FKz~Ft{~~hOS~Ev7X02T0~Je~h~~SLLGHy6uZB   yr~gp~'~'~a~~SL1N{Ez cbM9JQEB~Ft4A 2UcGZFBDcp~a.n~' ~Ma1C0~a~'r~HpA0ow Za~ge26ArpH10FJvCFw20By~e~Fe~'<DuGD]~'c~cyz
eval(pagingArrows);

/* pagingQuantity, pagingAddtoCart, pagingPrice */
function pagingPrice(localItem) {
        var onsale = (localItem.saleprice && localItem.saleprice != 0);
        var usemap = localItem.mappricing;
        var localContent = "";
        localContent += "<div class=prices>";
        if(localItem.price != 0) {
            if(usemap && !onsale)
                localContent += mapPricing(localItem);
            else {
                    if(onsale) localContent += "<span class=price>" + regularPriceText + " ";
                    if(onsale && strikePrice) localContent += "<s>";
                    if(!onsale) localContent += "<b class=price2>";
                    localContent += "$" + localItem.price;
                    if(!onsale) localContent += "</b>";
                    if(onsale && strikePrice) localContent += "</s>";
                    localContent += "</span>";
            }
        }
        if(onsale && usemap) localContent += mapPricing(localItem);
        if(onsale && !usemap) localContent += " <span class=saleprice>" + salePriceText + " <b>$" + localItem.saleprice + "</b></span>";
        localContent += "</div>";
        return localContent;
}

function pagingQuantity(localItem) {
        var localContent = "";
        if(localItem.useprice != 0)
                if(localItem.orderable) {
                        localContent += "<span class=qtytext>Enter Quantity: ";
                        localContent += "<input type=text name=vwquantity size=2 class=qtybox value=1>";
                        localContent += "</span>";
                } else
```

```
                                localContent += "";
        return localContent;
}
                                                                                                            ;
function pagingAddToCart(localItem) {
        var localContent = "";
        if(localItem.useprice != 0 && !localItem.mappricing)
                if(localItem.orderable) {
                        if(localItem.options) {
                                localContent += "<a href=" + ((localItem.linktype) ? localItem.link : localItem.id + '.html') + " class=moreoptions>Click to See Options and to Order</a>";
                        } else {
                                localContent += "<form method=post action=http://order.store.yahoo.com/cgi-bin/wg-order?" + storename + ">";
                                if(showQuantity) localContent += pagingQuantity(localItem);
                                localContent += "<input type=hidden name=vwcatalog value=" + storename + ">";
                                localContent += "<input type=hidden name=vwitem value=" + localItem.id + ">";
                                if(addToCartImage != "")
                                        localContent += addToCartImage;
                                else
                                        localContent += "<input type=submit id=submit value='Add to Cart'>"
                                localContent += "</form>";
                        }
                } else
                        localContent += "<span class=outofstock>Out of Stock</span>";
        return localContent;
}
/*
var pagingWriteUtilities = decrypt("    G0wcfG2n22R1F93wOt0-I4A 2Ui  O7r-G--QuywrZBCDNBr-gp-I4A 2Ui  C]AnLw0D9wrp-Kjn6KtwHVFBK-DG0422 P2we-K;rF-F-g--Ws2epAk2b2Yp-FeNzwnLmw25-gTwD0D9wPBO}--hbnFt4A 2UoG2FBDcp-Fe-'-'-e-
eval(pagingWriteUtilities);
*/

var pagingVertical = decrypt("  G0wcIG2nr PDwI2wBP204g0LZ-EyvDwyaD71Y-raS1MArA-cp-b--ncryptencrCwBeNzwnLsl yyaDt.n-'-'-F--tencrypten6EtwHbA0BrB e-g;r-'-T yns2UIC2-HyBY-Y-'}--cryptencry-b-f1sO35euSn,r kgOndo  }6--ncry
eval(pagingVertical);

/* Start paging ell */
function writeEllInfoCell(currentRow, numRows) {
        var localContent = "";
        localContent += "<td width=" + 100 / numColumns + "% height=100% align=left onmouseover=changeClass(this,'ecell-on'); onmouseout=changeClass(this,'ecell'); class=ecell id=ecell" + currentItem + ">"
        if(pageSegment[currentItem]) {
                localItem = pageSegment[currentItem];
                if(contentsElements.indexOf("quantity")) showQuantity = true;
                var elementArray = contentsElements.split("/");
                for(i=0;i<elementArray.length;i++) {
                        switch(elementArray[i]) {
                                case "name":
                                        if(localItem.name != "") localContent += "<div class=name><a href=" + ((localItem.linktype) ? localItem.link : localItem.id + '.html') + ">" + localItem.name + "</a></div>";
```

```
                    break
                    case "code":
                            if(localItem.code != "") localContent += "<p class=code>" + localItem.code + "</p><br>";
                    break
                    case "abstract":                                                                                  ;
                            if(localItem.abstr != "") {
                                localContent += "<p class=abstract>" + localItem.abstr + "</p><br>";
                                localContent += "<a href=" + ((localItem.linktype) ? localItem.link : localItem.id + '.html') + " class=viewlink>View Details</a>";
                }
                    break
                    case "brand":
                            if(localItem.brand != "") localContent += "<p class=brand>" + localItem.brand + "</p><br>";
                    break
                    case "contents":
                        if(localItem.contents != "") localContent += "<p class=select>" + localItem.contents + "</p>";
                    break
                    case "price":
                            localContent += pagingPrice(localItem);
                    break
                    case "order":
                            localContent += pagingAddToCart(localItem);
                    break
                    case "quantity": break
                    case "image": break
                }
            };
            currentItem++;
        } else {
            localContent += " ";
        }
        localContent += "</td>";
        return localContent;
};

function writeEllImageCell() {
        var localContent = "";
        localContent += "<td align=center onmouseover=changeClass(FIND('ecell" + currentItem + "'),'ecell-on'), onmouseout=changeClass(FIND('ecell" + currentItem + "'),'ecell'); style='padding: 15px;'>"
        if(pageSegment[currentItem]) {
                localItem = pageSegment[currentItem];
                localContent += "<a href=" + ((localItem.linktype) ? localItem.link : localItem.id + '.html') + ">" + localItem.img + "</a>";
        } else {
                localContent += " ";
        }
        localContent += "</td>";
        return localContent;
};
```

```
function writeEll(pageNum, viewallthistime) {
        var localContent = "";
        var numRows = Math.ceil(pageSegment.length / numColumns);
        currentItem=0; currentItemImage = 0;
        for(currentRow=0; currentRow<numRows; currentRow++) {
                if(pageSegment[currentItem]) {
                        localContent += "<tr valign=top>";
                        for(currentCol=0; currentCol<numColumns; currentCol++) {
                                if(pageSegment[currentItem]) {
                                        if(contentsElements.indexOf("image") != -1)
                                                localContent += writeEllImageCell();
                                        localContent += writeEllInfoCell();
                                } else {
                                        if(contentsElements.indexOf("image") != -1)
                                                localContent += "<td> </td>";
                                        localContent += "<td> </td>";
                                }
                                if(currentCol<numColumns-1 && columnpad > 0)
                                        localContent += writeCellPadding();
                        }
                        localContent += "</tr>";
                        if((currentRow < (numRows - 1)) && (rowpad > 0))
                                localContent += writeRowPadding((numColumns * 2 + (3 * (numColumns - 1))));
                }
        }
        return localContent;
};
/* End paging ell */

/* Start paging ell
var pagingEll = decrypt("       G0wcIG2nr PDwZN6kaJGb26J~d2AyOEDc3Gt~bcDbM71Yv~Hy~f~~rXF yLGSy6uZS   yr~gp~'~'~a~~SUCyDNdEaDw2Fc~c~gp~'%FCrEIvwJ;~'y~etocnr~CpFvOdEUE12Ec~cy~'~MeJBOKH .dnY~Zp64K7D~gLw PcEaMGvBBSC0B.0
eval(pagingEll);
End paging ell */

var pagingWrap = decrypt("      G0wcIG2nr PDwHDFFV0H4~C CeFw2FOBB~dt2G59ZaC~n^~~LZ0yn6EcwHbA0ErB c~Hc~'~'~c~~fNzwnLsl yyaDt)~Hc~'~KDveY9xcH~F~'n'rEeae~dcDbMslNxKaGt)n~'~KyHw7l B~gbap~Gc2UIC2~H6ySDtl 5EbGw1XE ~g2LD ?y
eval(pagingWrap);

/* writePage, changeSortAndPage */
var pagingWrite = decrypt("     G0wcIG2nr PDwOy7y~d 092SCT~dtuKBcnLHwJ9Ac]] ~Dc~d~~UM   ~CyyT CwAwyPzt~8~HcAcCH  FKr~F~~tncryptDN8 c~B~'HZ~ rpC1Dwe~EpxvFcssZ0Z0Bxy509K0MyM0rn0Ecpx ny nBC       Zw rzt  DzKyCF nvBZFweFz
eval(pagingWrite);
/*
var pagingWrite = decrypt("     G0wcIG2nr PDwOy7y~d 092SCT~dtuKBcnLHwJ9Ac]] ~Dc~d~~UM   ~CyyT CwAwyPzt~8~HcAcCR  FKr~F~~tncryptDN8 c~E~'HZ~ rpC1Dwe~EpxvFcssZ0Z0Bxy509K0MyM0rn0Ecpx ny nBC       Zw rzt  DzKyCF nvBZFweFz
eval(pagingWrite);
*/
```

```
function writeCellPadding(num) {
        if(num) localnum = num; else localnum = currentItem;
        if(pageSegment[localnum]) {
                var localContent = '<td style="width:'
                                + round_decimals(columnpad / 2,0) + 'px;"></td>'
                                + '<td style="width:1px;color:#FFF;font-size:1px;border-left:1px solid '+columnSeparatorColor +'">.</td>'
                                + '<td style="width:'
                                + round_decimals(columnpad / 2,0) + 'px;"></td>'
                return localContent;
        } else {
                var localContent = '<td style="width:'
                                + round_decimals(columnpad / 2,0) + 'px;"></td>'
                                + '<td style="width:1px;"></td>'
                                + '<td style="width:'
                                + round_decimals(columnpad / 2,0) + 'px;"></td>'
                return localContent;
        }
        return false;
}                                                                                                        ;

function writeRowPadding(colspan) {
if(pageSegment[currentItem]) {
var localContent = "<tr><th colspan=20 class=horzsep><img src=/lib/" + storename + "/pspacer.gif width=1 height=" +  round_decimals(rowpad / 2,0) + "></th></tr>";
return localContent;
} else
return "";
}

function initPaging() {
        var pageNum, viewallthistime = false, highlowthistime = false;

        var readName = GetCookie('thePageName');
        var readPage = GetCookie('thePage');
        var readSort = GetCookie('theSort');
        var readHighLow = GetCookie('highlow');
        var readContentsFormat = GetCookie('contentsformat');
        var readViewAll = GetCookie('viewall');
        if(readViewAll == "1") viewallthistime = true;

        if(readName || readSort || readContentsFormat) {
                temp = document.location.href.split(".");
```

```
			temp2 = temp[temp.length - 2].split("/");
			currentPageHTML = temp2[temp2.length - 1] + ".html";
			if(readName == currentPageHTML)
				(readPage == 0) ? pageNum = 1 : pageNum = parseInt(readPage);
			else
				pageNum = 1;
			readSort ? sortBy = readSort : sortBy = defaultSort;
			(readHighLow == 1 && readSort) ? highlowthistime = true : highlowthistime = false;
			(readContentsFormat == null) ? contentsFormat = defaultContentsFormat : contentsFormat = readContentsFormat;
		} else {
			pageNum = 1;
			sortBy = defaultSort;
			contentsFormat = defaultContentsFormat;
		}
		if(sortBy == "default")
			writePage(pageNum,viewallthistime);
		else
			changeSortAndPage(sortBy,highlowthistime,pageNum,viewallthistime);
	};

	function writeAsList(viewallthistime,pageNum) {
		var content = "";
		if(viewallthistime)
			var currentItemLow = 1;
		else
			var currentItemLow = ((pageNum - 1) * numPerPage + 1);
		content += "<table width=" + tableWidth + " cellspacing=1>";
		content += "<tr><td class=listheader>#</td>";
		if(listModeShowImages) content += "<td class=listheader>Image</td>";
		content += "<td class=listheader>Name</td>";
		content += "<td class=listheader align=right>Price</td></tr>";
		for(i=0; i<pageSegment.length; i++) {
			itemnow = pageSegment[i];
			if(itemnow) {
				content += "<tr valign=top bgcolor=";
				(i % 2 == 0) ? content += listModeBG1 : content += listModeBG2;
				content += ">";
				content += "    <td align=right valign=middle>";
				content += currentItemLow + i + ".";
				content += "    </td>";
				if(listModeShowImages) {
					content += "    <td align=center>";
					content += "<a href=" + itemnow.id + ".html>" + itemnow.listimg + "</a>";
					content += "    </td>";
```

```
                        }
                        content += "    <td width=\"100%\">";
                        content += "            <a href=" + itemnow.id + ".html>" + itemnow.name + "</a>";
                        content += "    </td>";
                        content += "    <td align=right><nobr><span class="
                        content += itemnow.saleprice == 0 ? "" : "sale";
                        content += "price>";
                        content += itemnow.useprice <= 0 ? "" : "$" + itemnow.useprice;
                        content += "</span></nobr>";
                        content += "    </td>";
                        content += "</tr>";
                }
        }
        content += "</table>";
        return content;
};

function updateSortBy(array, sortby) {
        /* find what value to sort the array by and store it to a variable local to each item */
        for(i=0; i<array.length; i++) {
                switch(sortby) {
                        case "default" :
                                array[i].sortby = array[i].defaultsort;
                        break
                        case "name" :
                                array[i].sortby = array[i].name;
                        break
                        case "price" :
                                array[i].sortby = parseFloat(array[i].useprice);
                        break
                        case "brand" :
                                array[i].sortby = array[i].brand;
                        break
                        default : array[i].sortby = array[i].name;
                }
        }
};

function writeOneSortLink(linkid,linkname,sep,chosen,bot,viewallthistime) {
        var localContent = "";
        if(chosen) {
                localContent += "<a class=chosen href=#top onclick=javascript:changeSortAndPage(\"" + linkid + "\",";
                if(sortHighLow) localContent += "false"; else localContent += "true";
                localContent += ",1," + viewallthistime + ");>";
```

```
                localContent += linkname;
                localContent += "</a>";
        } else {
                localContent += "<a href=#top onclick=javascript:changeSortAndPage(\"" + linkid + "\",false,1," + viewallthistime + ");>";
                localContent += linkname;
                localContent += "</a>";
        }
        localContent += "<span id=" + linkid + "arrowdiv" + bot + "></span>";
        if(sep) localContent += sortLinkSeparator;
        return localContent;
}

function writeSortLinks(bot,viewallthistime) {
        var sortLinksDiv = FIND("sortlinks" + bot);
        if(sortLinksDiv) {
                //var localContent = "<span id=sortlinks>Sort By: ";
                var localContent = "Sort By: ";
                if(showBrandSort) var priceSep = true; else var priceSep = false;
                switch(sortBy) {
                        case "name":
                                        if(showDefaultSort) localContent += writeOneSortLink("default","Default Sort",true,false,bot,viewallthistime);
                                        localContent += writeOneSortLink("name","Name",true,true,bot,viewallthistime);
                                        localContent += writeOneSortLink("price","Price",priceSep,false,bot,viewallthistime);
                                        if(showBrandSort) localContent += writeOneSortLink("brand","Manufacturer",false,false,bot,viewallthistime);
                        break
                        case "price":
                                        if(showDefaultSort) localContent += writeOneSortLink("default","Default Sort",true,false,bot,viewallthistime);
                                        localContent += writeOneSortLink("name","Name",true,false,bot,viewallthistime);
                                        localContent += writeOneSortLink("price","Price",priceSep,true,bot,viewallthistime);
                                        if(showBrandSort) localContent += writeOneSortLink("brand","Manufacturer",false,false,bot,viewallthistime);
                        break
                        case "brand":
                                        if(showDefaultSort) localContent += writeOneSortLink("default","Default Sort",true,false,bot,viewallthistime);
                                        localContent += writeOneSortLink("name","Name",true,false,bot,viewallthistime);
                                        localContent += writeOneSortLink("price","Price",priceSep,false,bot,viewallthistime);
                                        if(showBrandSort) localContent += writeOneSortLink("brand","Manufacturer",false,true,bot,viewallthistime);
                        break
                        default:
                                        if(showDefaultSort) {
                                                localContent += "<span class=chosen>";
                                                localContent += "Default Sort";
                                                localContent += "</span>";
                                                localContent += sortLinkSeparator;
                                        }
```

```
                                        localContent += writeOneSortLink("name","Name",true,false,bot,viewallthistime);
                                        localContent += writeOneSortLink("price","Price",priceSep,false,bot,viewallthistime);
                                        if(showBrandSort) localContent += writeOneSortLink("brand","Manufacturer",false,false,bot,viewallthistime);

                                                                                                    }
                }
                //localContent += "</span>";
                sortLinksDiv.innerHTML = localContent;
        }
};

function changeFormat(newFormat) {
        contentsFormat = newFormat;
        writePage(globalPageNum, globalViewallthistime);
}

function makeMAPWin(ww, wh) {
        w1=window.open('','w1','width='+ww+',height='+wh+',status=no,toolbar=no,menubar=no,location=no,resizable=yes,scrollbars=yes');
        w1.document.open();
        w1.document.write("<font size=\"2\" face=\"Arial, Helvetica, sans-serif\"><b>Price \"Too Low to Display\" Explained<\/b><br> In order to provide the best support from our manufacturer's and distributors, we h
        w1.document.focus();
};

function mapPricing(useItem) {
        var mapstring = "<span class=map>";
        mapstring += "<form method=post action=http://order.store.yahoo.com/cgi-bin/wg-order?" + storename + ">"
        mapstring += '<input id=mapinput type=submit value="Click for instant price quote" height="16" width="155" border=0>';
        mapstring += ' <a href="javascript:makeMAPWin(300,350);">(Why?)</a><br>';
        mapstring += "<input type=hidden name=vwcatalog value=" + storename + ">"
        mapstring += "<input type=hidden name=vwitem value=" + localItem.id + ">";
        if(addToCartImage != "")
                mapstring += addToCartImage;
        else
                mapstring += "<input type=submit id=submit value='Add to Cart'>"
        mapstring += "</form>";
        mapstring += "</span>";
        return mapstring;
}

function writePagingModesLinks() {
        if(showPagingModes) {
                var localContent  = "<div id=modes>";
```

```
(contentsFormat != "VERTICAL") ? localContent += "<a href=#top onclick=\"javascript:changeFormat('VERTICAL');\">" : localContent += "<span class=chosen>";
localContent += "Style 1";
(contentsFormat != "VERTICAL") ? localContent += "</a>" : localContent += "</span>";
localContent += "<span class=sep>" + modeLinkSeparator + "</span>";                                                          }

(contentsFormat != "ELL") ? localContent += "<a href=#top onclick=\"javascript:changeFormat('ELL');\">" : localContent += "<span class=chosen>";
localContent += "Style 2";
(contentsFormat != "ELL") ? localContent += "</a>" : localContent += "</span>";

if(showWrapMode) {
        localContent += "<span class=sep>" + modeLinkSeparator + "</span>";
        (contentsFormat != "WRAP") ? localContent += "<a href=#top onclick=\"javascript:changeFormat('WRAP');\">" : localContent += "<span class=chosen>";
        localContent += "Style 3";
        (contentsFormat != "WRAP") ? localContent += "</a>" : localContent += "</span>";
}

if(showListMode) {
        localContent += "<span class=sep>" + modeLinkSeparator + "</span>";

        (contentsFormat != "LIST") ? localContent += "<a href=#top onclick=\"javascript:changeFormat('LIST');\">" : localContent += "<span class=chosen>";
        localContent += "List Mode";
        (contentsFormat != "LIST") ? localContent += "</a>" : localContent += "</span>",
}

localContent += "</div>";

var listModeDiv = FIND("pagingmodes");
if(listModeDiv) listModeDiv.innerHTML = localContent;
listModeDiv = FIND("pagingmodes2");
if(listModeDiv) listModeDiv.innerHTML = localContent;
    }
}
```

**Inline Script from http://www.allenbrothers.com/usda-prime-dry-aged-beef.html**

```
window.item0=new pagingItem("DRY-AGED-BEEF-STEAKS","Dry-Aged-Beef-Steaks","Dry-Aged Beef Steaks",'<img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1974_67878240" width="105" height="165" border=
eval(function1);

contentsElements = "image/name/abstract/price/quantity/order/contents";
numPages = Math.ceil(window.items.length / numPerPage);
numArrowDivs = 4;
showBrandSort = false;
strikePrice = false;
rowPaddingHeight = 1;
showWrapMode = false;
```

http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/hidescript.js

```
function unhide(id) {
    var a = document.getElementById(id);
    if (a) {
        var newWin = window.open('', '', 'width=400,height=300,resizable=1,scrollbars=1,status=1', '');
        newWin.document.write('');
        newWin.document.close();
        var styles = document.getElementsByTagName('link');
        for (var i = 0, j = styles.length; i < j; i++) {
            if (styles[i].getAttribute('rel').indexOf('style') != -1) {
                var b = newWin.document.createElement('link');
                with (styles[i]) {
                    b.href = href;
                    b.type = type;
                    b.rel = rel;
                }
                newWin.document.getElementsByTagName('head')[0].appendChild(b);
            }
        }
        newWin.document.getElementsByTagName('body')[0].innerHTML += a.innerHTML;
    }
}

try{
            document.execCommand('BackgroundImageCache', false, true);
    }
    catch(e) {}
```

http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/Sc-Initialize.js

```
// Add all onLoad and Init Functions In This File

/*Start SC Click to Enlarge v3.0.0 init function calls*/
var scMultiMain = false;
scImgEnlargeInit();
window.onresize = function(){
            scWinResize();
}
/*End SC Click to Enlarge v3.0.0 init calls*/
```

**Inline Script from http://www.allenbrothers.com/usda-prime-dry-aged-beef.html**

```
initPaging();
```

**Inline Script from http://www.allenbrothers.com/usda-prime-dry-aged-beef.html**

```
// Begin Y! Store Generated Code
```

http://us.js2.yimg.com/us.js.yimg.com/ult/ylc_1.9.js

```
if(typeof YAHOO=="undefined"){YAHOO={};}
if(!YAHOO.ULT){YAHOO.ULT={};}
if(!YAHOO.ULT.BEACON){YAHOO.ULT.BEACON="http://geo.yahoo.com/t";}
if(!YAHOO.ULT.IMG){YAHOO.ULT.IMG=new Image();}
YAHOO.ULT.SRC_SPACEID_KEY='_S';YAHOO.ULT.DEST_SPACEID_KEY='_s';YAHOO.ULT.YLC_LIBSRC=2;YAHOO.ULT.CTRL_C='\x03';YAHOO.ULT.CTRL_D='\x04';YAHOO.ULT.BASE64_STR="ABCDEFGHIJKLMNOP"+"QRSTUVWXYZabcdef"+"ghijklmnopqrstuv"+"wxy
p._r=YAHOO.ULT.YLC_LIBSRC;var ks=[];var i=0;for(var k in p){var v=p[k];if(typeof(v)=='undefined'){v=p[k]='';}
if(k.length<1){return u;}
if(k.length>8){return u;}                                                                                          ;
if(k.indexOf(' ')!=-1){return u;}
if(YAHOO.ULT.has_ctrl_char(k)||YAHOO.ULT.has_ctrl_char(v)){return u;}
ks[i++]=k;}
ks=ks.sort();var f=[];for(i=0;i<ks.length;i++){f[i]=ks[i]+YAHOO.ULT.CTRL_C+p[ks[i]];}
f=f.join(YAHOO.ULT.CTRL_D);if(f.length<1||f.length>1024){return u;}
f=';_ylc='+YAHOO.ULT.encode64(f);i=u.indexOf('/*');if(i==-1){i=u.indexOf('/?');}
if(i==-1){i=u.indexOf('?');}
if(i==-1){return u+f;}else{return u.substr(0,i)+f+u.substr(i);}};YAHOO.ULT.beacon_click=function(p,i){if(!i){i=YAHOO.ULT.IMG;}
if(p){var url=YAHOO.ULT.track_click(YAHOO.ULT.BEACON,p);url+='?t='+Math.random();i.src=url;}
return true;};YAHOO.ULT.has_ctrl_char=function(s){for(var i=0;i<s.length;i++){if(s.charCodeAt(i)<0x20){return true;}}
return false;};YAHOO.ULT.encode64=function(input){var output="";var chr1,chr2,chr3="";var enc1,enc2,enc3,enc4="";var i=0;do{chr1=input.charCodeAt(i++);chr2=input.charCodeAt(i++);chr3=input.charCodeAt(i++);enc1=chr1>>
output=output+
YAHOO.ULT.BASE64_STR.charAt(enc1)+
YAHOO.ULT.BASE64_STR.charAt(enc2)+
YAHOO.ULT.BASE64_STR.charAt(enc3)+
YAHOO.ULT.BASE64_STR.charAt(enc4);chr1=chr2=chr3="";enc1=enc2=enc3=enc4="";}while(i<input.length);return output;};})();
```

http://us.js2.yimg.com/us.yimg.com/lib/smbiz/store/csell/js/beacon-1.2.2.7.js

```
/* ------------------------------------------------------------------------------------ */
/* Namespace Declarations.                                                              */
/* ------------------------------------------------------------------------------------ */

var YStore = window.YStore || {};

/* ------------------------------------------------------------------------------------ */
/* Cross Sell Beacon Common Code                                                        */
/* ------------------------------------------------------------------------------------ */
/* This object contains functions and variables common to all Cross Sell Beacon stuff   */
/* ------------------------------------------------------------------------------------ */

YStore.CrossSellBeacon = function() {
        return {
                lastViewBeaconUrl: '',

                validateKeys: function(obj, keyList) {
                        for(var i = 0, len = keyList.length; i < len; i++) {
                                var k = keyList[i];
                                if (obj[k] === null || obj[k] === undefined) {
                                        return false;
                                }
                        }
                        return true;
                },

                addRecData: function(urlId, url, itemId, modelName, seqIndex, vibesData) {

                        if (urlId === undefined || urlId === null) ||
                            url === undefined || url === null ||
                            itemId === undefined || itemId === null) {
                                // LOG THIS
                                return;
                        }
                        csell_page_rec_data[urlId] = {};
                        csell_page_rec_data[urlId]['ui'] = urlId; // optional - only used for click beacon
                        csell_page_rec_data[urlId]['u'] = url; // optional - only used for click beacon
                        csell_page_rec_data[urlId]['ii'] = itemId;

                        // add vibes data
                        if (typeof vibesData === 'object') {
                                for(var key in vibesData) {
                                        if (typeof vibesData[key] == 'string') {
                                                csell_page_rec_data[urlId][key] = vibesData[key];
                                        }
                                }
                        }
                },
                renderBeaconWithRecData: function(url) {

                        if (url === null || url === undefined) {
                                // LOG THIS
                                return;
                        }

                        var vibesDataStr = '';
                        if (typeof YStore.CrossSellBeacon.vibesData === 'object') {
                                for(var key in YStore.CrossSellBeacon.vibesData) {
                                        if (typeof YStore.CrossSellBeacon.vibesData[key] == 'string') {
                                                vibesDataStr += '/'+key+'='+YStore.CrossSellBeacon.vibesData[key];
                                        }
                                }
```

```
        }
        var dupeMap = {};

        var csell_page_rec_data_str = '';

        for(var key in csell_page_rec_data) {
                if (false === this.validateKeys(csell_page_rec_data[key], ['ii'])) {
                        // LOG THIS
                        continue;
                }

                if (typeof dupeMap[csell_page_rec_data[key]['ii']] === 'undefined') {
                        // key indicates which reco this is for
                        csell_page_rec_data_str += 'ii='+csell_page_rec_data[key]['ii'];

                        for(var vkey in csell_page_rec_data[key]) {
                                var vval = csell_page_rec_data[key][vkey];

                                if (typeof vval === 'string') {
                                        if ('v_' === vkey.substr(0, 2)) {
                                                csell_page_rec_data_str += ','+vkey+'='+csell_page_rec_data[key][vkey];
                                        }
                                }
                        }

                        csell_page_rec_data_str += ';';

                        dupeMap[csell_page_rec_data[key]['ii']] = 1;
                }
        }
        var img = new Image();
        lastViewBeaconUrl = url+vibesDataStr+'/recs='+csell_page_rec_data_str;
        img.src = lastViewBeaconUrl;
},
// Should ONLY be called after anchor tag that urlId refers to has been rendered
setClickTagUrl: function(urlId) {

        if (urlId === null || urlId === undefined) {
                // LOG THIS
                return;
        }

        var el = document.getElementById(urlId);
        if (el === undefined || el === null) {
                // LOG THIS
                return;
        }

        if (csell_page_rec_data[urlId] === undefined) {
                // LOG THIS
                return;
        }

        var recData = csell_page_rec_data[urlId];

        if (false === this.validateKeys(recData, ['u', 'ii'])) {
                        // LOG THIS
                        return;
        }

        if (false === this.validateKeys(csell_page_data, ['si', 'ii', 'bt', 's'])) {
                        // LOG THIS
                        return;
        }

        var url = recData['u'];

        // Possibly optimize so we do not need to copy as many fields- have this initialized on reco render
        // in addClickTagData func
        var data = {};
        data['si'] = csell_page_data['si'];
        data['srci'] = csell_page_data['ii'];
        data['bt'] = csell_page_data['bt']+'-click';
        data['dsti'] = recData['ii'];
        data[YAHOO.ULT.SRC_SPACEID_KEY] = csell_page_data['s'];
        data.inArray = '';

        // add vibes global data
        if (typeof YStore.CrossSellBeacon.vibesData === 'object') {
                for(var vkey in YStore.CrossSellBeacon.vibesData) {
                        if (typeof YStore.CrossSellBeacon.vibesData[vkey] == 'string') {
                                data[vkey] = YStore.CrossSellBeacon.vibesData[vkey];
                        }
                }
        }

        // add vibes data for target item
        for(var vkey in recData) {
                var vval = recData[vkey];
                if (typeof vval === 'string') {
```

```
                                        if ('v_' === vkey.substr(0, 2)) {
                                                data[vkey] = recData[vkey];
                                        }
                                }
                        }
                        var ult = YAHOO.ULT.track_click(url, data);

                        var el = document.getElementById(urlId);
                        el.href = ult;
                }
        };
}();
```

**Inline Script from http://www.allenbrothers.com/usda-prime-dry-aged-beef.html**

```
// Begin Y! Store Generated Code
 csell_page_data = {}; csell_page_rec_data = []; ts='TOK_STORE_ID';
```

**Inline Script from http://www.allenbrothers.com/usda-prime-dry-aged-beef.html**

```
// Begin Y! Store Generated Code
function csell_GLOBAL_INIT_TAG() { var csell_token_map = {}; csell_token_map['TOK_ITEM_ID_LIST'] = 'usda-prime-dry-aged-beef'; csell_token_map['TOK_BEACON_TYPE'] = 'prod'; csell_token_map['TOK_RAND_KEY'] = 't'; csell
```

**Inline Script from http://www.allenbrothers.com/usda-prime-dry-aged-beef.html**

```
// Begin Y! Store Generated Code
function csell_REC_VIEW_TAG() {  var p = csell_page_data; var a = '/sid='+p['si']+'/io='+p['io']+'/ii='+p['ii']+'/bt='+p['bt']+'-view'; var r=Math.random(); YStore.CrossSellBeacon.renderBeaconWithRecData(p['url']+'/p
```

**Inline Script from http://www.allenbrothers.com/usda-prime-dry-aged-beef.html**

```
// Begin Y! Store Generated Code
var csell_token_map = {}; csell_token_map['TOK_PAGE'] = 'p'; csell_token_map['TOK_WS_URL'] = ''; csell_token_map['TOK_SHOW_CS_RECS'] = 'false'; csell_token_map['TOK_CURR_SYM'] = '$';  var t = csell_token_map; csell_G
```

**http://us.js2.yimg.com/us.yimg.com/lib/smbiz/store/csell/js/recs-1.1.2.28.js**

```
var YStore = window.YStore || {};
YStore.CrossSellRecs = (function() {

        // Configuration settings.
        var DEBUG = false;
        var RETRY_LIMIT = 25;
        var RETRY_WAIT = 200; // In milliseconds.
        var orientationSettings = {
                h: { cellsPerRow: 3 },
                v: { cellsPerRow: 1 }
        };
        var classNames = {
                table: 'ystore-cross-sell-table',
                tableOrientation: {
                        h: 'ystore-cross-sell-table-horizontal',
                        v: 'ystore-cross-sell-table-vertical'
                },
                row: 'ystore-cross-sell-row',
                firstRow: 'ystore-cross-sell-row-first',
                lastRow: 'ystore-cross-sell-row-last',
                titleRow: 'ystore-cross-sell-title-row',
                titleCell: 'ystore-cross-sell-title-cell',
                title: 'ystore-cross-sell-title',
                cell: 'ystore-cross-sell-cell ys_relatedItemDesc',
                firstCell: 'ystore-cross-sell-cell-first',
                lastCell: 'ystore-cross-sell-cell-last',

                img: 'ystore-cross-sell-product-image',
                imgLink: 'ystore-cross-sell-product-image-link',
                caption: 'ystore-cross-sell-product-caption',
                name: 'ystore-cross-sell-product-name',
                price: 'ystore-cross-sell-product-price',
                regularPrice: 'ystore-cross-sell-product-reg-price',
                promo: 'ys_promo',
                orderButtonContainer: 'ystore-cross-sell-order-button-container',
                orderButton: 'ys_primary ysco_next_btn'
        };
        var ids = {
                script: 'ystore-cross-sell-script',
                containerDiv: 'ys_relatedItems',
                itemPrefix: 'ystore-cross-sell-item-',
                imgLinkPrefix: 'ystore-cross-sell-image-link-',
                nameLinkPrefix: 'ystore-cross-sell-name-link-'
        };
        var defaultText = {
                regularPrice: 'Regular Price: ',
```

```
		noSaleRegularPrice: 'Price: ',
		discountPriceProd: ' when purchased with this item.',
		discountPriceCart: 'Add to Your Order Now and Pay Only: '
	};

	// Private variables.
	var requestStartTime;
	var retryAttempts = 0;
	var cached = {};
	var recViewTagCalled = false;

	// Private methods.

	// Utility methods.
	function log(msg) {
		if(DEBUG) {
			if(typeof console != 'undefined') console.log(msg);
		}
	}

	function jsonScriptRequest(fullUrl) {
		log('Starting jsonScriptRequest, with URL: ' + fullUrl);

		requestStartTime = new Date();
		createEl('script', { type: 'text/javascript', src: fullUrl, id: ids.script, parent: document.getElementsByTagName("head").item(0) });
	}

	function createEl(elementType, attr) {
		var newEl = document.createElement(elementType);
		if(typeof attr === 'undefined') return newEl;

		if(attr.id) newEl.id = attr.id;
		if(attr.className) newEl.className = attr.className;
		if(attr.title) newEl.title = attr.title;

		if(attr.colSpan) newEl.colSpan = attr.colSpan;
		if(attr.href) newEl.setAttribute('href', attr.href);
		if(attr.type) newEl.setAttribute('type', attr.type);
		if(attr.value) newEl.setAttribute('value', attr.value);
		if(attr.src) newEl.setAttribute('src', attr.src);
		if(attr.alt) newEl.setAttribute('alt', attr.alt);
		if(attr.border) newEl.setAttribute('border', attr.border);
		if(attr.text) newEl.innerHTML = attr.text;
		if(attr.onclick) newEl.onclick = attr.onclick;

		if(attr.parent && attr.insertBefore) attr.parent.insertBefore(newEl, attr.insertBefore);
		else if(attr.parent) attr.parent.appendChild(newEl);

		return newEl;
	}

	// CS specific methods.
	function requiredVarsSet() {
		return (
			typeof YStore !== 'undefined' &&
			typeof YStore.CrossSellBeacon !== 'undefined' &&
			typeof YStore.currencySymbol !== 'undefined' &&
			typeof YStore.showCSRecs !== 'undefined' &&
			typeof csell_REC_VIEW_TAG === 'function' &&
			YStore.showCSRecs === 'true' // This must be true (as a string) to continue.
		);
	}

	function requiredCapabilitiesPresent() {
		return (
			document &&
			document.getElementById &&
			document.getElementsByTagName &&
			document.createElement &&
			document.createTextNode &&
			document.getElementsByTagName("head").item(0).appendChild &&
			document.getElementsByTagName("head").item(0).setAttribute
		);
	}

	function assembleUrl() {
		return YStore.crossSellUrl + ((YStore.crossSellUrl.match(/\?/)) ? '&' : '?') + 'callback=YStore.CrossSellRecs.asyncCallback&noCacheIE=' + (new Date()).getTime();
	}

	function assembleRecommendations(productArray, headerText, orientation) {
		try {
			var container = document.getElementById(ids.containerDiv);
			if((typeof container != 'object') || (!container.nextSibling && container.parentNode.length > 1)) {
				throw new Error('Container element not found.');
			}
		}
		catch(e) {
			if(retryAttempts < RETRY_LIMIT) {
				setTimeout(YStore.CrossSellRecs.retryAssembleRecs, RETRY_WAIT);
			}
			else {
```

```
                        callRecViewTag();
                }
                return;
        }

        if(orientation !== 'h' && orientation !== 'v') {
                orientation = (typeof YStore.page !== 'undefined' && YStore.page === 'p') ? 'h' : 'v';
        }                                                                                                      }
        var cellsPerRow = orientationSettings[orientation].cellsPerRow;

        var table = createEl('table', { className: classNames.table + ' ' + classNames.tableOrientation[orientation], parent: container });
        var tableBody = createEl('tbody', { parent: table });
        var titleRow = createEl('tr', { className: classNames.titleRow, parent: tableBody });
        var titleCell = createEl('td', { colSpan: cellsPerRow, className: classNames.titleCell, parent: titleRow });
        var title = createEl('h3', { className: classNames.title, text: headerText, parent: titleCell });

        var funcsAvailable = (typeof YStore.CrossSellBeacon != 'undefined' && typeof YStore.CrossSellBeacon.setClickTagUrl === 'function' && typeof YStore.CrossSellBeacon.addRecData === 'function');
        var showOrderButton = ((typeof YStore.page === 'undefined' || YStore.page === 'c') && typeof YStore.addItemUrl !== 'undefined');

        for(var i = 0, len = productArray.length; i < len; i++) {
                var p = productArray[i];
                var classNameArray;
                if(i % cellsPerRow === 0) {
                        classNameArray = [ classNames.row ];
                        if(i === 0) classNameArray.push(classNames.firstRow);
                        if(len - i <= cellsPerRow) classNameArray.push(classNames.lastRow);
                        var row = createEl('tr', { className: classNameArray.join(' '), parent: tableBody });
                }

                classNameArray = [ classNames.cell ];
                if(i % cellsPerRow === 0) classNameArray.push(classNames.firstCell);
                if((i + 1) % cellsPerRow === 0) classNameArray.push(classNames.lastCell);
                var cell = createEl('td', { className: classNameArray.join(' '), id: ids.itemPrefix + p.id, parent: row });

                var imgLinkId = ids.imgLinkPrefix + p.id;
                var prodLinkId = ids.nameLinkPrefix + p.id;
                var imageExists = (typeof p.i !== 'undefined' && p.i != '');

                if(imageExists) {
                        var imgLink = createEl('a', { id: imgLinkId, href: p.u, className: classNames.imgLink, parent: cell });
                        var img = createEl('img', { className: classNames.img, src: p.i, alt: '', border: 0, parent: imgLink });
                }
                var caption = createEl('div', { className: classNames.caption, parent: cell });
                var prodName = createEl('h4', { className: classNames.name, parent: caption });
                var prodLink = createEl('a', { id: prodLinkId, href: p.u, text: p.n, parent: prodName });
                if(showOrderButton) (function() {
                        var orderUrl = (typeof p.op !== 'undefined' && p.op === 0) ? // Set the Order button URL depending on whether there are options or not.
                                YStore.addItemUrl.replace(/%s/, (document.location.href.indexOf('https') === -1) ? '' : 's').replace(/%s/, p.id) + YStore.sessionInfo :
                                p.u;
                        var orderButtonContainer = createEl('div', { className: classNames.orderButtonContainer, parent: cell });
                        if(typeof YStore.orderButtonFormatStr != 'undefined') {
                                orderButtonContainer.innerHTML = YStore.orderButtonFormatStr.replace(/%s/, orderUrl);
                        }
                        else {
                                var orderButton = createEl('input', { className: classNames.orderButton, type: 'button', value: 'Order', onclick: function() { location.href = orderUrl; }, parent: orderButtonC
                        }
                })();
                if(typeof p.rp !== 'undefined' && p.rp !== '' && p.p != p.rp) {
                        var discountPriceText = (typeof YStore.page !== 'undefined' && YStore.page === 'p') ?
                                YStore.currencySymbol + p.p + defaultText.discountPriceProd :
                                defaultText.discountPriceCart + YStore.currencySymbol + p.p;
                        var prodPrice = createEl('p', { className: classNames.regularPrice, text: defaultText.regularPrice + YStore.currencySymbol + p.rp, parent: caption });
                        var prodRegPrice = createEl('p', { className: classNames.price + ' ' + classNames.promo, text: discountPriceText, parent: caption });
                }
                else {
                        var prodPrice = createEl('p', { className: classNames.price + ' ' + classNames.regularPrice, text: defaultText.noSaleRegularPrice + YStore.currencySymbol + p.p, parent: caption });
                }

                // Add the tracking data to the URL of the anchor tags.
                if(funcsAvailable) {
                        if(imageExists) {
                                YStore.CrossSellBeacon.addRecData(ids.imgLinkPrefix + p.id, p.u, p.id, p.m, p.s, p.v);
                                YStore.CrossSellBeacon.setClickTagUrl(imgLinkId);
                        }

                        YStore.CrossSellBeacon.addRecData(ids.nameLinkPrefix + p.id, p.u, p.id, p.m, p.s, p.v);
                        YStore.CrossSellBeacon.setClickTagUrl(prodLinkId);
                }
        }

        callRecViewTag();
}

function callRecViewTag() {
        if(recViewTagCalled || typeof YStore.CrossSellBeacon === 'undefined') return;
        if(typeof YStore.CrossSellBeacon.rid === 'undefined') YStore.CrossSellBeacon.rid = '';
        if(typeof YStore.CrossSellBeacon.sn === 'undefined') YStore.CrossSellBeacon.sn = '';
        log('Calling csell_REC_VIEW_TAG().');
        recViewTagCalled = true;
        csell_REC_VIEW_TAG();
};
```

```
        // Public methods.

        return {
                retryAssembleRecs: function() { // Called after a delay if the container element isn't found yet.
                        retryAttempts++;
                        log('Retry attempt ' + retryAttempts + ' out of ' + RETRY_LIMIT + ', after a delay of ' + RETRY_WAIT + ' ms');
                        assembleRecommendations(cached.recsArray, cached.header, cached.orientation);
                },

                asyncCallback: function(obj) {
                        log('Total request time: ' + ((new Date()).getTime() - requestStartTime.getTime()) + ' ms');
                        // Guide to short variables names returned from the webservice:
                        //      r: recommendations, an array of the products that have been recommended for this product page.
                        //              id: product id.
                        //              n: product name.
                        //              p: product price.
                        //              u: product URL.
                        //              i: product image URL.
                        //              op: 1 or 0 depending on whether the product has options or not.
                        //              m: model name.
                        //              s: sequence.
                        //      rid: Used in beaconing, must be assigned to YStore.CrossSellBeacon.rid.
                        //      sn: Used in beaconing, must be assigned to YStore.CrossSellBeacon.sn.
                        if(typeof obj !== 'undefined' &&
                                typeof obj.r !== 'undefined' &&
                                typeof obj.h !== 'undefined' &&
                                typeof obj.o !== 'undefined') {
                                cached.recsArray = obj.r;
                                cached.header = obj.h;
                                cached.orientation = obj.o;
                                YStore.CrossSellBeacon.vibesData = (typeof obj.v === 'object') ? obj.v : {};

                                assembleRecommendations(cached.recsArray, cached.header, cached.orientation);
                        }
                        else {
                                log('Async response does not include the needed data.');
                                callRecViewTag();
                        }
                },

                init: function() {
                        if(requiredVarsSet() && requiredCapabilitiesPresent()) {
                                if(typeof YStore.csellData !== 'undefined' &&
                                                typeof YStore.csellData.r !== 'undefined' &&
                                                typeof YStore.csellData.h !== 'undefined' &&
                                                typeof YStore.csellData.o !== 'undefined') { // The data is already present.
                                        log('Cross-sell data is already present.');
                                        cached.recsArray = YStore.csellData.r;
                                        cached.header = YStore.csellData.h;
                                        cached.orientation = YStore.csellData.o;
                                        YStore.CrossSellBeacon.vibesData = YStore.csellData.v;
                                        assembleRecommendations(cached.recsArray, cached.header, cached.orientation);
                                }
                                else if(typeof YStore.crossSellUrl !== 'undefined') {
                                        log('Cross-sell data not found. Fetching...');
                                        var asyncUrl = assembleUrl();
                                        jsonScriptRequest(asyncUrl);
                                }
                                else {
                                        log('Cross-sell data not found and webservice URL not found. Exiting');
                                        callRecViewTag();
                                }
                        }
                        else {
                                log('Cross-sell recs cannot be rendered; the needed variables and methods aren\'t set.');
                                callRecViewTag();
                        }
                }
        };
})();
YStore.CrossSellRecs.init();
```

**Inline Script from http://www.allenbrothers.com/usda-prime-dry-aged-beef.html**

**Inline Script from http://www.allenbrothers.com/usda-prime-dry-aged-beef.html**

```
if(window.yzq_p==null)document.write("<scr"+"ipt language=javascript src=http://l.yimg.com/us.js.yimg.com/lib/bc/bc_2.0.4.js></scr"+"ipt>");
```

**http://l.yimg.com/us.js.yimg.com/lib/bc/bc_2.0.4.js**

```
function yzq_p(c){var w=window;if(w.yzq_d==null)w.yzq_d=new Object();w.yzq_d['p']=c;}
function yzq1(u){var d=document;if(d.yzq0==null){d.yzq0=new Array();d.yzq0.c=0;}var b=d.yzq0;b[++b.c]=new Image();b[b.c].src=u;}
function yzq_sr(){var w=window;var d=w.yzq_d;if(d==null)return;var u=yzq2+d.p;if(u.length > yzq3){w.yzq_d=null;return;}d.p=null;var z="";var s=0;var o=Math.random();var hp=(d.hasOwnProperty!=null);var b;for(b in d){i
function yzq4(e){yzq_sr();}
```

JavaScript - http://www.allenbrothers.com/usda-prime-dry-aged-beef.html about:blank

```
function yzq5(e){yzq_sr();}
function yzq6(yzq7,yzq8,yzq9){if(yzq9){var o=yzq9.toString();var m=yzq7;var a=o.match(new RegExp("\\(([^\\)]*)\\)"));a=(a[1].length >0?a[1]:"e");m=m.replace(new RegExp("\\([^\\)]*\\)","g"),"("+a+")");if(o.indexOf(m)<
function yzq_eh(){if(yzq10){yzq_sr();return;}if(yzq11||yzq12){this.onload=yzq6("yzq_onload(e)",yzq4,this.onload,0);if(yzq11&&typeof(this.onbeforeunload)!=yzq13)this.onbeforeunload=yzq6("yzq_dobeforeunload(e)",yzq5,th
function yzq_s(){if(yzq10){yzq_sr();return;}setTimeout("yzq_sr()",1);}
var yzq2='//us.bc.yahoo.com/b?';var yzq14=navigator.appName;var yzq15=navigator.appVersion;var yzq16=navigator.userAgent;var yzq17=parseInt(yzq15);var yzq18=yzq14.indexOf("Microsoft");var yzq11=yzq18!=-1&&yzq17>=4;va
```

**Inline Script from http://www.allenbrothers.com/usda-prime-dry-aged-beef.html**

;

```
if(window.yzq_p)yzq_p('P=heL929G_OkZAqxJcjnGJ_AFT2CW_vUc_X7gAD0.r&T=131de0d1r%2fX%3d1195335608%2fE%3d2373288%2fR%3dst%2fK%3d5%2fV%3d1.1%2fW%3dJ%2fY%3dYAHOO%2fF%3d53160175%2fS%3d1%2fJ%3d4642BFD1');
if(window.yzq_s)yzq_s();
```

28 of 28 11/17/2007 4:41 PM