```
          </table>

        </td>
      </tr>

      </form>

      <!--end product row-->

      <!--begin product row-->
      <form name="addToCartBean" method="GET" action="/addToCart.do">

      <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="7" border="0"></td></tr>
      <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/promo/tanpixel.gif" width="627" height="1" border="0"></td></tr>
      <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="3" border="0"></td></tr>
      <tr>
        <td colspan="3">

          <table border="0" cellpadding="0" cellspacing="0">
            <tr>
              <!--small product photo-->
              <td rowspan="2" align="center" valign="top">
                <a href="Product.jsp?productId=159&categoryId=45">
                        <img src="http://72.5.200.197/images/catalog/B4420-U-POR/4/steaks.jpg" alt="Pork Dumplings" width="205" height="205" border="0">
                </a>
              </td>
              <td width="1" rowspan="2"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="205" border="0"></td>
              <td valign="top"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="4" border="0"><br>
                <font size="2" class="prodDesc">

                <!--product name-->
                <b><a href="Product.jsp?productId=159&categoryId=45" class="prodHiLite">Pork Dumplings</a></b><br>

                <!--product description-->
                Perfect partners - pork, napa cabbage, and Chinese mushrooms. Soy and oyster sauce make these irresistible.
                <br>
                <br>
                <a href="Product.jsp?productId=159&categoryId=45" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('ViewDetails159','','http://72.5.200.197/images/steaks/viewdetails-over.gif',1)">
                  <img src="http://72.5.200.197/images/steaks/viewdetails.gif" alt="view details" name="ViewDetails159" width="64" height="10" border="0">
                </a></font>
            </tr>
            <tr>
              <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0"><br>
                <!--conditional: begin size drop-down-->
                <table border="0" cellpadding="2" cellspacing="0">
                  <tr>
                    <td><font size="2">
                      <font class="addToCartError"></font>
                      <br>
                      <br>

                                  <font class="lineItem">36 dumplings in 3 bags of 12 - 1.25 oz. ea. - $55.95</font>
                                  <input type="hidden" name="selectedItem" value="224">

                      </font></td>
                  </tr>
                  <tr>
                    <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="2" border="0"></td>
                  </tr>
                </table>
                <!--end size drop-down-->

                <table border="0" cellpadding="2" cellspacing="0">
                  <tr>
                    <td><img src="http://72.5.200.197/images/steaks/qty_input.gif" width="15" height="20" border="0"></td>
                    <td>
                        <input type="text" name="quantity" maxlength="2" size="2" value="" class="prodQuantityInput">
                    </td>
                    <td>
                        <input type="hidden" name="productId" value="159">
                        <input type="hidden" name="categoryId" value="45">
                        <input type="hidden" name="shipTo" value="Me">
```

```
                    <input type="hidden" name="referringPage" value="category">
                    <input type=image
                            name="AddToCart159"
                            src="http://72.5.200.197/images/steaks/add.gif"
                            alt="Add To Cart"
                            border="0"
                            value="button.Submit"
                            onMouseOut="MM_swapImgRestore()"
                            onMouseOver="MM_swapImage('AddToCart159','','http://72.5.200.197/images/steaks/addtocart-over.gif',1)"
                            id="AddToCart159"/>
                </td>
              </tr>
            </table>

          </td>
        </tr>
      </table>

    </td>
  </tr>

  </form>

  <!--end product row-->

  <!--End Products List-->

<script language=javascript>
        var catalog = ''
        var catalog_name = ''
        var rfx_page = ''
        regEx = /rfx_catalog=([^&=]*)(&|$)?/
        m=regEx.exec(location.search);
        if (m) {
          catalog = m[1];
        }

        regEx = /catalog_name=([^&=]*)(&|$)?/
        m=regEx.exec(location.search);
        if (m) {
          catalog_name = m[1];
        }

        regEx = /rfx_spread=([^&=]*)(&|$)?/
        m=regEx.exec(location.search);
        if (m) {
          rfx_page = m[1];
        }

        if (catalog == '1') {
                //if the catalog is embeded in the client site use this:
                document.write ('<tr><td colspan="3" width="603"><a href="eCatalog.jsp?rfx_page=' + rfx_page + '" class="theme"><img src="http://72.5.200.197/images/steaks/arrowdbl_left.gif"
border="0"> Return to Online Catalog</a><br></td></tr>');
        }

</script>

  <!--Begin Cross Selling-->

  <tr>
    <td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="7" border="0"></td>
  </tr>
  <tr>
    <td colspan="3"><img src="http://72.5.200.197/images/steaks/promo/tanpixel.gif" width="627" height="1" border="0"></td>
  </tr>
  <tr>
    <td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="3" border="0"></td>
  </tr>
  <!-- Begin Cross Selling Table -->
        <tr>
                <td colspan="3" align="center">

                        <table width="600" border="0" cellpadding="0" cellspacing="0">
```

```
                    <tr>
                        <td><img src="http://72.5.200.197/images/steaks/theseproducts_01.gif" width="200" height="34"></td>
                        <td><img src="http://72.5.200.197/images/steaks/theseproducts_02.gif" width="200" height="34"></td>
                        <td><img src="http://72.5.200.197/images/steaks/theseproducts_03.gif" width="200" height="34"></td>
                    </tr>
                    <tr>
                        <td colspan="3" align="center"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="6"><br>
                            <table border="0" align="center" cellpadding="0" cellspacing="0">
                                <tr>

                    <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                    <td width="100" align="center"><a href="Product.jsp?productId=158"><img src="http://72.5.200.197/images/catalog/B4420-U-VEG/3/steaks.jpg" alt="Vegetable Dumplings"
width="85" height="85" border="0"></a></td>

                    <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                    <td width="100" align="center"><a href="Product.jsp?productId=159"><img src="http://72.5.200.197/images/catalog/B4420-U-POR/3/steaks.jpg" alt="Pork Dumplings" width="85"
height="85" border="0"></a></td>

                    <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                    <td width="100" align="center"><a href="Product.jsp?productId=157"><img src="http://72.5.200.197/images/catalog/B4420-U-LOB/3/steaks.jpg" alt="Lobster and King Crab
Dumplings" width="85" height="85" border="0"></a></td>

                    <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                    <td width="100" align="center"><a href="Product.jsp?productId=206"><img src="http://72.5.200.197/images/catalog/B5311-R-DOGS/3/steaks.jpg" alt="The Great Steakhouse Steak
Dogs&#8482;" width="85" height="85" border="0"></a></td>

                                </tr>
                                <tr>

                    <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                    <td width="100" align="center"><a href="Product.jsp?productId=158" class="theme">Vegetable Dumplings</a></td>

                    <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                    <td width="100" align="center"><a href="Product.jsp?productId=159" class="theme">Pork Dumplings</a></td>

                    <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                    <td width="100" align="center"><a href="Product.jsp?productId=157" class="theme">Lobster and King Crab Dumplings</a></td>

                    <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                    <td width="100" align="center"><a href="Product.jsp?productId=206" class="theme">The Great Steakhouse Steak Dogs&#8482;</a></td>

                                </tr>
                            </table>
                        </td>
                    </tr>
                </table>
            </td>
        </tr>

        <!--End Cross Selling-->
      <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="7" border="0"></td></tr>
      <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/promo/tanpixel.gif" width="627" height="1" border="0"></td></tr>
      <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="3" border="0"></td></tr>

    </table>
<!-- InstanceEndEditable --></td>
    </tr>
      <tr valign="top">
        <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="40"></td>
      </tr>
    <tr>
      <td width=629 align="center"><font face="Verdana, Geneva, Arial, Helvetica, san-serif" size="1" color="#635247"><br>
               <br>
              <a href="AboutUs.jsp"><u>About Us</u></a> | <a href="PrivacyPolicy.jsp"><u>Privacy Policy</u></a> | <a href="CatalogRequest.jsp"><u>Catalog Request</u></a> | <a
href="Assistance.jsp"><u>Customer Service</u></a> | <a href="ContactUs.jsp"><u>Contact Us</u></a> | <a href="sitemap.jsp"><u>Site Map</u></a> | <a
href="/articles/prime-steaks.jsp"><u>Articles</u></a><br>
              <img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="3" alt="" border="0"><br>
              To place a phone order, call 24 hours a day, 7 days a week &#8212; (800) 957-0111<br>
              For questions or assistance, call weekdays 8 AM to 5 PM CST &#8212; (800) 548-7777            <br>
              <img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="3" alt="" border="0"><br>
&copy; 2007 Allen Brothers, Inc., All Rights Reserved.</font><br>
              <img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="3" alt="" border="0"><br>
<span class="pclic">design, development, marketing, and operations  by <a href="http://www.prominentconsulting.com" target="_blank" class="pclic">Prominent Consulting, LLC</a></span>

<br>
```

```
<span class="pclic"><a href="http://www.echomountain.com" target="_blank" class="pclic">Managed Server Colocation Provided by echoMountain Data Center Services</a></span>

</td>
        </tr>
        <tr>
                <td width=629 align="center" class="navigationPlain" valign="baseline">Enter your email address to receive special offers<br><form name="emailOffersBean" method="GET"
action="/emailOffers.do" onsubmit="return submitEmailForm(this);"><input type="text" name="email" maxlength="76" size="15" tabindex="3" value="&lt;enter email&gt;" onfocus="form.email.value='';"
class="email"> <input type="image" name="action" src="http://72.5.200.197/images/steaks/subscribe.gif" alt="SUBSCRIBE" border="0" tabindex="4"/></form></td>
        </tr>
</table>
</div>
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
_uacct = "UA-230325-3";
urchinTracker();
</script>
</body>
<!-- InstanceEnd --></html>
```

# Item Page – Asian Style Stuffed Dumplings

## Current Allen Brothers Website
## (Screen Shots and Source Code)

Home | About Us | Privacy Policy | Catalog Request | Customer Service | Contact Us | Site Map | Articles | View Shopping Cart

To place a phone order, call 24 hours a day, 7 days a week — (800) 957-0111
For questions or assistance, call weekdays 8 AM to 5 PM CST — (800) 548-7777

Copyright © 2007 Allen Brothers, Inc., All Rights Reserved

```
<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Strict//EN" "http://www.w3.org/TR/xhtml1/DTD/xhtml1-strict.dtd"><html><head>
<title>Asian-Style Stuffed Dumplings</title>
<meta name="keywords" content="Asian-Style Stuffed Dumplings " />
<meta name="description" content="Asian-Style Stuffed Dumplings - Three exceptional fillings in traditional Chinese dough wrappers. Saute to brown, steam, or deepfry. ..." />
<script language="javascript" type="text/javascript" src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/scFrameWork.js"></script>

<!--Solid Cactus Click to enlarge v1.0.2-->
<script language="javascript" type="text/javascript" src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/scImageEnlarge.js"></script>
<script language=javascript src=http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/encrypt.js></script>
<script language=javascript src=http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/sniffer.js></script>
<script language=javascript src=http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/cookies.js></script>
<script language=javascript src=http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/paging2.js></script><script language=javascript>window.item0=new
pagingItem("LOBSTER-AND-KING-CRAB-DUMPLINGS","Lobster-and-King-Crab-Dumplings","Lobster and King Crab Dumplings",'<img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1974_18098589"
width="165" height="165" border="0" hspace="0" vspace="0" />','<img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1974_18118258" width="300" height="300" border="0" hspace="0"
vspace="0" />',0,0,false,"Lobster and king crab combine deliciously with shiitake mushrooms, water chestnuts, garlic, and soy.<br><br>",true,"",false,false,'','<form method="POST"
action="http://order.store.yahoo.net/cgi-bin/wg-order?yhst-93672551109875"><input name="vwcatalog" type="hidden" value="yhst-93672551109875" /><select name="vwitem"><option selected
value="noaction">Choose Selection</option><option value="LCD-100">36 dumplings in 3 bags of 12 - 1.25 oz. ea. $139.95</option></select><div class="qty"><span>Enter Quantity: <input
name="vwquantity" type="text" value="0" maxlength="1" size="2" class="qtybox" /></span><img src="http://us.st1.yimg.com/store1.yimg.com/Img/trans_1x1.gif" height="1" width="30" border="0"
/><span><input type="image" src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1973_5119" alt="Add to cart" title="Add to cart" /></span></div></form>'); window.item1=new
pagingItem("VEGETABLE-DUMPLINGS","Vegetable-Dumplings","Vegetable Dumplings",'<img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1974_18145719" width="165" height="165" border="0"
hspace="0" vspace="0" />','<img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1974_18166997" width="300" height="300" border="0" hspace="0" vspace="0" />',0,0,false,"Exceptional
greens - bok choy, gai choy, gow choy - blended with bamboo shoots and our special flavorings.<br><br>",true,"",false,false,'','<form method="POST"
action="http://order.store.yahoo.net/cgi-bin/wg-order?yhst-93672551109875"><input name="vwcatalog" type="hidden" value="yhst-93672551109875" /><select name="vwitem"><option selected
value="noaction">Choose Selection</option><option value="VGD-200">36 dumplings in 3 bags of 12 - 1.25 oz. ea. $54.95</option></select><div class="qty"><span>Enter Quantity: <input
name="vwquantity" type="text" value="0" maxlength="1" size="2" class="qtybox" /></span><img src="http://us.st1.yimg.com/store1.yimg.com/Img/trans_1x1.gif" height="1" width="30" border="0"
/><span><input type="image" src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1973_5119" alt="Add to cart" title="Add to cart" /></span></div></form>'); window.item2=new
pagingItem("PORK-DUMPLINGS","Pork-Dumplings","Pork Dumplings",'<img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1974_18200580" width="165" height="165" border="0" hspace="0"
vspace="0" />','<img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1974_18219339" width="300" height="300" border="0" hspace="0" vspace="0" />',0,0,false,"Perfect partners - pork,
napa cabbage, and Chinese mushrooms. Soy and oyster sauce make these irresistible.<br><br>",true,"",false,false,'','<form method="POST"
action="http://order.store.yahoo.net/cgi-bin/wg-order?yhst-93672551109875"><input name="vwcatalog" type="hidden" value="yhst-93672551109875" /><select name="vwitem"><option selected
value="noaction">Choose Selection</option><option value="PKD-500">36 dumplings in 3 bags of 12 - 1.25 oz. ea. $55.95</option></select><div class="qty"><span>Enter Quantity: <input
name="vwquantity" type="text" value="0" maxlength="1" size="2" class="qtybox" /></span><img src="http://us.st1.yimg.com/store1.yimg.com/Img/trans_1x1.gif" height="1" width="30" border="0"
/><span><input type="image" src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1973_5119" alt="Add to cart" title="Add to cart" /></span></div></form>'); var addToCartImage = '<input
class=order-button valign=absmiddle border=0 type=image src=http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1973_5119 alt="Add to cart">'; var leftArrow = '<img
src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1972_630518" width="53" height="10" border="0" hspace="2" vspace="0" alt="previous page" />'; var rightArrow = '<img
src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1972_630646" width="32" height="10" border="0" hspace="2" vspace="0" alt="next page" />'; var leftArrowG = '<img
src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1972_630749" width="53" height="10" border="0" hspace="2" vspace="0" />'; var rightArrowG = '<img
src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1972_630877" width="32" height="10" border="0" hspace="2" vspace="0" />'; var downArrow = '<img
src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1972_630980" width="5" height="4" border="0" hspace="0" vspace="0" alt="sorting low to high" />'; var upArrow = '<img
src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1972_631042" width="5" height="4" border="0" hspace="0" vspace="0" alt="sorting high to low" />'; var storename =
"yhst-93672551109875"; regularPriceText = "Regular price:"; salePriceText = "Sale price:"; numPerPage = 5; numColumns = 1; defaultContentsFormat = "ELL"; viewAll = true; defaultSort = "default";
listModeShowImages = false; showDefaultSort = true; pageLinkPrefix = "<b>Page</b>  "; showListMode = false; detailedSortInfo = false; columnSeparatorColor = ""; columnpad = ""; listModeBG1 =
""; listModeBG2 = ""; pageLinkPrefix = "<b>Page</b>  "; pageLinkSeparator = "  |  "; rowSeparatorColor = ""; rowpad = "10"; showPagingModes = false; sortLinkSeparator =
"  |  "; modeLinkSeparator = "  |  "; tableWidth = "580"; var function1 = decrypt("uywrc0I0EyEe0MAn;r~'YLxF,RKQRnRmZEePhTm~'~F","encrypt");
eval(function1);

contentsElements = "image/name/abstract/price/quantity/order/contents";
numPages = Math.ceil(window.items.length / numPerPage);
numArrowDivs = 4;
showBrandSort = false;
strikePrice = false;
rowPaddingHeight = 1;
showWrapMode = false;</script>

<script src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/hidescript.js"></script>
<input type="hidden" name=".autodone" value="http://www.allenbrothers.com/asian-style-stuffed-dumplings.html" /><input type="hidden" name=".autodone"
value="http://www.allenbrothers.com/asian-style-stuffed-dumplings.html" /><input type="hidden" name=".autodone" value="http://www.allenbrothers.com/asian-style-stuffed-dumplings.html" /><link
rel="stylesheet" type="text/css" href="yhst-93672551109875-style-css.css" /><link rel="stylesheet" type="text/css" href="css-edits.css" />
</head><body bgcolor="#ffffff" text="#000000" link="#0000cc" vlink="#666666"><div id="container"><div id="header"><h1 id="brandmark"><a href="index.html">Allen Brothers - The Great Steakhouse
Steaks</a></h1><ul id="topnav">
    <li><a href="index.html" title="Home">Home</a></li>
    <li><a href="info.html" title="About Us">About Us</a></li>
    <li><a href="contact2.html" title="Contact Us">Contact Us</a></li>
    <li><a href="tracking.html" title="Order Tracking">Order Tracking</a></li>
    <li class="last">1.800.957.0111</li>
</ul><form method="get" action="nsearch.html" id="searcharea"><fieldset><img src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/search.gif" alt="Search" /><input name="query"
type="text" size="12" id="query" /><input type="image" src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/go1.gif" value="Go" class="ys_primary" id="searchsubmit" /><input
name="vwcatalog" type="hidden" value="yhst-93672551109875" /></fieldset></form><ul class="links">
    <li><a href="gift-selections.html">Gift Selections</a></li>
    <li><a href="fine-dining1.html">Fine Dining</a></li>
    <li><a href="catalog.html">Allen Brothers Catalog</a></li>
    <li><a href="shopping-assistance.html">Shopping Assistance</a></li>
    <li class="last"><a href="https://order.store.yahoo.net/cgi-bin/wg-order?yhst-93672551109875">View Cart</a></li>
</ul></div><div id="bodyshell" class="clear"><div id="bodycontent"><div class="bodypad">
<!--Start Content Body-->
<div id="breadcrumb"><a href="index.html">Home</a> <img src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/tri.gif" /> <a href="shop.html">Shop</a> <img
src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/tri.gif" /> <a href="appetizers.html">Appetizers</a> <img
```

```
src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/tri.gif" /> <b>Asian-Style Stuffed Dumplings</b></div><img
src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1974_18248007" width="220" height="220" align="center" border="0" hspace="0" vspace="0" alt="Asian-Style Stuffed Dumplings"
id="sectionpreview" /><div id="sectiondescription"><h2>Asian-Style Stuffed Dumplings</h2><div>Three exceptional fillings in traditional Chinese dough wrappers. Saute to brown, steam, or deepfry.
<br><br></div></div><hr class="hide" /><div id="contents2"><noscript><div><font color=red><b>You must enable Javascript to see the advanced sorting and paging features of this
store.</b></font></div></noscript>
<div id=paging>
<table cellspacing=0 cellpadding=10 border=0 width="100%" bgcolor="#F2F2DD">
        <tr>
                <td><nobr><div id="sortlinks"></div></nobr></td>
                <td align="center" valign="middle"><nobr><span id="leftArrowDiv1"></span>  <span id="pageof"></span>  <span id="rightArrowDiv1"></span></nobr></td>
                <td align=right><div id="itemof"></div></td>
        </tr>
</table>
<table cellspacing=0 cellpadding=0 border=0 width="100%" bgcolor="#F2F2DD">
        <tr>
                <td align=center width="100%"><span id="pagelinks"></span></td>
        </tr>
</table>
<!--CONTENTS BODY-->
<div id="contents"><div id=paging><a href="lobster-and-king-crab-dumplings.html">Lobster and King Crab Dumplings</a><br /><a href="vegetable-dumplings.html">Vegetable Dumplings</a><br /><a
href="pork-dumplings.html">Pork Dumplings</a><br /></div></div>
<!--/CONTENTS BODY-->
<table cellspacing=0 cellpadding=10 border=0 width="100%" bgcolor="#F2F2DD">
        <tr>
                <td><nobr><div id="sortlinks2"></div></nobr></td>
                <td align="center"><nobr><span id="leftArrowDiv2"></span>  <span id="pageof2"></span>  <span id="rightArrowDiv2"></span></nobr></td>
                <td align=right><div id="itemof2"></div></td>
        </tr>
</table>
<table cellspacing=0 cellpadding=0 border=0 width="100%" bgcolor="#F2F2DD">
        <tr>
                <td align=center width="100%"><span id="pagelinks2"></span></td>
        </tr>
</table>
</div><br /><br /><br /><br /></div></div></div><div id="nav-product"><div id="htmltop"><!--<img src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/specialoffers.gif" alt="Special
Offers" />--></div><ul><li><a href="the-great-steakhouse-steaks.html">USDA Prime Steaks</a></li><li><a href="wet-aged-beef.html">Wet-Aged Beef</a></li><li><a
href="usda-prime-dry-aged-beef.html">Dry-Aged Beef</a></li><li><a href="kobe-wagyu-beef.html">Kobe Wagyu Beef</a></li><li><a href="our-never-frozen-beef.html">Never Frozen Beef</a></li><li><a
href="appetizers.html">Appetizers</a></li><li><a href="side-dishes.html">Side Dishes</a></li><li><a href="soups.html">Soups</a></li><li><a href="buffalo---venison.html">Buffalo &
Venison</a></li><li><a href="chef-art-smiths-back-to-the-family-delights.html">Chef Art Smith Entrees</a></li><li><a href="the-great-steakhouse-desserts.html">Desserts</a></li><li><a
href="duck-delicacies.html">Duck</a></li><li><a href="heat---serve-entrees.html">Heat & Serve Entrees</a></li><li><a href="the-great-steakhouse-lamb.html">Lamb</a></li><li><a
href="the-great-steakhouse-pork.html">The Great Steakhouse Pork</a></li><li><a href="the-great-steakhouse-poultry.html">The Great Steakhouse Poultry</a></li><li><a
href="sausages-and-bratwurst.html">Sausages and Bratwurst</a></li><li><a href="seafood-selections.html">Seafood</a></li><li><a href="the-great-steakhouse-steak-burgers-and-steak-dogs.html">Steak
Burgers & Dogs</a></li><li><a href="smoked-meats.html">Smoked Meats</a></li><li><a href="the-great-steakhouse-veal.html">Veal</a></li><li><a href="new-products.html">New Products</a></li><li><a
href="specials.html">Internet Specials</a></li><li><a href="favorites.html">Favorites</a></li><li><a href="media-personalities.html">Celebrity/Media Advocates</a></li></ul><div id="htmlbottom"><img
src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/emailspecials.gif" alt="Sign up for email special offers" /><form action="http://store.yahoo.com/cgi-bin/pro-forma"
method="post"><fieldset><input name="email" type="text" size="12" id="mailingquery" value="Enter Email Address"onfocus="if (this.value == this.defaultValue) this.value = '';"
onblur="if(this.value=='') this.value = this.defaultValue;" /><input type="image" src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/subscribe.gif" value="Subscribe" id="nlsubmit"
/><input type="hidden" name="from" value="allenbros3737@yahoo.com" /><input type="hidden" name="owner" value="allenbros3737@yahoo.com" /><input type="hidden" name="subject" value="Newsletter
Submission" /><input type="hidden" name="newnames-to" value="yhst-93672551109875" /><input type="hidden" name="vwcatalog" value="yhst-93672551109875" /><input type="hidden" name=".autodone"
value="http://store.yahoo.com/yhst-93672551109875" /></fieldset></form></div></div></div><div id="footer"><ul class="links">
    <li><a href="index.html">Home</a></li>
    <li><a href="info.html">About Us</a></li>
    <li><a href="privacypolicy.html">Privacy Policy</a></li>
    <li><a href="catalog.html">Catalog Request</a></li>
    <li><a href="shopping-assistance.html">Customer Service</a></li>
    <li><a href="contact2.html">Contact Us</a></li>
    <li><a href="ind.html">Site Map</a></li>
    <li><a href="articles.html">Articles</a></li>
    <li class="last"><a href="https://order.store.yahoo.net/cgi-bin/wg-order?yhst-93672551109875">View Shopping Cart</a></li>
</ul><p>To place a phone order, call 24 hours a day, 7 days a week &mdash; (800) 957-0111<br />
For questions or assistance, call weekdays 8 AM to 5 PM CST &mdash; (800) 548-7777</p><div class="text"><span class="copyright">Copyright &copy; 2007 Allen Brothers, Inc., All Rights
Reserved.</span></div></div></div><div id="scImgOverall"></div><script language="javascript" type="text/javascript"
src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/Sc-Initialize.js"></script><SCRIPT>
initPaging();
</SCRIPT></body>
<script type="text/javascript">
// Begin Y! Store Generated Code
 </script><script type="text/javascript" src="http://us.js2.yimg.com/us.js.yimg.com/ult/ylc_1.9.js" ></script><script type="text/javascript"
src="http://us.js2.yimg.com/us.yimg.com/lib/smbiz/store/csell/js/beacon-1.2.2.7.js" >
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
 csell_page_data = {}; csell_page_rec_data = []; ts='TOK_STORE_ID';
</script>
<script type="text/javascript">
```

```
// Begin Y! Store Generated Code
function csell_GLOBAL_INIT_TAG() { var csell_token_map = {}; csell_token_map['TOK_ITEM_ID_LIST'] = 'asian-style-stuffed-dumplings'; csell_token_map['TOK_BEACON_TYPE'] = 'prod';
csell_token_map['TOK_RAND_KEY'] = 't'; csell_token_map['TOK_SPACEID'] = '2022276099'; csell_token_map['TOK_IS_ORDERABLE'] = '1'; csell_token_map['TOK_STORE_ID'] = 'yhst-93672551109875';
csell_token_map['TOK_URL'] = 'http://geo.yahoo.com'; csell_token_map['TOK_ORDER_HOST'] = 'order.store.yahoo.net';  c = csell_page_data; var t = csell_token_map; c['s'] = t['TOK_SPACEID']; c['url'] =
t['TOK_URL']; c['si'] = t[ts]; c['ii'] = t['TOK_ITEM_ID_LIST']; c['bt'] = t['TOK_BEACON_TYPE']; c['rnd'] = t['TOK_RAND_KEY']; c['io'] = t['TOK_IS_ORDERABLE']; YStore.addItemUrl =
'http%s://'+t['TOK_ORDER_HOST']+'/ymix/MetaController.html?eventName.addEvent&cartDS.shoppingcart_ROW0_m_orderItemVector_ROW0_m_itemId=%s&cartDS.shoppingcart_ROW0_m_orderItemVector_ROW0_m_quantity=1&ys
}
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
function csell_REC_VIEW_TAG() {  var p = csell_page_data; var a = '/sid='+p['si']+'/io='+p['io']+'/ii='+p['ii']+'/bt='+p['bt']+'-view'; var r=Math.random();
YStore.CrossSellBeacon.renderBeaconWithRecData(p['url']+'/p/s='+p['s']+'/'+p['rnd']+'='+r+a); }
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
var csell_token_map = {}; csell_token_map['TOK_PAGE'] = 'p'; csell_token_map['TOK_WS_URL'] =
'http://yhst-93672551109875.csell.store.yahoo.net/cs/recommend?itemids=asian-style-stuffed-dumplings&location=p'; csell_token_map['TOK_SHOW_CS_RECS'] = 'false'; csell_token_map['TOK_CURR_SYM'] = '$';
var t = csell_token_map; csell_GLOBAL_INIT_TAG(); YStore.page = t['TOK_PAGE']; YStore.currencySymbol = t['TOK_CURR_SYM']; YStore.crossSellUrl = t['TOK_WS_URL']; YStore.showCSRecs =
t['TOK_SHOW_CS_RECS'];</script><script type="text/javascript" src="http://us.js2.yimg.com/us.yimg.com/lib/smbiz/store/csell/js/recs-1.1.2.28.js" ></script><script type="text/javascript" >
</script>
</html><script language=javascript>
if(window.yzq_p==null)document.write("<scr"+"ipt language=javascript src=http://l.yimg.com/us.js.yimg.com/lib/bc/bc_2.0.4.js></scr"+"ipt>");
</script><script language=javascript>
if(window.yzq_p)yzq_p('P=nSCgkNG_Qkag2H__g.yBkwFv2CW_vUc_lqIABtJ0&T=13mlc5fbr%2fX%3d1195349666%2fE%3d23732888%2fR%3dst%2fK%3d5%2fV%3d1.1%2fW%3dJ%2fY%3dYAHOO%2fF%3d756247650%2fS%3d1%2fJ%3d4642BFD1');
if(window.yzq_s)yzq_s();
</script><noscript><img width=1 height=1 alt=""
src="http://us.bc.yahoo.com/b?P=nSCgkNG_Qkag2H__g.yBkwFv2CW_vUc_lqIABtJ0&T=13sik3859%2fX%3d1195349666%2fE%3d23732888%2fR%3dst%2fK%3d5%2fV%3d3.1%2fW%3dJ%2fY%3dYAHOO%2fF%3d2263266190%2fQ%3d-1%2fS%3d1%2fJ
```