# ALLEN BROTHERS
### The Great Steakhouse Steaks®

SEARCH › [ ] GO

| GIFT SELECTIONS | FINE DINING | ALLEN BROTHERS CATALOG | SHOPPING ASSISTANCE | VIEW CART |

- USDA Prime Steaks
- Wet-Aged Beef
- Dry-Aged Beef
- Kobe Wagyu Beef
- Never Frozen Beef
- Appetizers
- Side Dishes
- Soups
- Buffalo & Venison
- Chef Art Smith Entrees
- Desserts
- Duck
- Heat & Serve Entrees
- Lamb
- The Great Steakhouse Pork
- The Great Steakhouse Poultry
- Sausages and Bratwurst
- Seafood
- Steak Burgers & Dogs
- Smoked Meats
- Veal
- New Products
- Internet Specials
- Favorites
- Celebrity/Media Advocates

SIGN UP FOR EMAIL SPECIAL OFFERS!
[Enter Email Address]
SUBSCRIBE

Home › Shop › The Great Steakhouse Poultry › Whole Turkey



⊕ CLICK FOR ENLARGED VIEW
Cooking Suggestions

**Whole Turkey**

Our turkeys are fed a soybean-based diet in a natural feeding process, producing a tastier, more flavorful bird with varied weights. Ready to cook. One unstuffed 12- to 16-pound turkey serves 12 to 16, about one pound of turkey per person.

**ORDERING INFORMATION**

1 turkey - 12 to 16 lbs.    $79.95   Qty. [ 0 ]
Item # 99871

ADD TO CART

---

Home | About Us | Privacy Policy | Catalog Request | Customer Service | Contact Us | Site Map | Articles | View Shopping Cart

To place a phone order, call 24 hours a day, 7 days a week — (800) 957-0111
For questions or assistance, call weekdays 8 AM to 5 PM CST — (800) 548-7777

Copyright © 2007 Allen Brothers, Inc., All Rights Reserved.

```html
<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Strict//EN" "http://www.w3.org/TR/xhtml1/DTD/xhtml1-strict.dtd"><html><head>
<title>Whole Turkey</title>
<meta name="keywords" content="Whole Turkey" />
<meta name="description" content="Whole Turkey - Our turkeys are fed a soybean-based diet in a natural feeding process, producing a tastier, more flavorful bird with varied weights. Ready to cook. One unstuffed 12- to 16-pound turkey ..." />
<script language="javascript" type="text/javascript"><!--
<!--Solid Cactus Click to enlarge v3.0.2-->
<script src="http://e.ying.com/lib/yhst-93672551109875/hidescript.js"></script>
<link rel="stylesheet" type="text/css" href="http://e.ying.com/lib/yhst-93672551109875/style.css" />
</head><body bgcolor="#ffffff" text="#000000" vlink="#666666"><div id="container"><div id="header"><h1 id="brandmark"><a href="index.html">Allen Brothers - The Great Steakhouse</a></h1><ul id="topnav">
<li><a href="index.html" title="Home">Home</a></li>
<li><a href="info.html" title="About Us">About Us</a></li>
<li><a href="contact2.html" title="Contact Us">Contact Us</a></li>
<li><a href="tracking.html" title="Order Tracking">Order Tracking</a></li>
<li class="last">1.800.957.0111</li>
</ul><form method="get" action="search.html" id="searcharea"><fieldset><img src="http://e.ying.com/lib/yhst-93672551109875/search.gif" alt="Search" /><input name="query" type="text" size="12" id="query" /><input type="image" src="http://e.ying.com/lib/yhst-93672551109875/go1.gif" value="Go" class="ys_primary" id="searchsubmit" /><input name="vwcatalog" type="hidden" value="yhst-93672551109875" />
<li><a href="gift_selections.html" title="Gift Selections">Gift Selections</a></li>
<li><a href="fine-dining1.html" title="Fine Dining">Fine Dining</a></li>
<li><a href="https://order.store.yahoo.net/cgi-bin/wg-order?yhst-93672551109875" class="clear"><div id="bodycontent"><div class="bodypad">
<!-- Start Content Body -->
<div id="breadcrumb"><a href="index.html">Home</a> <a href="the-great-steakhouse-poultry.html">The Great Steakhouse Poultry</a> <img src="http://e.ying.com/lib/yhst-93672551109875/tri.gif" /></div>
...
```

```
<li class="last"><a href="http://order.store.yahoo.net/cgi-bin/wg-order?ymhst=536725511098975">View Shopping Cart</a></li>
</ul><p>To place a phone order, call 24 hours a day, 7 days a week (ends), (800) 957-0111<br />
For questions or assistance, call weekdays 8 AM to 5 PM CST (ends), (800) 548-7777</p><div class="copyright">Copyright &copy; 2007 Allen Brothers, Inc. All Rights
Reserved.</span></div></div><div id="schingOverall"></script language="javascript" type="text/javascript">
<script type="text/javascript"
src="http://e.ying.com/lib/store.g.ying.com/lib/yhst-536725511098975/SC_Initialize.js"></script></body>
</script><script type="text/javascript"
src="http://us.js2.ying.com/us.js.ying.com/ult/ylc_1.9.js" ></script><script type="text/javascript">
// Begin Y! Store Generated Code
</script>
<script type="text/javascript"
src="http://us.js2.ying.com/us/smbiz/store/csell/js/beacon-1.2.2.js">
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
csell_page_data = {}; ts="TOK_STORE_ID";
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
function csell_GLOBAL_INIT_TAG() { var csell_token_map = {}; csell_token_map['TOK_ITEM_ID_LIST'] = 'whole-turkey'; csell_token_map['TOK_BEACON_TYPE'] = 'prod'; csell_token_map['TOK_RAND_KEY'] = 't';
csell_token_map['TOK_SPACEID'] = '202227609S'; csell_token_map['TOK_IS_ORDERABLE'] = '1'; csell_token_map['TOK_STORE_ID'] = 'yhst-536725511098975'; csell_token_map['TOK_URL'] = 'http://gec.yahoo.com';
csell_token_map['TOK_ORDER_HOST'] = 'order.store.yahoo.net'; c = csell_token_map; c['s'] = t['TOK_SPACEID']; c['url'] = t['TOK_URL']; c['si'] = t[s]; c['li'] =
t['TOK_ITEM_ID_LIST']; c['bt'] = t['TOK_BEACON_TYPE']; c['rnd'] = t['TOK_RAND_KEY']; c['io'] = t['TOK_IS_ORDERABLE']; YStore.additemUrl =
'https://' + t['TOK_ORDER_HOST'] + '/ymix/MetaController.html?eventName.addEventScartDS.shoppingcart_ROWO_m_orderItemVector_ROWO_m_quantity=1&ye
}
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
function csell_REC_VIEW_TAG() { var p = csell_page_data; var a = '/srd='+p['si']+'/io='+p['io']+'/li='+p['li']+'/bc='+p['bt']+'/view'; var r=Math.random();
YStore.crossSellBeacon.renderBeaconWithRecData(p[url]+'/p/s='+p['s']+'/'+p['rnd']+'='+r+a); }
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
var csell_token_map = {}; csell_token_map['TOK_WS_URL'] = 'http://yhst-536725511098875.csell.store.yahoo.net/cs/recommend?itemids=whole-turkey&location=p';
csell_token_map['TOK_SHOW_CS_RECS'] = 'false'; csell_token_map['TOK_CURR_SYM'] = '$'; var t = csell_token_map; csell_GLOBAL_INIT_TAG(); YStore.page = t['TOK_PAGE']; YStore.currencySymbol =
t['TOK_CURR_SYM']; YStore.crossSellUrl = t['TOK_WS_URL']; YStore.showCSRecs = t['TOK_SHOW_CS_RECS'];</script><script type="text/javascript"
src="http://us.js2.ying.com/us/smbiz/store/csell/js/recs-1.1.2.38.js" ></script><script type="text/javascript" >
</script>
</html><script language=javascript src="http://l.ying.com/us.js.ying.com/lib/bc/bc_2.0.4.js"></scr"+"ipt>");
if(window.yzq_p==null)document.write("<scr"+"ipt language=javascript src=http://"+
l.ying.com/us.js.ying.com/lib/bc/bc_2.0.4.js"></scr"+"ipt>");
if(window.yzq_p)yzq_p(!"P=jun_w9G_QhouBwoj._233QFS2CW_vdc_XpsAByeFKTiDnhb33186zfx8dl19533532328f8363d23732608882Rtdds21K3d5z3fV83d1.12fw3d5z21Y3dYAH0OSz2f8%3d2018225389;1f8536d121Jd1d1AA2Fd1");
if(window.yzq_s)yzq_s();
</script><noscript><img width=1 height=1 alt=""
src="http://us.bc.yahoo.com/b?P=jun_w9G_QhouBwoj._233QFS2CW_vdc_XpsAByeFKTiDnhb33186zfx8dl19533532328f8363d23732608882Rtdds21K3d5z3fV83d1.12fw3d5z21Y3dYAH0OSz2f8%3d201822538965
```

file:///C:/Documents%20and%20Settings/miguely/Desktop/AllenBros/ProductPage2/product... 2 of 2

view-source:file:///C:/Documents%20and%20Settings/miguely/Desktop/AllenBros/ProductP...

11/17/2007 4:55 PM

**JavaScript - http://www.allenbrothers.com/whole-turkey.html**

http://www.allenbrothers.com/whole-turkey.html

http://e.yimg.com/lib/yhst-93672551109875/scFrameWork.js

```
/*
This file contains all commonly used functions by Solid Cactus
version 1.0
last modified: Sunil Lukose
modified date: 08/31/06
*/

/*
1. SC_init() - call all functions that needs to be initialized in this function
Notes: This function should be called just before the end </body> tag

2. SC_getTagArray - Returns array of elements
Syntax - SC_getTagArray(sTagName,oDomElement)
e.g. - SC_getTagArray("a",oObj);
Notes: if domElement is not supplied it defaults to document

3. SC_setAttributes - Sets attributes on a dom Element
Syntax - SC_setAttributes(oDomElement,sAttrList)
e.g. - SC_setAttributes(oObj,"width","500px","top","0");
NOTES: attributes should be in name value pair you can pass one or more sets of attributes

4. SC_getObj(sObjid) - Returns a object for the passed ID
e.g. - SC_getObj("contents");
*/

function SC() {};

SCClass=SC.prototype;
var scClass = new SC();

SC.getTagArray = function(sTagName,oObj){
    aTagArray = null;
    oObj = (oObj) ? oObj : document;
    if(oObj.getElementsByTagName)
        aTagArray = oObj.getElementsByTagName(sTagName);
    return aTagArray;
}

SC.setAttributes = function(oObj){
```

```javascript
			if(arguments.length > 1){
				for(var i=1; i<arguments.length; i+=2){
					oObj[arguments[i]] = arguments[i+1];
				}
			}
		}
	}
	SC.getObj = function(sObjId){
		var oObj = null;
		if (document.getElementById)
			oObj = document.getElementById(sObjId);
		else if (document.all)
			oObj = document.all[sObjId];
		else if (document.layers)
			oObj = document.layers[sObjId];
		return oObj;
	}
	SC.createElement = function(sTagName){
		var oObj = document.createElement(sTagName);
		if(arguments.length > 1){
			for(var i=1; i<arguments.length; i+=2){
				if(arguments[i] == "txt"){
					var oText = document.createTextNode(arguments[i+1]);
					oObj.appendChild(oText);
				}
				else
					oObj[arguments[i]] = arguments[i+1];
			}
		}
		return oObj;
	}
	SC.appendElement = function(oAppendTo){
		var cAppendTo = (oAppendTo) ? oAppendTo : document.body;
		if(arguments.length > 1){
			for(var i=1; i<arguments.length; i++){
				cAppendTo.appendChild(arguments[i]);
			}
		}
	}
	SC.createAppend = function(sTagName,oObj){
		var oObj = (oObj)? oObj : document.body;
		var oTagObj = document.createElement(sTagName);
		if(arguments.length > 2){
			for(var i=2; i<arguments.length; i+=2){
```

```
}
eTagObj[arguments[i]] = arguments[i+1];
}
oObj.appendChild(eTagObj);
}
SC.showHide = function(oObj,sDisplay){
oObj.style.display = sDisplay;
}
String.prototype.trim=function(){
if (this==null) return null;
return this.trimEnd(this.trimStart());
}
String.prototype.trimEnd=function(){
if (this==null) return null;
var re = /((\s*\S+)*)\s*/;
return this.replace(re, "$1");
}
String.prototype.trimStart=function(){
if (this==null) return null;
var re = /\s*(\S+\s*)/;
return this.replace(re, "$1");
}
```

http://e.yimg.com/lib/yhst-93672551109875/scimageEnlarge.js

```
var Y_X_ function O0(O0){var IO=SC.getTagArray("\x53\x6f\x45\x63T"); for (var I=0; I<IO.length; I++){ IO="sh\x6f\x77";var IC=I0[I].className.replace("\x65\x6e\x6dSelect\x74","");  SC.setAttributes(IO[I], "cla\x73sa\x6e6e"
```

http://e.yimg.com/lib/yhst-93672551109875/hidescript.js

```
function unhide(id)
{
var a = document.getElementById(id);
if (a) {
var newWin = window.open('','','width=460,height=300,resizable=1,scrollbars=1,status=1','');
newWin.document.write('');
newWin.document.close();
var styles = document.getElementsByTagName('link');
for (var i = 0, j = styles.length; i < j; i++) {
if (styles[i].getAttribute('rel').indexOf('style') != -1) {
var b = newWin.document.createElement('link');
with (styles[i]) {
b.href = href;
b.type = type;
b.rel = rel;
}
}
}
}
}
```

```
if(typeof YAHOO=="undefined"){YAHOO={};}
if(!YAHOO.ULI){YAHOO.ULI={};}
if(!YAHOO.ULI.BEACON){YAHOO.ULI.BEACON="http://geo.yahoo.com/t";}
if(!YAHOO.ULI.IMG){YAHOO.ULI.IMG=new Image();}
if(!YAHOO.ULI.SRC_SPACEID_KEY=="_S";YAHOO.ULI.DEST_SPACEID_KEY=".s";YAHOO.ULI.LIBSRC2,YAHOO.ULI.CTRL_C="\x03";YAHOO.ULI.CTRL_D="\x04";YAHOO.ULI.BASE64_STR="ABCDEFGHIJKLMNOP"+"QRSTUVWXYZabcdef"+"ghijklmnopqrstuv"+"wxy
P[k]=YAHOO.ULI.YLC_LIBSRC;var ks=1;var i=0;for(var k in p)var v=p[k];if(typeof(v)=='undefined'){v=p[k]="";}
if(k.length>8){return u;}
if(k.indexOf('.')!=-1){return u;}
if(!YAHOO.ULI.has_ctrl_char(k)||!YAHOO.ULI.has_ctrl_char(v)){return u;}
ks+=i+k;
ks=ks.ssrc();var f={};for(i=0;i<ks.length;i++){if(i+ks[i]!=YAHOO.ULI.CTRL_C+pks[i]){
f[pks[i]]=p[pks[i]];}}
p=f;_ylc="*YAHOO.ULI.encode64(ssrc)+"/*";.indexOf('/*')=-1){return u;}
if(i==-1){i=u.indexOf("?");}
if(i==-1){return u+"/*/"+_ylc;}else{return u.substring(0,i)+"-u.substring(i);}};YAHOO.ULI.beacon_click=function(p){if(!p){p={};}
if(!p.url){var url=YAHOO.ULI.track_click(YAHOO.ULI.BEACON,p);url=-1?"t=+Math.random();}
return true;};YAHOO.ULI.has_ctrl_char=function(s){for(var i=0;i<s.length;i++){if(s.charCodeAt(i)<0x20){return true;}
return false;};YAHOO.ULI.encode64=function(input){var output="";var chr1,chr2,chr3,enc1,enc2,enc3,enc4;var i=0;do{chr1=input.charCodeAt(i++);chr2=input.charCodeAt(i++);chr3=input.charCodeAt(i++);enc1=chr1>>2;enc2=((chr1&3)<<4)|(chr2>>4);enc3=((chr2&15)<<2)|(chr3>>6);enc4=chr3&63;if(isNaN(chr2)){enc3=enc4=64;}else if(isNaN(chr3)){enc4=64;}
output=output+YAHOO.ULI.BASE64_STR.charAt(enc1)+YAHOO.ULI.BASE64_STR.charAt(enc2)+YAHOO.ULI.BASE64_STR.charAt(enc3)+YAHOO.ULI.BASE64_STR.charAt(enc4);}while(i<input.length);return output;};}());
```

http://us.js2.yimg.com/us.yimg.com/lib/smbiz/store/csell/js/beacon-1.2.7.js

```
/*
 * Namespace Declarations.
 */
var YStore = window.YStore || {};

/*
 * Cross Sell Beacon Common Code
 */
```

http://us.js2.yimg.com/us.yimg.com/lib/ylc_1.9.js

// Begin Y! Store Generated Code

Inline Script from http://www.allenbrothers.com/whole-turkey.html

/*End SC Click to Enlarge v3.0.0 init calls*/

http://e.yimg.com/lib/store.o.yimg.com/lib/yhst-93672551109875/Sc-initialize.js

// Add all onload and init functions in this file

/*Start SC Click to Enlarge v3.0.0 init function calls*/
var scWaitWarn = false;
scImgEnlargeInit();
window.onresize = function(){
    scWinResize();
};

try{

    document.execCommand('BackgroundImageCache', false, true);

}catch(e){}

}

newin.document.getElementsByTagName('body')[0].innerHTML += a.innerHTML;
newin.document.getElementsByTagName('head')[0].appendChild(b);

```javascript
/* This object contains functions and variables common to all Cross Sell Beacon stuff ........ */
ystore.CrossSellBeacon = function() {
    return {
        lastViewBeaconUrl: '',

        validateKeys: function(obj, keyList) {
            for(var i = 0, len = keyList.length; i < len; i++) {
                var k = keyList[i];
                if (obj[k] == null || obj[k] === undefined) {
                    return false;
                }
            }
            return true;
        },

        addBeaconData: function(urlId, itemId, modelName, seqIndex, vibesData) {
            if (urlId === undefined || urlId == null ||
                itemId === undefined || itemId == null) {
                // LOG THIS
                return;
            }
            cseli_page_rec_data[urlId] = {};
            cseli_page_rec_data[urlId][itemId] = {}; // optional - only used for click beacon
            cseli_page_rec_data[urlId][itemId][seqIndex] = {}; // optional - only used for click beacon
            cseli_page_rec_data[urlId][itemId][seqIndex][vibesData.key] = vibesData;
            // add vibes data
            if (typeof vibesData == 'object') {
                for(var key in vibesData) {
                    if (typeof vibesData[key] == 'string') {
                        cseli_page_rec_data[urlId][key] = vibesData[key];
                    }
                }
            }
        },

        renderBeaconWithRecData: function(url) {
            if (url == null || url == undefined) {
                // LOG THIS
                return;
            }
            var vibesDataStr = '';
            if (typeof YStore.CrossSellBeacon.vibesData == 'object') {
                for(var key in YStore.CrossSellBeacon.vibesData) {
                    if (typeof YStore.CrossSellBeacon.vibesData[key] == 'string') {
                        vibesDataStr += '/' + key + '/' + YStore.CrossSellBeacon.vibesData[key];
                    }
                }
            }
            var dupeMap = {};
            for(var key in cseli_page_rec_data) {
                if (typeof dupeMap[cseli_page_rec_data[key]['i']] !== 'undefined') {
                    // key indicates which rec this is for
                    cseli_page_rec_data_str += '&' + cseli_page_rec_data[key]['i'];
                    continue;
                }
                for(var vkey in cseli_page_rec_data[key]) {
                    var vval = cseli_page_rec_data[key][vkey];
                    if (typeof vval === 'string') {
                        if (vkey.substr(0, 2)) {
                            cseli_page_rec_data_str += ',';
                        }
                    }
                }
                dupeMap[cseli_page_rec_data[key]['i']] = 1;
            }
            var img = new Image();
            lastViewBeaconUrl = url + vibesDataStr + '/recs/' + cseli_page_rec_data_str;
            img.src = lastViewBeaconUrl;
        }
        // Should ONLY be called after anchor tag that urlId refers to has been rendered
        sectionTagUrl: function(urlId) {
```

```javascript
    if (urid == null || urid == undefined) {
        // LOG THIS
        return;
    }
    var e = document.getElementById(urid);
    if (e == undefined || e == null) {
        // LOG THIS
        return;
    }
    if (cseli_page_rec_data[urid] == undefined) {
        // LOG THIS
        return;
    }
    var recData = cseli_page_rec_data[urid];
    if (false == this.validateKeys(recData, ['u', 'si'])) {
        // LOG THIS
        return;
    }
    if (false == this.validateKeys(cseli_page_data, ['si', 'bt', 's'])) {
        // LOG THIS
        return;
    }

    var uri = recData['u'];

    // Possibly optimize so we do not need to copy as many fields have this initialized on once render
    // in addClickTagData func
    if (typeof YStore.CrossSellBeacon.vibesData === 'object') {
        for (var vkey in YStore.CrossSellBeacon.vibesData) {
            if (typeof YStore.CrossSellBeacon.vibesData[vkey] == 'string') {
                data[vkey] = YStore.CrossSellBeacon.vibesData[vkey];
            }
        }
    }

    // add vibes data for target item
    for (var vkey in recData) {
        var vval = recData[vkey];
        if (typeof vval == 'string') {
            if ('v' == vkey.substr(0, 2)) {
                data[vkey] = recData[vkey];
            }
        }
    }

    // add vibes global data
    data[YAHOO.NPT.SRC_SPACEID_KEY] = cseli_page_data['s'];
    data.inArray = '';

    var el = document.getElementById(urid);
    var url = YAHOO.NPT.track_click(url, data);
    el.href = url;
};

}

// Begin Y! Store Generated Code
function cseli_page_rec_data = {}; use="TOK_STORE_ID";
Inline Script from http://www.allenbrothers.com/whole-turkey.html

// Begin Y! Store Generated Code
function cseli_GLOBAL_INIT_TAG() { var cseli_token_map = {}; cseli_token_map["TOK_ITEM_ID_LIST"] = 'whole-turkey'; cseli_token_map["TOK_BEACON_TYPE"] = 'prod'; cseli_token_map["TOK_RAND_KEY"] = ''; cseli_token_map["TOK_PAGE_URL"] = '/side/pl-s:1-/sc=-pl:101'-/li=-pl:2-/bc=-pl:bc'-/view'; var r=Math.random(); YStore.CrossSellBeacon.renderBeacon(threadData(p)[url],'/p
Inline Script from http://www.allenbrothers.com/whole-turkey.html

// Begin Y! Store Generated Code
function cseli_REC_VIBE_TAG() { var p = cseli_page_data; var a =
Inline Script from http://www.allenbrothers.com/whole-turkey.html
```

```
// Begin Y! Store Generated Code
var csell_token_map1 = {}; csell_token_map1['TOK_PAGE'] = 'p'; csell_token_map1.store.yahoo.net/cs/recommend?itemids=whole-turkey&cpactid-p'; csell_token_map1['TOK_SHOW
var csell_token_map = {}; csell_token_map['TOK_WS_URL'] = 'http://ysws.936725511036675.csell.store.yahoo.net/cs/recommend?itemids=whole-turkey&cpactid-p'; csell_token_map['TOK_SHOW
http://us.js2.yimg.com/us/lib/smbiz/store/csell/js/recs-1.1.2.28.js
var YStore = window.YStore || {};
YStore.CrossSellRecs = (function() {

    // Configuration settings.
    var DEBUG = false;
    var RETRY_LIMIT = 25;
    var RETRY_WAIT = 200; // in milliseconds.
    var orientationSettings = {
        h: { cellsPerRow: },
        v: { cellsPerRow: 1 }
    };

    var classNames = {
        table: 'ystore-cross-sell-table',
        tableOrientation: {
            h: 'ystore-cross-sell-table-horizontal',
            v: 'ystore-cross-sell-table-vertical'
        },
        row: 'ystore-cross-sell-row',
        firstRow: 'ystore-cross-sell-row-first',
        lastRow: 'ystore-cross-sell-row-last',
        titleRow: 'ystore-cross-sell-title-row',
        titleCell: 'ystore-cross-sell-title-cell',
        cell: 'ystore-cross-sell-cell',
        firstCell: 'ystore-cross-sell-cell-first',
        lastCell: 'ystore-cross-sell-cell-last',
        img: 'ystore-cross-sell-product-image',
        imgLink: 'ystore-cross-sell-product-image-link',
        caption: 'ystore-cross-sell-product-caption',
        name: 'ystore-cross-sell-product-name',
        nameLinkPrefix: 'ystore-cross-sell-product-name-link-',
        price: 'ystore-cross-sell-product-price',
        regularPrice: 'ystore-cross-sell-product-reg-price',
        promo: 'ystore-cross-sell-product-promo',
        orderButton: 'ystore-cross-sell-order-button-container',
        orderButtonContainer: 'ystore-cross-sell-order-button-container'
    };

    var ids = {
        script: 'ystore-cross-sell-script',
        containerDiv: 'ys_relatedItems',
        itemPrefix: 'ystore-cross-sell-item-'
    };

    var defaultText = {
        regularPrice: 'Regular Price:',
        noSaleRegularPrice: 'Price:',
        discountPriceProd: 'When purchased with this item.',
        discountPriceCart: 'Add to Your Order Now and Pay Only:'
    };

    // Private variables.
    var requestStartTime;
    var retryAttempts = 0;
    var cached = {};
    var recViewTagCalled = false;

    // Private methods.

    // Utility methods.
    function log(msg) {
        if(DEBUG) {
            if(typeof console != 'undefined') console.log(msg);
        }
    }

    function jsonScriptRequest(fullUrl) {
        log('Starting jsonScriptRequest with URL: ' + fullUrl);
        requestStartTime = new Date();
        createEl('script', { type: 'text/javascript', src: fullUrl, id: ids.script, parent: document.getElementsByTagName('head').item(0) });
    }

    function createEl(elementType, attr) {
        var newEl = document.createElement(elementType);
        if(typeof attr === 'undefined') return newEl;
        if(attr.id) newEl.id = attr.id;
        if(attr.colSpan) newEl.colSpan = attr.colSpan;
        if(attr.className) newEl.className = attr.className;
        if(attr.href) newEl.setAttribute('href', attr.href);
        if(attr.title) newEl.title = attr.title;
        if(attr.type) newEl.setAttribute('type', attr.type);
```

```javascript
        if( attr.value ) newEl.setAttribute('value', attr.value);
        if( attr.src ) newEl.setAttribute('src', attr.src);
        if( attr.alt ) newEl.setAttribute('alt', attr.alt);
        if( attr.border ) newEl.setAttribute('border', attr.border);
        if( attr.text ) newEl.innerHTML = attr.text;
        if( attr.onclick ) newEl.onclick = attr.onclick;

        if( attr.parent && attr.insertBefore) attr.parent.insertBefore(newEl, attr.insertBefore);
        else if( attr.parent) attr.parent.appendChild(newEl);

        return newEl;
    }

    // CS specific methods
    function requiredVarsSet() {
        return (
            typeof YStore != 'undefined' &&
            typeof YStore.CrossSellBeacon != 'undefined' &&
            typeof YStore.currencySymbol != 'undefined' &&
            typeof YStore.showCSRecs != 'undefined' &&
            typeof csellREC_VIEW_TAG == 'function' &&
            YStore.showCSRecs === true  // This must be true (as a string) to continue.
        );
    }

    function requiredCapabilitiesPresent() {
        return (
            document &&
            document.getElementById &&
            document.getElementsByTagName &&
            document.getElementsByTagName &&
            document.createElement &&
            document.createTextNode &&
            document.getElementsByTagName("head") && document.getElementsByTagName("head").item(0).appendChild &&
            document.getElementsByTagName("head").item(0).setAttribute
        );
    }

    function assembleUrl() {
        return YStore.crossSellUrl + ((YStore.crossSellUrl.match(/\?/) ? '&' : '?') + 'callback=YStore.CrossSellRecs.asyncCallbackAndCache=' + (new Date()).getTime());
    }

    function assembleRecommendations(productArray, headerText, orientation) {
        try {
            var container = document.getElementById(ids.containerId);
            if( (typeof container != 'object') || ((container.nextSibling && container.parentNode.length > 1)) {
                throw new Error('Container element not found.');
            }
        }
        catch(e) {
            if( retryAttempts < RETRY_LIMIT ) {
                setTimeout(YStore.CrossSellRecs.retryAssembleRecs, RETRY_WAIT);
            }
            else {
                callRecViewTag();
            }
            return;
        }

        if(orientation != 'h' && orientation != 'v') {
            orientation = (typeof YStore.page.len != 'undefined' && YStore.page == 'p') ? 'h' : 'v';
        }
        var cellsPerRow = orientationSettings[orientation].cellsPerRow;

        var table = document.createElement('table'), classNames = classNames.table;
        var tableBody = document.createElement('tbody'), parent: table });
        var titleRow = document.createElement('tr', { classNames: classNames.titleRow, parent: tableBody });
        var titleCell = document.createElement('td', { colSpan: cellsPerRow, classNames: classNames.titleCell, parent: titleRow });
        var title = document.createElement('h3', { text: headerText, parent: titleCell });

        var funcsAvailable = (typeof YStore.CrossSellBeacon != 'undefined' && typeof YStore.CrossSellBeacon.setClickTag == 'function' && typeof YStore.CrossSellBeacon.addRecData == 'function');
        var showOrderButton = !(typeof YStore.page == 'undefined' || typeof YStore.additems == 'undefined');

        for(var i = 0, len = productArray.length; i < len; i++) {
            var p = productArray[i];
            var classNameArray;
            if(i % cellsPerRow == 0) {
                classNameArray = [];
                if(i == 0) classNameArray.push(classNames.firstRow);
                if(i + cellsPerRow >= len) classNameArray.push(classNames.lastRow);
                var row = document.createElement('tr', { classNames: classNameArray.join(' '), parent: tableBody });
            }
            classNameArray = [ classNames.cell ];
            if(i % cellsPerRow == 0) classNameArray.push(classNames.firstCell);
            if((i + 1) % cellsPerRow == 0) classNameArray.push(classNames.lastCell);
            var cell = document.createElement('td', { classNames: classNameArray.join(' '), id: ids.itemPrefix + p.id, parent: row });
            var imgLinkId = ids.imgLinkPrefix + p.id;
            var prodLinkId = ids.nameLinkPrefix + p.id;
            if(i + 1 % cellsPerRow) classNameArray.push(classNames.lastCell);
            var imageExists = (typeof p.i != 'undefined' && p.i != '');
```

```
    if(imageExists) {
        var imglink = createEl('a', { id: imgLinkId, href: p.u, className: classNames.imgLink, parent: cell });
        var img = createEl('img', { className: classNames.img, src: p.i, alt: '', border: 0, parent: imglink });
    }
    var caption = createEl('div', { className: classNames.caption, parent: cell });
    var prodName = createEl('h4', { className: classNames.name, parent: caption });
    var prodLink = createEl('a', { id: prodLinkId, href: p.u, text: p.n, parent: prodName });
    if(showOrderButton) (function() {
        var orderUrl = (typeof p.op == 'undefined' && p.op == 0) ? // See the order button URL depending on whether there are options or not.
            YStore.sessionInfo.additemUrl.replace(/%s/, (document.location.href.indexOf('https') == -1) ? 's' : '').replace(/%s/, p.id) :
            p.u;
        var orderButtonContainer = createEl('div', { className: classNames.orderButtonContainer, parent: cell });
        if(typeof YStore.orderButtonFormatStr != 'undefined')
            orderButtonContainer.innerHTML = YStore.orderButtonFormatStr.replace(/%s/, orderUrl);
        else {
            var orderButton = createEl('input', { className: classNames.orderButton, type: 'button', value: 'Order', onclick: function() { location.href = orderUrl; }, parent: orderButtonContainer });
        }
    })();
    if(typeof p.rp != 'undefined' && p.rp != '' && p.rp > 0) {
        var discountPriceText = (typeof YStore.page != 'undefined' && YStore.page == 'p') ?
            YStore.currencySymbol + p.p : defaultText.discountPricePrefix + YStore.currencySymbol + 'p';
        var prodPrice = createEl('p', { className: classNames.regularPrice, text: defaultText.regularPrice + YStore.currencySymbol + p.rp, parent: caption });
        var prodRegPrice = createEl('p', { className: classNames.promo, text: discountPriceText, parent: caption });
    }
    else {
        var prodPrice = createEl('p', { className: classNames.price + ' ' + classNames.regularPrice, text: defaultText.noSaleRegularPrice + YStore.currencySymbol + p.p, parent: caption });
    }
    // Add the tracking data to the URL of the anchor tags.
    if(imageExists) {
        YStore.CrossSellBeacon.addRecData(ids.imgLinkPrefix + p.id, p.u, p.id, p.s, p.v);
        YStore.CrossSellBeacon.setClickTag(p.imgLinkId);
    }
    YStore.CrossSellBeacon.addRecData(ids.nameLinkPrefix + p.id, p.u, p.id, p.s, p.v);
    YStore.CrossSellBeacon.setClickTag(prodLinkId);
}

callRecViewTag();

}

// Add the tracking data to the URL of the anchor tags.
if(funcsAvailable) {
    if(imageExists) {
        YStore.CrossSellBeacon.addRecData(ids.imgLinkPrefix + p.id, p.u, p.id, p.s, p.v);
        YStore.CrossSellBeacon.setClickTag(imgLinkId);
    }
    YStore.CrossSellBeacon.addRecData(ids.nameLinkPrefix + p.id, p.u, p.id, p.s, p.v);
    YStore.CrossSellBeacon.setClickTag(prodLinkId);
}

};

// Public methods
return {
retryAssembleRecs: function() { // Called after a delay if the container element isn't found yet.
    retryAttempts++;
    log('Retry attempt ' + retryAttempts + ' out of ' + RETRY_LIMIT + ', after a delay of ' + RETRY_WAIT + ' ms');
    assembleRecommendations(cached.recsArray, cached.header, cached.orientation);
},

asyncCallback: function(obj) {
    log('Total request time: ' + ((new Date()).getTime() - requestStartTime.getTime()) + ' ms');
    // Guide to short variable names returned from the webservice:
    //   r : recommendations, an array of the products that have been recommended for this product page.
    //       id : product id.
    //       p : product price.
    //       rp: product regular price.
    //       i : product image URL.
    //       n : product name.
    //       u : product URL.
    //       op: 1 or 0 depending on whether the product has options or not.
    //       m : model name.
    //       s : sequence.
    //   rid: Used in beaconing; must be assigned to YStore.CrossSellBeacon.rid.
    //   sr : Used in beaconing; must be assigned to YStore.CrossSellBeacon.sn.
    if(typeof obj != 'undefined') {
        if(typeof obj.r != 'undefined' &&
           typeof obj.h != 'undefined' &&
           typeof obj.o != 'undefined') {
            cached.recsArray = obj.r;
            cached.header = obj.h;
            cached.orientation = obj.o;
            YStore.CrossSellBeacon.vbesData = (typeof obj.v == 'object') ? obj.v : {};
            assembleRecommendations(cached.recsArray, cached.header, cached.orientation);
        }
        else {
            log('Async response does not include the needed data.');
            callRecViewTag();
        }
```