```
                }
        },
        init: function() {
                if(requiredVarsSet() && requiredCapabilitiesPresent()) {
                        if(typeof YStore.csellData !== 'undefined' &&
                                        typeof YStore.csellData.r !== 'undefined' &&
                                        typeof YStore.csellData.h !== 'undefined' &&
                                        typeof YStore.csellData.o !== 'undefined') { // The data is already present.
                                log('Cross-sell data is already present.');
                                cached.recsArray = YStore.csellData.r;
                                cached.header = YStore.csellData.h;
                                cached.orientation = YStore.csellData.o;
                                YStore.CrossSellBeacon.vibesData = YStore.csellData.v;
                                assembleRecommendations(cached.recsArray, cached.header, cached.orientation);
                        }
                        else if(typeof YStore.crossSellUrl !== 'undefined') {
                                log('Cross-sell data not found. Fetching...');
                                var asyncUrl = assembleUrl();
                                jsonScriptRequest(asyncUrl);
                        }
                        else {
                                log('Cross-sell data not found and webservice URL not found. Exiting');
                                callRecViewTag();
                        }
                }
                else {
                        log('Cross-sell recs cannot be rendered; the needed variables and methods aren\'t set.');
                        callRecViewTag();
                }
        }
    };
})();
YStore.CrossSellRecs.init();
```

**Inline Script from http://www.allenbrothers.com/whole-turkey.html**

**Inline Script from http://www.allenbrothers.com/whole-turkey.html**

```
if(window.yzq_p==null)document.write("<scr"+"ipt language=javascript src=http://l.yimg.com/us.js.yimg.com/lib/bc/bc_2.0.4.js></scr"+"ipt>");
```

**http://l.yimg.com/us.js.yimg.com/lib/bc/bc_2.0.4.js**

```
function yzq_p(c){var w=window;if(w.yzq_d==null)w.yzq_d=new Object();w.yzq_d['p']=c;}
function yzq1(u){var d=document;if(d.yzq0==null){d.yzq0=new Array();d.yzq0.c=0;}var b=d.yzq0;b[++b.c]=new Image();b[b.c].src=u;}
function yzq_sr(){var w=window;var d=w.yzq_d;if(d==null)return;var u=yzq2+d.p;if(u.length > yzq3){w.yzq_d=null;return;}d.p=null;var z="";var s=0;var o=Math.random();var hp=(d.hasOwnProperty!=null);var b;for(b in d){i
function yzq4(e){yzq_sr();}
function yzq5(e){yzq_sr();}
function yzq6(yzq7,yzq8,yzq9){if(yzq9){var o=yzq9.toString();var m=yzq7;var a=o.match(new RegExp("\\(([^\\)]*)\\)"));a=(a[1].length >0?a[1]:"e");m=m.replace(new RegExp("\\([^\\)]*\\)","g"),"("+a+")");if(o.indexOf(m)<
function yzq_eh(){if(yzq10){yzq_sr();return;}if(yzq11||yzq12){this.onload=yzq6("yzq_onload(e)",yzq4,this.onload,0);if(yzq11&&typeof(this.onbeforeunload)!=yzq13)this.onbeforeunload=yzq6("yzq_dobeforeunload(e)",yzq5,th
function yzq_s(){if(yzq10){yzq_sr();return;}setTimeout("yzq_sr()",1);}
var yzq2='//us.bc.yahoo.com/b?';var yzq14=navigator.appName;var yzq15=navigator.appVersion;var yzq16=navigator.userAgent;var yzq17=parseInt(yzq15);var yzq18=yzq14.indexOf("Microsoft");var yzq11=yzq18!=-1&&yzq17>=4;va
```

**Inline Script from http://www.allenbrothers.com/whole-turkey.html**

```
if(window.yzq_p)yzq_p('P=jun_w9G_QhouBwoj._Z33QFS2CW_vUc_XpsAByeF&T=13nhb8318%2fX%3d1195335323%2fE%3d23732888%2fR%3dst%2fK%3d5%2fV%3d1.1%2fW%3dJ%2fY%3dYAHOO%2fF%3d2018225389%2fS%3d1%2fJ%3d1A42BFD1');
if(window.yzq_s)yzq_s();
```

**CSS - http://www.allenbrothers.com/whole-turkey.html**

http://www.allenbrothers.com/whole-turkey.html

http://www.allenbrothers.com/yhst-93672551109875-style-css.css

```
/* CSS ELEMENTS */
body{
        background: #fff;
        font: 70% Arial, Verdana, sans-serif;
        padding: 0;
        xmargin: 0 auto;
        xtext-align: center;
zoom: 1;
}

a{ text-decoration: none; }

a:hover{ text-decoration: underline; }

input{ margin: 0; padding: 0; }

b, strong{ font-weight: bold; }

blockquote{ margin: 1em; }

dd{ margin: 0 0 0 10px; }

dl{ margin: 5px 0; }

em, i{ font-style: italic; }

img{ border: 0; }

li{
        margin: 0 0 0 15px;
        padding: 0;
}

ol, ul{
        list-style: disc outside;
        margin: 0;
        padding: 0;
}

p{ margin: 10px 0; padding: 0; }

tr, td{ vertical-align: top; }

form{
        margin: 0;
        padding: 0;
}

h1, h2, h3{
        margin: 0;
        padding: 0;
}

q {display:block}

/* CSS CONTENTS */

/*Content Table*/
#contents2 {
        background-color: #FFFFFF;
        border-left: 10px solid #FFFFFF;
        border-right: 10px solid #FFFFFF;
}
#contents2 .details {text-align:left;}
#contents2 .details h2 { font: bold 16px arial, helvetica, sans-serif; }
#contents2 p {color:#635247;margin:3px 0;}
#contents2 .viewlink {
        color:#004990;
        text-decoration:underline;
        font-weight:bold;
        text-align:left;
        background:url('http://e.yimg.com/lib.store.c.yimg.com/lib/yhst-93672551109875/bullet2.gif') no-repeat right center;
        padding-right:6px;
}
#contents2 a { text-decoration: none; }

#contents2 a:hover { text-decoration: underline; }
```

```
#contents2 #contents-table {
        border-collapse: collapse;
}

#contents2 .vertical td { text-align: center; }

#contents2 td { margin: 2px; padding: 5px; }

#contents2 #contents-table select option,
#itemarea select option { padding-right: 10px; }

#contents2 .horizontal-seperator {
        border-bottom: 2px solid #FFFFFF;
}

#contents2 .vertical-seperator {
        border-right: 2px solid #FFFFFF;
}

#contents2 .sale-price { color: #93B049; }

#contents2 .sale-price-bold {
        color: #93B049;
        font-weight: bold;
}

#contents2 .price-bold {
        font-weight: bold;
        margin: 10px 0pt 0pt;
}

#contents2.accessory * { text-align: left; }

#contents2.accessory .details {
        background-color: #FFFFFF;
        margin: 2px 10px;
        padding: 10px;
}

#contents2.accessory .details a {
        color: #CC0000;
        font-size: 1em;
}

#contents2.accessory .details h3 { font-size: 1em; }

#contents2.accessory .details .sale-price { margin-bottom: 10px; }

#contents2 .detail td {
        border-bottom: 15px solid #E9E9E4;
        padding: 5px;
}

#contents2 .detail.last td { border-bottom: 0pt solid; }

#itemtype #contents2 .detail td, #maintype #contents .image td { padding-bottom: 10px; }

#contents2 .last { border: 0pt none; }

#contents2 .name * {
        color: #635247;
        font:bold 1.1em Georgia,Times New Roman, Times, serif;
        padding: 5px 0pt 0pt;
}

#contents2 .name { padding: 5px 0pt 0pt; }

#contents2 .price {
        font-weight: normal;
        margin: 5px 0pt 0pt;
}

/*End Content table*/
.image-l {
        background-color: #FFFFFF;
        display: block;
        float: left;
        margin: 0pt 15px 10px 0pt;
        padding: 5px;
}

.image-r {
        background-color: #FFFFFF;
        display: block;
        float: right;
        margin: 0pt 0pt 10px 15px;
        padding: 5px;
}

.image-c {
```

```
        margin-bottom: 10px;
        text-align: center;
}

.inset-l {
        background-color: #FFFFFF;
        display: block;
        float: left;
        margin: 0pt 8px 5px 0pt;
        padding: 5px;
}

.inset-r {
        background-color: #FFFFFF;
        display: block;
        float: right;
        margin: 0pt 0pt 5px 8px;
        padding: 5px;
}

.addtocartimg {
        border: 0pt none;
        cursor: pointer;
        display: block;
        margin: 10px 0pt;
        padding: 0px;
}

#itemtype .price em {
        font-style: normal;
        font-weight: bold;
        margin: 10px 0pt;
        padding: 0pt 4px 0pt 0pt;
}

#itemtype .itemform .price {
        font-weight: bold;
        margin: 10px 0pt;
}

#itemtype .itemform .price-bold {
        font-weight: bold;
        margin: 10px 0pt;
}

#itemtype .itemform .sale-price, #itemtype .itemform .sale-price-bold { margin: 10px 0pt; }

#itemtype .itemform .sale-price-bold { font-weight: bold; }

#itemtype .itemform .sale-price-bold em {
        background: #FFFFFF none repeat scroll 0%;
        color: #93B049;
        font-style: normal;
        font-weight: bold;
        margin: 10px 0pt;
        padding: 0pt 4px 0pt 0pt;
}

#itemtype .itemform .sale-price em {
        color: #93B049;
        font-style: normal;
        margin: 10px 0pt;
        padding: 0pt 4px 0pt 0pt;
}

#contents-table .availability { padding: 10px 0pt; }

#itemtype .code {
        font-style: normal;
        margin: 10px 0pt;
}

#itemtype .code em {
        font-style: normal;
        margin: 10px 0pt;
}

#contents-table .contentsoptions { padding: 3px 0pt; }

#contents-table #abstract { padding: 3px 0pt; }

#itemtype .itemformname, #contents-table .itemformname { font-weight: bold; }

#contents-table .itemformnamemultiline { display: block; }

#itemtype .itemavailable {
        color: #000000;
        font-weight: bold;
        margin: 8px 0pt;
}
```

```
#itemtype .itemavailable em {
        color: #93B049;
        font-style: normal;
        font-weight: bold;
        margin: 8px 0pt 8px 4px;
}

#itemtype .itemoption {
        display: inline;
        font-weight: bold;
        margin: 2px 0pt;
}

#itemtype .multilineoption {
        display: block;
        font-weight: normal;
        margin: 5px 0pt;
}

/* Click to Enlarge */

/****
        Solid Cactus Click to Enlarge v1.0.0
****/
/*Editable Style Sheets*/
#scWrapper{
        filter: alpha(opacity=75);
        -moz-opacity: 0.75;
        opacity: 0.75;
        background: #000000;
}

#scImgBox{
        font: 11px normal "Tahoma", Verdana, Geneva, Arial, Helvetica, sans-serif; /*background color of the image box*/
        border: 10px solid #CACACA; /*normally same as border color*/
        background: #CACACA;
}

#scImgTitle{
        font: 12px normal "Georgia", "Times New Roman", Times, serif; /*fonts and settings for image description shown above the image*/
        text-align: left;
        padding-bottom: 5px;
}

#scImgBox-insets{
        padding: 10px 75px 0 0;
        background: #CACACA;
}

#scImgBox-insetPreview img{
        border: 2px solid #000000; /*border color for inset preview*/
        display: none;
}

#scImgBox-insets a{
        font: bold 14px/18px Arial, Helvetica, sans-serif;
        color: #FFFFFF;
        padding: 0 5px 1px 5px;
        border: 1px solid #FFFFFF;
        text-decoration: none;
        margin: 0 5px 0 0;
        background: #3F3F3F;
}

#scImgBox-insets .absClose{
        font: normal 11px/15px Verdana, Geneva, Arial, Helvetica, sans-serif; /*styles for close in inset area*/
}

#scImgBox .close{
        font: bold 14px Arial, Helvetica, sans-serif; /*close on upper right corner*/
        color: #FFFFFF;
        border: 1px solid #FFFFFF;
        padding: 0 5px 1px 5px;
        margin: -15px -15px 0 0;
        text-decoration: none;
        background: #3F3F3F;
}

/*Styles Not to be Edited*/
.relativePos{ position: relative; }
.absolutePos{ position: absolute; }
.hideSelect{ visibility: hidden; }

#scWrapper{
        position: absolute;
        display: none;
        top: 0px;
        left: 0px;
        z-index: 1000;
        width: 100%;
        height: 800px;
```

```
        cursor: hand;
}

#scImgBox{
        display: none;
        position: absolute;
        top: 0;
        left: 0;
        z-index: 1500;
        text-align: center;
}

#scImgBox-mainImg{
        background: url(loading.gif) #FFFFFF no-repeat center center;
        text-align: center;
}

#scImgBox-mainImg.schidebg{ background: #FFFFFF; }

#scImgBox-mainImg img{ vertical-align: middle; }

#scImgBox-insets{
        position: relative;
        left: 0;
        text-align: left;
        clear: both;
}

/*#scImgBox-insets img{ display: none; }*/
#scImgBox-insets .absClose{ position: absolute; right: 0; }

#scImgBox .close{
        position: absolute;
        top: 0;
        right: 0;
}

#scImgBox-insetPreview{
        text-align: center;
        position: absolute;
        left: 0;
        bottom: 0;
        display: none;
        z-index: 200;
}

#scPage-insets .scMainImgLnk{ display: none; }

/* CSS ADJUSTS */

.bodypad a { color: #635247; text-decoration: underline; }
.bodypad a:hover { text-decoration: none; }
/*Common Classes*/
#header .links,
#footer .links{
        padding: 5px;
        margin:0;
        text-align: center;
        vertical-align: middle;
        text-align: center;
        list-style: none;
}

#header h1 {font-size:0.1em;float:left;}
#header h1 a {display:block;height:77px;width:330px;text-indent:-10000px;float:left;}

#header .links {
        background:#004990;
        clear:both;
        padding:7px 0;
        width:100%;
}
#header .links li {border-right:1px solid #1c5c97;padding:7px 3px;}
#header .links li.last {border-right:0; background:url(http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/cart.gif) no-repeat center right;padding-right:4px;}
#header .links a {color:#fff;text-transform:uppercase;padding:0 11px;letter-spacing:1px;}
#header .links img {margin-left:5px;}

#topnav {font-size:1em;text-transform:uppercase;margin:7px 0;}
#topnav li {padding:7px 0;background:#fff url('http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/topnavdivider.gif') no-repeat top right;}
#topnav li.last {background:#fff;font-weight:bold;}

#topnav li,
#topnav a,
.links a,
.links li{
        display: inline;
        margin:0;
        padding: 0 4px;
        color:#635247;
}
.links li {border-right:1px solid #635247;}
```

```
.links li.last {border-right:none}

/*End Common Classes*/

/*Main Structure Style*/
#container{
        width: 760px;
        xmargin: 0 auto;
        text-align: left;
}

#header{
        background: #fff url('http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/header.gif') no-repeat top left;
}

#bodyshell {
        border-left: 160px solid #e3e3c8;
        background-color: #FFF;
        float: left;
        margin: 0;
        width: 600px;
}

#nav-product {
        float: left;
        margin-left: -160px;
        overflow: hidden;
        position: relative;
        width: 160px;
        z-index: 100;
        background:#e3e3c8;
}

#footer{
        width: 100%;
        float: left;
        background: #fff;
        clear: both;
        border-top:5px solid #c8c7a7;
        text-align:center;
        color:#635247;
        padding-top:5px;
}

#header:after,
#bodyshell:after,
#footer:after,
#footer .text:after{
        clear: both;
        content: ".";
        display: block;
        height: 0;
        visibility: hidden;
}
/*End Main Structure Style*/

#bodycontent{
        position: relative;
        width: 100%;
        float: right;
}

#bodycontent .bodypad{ padding: 4px; }

/*Nav Area*/
fieldset{
        margin: 0;
        padding: 0;
        border: 0;
}

#searcharea {float:right;clear:right;margin-top:18px;width:250px;text-align:right;}
#searcharea img {vertical-align:middle;}

#searcharea input{
        font-size: 1em;
        vertical-align: middle!important;
        display:inline
}

#query { color: #999; width: 140px; padding: 0 2px; }

#htmltop,#htmlbottom {padding:5px;}

#nav-product li{
        list-style-type: none;
        margin: 0;
        padding: 0;
        width:150px;
}
```

```
#nav-product li a{
	display: block;
	width:150px;
	padding: 3px 0 3px 10px;
	color:#635247;
	font-weight:bold;
font-size: 11px;
}
#nav-product li a:hover {
	background-color:#f7f7ef;
/*
	background:#f7f7ef url('http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/bullet1.gif') no-repeat center right;
*/
	color:#004990;
	text-decoration:none;
}
/*End Nav Area*/

#topnav {float:right;}
#welcomeheader {
	font-size:1em;
	background:#fff url('http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/welcomeheader.gif') no-repeat top center;
	height:24px;
	text-indent:-10000px;
	margin-bottom:10px;
}

.promopanel, .micropromopanel {
	width:294px;
	margin-right:4px;
	float:left;
}
.micropromopanel {margin-bottom:7px;}
.last {margin-right:0;}
.promopanel a {
	display:block;
	text-align:right;
	position:relative;
	xmargin-bottom:3px;
	xpadding-right:10px;
	color:#004990;
	text-decoration:underline;
	font-weight:bold;
	width:280px;
	background:url('http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/bullet2.gif') no-repeat top right;
}

.micropromopanel h3 {
	display:block;
	background:#004990;
	color:#cbd6cc;
	margin:-1px 0 1px 0;
	padding:6px;
	text-align:center;
	font:bold 1.2em Times New Roman, Times, serif;
	text-transform:uppercase;
	letter-spacing:1px;
}
.micropromopanel img.floatie {float:left;margin-right:10px;}
.micropromopanel .details {color:#635247;margin:3px 0;}
.micropromopanel .details p {margin:7px 0 2px;}
.micropromopanel .details a {
	background:transparent url(http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/bullet2.gif) no-repeat scroll right center;
	color:#004990;
	font-weight:bold;
	padding-right:6px;
	text-align:left;
	text-decoration:underline;
}

#htmlbottom form {padding:5px;}
#mailingquery {width:130px;}
#nlsubmit {margin-top:3px;}

h3#gourmetselections,h3.brown,.sectionsubheader,.itemminiheader {
	clear:both;
	background:#635247;
	margin:6px 0;
	text-align:center;
	font:bold 1.2em Times New Roman, Times, serif;
	padding:6px;
}
.itemminiheader,h3#gourmetselections,h3.brown {
	text-transform:uppercase;
	font-style:oblique;
	color:#dad8c2;
}
.itemminiheader,.sectionsubheader {font-size:1.3em;color:#e3e3c8;}
h3.itemminiheader {padding:4px;font-size:1.2em}

#breadcrumb {
```

```
        padding:7px 4px;
        border-bottom:1px dashed #bebb9d;
        margin-bottom:6px;
}

hr.hide {
        height:0;
        padding:0;
        margin:0;
        border:0;
        visibility:hidden;
        clear:both;
}

#sectionpreview,#itempreview {position:static; float: left;margin:7px;text-align:center;}
#itempreview {width:240px;float:left;left:5px}
#itempreview img {display:block;}

#sectiondescription,#itemdescription {
        margin-left:250px;
        min-height:220px;
}
#sectiondescription * {padding:5px;}
#sectiondescription h2,#itemdescription h2 {
        font:bold 1.3em Times New Roman, Times, serif;
        color:#004990;
        border-bottom:1px solid #deddce;
        padding-top:0;
}
#sectiondescription {margin-bottom:7px;}
#itemdescription p {margin-top:5px}
#sectiondescription em {font-size:1.1em;margin:10px 0 0 0;}
#sectiondescription p {padding-bottom:0;}
#itemdescription p {margin-bottom:7px;}
#itemdescription table {width:100%;}
#itemdescription td {vertical-align:top;border-bottom:1px solid #e6e6da;padding:5px;}
#itemdescription td.price {color:#cb1f2b;font-weight:bold;}
#itemdescription td.quantity {text-align:right;}
#itemdescription tr.dark td {background:#f2f2ed;}
#itemdescription td input {vertical-align:middle;text-align:right;}

#addtocart {text-align:right;padding:7px 7px 30px;}

/* Advanced Paging Styles */
#leftarrowdiv,
#rightarrowdiv      {width: 15px;}

#contents A         {color: #635247;}
#paging A:hover     {text-decoration:underline;}

#paging TD          {padding: 2px;}
#paging .price      {color: #635247;}
#paging .saleprice  {color: #635247;}
#paging .saleprice2 {color: #635247;}
#paging .abstract   {color: #635247;}
#paging .qtybox     {font-weight: normal; width: 25px; text-align: right}
#paging .qtytext    {font-weight: normal; color: #635247;}

#pagelinks          {color: #635247;}
#pagelinks A        {color: #635247;}
#pagelinks .chosen  {font-weight: bold; color: #635247;}

.itemof             {color: #635247;}
.pageof             {color: #635247;}

#modes              {color: #635247; text-decoration:none; }
#modes A            {color: #635247; text-decoration:none; }
#modes .chosen      {font-weight: bold; color: #635247; text-decoration:none; }

#sortlinks, #sortlinks2 {color: #635247; text-decoration:none; }
#sortlinks A, #sortlinks2 a {color: #635247; text-decoration:none; }
#sortlinks .chosen, #sortlinks2 .chosen {font-weight: bold; color: #635247; text-decoration:none; }

#paging FORM        {margin:0px;}

.listheader         {background-color: #333333; font: bold 11px arial; color: #FFFFFF;}

.vcell              {background-color: #FFF;}
.vcell-on           {background-color: #FFF;}

.ecell              {background-color: #FFF;}
.ecell-on           {background-color: #FFF;}

.wcell              {background-color: #FFF;}
.wcell-on           {background-color: #FFF;}
/* End Advanced Paging Styles */

/* Product Info Table */
#itemdescription #product-info-table { color: #635247; width: 320px; }
#itemdescription #product-info-table th {
    border-bottom: solid 1px #E7E7DB;
```

```
    padding: 5px;
    width: 100px;
    }
#itemdescription #product-info-table td { color: #635247; padding: 3px; }
#itemdescription #product-info-table .price { font-weight: normal; }
#itemdescription #product-info-table .sale-price { color: #CB1829; font-weight: bold; }
#itemdescription #product-info-table td.notme, #itemdescription #product-info-table td.notme td { border-bottom: none; text-align: right; }
/* End Product Info Table */

/* Site Map */
.sitemap-header {
    font: bold 14px verdana;
    color: #000000;
    display: block;
    padding-top:  15px;
}
.sitemap-1      {
    font: bold 12px verdana;
    color: #004990;
    display: block;
    padding-left: 25px;
}
.sitemap-2      {
    font: normal 12px verdana;
    color: #635247;
    display: block;
    padding-left: 50px;
}
.sitemap-3      {
    font: normal 10px verdana;
    color: #635247;
    display: block;
    padding-left: 75px;
}
.sitemap-4      {
    font: normal 8px verdana;
    color: #635247;
    display: block;
    padding-left: 100px;
}
/* End Site Map */

/* --- Styles Adjust --- */
h3#gourmetselections {
        clear:both;
        background:#635247;
        margin:6px 0;
        color:#dad8c2;
        text-align:center;
        font:bold 1.2em Times New Roman, Times, serif;
        text-transform:uppercase;
        font-style:oblique;
        padding:6px;
}
#searcharea input.ys_primary { margin-top: -3px; vertical-align: middle; }
#searcharea input#query, input#mailingquery, input.quantity-input { color: #999; font-size: 11px; }
#searcharea fieldset * { vertical-align: middle; }

div#bodycontent div#contents2 #contents-table { margin: 0 0 0 -5px; padding: 0; }
div#bodycontent #contents-table td.cellsep { background: url(http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/csep.gif) top center repeat-y; margin: 0; padding: 0; width: 1px; }
div#bodycontent #contents-table td.rowsep { background: url(http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/csep.gif) center left repeat-x; }
div.custfav { margin: 10px 0 20px; width: 100%; }
    div.custfav:after {
        clear: both;
        content: ".";
        display: block;
        height: 0;
        visibility: hidden;
        }
    div.custfav h3.favorites {
        background-color: #004990;
        color: #CBD6CC;
        font: 600 12px georgia, arial, serif;
        line-height: 30px;
        margin: 0 0 5px 0;
        padding: 0;
        text-align: center;
        text-transform: uppercase;
        }
    div.custfav ul { margin: 0; padding: 0; list-style: none; }
        div.custfav ul li {
            background: url(http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/tri.gif) 10px center no-repeat;
            display: inline;
            float: left;
            margin: 0;
            padding: 0;
            width: 45%;
            }
            div.custfav ul li a {
                font: normal 12px arial, helvetica, sans-serif;
                color: #635247;
```

```
                text-decoration: none;
                padding-left: 25px;
                display: block;
                _width: 100%;
                }
            div.custfav ul li a:hover { text-decoration: underline; }
div#contents2 #contents-table td.vertical-seperator { border-right: solid 1px #E6E6DA; }
div#contents2 #contents-table td div.itemprice .price-bold, div#contents2 #contents-table td div.itemprice .sale-price-bold { color: #CB1F28; }
table#multi-add { color: #635247; }
table#multi-add td.maprice { color: #CB1F28; font-weight: bold; }
table#multi-add td.noume { border-bottom: none; }
div#paging div#contents table form *, div.qty * { color: #635247; vertical-align: middle; }
div#paging div#contents table { margin: 10px 0; }
div#paging div#contents input { font-size: 11px; color: #9A9A9A; }
div#paging div#contents select { font-size: 11px; color: #9A9A9A; margin: 10px 0; width: 315px; }
div#paging div#contents th.horzsep { background: url(http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/hsep.gif) center left repeat-x; }
div#paging div#contents .name { padding-bottom: 5px; }
div#paging div#contents div.prices { margin: 10px 0; }
    div#paging div#contents div.prices .price { }
    div#paging div#contents div.prices .saleprice { margin-left: 20px; }
        div#paging div#contents div.prices .saleprice, div#paging div#contents div.prices b.price2 { color: #CB1829; }
table#contents-table td.thissep { background: url(http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/csep.gif) center left repeat-x; height: 5px; }
div#paging div#contents form input.order-button { margin-left: 30px; }
div#breadcrumb, div#breadcrumb a { color: #635247; }
div#breadcrumb img { margin: -3px 3px 0 3px; }
h1#section-contenttitle, h1#messagetitle, h1#specialstitle { color: #004990; font: bold 14px times new roman, times, serif; }
div#hideme {height: 1px; overflow: hidden; }
.popupText p { display: block; margin: 10px; text-align: left; }

#searchpageHeader{
font: bold 13px Georgia,"Times New Roman",Times,serif;
padding:10px;
}
.advSearch{
        margin:0 10px 10px 10px;
}
.advSearch, .advSearch a{
        color:#635247;
}
.advSearch .search_bar div{
        background:none !important;
        border-top:2px solid #635247;
}
.advSearch .advSearchItemHr{
        border-top:1px solid #635247;
}
.advSearch form span{
        padding-right:3px;
}
.advSearch form input, .advSearch form span{
        vertical-align:middle;
}
.advSearch .quantity-input{
        margin-right:5px;
        text-align:right;
        font:11px Arial, Helvetica, sans-serif;
        color:#999999;
        width:25px;
}
.advSearchitemForm{
        padding-top:20px;
}
#p1, #p2{
        width:50px;
        font:11px Arial, Helvetica, sans-serif;
        color:#999999;
}
.advSearch #query{
        width:200px;
        font:11px Arial, Helvetica, sans-serif;
}
.advSearchButton{
        font:bold 11px Arial, Helvetica, sans-serif;
        background-color:#F2F2DD;
        color:#635247;
        border:1px solid #635247;
        cursor:pointer;
}
div.pricered { color: #CB1F28; margin: 10px 0 5px; }
.subhead1 { color: #942D36; font-size: 12px; }
div.bodypad iframe { border: 0; }

/*Modified CSS*/

#form-container {
        float: left;
        width: 370px;
}
#contact-form-left {
        width: 136px;
        float: left;
```

```
        text-align: right;
}
#contact-form-right {
        width: 234px;
        float: left;
        text-align: left;
}
#final-form {
        clear: left;
        width: 370px;
}
input#button {
        margin-left: 80px;
        margin-top: 15px;
}
#contact-info {
        width: 200px;
        float: right;
        text-align: left;
        margin-left: 10px;
}
p.form {
        height: 23px;
        margin-top: -3px;
}
p.form2 {
        padding-left: 2px;
        margin: 0;
        height: 28px;
        margin-bottom: 4px;
}
p.form3 {
        margin-left: 3px;
        font-size: 70%;
        margin-top: -11px;
}
#textbox {
        clear: both;
        width: 370px;
        margin-left: 20px;
}
#dirona {
        float: left;
        width: 130px;
}
#namp {
        float: left;
        width: 130px;
        margin-left: 25px;
}
img#p-dirona {
        margin-top: -26px;
}
p#dirona-txt {
        margin-top: -5px;
}
p#namp-txt {
        margin-top: 15px;
}
#guide-pdf {
        float: left;
        width: 260px;
}
#recipes {
        float: right;
        width: 330px;
}
#who-container {
        padding-left: 15px;
}
#who-left {
        float: left;
        width: 275px;
}
#who-right {
        float: right;
        width: 275px;
}
#who-clear {
        clear: both;
        background: url(/lib/yhst-93672551109875/clear-extend.gif) repeat-x;
}
img.fleft {
        float: left;
}
p.fright {
        float: right;
        padding-left: 5px;
}
```

http://www.allenbrothers.com/css-edits.css

```
/*Merchants - Use this file to make any edits that you wish to override styles in the main stylesheets. By making edits to this CSS file, your styles applied here will cascade and overwrite styles in the main CSS file
.ys_primary{ background:#ffffff;color:#e9e9e4;font:bold 11px Arial,verdana,sans-serif;padding:1px 5px;text-align:center;cursor:pointer; display:inline; margin-top:10px;}
}
```