IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **PROMINENT CONSULTING, LLC**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6357 |
| | ) | |
| **ALLEN BROTHERS, INC.**, | ) | Judge Ruben Castillo |
| | ) | |
| Defendant. | ) | Magistrate Judge Morton Denlow |
| | ) | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, on **November 27, 2007** at **9:45 a.m**. or as soon thereafter as counsel may be heard, we shall appear before **Judge Ruben Castillo** or any other judge sitting in his stead, in Room 2141 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall present the attached **MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF 15 PAGES,** *INSTANTER***,**  a copy of which is hereby served upon you.

Dated:  November 19, 2007                                            Respectfully submitted,

                                                                                              ALLEN BROTHERS, INC.

                                                                    By:    /s/          Charles B. Leuin
                                                                                 One of Its Attorneys

Charles B. Leuin (ARDC No. 6225447)
Tanisha R. Jones (ARDC No. 6283173)
GREENBERG TRAURIG, LLP
77 W. Wacker Drive, Suite 2500
Chicago, Illinois  60601
T: (312) 456-8400
F: (312) 456-8435

*Attorneys for Defendant Allen Brothers, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 19, 2007, I electronically filed the foregoing Motion for Leave to File Brief in Excess of Fifteen Pages, *Instanter*, and the Appendix of Exhibits to Allen Brothers' Brief in Opposition to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties.

                By: /s/  Charles B. Leuin
                   One of Its Attorneys

Charles B. Leuin (ARDC No. 6225447)
Tanisha R. Jones (ARDC No. 6283173)
GREENBERG TRAURIG, LLP
77 W. Wacker Drive, Suite 2500
Chicago, Illinois 60601
T: (312) 456-8400
F: (312) 456-8435

*Attorneys for Defendant Allen Brothers, Inc.*

CHI 56861242v1 11/19/2007