**UNITED STATES DISTRICT COURT**
FOR THE **Northern District of Illinois** – **CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Prominent Consolting, LLC

                Plaintiff,

v.                                           Case No.: 1:07−cv−06357
                                                   Honorable Ruben Castillo

Allen Brothers, Inc.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 20, 2007:

      MINUTE entry before Judge Ruben Castillo :Motion hearing held on 11/20/2007. Motion hearing set for 11/27/2007 is vacated. Defendant's motion for leave to file brief in excess of fifteen pages, instanter [15] is granted. Plaintiff's motion for temporary restraining order and preliminary injunction [9] is denied for all the reasons contained in Defendant's brief in opposition to the motion. Plaintiffs are granted leave to take expedited discovery and depositions. Parties to file a joint status report on or before 12/11/2007. The Court will hold a status hearing in open court on 12/12/2007 at 9:45 AM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.