```
src="http://steaks.allenbrothers.com/images/steaks/gift.gif" alt="Gift Ideas" name="GiftTopNav" width="127" height="18"
border="0"></a></div>
<div id="FineDiningTopNav" class="topNavBarItems" style="left:284px; z-index:30; width:127px; height:18px;"><a
href="FineDining.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('FineDiningTopNav','','http://steaks.allenbrothers.com/images/steaks/finedining-over.gif',1)"><img
src="http://steaks.allenbrothers.com/images/steaks/finedining.gif" alt="Fine Dining" name="FineDiningTopNav" width="127"
height="18" border="0"></a></div>
<div id="CatalogTopNav" class="topNavBarItems" style="left:418px;"><a href="Catalog.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('CatalogTopNav','','http://steaks.allenbrothers.com/images/steaks/catalog-over.gif',1)"><img
src="http://steaks.allenbrothers.com/images/steaks/catalog.gif" alt="Catalog" name="CatalogTopNav" width="127" height="18"
border="0"></a></div>
<div id="AssistanceTopNav" class="topNavBarItems" style="left:547px;"><a href="Assistance.jsp"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('AssistanceTopNav','','http://steaks.allenbrothers.com/images/steaks/assistance-over.gif',1)"><img
src="http://steaks.allenbrothers.com/images/steaks/assistance.gif" alt="Assistance" name="AssistanceTopNav" width="127"
height="18" border="0"></a></div>
<div id="LeftNavigationBar" class="leftNavBar">

<div id="PrimeSteaks" class="shopCategory"><a href="/findProducts.do?categoryId=90" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image22','','http://steaks.allenbrothers.com/images/steaks/leftnav/primesteaks-over.jpg',1)"><img
src="http://steaks.allenbrothers.com/images/steaks/leftnav/primesteaks.jpg"  alt="Prime Steaks" name="Image22" width="127"
height="15" border="0"></a></div>
<div id="PrimeBeef" class="shopCategory"><a href="/findProducts.do?categoryId=76" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image23','','http://steaks.allenbrothers.com/images/steaks/leftnav/wetaged-over.jpg',1)"><img
src="http://steaks.allenbrothers.com/images/steaks/leftnav/wetaged.jpg"  alt="Wet-Aged Beef" name="Image23" width="127"
height="15" border="0"></a></div>
<div id="DryAgedBeef" class="shopCategory"><a href="/findProducts.do?categoryId=50" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image24','','http://steaks.allenbrothers.com/images/steaks/leftnav/dryaged-over.jpg',1)"><img
src="http://steaks.allenbrothers.com/images/steaks/leftnav/dryaged.jpg"  alt="Dry-Aged Beef" name="Image24" width="127"
height="15" border="0"></a></div>
<div id="WagyuBeef" class="shopCategory"><a href="/findProducts.do?categoryId=63" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image26','','http://steaks.allenbrothers.com/images/steaks/leftnav/kobe-over.jpg',1)"><img
src="http://steaks.allenbrothers.com/images/steaks/leftnav/kobe.jpg"  alt="Kobe-style Wagyu Beef" name="Image26" width="127"
height="15" border="0"></a></div>
<div id="NeverFrozenBeef" class="shopCategory"><a href="/findProducts.do?categoryId=60" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image25','','http://steaks.allenbrothers.com/images/steaks/leftnav/never-over.jpg',1)"><img
src="http://steaks.allenbrothers.com/images/steaks/leftnav/never.jpg"  alt="Never Frozen Beef" name="Image25" width="127"
height="15" border="0"></a></div>
<div id="Appetizers" class="shopCategory"><a href="/findProducts.do?categoryId=64" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image27','','http://steaks.allenbrothers.com/images/steaks/leftnav/appetizers-over.jpg',1)"><img
src="http://steaks.allenbrothers.com/images/steaks/leftnav/appetizers.jpg"  alt="Appetizers" name="Image27" width="127"
height="15" border="0"></a></div>
```

http://web.archive.org/web/20070808172952/www.allenbrothers.com/ContactUs.jsp view-source:http://web.archive.org/web/20070808172952/www.allenbrothers.com/ContactUs.jsp

```
<div id="BuffaloVenison" class="shopCategory"><a href="/findProducts.do?categoryId=40" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image28','','http://steaks.allenbrothers.com/images/steaks/leftnav/buffalo-over.jpg',1)"><img
src="http://steaks.allenbrothers.com/images/steaks/leftnav/buffalo.jpg" alt="Buffalo & Venison" name="Image28" width="127"
height="15" border="0"></a></div>

<div id="Chef Art Smith Entrees" class="shopCategory"><a href="/findProducts.do?categoryId=143"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image42','','http://steaks.allenbrothers.com/images/steaks/leftnav/artsmith-over.jpg',1)"><img
src="http://steaks.allenbrothers.com/images/steaks/leftnav/artsmith.jpg" alt="Chef Art Smith Entrees" name="Image42"
width="127" height="15" border="0"></a></div>

<div id="Desserts" class="shopCategory"><a href="/findProducts.do?categoryId=55" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image29','','http://steaks.allenbrothers.com/images/steaks/leftnav/desserts-over.jpg',1)"><img
src="http://steaks.allenbrothers.com/images/steaks/leftnav/desserts.jpg" alt="Desserts" name="Image29" width="127"
height="15" border="0"></a></div>
<div id="Duck" class="shopCategory"><a href="/findProducts.do?categoryId=33" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image30','','http://steaks.allenbrothers.com/images/steaks/leftnav/duck-over.jpg',1)"><img
src="http://steaks.allenbrothers.com/images/steaks/leftnav/duck.jpg" alt="Duck" name="Image30" width="127" height="15"
border="0"></a></div>
<div id="HeatAndServeEntrees" class="shopCategory"><a href="/findProducts.do?categoryId=32" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image31','','http://steaks.allenbrothers.com/images/steaks/leftnav/heatandserve-over.jpg',1)"><img
src="http://steaks.allenbrothers.com/images/steaks/leftnav/heatandserve.jpg" alt="Heat & Serve Entr&eacute;es"
name="Image31" width="127" height="15" border="0"></a></div>
<div id="Lamb" class="shopCategory"><a href="/findProducts.do?categoryId=39" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image32','','http://steaks.allenbrothers.com/images/steaks/leftnav/lamb-over.jpg',1)"><img
src="http://steaks.allenbrothers.com/images/steaks/leftnav/lamb.jpg" alt="Lamb" name="Image32" width="127" height="15"
border="0"></a></div>
<div id="Pork" class="shopCategory"><a href="/findProducts.do?categoryId=30" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image33','','http://steaks.allenbrothers.com/images/steaks/leftnav/pork-over.jpg',1)"><img
src="http://steaks.allenbrothers.com/images/steaks/leftnav/pork.jpg" alt="Pork" name="Image33" width="127" height="15"
border="0"></a></div>
<div id="Poultry" class="shopCategory"><a href="/findProducts.do?categoryId=28" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image34','','http://steaks.allenbrothers.com/images/steaks/leftnav/poultry-over.jpg',1)"><img
src="http://steaks.allenbrothers.com/images/steaks/leftnav/poultry.jpg" alt="Poultry" name="Image34" width="127" height="15"
border="0"></a></div>
<div id="SausagesAndBratwurst" class="shopCategory"><a href="/findProducts.do?categoryId=81" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image35','','http://steaks.allenbrothers.com/images/steaks/leftnav/sausages-over.jpg',1)"><img
src="http://steaks.allenbrothers.com/images/steaks/leftnav/sausages.jpg" alt="Sausages & Bratwurst" name="Image35"
width="127" height="15" border="0"></a></div>
<div id="Seafood" class="shopCategory"><a href="/findProducts.do?categoryId=27" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image36','','http://steaks.allenbrothers.com/images/steaks/leftnav/seafood-over.jpg',1)"><img
src="http://steaks.allenbrothers.com/images/steaks/leftnav/seafood.jpg" alt="Seafood" name="Image36" width="127" height="15"
border="0"></a></div>
<div id="SteakBurgersAndDogs" class="shopCategory"><a href="/findProducts.do?categoryId=80" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image37','','http://steaks.allenbrothers.com/images/steaks/leftnav/steakburgers-over.jpg',1)"><img
src="http://steaks.allenbrothers.com/images/steaks/leftnav/steakburgers.jpg" alt="Steak Burgers & Dogs" name="Image37"
```

4 of 15 11/18/2007 5:59 PM

```
width="127" height="15" border="0"></a></div>
<div id="Veal" class="shopCategory"><a href="/findProducts.do?categoryId=26" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image38','','http://steaks.allenbrothers.com/images/steaks/leftnav/veal-over.jpg',1)"><img
src="http://steaks.allenbrothers.com/images/steaks/leftnav/veal.jpg"  alt="Veal" name="Image38" width="127" height="15"
border="0"></a></div>
<div id="NewProducts" class="shopCategory"><a href="NewProducts.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image39','','http://steaks.allenbrothers.com/images/steaks/leftnav/newproducts-over.jpg',1)"><img
src="http://steaks.allenbrothers.com/images/steaks/leftnav/newproducts.jpg"  alt="New Products" name="Image39" width="127"
height="15" border="0"></a></div>
<div id="Specials" class="shopCategory"><a href="/findProducts.do?categoryId=89" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image40','','http://steaks.allenbrothers.com/images/steaks/leftnav/specials-over.jpg',1)"><img
src="http://steaks.allenbrothers.com/images/steaks/leftnav/specials.jpg"  alt="Specials" name="Image40" width="127"
height="15" border="0"></a></div>
<div id="BestSellers" class="shopCategory"><a href="/findProducts.do?categoryId=91" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image41','','http://steaks.allenbrothers.com/images/steaks/leftnav/favorites-over.jpg',1)"><img
src="http://steaks.allenbrothers.com/images/steaks/leftnav/favorites.jpg"  alt="Favorites" name="Image41" width="127"
height="15" border="0"></a></div>

<div id="OptIn" class="optIn">
<form name="emailOffersBean" method="GET"
action="/emailOffers.do;jsessionid=G59QTzZJyG4QMHLph5gV9KJ2V99nJdTWxWHSKdJTXtFQL4dyWspY!130092772!605810915" onsubmit="return
submitEmailForm(this);">
  <div align="center"><img src="http://steaks.allenbrothers.com/images/steaks/doublehorizontal.gif" width="120"
height="5"><br>
      <img src="http://steaks.allenbrothers.com/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
      <img src="http://steaks.allenbrothers.com/images/steaks/emailsubscribe.gif" width="97" height="49" alt=""
border="0"><br>
      <img src="http://steaks.allenbrothers.com/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
        <input type="text" name="email" maxlength="76" size="15" tabindex="3" value="&lt;enter email&gt;"
onfocus="form.email.value='';" class="email">
      <br>
      <img src="http://steaks.allenbrothers.com/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
        <input type="image"
                         name="action"
                         src="http://steaks.allenbrothers.com/images/steaks/subscribe.gif"
                         alt="SUBSCRIBE"
                         border="0"
                         tabindex="4"/>
      <br>
      <img src="http://steaks.allenbrothers.com/images/steaks/doublehorizontal.gif" width="120" height="5"> </div>
  </div>
</form>
</div>
<div class="navigationLinks"><a class="navigationTheme" href="/steaks.jsp">Home</a> <span class="navigationPlain">&gt;</span>
</div>
```

```
<div class="standardPage">
<table width="100%"  border="0" cellspacing="0" cellpadding="0">
  <tr>
    <td><!-- InstanceBeginEditable name="MainBody" -->
      <p class="contentsmall"><img src="http://steaks.allenbrothers.com/images/steaks/headers/ContactUs.jpg" width="300"
height="23"><br>
      <br><font color=red></font>
          <br>
        We would like to hear from you. Whether you have a general question, want
        to know more about Allen Brothers or have specific questions regarding
        an order that you placed, please complete the following inquiry form
        or contact us using the information below. <span class="contentsmallcell">Fields in <span
class="contentsmallbold">bold</span> are required. </span></p>
        <form name="contactUsBean" method="POST"
action="/contactUs.do;jsessionid=G59QTzZJyG4QMHLph5gV9KJ2V99nJdTWxWHSKdJTXtFQL4dyWspY!130092772!605810915">

      <table  border="0" cellspacing="0" cellpadding="0">
        <tr>
          <td height="25" align="right" nowrap class="contentsmallboldcell">Your Name:</td>
          <td height="25" nowrap class="contentsmallcell">
                <input type="text" name="name" maxlength="60" size="30" value="" class="contentsmall">
          </td>
          <td rowspan="15" align="center" nowrap class="contentsmallcell"><img
src="http://steaks.allenbrothers.com/images/steaks/promo/tanpixel.gif" width="1" height="600"></td>
          <td rowspan="15" valign="top" nowrap class="contentsmallcell"><span class="contentsmallbold">Customer
Service</span>:<br>
            1-800-548-7777<br>
            Monday-Friday, 8 a.m. to 5 p.m CST<br><img src="http://steaks.allenbrothers.com/images/steaks/steaks.gif"
width="1" height="10"><br><img src="http://steaks.allenbrothers.com/images/steaks/promo/tanpixel.gif" width="200"
height="1"><br><img src="http://steaks.allenbrothers.com/images/steaks/steaks.gif" width="1" height="10"><br>
            <span class="contentsmallbold">Phone Orders:</span><br>
1-800-957-0111<br>
24 hours a day, 7 days a week<br><img src="http://steaks.allenbrothers.com/images/steaks/steaks.gif" width="1"
height="10"><br><img src="http://steaks.allenbrothers.com/images/steaks/promo/tanpixel.gif" width="200" height="1"><br><img
src="http://steaks.allenbrothers.com/images/steaks/steaks.gif" width="1" height="10"><br>
<span class="contentsmallbold">Fax Orders:</span><br>
1-800-890-9146<br>
24 hours a day, 7 days a week:<br><img src="http://steaks.allenbrothers.com/images/steaks/steaks.gif" width="1"
height="10"><br><img src="http://steaks.allenbrothers.com/images/steaks/promo/tanpixel.gif" width="200" height="1"><br><img
src="http://steaks.allenbrothers.com/images/steaks/steaks.gif" width="1" height="10"><br>
<span class="contentsmallbold">Corporate Office:</span><br>
Allen Brothers, Inc.<br>
3737 South Halsted Street<br>
Chicago, Illinois 60609-1689 </td>
        </tr>
        <tr>
```

```
    <td height="25" align="right" valign="baseline" nowrap class="contentsmallboldcell">Address:</td>
    <td height="25" class="contentsmallcell">
      <input type="text" name="address1" maxlength="60" size="30" value="" class="contentsmall">
      <br>Street address (P.O. Boxes not acceptable)</td>
    </tr>
  <tr>
    <td width="110" height="25" align="right" class="contentsmallboldcell"> </td>
    <td height="25" class="contentsmallcell">
        <input type="text" name="address2" maxlength="60" size="30" value="" class="contentsmall">
        <br>Apartment, suite, unit, building, floor, etc.</td>
    </tr>
  <tr>
    <td height="25" align="right" nowrap class="contentsmallboldcell">City:</td>
    <td height="25" nowrap class="contentsmallcell">
      <input type="text" name="city" maxlength="60" size="30" value="" class="contentsmall">
    </td>
    </tr>
  <tr>
    <td height="25" align="right" nowrap class="contentsmallboldcell">State:</td>
    <td height="25" nowrap class="contentsmallcell">
          <select name="state"><option value="0">Select</option>

        <option value="Alabama">Alabama</option>

        <option value="Alaska">Alaska</option>

        <option value="Arizona">Arizona</option>

        <option value="Arkansas">Arkansas</option>

        <option value="California">California</option>

        <option value="Colorado">Colorado</option>

        <option value="Connecticut">Connecticut</option>

        <option value="Delaware">Delaware</option>

        <option value="District Of Coumbia">District Of Coumbia</option>

        <option value="Florida">Florida</option>

        <option value="Georgia">Georgia</option>

        <option value="Hawaii">Hawaii</option>

        <option value="Idaho">Idaho</option>
```