```html
<option value="Illinois">Illinois</option>
<option value="Indiana">Indiana</option>
<option value="Iowa">Iowa</option>
<option value="Kansas">Kansas</option>
<option value="Kentucky">Kentucky</option>
<option value="Louisiana">Louisiana</option>
<option value="Maine">Maine</option>
<option value="Maryland">Maryland</option>
<option value="Massachusetts">Massachusetts</option>
<option value="Michigan">Michigan</option>
<option value="Minnesota">Minnesota</option>
<option value="Mississippi">Mississippi</option>
<option value="Missouri">Missouri</option>
<option value="Montana">Montana</option>
<option value="Nebraska">Nebraska</option>
<option value="Nevada">Nevada</option>
<option value="New Hampshire">New Hampshire</option>
<option value="New Jersey">New Jersey</option>
<option value="New Mexico">New Mexico</option>
<option value="New York">New York</option>
<option value="North Carolina">North Carolina</option>
<option value="North Dakota">North Dakota</option>
<option value="Ohio">Ohio</option>
<option value="Oklahoma">Oklahoma</option>
```

```html
<option value="Oregon">Oregon</option>
<option value="Pennsylvania">Pennsylvania</option>
<option value="Rhode Island">Rhode Island</option>
<option value="South Carolina">South Carolina</option>
<option value="South Dakota">South Dakota</option>
<option value="Tennessee">Tennessee</option>
<option value="Texas">Texas</option>
<option value="Utah">Utah</option>
<option value="Vermont">Vermont</option>
<option value="Virginia">Virginia</option>
<option value="Washington">Washington</option>
<option value="West Virginia">West Virginia</option>
<option value="Wisconsin">Wisconsin</option>
<option value="Wyoming">Wyoming</option>
<option value="Puerto Rico">Puerto Rico</option></select>
</td>
</tr>
<tr>
<td align="right" nowrap class="contentsmallboldcell">ZIP Code: </td>
<td nowrap class="contentsmallcell"><input type="text" name="zipcode" maxlength="10" size="10" value="" class="contentsmall"></td>
</tr>
<tr>
<td align="right" nowrap class="contentsmallboldcell">Phone Number: </td>
<td nowrap class="contentsmallcell"><input type="text" name="areacode" maxlength="3" size="3" value="" onfocus="this.select()"> <input type="text" name="prefix" maxlength="3" size="3" value="" onfocus="this.select()"> <input type="text" name="extension" maxlength="4" size="4" value="" onfocus="this.select()">
```

```html
<tr>
<td align="right" nowrap class="contentsmallcell">Email Address: </td>
<td nowrap class="contentsmallcell">
<input type="text" name="email" maxlength="60" size="15" value="" class="contentsmall">
</td>
</tr>
<tr>
<td align="right" nowrap class="contentsmallboldcell">How did you hear about us?</td>
<td nowrap class="contentsmallcell"> </td>
<select name="marketingSourcesId" class="selectDropDown"><option value="0">Select an option</option>
<option value="1">Google Advertisement</option>
<option value="2">Yahoo Advertisement</option>
<option value="3">Google Search</option>
<option value="4">Yahoo Search</option>
<option value="5">MSN Search</option>
<option value="6">Other Website</option>
<option value="7">Other Online Advertisement</option>
<option value="8">Dan McNeil - ESPN Radio</option>
<option value="10">Previous Gift Recipient</option>
<option value="11">Received Catalog in Mail</option>
<option value="12">Received Postcard in Mail</option>
<option value="13">Received an Email</option>
<option value="14">From a Friend or Family Member</option>
<option value="16">A Restaurant</option>
<option value="17">Jaguar Magazine</option>
<option value="18">Other Radio Show</option>
<option value="19">Current Customer</option>
```

```
<option value="20">Lexus New Model Guide</option>
<option value="26">Dan McNeil Radio Show</option>
<option value="28">Steve Dahl Radio Show</option>
<option value="32">Academy Awards</option>
<option value="33">Ocean Home Magazine</option>
<option value="35">Food & Wine Magazine</option>
<option value="36">Froogle</option>
<option value="40">WCKG "Free-FM"</option>
<option value="41">MSN Advertisement</option>
<option value="49">Other Television Ad/Spot</option>
<option value="50">Other Magazine Ad</option>
<option value="54">Newspaper Article</option>
<option value="62">Other Source</option>
<option value="69">American Way Magazine</option>
<option value="84">Chicago Public Radio - WBEZ-FM</option>
<option value="85">Steve Dahl - Free FM/WCKG</option>
<option value="107">New York Times Magazine</option>
<option value="108">Other Newspaper</option>
<option value="110">The Glenn Beck Program</option>
<option value="111">The Rush Limbaugh Show</option>
<option value="144">American Music Awards</option>
<option value="165">Dining Out New York</option>
<option value="244">Peoples Choice Awards</option>
<option value="264">Academy Awards Program</option>
```

11 of 15

http://web.archive.org/web/20070808172952/www.allenbrothers.com/ContactUs.jsp

view-source:http://web.archive.org/web/20070808172952/www.allenbrothers.com/ContactUs.jsp

11/18/2007 5:59 PM

```
          <option value="266">Todays Chicago Woman</option>
          <option value="384">Dining Out Chicago</option>
          <option value="464">Wake Up With Whoopi</option>
          <option value="465">The Ed Schultz Show</option></select>
        </td>
      </tr>
      <tr>
        <td height="25" colspan="2" nowrap class="contentsmallboldcell">How
would you like us to contact you? </td>
      </tr>
      <tr>
        <td height="25" colspan="2" nowrap class="contentsmallcell">
          <input type="radio" name="contactMethod" value="email">
E-Mail<br>
          <input type="radio" name="contactMethod" value="phone">
Phone</td>
      </tr>
      <tr>
        <td height="25" colspan="2" nowrap class="contentsmallboldcell">Your
Questions or Comments: </td>
      </tr>
      <tr>
        <td height="25" colspan="2" nowrap class="contentsmallboldcell">
          <textarea name="comments" cols="50" rows="6" class="contentsmall"></textarea>
        </td>
      </tr>
      <tr>
        <td height="10" colspan="2"><img src="http://steaks.allenbrothers.com/images/steaks/steaks.gif" width="1"
height="10"></td>
      </tr>
      <tr>
        <td height="30"> </td>
        <td height="30" align="left" nowrap>
          <input type="hidden" name="marketingSourcesRequired" value="1">
          <input type="image" name="Submit" src="http://steaks.allenbrothers.com/images/steaks/submitinquiry.jpg"
alt="Submit" border="0" value="button.Submit"/>
        </td>
      </tr>
      <tr>
        <td height="10" colspan="4"><img src="http://steaks.allenbrothers.com/images/steaks/steaks.gif" width="1"
height="10"></td>
```