```html
</tr>
</table>
</form>
<script type="text/javascript" language="JavaScript">
<!--
var focusControl = document.forms["contactUsBean"].elements["name"];
if (focusControl.type != "hidden") {
    focusControl.focus();
}
// -->
</script>

<br>
<!-- InstanceEndEditable --></td>
</tr>
<tr valign="top">
<td><img src="http://steaks.allenbrothers.com/images/steaks/steaks.gif" width="1" height="40"></td>
</tr>
<tr>
<td width=629 align="center"><font face="Verdana, Geneva, Arial, Helvetica, san-serif" size="1" color="#635247"><br>
 <br>
<a href="AboutUs.jsp"><u>About Us</u></a> | <a href="PrivacyPolicy.jsp"><u>Privacy Policy</u></a> | <a href="CatalogRequest.jsp"><u>Catalog Request</u></a> | <a href="Assistance.jsp"><u>Customer Service</u></a> | <a href="ContactUs.jsp"><u>Contact Us</u></a> | <a href="sitemap.jsp"><u>Site Map</u></a> | <a href="/articles/prime-steaks.jsp"><u>Articles</u></a><br>
<img src="http://steaks.allenbrothers.com/images/steaks/steaks.gif" width="1" height="3" alt="" border="0"><br>
To place a phone order, call 24 hours a day, 7 days a week &#8212; (800) 957-0111<br>
For questions or assistance, call weekdays 8 AM to 5 PM CST &#8212; (800) 548-7777
<img src="http://steaks.allenbrothers.com/images/steaks/steaks.gif" width="1" height="3" alt="" border="0"><br>
&copy; 2007 Allen Brothers, Inc. All Rights Reserved.</font><br>
<img src="http://steaks.allenbrothers.com/images/steaks/steaks.gif" width="1" height="3" alt="" border="0"><br>
<span class="pcllc">design, development, marketing, and operations by <a href="http://www.prominentconsulting.com" target="_blank" class="pcllc">Prominent Consulting, LLC</a></span>
<br>
<span class="pcllc"><a href="http://www.echomountain.com" target="_blank" class="pcllc">Managed Server Colocation Provided by echoMountain Data Center Services</a></span>
</td>
</tr>
</tr>
<td width=629 align="center" class="navigationPlain" valign="baseline">Enter your email address to receive special offers<br><form name="emailOffersBean" method="GET" action="/emailOffers.do;jsessionid=G59QTzZJyG4QMHLph5gV9KJ2V99nJdTWxWHSKdJTXtFQL4dyWspY!1309277216058109 15" onsubmit="return submitEmailForm(this);"><input type="text" name="email" maxlength="76" size="15" tabindex="3" value="&lt;enter email&gt;" onfocus="form.email.value='';" class="email"> <input type="image" name="action"
```

```
</tr>
</table>
</div>
</script>
<script src="http://web.archive.org/web/20070808172952js_/http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
_uacct = "UA-230325-3";
urchinTracker();
</script>
</body>
</script>
<!-- InstanceEnd -->
<!-- SOME SCRIPT SRC'S ON THIS PAGE HAVE BEEN REWRITTEN BY THE WAYBACK MACHINE
OF THE INTERNET ARCHIVE IN ORDER TO PRESERVE THE TEMPORAL INTEGRITY OF THE SESSION. -->
<!-- SOME LINK HREF'S ON THIS PAGE HAVE BEEN REWRITTEN BY THE WAYBACK MACHINE
OF THE INTERNET ARCHIVE IN ORDER TO PRESERVE THE TEMPORAL INTEGRITY OF THE SESSION. -->

<SCRIPT language="Javascript">
<!--
// FILE ARCHIVED ON 20070808172952 AND RETRIEVED FROM THE
// INTERNET ARCHIVE ON 20071118225707.
// JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.
// ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
// SECTION 108(a)(3)).

var sWayBackCGI = "http://web.archive.org/web/20070808172952/";

function xResolveUrl(url) {
    var image = new Image();
    image.src = url;
    return image.src;
}

function xLateUrl(aCollection, sProp) {
    var i = 0;
    for(i = 0; i < aCollection.length; i++) {
        if (typeof(aCollection[i][sProp]) == "string") {
            if (aCollection[i][sProp].indexOf("mailto:") == -1 &&
                aCollection[i][sProp].indexOf("javascript:") == -1) {
                if(aCollection[i][sProp].indexOf("http") == 0) {
                    aCollection[i][sProp] = sWayBackCGI + aCollection[i][sProp];
                }
                else {
                    aCollection[i][sProp] = sWayBackCGI + xResolveUrl(aCollection[i][sProp]);
                }
            }
        }
    }
}
```

```
        }
      }
      xlateUrl(document.getElementsByTagName("IMG"), "src");
      xlateUrl(document.getElementsByTagName("A"), "href");
      xlateUrl(document.getElementsByTagName("AREA"), "href");
      xlateUrl(document.getElementsByTagName("OBJECT"), "codebase");
      xlateUrl(document.getElementsByTagName("OBJECT"), "data");
      xlateUrl(document.getElementsByTagName("APPLET"), "codebase");
      xlateUrl(document.getElementsByTagName("APPLET"), "archive");
      xlateUrl(document.getElementsByTagName("EMBED"), "src");
      xlateUrl(document.getElementsByTagName("BODY"), "background");
      xlateUrl(document.getElementsByTagName("FORM"), );
      var forms = document.getElementsByTagName("FORM");
      if (forms) {
         var j = 0;
         for (j = 0; j < forms.length; j++) {
            f = forms[j];
            if (typeof(f.action) == "string") {
               if(typeof(f.method) == "string") {
                  if(typeof(f.method) != "post") {
                     f.action = swayBackCGI + f.action;
                  }
               }
            }
         }
      }
//-->
</SCRIPT>
</html>
```

# "Contact Us" Page

## Current Allen Brothers Website
## (Screen Shots and Source Code)

