```
<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Strict//EN" "http://www.w3.org/TR/xhtml1/DTD/xhtml1-strict.dtd"><html><head>
<title></title>
<meta name="keywords" content="" />
<meta name="description" content="" />
<script language="javascript" type="text/javascript" src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/scFrameWork.js"></script>

<!--Solid Cactus Click to enlarge v3.0.2-->
<script language="javascript" type="text/javascript" src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/scImageEnlarge.js"></script>

<script src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/hidescript.js"></script>
<link rel="stylesheet" type="text/css" href="yhst-93672551109875-style-css.css" /><link rel="stylesheet" type="text/css" href="css-edits.css" />
</head><body bgcolor="#ffffff" text="#000000" link="#0000cc" vlink="#666666"><div id="container"><div id="header"><h1 id="brandmark"><a href="index.html">Allen Brothers - The Great Steakhouse
Steaks</a></h1><ul id="topnav">
    <li><a href="index.html" title="Home">Home</a></li>
    <li><a href="info.html" title="About Us">About Us</a></li>
    <li><a href="contact2.html" title="Contact Us">Contact Us</a></li>
    <li><a href="tracking.html" title="Order Tracking">Order Tracking</a></li>
    <li class="last">1.800.957.0111</li>
</ul><form method="get" action="nsearch.html" id="searcharea"><fieldset><img src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/search.gif" alt="Search" /><input name="query"
type="text" size="12" id="query" /><input type="image" src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/go1.gif" value="Go" class="ys_primary" id="searchsubmit" /><input
name="vwcatalog" type="hidden" value="yhst-93672551109875" /></fieldset></form><ul class="links">
    <li><a href="gift-selections.html">Gift Selections</a></li>
    <li><a href="fine-dining1.html">Fine Dining</a></li>
    <li><a href="catalog.html">Allen Brothers Catalog</a></li>
    <li><a href="shopping-assistance.html">Shopping Assistance</a></li>
    <li class="last"><a href="https://order.store.yahoo.net/cgi-bin/wg-order?yhst-93672551109875">View Cart</a></li>
</ul></div><div id="bodyshell" class="clear"><div id="bodycontent"><div class="bodypad">
<!--Start Content Body-->
<div id="info-div"><div><script type="text/javascript" src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/formval.js"></script>
<p><img src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/ContactUs.jpg" height="23" width="300"><br/><br/><br/>
We would like to hear from you. Whether you have a general question, want to know
more about Allen Brothers or have specific questions regarding an order that you
placed, please complete the following inquiry form or contact us using the information
below.</p>
<form method="post" action="http://store.yahoo.com/cgi-bin/pro-forma" onsubmit="return formck(this)">
    <div class="required">
            <div id="form-container">
                    <div id="contact-form-left">
                            <p class="form">Your Name:</p>
                            <p class="form">Address:</p>
                            <p class="form"> </p>
                            <p class="form"> </p>
                            <p class="form">City:</p>
                            <p class="form">State:</p>
                            <p class="form">ZIP Code:</p>
                            <p class="form">Phone Number:</p>
                            <p class="form">Email Address:</p>
                            <p class="form">How did you hear about us?</p>
                    </div>
                    <div id="contact-form-right">
                            <p class="form2"><input name="contact-name" maxlength="60" size="30" value="" type="text"></p>
                            <p class="form2"><input name="contact-address1" maxlength="60" size="30" value="" type="text"></p>
                            <p class="form3" style="font-size: 11px;">Street address</p>
                            <p class="form2"><input name="contact-address2" maxlength="60" size="30" value="" type="text"></p>
                            <p class="form3" style="font-size: 11px;">Apartment, suite, unit, building, floor, etc.</p>
                            <p class="form2"><input name="contact-city" maxlength="60" size="30" value="" type="text"></p>
                            <p class="form2"><select name="contact-state">
                                    <option value="">Select</option>
                                    <option value="Alabama">Alabama</option>
                                    <option value="Alaska">Alaska</option>
                                    <option value="Arizona">Arizona</option>
                                    <option value="Arkansas">Arkansas</option>
                                    <option value="California">California</option>
                                    <option value="Colorado">Colorado</option>
                                    <option value="Connecticut">Connecticut</option>
                                    <option value="Delaware">Delaware</option>
                                    <option value="District Of Columbia">District Of Columbia</option>
                                    <option value="Florida">Florida</option>
                                    <option value="Georgia">Georgia</option>
                                    <option value="Hawaii">Hawaii</option>
                                    <option value="Idaho">Idaho</option>
                                    <option value="Illinois">Illinois</option>
                                    <option value="Indiana">Indiana</option>
```

```
<option value="Iowa">Iowa</option>
<option value="Kansas">Kansas</option>
<option value="Kentucky">Kentucky</option>
<option value="Louisiana">Louisiana</option>
<option value="Maine">Maine</option>
<option value="Maryland">Maryland</option>
<option value="Massachusetts">Massachusetts</option>
<option value="Michigan">Michigan</option>
<option value="Minnesota">Minnesota</option>
<option value="Mississippi">Mississippi</option>
<option value="Missouri">Missouri</option>
<option value="Montana">Montana</option>
<option value="Nebraska">Nebraska</option>
<option value="Nevada">Nevada</option>
<option value="New Hampshire">New Hampshire</option>
<option value="New Jersey">New Jersey</option>
<option value="New Mexico">New Mexico</option>
<option value="New York">New York</option>
<option value="North Carolina">North Carolina</option>
<option value="North Dakota">North Dakota</option>
<option value="Ohio">Ohio</option>
<option value="Oklahoma">Oklahoma</option>
<option value="Oregon">Oregon</option>
<option value="Pennsylvania">Pennsylvania</option>
<option value="Rhode Island">Rhode Island</option>
<option value="South Carolina">South Carolina</option>
<option value="South Dakota">South Dakota</option>
<option value="Tennessee">Tennessee</option>
<option value="Texas">Texas</option>
<option value="Utah">Utah</option>
<option value="Vermont">Vermont</option>
<option value="Virginia">Virginia</option>
<option value="Washington">Washington</option>
<option value="West Virginia">West Virginia</option>
<option value="Wisconsin">Wisconsin</option>
<option value="Wyoming">Wyoming</option>
<option value="Puerto Rico">Puerto Rico</option>
</select></p>
<p class="form2"><input name="contact-zip" maxlength="10" size="10" value=""  type="text" /></p>
<p class="form2"><input name="contact-phone maxlength="10" size="10" value="" type="text" /></p>
<p class="form2"><input name="contact-email" maxlength="60" size="15" value=""  type="text"></p>
<p class="form2"><select name="contact-marketingSrc">
<option value="">Select an option</option>
<option value="Google Advertisement">Google Advertisement</option>
<option value="Yahoo Advertisement">Yahoo Advertisement</option>
<option value="Google Search">Google Search</option>
<option value="Yahoo Search">Yahoo Search</option>
<option value="MSN Search">MSN Search</option>
<option value="Other Website">Other Website</option>
<option value="Other Online Advertisement">Other Online Advertisement</option>
<option value="Dan McNeil - ESPN Radio">Dan McNeil - ESPN Radio</option>
<option value="Previous Gift Recipient">Previous Gift Recipient</option>
<option value="Received Catalog in Mail">Received Catalog in Mail</option>
<option value="Received Postcard in Mail">Received Postcard in Mail</option>
<option value="Received an Email">Received an Email</option>
<option value="From a Friend or Family Member">From a Friend or Family Member</option>
<option value="A Restaurant">A Restaurant</option>
<option value="Jaguar Magazine">Jaguar Magazine</option>
<option value="Other Radio Show">Other Radio Show</option>
<option value="Current Customer">Current Customer</option>
<option value="Lexus New Model Guide">Lexus New Model Guide</option>
<option value="Dan McNeil Radio Show">Dan McNeil Radio Show</option>
<option value="Steve Dahl Radio Show">Steve Dahl Radio Show</option>
<option value="Academy Awards">Academy Awards</option>
<option value="Ocean Home Magazine">Ocean Home Magazine</option>
<option value="Food & Wine Magazine">Food &amp; Wine Magazine</option>
<option value="Froogle">Froogle</option>
<option value="WCKG Free-FM">WCKG "Free-FM"</option>
<option value="MSN Advertisement">MSN Advertisement</option>
<option value="Other Television Ad/Spot">Other Television Ad/Spot</option>
<option value="Other Magazine Ad">Other Magazine Ad</option>
<option value="Newspaper Article">Newspaper Article</option>
<option value="Other Source">Other Source</option>
<option value="American Way Magazine">American Way Magazine</option>
```

```
                        <option value="Chicago Public Radio - WBEZ-FM">Chicago Public Radio - WBEZ-FM</option>
                        <option value="Steve Dahl - Free FM/WCKG">Steve Dahl - Free FM/WCKG</option>
                        <option value="New York Times Magazine">New York Times Magazine</option>
                        <option value="Other Newspaper">Other Newspaper</option>
                        <option value="The Glenn Beck Program">The Glenn Beck Program</option>
                        <option value="The Rush Limbaugh Show">The Rush Limbaugh Show</option>
                        <option value="American Music Awards">American Music Awards</option>
                        <option value="Dining Out New York">Dining Out New York</option>
                        <option value="Peoples Choice Awards">Peoples Choice Awards</option>
                        <option value="Academy Awards Program">Academy Awards Program</option>
                        <option value="Todays Chicago Woman">Todays Chicago Woman</option>
                        <option value="Dining Out Chicago">Dining Out Chicago</option>
                        <option value="Wake Up With Whoopi">Wake Up With Whoopi</option>
                        <option value="The Ed Schultz Show">The Ed Schultz Show</option>
                    </select></p>
            </div>
            <div id="textbox">
                <p>
                    How would you like us to contact you?<br/>
        <input name="contact-via" value="email" type="radio">
        E-Mail<br/>
        <input name="contact-via" value="phone" type="radio">
        Phone<br/><br/>
        Your Questions or Comments:
        <textarea name="Comments" cols="40" rows="6" ></textarea>
         
        <input style="margin; 15px 0pt 0pt 80px;" name="Submit" src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/submitinquiry.jpg" alt="Submit" type="image">
                </p>
            </div>
        </div>
        <div id="contact-info">
                <div>Customer Service</div>
            1-800-548-7777<br/>
            Monday-Friday, 8 A.M. to 5 P.M. CST<br/><br />
            <div>Phone Orders:</div>
            1-800-957-0111<br/>
            24 hours a day, 7 days a week<br/><br />
            <div>Fax Orders:</div>
            1-800-890-9146<br/>
            24 hours a day, 7 days a week:<br/><br />
            <div>Corporate Office:</div>
            Allen Brothers, Inc.<br/>
            3737 South Halsted Street<br/>
            Chicago, Illinois 60609-1689
        </div>
    </div>
<input type="hidden" name="subject" value="Contact Us" />
<input type="hidden" name="from" value="info@allenbrothers.com" />
                <input type="hidden" name="owner" value="info@allenbrothers.com" />
    <input type="hidden" name="newnames-to" value="yhst-93672551109875" />
    <input type="hidden" name="vwcatalog" value="yhst-93672551109875" />
    <input type="hidden" name=".autodone" value="http://store.yahoo.com/yhst-93672551109875" />
</form></div><br class="clear" /><div><br /></div></div></div></div><div id="nav-product"><div id="htmltop"><!--<img
src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/specialoffers.gif" alt="Special Offers" />--></div><ul><li><a href="the-great-steakhouse-steaks.html">USDA Prime
Steaks</a></li><li><a href="wet-aged-beef.html">Wet-Aged Beef</a></li><li><a href="usda-prime-dry-aged-beef.html">Dry-Aged Beef</a></li><li><a href="kobe-wagyu-beef.html">Kobe Wagyu
Beef</a></li><li><a href="our-never-frozen-beef.html">Never Frozen Beef</a></li><li><a href="appetizers.html">Appetizers</a></li><li><a href="side-dishes.html">Side Dishes</a></li><li><a
href="soups.html">Soups</a></li><li><a href="buffalo---venison.html">Buffalo & Venison</a></li><li><a href="chef-art-smiths-back-to-the-family-delights.html">Chef Art Smith Entrees</a></li><li><a
href="the-great-steakhouse-desserts.html">Desserts</a></li><li><a href="duck-delicacies.html">Duck</a></li><li><a href="heat---serve-entrees.html">Heat & Serve Entrees</a></li><li><a
href="the-great-steakhouse-lamb.html">Lamb</a></li><li><a href="the-great-steakhouse-pork.html">The Great Steakhouse Pork</a></li><li><a href="the-great-steakhouse-poultry.html">The Great Steakhouse
Poultry</a></li><li><a href="sausages-and-bratwurst.html">Sausages and Bratwurst</a></li><li><a href="seafood-selections.html">Seafood</a></li><li><a
href="the-great-steakhouse-steak-burgers-and-steak-dogs.html">Steak Burgers & Dogs</a></li><li><a href="smoked-meats.html">Smoked Meats</a></li><li><a
href="the-great-steakhouse-veal.html">Veal</a></li><li><a href="new-products.html">New Products</a></li><li><a href="specials.html">Internet Specials</a></li><li><a
href="favorites.html">Favorites</a></li><li><a href="media-personalities.html">Celebrity/Media Advocates</a></li></ul><div id="htmlbottom"><img
src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/emailspecials.gif" alt="Sign up for email special offers" /><form action="http://store.yahoo.com/cgi-bin/pro-forma"
method="post"><fieldset><input name="email" type="text" size="12" id="mailingquery" value="Enter Email Address"onfocus="if (this.value == this.defaultValue) this.value = '';"
onblur="if(this.value=='') this.value = this.defaultValue;" /><input type="image" src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/subscribe.gif" value="Subscribe" id="nlsubmit"
/><input type="hidden" name="from" value="allenbros3737@yahoo.com" /><input type="hidden" name="owner" value="allenbros3737@yahoo.com" /><input type="hidden" name="subject" value="Newsletter
Submission" /><input type="hidden" name="newnames-to" value="yhst-93672551109875" /><input type="hidden" name="vwcatalog" value="yhst-93672551109875" /><input type="hidden" name=".autodone"
value="http://store.yahoo.com/yhst-93672551109875" /></fieldset></form></div></div></div><div id="footer"><ul class="links">
    <li><a href="index.html">Home</a></li>
    <li><a href="info.html">About Us</a></li>
    <li><a href="privacypolicy.html">Privacy Policy</a></li>
    <li><a href="catalog.html">Catalog Request</a></li>
    <li><a href="shopping-assistance.html">Customer Service</a></li>
    <li><a href="contact2.html">Contact Us</a></li>
```

```
    <li><a href="ind.html">Site Map</a></li>
    <li><a href="articles.html">Articles</a></li>
    <li class="last"><a href="https://order.store.yahoo.net/cgi-bin/wg-order?yhst-93672551109875">View Shopping Cart</a></li>
</ul><p>To place a phone order, call 24 hours a day, 7 days a week &mdash; (800) 957-0111<br />
For questions or assistance, call weekdays 8 AM to 5 PM CST &mdash; (800) 548-7777</p><div class="text"><span class="copyright">Copyright &copy; 2007 Allen Brothers, Inc., All Rights
Reserved.</span></div></div></div><div id="scImgOverall"></div><script language="javascript" type="text/javascript"
src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/Sc-Initialize.js"></script></body>
<script type="text/javascript">
// Begin Y! Store Generated Code
 </script><script type="text/javascript" src="http://us.js2.yimg.com/us.js.yimg.com/ult/ylc_1.9.js" ></script><script type="text/javascript"
src="http://us.js2.yimg.com/us.yimg.com/lib/smbiz/store/csell/js/beacon-1.2.2.7.js" >
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
 csell_page_data = {}; csell_page_rec_data = []; ts='TOK_STORE_ID';
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
function csell_GLOBAL_INIT_TAG() { var csell_token_map = {}; csell_token_map['TOK_ITEM_ID_LIST'] = 'contact2'; csell_token_map['TOK_BEACON_TYPE'] = 'prod'; csell_token_map['TOK_RAND_KEY'] = 't';
csell_token_map['TOK_SPACEID'] = '2022276099'; csell_token_map['TOK_IS_ORDERABLE'] = '2'; csell_token_map['TOK_STORE_ID'] = 'yhst-93672551109875'; csell_token_map['TOK_URL'] = 'http://geo.yahoo.com';
csell_token_map['TOK_ORDER_HOST'] = 'order.store.yahoo.net';  c = csell_page_data; var t = csell_token_map; c['s'] = t['TOK_SPACEID']; c['url'] = t['TOK_URL']; c['si'] = t[ts]; c['ii'] =
t['TOK_ITEM_ID_LIST']; c['bt'] = t['TOK_BEACON_TYPE']; c['rnd'] = t['TOK_RAND_KEY']; c['io'] = t['TOK_IS_ORDERABLE']; YStore.addItemUrl =
'http%s://'+t['TOK_ORDER_HOST']+'/ymix/MetaController.html?eventName.addEvent&cartDS.shoppingcart_ROW0_m_orderItemVector_ROW0_m_itemId=%s&cartDS.shoppingcart_ROW0_m_orderItemVector_ROW0_m_quantity=1&ys
}
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
function csell_REC_VIEW_TAG() {  var p = csell_page_data; var a = '/sid='+p['si']+'/io='+p['io']+'/ii='+p['ii']+'/bt='+p['bt']+'-view'; var r=Math.random();
YStore.CrossSellBeacon.renderBeaconWithRecData(p['url']+'/p/s='+p['s']+'/'+p['rnd']+'='+r+a); }
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
var csell_token_map = {}; csell_token_map['TOK_PAGE'] = 'p'; csell_token_map['TOK_WS_URL'] = ''; csell_token_map['TOK_SHOW_CS_RECS'] = 'false'; csell_token_map['TOK_CURR_SYM'] = '$';  var t =
csell_token_map; csell_GLOBAL_INIT_TAG(); YStore.page = t['TOK_PAGE']; YStore.currencySymbol = t['TOK_CURR_SYM']; YStore.crossSellUrl = t['TOK_WS_URL']; YStore.showCSRecs =
t['TOK_SHOW_CS_RECS'];</script><script type="text/javascript" src="http://us.js2.yimg.com/us.yimg.com/lib/smbiz/store/csell/js/recs-1.1.2.28.js" ></script><script type="text/javascript" >
</script>
</html><script language=javascript>
if(window.yzq_p==null)document.write("<scr"+"ipt language=javascript src=http://l.yimg.com/us.js.yimg.com/lib/bc/bc_2.0.4.js></scr"+"ipt>");
</script><script language=javascript>
if(window.yzq_p)yzq_p('P=dWsvF9G_QhhONSNdbwI7NgCr2CW_vUdAw0EAAHje&T=13m10pgln%2fX%3d1195426625%2fE%3d23732888%2fR%3dst%2fK%3d5%2fV%3d1.1%2fW%3dJ%2fY%3dYAHOO%2fF%3d931415387%2fS%3d1%2fJ%3d1842BFD1');
if(window.yzq_s)yzq_s();
</script><noscript><img width=1 height=1 alt=""
src="http://us.bc.yahoo.com/b?P=dWsvF9G_QhhONSNdbwI7NgCr2CW_vUdAw0EAAHje&T=13sv5kaa7%2fX%3d1195426625%2fE%3d23732888%2fR%3dst%2fK%3d5%2fV%3d3.1%2fW%3dJ%2fY%3dYAHOO%2fF%3d3602920365%2fQ%3d-1%2fS%3d1%2fJ
```