## c. "Restaurants" Page:

    i. Screen Shot – Old Allen Brothers Website

    ii. Source Code – Old Allen Brothers Website

    iii. Screen Shot – Current Allen Brothers Website

    iv. Source Code – Current Allen Brothers Website

# "Restaurants" Page

## Old Allen Brothers Website
## (Screen Shots and Source Code)

# ALLEN BROTHERS
## THE GREAT STEAKHOUSE STEAKS®

*YOUR SOURCE FOR FINE DINING*

Home - About Us - Contact Us - Catalog Request

Hear About Us On The Radio?

CART   SEARCH [keyword or item #] Go

SHOP | GIFT SELECTIONS | FINE DINING | CATALOG | ASSISTANCE

**SHOP**
- USDA Prime Steaks
- Wet-Aged Beef
- Dry-Aged Beef
- Kobe-style Wagyu Beef
- Near Frozen Beef
- Appetizers
- Buffalo & Venison
- Chef Art Smith Entrees
- Desserts
- Duck
- Heat & Serve Entrees
- Lamb
- Pork
- Poultry
- Sausages & Bratwurst
- Seafood
- Steak Burgers & Dogs
- Veal
- New Products
- Specials
- Favorites

SIGN UP FOR EMAIL SPECIAL OFFERS
[enter email>] SUBSCRIBE

Home >

## AMERICA'S LEGENDARY STEAKHOUSES AND FINEST RESTAURANTS RELY ON US FOR THEIR GREAT STEAKS

The heart of every great steakhouse is extraordinary beef. In the restaurant business, greatness starts with serving the best. Top restauranteurs know that only the finest USDA Prime aged cuts create the most superior and memorable steaks.

Mention Chicago Chop House, Del Frisco's, and The Prime Rib - to name a few - and Allen Brothers is in the background. That's because we've been supplying the country's top steakhouses with the finest meats for more than 110 years. They know they can rely on Allen Brothers to provide perfection every time. It's confidence on which they stake their reputations.

Allen Brothers is pleased to deliver the same restaurant quality cuts to your home so that you can indulge in the ultimate steakhouse experience any time. It's an experience we guarantee you'll look forward to, again and again.

Here's what America's Great Steakhouses have to say about Allen Brothers:




"At Lawry's The Prime Rib we are famous for our prime ribs of beef. Sacrificing quality is not an option and that is why we depend on ALLEN BROTHERS to consistently deliver the very best. They never let us down."

*Bryan Monfort*
*Vice President Operations*
*Lawry's*
*The Prime Rib*
*Beverly Hills, Chicago, Dallas and Las Vegas*



"Harry Caray's Restaurant is consistently ranked as one of the best steakhouses in Chicago. The quality of the product we receive from ALLEN BROTHERS is absolutely key to our success. We appreciate the exceptional service and outstanding product that ALLEN BROTHERS has provided over the years."

*Grant DePorter*
*Managing Partner*
*Harry Caray's Restaurant Group*
*Chicago IL*



"Del Frisco's Double Eagle Steak House continues to enjoy ALLEN BROTHERS' commitment to service and quality of products. A world-class operation."

*Dee Lincoln*
*Vice President & Co-founder*
*Del Frisco's*
*Dallas TX*

"The people at ALLEN BROTHERS really put their hearts and souls into everything they do - that's why we rely on them for our finest meats."

*Tony Durpetti*
*President*
*Gene & Georgetti*
*Chicago IL*

File: C:\Documents and Settings\jeff1\Desktop\Finished Stores\AllenBrothers\CD-Back\old_www.allanbros.com\Serving-jsp(3).htm  10/13/2007, 6:04:52PM

```
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN" "http://www.w3.org/TR/html4/loose.dtd">
<html><!-- InstanceBegin template="/Templates/steaks.dwt.jsp" codeOutsideHTMLIsLocked="false" -->
<head>
<meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
<title>The Great Steakhouse Steaks - Allen Brothers USDA Prime Steak and Prime Beef</title>
<META name="description" content="Order steaks, lobsters, seafood, and desserts from the purveyor of America's highest-quality USDA prime steaks and beef, Allen Brothers - The Great Steakhouse Steaks">
<META name="keywords" content="steaks,steak,prime beef,beef,prime steaks,aged beef,kobe beef,angus beef,mail order steaks,wagyu beef,prime steak,aged steaks,filet mignon,beef wellington">
<link rel="stylesheet" href="http://72.5.200.197/css/steaks.css" type="text/css">
<SCRIPT language="JavaScript" src="http://72.5.200.197/js/steaks.js"></SCRIPT>
<!-- InstanceEndEditable name="head" --><!-- InstanceEndEditable -->
</head>
<body bgcolor="#ffffff" vlink="#635247" link="#635247" marginheight="0" marginwidth="0" topmargin="0" leftmargin="0" rightmargin="0"
onLoad="MM_preloadImages('http://72.5.200.197/images/nav/top/ordertracking-over.gif','http://72.5.200.197/images/nav/top/myAccount-over.gif','http://72.5.200.197/images/nav/top/cart-over.gif','http://72.5.200.197/images/nav/top/go-over.jpg','http://72.5.200.197/images/nav/top/go-down.gif','http://72.5.200.197/images/nav/top/order tracking-over.gif','http://72.5.200.197/images/myaccount-over.gif','http://72.5.200.197/images/steaks/c art-over.gif','http://72.5.200.197/images/steaks/shop-over.gif','http://72.5.200.197/images/steaks/pri mesteaks-over.jpg','http://72.5.200.197/images/steaks/leftnav/wetaged-over.jpg','http://72.5.200.197/images/st eaks/leftnav/dryaged-over.jpg','http://72.5.200.197/images/steaks/leftnav/never-over.jpg','http://72.5.200.197/images/steaks/leftnav/kobe-over.jpg','http://72.5.200.197/images/steaks/leftnav/appetizers-over.jpg','http://72.5.200.197/images/steaks/leftnav/buffalo-over.jpg','http://72.5.200.197/images/steaks/leftnav/desserts-over.jpg','http://72.5.200.197/images/steaks/leftnav/duck-over.jpg','http://72.5.200.197/images/steaks/leftnav/heat andserve-over.jpg','http://72.5.200.197/images/steaks/leftnav/lamb-over.jpg','http://72.5.200.197/images/steak s/leftnav/pork-over.jpg','http://72.5.200.197/images/steaks/leftnav/poultry-over.jpg','http://72.5.200.197/ima
```

```
File: C:\Documents and Settings\jeff1\Desktop\Finished Stores\AllenBrothers\CD-Back\old_www.allanbros.com\Serving.jsp(3).htm   10/13/2007, 6:04:52PM

ges/steaks/leftnav/sausages-over.jpg','http://72.5.200.197/images/steaks/leftnav/seafood-over.jpg','http://72.5.200.197/images/steaks/leftnav/steakburgers-over.jpg','http://72.5.200.197/images/steaks/leftnav/veal-over.jpg','http://72.5.200.197/images/steaks/leftnav/newproducts-over.jpg','http://72.5.200.197/images/steaks/leftnav/wineclub-over.jpg','http://72.5.200.197/images/steaks/leftnav/favorites-over.jpg','http://72.5.200.197/images/steaks/leftnav/specials-over.jpg')">
<div id="topLinks" class="topLinks"><a href="steaks.jsp" class="theme">Home</a>  -  <a href="AboutUs.jsp" class="theme">About Us</a>  -  <a href="ContactUs.jsp" class="theme">Contact Us</a>  -  <a href="CatalogRequest.jsp" class="theme">Catalog Request</a></div>
<div id="CompanyLogo" style="position:absolute; top:2px; left:2px; z-index:30; width:328px; height:50px;"><A href="/steaks.jsp"><img src="http://72.5.200.197/images/steaks/A5-logo.jpg" width="328" height="50" border="0"></A></div>
<div id="Signoff" class="siteNavigation" style="left:300px;"></div>
<!--<div id="OrderTracking" class="siteNavigation" style="left:350px;"><a href="OrderTracking.jsp" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('OrderTracking','','http://72.5.200.197/images/steaks/ordertracking-over.gif',1)"><img src="http://72.5.200.197/images/steaks/ordertracking.gif" alt="ORDER TRACKING" name="OrderTracking" width="101" height="17" border="0"></a></div>
<div id="MyAccount" class="siteNavigation" style="left:456px;"><a href="MyAccount.jsp" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('MyAccount','','http://72.5.200.197/images/steaks/myaccount-over.gif',1)"><img src="http://72.5.200.197/images/steaks/myaccount.gif" alt="MY ACCOUNT" name="MyAccount" width="80" height="17" border="0"></a></div>  -->
<div id="Radio" class="siteNavigation" style="top:15px; left:348px;"><a href="/Radio.jsp"><img src="http://72.5.200.197/images/steaks/radio.gif" alt="Hear about us on the radio?" name="Radio" width="100" height="26" border="0"></a></div>
<div id="ShoppingCart" class="siteNavigation" style="top:23px; left:541px;"><a href="ShoppingCart.jsp" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Cart','','http://72.5.200.197/images/steaks/cart-over.gif',1)"><img src="http://72.5.200.197/images/steaks/cart.gif" alt="Shopping Cart" name="Cart" width="38" height="26" border="0"></a></div>
<div id="Search" class="siteNavigation" style="left:584px;"><img src="http://72.5.200.197/images/steaks/search.gif" alt="Search" name="Search" width="40" height="17" border="0"></div>
<form name="searchBean" method="GET" action="/search.do">
    <div id="SearchForm" class="siteNavigation" style="left:628px;width:120px;top:30px;">
        <input type="text" name="searchString" maxlength="30" size="15" tabindex="1" value="Keyword or item #" onfocus="form.searchString.value='';" class="search">
```

File: C:\Documents and Settings\Jeff1\Desktop\Finished Stores\AllenBrothers\CD-Back\old_www.allanbros.com\Serving.jsp(3).htm  10/13/2007, 6:04:52PM

```
      </div>
      <div id="SearchForm" class="siteNavigation" style="left:750px;width:17px;top:32px;">
        <input type="image"
               name="action"
               src="http://72.5.200.197/images/steaks/gobutton.gif"
               alt="GO"
               border="0"
               value="button.Submit"
               tabindex="2"/>
      </div>
    </form>
  </div>
  <div id="topNavBar" class="topNavBar"></div>
  <div id="ShopTopNav" class="topNavBarItems" style="left:1px;"><a href="Shop.jsp?categoryId=87"
     onMouseOver="MM_swapImage('ShopTopNav','','http://72.5.200.197/images/steaks/shop-over.gif',1)"><img
     onMouseOut="MM_swapImgRestore()"
     src="http://72.5.200.197/images/steaks/shop.gif" alt="Shop Categories" name="ShopTopNav" width="127"
     height="18" border="0"></a></div>
  <div id="GiftTopNav" class="topNavBarItems" style="left:130px;"><a href="findProducts.do?categoryId=103"
     onMouseOver="MM_swapImage('GiftTopNav','','http://72.5.200.197/images/steaks/gift-over.gif',1)"><img
     onMouseOut="MM_swapImgRestore()"
     src="http://72.5.200.197/images/steaks/gift.gif" alt="Gift Ideas" name="GiftTopNav" width="127" height="18"
     border="0"></a></div>
  <div id="FineDining" class="topNavBarItems" style="left:284px; z-index:30; width:127px; height:18px;"><a
     href="FineDining.jsp" onMouseOver="MM_swapImage('FineDiningTopNav','','http://72.5.200.197/images/steaks/finedining-over.gif',1)"><i
     onMouseOut="MM_swapImgRestore()"
     mg src="http://72.5.200.197/images/steaks/finedining.gif" alt="Fine Dining" name="FineDiningTopNav"
     width="127" height="18" border="0"></a></div>
  <div id="CatalogTopNav" class="topNavBarItems" style="left:418px;"><a href="Catalog.jsp"
     onMouseOver="MM_swapImage('CatalogTopNav','','http://72.5.200.197/images/steaks/catalog-over.gif',1)"><img
     onMouseOut="MM_swapImgRestore()"
     src="http://72.5.200.197/images/steaks/catalog.gif" alt="Catalog" name="CatalogTopNav" width="127" height="18"
     border="0"></a></div>
  <div id="AssistanceTopNav" class="topNavBarItems" style="left:547px;"><a href="Assistance.jsp"
     onMouseOver="MM_swapImage('AssistanceTopNav','','http://72.5.200.197/images/steaks/assistance-over.gif',1)"><i
     onMouseOut="MM_swapImgRestore()"
     mg src="http://72.5.200.197/images/steaks/assistance.gif" alt="Assistance" name="AssistanceTopNav" width="127"
     height="18" border="0"></a></div>
  <div id="leftNavigationBar" class="leftNavBar">
```

File: C:\Documents and Settings\Jeff1\Desktop\Finished Stores\AllenBrothers\CD-Back\old_www.allanbros.com\Serving.jsp(3).htm    10/13/2007, 6:04:52PM

```
<div id="PrimeSteaks" class="shopCategory"><a href="/findProducts.do?categoryId=90"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image22','','http://72.5.200.197/images/steaks/leftnav/primesteaks-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/primesteaks.jpg" alt="Prime Steaks" name="Image22" width="127" height="15" border="0"></a></div>
<div id="PrimeBeef" class="shopCategory"><a href="/findProducts.do?categoryId=76"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image23','','http://72.5.200.197/images/steaks/leftnav/wetaged-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/wetaged.jpg" alt="Wet-Aged Beef" name="Image23" width="127" height="15" border="0"></a></div>
<div id="DryAgedBeef" class="shopCategory"><a href="/findProducts.do?categoryId=50"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image24','','http://72.5.200.197/images/steaks/leftnav/dryaged-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/dryaged.jpg" alt="Dry-Aged Beef" name="Image24" width="127" height="15" border="0"></a></div>
<div id="WagyuBeef" class="shopCategory"><a href="/findProducts.do?categoryId=63"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image25','','http://72.5.200.197/images/steaks/leftnav/kobe-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/kobe.jpg" alt="Kobe-style Wagyu Beef" name="Image25" width="127" height="15" border="0"></a></div>
<div id="NeverFrozenBeef" class="shopCategory"><a href="/findProducts.do?categoryId=60"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image26','','http://72.5.200.197/images/steaks/leftnav/never-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/never.jpg" alt="Never Frozen Beef" name="Image26" width="127" height="15" border="0"></a></div>
<div id="Appetizers" class="shopCategory"><a href="/findProducts.do?categoryId=64"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image27','','http://72.5.200.197/images/steaks/leftnav/appetizers-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/appetizers.jpg" alt="Appetizers" name="Image27" width="127" height="15" border="0"></a></div>
<div id="BuffaloVenison" class="shopCategory"><a href="/findProducts.do?categoryId=40"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image28','','http://72.5.200.197/images/steaks/leftnav/buffalo-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/buffalo.jpg" alt="Buffalo & Venison" name="Image28" width="127" height="15" border="0"></a></div>
```

File: C:\Documents and Settings\jeff1\Desktop\Finished Stores\AllenBrothers\CD-Back\old_www.allanbros.com\Serving.jsp(3).htm  10/13/2007, 6:04:52PM

```
<div id="Chef Art Smith Entrees" class="shopCategory"><a href="/findProducts.do?categoryId=143" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image42','','http://72.5.200.197/images/steaks/leftnav/artsmith-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/artsmith.jpg" alt="Chef Art Smith Entrees" name="Image42" width="127" height="15" border="0"></a></div>
<div id="Desserts" class="shopCategory"><a href="/findProducts.do?categoryId=55" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image29','','http://72.5.200.197/images/steaks/leftnav/desserts-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/desserts.jpg" alt="Desserts" name="Image29" width="127" height="15" border="0"></a></div>
<div id="Duck" class="shopCategory"><a href="/findProducts.do?categoryId=33" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image30','','http://72.5.200.197/images/steaks/leftnav/duck-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/duck.jpg" alt="Duck" name="Image30" width="127" height="15" border="0"></a></div>
<div id="HeatAndServeEntrees" class="shopCategory"><a href="/findProducts.do?categoryId=32" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image31','','http://72.5.200.197/images/steaks/leftnav/heatandserve-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/heatandserve.jpg" alt="Heat & Serve Entr&eacute;es" name="Image31" width="127" height="15" border="0"></a></div>
<div id="Lamb" class="shopCategory"><a href="/findProducts.do?categoryId=39" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image32','','http://72.5.200.197/images/steaks/leftnav/lamb-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/lamb.jpg" alt="Lamb" name="Image32" width="127" height="15" border="0"></a></div>
<div id="Pork" class="shopCategory"><a href="/findProducts.do?categoryId=30" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image33','','http://72.5.200.197/images/steaks/leftnav/pork-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/pork.jpg" alt="Pork" name="Image33" width="127" height="15" border="0"></a></div>
<div id="Poultry" class="shopCategory"><a href="/findProducts.do?categoryId=28" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image34','','http://72.5.200.197/images/steaks/leftnav/poultry-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/poultry.jpg" alt="Poultry" name="Image34" width="127" height="15" border="0"></a></div>
<div id="SausagesAndBratwurst" class="shopCategory"><a href="/findProducts.do?categoryId=81" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image35','','http://72.5.200.197/images/steaks/leftnav/sausages-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/sausages.jpg" alt="Sausages & Bratwurst" name="Image35" width="127" height="15" border="0"></a></div>
```

File: C:\Documents and Settings\jeff1\Desktop\Finished Stores\AllenBrothers\CD-Back\old_www.allanbros.com\Serving.jsp(3).htm    10/13/2007, 6:04:52PM

```
<div id="Seafood" class="shopCategory"><a href="/findProducts.do?categoryId=27" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image36','','http://72.5.200.197/images/steaks/leftnav/seafood-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/seafood.jpg" alt="Seafood" name="Image36" width="127" height="15" border="0"></a></div>
<div id="SteakBurgersAndDogs" class="shopCategory"><a href="/findProducts.do?categoryId=80" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image37','','http://72.5.200.197/images/steaks/leftnav/steakburgers-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/steakburgers.jpg" alt="Steak Burgers & Dogs" name="Image37" width="127" height="15" border="0"></a></div>
<div id="Veal" class="shopCategory"><a href="/findProducts.do?categoryId=26" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image38','','http://72.5.200.197/images/steaks/leftnav/veal-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/veal.jpg" alt="Veal" name="Image38" width="127" height="15" border="0"></a></div>
<div id="Specials" class="shopCategory"><a href="/findProducts.jsp" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image39','','http://72.5.200.197/images/steaks/leftnav/specials-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/specials.jpg" alt="Specials" name="Image39" width="127" height="15" border="0"></a></div>
<div id="NewProducts" class="shopCategory"><a href="/NewProducts.jsp" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image40','','http://72.5.200.197/images/steaks/leftnav/newproducts-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/newproducts.jpg" alt="New Products" name="Image40" width="127" height="15" border="0"></a></div>
<div id="BestSellers" class="shopCategory"><a href="/findProducts.do?categoryId=91" onMouseOut="MM_swapImgRestore()" onMouseOver="MM_swapImage('Image41','','http://72.5.200.197/images/steaks/leftnav/favorites-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/favorites.jpg" alt="Favorites" name="Image41" width="127" height="15" border="0"></a></div>
<div id="OptIn" class="optIn">
<form name="email0ffersBean" method="GET" action="/email0ffers.do" onsubmit="return submitEmailForm(this);">
<div align="center"><img src="http://72.5.200.197/images/steaks/doublehorizontal.gif" width="120" height="5"><br>
<img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
<img src="http://72.5.200.197/images/steaks/emailsubscribe.gif" width="97" height="49" alt=""><br>
<img src="http://72.5.200.197/images/steaks/steaks.gif" width="5" height="5" alt="" border="0"><br>
<input type="text" name="email" maxlength="76" size="15" tabindex="3" value="&lt;enter email&gt;"
```

```
File: C:\Documents and Settings\jeff1\Desktop\Finished Stores\AllenBrothers\CD-Back\old_www.allanbros.com\Serv
ing.jsp(3).htm  10/13/2007, 6:04:52PM

onfocus="form.email.value='';" class="email">
       <br>
       <img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
       <input type="image"
              name="action"
              src="http://72.5.200.197/images/steaks/subscribe.gif"
              alt="SUBSCRIBE"
              border="0"
              tabindex="4"/>
       <br>
       <img src="http://72.5.200.197/images/steaks/doublehorizontal.gif" width="120" height="5"> </div>
   </form>
  </div>
  <div class="navigationLinks"><a class="navigationTheme" href="/steaks.jsp">Home</a> <span
  class="navigationPlain">&gt;</span> </div>
  <div class="standardPage">
   <table width="100%" border="0" cellspacing="0" cellpadding="0">
    <tr>
     <td><!-- InstanceBeginEditable name="MainBody" --><script lang
var catalog = '';
var catalog_name = '';
var rfx_page = '';
regEx = /rfx_catalog=([^&=]*)(&|$)?/
m=regEx.exec(location.search);
if (m) {
    catalog = m[1];
}

regEx = /catalog_name=([^&=]*)(&|$)?/
m=regEx.exec(location.search);
if (m) {
    catalog_name = m[1];
}

regEx = /rfx_spread=([^&=]*)(&|$)?/
m=regEx.exec(location.search);
```

*Overall Content area done with usage of tables.*

Page: 7