File: C:\Documents and Settings\jeff1\Desktop\Finished Stores\AllenBrothers\CD-Back\old_www.allanbros.com\Serving.jsp(3).htm   10/13/2007, 6:04:52PM

```
<td valign="top">"ALLEN BROTHERS always provides the best product and
customer service I could ask for. I am proud to serve their steaks in
my restaurant."<br>
<em><br>
Samir Dhurandhar<br>
Executive Chef<br>
Nick &amp; Sam's<br>
Dallas TX</em></td>

<td align="right" valign="top"><a
href="http://www.coleschophouse.com" target="_blank"><img
src="http://72.5.200.197/images/steaks/finedining/restaurants/2006/fall/pms202/coleschophouse.jpg"
alt="The Great Steakhouse Steaks" width="150" height="73" border="0"></a></td>
<td valign="top">"Cole's Chop House prides itself on serving only the finest
Midwestern, corn-fed beef. That is why we work with ALLEN BROTHERS to age and
hand-select all of the USDA Prime steaks that we feature at Cole's Chop House."<br>
<em><br>
Greg Cole<br>
Chef &amp; Owner<br>
Cole's Chop House<br>
Napa CA</em></td></tr>

<tr><td height="1" colspan="4" bgcolor="#EFE5D4"><img src="http://72.5.200.197/images/steaks/steaks.gif"
width="1" height="1"></td></tr><tr class="contentsmallcell" height="30">

<td width="150" align="right" valign="top"><a
href="http://www.providenceoysterbar.com/providenceprime/primewelcome.htm" target="_blank"><img
src="http://72.5.200.197/images/steaks/finedining/restaurants/2006/fall/pms202/providenceprime.jpg"
alt="The Great Steakhouse Steaks" width="150" height="55" border="0"></a></td>
<td width="150" valign="top">"It's all about relationships in the restaurant business --
with our customers as well as our suppliers. ALLEN BROTHERS has been a consistent
source of unmatched quality, professionalism and dedicated service."<br>
<em><br>
Micheal Degnan<br>
Managing Partner<br>
Providence Prime<br>
Providence RI</em></td>

<td align="right" valign="top"><a
```

```
File: C:\Documents and Settings\jeff1\Desktop\Finished Stores\AllenBrothers\CD-Back\old_www.allanbros.com\Serv
ing.jsp(3).htm   10/13/2007, 6:04:52PM

href="http://www.tonysstlouis.com" target="_blank"><img
src="http://72.5.200.197/images/steaks/finedining/restaurants/2006/fall/pms202/tonys.jpg"
alt="The Great Steakhouse Steaks" width="150" height="78" border="0"></a></td>
<td valign="top">"From Sicilian Sirloin to Steak Diavola, we are committed to
serving only the finest quality. Year after year, we rely on ALLEN BROTHERS to
help us do so."<br>
<em><br>
Vincent J. Bommarito<br>
Owner<br>
Tony's<br>
St. Louis MO</em></td></tr>
<tr><td height="1" colspan="4" bgcolor="#EFE5D4"><img src="http://72.5.200.197/images/steaks/steaks.gif"
width="1" height="1"></td></tr><tr class="contentsmallcell" height="30">
<td width="150" align="right" valign="top"><a
href="http://www.hyatt.com/gallery/stetson/index.html" target="_blank"><img
src="http://72.5.200.197/images/steaks/finedining/restaurants/2006/fall/pms202/stetsons.jpg"
alt="The Great Steakhouse Steaks" width="150" height="124" border="0"></a></td>
<td valign="top">
<em><br>
Stetson's<br>
Chicago IL</em></td>
<td align="right" valign="top"><a
href="http://www.beluga-restaurant.com" target="_blank"><img
src="http://72.5.200.197/images/steaks/finedining/restaurants/2006/fall/pms202/beluga-restaurant.jpg"
alt="The Great Steakhouse Steaks" width="150" height="38" border="0"></a></td>
<td valign="top">"ALLEN BROTHERS has the most consistent
quality that I have found. Using the ALLEN BROTHERS
logo on our menu has helped to show our customers how
serious we are about the food we sell!"<br>
<em><br>
David Spinogatti<br>
Vice President<br>
Beluga<br>
Orlando FL</em></td></tr>
<tr><td height="1" colspan="4" bgcolor="#EFE5D4"><img src="http://72.5.200.197/images/steaks/steaks.gif"
```

File: C:\Documents and Settings\jeffl\Desktop\Finished Stores\AllenBrothers\CD-Back\old_www.allanbros.com\Serving.jsp(3).htm   10/13/2007, 6:04:52PM

```
width="1" height="1"></td></tr><tr class="contentsmallcell" height="30">

<td width="150" align="right" valign="top"><a
href="http://www.eddiev.com" target="_blank"><img
src="http://72.5.200.197/images/steaks/finedining/restaurants/2006/fall/pms202/edgewatergrille.jpg"
alt="The Great Steakhouse Steaks" width="150" height="80" border="0"></a></td>
<td valign="top">"I purchase and prepare only the highest quality fresh fish, shellfish
and USDA Prime steaks for our guests at Eddie V's and Wildfish. I am proud to serve
Allen Brothers' prime steaks in all our restaurants."<br>
<em><br>
John Carver<br>
Executive Chef &amp; Partner<br>
Eddie V's Edgewater Grille<br>
Austin - Scottsdale</em></td>

<td width="150" align="right" valign="top"><a
href="http://www.wildfishseafoodgrille.com" target="_blank"><img
src="http://72.5.200.197/images/steaks/finedining/restaurants/2006/fall/pms202/wildfish.jpg"
alt="The Great Steakhouse Steaks" width="150" height="55" border="0"></a></td>
<td valign="top">"I purchase and prepare only the highest quality fresh fish, shellfish
and USDA Prime steaks for our guests at Eddie V's and Wildfish. I am proud to serve
Allen Brothers' prime steaks in all our restaurants."<br>
<em><br>
John Carver<br>
Executive Chef &amp; Partner<br>
Wildfish Seafood Grille<br>
Scottsdale - Newport Beach</em></td></tr>
<tr><td height="1" colspan="4" bgcolor="#EFE5D4"><img src="http://72.5.200.197/images/steaks/steaks.gif"
width="1" height="1"></td></tr><tr class="contentsmallcell" height="30">

<td align="right" valign="top"><a
href="http://www.fifthavenuegrill.net" target="_blank"><img
src="http://72.5.200.197/images/steaks/finedining/restaurants/2007/pms202/fifthavegrill.jpg"
alt="The Great Steakhouse Steaks" width="150" height="39" border="0"></a></td>
<td valign="top"> </td>

<td align="right" valign="top"><a
href="http://www.sardinefactory.com" target="_blank"><img
```

```
File: C:\Documents and Settings\jeff1\Desktop\Finished Stores\AllenBrothers\CD-Back\old_www.allanbros.com\Serv
ing.jsp(3).htm  10/13/2007, 6:04:52PM

                    src="http://72.5.200.197/images/steaks/finedining/restaurants/2006/fall/pms202/sardinefactory.jpg"
                    alt="The Great Steakhouse Steaks" width="150" height="63" border="0"></a></td>
                 <td valign="top">"Even though we are a seafood restaurant, our
                    customers expect the best in prime beef. That's why we use
                    ALLEN BROTHERS &ndash; because it is the best."<br>
                    <em><br>
                    Bert Cutino<br>
                    CEO, AAC, Co-Founder<br>
                    Sardine Factory<br>
                    Monterey CA</em></td></tr>
               </tr>
               <tr><td height="1" colspan="4" bgcolor="#EFE5D4"><img src="http://72.5.200.197/images/steaks/steaks.gif"
                  width="1" height="1"></td></tr><tr class="contentsmallcell" height="30">
                   <td align="right" valign="top"> </td>
                   <td valign="top"> </td>
                 <td align="right" valign="top" colspan="2"> </td>
               </tr>
             </table>
             <!-- InstanceEndEditable --></td>
           </tr>
           <tr valign="top">
             <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="40"></td>
           </tr>
           <tr>
             <td width=629 align="center"><font face="Verdana, Geneva, Arial, Helvetica, san-serif" size="1"
color="#635247"><br>
                <br>
               <a href="AboutUs.jsp"><u>About Us</u></a>  |  <a href="PrivacyPolicy.jsp"><u>Privacy
Policy</u></a>  |  <a href="CatalogRequest.jsp"><u>Catalog Request</u></a>  |  <a
href="Assistance.jsp"><u>Customer Service</u></a>  |  <a href="ContactUs.jsp"><u>Contact Us</u></a>  |  <a
href="sitemap.jsp"><u>Site Map</u></a>  |  <a href="/articles/prime-steaks.jsp"><u>Articles</u></a><br>
               <img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="3" alt=""
border="0"><br>
```

File: C:\Documents and Settings\jeff1\Desktop\Finished Stores\AllenBrothers\CD-Back\old_www.allanbros.com\Serving.jsp(3).htm 10/13/2007, 6:04:52PM

```
             To place a phone order, call 24 hours a day, 7 days a week &#8212; (800) 957-0111<br>
             For questions or assistance, call weekdays 8 AM to 5 PM CST &#8212; (800) 548-7777
<br>
             <img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="3" alt="" 
border="0"><br>
             &copy; 2007 Allen Brothers, Inc., All Rights Reserved.</font><br>
             <img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="3" alt="" 
border="0"><br>
<span class="pcllc">design, development, marketing, and operations by <a 
href="http://www.prominentconsulting.com" target="_blank" class="pcllc">Prominent Consulting, LLC</a></span>
<br>
<span class="pcllc"><a href="http://www.echomountain.com" target="_blank" class="pcllc">Managed Server 
Colocation Provided by echoMountain Data Center Services</a></span>
</td>
</tr>
<tr>
            <td width=629 align="center" class="navigationPlain" valign="baseline">Enter your email address to receive 
special offers<br><form name="emailOffersBean" method="GET" action="/emailOffers.do" onsubmit="return 
submitEmailForm(this);"><input type="text" name="email" maxlength="76" size="15" tabindex="3" value="&lt;enter 
email&gt;" onfocus="form.email.value='';" class="email"> <input type="image" name="action" 
src="http://72.5.200.197/images/steaks/subscribe.gif" alt="SUBSCRIBE" border="0" tabindex="4"/></form></td>
</tr>
</table>
</div>
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
_uacct = "UA-230325-3";
urchinTracker();
</script>
</body>
<!-- InstanceEnd --></html>
```

# "Restaurants" Page

## Current Allen Brothers Website
## (Screen Shots and Source Code)

# ALLEN BROTHERS
### THE GREAT STEAKHOUSE STEAKS®

HOME | ABOUT US | CONTACT US | ORDER TRACKING | 1.800.957.0111

GIFT SELECTIONS | FINE DINING | ALLEN BROTHERS CATALOG | SHOPPING ASSISTANCE | VIEW CART

SEARCH ► [ ] GO

- USDA Prime Steaks
- Wet-Aged Beef
- Dry-Aged Beef
- Kobe Wagyu Beef
- Never Frozen Beef
- Appetizers
- Side Dishes
- Soups
- Buffalo & Venison
- Chef Art Smith Entrees
- Desserts
- Duck
- Heat & Serve Entrees
- Lamb
- The Great Steakhouse Pork
- The Great Steakhouse Poultry
- Sausages and Bratwurst
- Seafood
- Steak Burgers & Dogs
- Smoked Meats
- Veal
- New Products
- Internet Specials
- Favorites
- Celebrity/Media Advocates

[Enter Email Address]
**SIGN UP FOR EMAIL SPECIAL OFFERS!**
SUBSCRIBE

## AMERICA'S LEGENDARY STEAKHOUSES AND FINEST RESTAURANTS RELY ON US FOR THEIR GREAT STEAKS

The heart of every great steakhouse is extraordinary beef. In the restaurant business, greatness starts with serving the best. Top restaurateurs know that only the finest USDA Prime aged cuts create the most superior and memorable steaks.

Mention Chicago Chop House, Del Frisco's, and The Prime Rib - to name a few - and Allen Brothers is in the background. That's because we've been supplying the country's top steakhouses with the finest meats for more than 110 years. They know they can rely on Allen Brothers to provide perfection every time. It's confidence on which they stake their reputations.

Allen Brothers is pleased to deliver the same restaurant quality cuts to your home so that you can indulge in the ultimate steakhouse experience any time. It's an experience we guarantee you'll look forward to, again and again.

Here's what America's Great Steakhouses have to say about Allen Brothers:



"At Lawry's The Prime Rib we are famous for our prime ribs of beef. Sacrificing quality is not an option and that is why we depend on ALLEN BROTHERS to consistently deliver the very best. They never let us down."

Bryan Monfort
Vice President Operations
Lawry's
The Prime Rib
Beverly Hills, Chicago, Dallas and Las Vegas



"Harry Caray's Restaurant is consistently ranked as one of the best steakhouses in Chicago. The quality of the product we receive from ALLEN BROTHERS is absolutely key to our success. We appreciate the exceptional service and outstanding product that ALLEN BROTHERS has provided over the years."

Grant DePorter
Managing Partner
Harry Caray's Restaurant Group
Chicago IL»




```
File: C:\DOCUME~1\ADMINI~1\LOCALS~1\TEMP\www.allenbrothers.com_whoserving.html_2.htm    11/17/2007, 11:06:54PM

<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Strict//EN"
"http://www.w3.org/TR/xhtml1/DTD/xhtml1-strict.dtd"><html><script language="javascript">
<!--
(new
Image).src="http://store.yahoo.net/cgi-bin/refsd?e=http://www.allenbrothers.com/whoserving.html&h=www.allenbrot
hers.com&v=1.0&dr=" + escape(document.referrer);
-->
</script>
<head>
<title></title>
<meta name="keywords" content="" />
<meta name="description" content="" />
<script language="javascript" type="text/javascript"
src="http://e.ying.com/lib/store.o.ying.com/lib/yhst-9367255110875/scFrameWork.js"></script>
<!--Solid Cactus Click to enlarge v3.0.2-->
<script language="javascript" type="text/javascript"
src="http://e.ying.com/lib/store.o.ying.com/lib/yhst-9367255110875/scImageEnlarge.js"></script>
<link rel="stylesheet" type="text/css" href="yhst-9367255110875-style-css.css" /><link rel="stylesheet"
type="text/css" href="css-edits.css" />
</head><body bgcolor="#ffffff" text="#000000" link="#0000cc" vlink="#666666"><div id="container"><div
id="header"><h1 id="brandmark"><a href="index.html">Allen Brothers - The Great Steakhouse Steaks</a></h1><ul
id="topnav">
<li><a href="index.html" title="Home">Home</a></li>
<li><a href="info.html" title="About Us">About Us</a></li>
<li><a href="contact2.html" title="Contact Us">Contact Us</a></li>
<li><a href="tracking.html" title="Order Tracking">Order Tracking</a></li>
<li class="last">1.800.957.0111</li>
</ul><form method="get" action="nsearch.html" id="searcharea"><fieldset><img
src="http://e.ying.com/lib/store.o.ying.com/lib/yhst-9367255110875/search.gif" alt="Search" /><input
name="query" type="text" size="12" id="query" /><input type="image"
src="http://e.ying.com/lib/yhst-9367255110875/go1.gif" value="Go" class="ys_primary"
id="searchsubmit" /><input name="vwcatalog" type="hidden" value="yhst-9367255110875" /></fieldset></form><ul
class="links">
<li><a href="gift-selections.html">Gift Selections</a></li>
<li><a href="fine-dining1.html">Fine Dining</a></li>
<li><a href="catalog.html">Allen Brothers Catalog</a></li>
```

```
File: C:\DOCUME~1\ADMINI~1\LOCALS~1\TEMP\www.allenbrothers.com_whoserving.html_2.htm    11/17/2007, 11:06:54PM

<li><a href="shopping-assistance.html">Shopping Assistance</a></li>
<li class="last"><a href="https://order.yahoo.net/cgi-bin/wg-order?yhst-936725511098755">View Cart</a></li>
</ul></div><a href="https://e.yimg.com/lib/yhst-936725511098755"><div class="bodypad">
<!--Start Content Body-->
<div id="info-div"><div id="who-container">
<p><img src="http://e.yimg.com/lib/yhst-936725511098755/restaurantsbuy.jpg" height="50" width="620" /></p>
<p>The heart of every great steakhouse is extraordinary beef. Top restauranteurs know that only the finest USDA Prime aged cuts create the most superior and memorable steaks.</p>
<p>Mention Chicago Chop House, Del Frisco's, and The Prime Rib - to name a few - and Allen Brothers is in the background. That's because we've been supplying the country's top steakhouses with the finest meats for more than 110 years. They know they can rely on Allen Brothers to provide perfection every time. It's confidence on which they stake their reputations.</p>
<p>Allen Brothers is pleased to deliver the same restaurant quality cuts to your home so that you can indulge in the ultimate steakhouse experience any time. It's an experience we guarantee you'll look forward to, again and again.</p>
<p>Here's what America's Great Steakhouses have to say about Allen Brothers:</p>
<div id="who-left">
<p><a href="http://www.lawrysonline.com/theprimerib.asp" target="_blank"><img class="fleft" src="http://e.yimg.com/lib/yhst-936725511098755/lawrys.jpg" alt="The Great Steakhouse Steaks"></a></p>
<p class="fright">At Lawry's The Prime Rib we are famous for our prime ribs of beef. Sacrificing quality is not an option and that is why we depend on ALLEN BROTHERS to consistently deliver the very best. They never let us down."<br/><br/>
Bryan Monfort<br/>
Vice President Operations<br/>
Lawry's<br/>
The Prime Rib<br/>
Beverly Hills, Chicago, Dallas and Las Vegas</p>
</div>
<div id="who-right">
<p><a href="http://www.harrycarays.com" target="_blank">
<img class="fleft" src="http://e.yimg.com/lib/yhst-936725511098755/harrycarays.jpg" alt="The Great Steakhouse Steaks"></a></p>
```