File: C:\DOCUME~1\ADMINI~1\LOCALS~1\TEMP\www.allenbrothers.com_whoserving.html_2.htm    11/17/2007, 11:06:54PM

```
<p class="fright">"Harry Caray's Restaurant is consistently ranked as one of the best steakhouses
in Chicago. The quality of the product we receive from ALLEN BROTHERS is absolutely
key to our success. We appreciate the exceptional service and outstanding product
that ALLEN BROTHERS has provided over the years."<br/><br/>
Grant DePorter<br/>
Managing Partner<br/>
Harry Caray's Restaurant Group<br/>
Chicago IL</p>
</div>
<div id="who-clear"> </div>
<div id="who-left">
<p><a href="http://www.delfriscos.com" target="_blank">
<img class="fleft" src="http://e.yimg.com/lib/yhst-9367255110989875/delfriscos.jpg"
alt="The Great Steakhouse Steaks"></a></p>
<p class="fright">"Del Frisco's Double Eagle Steak House continues to enjoy ALLEN BROTHERS' commitment
to service and quality of products. A world-class operation."<br/><br/>
Dee Lincoln<br/>
Vice President &amp; Co-founder<br/>
Del Frisco's<br/>
Dallas TX</p>
</div>
<div id="who-right">
<p><a href="http://www.geneandgeorgetti.com/frame_home.html" target="_blank">
<img class="fleft"
src="http://e.yimg.com/lib/yhst-9367255110989875/geneandgeorgetti.jpg" alt="The Great
Steakhouse Steaks"></a></p>
<p class="fright">"The people at ALLEN BROTHERS really put their hearts and souls into everything
they do - that's why we rely on them for our finest meats."<br/><br/>
Tony Durpetti<br/>
President<br/>
Gene &amp; Georgetti<br/>
Chicago IL</p>
</div>
<div id="who-clear"> </div>
<div id="who-left">
<p><a href="http://www.maystcafe.com/welcome/index.html" target="_blank">
<img class="fleft" src="http://e.yimg.com/lib/yhst-9367255110989875/maystcafe.jpg"
alt="The Great Steakhouse Steaks"></a></p>
<p class="fright">"We put our trust in ALLEN BROTHERS. Their dedication to quality is
unmatched!"<br/><br/>
```

```
File: C:\DOCUME~1\ADMINI~1\LOCALS~1\TEMP\www.allenbrothers.com_whoserving.html_2.htm   11/17/2007, 11:06:54PM

              Mario Santiago<br/>
              Executive Chef &amp; Owner<br/>
              may st. cafe &amp; catering inc.<br/>
              Chicago IL</p>
        </div>
        <div id="who-right">
          <p><a href="http://www.albiernats.com" target="_blank">
            <img class="fleft" src="http://e.yimg.com/lib/store.o.yimg.com/lib/yhst-9367255110987S/albiernats.jpg"
alt="The Great Steakhouse Steaks"></a></p>
          <p class="fright">"After spending over 25 years in the steakhouse business, I am convinced that ALLEN
BROTHERS provides my restaurant with the highest quality prime beef available."<br/><br/>
              Al Biernat<br/>
              Owner<br/>
              Al Biernat's<br/>
              Dallas TX</p>
        </div>
        <div id="who-clear"> </div>
        <div id="who-left">
          <p><a href="http://www.n9ne.com" target="_blank">
            <img class="fleft" src="http://e.yimg.com/lib/store.o.yimg.com/lib/yhst-9367255110987S/nine.jpg"
alt="The Great Steakhouse Steaks"></a></p>
          <p class="fright">"Nine Restaurants' reputation is based on quality, and we only serve the best. That's
why I buy my Prime Aged Meat from ALLEN BROTHERS. Paired with their superior service
and attention to detail, they are far above the competition."<br/><br/>
              Michael Shrader<br/>
              Executive Chef<br/>
              Nine Restaurant<br/>
              Chicago IL</p>
        </div>
        <div id="who-right">
          <p><a href="http://www.charlietrotters.com" target="_blank">
            <img class="fleft"
src="http://e.yimg.com/lib/store.o.yimg.com/lib/yhst-9367255110987S/charlietrotters.jpg" alt="The Great
Steakhouse Steaks"></a></p>
          <p class="fright">"ALLEN BROTHERS delivers not only the finest quality in meats, but in service,
attention
              to detail and more. Truly exceptional..."<br/><br/>
              Charlie Trotter<br/>
              Chef<br/>
              Charlie Trotter's<br/>
```

File: C:\DOCUME~1\ADMINI~1\LOCALS~1\TEMP\www.allenbrothers.com_whoserving.html_2.htm    11/17/2007, 11:06:54PM

Chicago IL</p>

</div>
<div id="who-clear"> </div>
<div id="who-left">
<p><a href="http://www.ipbiloxi.com" target="_blank">
<img class="fleft" src="http://e.ying.com/lib/yhst-936725511098875/ipcasino.jpg" alt="The Great Steakhouse Steaks"></a></p>
<p class="fright">"Allen Brothers is truly the best in the beef business. Their commitment to quality and consistency keeps my guests coming back for a great steak time and time again. You are only as good as your last plate in this business and Allen Brothers has and continues to position us as one of America's truly great prime steak and seafood restaurants."<br/><br/>
Stephen Morgan<br/>
VP Food &amp; Beverage Operations<br/>
Thirty-Two Steak &amp; Seafood<br/>
Imperial Palace Casino Biloxi MS</p>

</div>
<div id="who-right">
<p><a href="http://www.ipbiloxi.com" target="_blank">
<img class="fleft" src="http://e.ying.com/lib/yhst-936725511098875/32steak.jpg" alt="The Great Steakhouse Steaks"></a></p>
<p class="fright">"Allen Brothers is truly the best in the beef business. Their commitment to quality and consistency keeps my guests coming back for a great steak time and time again. You are only as good as your last plate in this business and Allen Brothers has and continues to position us as one of America's truly great prime steak and seafood restaurants."<br/><br/>
Stephen Morgan<br/>
VP Food &amp; Beverage Operations<br/>
Thirty-Two Steak &amp; Seafood<br/>
Imperial Palace Casino Biloxi MS</p>

</div>
<div id="who-clear"> </div>
<div id="who-left">
<p><a href="http://www.chicagochophouse.com" target="_blank">
<img class="fleft" src="http://e.ying.com/lib/yhst-936725511098875/chicagochophouse.jpg" alt="The Great Steakhouse Steaks"></a></p>
<p class="fright">"We always finish high in the annual national poll for America's best steak houses. You earn accolades like that by serving superior, memorable steaks. ALLEN BROTHERS keeps us in the spotlight."<br/><br/>

File: C:\DOCUME~1\ADMINI~1\LOCALS~1\TEMP\www.allenbrothers.com_whoserving.html_2.htm    11/17/2007, 11:06:54PM

```
         Bill Farrahi<br/>
         President<br/>
         Chicago Chop House<br/>
         Chicago IL</p>
</div>
<div id="who-right">
    <p><a href="http://www.carnevor.com" target="_blank">
        <img class="fleft" src="http://e.yimg.com/lib/store.o.yimg.com/lib/yhst-93672551109875/carnevor.jpg"
        alt="The Great Steakhouse Steaks"></a></p>
    <p class="fright">"Every night that we are open, I have 15 to 20 people tell me that this is the best
        steak they have ever eaten.  The quality and consistency of ALLEN BROTHERS' meat
        is second to none."<br/><br/>
         Jon Roberson<br/>
         Director of Operations<br/>
         Carnevor Steakhouse Moderne<br/>
         Milwaukee WI</p>
</div>
<div id="who-clear"> </div>
<div id="who-left">
    <p><a href="http://www.abacus-restaurant.com" target="_blank">
        <img class="fleft"
        src="http://e.yimg.com/lib/store.o.yimg.com/lib/yhst-93672551109875/abacus-restaurant.jpg" alt="The Great
        Steakhouse Steaks"></a></p>
    <p class="fright">"Over the years, ALLEN BROTHERS has delivered us the quality of product and the
        service that matched the aggressive and high-level goals that we've set for Abacus
        Restaurant.  This Kansas City-born chef is proud to be affiliated with ALLEN BROTHERS."<br/><br/>
         Kent Rathbun<br/>
         Executive Chef/Proprietor<br/>
         Abacus Restaurant<br/>
         Dallas TX</p>
</div>
<div id="who-right">
    <p><a href="http://kevinrathbunsteak.com" target="_blank">
        <img class="fleft"
        src="http://e.yimg.com/lib/store.o.yimg.com/lib/yhst-93672551109875/kevinrathbun.jpg" alt="The Great Steakhouse
        Steaks"></a></p>
    <p class="fright">"We spanned the country looking for the best prime meat to use at Kevin Rathbun
        Steak, after many attempts for greatness we selected Allen Brothers and couldn't
        be happier.  The consistency of the cuts and the quality of the product is second
        to none.  As the old adage goes from my father "Son you get what you pay for" still
```

File: C:\DOCUME~1\ADMINI~1\LOCALS~1\TEMP\www.allenbrothers.com_whoserving.html_2.htm    11/17/2007, 11:06:54PM

```
        rings in my head I truly believe Allen Brothers has the same philosophy."<br/><br/>
        Kevin Rathbun<br/>
        Executive Chef and Owner<br/>
        Kevin Rathbun Steak<br/>
        Atlanta, GA</p>
</div>
<div id="who-clear"> </div>
<div id="who-left">
    <p><a href="http://www.michaelskeywest.com" target="_blank">
        <img class="fleft" src="http://e.yimg.com/lib/yhst-93672551109875/michaels.jpg"
alt="The Great Steakhouse Steaks"></a></p>
    <p class="fright">"Consistency and quality are make-or-break factors in any restaurant. Using ALLEN
BROTHERS I am assured that both of these bases are covered."<br/><br/>
        Michael Wilson<br/>
        Chef/Owner<br/>
        Michaels Restaurant<br/>
        Key West FL</p>
</div>
<div id="who-right">
    <p><a href="http://www.yoshiscafe.com" target="_blank">
        <img class="fleft" src="http://e.yimg.com/lib/yhst-93672551109875/yoshis.jpg"
alt="The Great Steakhouse Steaks"></a></p>
    <p class="fright">"ALLEN BROTHERS tradition of quality and service is unmatched by any other
company."<br/><br/>
        Chef Yoshi Katsumura<br/>
        Owner<br/>
        Yoshi's Cafe<br/>
        Chicago IL</p>
</div>
<div id="who-clear"> </div>
<div id="who-left">
    <p><a href="http://www.theprimerib.com" target="_blank">
        <img class="fleft"
src="http://e.yimg.com/lib/yhst-93672551109875/theprimerib.jpg" alt="The Great Steakhouse
Steaks"></a></p>
    <p class="fright">"I've relied on three generations of the ALLEN BROTHERS family as my purveyor of
fine meats for one reason: they only provide the best. ALLEN BROTHERS has built
a tradition of quality that's unsurpassed."<br/><br/>
        C.P. "Buzz" Beler<br/>
        President<br/>
```

File: C:\DOCUME~1\ADMINI~1\LOCALS~1\TEMP\www.allenbrothers.com_whoserving.html_2.htm    11/17/2007, 11:06:54PM

```
    The Prime Rib<br/>
    Washington D.C.</p>
</div>
<div id="who-right">
<p><a href="http://www.schwartzbros.com/daniels.cfm" target="_blank">
    <img src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/daniels.jpg" alt="The Great
Steakhouse Steaks"></a></p>
<p class="fright">"Our goal at Daniel's Broiler is to exceed our guests' expectations on each and
every visit. To that end, every steak we serve is USDA Prime and ALLEN BROTHERS
consistently meets our uncompromising standards of excellence."<br/><br/>
    Bill Schwartz<br/>
    Chairman<br/>
    Daniel's Broiler<br/>
    Seattle WA</p>
</div>
<div id="who-clear"> </div>
<div id="who-left">
<p><a href="http://www.hals.net" target="_blank">
    <img class="fleft" src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/hals.jpg"
alt="The Great Steakhouse Steaks"></a></p>
<p class="fleft">"Hal's continues to be successful because we put only the best on our plates. ALLEN
BROTHERS plays a major role in our success and is one of the reasons our guests
return time after time. Thank you ALLEN BROTHERS!"<br/><br/>
    Hal Nowak<br/>
    Hal's on Old Ivy<br/>
    Atlanta GA</p>
</div>
<div id="who-right">
<p><a href="http://www.aceplaces.com/magnums/home.html" target="_blank">
    <img class="fleft" src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/magnums.jpg"
alt="The Great Steakhouse Steaks"></a></p>
<p class="fright">"We use ALLEN BROTHERS for their commitment to quality and service, as we strive
to achieve the goal of giving our customers the best quality food products."<br/><br/>
    Norbert Skibicki<br/>
    Corporate Chef<br/>
    Magnum's<br/>
    Chicago, Lombard and Rolling Meadows IL</p>
</div>
<div id="who-clear"> </div>
<div id="who-left">
```

```
File: C:\DOCUME~1\ADMINI~1\LOCALS~1\TEMP\www.allenbrothers.com_whoserving.html_2.htm    11/17/2007, 11:06:54PM

<p><a href="http://www.hilton.com/en/hi/hotels/dining.jhtml?ctyhocn=PHLPHHF#0" target="_blank">
<img class="fleft" src="http://e.yimg.com/lib/store.o.yimg.com/lib/yhst-9367255110987 5/delmonicos.jpg"
alt="The Great Steakhouse Steaks"></a></p>
<p class="fright">"ALLEN BROTHERS provides only the finest quality meat. Delmonico's Steak House is
proud it is associated with ALLEN BROTHERS - a company that shares our commitment
to excellence."<br/><br/>
Howard J Wurzak President and CEO<br/>
Hilton<br/>
Philadelphia PA </p>

</div>
<div id="who-right">
<p><a href="http://www.theforge.com" target="_blank">
<img class="fleft" src="http://e.yimg.com/lib/store.o.yimg.com/lib/yhst-9367255110987 5/theforge.jpg"
alt="The Great Steakhouse Steaks"></a></p>
<p class="fright">"I'm a perfectionist - and I'll only work with people who are the same. I know when
I receive lamb chops, veal, and steaks from ALLEN BROTHERS, they'll be perfect."<br/><br/>
Shariff Malnik<br/>
Owner<br/>
The Forge<br/>
Miami FL </p>

</div>
<div id="who-clear"> </div>
<div id="who-left">
<p><a href="http://www.nick-sams.com/" target="_blank">
<img class="fleft" src="http://e.yimg.com/lib/store.o.yimg.com/lib/yhst-9367255110987 5/nick-sams.jpg"
alt="The Great Steakhouse Steaks"></a></p>
<p class="fright">"ALLEN BROTHERS always provides the best product and customer service I could ask
for. I am proud to serve their steaks in my restaurant."<br/><br/>
Samir Dhurandhar<br/>
Executive Chef<br/>
Nick &amp; Sam's<br/>
Dallas TX</p>

</div>
<div id="who-right">
<p><a href="http://www.coleschophouse.com" target="_blank">
<img class="fleft"
src="http://e.yimg.com/lib/store.o.yimg.com/lib/yhst-9367255110987 5/coleschophouse.jpg" alt="The Great
Steakhouse Steaks"></a></p>
<p class="fright">"Cole's Chop House prides itself on serving only the finest Midwestern, corn-fed
beef. That is why we work with ALLEN BROTHERS to age and hand-select all of the
```

```
File: C:\DOCUME~1\ADMINI~1\LOCALS~1\TEMP\www.allenbrothers.com_whoserving.html_2.htm    11/17/2007, 11:06:54PM

USDA Prime steaks that we feature at Cole's Chop House."<br/><br/>
    Greg Cole<br/>
    Chef &amp; Owner<br/>
    Cole's Chop House<br/>
    Napa CA</p>
</div>
<div id="who-clear"> </div>
<div id="who-left">
<p><a href="http://www.providenceoysterbar.com/providenceprime/primewelcome.htm" target="_blank">
<img class="fleft"
src="http://e.ying.com/lib/yhst-936725511098875/providenceprime.jpg" alt="The Great
Steakhouse Steaks"></a></p>
<p class="fright">"It's all about relationships in the restaurant business -- with our customers as
    well as our suppliers. ALLEN BROTHERS has been a consistent source of unmatched
    quality, professionalism and dedicated service."<br/><br/>
    Micheal Degnan<br/>
    Managing Partner<br/>
    Providence Prime<br/>
    Providence RI</p>
</div>
<div id="who-right">
<p><a href="http://www.tonysstlouis.com" target="_blank">
<img class="fleft" src="http://e.ying.com/lib/yhst-936725511098875/tonys.jpg"
alt="The Great Steakhouse Steaks"></a></p>
<p class="fright">"From Sicilian Sirloin to Steak Diavola, we are committed to serving only the finest
    quality. Year after year, we rely on ALLEN BROTHERS to help us do so."<br/><br/>
    Vincent J. Bommarito<br/>
    Owner<br/>
    Tony's<br/>
    St. Louis MO</p>
</div>
<div id="who-clear"> </div>
<div id="who-left">
<p><a href="http://www.hyatt.com/gallery/stetson/index.html" target="_blank">
<img class="fleft" src="http://e.ying.com/lib/yhst-936725511098875/stetsons.jpg"
alt="The Great Steakhouse Steaks"></a></p>
</div>
<div id="who-right">
<p><a href="http://www.beluga-restaurant.com" target="_blank">
```

File: C:\DOCUME~1\ADMINI~1\LOCALS~1\TEMP\www.allenbrothers.com_whoserving.html_2.htm    11/17/2007, 11:06:54PM

```
        <img class="fleft"
src="http://e.ying.com/lib/store.o.ying.com/lib/yhst-93672551109875/beluga-restaurant.jpg" alt="The Great
Steakhouse Steaks"></a></p>
        <p class="fright">"ALLEN BROTHERS has the most consistent quality that I have found. Using the ALLEN
BROTHERS logo on our menu has helped to show our customers how serious we are about
the food we sell! "<br/><br/>
            David Spinogatti<br/>
            Vice President<br/>
            Beluga<br/>
            Orlando Fl.</p>
      </div>
      <div id="who-clear"> </div>
      <div id="who-left">
        <p><a href="http://www.eddiev.com" target="_blank">
        <img class="fleft"
src="http://e.ying.com/lib/store.o.ying.com/lib/yhst-93672551109875/edgewatergrille.jpg" alt="The Great
Steakhouse Steaks"></a></p>
        <p class="fright">"I purchase and prepare only the highest quality fresh fish, shellfish and USDA
Prime steaks for our guests at Eddie V's and Wildfish. I am proud to serve Allen
Brothers' prime steaks in all our restaurants."<br/><br/>
            John Carver<br/>
            Executive Chef &amp; Partner<br/>
            Eddie V's Edgewater Grille<br/>
            Austin - Scottsdale</p>
      </div>
      <div id="who-right">
        <p><a href="http://www.wildfishseafoodgrille.com" target="_blank">
        <img class="fleft" src="http://e.ying.com/lib/store.o.ying.com/lib/yhst-93672551109875/wildfish.jpg"
alt="The Great Steakhouse Steaks"></a></p>
        <p class="fright">"I purchase and prepare only the highest quality fresh fish, shellfish and USDA
Prime steaks for our guests at Eddie V's and Wildfish. I am proud to serve Allen
Brothers' prime steaks in all our restaurants."<br/><br/>
            John Carver<br/>
            Executive Chef &amp; Partner<br/>
            Wildfish Seafood Grille<br/>
            Scottsdale - Newport Beach</p>
      </div>
      <div id="who-clear"> </div>
      <div id="who-left">
        <p><a href="http://www.fifthavenuegrill.net" target="_blank">
```

```
File: C:\DOCUME~1\ADMINI~1\LOCALS~1\TEMP\www.allenbrothers.com_whoserving.html_2.htm    11/17/2007, 11:06:54PM

<img class="fleft"
src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-9367255110987S/fifthavegrill.jpg" alt="The Great
Steakhouse Steaks"></a></p>
    <p class="fright"> </p>
</div>
<div id="who-right">
    <p><a href="http://www.sardinefactory.com" target="_blank">
    <img class="fleft"
src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-9367255110987S/sardinefactory.jpg" alt="The Great
Steakhouse Steaks"></a></p>
    <p class="fright">"Even though we are a seafood restaurant, our customers expect the best in prime
beef. That's why we use ALLEN BROTHERS - because it is the best."<br/><br/>
        Bert Cutino<br/>
        CEC, AAC, Co-Founder<br/>
        Sardine Factory<br/>
        Monterey CA</p>

    </div>
</div><br class="clear" /><div><br /></div></div></div><div id="nav-product"><div
id="htmltop"><!--<img src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-9367255110987S/specialoffers.gif"
alt="Special Offers" />--></div><ul><li><a href="the-great-steakhouse-steaks.html">USDA Prime
Steaks</a></li><li><a href="wet-aged-beef.html">Wet-Aged Beef</a></li><li><a
href="usda-prime-dry-aged-beef.html">Dry-Aged Beef</a></li><li><a href="kobe-wagyu-beef.html">Kobe Wagyu
Beef</a></li><li><a href="our-never-frozen-beef.html">Never Frozen Beef</a></li><li><a
href="appetizers.html">Appetizers</a></li><li><a href="side-dishes.html">Side Dishes</a></li><li><a
href="soups.html">Soups</a></li><li><a href="buffalo---venison.html">Buffalo & Venison</a></li><li><a
href="chef-art-smiths-back-to-the-family-delights.html">Chef Art Smith Entrees</a></li><li><a
href="the-great-steakhouse-desserts.html">Desserts</a></li><li><a
href="duck-delicacies.html">Duck</a></li><li><a href="heat---serve-entrees.html">Heat & Serve
Entrees</a></li><li><a href="the-great-steakhouse-lamb.html">Lamb</a></li><li><a
href="the-great-steakhouse-pork.html">The Great Steakhouse Pork</a></li><li><a
href="the-great-steakhouse-poultry.html">The Great Steakhouse Poultry</a></li><li><a
href="sausages-and-bratwurst.html">Sausages and Bratwurst</a></li><li><a
href="seafood-selections.html">Seafood</a></li><li><a
href="the-great-steakhouse-steak-burgers-and-steak-dogs.html">Steak Burgers & Dogs</a></li><li><a
href="smoked-meats.html">Smoked Meats</a></li><li><a href="the-great-steakhouse-veal.html">Veal</a></li><li><a
href="new-products.html">New Products</a></li><li><a href="specials.html">Internet Specials</a></li><li><a
href="favorites.html">Favorites</a></li><li><a href="media-personalities.html">Celebrity/Media
Advocates</a></li></ul><div id="htmlbottom"><img
src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-9367255110987S/emailspecials.gif" alt="Sign up for email
special offers" /><form action="http://store.yahoo.com/cgi-bin/pro-forma" method="post"><fieldset><input
```

File: c:\DOCUME~1\ADMINI~1\LOCALS~1\TEMP\www.allenbrothers.com_whoserving.html_2.htm    11/17/2007, 11:06:54PM

```
name="email" type="text" size="12" id="mailingquery" value="Enter Email Address"onfocus="if (this.value ==
this.defaultValue) this.value = '';" onblur="if(this.value=='') this.value = this.defaultValue;" /><input
type="image" src="http://e.yimg.com/lib/yhst-9367255110987S/subscribe.gif"
value="Subscribe" id="nlsubmit" /><input type="hidden" name="allenbros3737@yahoo.com" /><input
type="hidden" name="owner" value="allenbros3737@yahoo.com" name="subject"
value="Newsletter Submission" /><input type="hidden" name="newnames-to" value="yhst-9367255110987S" /><input
type="hidden" name="vwcatalog" value="yhst-9367255110987S" /><input type="hidden" name=".autodone"
value="http://store.yahoo.com/yhst-9367255110987S" /></fieldset></form></div></div><div id="footer"><ul
class="links">
 <li><a href="index.html">Home</a></li>
 <li><a href="info.html">About Us</a></li>
 <li><a href="privacypolicy.html">Privacy Policy</a></li>
 <li><a href="catalog.html">Catalog Request</a></li>
 <li><a href="shopping-assistance.html">Customer Service</a></li>
 <li><a href="contact2.html">Contact Us</a></li>
 <li><a href="ind.html">Site Map</a></li>
 <li><a href="articles.html">Articles</a></li>
 <li class="last"><a href="https://order.store.yahoo.net/cgi-bin/wg-order?yhst-9367255110987S">View Shopping
Cart</a></li>
</ul><p>To place a phone order, call 24 hours a day, 7 days a week &mdash; (800) 957-0111<br />
For questions or assistance, call weekdays 8 AM to 5 PM CST &mdash; (800) 548-7777</p><div class="text"><span
class="copyright">Copyright &copy; 2007 Allen Brothers, Inc. All Rights Reserved.</span></div></div></div>
id="scimgOverall"></div><script language="javascript" type="text/javascript"
src="http://e.yimg.com/lib/yhst-9367255110987S/Sc-Initialize.js"></script></body>
<script type="text/javascript"
src="http://us.js.store.o.yimg.com/lib/yhst-9367255110987S/Sc-Initialize.js"></script>
// Begin Y! Store Generated Code
</script><script type="text/javascript" src="http://us.js2.yimg.com/us.js.yimg.com/ult/ylc_1.9.js"
></script><script type="text/javascript"
src="http://us.js2.yimg.com/lib/smbiz/store/csell/js/beacon-1.2.2.7.js" >
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
csell_page_data = {}; csell_page_rec_data = []; ts='TOK_STORE_ID';
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
function csell_GLOBAL_INIT_TAG() { var csell_token_map = {}; csell_token_map['TOK_ITEM_ID_LIST'] =
'whoserving'; csell_token_map['TOK_BEACON_TYPE'] = 'prod'; csell_token_map['TOK_RAND_KEY'] =
'202227609S'; csell_token_map['TOK_IS_ORDERABLE'] = '2';
csell_token_map['TOK_SPACEID'] = 'yhst-9367255110987S'; csell_token_map['TOK_URL'] = 'http://geo.yahoo.com';
csell_token_map['TOK_STORE_ID'] =
```

File: C:\DOCUME~1\ADMINI~1\LOCALS~1\TEMP\www.allenbrothers.com_whoserving.html_2.htm    11/17/2007, 11:06:54PM

```
csell_token_map['TOK_ORDER_HOST'] = 'order.store.yahoo.net'; c = csell_page_data; var t = csell_token_map;
c['s'] = t[ts]; c['url'] = t['TOK_URL']; c['si'] = t[ts]; c['ii'] = t['TOK_ITEM_ID_LIST']; c['bt'] =
t['TOK_BEACON_TYPE']; c['rnd'] = t['TOK_RAND_KEY']; c['io'] = t['TOK_IS_ORDERABLE']; YStore.addItemUrl =
'https://'+t['TOK_ORDER_HOST']+'/ymix/MetaController.html?eventName.addEvent&cartDS.shoppingcart_ROW0_m_orderI
temVector_ROW0_m_itemId=%s&cartDS.shoppingcart_ROW0_m_orderItemVector_ROW0_m_quantity=1&ysco_key_cs_item=1&sect
ionId=ysco_cart&ysco_key_store_id='+t[ts]; }
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
function csell_REC_VIEW_TAG() {    var p = csell_page_data; var a =
'/sid='+p['si']+'/io='+p['io']+'/ii='+p['ii']+'/bt='+p['bt']+'-view'; var r=Math.random();
YStore.CrossSellBeacon.renderBeaconWithRecData(p['url']+'/p/s='+p['s']+'/'+p['rnd']+'='+r+a); }
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
var csell_token_map = {}; csell_token_map['TOK_WS_URL'] = ''; csell_token_map;
csell_token_map['TOK_SHOW_CS_RECS'] = 'false'; csell_token_map['TOK_CURR_SYM'] = '$'; var t = csell_token_map;
csell_GLOBAL_INIT_TAG(); YStore.page = t['TOK_PAGE']; YStore.currencySymbol = t['TOK_CURR_SYM'];
YStore.crossSellUrl = t['TOK_WS_URL']; YStore.showCSRecs = t['TOK_SHOW_CS_RECS'];</script><script
type="text/javascript" src="http://us.js2.yimg.com/us.yimg.com/lib/smbiz/store/csell/js/recs-1.1.2.28.js"
></script><script type="text/javascript"
></script>
<script language="javascript">
<!--
if (document.referrer && (document.referrer!='') && window.Image)
{
 (new
Image).src="http://redirect1.vip.store.yahoo.com/cgi-bin/referadd?spcl=1&et=473fbb65&catalog=yhst-9367255110987
5&r=" + escape(document.referrer) + "&v=1"; }
// -->
</script><script language="javascript">
<!--
if (document.referrer && (document.referrer!='') && window.Image)
{
 (new
Image).src="http://redirect1.vip.store.yahoo.net/cgi-bin/referadd?spcl=1&et=473fbb65&catalog=yhst-9367255110987
5&r=" + escape(document.referrer) + "&v=3"; }
// -->
</script></html><script language=javascript>
if(window.yzq_p==null)document.write("<scr"+"ipt language=javascript
```

File: C:\DOCUME~1\ADMINI~1\LOCALS~1\TEMP\www.allenbrothers.com_whoserving.html_2.htm    11/17/2007, 11:06:54PM

```
src=http://1.yimg.com/us.js.yimg.com/lib/bc/bc_2.0.4.js></script>
</script><script language=javascript>
if(window.yzq_p)yzq_p('P=vUVtbNG_Qhh8ZncCnRdtTwCw2CW_vUc_ujkAA6.w&T=13mu177vd%2fX%3d1195358777%2fE%3d2237328888%2fR%3dst%2fK%3d5%2fV%3d1.1%2fW%3dJ%2fY%3dYAHOO%2fF%3d637514237%2fS%3d1%2fJ%3d1842BFD1');
if(window.yzq_s)yzq_s();
</script><noscript><img width=1 height=1 alt=""
src="http://us.bc.yahoo.com/b?P=vUVtbNG_Qhh8ZncCnRdtTwCw2CW_vUc_ujkAA6.w&T=13rqgh8j8%2fX%3d1195358777%2fE%3d2237328888%2fR%3dst%2fK%3d5%2fV%3d1.1%2fW%3dJ%2fY%3dYAHOO%2fF%3d728886367%2fQ%3d-1%2fS%3d1%2fJ%3d1842BFD1"></noscript>
```