## d. "Gift Order Information" Page:

    i. Screen Shot – Old Allen Brothers Website

    ii. Source Code – Old Allen Brothers Website

    iii. Screen Shot – Current Allen Brothers Website

    iv. Source Code – Current Allen Brothers Website

# "Gift Order Information" Page

## Old Allen Brothers Website
## (Screen Shots and Source Code)



File: C:\DOCUME~1\ADMINI~1\LOCALS~1\TEMP\web.archive.org_GiftOrderInformation.jsp.htm    11/17/2007, 4:18:40PM

```
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN" "http://www.w3.org/TR/html4/loose.dtd">
<html><!-- InstanceBegin template="/Templates/steaks.dwt.jsp" codeOutsideHTMLIsLocked="false" -->
<head>
<BASE HREF="http://www.allenbrothers.com/GiftOrderInformation.jsp">
<meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
<META name="description" content="Order steaks, lobsters, seafood, and desserts from the purveyor of America's highest-quality USDA prime steaks and beef, Allen Brothers">
<META name="keywords" content="steaks,steak,prime beef,beef,prime steaks,aged beef,kobe beef,angus beef,mail order steaks,wagyu beef,prime steak,mail order steak,aged steaks,filet mignon,beef wellington">
<!-- InstanceBeginEditable name="doctitle" -->
<title>Allen Brothers USDA Prime Steaks and Prime Beef</title>
<!-- InstanceEndEditable --><link rel="stylesheet" href="http://web.archive.org/web/20050304024717/http://steaks.allenbrothers.com/css/steaks.css" type="text/css">
<SCRIPT language="JavaScript" src="http://web.archive.org/web/20050304024717js_/http://steaks.allenbrothers.com/js/steaks.js"></SCRIPT>
<!-- InstanceBeginEditable name="head" --><!-- InstanceEndEditable -->
</head>
<body bgcolor="#ffffff" vlink="#635247" alink="#635247" link="#635247" marginheight="0" marginwidth="0" topmargin="0" leftmargin="0" rightmargin="0"
onLoad="MM_preloadImages('http://steaks.allenbrothers.com/images/nav/top/ordertracking-over.gif','http://steaks.allenbrothers.com/images/nav/top/myAccount-over.gif','http://steaks.allenbrothers.com/images/nav/top/cart-over.gif','http://steaks.allenbrothers.com/images/nav/top/go-over.gif','http://steaks.allenbrothers.com/images/n
av/top/go-down.gif','http://steaks.allenbrothers.com/images/steaks/ordertracking-over.gif','http://steaks.allenbrothers.com/images/steaks/alle
nbrothers.com/images/steaks/myaccount-over.gif','http://steaks.allenbrothers.com/images/steaks/cart-over.gif',
'http://steaks.allenbrothers.com/images/steaks/shop-over.gif','http://steaks.allenbrothers.com/images/steaks/1
eftnav/primesteaks-over.jpg','http://steaks.allenbrothers.com/images/steaks/leftnav/wetaged-over.jpg','http://
steaks.allenbrothers.com/images/steaks/leftnav/dryaged-over.jpg','http://steaks.allenbrothers.com/images/steak
s/leftnav/never-over.jpg','http://steaks.allenbrothers.com/images/steaks/leftnav/kobe-over.jpg','http://steaks
.allenbrothers.com/images/steaks/leftnav/appetizers-over.jpg','http://steaks.allenbrothers.com/images/steaks/1
eftnav/buffalo-over.jpg','http://steaks.allenbrothers.com/images/steaks/leftnav/desserts-over.jpg','http://ste
aks.allenbrothers.com/images/steaks/leftnav/duck-over.jpg','http://steaks.allenbrothers.com/images/steaks/left
```

```
File: C:\DOCUME~1\ADMINI~1\LOCALS~1\TEMP\web.archive.org_GiftOrderInformation.jsp.htm    11/17/2007,  4:18:40PM

nav/heatandserve-over.jpg', 'http://steaks.allenbrothers.com/images/steaks/leftnav/lamb-over.jpg', 'http://steak
s.allenbrothers.com/images/steaks/leftnav/pork-over.jpg', 'http://steaks.allenbrothers.com/images/steaks/leftna
v/poultry-over.jpg', 'http://steaks.allenbrothers.com/images/steaks/leftnav/sausages-over.jpg', 'http://steaks.a
llenbrothers.com/images/steaks/leftnav/seafood-over.jpg', 'http://steaks.allenbrothers.com/images/steaks/leftna
v/steakburgers-over.jpg', 'http://steaks.allenbrothers.com/images/steaks/leftnav/veal-over.jpg', 'http://steaks.
allenbrothers.com/images/steaks/leftnav/newproducts-over.jpg', 'http://steaks.allenbrothers.com/images/steaks/l
eftnav/specials-over.jpg', 'http://steaks.allenbrothers.com/images/steaks/leftnav/favorites-over.jpg')">
<div id="topLinks" class="topLinks"><a href="steaks.jsp" class="theme">Home</a>  -   <a href="AboutUs.jsp
" class="theme">About Us</a>  -   <a href="ContactUs.jsp" class="theme">Contact Us</a>  -   <a
href="CatalogRequest.jsp" class="theme">Catalog Request</a> </div>
<div id="CompanyLogo" style="position:absolute; top:2px; left:2px; z-index:30; width:328px; height:50px;"><A
href="/steaks.jsp"><img src="http://steaks.allenbrothers.com/images/steaks/A5-logo.jpg" width="328"
height="50" border="0"></A></div>
<div id="Signoff" class="siteNavigation" style="left:300px;"></div>
<!--<div id="OrderTracking" class="siteNavigation" style="left:350px;"><a href="OrderTracking.jsp"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('OrderTracking', '', 'http://steaks.allenbrothers.com/images/steaks/ordertracking-over
.gif',1)"><img src="http://steaks.allenbrothers.com/images/steaks/ordertracking.gif" alt="ORDER TRACKING"
name="OrderTracking" width="101" height="17" border="0"></a></div>
<div id="MyAccount" class="siteNavigation" style="left:456px;"><a href="MyAccount.jsp"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('MyAccount', '', 'http://steaks.allenbrothers.com/images/steaks/myaccount-over.gif',1)
"><img src="http://steaks.allenbrothers.com/images/steaks/myaccount.gif" alt="MY ACCOUNT" name="MyAccount"
width="80" height="17" border="0"></a></div>
<div id="ShoppingCart" class="siteNavigation" style="top:23px; left:541px;"><a href="ShoppingCart.jsp"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Cart', '', 'http://steaks.allenbrothers.com/images/steaks/cart-over.gif',1)"><img
src="http://steaks.allenbrothers.com/images/steaks/cart.gif" alt="Shopping Cart" name="Cart" width="38"
height="26" border="0"></a></div>
<div id="Search" class="siteNavigation" style="left:584px;"><img
src="http://steaks.allenbrothers.com/images/steaks/search.gif" alt="Search" name="Search" width="40"
height="17" border="0"></div>
<form name="searchBean" method="GET"
action="/search.do;jsessionid=CnM1S5mS15nPvvtDSy4CYpdpmcxqTdNwxp2dBt7JFTKmtvn1fv1D!850048408!-913256408"
<div id="SearchForm" class="siteNavigation" style="left:628px;width:120px;top:30px;">
   <input type="text" name="searchString" maxlength="30" size="15" tabindex="1" value="Keyword or item #"
onfocus="form.searchString.value='';" class="search">
</div>
<div id="SearchForm" class="siteNavigation" style="left:750px;width:17px;top:32px;">
   <input type="image"
```



```
File: C:\DOCUME~1\ADMINI~1\LOCALS~1\TEMP\web.archive.org_GiftOrderInformation.jsp.htm    11/17/2007, 4:18:40PM

            name="action"
            src="http://steaks.allenbrothers.com/images/steaks/gobutton.gif"
            alt="GO"
            border="0"
            value="button.Submit"
            tabindex="2"/>
</form>
</div>
<div id="topNavBar" class="topNavBar"></div>
<div id="ShopTopNav" class="topNavBarItems" style="left:1px;"><a href="Shop.jsp?categoryId=87" onMouseOver="MM_swapImage('ShopTopNav','','http://steaks.allenbrothers.com/images/steaks/shop-over.gif',1)"><i
mg src="http://steaks.allenbrothers.com/images/steaks/shop.gif" alt="Shop Categories" name="ShopTopNav"
width="127" height="18" border="0"></a></div>
<div id="GiftTopNav" class="topNavBarItems" style="left:130px;"><a href="findProducts.do?categoryId=103"
onMouseOver="MM_swapImage('GiftTopNav','','http://steaks.allenbrothers.com/images/steaks/gift-over.gif',1)"><i
mg src="http://steaks.allenbrothers.com/images/steaks/gift.gif" alt="Gift Ideas" name="GiftTopNav" width="127"
height="18" border="0"></a></div>
<div id="FineDiningTopNav" class="topNavBarItems" style="left:284px; z-index:30; width:127px; height:18px;"><a
href="FineDining.jsp" onMouseOver="MM_swapImage('FineDiningTopNav','','http://steaks.allenbrothers.com/images/steaks/finedining-over
.gif',1)"><img src="http://steaks.allenbrothers.com/images/steaks/finedining.gif" alt="Fine Dining"
name="FineDiningTopNav" width="127" height="18" border="0"></a></div>
<div id="CatalogTopNav" class="topNavBarItems" style="left:418px;"><a href="Catalog.jsp"
onMouseOver="MM_swapImage('CatalogTopNav','','http://steaks.allenbrothers.com/images/steaks/catalog-over.gif',
1)"><img src="http://steaks.allenbrothers.com/images/steaks/catalog.gif" alt="Catalog" name="CatalogTopNav"
width="127" height="18" border="0"></a></div>
<div id="AssistanceTopNav" class="topNavBarItems" style="left:547px;"><a href="Assistance.jsp"
onMouseOver="MM_swapImage('AssistanceTopNav','','http://steaks.allenbrothers.com/images/steaks/assistance-over
.gif',1)"><img src="http://steaks.allenbrothers.com/images/steaks/assistance.gif" alt="Assistance"
name="AssistanceTopNav" width="127" height="18" border="0"></a></div>
<div id="LeftNavigationBar" class="leftNavBar">
<div id="PrimeSteaks" class="shopCategory"><a href="findProducts.do?categoryId=90"
onMouseOver="MM_swapImgRestore()"
onMouseOut="MM_swapImage('Image22','','http://steaks.allenbrothers.com/images/steaks/leftnav/primesteaks-over
.jpg',1)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/primesteaks.jpg" alt="Prime Steaks"
name="Image22" width="127" height="15" border="0"></a></div>
```

File: C:\DOCUME~1\ADMINI~1\LOCALS~1\TEMP\web.archive.org_GiftOrderInformation.jsp.htm    11/17/2007, 4:18:40PM

```
<div id="PrimeBeef" class="shopCategory"><a href="findProducts.do?categoryId=76"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image23','','http://steaks.allenbrothers.com/images/steaks/leftnav/wetaged-over.jpg'
,1)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/wetaged.jpg"  alt="Wet-Aged Beef"
name="Image23" width="127" height="15" border="0"></a></div>
<div id="DryAgedBeef" class="shopCategory"><a href="findProducts.do?categoryId=50"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image24','','http://steaks.allenbrothers.com/images/steaks/leftnav/dryaged-over.jpg
',1)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/dryaged.jpg"  alt="Dry-Aged Beef"
name="Image24" width="127" height="15" border="0"></a></div>
<div id="WagyuBeef" class="shopCategory"><a href="findProducts.do?categoryId=108"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image25','','http://steaks.allenbrothers.com/images/steaks/leftnav/kobe-over.jpg',1
)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/kobe.jpg"  alt="Kobe-style Wagyu Beef"
name="Image25" width="127" height="15" border="0"></a></div>
<div id="NeverFrozenBeef" class="shopCategory"><a href="findProducts.do?categoryId=60"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image26','','http://steaks.allenbrothers.com/images/steaks/leftnav/never-over.jpg',
1)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/never.jpg"  alt="Never Frozen Beef"
name="Image26" width="127" height="15" border="0"></a></div>
<div id="Appetizers" class="shopCategory"><a href="findProducts.do?categoryId=64"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image27','','http://steaks.allenbrothers.com/images/steaks/leftnav/appetizers-over.
jpg',1)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/appetizers.jpg"  alt="Appetizers"
name="Image27" width="127" height="15" border="0"></a></div>
<div id="BuffaloVenison" class="shopCategory"><a href="findProducts.do?categoryId=40"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image28','','http://steaks.allenbrothers.com/images/steaks/leftnav/buffalo-over.jpg
',1)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/buffalo.jpg"  alt="Buffalo & Venison"
name="Image28" width="127" height="15" border="0"></a></div>
<div id="Desserts" class="shopCategory"><a href="findProducts.do?categoryId=55"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image29','','http://steaks.allenbrothers.com/images/steaks/leftnav/desserts-over.jp
g',1)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/desserts.jpg"  alt="Desserts"
name="Image29" width="127" height="15" border="0"></a></div>
<div id="Duck" class="shopCategory"><a href="findProducts.do?categoryId=33"  onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image30','','http://steaks.allenbrothers.com/images/steaks/leftnav/duck-over.jpg',1
)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/duck.jpg"  alt="Duck" name="Image30"
width="127" height="15" border="0"></a></div>
<div id="HeatAndServeEntrees" class="shopCategory"><a href="findProducts.do?categoryId=32"
```

File: C:\DOCUME~1\ADMINI~1\LOCALS~1\TEMP\web.archive.org_GiftOrderInformation.jsp.htm    11/17/2007, 4:18:40PM

```
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image31','','http://steaks.allenbrothers.com/images/steaks/leftnav/heatandserve-ove
r.jpg',1)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/heatandserve.jpg" alt="Heat &
Serve Entr&eacute;es" name="Image31" width="127" height="15" border="0"></a></div>
<div id="Lamb" class="shopCategory"><a href="findProducts.do?categoryId=39" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image32','','http://steaks.allenbrothers.com/images/steaks/leftnav/lamb-over.jpg',1
)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/lamb.jpg" alt="Lamb" name="Image32"
width="127" height="15" border="0"></a></div>
<div id="Pork" class="shopCategory"><a href="findProducts.do?categoryId=30" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image33','','http://steaks.allenbrothers.com/images/steaks/leftnav/pork-over.jpg',1
)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/pork.jpg" alt="Pork" name="Image33"
width="127" height="15" border="0"></a></div>
<div id="Poultry" class="shopCategory"><a href="findProducts.do?categoryId=28"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image34','','http://steaks.allenbrothers.com/images/steaks/leftnav/poultry-over.jpg
',1)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/poultry.jpg" alt="Poultry"
name="Image34" width="127" height="15" border="0"></a></div>
<div id="SausagesAndBratwurst" class="shopCategory"><a href="findProducts.do?categoryId=81"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image35','','http://steaks.allenbrothers.com/images/steaks/leftnav/sausages-over.jp
g',1)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/sausages.jpg" alt="Sausages &
Bratwurst" name="Image35" width="127" height="15" border="0"></a></div>
<div id="Seafood" class="shopCategory"><a href="findProducts.do?categoryId=27"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image36','','http://steaks.allenbrothers.com/images/steaks/leftnav/seafood-over.jpg
',1)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/seafood.jpg" alt="Seafood"
name="Image36" width="127" height="15" border="0"></a></div>
<div id="SteakBurgersAndDogs" class="shopCategory"><a href="findProducts.do?categoryId=80"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image37','','http://steaks.allenbrothers.com/images/steaks/leftnav/steakburgers-ove
r.jpg',1)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/steakburgers.jpg" alt="Steak
Burgers & Dogs" name="Image37" width="127" height="15" border="0"></a></div>
<div id="Veal" class="shopCategory"><a href="findProducts.do?categoryId=26" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image38','','http://steaks.allenbrothers.com/images/steaks/leftnav/veal-over.jpg',1
)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/veal.jpg" alt="Veal" name="Image38"
width="127" height="15" border="0"></a></div>
<div id="NewProducts" class="shopCategory"><a href="NewProducts.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image39','','http://steaks.allenbrothers.com/images/steaks/leftnav/newproducts-over
.jpg',1)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/newproducts.jpg" alt="New Products"
name="Image39" width="127" height="15" border="0"></a></div>
```