# d.   "Gift Order Information" Page:

    i.   Screen Shot – Old Allen Brothers Website

   ii.   Source Code – Old Allen Brothers Website

  iii.   Screen Shot – Current Allen Brothers Website

  iv.   Source Code – Current Allen Brothers Website

# "Gift Order Information" Page

## Old Allen Brothers Website

## (Screen Shots and Source Code)



ALLEN BROTHERS
THE GREAT STEAKHOUSE STEAKS®

YOUR SOURCE FOR FINE DINING

SHOP    GIFT SELECTIONS    FINE DINING    CATALOG    ASSISTANCE

Home - About Us - Contact Us - Catalog Request

CART    SEARCH keyword or item #    GO

Home >

**SHOP**
USDA Prime Steaks
Wet-Aged Beef
Dry-Aged Beef
Kobe-style Wagyu Beef
Never Frozen Beef
Appetizers
Buffalo & Venison
Desserts
Duck
Heat & Serve Entrees
Lamb
Pork
Poultry
Sausages & Bratwurst
Seafood
Steak Burgers & Dogs
Veal
New Products
Specials
Favorites

SIGN UP
FOR EMAIL
SPECIAL OFFERS
<enter email>
SUBSCRIBE

# GIFT ORDER INFORMATION

**GIFT MESSAGES**
When you place your order, a gift message box will allow you to enter your personal greeting. If you wish to use your own gift cards, please contact us at 1-800-548-7777 Monday-Friday 8 a.m. to 5 p.m. CST to make special arrangements.

**BUSINESS INCENTIVES**
Boost employee morale and motivation by offering delicious food items from Allen Brothers.

**GIFT LIST**
Place an order and we'll maintain your gift list. Next year, on request, we'll send the people on your gift list the same items they received before. Or, if you want to change anything on your gift list, just send us an e-mail or call us at 1-800-548-7777 Monday-Friday 8 a.m. to 5 p.m. CST.

**GIFT RECIPIENT NOTIFICATION**
Once we've received your order, if you choose, we'll send the recipients notification of when we plan to deliver their gifts. This way, they can arrange for a more convenient delivery date by calling us toll free. **Please allow two weeks for processing and notification of gift recipients before shipment is delivered.**

**GIFT CERTIFICATES**
Can't decide on which steaks to give friends and colleagues? Give them our gift certificates and let them choose from our wide variety of options!

You decide the amount of each gift certificate for every person on your list. Then just call us toll-free or Order online, tell us how much each gift certificate should be, and where to send them. We'll rush the certificates to the fortunate recipients. It's a tasteful gift.

Order your Allen Brothers Gift Certificates today.

About Us | Privacy Policy | Catalog Request | Customer Service | Contact Us
For questions or assistance, call weekdays 8 AM to 5 PM CST — (800) 548-7777
© 2005 Allen Brothers, Inc., All Rights Reserved.
design and development by Prominent Consulting, LLC
Enter your email address to receive special offers
<enter email>    SUBSCRIBE

```html
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN" "http://www.w3.org/TR/html4/loose.dtd">
<html><!-- InstanceBegin template="/Templates/steaks.dwt.jsp" codeOutsideHTMLisLocked="false" -->
<head>
<BASE HREF="http://www.allenbrothers.com/GiftOrderInformation.jsp">
<meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
<META name="description" content="Order steaks, lobsters, seafood, and desserts from the purveyor of America's
highest-quality USDA prime steaks and beef, Allen Brothers">
<META name="keywords" content="steaks, steak, prime beef, beef, prime steaks, aged beef, kobe beef, angus beef, mail
order steaks, wagyu beef, prime steak, mail order steak, aged steaks, filet mignon, beef wellington">
<!-- InstanceBeginEditable name="doctitle" -->
<title>Allen Brothers USDA Prime Steaks and Prime Beef</title>
<!-- InstanceEndEditable --><link rel="stylesheet"
href="http://web.archive.org/web/20050304024717/http://steaks.allenbrothers.com/css/steaks.css"
type="text/css">
<SCRIPT language="JavaScript"
src="http://web.archive.org/web/20050304024717js_/http://steaks.allenbrothers.com/js/steaks.js"></SCRIPT>
<!-- InstanceBeginEditable name="head" --><!-- InstanceEndEditable -->
</head>
<body bgcolor="#ffffff" vlink="#635247" alink="#635247" link="#635247" marginheight="0" marginwidth="0"
topmargin="0" leftmargin="0" rightmargin="0"
onLoad="MM_preloadImages('http://steaks.allenbrothers.com/images/nav/top/ordertracking-over.gif','http://steak
s.allenbrothers.com/images/nav/top/myAccount-over.gif','http://steaks.allenbrothers.com/images/nav/top/cart-ov
er.gif','http://steaks.allenbrothers.com/images/nav/top/go-over.gif','http://steaks.allenbrothers.com/images/n
av/top/go-down.gif','http://steaks.allenbrothers.com/images/steaks/ordertracking-over.gif','http://steaks.alle
nbrothers.com/images/steaks/myaccount-over.gif','http://steaks.allenbrothers.com/images/steaks/cart-over.gif',
'http://steaks.allenbrothers.com/images/steaks/shop-over.gif','http://steaks.allenbrothers.com/images/steaks/1
eftnav/primesteaks-over.gif','http://steaks.allenbrothers.com/images/steaks/leftnav/wetaged-over.gif','http://
steaks.allenbrothers.com/images/steaks/leftnav/dryaged-over.gif','http://steaks.allenbrothers.com/images/steak
s/leftnav/never-over.gif','http://steaks.allenbrothers.com/images/steaks/leftnav/kobe-over.gif','http://steaks
.allenbrothers.com/images/steaks/leftnav/appetizers-over.gif','http://steaks.allenbrothers.com/images/steaks/1
eftnav/buffalo-over.jpg','http://steaks.allenbrothers.com/images/steaks/leftnav/desserts-over.jpg','http://ste
aks.allenbrothers.com/images/steaks/leftnav/duck-over.jpg','http://steaks.allenbrothers.com/images/steaks/left
```

File: C:\DOCUME~1\ADMINI~1\LOCALS~1\TEMP\web.archive.org_GiftOrderInformation.jsp.htm   11/17/2007,   4:18:40PM

```
nav/heatandserve-over.jpg', 'http://steaks.allenbrothers.com/images/steaks/leftnav/lamb-over.jpg', 'http://steak
s.allenbrothers.com/images/steaks/leftnav/pork-over.jpg', 'http://steaks.allenbrothers.com/images/steaks/leftna
v/poultry-over.jpg', 'http://steaks.allenbrothers.com/images/steaks/leftnav/sausages-over.jpg', 'http://steaks.a
llenbrothers.com/images/steaks/leftnav/seafood-over.jpg', 'http://steaks.allenbrothers.com/images/steaks/leftna
v/steakburgers-over.jpg', 'http://steaks.allenbrothers.com/images/steaks/leftnav/veal-over.jpg', 'http://steaks.
allenbrothers.com/images/steaks/leftnav/newproducts-over.jpg', 'http://steaks.allenbrothers.com/images/steaks/1
eftnav/specials-over.jpg', 'http://steaks.allenbrothers.com/images/steaks/leftnav/favorites-over.jpg')">
<div id="topLinks" class="topLinks"><a href="steaks.jsp" class="theme">Home</a>  -  <a href="AboutUs.jsp"
class="theme">About Us</a>  -  <a href="ContactUs.jsp" class="theme">Contact Us</a>  -  <a
href="CatalogRequest.jsp" class="theme">Catalog Request</a> </div>
<div id="CompanyLogo" style="position:absolute; top:2px; left:2px; z-index:30; width:328px; height:50px;"><A
href="/steaks.jsp"><img src="http://steaks.allenbrothers.com/images/steaks/A5-logo.jpg" width="328"
height="50" border="0"></A></div>
<div id="Signoff" class="siteNavigation" style="left:300px;"></div>
<!--<div id="OrderTracking" class="siteNavigation" style="left:350px;"><a href="OrderTracking.jsp"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('OrderTracking','','http://steaks.allenbrothers.com/images/steaks/ordertracking-over
.gif',1)"><img src="http://steaks.allenbrothers.com/images/steaks/ordertracking.gif" alt="ORDER TRACKING"
name="OrderTracking" width="101" height="17" border="0"></a></div> -->
<div id="MyAccount" class="siteNavigation" style="left:456px;"><a href="MyAccount.jsp"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('MyAccount','','http://steaks.allenbrothers.com/images/steaks/myaccount-over.gif',1)
"><img src="http://steaks.allenbrothers.com/images/steaks/myaccount.gif" alt="MY ACCOUNT" name="MyAccount"
width="80" height="17" border="0"></a></div>
<div id="ShoppingCart" class="siteNavigation" style="top:23px; left:541px;"><a href="ShoppingCart.jsp"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Cart','','http://steaks.allenbrothers.com/images/steaks/cart-over.gif',1)"><img
src="http://steaks.allenbrothers.com/images/steaks/cart.gif" alt="Shopping Cart" name="Cart" width="38"
height="26" border="0"></a></div>
<div id="Search" class="siteNavigation" style="left:584px;"><img
src="http://steaks.allenbrothers.com/images/steaks/search.gif" alt="Search" name="Search" width="40"
height="17" border="0"></div>
<form name="searchBean" method="GET"
action="/search.do;jsessionid=CnM1S5mS15nPvvtDSy4CYpdpmcxqTdNwxp2dBt7JFTKmtvnlfv1D!850048408!-913256408">
<div id="SearchForm" class="siteNavigation" style="left:628px;width:120px;top:30px;">
<input type="text" name="searchString" maxlength="30" size="15" tabindex="1" value="Keyword or item #"
onfocus="form.searchString.value='';" class="search">
</div>
<div id="SearchForm" class="siteNavigation" style="left:750px;width:17px;top:32px;">
<input type="image"
```



```
File: C:\DOCUME~1\ADMINI~1\LOCALS~1\TEMP\web.archive.org_GiftOrderInformation.jsp.htm   11/17/2007, 4:18:40PM

        name="action"
        src="http://steaks.allenbrothers.com/images/steaks/gobutton.gif"
        alt="GO"
        border="0"
        value="button.Submit"
        tabindex="2" />

    </div>

</form>
<div id="topNavBar" class="topNavBar"></div>
<div id="ShopTopNav" class="topNavBarItems" style="left:1px;"><a href="Shop.jsp?categoryId=87"
onMouseOver="MM_swapImage('ShopTopNav','','http://steaks.allenbrothers.com/images/steaks/shop-over.gif',1)"><i
mg src="http://steaks.allenbrothers.com/images/steaks/shop.gif" alt="Shop Categories" name="ShopTopNav"
width="127" height="18" border="0"></a></div>
<div id="GiftTopNav" class="topNavBarItems" style="left:130px;"><a href="findProducts.do?categoryId=103"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('GiftTopNav','','http://steaks.allenbrothers.com/images/steaks/gift-over.gif',1)"><i
mg src="http://steaks.allenbrothers.com/images/steaks/gift.gif" alt="Gift Ideas" name="GiftTopNav" width="127"
height="18" border="0"></a></div>
<div id="FineDiningTopNav" class="topNavBarItems" style="left:284px; z-index:30; width:127px; height:18px;"><a
href="FineDining.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('FineDiningTopNav','','http://steaks.allenbrothers.com/images/steaks/finedining-over
.gif',1)"><img src="http://steaks.allenbrothers.com/images/steaks/finedining.gif" alt="Fine Dining"
name="FineDiningTopNav" width="127" height="18" border="0"></a></div>
<div id="CatalogTopNav" class="topNavBarItems" style="left:418px;"><a href="Catalog.jsp"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('CatalogTopNav','','http://steaks.allenbrothers.com/images/steaks/catalog-over.gif',
1)"><img src="http://steaks.allenbrothers.com/images/steaks/catalog.gif" alt="Catalog" name="CatalogTopNav"
width="127" height="18" border="0"></a></div>
<div id="AssistanceTopNav" class="topNavBarItems" style="left:547px;"><a href="Assistance.jsp"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('AssistanceTopNav','','http://steaks.allenbrothers.com/images/steaks/assistance-over
.gif',1)"><img src="http://steaks.allenbrothers.com/images/steaks/assistance.gif" alt="Assistance"
name="AssistanceTopNav" width="127" height="18" border="0"></a></div>
<div id="LeftNavigationBar" class="leftNavBar">
<div id="PrimeSteaks" class="shopCategory"><a href="findProducts.do?categoryId=90"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image22','','http://steaks.allenbrothers.com/images/steaks/leftnav/primesteaks-over
.jpg',1)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/primesteaks.jpg" alt="Prime Steaks"
name="Image22" width="127" height="15" border="0"></a></div>
```

```
File: C:\DOCUME~1\ADMINI~1\LOCALS~1\TEMP\web.archive.org_GiftOrderInformation.jsp.htm   11/17/2007, 4:18:40PM

<div id="PrimeBeef" class="shopCategory"><a href="findProducts.do?categoryId=76"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image23','','http://steaks.allenbrothers.com/images/steaks/leftnav/wetaged-over.jpg
',1)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/wetaged.jpg" alt="Wet-Aged Beef"
name="Image23" width="127" height="15" border="0"></a></div>
<div id="DryAgedBeef" class="shopCategory"><a href="findProducts.do?categoryId=50"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image24','','http://steaks.allenbrothers.com/images/steaks/leftnav/dryaged-over.jpg
',1)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/dryaged.jpg" alt="Dry-Aged Beef"
name="Image24" width="127" height="15" border="0"></a></div>
<div id="WagyuBeef" class="shopCategory"><a href="findProducts.do?categoryId=108"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image25','','http://steaks.allenbrothers.com/images/steaks/leftnav/kobe-over.jpg',1
)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/kobe.jpg" alt="Kobe-style Wagyu Beef"
name="Image25" width="127" height="15" border="0"></a></div>
<div id="NeverFrozenBeef" class="shopCategory"><a href="findProducts.do?categoryId=60"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image26','','http://steaks.allenbrothers.com/images/steaks/leftnav/never-over.jpg',
1)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/never.jpg" alt="Never Frozen Beef"
name="Image26" width="127" height="15" border="0"></a></div>
<div id="Appetizers" class="shopCategory"><a href="findProducts.do?categoryId=64"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image27','','http://steaks.allenbrothers.com/images/steaks/leftnav/appetizers-over.
jpg',1)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/appetizers.jpg" alt="Appetizers"
name="Image27" width="127" height="15" border="0"></a></div>
<div id="BuffaloVenison" class="shopCategory"><a href="findProducts.do?categoryId=40"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image28','','http://steaks.allenbrothers.com/images/steaks/leftnav/buffalo-over.jpg
',1)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/buffalo.jpg" alt="Buffalo & Venison"
name="Image28" width="127" height="15" border="0"></a></div>
<div id="Desserts" class="shopCategory"><a href="findProducts.do?categoryId=55"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image29','','http://steaks.allenbrothers.com/images/steaks/leftnav/desserts-over.jp
g',1)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/desserts.jpg" alt="Desserts"
name="Image29" width="127" height="15" border="0"></a></div>
<div id="Duck" class="shopCategory"><a href="findProducts.do?categoryId=33" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image30','','http://steaks.allenbrothers.com/images/steaks/leftnav/duck-over.jpg',1
)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/duck.jpg" alt="Duck" name="Image30"
width="127" height="15" border="0"></a></div>
<div id="HeatAndServeEntrees" class="shopCategory"><a href="findProducts.do?categoryId=32"
```

File: C:\DOCUME~1\ADMINI~1\LOCALS~1\TEMP\web.archive.org_GiftOrderInformation.jsp.htm    11/17/2007, 4:18:40PM

```
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image31','','http://steaks.allenbrothers.com/images/steaks/leftnav/heatandserve-ove
r.jpg',1)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/heatandserve.jpg" alt="Heat &
Serve Entr&eacute;es" name="Image31" width="127" height="15" border="0"></a></div>
<div id="Lamb" class="shopCategory"><a href="findProducts.do?categoryId=39" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image32','','http://steaks.allenbrothers.com/images/steaks/leftnav/lamb-over.jpg',1
)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/lamb.jpg" alt="Lamb" name="Image32"
width="127" height="15" border="0"></a></div>
<div id="Pork" class="shopCategory"><a href="findProducts.do?categoryId=30" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image33','','http://steaks.allenbrothers.com/images/steaks/leftnav/pork-over.jpg',1
)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/pork.jpg" alt="Pork" name="Image33"
width="127" height="15" border="0"></a></div>
<div id="Poultry" class="shopCategory"><a href="findProducts.do?categoryId=28"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image34','','http://steaks.allenbrothers.com/images/steaks/leftnav/poultry-over.jpg
',1)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/poultry.jpg" alt="Poultry"
name="Image34" width="127" height="15" border="0"></a></div>
<div id="SausagesAndBratwurst" class="shopCategory"><a href="findProducts.do?categoryId=81"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image35','','http://steaks.allenbrothers.com/images/steaks/leftnav/sausages-over.jp
g',1)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/sausages.jpg" alt="Sausages &
Bratwurst" name="Image35" width="127" height="15" border="0"></a></div>
<div id="Seafood" class="shopCategory"><a href="findProducts.do?categoryId=27"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image36','','http://steaks.allenbrothers.com/images/steaks/leftnav/seafood-over.jpg
',1)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/seafood.jpg" alt="Seafood"
name="Image36" width="127" height="15" border="0"></a></div>
<div id="SteakBurgersAndDogs" class="shopCategory"><a href="findProducts.do?categoryId=80"
onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image37','','http://steaks.allenbrothers.com/images/steaks/leftnav/steakburgers-ove
r.jpg',1)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/steakburgers.jpg" alt="Steak
Burgers & Dogs" name="Image37" width="127" height="15" border="0"></a></div>
<div id="Veal" class="shopCategory"><a href="findProducts.do?categoryId=26" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image38','','http://steaks.allenbrothers.com/images/steaks/leftnav/veal-over.jpg',1
)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/veal.jpg" alt="Veal" name="Image38"
width="127" height="15" border="0"></a></div>
<div id="NewProducts" class="shopCategory"><a href="NewProducts.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image39','','http://steaks.allenbrothers.com/images/steaks/leftnav/newproducts-over
.jpg',1)"><img src="http://steaks.allenbrothers.com/images/steaks/leftnav/newproducts.jpg" alt="New Products"
name="Image39" width="127" height="15" border="0"></a></div>
```