

ALLEN BROTHERS
THE GREAT STEAKHOUSE STEAKS
HOME ABOUT US CONTACT US ORDER TRACKING 1.800.957.0111
SEARCH › GO
GIFT SELECTIONS FINE DINING ALLEN BROTHERS CATALOG SHOPPING ASSISTANCE VIEW CART
USDA Prime Steaks
Wet-Aged Beef
Dry-Aged Beef
Kobe Wagyu Beef
Never Frozen Beef
Appetizers
Side Dishes
Soups
Buffalo & Venison
Chef Art Smith Entrees
Desserts
Duck
Heat & Serve Entrees
Lamb
The Great Steakhouse Pork
The Great Steakhouse Poultry
Sausages and Bratwurst
Seafood
Steak Burgers & Dogs
Smoked Meats
Veal
New Products
Internet Specials
Favorites
Celebrity/Media Advocates
SIGN UP FOR EMAIL SPECIAL OFFERS!
Enter Email Address
SUBSCRIBE
Home › Shop › Buffalo & Venison
Buffalo & Venison
For something out of the ordinary, enjoy the unique flavors of our lean buffalo and venison. Each of these selections can be broiled, fried, sauteed, or grilled - they're delicious prepared in the same way you prepare beef, pork, or lamb.
BUFFALO FILET & SIRLOIN STRIP STEAKS
Sort By: Default Sort | Name | Price
« previous Page 1 of 2 next »
showing products 1-5 of 9
Page 1 | 2 | View All
Buffalo Burgers
Whether you're looking for a change of taste or a change in diet, our all-natural, 100% buffalo meat patties are a delicious alternative to beef. They're low in fat, cholesterol, and calories and high in protein, juiciness, and flavor. Prepare the ready-made, individually packaged burgers the same way you'd cook beef - grilled, broiled, or fried.
View Details ›
Choose Selection
Enter Quantity 0
ADD TO CART
Buffalo Steaks
For an alternate meal choice that's lean and high in protein, try our sweet, flavorful buffalo.
View Details ›
Choose Selection
Enter Quantity 0
ADD TO CART
Buffalo Tenderloin Roast for Chateaubriand
Our exotic roast makes a striking centerpiece for special-occasion meals, holiday feasts, or tonight's dinner.
View Details ›
Choose Selection
Enter Quantity 0
ADD TO CART
Venison Sirloin Strip Medallions
Robust but not gamy, our all-natural venison medallions saute up beautifully in minutes. A red wine sauce complements their earthiness, or try a fruit sauce for a sweet counterpoint.
We apologize, this selection is temporarily unavailable
View Details ›
Choose Selection
Enter Quantity 0
ADD TO CART
Venison Rib Chops
Our handpicked New Zealand farm-raised Cervena venison delivers a rich, hearty flavor with a hint of game. All natural.
View Details ›
Choose Selection
Enter Quantity 0
ADD TO CART
Sort By: Default Sort | Name | Price
« previous Page 1 of 2 next »
showing products 1-5 of 9
Page 1 | 2 | View All
Home | About Us | Privacy Policy | Catalog Request | Customer Service | Contact Us | Site Map | Articles | View Shopping Cart
To place a phone order, call 24 hours a day, 7 days a week — (800) 957-0111
For questions or assistance, call weekdays 8 AM to 5 PM CST — (800) 548-7777
Copyright © 2007 Allen Brothers, Inc., All Rights Reserved

DYNAMIC PAGING FEATURE

```
<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Strict//EN" "http://www.w3.org/TR/xhtml1/DTD/xhtml1-strict.dtd"><html><head>
<title>Buffalo & Venison</title>
<meta name="keywords" content="Buffalo &amp; Venison " />
<meta name="description" content="Buffalo &amp; Venison - For something out of the ordinary, enjoy the unique flavors of our lean buffalo and venison. Each of these selections can be broiled, fried,
sauteed, or grilled - they're delicious ..." />
<script language="javascript" type="text/javascript" src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/scFrameWork.js"></script>

<!--Solid Cactus Click to enlarge v3.0.2-->
<script language="javascript" type="text/javascript" src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/scImageEnlarge.js"></script>
<script language=javascript src=http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/encrypt.js></script>
<script language=javascript src=http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/sniffer.js></script>
<script language=javascript src=http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/cookies.js></script>
<script language=javascript src=http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/paging2.js></script><script language=javascript>window.item0=new
pagingItem("BUFFALO-BURGERS","Buffalo-Burgers","Buffalo Burgers",'<img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1975_606076" width="165" height="165" border="0" hspace="0"
vspace="0" />','<img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1975_626765" width="300" height="300" border="0" hspace="0" vspace="0" />',0,0,false,"Whether you're looking for
a change of taste or a change in diet, our all-natural, 100% buffalo meat patties are a delicious alternative to beef. They're low in fat, cholesterol, and calories and high in protein, juiciness, and
flavor. Prepare the ready-made, individually packaged burgers the same way you'd cook beef - grilled, broiled, or fried.<br><br>",true,"",false,false,'','<form method="POST"
action="http://order.store.yahoo.net/cgi-bin/wg-order?yhst-93672551109875"><input name="vwcatalog" type="hidden" value="yhst-93672551109875" /><select name="vwitem"><option selected
value="noaction">Choose Selection</option><option value="B811">16 burgers - 6 oz. ea. $69.95</option><option value="B803">12 burgers - 8 oz. ea. $69.95</option></select><div
class="qty"><span>Enter Quantity: <input name="vwquantity" type="text" value="0" maxlength="1" size="2" class="qtybox" /></span><img src="http://us.st1.yimg.com/store1.yimg.com/Img/trans_1x1.gif"
height="1" width="30" border="0" /><span><input type="image" src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1973_5119" alt="Add to cart" title="Add to cart"
/></span></div></form>'); window.item1=new pagingItem("BUFFALO-STEAKS","Buffalo-Steaks","Buffalo Steaks",'<img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1975_691552"
width="165" height="165" border="0" hspace="0" vspace="0" />','<img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1975_711519" width="300" height="300" border="0" hspace="0"
vspace="0" />',0,0,false,"For an alternate meal choice that's lean and high in protein, try our sweet, flavorful buffalo.<br><br>",true,"",false,false,'','<form method="POST"
action="http://order.store.yahoo.net/cgi-bin/wg-order?yhst-93672551109875"><input name="vwcatalog" type="hidden" value="yhst-93672551109875" /><select name="vwitem"><option selected
value="noaction">Choose Selection</option><option value="B307">Complete Trim, Tenderloin Filet Mignon - 4 filets - 6 oz. ea. $119.95</option><option value="B103">Sirloin Strip Steaks - 4 steaks -
10 oz. ea. $109.95</option></select><div class="qty"><span>Enter Quantity: <input name="vwquantity" type="text" value="0" maxlength="1" size="2" class="qtybox" /></span><img
src="http://us.st1.yimg.com/store1.yimg.com/Img/trans_1x1.gif" height="1" width="30" border="0" /><span><input type="image" src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1973_5119"
alt="Add to cart" title="Add to cart" /></span></div></form>'); window.item2=new pagingItem("BUFFALO-TENDERLOIN-ROAST-FOR-CHATEAUBRIAND","buffalo-tenderloin-roast-for-chateaubriand","Buffalo
Tenderloin Roast for Chateaubriand",'<img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1974_14010563" width="165" height="165" border="0" hspace="0" vspace="0" />','<img
src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1974_14034285" width="300" height="300" border="0" hspace="0" vspace="0" />',0,0,false,"Our exotic roast makes a striking centerpiece
for special-occasion meals, holiday feasts, or tonight's dinner.",true,"",false,false,'','<form method="POST" action="http://order.store.yahoo.net/cgi-bin/wg-order?yhst-93672551109875"><input
name="vwcatalog" type="hidden" value="yhst-93672551109875" /><select name="vwitem"><option selected value="noaction">Choose Selection</option><option value="B409">1 Tenderloin Roast - 3 to 3.5
lbs. $245.95</option></select><div class="qty"><span>Enter Quantity: <input name="vwquantity" type="text" value="0" maxlength="1" size="2" class="qtybox" /></span><img
src="http://us.st1.yimg.com/store1.yimg.com/Img/trans_1x1.gif" height="1" width="30" border="0" /><span><input type="image" src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1973_5119"
alt="Add to cart" title="Add to cart" /></span></div></form>'); window.item3=new pagingItem("VENISON-SIRLOIN-STRIP-MEDALLIONS","Venison-Sirloin-Strip-Medallions","Venison Sirloin Strip
Medallions",'<img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1975_779551" width="165" height="165" border="0" hspace="0" vspace="0" />','<img
src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1975_800695" width="300" height="300" border="0" hspace="0" vspace="0" />',0,0,false,"<p>Robust but not gamy,our all-natural venison
medallions saute up beautifully in minutes. A red wine sauce complements their earthiness, or try a fruit sauce for a sweet counterpoint.</p><p><b>We apologize, this selection is temporarily
unavailable</b></p>",true,"",false,false,'','<form method="POST" action="http://order.store.yahoo.net/cgi-bin/wg-order?yhst-93672551109875"><input name="vwcatalog" type="hidden"
value="yhst-93672551109875" /><select name="vwitem"><option selected value="noaction">Choose Selection</option><option value="V206">8 Venison medallions - 4 oz. ea. $79.95</option></select><div
class="qty"><span>Enter Quantity: <input name="vwquantity" type="text" value="0" maxlength="1" size="2" class="qtybox" /></span><img src="http://us.st1.yimg.com/store1.yimg.com/Img/trans_1x1.gif"
height="1" width="30" border="0" /><span><input type="image" src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1973_5119" alt="Add to cart" title="Add to cart"
/></span></div></form>'); window.item4=new pagingItem("VENISON-RIB-CHOPS","Venison-Rib-Chops","Venison Rib Chops",'<img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1975_862479"
width="165" height="165" border="0" hspace="0" vspace="0" />','<img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1975_881973" width="300" height="300" border="0" hspace="0"
vspace="0" />',0,0,false,"Our handpicked New Zealand farm-raised Cervena venison delivers a rich, hearty flavor with a hint of game. All natural.<br><br>",false,"",false,false,'','<form method="POST"
action="http://order.store.yahoo.net/cgi-bin/wg-order?yhst-93672551109875"><input name="vwcatalog" type="hidden" value="yhst-93672551109875" /><select name="vwitem"><option selected
value="noaction">Choose Selection</option><option value="V104">6 chops - 3 to 4 oz. ea. $69.95</option></select><div class="qty"><span>Enter Quantity: <input name="vwquantity" type="text"
value="0" maxlength="1" size="2" class="qtybox" /></span><img src="http://us.st1.yimg.com/store1.yimg.com/Img/trans_1x1.gif" height="1" width="30" border="0" /><span><input type="image"
src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1973_5119" alt="Add to cart" title="Add to cart" /></span></div></form>'); window.item5=new
pagingItem("BLACK-WINTER-TRUFFLE-BUTTER","Black-Winter-Truffle-Butter","Black Winter Truffle Butter",'<img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1974_5005779" width="165"
height="165" border="0" hspace="0" vspace="0" />','<img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1974_5027879" width="300" height="300" border="0" hspace="0" vspace="0"
/>',0,0,false,"Transform an ordinary dinner into a memorable indulgence. Made of rich French butter, blended chunks of rare black truffles, and a bit of sea salt, this decadent spread infuses flavor
into steaks, chicken, fish, and pasta dishes as well as your favorite recipes. This all-natural product keeps in the refrigerator for 3 months and may be frozen for 1 year. Two 5 oz. container serves
6 to 12.<br><br>",true,"",false,false,'','<form method="POST" action="http://order.store.yahoo.net/cgi-bin/wg-order?yhst-93672551109875"><input name="vwcatalog" type="hidden"
value="yhst-93672551109875" /><select name="vwitem"><option selected value="noaction">Choose Selection</option><option value="TBC-101">Black Winter Truffle Butter - 2 containers - 5 oz.
ea. $49.95</option></select><div class="qty"><span>Enter Quantity: <input name="vwquantity" type="text" value="0" maxlength="1" size="2" class="qtybox" /></span><img
src="http://us.st1.yimg.com/store1.yimg.com/Img/trans_1x1.gif" height="1" width="30" border="0" /><span><input type="image" src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1973_5119"
alt="Add to cart" title="Add to cart" /></span></div></form>'); window.item6=new pagingItem("WHITE-TRUFFLE-BUTTER","white-truffle-butter","White Truffle Butter",'<img
src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1974_65616292" width="159" height="165" border="0" hspace="0" vspace="0" />','<img
src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1974_65633093" width="324" height="337" border="0" hspace="0" vspace="0" />',0,0,false,"Similar to our black truffle butter but even
more rarefied and indulgent, this luscious spread features hard-to-find Italian white truffles and sea salt in a hand-churned French butter. A perfect finishing touch for a gourmet meal, or to elevate
your favorite recipes to new heights of flavor and complexity.",true,"",false,false,'','<form method="POST" action="http://order.store.yahoo.net/cgi-bin/wg-order?yhst-93672551109875"><input
name="vwcatalog" type="hidden" value="yhst-93672551109875" /><select name="vwitem"><option selected value="noaction">Choose Selection</option><option value="TBC203">White Truffle Butter - 2 containers
- 5 oz. ea. $49.95</option></select><div class="qty"><span>Enter Quantity: <input name="vwquantity" type="text" value="0" maxlength="1" size="2" class="qtybox" /></span><img
src="http://us.st1.yimg.com/store1.yimg.com/Img/trans_1x1.gif" height="1" width="30" border="0" /><span><input type="image" src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1973_5119"
alt="Add to cart" title="Add to cart" /></span></div></form>'); window.item7=new pagingItem("REMOTE-WIRELESS-THERMOMETERS","Remote-Wireless-Thermometers","Remote Wireless Thermometers",'<img
src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1974_5200995" width="165" height="165" border="0" hspace="0" vspace="0" />','<img
src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1974_5216685" width="300" height="300" border="0" hspace="0" vspace="0" />',0,0,false,"Monitor the cooking of meats from across the
house or yard - up to 75 feet away. Simply insert the stainless steel probe to roast or grill a single selection to a set temperature, or use our dual probe model to cook two meats at once with
different temperature requirements. The remote receiver updates temperatures every five seconds and beeps when your desired doneness is reached. Batteries
included.<br><br>",true,"",false,false,'','<form method="POST" action="http://order.store.yahoo.net/cgi-bin/wg-order?yhst-93672551109875"><input name="vwcatalog" type="hidden"
value="yhst-93672551109875" /><select name="vwitem"><option selected value="noaction">Choose Selection</option><option value="DT201">Single probe $54.95</option><option value="DT203">Dual
probe $78.95</option></select><div class="qty"><span>Enter Quantity: <input name="vwquantity" type="text" value="0" maxlength="1" size="2" class="qtybox" /></span><img
src="http://us.st1.yimg.com/store1.yimg.com/Img/trans_1x1.gif" height="1" width="30" border="0" /><span><input type="image" src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1973_5119"
alt="Add to cart" title="Add to cart" /></span></div></form>'); window.item8=new pagingItem("ALLEN-BROTHERS-STAINLESS-STEEL-STEAK-KNIVES","Allen-Brothers-Stainless-Steel-Steak-Knives","Stainless Steel
Steak Knives",'<img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1974_68049353" width="165" height="26" border="0" hspace="0" vspace="0" />','<img
src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1974_68053286" width="600" height="95" border="0" hspace="0" vspace="0" />',0,0,false,"Made entirely of beautiful, gleaming stainless
steel and engraved with the Allen Brothers logo, these serrated steak knives are as elegant as they are functional. As a gift or an addition to your own table setting, they make a striking statement
```