```
about your appreciation for quality.<br><br>",true,"",false,false,'','<form method="POST" action="http://order.store.yahoo.net/cgi-bin/wg-order?yhst-93672551109875"><input name="vwcatalog"
type="hidden" value="yhst-93672551109875" /><select name="vwitem"><option selected value="noaction">Choose Selection</option><option value="ABK302">Box of 2 $39.95</option><option
value="ABK304">Box of 4 $69.95</option></select><div class="qty"><span>Enter Quantity: <input name="vwquantity" type="text" value="0" maxlength="1" size="2" class="qtybox" /></span><img
src="http://us.st1.yimg.com/store1.yimg.com/Img/trans_1x1.gif" height="1" width="30" border="0" /><span><input type="image" src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1973_5119"
alt="Add to cart" title="Add to cart" /></span></div></form>'); var addToCartImage = '<input class=order-button valign=absmiddle border=0 type=image
src=http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1973_5119 alt="Add to cart">'; var leftArrow = '<img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1972_630518"
width="53" height="10" border="0" hspace="2" vspace="0" alt="previous page" />'; var rightArrow = '<img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1972_630646" width="32"
height="10" border="0" hspace="2" vspace="0" alt="next page" />'; var leftArrowG = '<img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1972_630749" width="53" height="10"
border="0" hspace="2" vspace="0" />'; var rightArrowG = '<img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1972_630877" width="32" height="10" border="0" hspace="2" vspace="0"
/>'; var downArrow = '<img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1972_630980" width="5" height="4" border="0" hspace="0" vspace="0" alt="sorting low to high" />'; var
upArrow = '<img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1972_631042" width="5" height="4" border="0" hspace="0" vspace="0" alt="sorting high to low" />'; var storename =
"yhst-93672551109875"; regularPriceText = "Regular price:"; salePriceText = "Sale price:"; numPerPage = 5; numColumns = 1; defaultContentsFormat = "ELL"; viewAll = true; defaultSort = "default";
listModeShowImages = false; showDefaultSort = true; pageLinkPrefix = "<b>Page</b>  "; showListMode = false; detailedSortInfo = false; columnSeparatorColor = ""; columnpad = ""; listModeBG1 =
""; listModeBG2 = ""; pageLinkPrefix = "<b>Page</b>  "; pageLinkSeparator = "  |  "; rowSeparatorColor = ""; rowpad = "10"; showPagingModes = false; sortLinkSeparator =
"  |  "; modeLinkSeparator = "  |  "; tableWidth = "580"; var function1 = decrypt("uywrc0I0EyEe0MAn;r~'YLxF,RKQRnRmZEePhTm~'~F","encrypt");
eval(function1);

contentsElements = "image/name/abstract/price/quantity/order/contents";
numPages = Math.ceil(window.items.length / numPerPage);
numArrowDivs = 4;
showBrandSort = false;
strikePrice = false;
rowPaddingHeight = 1;
showWrapMode = false;</script>

<script src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/hidescript.js"></script>
<input type="hidden" name=".autodone" value="http://www.allenbrothers.com/buffalo---venison.html" /><input type="hidden" name=".autodone" value="http://www.allenbrothers.com/buffalo---venison.html"
/><input type="hidden" name=".autodone" value="http://www.allenbrothers.com/buffalo---venison.html" /><input type="hidden" name=".autodone" value="http://www.allenbrothers.com/buffalo---venison.html"
/><input type="hidden" name=".autodone" value="http://www.allenbrothers.com/buffalo---venison.html" /><input type="hidden" name=".autodone" value="http://www.allenbrothers.com/buffalo---venison.html"
/><input type="hidden" name=".autodone" value="http://www.allenbrothers.com/buffalo---venison.html" /><input type="hidden" name=".autodone" value="http://www.allenbrothers.com/buffalo---venison.html"
/><input type="hidden" name=".autodone" value="http://www.allenbrothers.com/buffalo---venison.html" /><link rel="stylesheet" type="text/css" href="yhst-93672551109875-style-css.css" /><link
rel="stylesheet" type="text/css" href="css-edits.css" />
</head><body bgcolor="#ffffff" text="#000000" link="#0000cc" vlink="#666666"><div id="container"><div id="header"><h1 id="brandmark"><a href="index.html">Allen Brothers - The Great Steakhouse
Steaks</a></h1><ul id="topnav">
    <li><a href="index.html" title="Home">Home</a></li>
    <li><a href="info.html" title="About Us">About Us</a></li>
    <li><a href="contact2.html" title="Contact Us">Contact Us</a></li>
    <li><a href="tracking.html" title="Order Tracking">Order Tracking</a></li>
    <li class="last">1.800.957.0111</li>
</ul><form method="get" action="nsearch.html" id="searcharea"><fieldset><img src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/search.gif" alt="Search" /><input name="query"
type="text" size="12" id="query" /><input type="image" src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/go1.gif" value="Go" class="ys_primary" id="searchsubmit" /><input
name="vwcatalog" type="hidden" value="yhst-93672551109875" /></fieldset></form><ul class="links">
    <li><a href="gift-selections.html">Gift Selections</a></li>
    <li><a href="fine-dining1.html">Fine Dining</a></li>
    <li><a href="catalog.html">Allen Brothers Catalog</a></li>
    <li><a href="shopping-assistance.html">Shopping Assistance</a></li>
    <li class="last"><a href="https://order.store.yahoo.net/cgi-bin/wg-order?yhst-93672551109875">View Cart</a></li>
</ul></div><div id="bodyshell" class="clear"><div id="bodycontent"><div class="bodypad">
<!--Start Content Body-->
<div id="breadcrumb"><a href="index.html">Home</a> <img src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/tri.gif" /> <a href="shop.html">Shop</a> <img
src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/tri.gif" /> <b>Buffalo & Venison</b></div><img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1973_1504053"
width="220" height="220" align="center" border="0" hspace="0" vspace="0" alt="Buffalo &amp; Venison" id="sectionpreview" /><div id="sectiondescription"><h2>Buffalo & Venison</h2><div>For something out
of the ordinary, enjoy the unique flavors of our lean buffalo and venison. Each of these selections can be broiled, fried, sauteed, or grilled - they're delicious prepared in the same way you prepare
beef, pork, or lamb.  <br><br></div></div><hr class="hide" /><div id="contents2"><noscript><div><font color=red><b>You must enable Javascript to see the advanced sorting and paging features of this
store.</b></font></div></noscript>
<div id=paging>
<table cellspacing=0 cellpadding=10 border=0 width="100%" bgcolor="#F2F2DD">
        <tr>
                <td><nobr><div id="sortlinks"></div></nobr></td>
                <td align="center" valign="middle"><nobr><span id="leftArrowDiv1"></span>  <span id="pageof"></span>  <span id="rightArrowDiv1"></span></nobr></td>
                <td align=right><div id="itemof"></div></td>
        </tr>
</table>
<table cellspacing=0 cellpadding=0 border=0 width="100%" bgcolor="#F2F2DD">
        <tr>
                <td align=center width="100%"><span id="pagelinks"></span></td>
        </tr>
</table>
<!--CONTENTS BODY-->
<div id="contents"><div id=paging><a href="buffalo-burgers.html">Buffalo Burgers</a><br /><a href="buffalo-steaks.html">Buffalo Steaks</a><br /><a
href="buffalo-tenderloin-roast-for-chateaubriand.html">Buffalo Tenderloin Roast for Chateaubriand</a><br /><a href="venison-sirloin-strip-medallions.html">Venison Sirloin Strip Medallions</a><br /><a
href="venison-rib-chops.html">Venison Rib Chops</a><br /><a href="black-winter-truffle-butter.html">Black Winter Truffle Butter</a><br /><a href="white-truffle-butter.html">White Truffle Butter</a><br
/><a href="remote-wireless-thermometers.html">Remote Wireless Thermometers</a><br /><a href="allen-brothers-stainless-steel-steak-knives.html">Stainless Steel Steak Knives</a><br /></div></div>
<!--/CONTENTS BODY-->
<table cellspacing=0 cellpadding=10 border=0 width="100%" bgcolor="#F2F2DD">
        <tr>
```

} All formatting is handled by Solid Cactus' proprietary Dynamic Paging Feature.

file:///C:/Documents%20and%20Settings/miguely/Desktop/AllenBros/SectionPage1/section-... view-source:file:///C:/Documents%20and%20Settings/miguely/Desktop/AllenBros/SectionPa...

```
                <td><nobr><div id="sortlinks2"></div></nobr></td>
                <td align="center"><nobr><span id="leftArrowDiv2"></span>  <span id="pageof2"></span>  <span id="rightArrowDiv2"></span></nobr></td>
                <td align=right><div id="itemof2"></div></td>
        </tr>
</table>
<table cellspacing=0 cellpadding=0 border=0 width="100%" bgcolor="#F2F2DD">
        <tr>
                <td align=center width="100%"><span id="pagelinks2"></span></td>
        </tr>
</table>
</div><br /><br /><br /><br /></div></div></div><div id="nav-product"><div id="htmltop"><!--<img src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/specialoffers.gif" alt="Special
Offers" />--></div><ul><li><a href="the-great-steakhouse-steaks.html">USDA Prime Steaks</a></li><li><a href="wet-aged-beef.html">Wet-Aged Beef</a></li><li><a
href="usda-prime-dry-aged-beef.html">Dry-Aged Beef</a></li><li><a href="kobe-wagyu-beef.html">Kobe Wagyu Beef</a></li><li><a href="our-never-frozen-beef.html">Never Frozen Beef</a></li><li><a
href="appetizers.html">Appetizers</a></li><li><a href="side-dishes.html">Side Dishes</a></li><li><a href="soups.html">Soups</a></li><li><a href="buffalo---venison.html">Buffalo &
Venison</a></li><li><a href="chef-art-smiths-back-to-the-family-delights.html">Chef Art Smith Entrees</a></li><li><a href="the-great-steakhouse-desserts.html">Desserts</a></li><li><a
href="duck-delicacies.html">Duck</a></li><li><a href="heat---serve-entrees.html">Heat & Serve Entrees</a></li><li><a href="the-great-steakhouse-lamb.html">Lamb</a></li><li><a
href="the-great-steakhouse-pork.html">The Great Steakhouse Pork</a></li><li><a href="the-great-steakhouse-poultry.html">The Great Steakhouse Poultry</a></li><li><a
href="sausages-and-bratwurst.html">Sausages and Bratwurst</a></li><li><a href="seafood-selections.html">Seafood</a></li><li><a href="the-great-steakhouse-steak-burgers-and-steak-dogs.html">Steak
Burgers & Dogs</a></li><li><a href="smoked-meats.html">Smoked Meats</a></li><li><a href="the-great-steakhouse-veal.html">Veal</a></li><li><a href="new-products.html">New Products</a></li><li><a
href="specials.html">Internet Specials</a></li><li><a href="favorites.html">Favorites</a></li><li><a href="media-personalities.html">Celebrity/Media Advocates</a></li></ul><div id="htmlbottom"><img
src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/emailspecials.gif" alt="Sign up for email special offers" /><form action="http://store.yahoo.com/cgi-bin/pro-forma"
method="post"><fieldset><input name="email" type="text" size="12" id="mailingquery" value="Enter Email Address"onfocus="if (this.value == this.defaultValue) this.value = '';"
onblur="if(this.value=='') this.value = this.defaultValue;" /><input type="image" src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/subscribe.gif" value="Subscribe" id="nlsubmit"
/><input type="hidden" name="from" value="allenbros3737@yahoo.com" /><input type="hidden" name="owner" value="allenbros3737@yahoo.com" /><input type="hidden" name="subject" value="Newsletter
Submission" /><input type="hidden" name="newnames-to" value="yhst-93672551109875" /><input type="hidden" name="vwcatalog" value="yhst-93672551109875" /><input type="hidden" name=".autodone"
value="http://store.yahoo.com/yhst-93672551109875" /></fieldset></form></div></div></div><div id="footer"><ul class="links">
     <li><a href="index.html">Home</a></li>
     <li><a href="info.html">About Us</a></li>
     <li><a href="privacypolicy.html">Privacy Policy</a></li>
     <li><a href="catalog.html">Catalog Request</a></li>
     <li><a href="shopping-assistance.html">Customer Service</a></li>
     <li><a href="contact2.html">Contact Us</a></li>
     <li><a href="ind.html">Site Map</a></li>
     <li><a href="articles.html">Articles</a></li>
     <li class="last"><a href="https://order.store.yahoo.net/cgi-bin/wg-order?yhst-93672551109875">View Shopping Cart</a></li>
</ul><p>To place a phone order, call 24 hours a day, 7 days a week &mdash; (800) 957-0111<br />
For questions or assistance, call weekdays 8 AM to 5 PM CST &mdash; (800) 548-7777</p><div class="text"><span class="copyright">Copyright &copy; 2007 Allen Brothers, Inc., All Rights
Reserved.</span></div></div></div><div id="scImgOverall"></div><script language="javascript" type="text/javascript"
src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/Sc-Initialize.js"></script><SCRIPT>
initPaging();
</SCRIPT></body>
<script type="text/javascript">
// Begin Y! Store Generated Code
 </script><script type="text/javascript" src="http://us.js2.yimg.com/us.js.yimg.com/ult/ylc_1.9.js" ></script><script type="text/javascript"
src="http://us.js2.yimg.com/us.yimg.com/lib/smbiz/store/csell/js/beacon-1.2.2.7.js" >
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
 csell_page_data = {}; csell_page_rec_data = []; ts='TOK_STORE_ID';
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
function csell_GLOBAL_INIT_TAG() { var csell_token_map = {}; csell_token_map['TOK_ITEM_ID_LIST'] = 'buffalo---venison'; csell_token_map['TOK_BEACON_TYPE'] = 'prod'; csell_token_map['TOK_RAND_KEY'] =
't'; csell_token_map['TOK_SPACEID'] = '2022276099'; csell_token_map['TOK_IS_ORDERABLE'] = '1'; csell_token_map['TOK_STORE_ID'] = 'yhst-93672551109875'; csell_token_map['TOK_URL'] =
'http://geo.yahoo.com'; csell_token_map['TOK_ORDER_HOST'] = 'order.store.yahoo.net';  c = csell_page_data; var t = csell_token_map; c['s'] = t['TOK_SPACEID']; c['url'] = t['TOK_URL']; c['si'] = t[ts];
c['ii'] = t['TOK_ITEM_ID_LIST']; c['bt'] = t['TOK_BEACON_TYPE']; c['rnd'] = t['TOK_RAND_KEY']; c['io'] = t['TOK_IS_ORDERABLE']; YStore.addItemUrl =
'http%s://'+t['TOK_ORDER_HOST']+'/ymix/MetaController.html?eventName.addEvent&cartDS.shoppingcart_ROW0_m_orderItemVector_ROW0_m_itemId=%s&cartDS.shoppingcart_ROW0_m_orderItemVector_ROW0_m_quantity=1&ys
}
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
function csell_REC_VIEW_TAG() {  var p = csell_page_data; var a = '/sid='+p['si']+'/io='+p['io']+'/ii='+p['ii']+'/bt='+p['bt']+'-view'; var r=Math.random();
YStore.CrossSellBeacon.renderBeaconWithRecData(p['url']+'/p/s='+p['s']+'/'+p['rnd']+'='+r+a); }
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
var csell_token_map = {}; csell_token_map['TOK_PAGE'] = 'p'; csell_token_map['TOK_WS_URL'] = 'http://yhst-93672551109875.csell.store.yahoo.net/cs/recommend?itemids=buffalo---venison&location=p';
csell_token_map['TOK_SHOW_CS_RECS'] = 'false'; csell_token_map['TOK_CURR_SYM'] = '$';  var t = csell_token_map; csell_GLOBAL_INIT_TAG(); YStore.page = t['TOK_PAGE']; YStore.currencySymbol =
t['TOK_CURR_SYM']; YStore.crossSellUrl = t['TOK_WS_URL']; YStore.showCSRecs = t['TOK_SHOW_CS_RECS'];</script><script type="text/javascript"
src="http://us.js2.yimg.com/us.yimg.com/lib/smbiz/store/csell/js/recs-1.1.2.28.js" ></script><script type="text/javascript" >
</script>
</html><script language=javascript>
if(window.yzq_p==null)document.write("<scr"+"ipt language=javascript src=http://l.yimg.com/us.js.yimg.com/lib/bc/bc_2.0.4.js></scr"+"ipt>");
</script><script language=javascript>
if(window.yzq_p)yzq_p('P=UAIGFtG_QhgpX5myGvcFFwG42CW_vUc_XxMAB2SL&T=13n4r499i%2fX%3d1195335443%2fE%3d2373288%2fR%3dst%2fK%3d5%2fV%3d1.1%2fW%3dJ%2fY%3dYAHOO%2fF%3d4237967959%2fS%3d1%2fJ%3d1842BFD1');
 if(window.yzq_s)yzq_s();
```

3 of 4 11/17/2007 5:05 PM

file:///C:/Documents%20and%20Settings/miguely/Desktop/AllenBros/SectionPage1/section-... view-source:file:///C:/Documents%20and%20Settings/miguely/Desktop/AllenBros/SectionPa...

```
</script><noscript><img width=1 height=1 alt=""
src="http://us.bc.yahoo.com/b?P=UAIGFtG_QhgpX5myGvcFFwG42CW_vUc_XxMAE2SL&T=13surgn4t%2fX%3d1195335443%2fE%3d23732888%2fR%3dst%2fK%3d5%2fV%3d3.1%2fW%3dJ%2fY%3dYAHOO%2fF%3d3596123248%2fQ%3d-1%2fS%3d1%2fJ
```

4 of 4 11/17/2007 5:05 PM

**JavaScript - http://www.allenbrothers.com/buffalo---venison.html**

http://www.allenbrothers.com/buffalo---venison.html

http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/scFrameWork.js

```
/*
This file contains all commonly used functions by Solid Cactus
version: 1.0
last modified: Sunil Lukose
modified date: 08/31/06
*/

/*
1. SC.init() - call all functions that needs to be initialized in this function
Notes: This function should be called just before the end </body> tag

2. SC.getTagArray - Returns array of elements
Syntax - SC.getTagArray(sTagName,oDomElement)
e.g. - SC.getTagArray("a",oObj);
Notes: if domSement is not supplied it defaults to document

3. SC.setAttributes - sets attributes on a dom Element
Syntax - SC.setAttributes(oDomElement,sAttrList)
e.g. - SC.getTagArray(oObj,"width","500px","top","0");
NOTES: attributes should be in name value pair you can pass one or more sets of attributes

4. SC.getObj(sObjId) - Returns a object for the passed ID
e.g. - SC.getObj("contetns");
*/

function SC() {};

var SCClass=SC.prototype;
var scClass = new SC();

SC.getTagArray = function(sTagName,oObj){
        aTagArray = null;
        oObj = (oObj) ? oObj : document;
        if(oObj.getElementsByTagName)
                aTagArray = oObj.getElementsByTagName(sTagName);
        return aTagArray;
}

SC.setAttributes = function(oObj){
```

```
        if(arguments.length > 1){
                for(var i=1; i<arguments.length; i=i+2){
                        oObj[arguments[i]] = arguments[i+1];
                }
        }
}

SC.getObj = function(sObjId){
        var oObj = null;
  if (document.getElementById)
      oObj = document.getElementById(sObjId);
  else if (document.all)
      oObj = document.all[sObjId];
  else if (document.layers)
      oObj = document.layers[sObjId];
        return oObj;
}

SC.createElement = function(sTagName){
        var oObj = document.createElement(sTagName);
        if(arguments.length > 1){
                for(var i=1; i<arguments.length; i=i+2){
                        if(arguments[i] == "txt"){
                                var oText = document.createTextNode(arguments[i+1]);
                                oObj.appendChild(oText);
                        }else
                                oObj[arguments[i]] = arguments[i+1];
                }
        }
        return oObj;
}

SC.appendElement = function(oAppendTo){
        var oAppendTo = (oAppendTo) ? oAppendTo : document.body;
        if(arguments.length > 1){
                for(var i=1; i<arguments.length; i++)
                        oAppendTo.appendChild(arguments[i]);
        }
}

SC.createAppend = function(sTagName,oObj){
        var oObj = (oObj)? oObj : document.body;
        var oTagObj = document.createElement(sTagName);
        if(arguments.length > 2){
                for(var i=2; i<arguments.length; i=i+2){
```

```
                        cTagObj[arguments[i]] = arguments[i+1];
                }
        }
        oObj.appendChild(cTagObj);
}                                                                                                                    ;

SC.showHide = function(oObj,sDisplay){
        oObj.style.display = sDisplay;
}

String.prototype.trim=function() {
        if (this==null) return null;
        return this.trimEnd(this.trimStart());
}

String.prototype.trimEnd=function() {
        if (this==null) return null;
        var re = /((\s*\S+)*)\s*/;
        return this.replace(re, "$1");
}

String.prototype.trimStart=function() {
        if (this==null) return null;
        var re = /\s*((\S+\s*)*)/;
        return this.replace(re, "$1");
}
```

**http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/scImageEnlarge.js**

```
var Y,X; function o0(O0){var l0=SC.getTagArray("\x53\x45LE\x43T"); for (var i=0; i<l0.length; i++){if (O0=="sh\x6fw"){var i0=l0[i].className.replace("\x68\x69deSelec\x74",""); SC.setAttributes(l0[i],"cla\x73sNa\x6de"
```

**http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/encrypt.js**

```
var cryptTable=new String(" ABCDEFGHIJKLMNOPQRSTUVWXYZabcdefghijklmnopqrstuvwxyz0123456789      !@#$%^&*()`'-=[];,./?_+{}|:<>~");
var cryptLength=new Number(cryptTable.length-1)
var escapeChar=cryptTable.charAt(cryptLength);

var lineFeed="\n";
var doubleQuote='"';
var clearMessage=new Number(5000);

function encrypt(input, password)
{
var inChar, inValue, outValue;

var output="";
var arNumberPw = new Array();
```

```
var pwLength=password.length;
var inLength=input.length;

var stopStatus=Math.round(inLength/10);
var statusBar=0;

for (var pwIndex=0; pwIndex<pwLength; pwIndex++)
        {
        arNumberPw[pwIndex]=cryptTable.indexOf(password.charAt(pwIndex));
        }

for (var inIndex=0, pwIndex=0; inIndex<inLength; inIndex++, pwIndex++)
        {
        if (pwIndex==pwLength)
                {
                pwIndex=0;
                }

        inChar=input.charAt(inIndex)
        inValue=cryptTable.indexOf(inChar);

        if (inValue!=-1)
                {
                outValue=arNumberPw[pwIndex] ^ inValue;
                if (outValue>=cryptLength)
                        {
                        outValue=escapeChar+cryptTable.charAt(outValue-cryptLength);
                        }
                else outValue=cryptTable.charAt(outValue);
                }
        else if (inChar=="\r")
                {
                outValue=escapeChar+escapeChar;
                if (input.charAt(inIndex+1)=="\n") inIndex++;
                }
        else if (inChar=="\n")
                {
                outValue=escapeChar+escapeChar;
                }
        else if (inChar==doubleQuote)
                {
                outValue=escapeChar+"'";
                }
        else
                {
                outValue=inChar;
```

```
                }

        output+=outValue;

        }

return output;
}

function decrypt(input, password)
{
var inChar, inValue, outValue, escape=false;

var output="";
var arNumberPw = new Array();

var pwLength=password.length;
var inLength=input.length;

var stopStatus=Math.round(inLength/10);
var statusBar=0;

for (var pwIndex=0; pwIndex<pwLength; pwIndex++)
        {
        arNumberPw[pwIndex]=cryptTable.indexOf(password.charAt(pwIndex));
        }

for (var inIndex=0, pwIndex=0; inIndex<inLength; inIndex++, pwIndex++)
        {
        if (pwIndex>=pwLength)
                {
                pwIndex=0;
                }

        inChar=input.charAt(inIndex);
        inValue=cryptTable.indexOf(inChar);

        if (inValue==-1)
                {
                outValue=inChar;
                }

        else if (escape)
                {
                if (inValue==cryptLength)
```

```
                {
                outValue=lineFeed;
                inValue=-1;
                }
            else if (inChar=="'")
                {
                outValue=doubleQuote;
                inValue=-1;
                }
            else
                {
                inValue+=cryptLength;
                }
            escape=false;
            }
        else if (inValue==cryptLength)
            {
            escape=true;
            pwIndex++;
            outValue="";
            inValue=-1;
            }

        if (inValue!=-1)
            {
            outValue=cryptTable.charAt(arNumberPw[pwIndex] ^ inValue);
            }

        output+=outValue;

        }

return output;
}
```

http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/sniffer.js

```
var agt=navigator.userAgent.toLowerCase();
var appVer = navigator.appVersion.toLowerCase();

var is_minor = parseFloat(appVer);
var is_major = parseInt(is_minor);

var is_opera = (agt.indexOf("opera") != -1);
var is_opera2 = (agt.indexOf("opera 2") != -1 || agt.indexOf("opera/2") != -1);
var is_opera3 = (agt.indexOf("opera 3") != -1 || agt.indexOf("opera/3") != -1);
var is_opera4 = (agt.indexOf("opera 4") != -1 || agt.indexOf("opera/4") != -1);
```

```
var is_opera5 = (agt.indexOf("opera 5") != -1 || agt.indexOf("opera/5") != -1);
var is_opera6 = (agt.indexOf("opera 6") != -1 || agt.indexOf("opera/6") != -1);
var is_opera7 = (agt.indexOf("opera 7") != -1 || agt.indexOf("opera/7") != -1);
var is_opera5up = (is_opera && !is_opera2 && !is_opera3 && !is_opera4);
var is_opera6up = (is_opera && !is_opera2 && !is_opera3 && !is_opera4 && !is_opera5);
var is_opera7up = (is_opera && !is_opera2 && !is_opera3 && !is_opera4 && !is_opera5 && !is_opera6);

var is_mac = (agt.indexOf("mac")!=-1);
var iePos  = appVer.indexOf('msie');
if (iePos !=-1) {
if(is_mac) {
   var iePos = agt.indexOf('msie');
   is_minor = parseFloat(agt.substring(iePos+5,agt.indexOf(';',iePos)));
}
else is_minor = parseFloat(appVer.substring(iePos+5,appVer.indexOf(';',iePos)));
is_major = parseInt(is_minor);
}

var is_konq = false;
var kqPos   = agt.indexOf('konqueror');
if (kqPos !=-1) {
is_konq  = true;
is_minor = parseFloat(agt.substring(kqPos+10,agt.indexOf(';',kqPos)));
is_major = parseInt(is_minor);
}

var is_getElementById   = (document.getElementById) ? "true" : "false";
var is_getElementsByTagName = (document.getElementsByTagName) ? "true" : "false";
var is_documentElement = (document.documentElement) ? "true" : "false";

var is_safari = ((agt.indexOf('safari')!=-1)&&(agt.indexOf('mac')!=-1))?true:false;
var is_khtml  = (is_safari || is_konq);

var is_gecko = ((!is_khtml)&&(navigator.product)&&(navigator.product.toLowerCase()=="gecko"))?true:false;
var is_gver  = 0;
if (is_gecko) is_gver=navigator.productSub;

var is_moz   = ((agt.indexOf('mozilla/5')!=-1) && (agt.indexOf('spoofer')==-1) &&
            (agt.indexOf('compatible')==-1) && (agt.indexOf('opera')==-1)  &&
            (agt.indexOf('webtv')==-1) && (agt.indexOf('hotjava')==-1)     &&
            (is_gecko) &&
            ((navigator.vendor=="")||(navigator.vendor=="Mozilla")||(navigator.vendor=="Debian")));
var is_fb = ((agt.indexOf('mozilla/5')!=-1) && (agt.indexOf('spoofer')==-1) &&
         (agt.indexOf('compatible')==-1) && (agt.indexOf('opera')==-1)  &&
         (agt.indexOf('webtv')==-1) && (agt.indexOf('hotjava')==-1)     &&
```