```
          (is_gecko) && (navigator.vendor=="Firebird"));
var is_fx = ((agt.indexOf('mozilla/5')!=-1) && (agt.indexOf('spoofer')==-1) &&
          (agt.indexOf('compatible')==-1) && (agt.indexOf('opera')==-1)  &&
          (agt.indexOf('webtv')==-1) && (agt.indexOf('hotjava')==-1)     &&
          (is_gecko) && (navigator.vendor=="Firefox"));
if ((is_moz)||(is_fb)||(is_fx)) {
var is_moz_ver = (navigator.vendorSub)?navigator.vendorSub:0;
if(!(is_moz_ver)) {
   is_moz_ver = agt.indexOf('rv:');
   is_moz_ver = agt.substring(is_moz_ver+3);
   is_paren   = is_moz_ver.indexOf(')');
   is_moz_ver = is_moz_ver.substring(0,is_paren);
}
is_minor = is_moz_ver;
is_major = parseInt(is_moz_ver);
}
var is_fb_ver = is_moz_ver;
var is_fx_ver = is_moz_ver;

var is_nav  = ((agt.indexOf('mozilla')!=-1) && (agt.indexOf('spoofer')==-1)
         && (agt.indexOf('compatible') == -1) && (agt.indexOf('opera')==-1)
         && (agt.indexOf('webtv')==-1) && (agt.indexOf('hotjava')==-1)
         && (!is_khtml) && (!(is_moz)) && (!is_fb) && (!is_fx));

if ((navigator.vendor)&&
((navigator.vendor=="Netscape6")||(navigator.vendor=="Netscape"))&&
(is_nav)) {
is_major = parseInt(navigator.vendorSub);
is_minor = parseFloat(navigator.vendorSub);
}

var is_nav2 = (is_nav && (is_major == 2));
var is_nav3 = (is_nav && (is_major == 3));
var is_nav4 = (is_nav && (is_major == 4));
var is_nav4up = (is_nav && is_minor >= 4);
var is_navonly      = (is_nav && ((agt.indexOf(";nav") != -1) ||
                      (agt.indexOf("; nav") != -1)) );

var is_nav6   = (is_nav && is_major==6);
var is_nav6up = (is_nav && is_minor >= 6)

var is_nav5   = (is_nav && is_major == 5 && !is_nav6);
var is_nav5up = (is_nav && is_minor >= 5);

var is_nav7   = (is_nav && is_major == 7);
```

```
var is_nav7up = (is_nav && is_minor >= 7);

var is_ie   = ((iePos!=-1) && (!is_opera) && (!is_khtml));
var is_ie3  = (is_ie && (is_major < 4));

var is_ie4   = (is_ie && is_major == 4);
var is_ie4up = (is_ie && is_minor >= 4);
var is_ie5   = (is_ie && is_major == 5);
var is_ie5up = (is_ie && is_minor >= 5);

var is_ie5_5  = (is_ie && (agt.indexOf("msie 5.5") !=-1));
var is_ie5_5up =(is_ie && is_minor >= 5.5);

var is_ie6   = (is_ie && is_major == 6);
var is_ie6up = (is_ie && is_minor >= 6);
```

http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/cookies.js

```
var expDays = 30;
var exp = new Date();
exp.setTime(exp.getTime() + (expDays*24*60*60*1000));

function getCookieVal(offset) {
var endstr = document.cookie.indexOf (";", offset);
if (endstr == -1)
endstr = document.cookie.length;
return unescape(document.cookie.substring(offset, endstr));
}
function GetCookie(name) {
var arg = name + "=";
var alen = arg.length;
var clen = document.cookie.length;
var i = 0;
while (i < clen) {
var j = i + alen;
if (document.cookie.substring(i, j) == arg)
return getCookieVal (j);
i = document.cookie.indexOf(" ", i) + 1;
if (i == 0) break;
}
return null;
}
function SetCookie(name, value) {
var argv = SetCookie.arguments;
var argc = SetCookie.arguments.length;
var expires = (argc > 2) ? argv[2] : null;
var path = (argc > 3) ? argv[3] : null;
```

```
var domain = (argc > 4) ? argv[4] : null;
var secure = (argc > 5) ? argv[5] : false;
document.cookie = name + "=" + escape (value) +
((expires == null) ? "" : ("; expires=" + expires.toGMTString())) +
((path == null) ? "" : ("; path=" + path)) +
((domain == null) ? "" : ("; domain=" + domain)) +
((secure == true) ? "; secure" : "");
}
function DeleteCookie(name) {
var exp = new Date();
exp.setTime (exp.getTime() - 1);
var cval = GetCookie (name);
document.cookie = name + "=" + cval + "; expires=" + exp.toGMTString();
}
```

**http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/paging2.js**

```
var defaultSort, defaultContentsFormat, contentsFormat, tableWidth, numColumns, numPerPage, numPages, contentsElements, showDefaultSort,
    detailedSortInfo, showPagingModes, viewAll, sortBy, sortHighLow, pageLinkPrefix, rowpad, columnpad, storename, columnSeparatorColor,
    rowSeparatorColor, listModeBG1, listModeBG2, sortLinkSeparator, modeLinkSeparator, pageLinkSeparator, globalPageNum, globalViewallthistime,
    currentItem, currentItemImage, numArrowDivs, showListMode, addToCartImage, showBrandSort, strikePrice, showWrapMode, showQuantity, listModeShowImages;
var pageItems = new Array();
var oldSortBy = "";

function pagingItem(id, code, name, img, listimg, price, saleprice, options, abstr, orderable, brand, mappricing, linktype, link, contents) {
        if (!window.items) window.items = new Array();
        this.id=id.toLowerCase();
        this.code=code;
        this.name=name;
        this.img=img;
        this.listimg=listimg;
        this.price=round_decimals(price,2);
        this.saleprice=round_decimals(saleprice,2);
        if(saleprice) this.useprice=round_decimals(saleprice,2); else this.useprice=round_decimals(price,2);
        this.options=options;
        this.abstr=abstr;
        this.orderable=orderable;
        this.brand=brand;
        this.mappricing=mappricing;
        this.linktype=linktype;
        this.link=link;
        this.contents=contents;
        this.sortby="name";
        this.defaultsort=window.items.length;
        window.items[window.items.length] = this;
}
```

JavaScript - http://www.allenbrothers.com/buffalo---venison.html about:blank

```
/* round_decimals, pad_with_zeros, FIND, pagingSegment, sortArray */
var pagingUtilities = decrypt(" G0wcIG2nwEbBv`lBwPM04E_EeIO7 FJ-IBA3zB -Epv 09KnLC+n`--ypteXF yFwxG6BEp-FeAwORIFDN(DbMx Dc-Nym0wJ}FZa-Icc-rs0y7OFJd-F--encrCwBeDSAbL nn;r9w S-cwSbBv{DSAbL c-D--ryptuywre0CvNyTy-Jty2vCU
eval(pagingUtilities);
                                                                                                   }

/* changeClass, writePageLinks, writeItemXofX, writePageXofX */
var pagingInformation = decrypt("       G0wcIG2n NuBO q62dG-ItJ9wQ-d 82 JnGC+n`--LaL70  -gtL0xES2T0t.nyNr2HDEv-eL---Y-----8Ca2 7A0rSFMw2M2R0h7 3A-dpd72r2UL58Kv3PWw{n22R0fVG?r-G--Q7H_DbM9D1HAy-Ytc-Dc-d--UQuywrYwC }9DVG
eval(pagingInformation);

/* writeArrows, writeUpDownArrow */
var pagingArrows = decrypt("    G0wcIG2nr PDwJBYEBBuyDzc-dzMu FKr-Ft(--hOS-Ev7X02T0-Je-h--SLLGBy6uZB   yr-gp-'-'-a--SLIN{Ez cbN9JQEB-Ft4A 2OcG2FBDcp-a.n-'-Ma1C0-a-'r-BpA0ow Za-ge26ArpH10FJvCFw20By-e-Fe-'<DuGD]-'c-cyz
eval(pagingArrows);

/* pagingQuantity, pagingAddtoCart, pagingPrice */
function pagingPrice(localItem) {
        var onsale = (localItem.saleprice && localItem.saleprice != 0);
        var usemap = localItem.mappricing;
        var localContent = "";
        localContent += "<div class=prices>";
        if(localItem.price != 0) {
            if(usemap && !onsale)
                localContent += mapPricing(localItem);
            else {
                    if(onsale) localContent += "<span class=price>" + regularPriceText + " ";
                    if(onsale && strikePrice) localContent += "<s>";
                    if(!onsale) localContent += "<b class=price2>";
                    localContent += "$" + localItem.price;
                    if(!onsale) localContent += "</b>";
                    if(onsale && strikePrice) localContent += "</s>";
                    localContent += "</span>";
            }
        }
        if(onsale && usemap) localContent += mapPricing(localItem);
        if(onsale && !usemap) localContent += " <span class=saleprice>" + salePriceText + " <b>$" + localItem.saleprice + "</b></span>";
        localContent += "</div>";
        return localContent;
}

function pagingQuantity(localItem) {
        var localContent = "";
        if(localItem.useprice != 0)
                if(localItem.orderable) {
                        localContent += "<span class=qtytext>Enter Quantity: ";
                        localContent += "<input type=text name=vwquantity size=2 class=qtybox value=1>";
                        localContent += "</span>";
                } else
```

11 of 28 11/17/2007 4:38 PM

```
                        localContent += "";
        return localContent;
}

function pagingAddToCart(localItem) {
        var localContent = "";
        if(localItem.useprice != 0 && !localItem.mappricing)
                if(localItem.orderable) {
                        if(localItem.options) {
                                localContent += "<a href=" + ((localItem.linktype) ? localItem.link : localItem.id + '.html') + " class=moreoptions>Click to See Options and to Order</a>";
                        } else {
                                localContent += "<form method=post action=http://order.store.yahoo.com/cgi-bin/wg-order?" + storename + ">";
                                if(showQuantity) localContent += pagingQuantity(localItem);
                                localContent += "<input type=hidden name=vwcatalog value=" + storename + ">";
                                localContent += "<input type=hidden name=vwitem value=" + localItem.id + ">";
                                if(addToCartImage != "")
                                        localContent += addToCartImage;
                                else
                                        localContent += "<input type=submit id=submit value='Add to Cart'>"
                                localContent += "</form>";
                        }
                } else
                        localContent += "<span class=outofstock>Out of Stock</span>";
        return localContent;
}
/*
var pagingWriteUtilities = decrypt("    G0wcIG2n22RIF93wOt0~I4A 2Ui  O?r~G--QuywrZBCDNBr~gp~I4A 2Ui  0]AnLw0D9wrp~K|n6EtwHVFBK~DG0422 P2we~K;rF~F~g--Ws2epAx252Yp~FeNzwnLmw25~gTwD0D9wPBO}--nbnFt4A 2UoG2FBDcp~Fc~'~'~e~
eval(pagingWriteUtilities);
*/

var pagingVertical = decrypt("  G0wcIG2nr PDw12wBP204g0LZ~ByvDwyaD71Y~raSlMArA~cp~b--ncryptencrCwBeNzwnLs! yyaDt.n~'~'~F--tencrypten6EtwHbA0BrS e~g;r~'~T yns2UIO2~HyEY~Y~']--cryptencry~b~flsO35ouSn,r kgOnde  ]8--ncry
eval(pagingVertical);

/* Start paging ell */
function writeEllInfoCell(currentRow, numRows) {
        var localContent = "";
        localContent += "<td width=" + 100 / numColumns + "% height=100% align=left onmouseover=changeClass(this,'ecell-on'); onmouseout=changeClass(this,'ecell'); class=ecell id=ecell" + currentItem + ">"
        if(pageSegment[currentItem]) {
                localItem = pageSegment[currentItem];
                if(contentsElements.indexOf("quantity")) showQuantity = true;
                var elementArray = contentsElements.split("/");
                for(i=0;i<elementArray.length;i++) {
                        switch(elementArray[i]) {
                                case "name":
                                        if(localItem.name != "") localContent += "<div class=name><a href=" + ((localItem.linktype) ? localItem.link : localItem.id + '.html') + ">" + localItem.name + "</a></div>";
```

```
                    break
                    case "code":
                            if(localItem.code != "") localContent += "<p class=code>" + localItem.code + "</p><br>";
                    break
                    case "abstract":
                            if(localItem.abstr != "") {
                                localContent += "<p class=abstract>" + localItem.abstr + "</p><br>";
                                localContent += "<a href=" + ((localItem.linktype) ? localItem.link : localItem.id + '.html') + " class=viewlink>View Details</a>";
                }
                    break
                    case "brand":
                            if(localItem.brand != "") localContent += "<p class=brand>" + localItem.brand + "</p><br>";
                    break
                    case "contents":
                        if(localItem.contents != "") localContent += "<p class=select>" + localItem.contents + "</p>";
                    break
                    case "price":
                            localContent += pagingPrice(localItem);
                    break
                    case "order":
                            localContent += pagingAddToCart(localItem);
                    break
                    case "quantity": break
                    case "image": break
                }
            }
            currentItem++;
        } else {
            localContent += " ";
        }
        localContent += "</td>";
        return localContent;
};

function writeEllImageCell() {
        var localContent = "";
        localContent += "<td align=center onmouseover=changeClass(FIND('ecell" + currentItem + "'),'ecell-on'); onmouseout=changeClass(FIND('ecell" + currentItem + "'),'ecell'); style='padding: 15px;'>"
        if(pageSegment[currentItem]) {
                localItem = pageSegment[currentItem];
                localContent += "<a href=" + ((localItem.linktype) ? localItem.link : localItem.id + '.html') + ">" + localItem.img + "</a>";
        } else {
                localContent += " ";
        }
        localContent += "</td>";
        return localContent;
};
```

```
function writeEll(pageNum, viewallthistime) {
        var localContent = "";
        var numRows = Math.ceil(pageSegment.length / numColumns);
        currentItem=0; currentItemImage = 0;
        for(currentRow=0; currentRow<numRows; currentRow++) {
                if(pageSegment[currentItem]) {
                        localContent += "<tr valign=top>";
                        for(currentCol=0; currentCol<numColumns; currentCol++) {
                                if(pageSegment[currentItem]) {
                                        if(contentsElements.indexOf("image") != -1)
                                                localContent += writeEllImageCell();
                                        localContent += writeEllInfoCell();
                                } else {
                                        if(contentsElements.indexOf("image") != -1)
                                                localContent += "<td> </td>";
                                        localContent += "<td> </td>";
                                }
                                if(currentCol<numColumns-1 && columnpad > 0)
                                        localContent += writeCellPadding();
                        }
                        localContent += "</tr>";
                        if((currentRow < (numRows - 1)) && (rowpad > 0))
                                localContent += writeRowPadding((numColumns * 2 + (3 * (numColumns - 1))));
                }
        }
        return localContent;
};
/* End paging ell */

/* Start paging ell
var pagingEll = decrypt("     G0wcIG2nr PDwZN6kaJGb26J~d2AyDBDc3Gt~bcDbM71Yv~Hy~f~~fXF yLGSy6uZ8   yr~gp~'~'~a~~SUCyDNdEaDw2Fc~c~gp~'%FCrBIvwJ;~'y~etocnr~CpFvOdEUBI2Ec~cy~'~MeJBORH .dnY~Zp04K7D~gLw FcEaMGvEBEC08.0
eval(pagingEll);
End paging ell */

var pagingWrap = decrypt("     G0wcIG2nr PDwHDFFv0H4~C CeFw2FOEB~dt2G59ZaC+n`~~LZ0yn6EtwHhA6BrB e~Hc~'~'~c~~fNzwnLsl yyaDt)~Hc~'~KDveY9xcH~F~'n'rEeae~dcDbMslNxKaGt)n~'~KyHw)! B~ghap~Oc2UIC2~H6ySDtl 5EbGwlXB -g2LD 7y
eval(pagingWrap);

/* writePage, changeSortAndPage */
var pagingWrite = decrypt("     G0wcIG2nr PDwOy7y~d 092SCT~dtuKBcnLHwJ9AcI1 ~Dc~d~~UM   ~CyyT CwAwyPzt~B~HcAcCB  FKr~F~~fncryptDNB c~E~'H2, rpClDwe~EpxvFcssZ020Bxy509K0MyM0rn0Ecpx ny nBC      2w rzt  DzKyCF nvBZFweFz
eval(pagingWrite);
/*
var pagingWrite = decrypt("     G0wcIG2nr PDwOy7y~d 092SCT~dtuKBcnLHwJ9AcI1 ~Dc~d~~UM   ~CyyT CwAwyPzt~B~HcAcCB  FKr~F~~fncryptDNB c~E~'H2, rpClDwe~EpxvFcssZ020Bxy509K0MyM0rn0Ecpx ny nBC      2w rzt  DzKyCF nvBZFweFz
eval(pagingWrite);
*/
```

```
function writeCellPadding(num) {
        if(num) localnum = num; else localnum = currentItem;
        if(pageSegment[localnum]) {
                var localContent = '<td style="width:'
                                + round_decimals(columnpad / 2,0) + 'px;"></td>'
                                + '<td style="width:1px;color:#FFF;font-size:1px;border-left:1px solid '+columnSeparatorColor +'">.</td>'
                                + '<td style="width:'
                                + round_decimals(columnpad / 2,0) + 'px;"></td>'
                return localContent;
        } else {
                var localContent = '<td style="width:'
                                + round_decimals(columnpad / 2,0) + 'px;"></td>'
                                + '<td style="width:1px;"></td>'
                                + '<td style="width:'
                                + round_decimals(columnpad / 2,0) + 'px;"></td>'
                return localContent;
        }
        return false;
}

function writeRowPadding(colspan) {
if(pageSegment[currentItem]) {
var localContent = "<tr><th colspan=20 class=horzsep><img src=/lib/" + storename + "/pspacer.gif width=1 height=" + round_decimals(rowpad / 2,0) + "></th></tr>";
return localContent;
} else
return "";
}

function initPaging() {
        var pageNum, viewallthistime = false, highlowthistime = false;

        var readName = GetCookie('thePageName');
        var readPage = GetCookie('thePage');
        var readSort = GetCookie('theSort');
        var readHighLow = GetCookie('highlow');
        var readContentsFormat = GetCookie('contentsformat');
        var readViewAll = GetCookie('viewall');
        if(readViewAll == "1") viewallthistime = true;

        if(readName || readSort || readContentsFormat) {
                temp = document.location.href.split(".");
```

```
		temp2 = temp[temp.length - 2].split("/");
		currentPageHTML = temp2[temp2.length - 1] + ".html";
		if(readName == currentPageHTML)
			(readPage == 0) ? pageNum = 1 : pageNum = parseInt(readPage);
		else
			pageNum = 1;
		readSort ? sortBy = readSort : sortBy = defaultSort;
		(readHighLow == 1 && readSort) ? highlowthistime = true : highlowthistime = false;
		(readContentsFormat == null) ? contentsFormat = defaultContentsFormat : contentsFormat = readContentsFormat;
	} else {
		pageNum = 1;
		sortBy = defaultSort;
		contentsFormat = defaultContentsFormat;
	}
	if(sortBy == "default")
		writePage(pageNum,viewallthistime);
	else
		changeSortAndPage(sortBy,highlowthistime,pageNum,viewallthistime);
};

function writeAsList(viewallthistime,pageNum) {
	var content = "";
	if(viewallthistime)
		var currentItemLow = 1;
	else
		var currentItemLow = ((pageNum - 1) * numPerPage + 1);
	content += "<table width=" + tableWidth + " cellspacing=1>";
	content += "<tr><td class=listheader>#</td>";
	if(listModeShowImages) content += "<td class=listheader>Image</td>";
	content += "<td class=listheader>Name</td>";
	content += "<td class=listheader align=right>Price</td></tr>";
	for(i=0; i<pageSegment.length; i++) {
		itemnow = pageSegment[i];
		if(itemnow) {
			content += "<tr valign=top bgcolor=";
			(i % 2 == 0) ? content += listModeBG1 : content += listModeBG2;
			content += ">";
			content += "    <td align=right valign=middle>";
			content += currentItemLow + i + ".";
			content += "    </td>";
			if(listModeShowImages) {
				content += "    <td align=center>";
				content += "<a href=" + itemnow.id + ".html>" + itemnow.listimg + "</a>";
				content += "    </td>";
```

```
                    }
                    content += "    <td width=\"100%\">";
                    content += "            <a href=" + itemnow.id + ".html>" + itemnow.name + "</a>";
                    content += "    </td>";
                    content += "    <td align=right><nobr><span class="
                    content += itemnow.saleprice == 0 ? "" : "sale";
                    content += "price>";
                    content += itemnow.useprice == 0 ? "" : "$" + itemnow.useprice;
                    content += "</span></nobr>";
                    content += "    </td>";
                    content += "</tr>";
            }
        }
        content += "</table>";
        return content;
};

function updateSortBy(array, sortby) {
        /* find what value to sort the array by and store it to a variable local to each item */
        for(i=0; i<array.length; i++) {
                switch(sortby) {
                        case "default" :
                                array[i].sortby = array[i].defaultsort;
                        break
                        case "name" :
                                array[i].sortby = array[i].name;
                        break
                        case "price" :
                                array[i].sortby = parseFloat(array[i].useprice);
                        break
                        case "brand" :
                                array[i].sortby = array[i].brand;
                        break
                        default : array[i].sortby = array[i].name;
                }
        }
};

function writeOneSortLink(linkid,linkname,sep,chosen,bot,viewallthistime) {
        var localContent = "";
        if(chosen) {
                localContent += "<a class=chosen href=#top onclick=javascript:changeSortAndPage(\"" + linkid + "\",";
                if(sortHighLow) localContent += "false"; else localContent += "true";
                localContent += ",1," + viewallthistime + ");>";
```

```
			localContent += linkname;
			localContent += "</a>";
		} else {
			localContent += "<a href=#top onclick=javascript:changeSortAndPage(\"" + linkid + "\",false,1," + viewallthistime + ");>";
			localContent += linkname;
			localContent += "</a>";
		}
		localContent += "<span id=" + linkid + "arrowdiv" + bot + "></span>";
		if(sep) localContent += sortLinkSeparator;
		return localContent;
}

function writeSortLinks(bot,viewallthistime) {
		var sortLinksDiv = FIND("sortlinks" + bot);
		if(sortLinksDiv) {
			//var localContent = "<span id=sortlinks>Sort By: ";
			var localContent = "Sort By: ";
			if(showBrandSort) var priceSep = true; else var priceSep = false;
			switch(sortBy) {
				case "name":
						if(showDefaultSort) localContent += writeOneSortLink("default","Default Sort",true,false,bot,viewallthistime);
						localContent += writeOneSortLink("name","Name",true,true,bot,viewallthistime);
						localContent += writeOneSortLink("price","Price",priceSep,false,bot,viewallthistime);
						if(showBrandSort) localContent += writeOneSortLink("brand","Manufacturer",false,false,bot,viewallthistime);
				break
				case "price":
						if(showDefaultSort) localContent += writeOneSortLink("default","Default Sort",true,false,bot,viewallthistime);
						localContent += writeOneSortLink("name","Name",true,false,bot,viewallthistime);
						localContent += writeOneSortLink("price","Price",priceSep,true,bot,viewallthistime);
						if(showBrandSort) localContent += writeOneSortLink("brand","Manufacturer",false,false,bot,viewallthistime);
				break
				case "brand":
						if(showDefaultSort) localContent += writeOneSortLink("default","Default Sort",true,false,bot,viewallthistime);
						localContent += writeOneSortLink("name","Name",true,false,bot,viewallthistime);
						localContent += writeOneSortLink("price","Price",priceSep,false,bot,viewallthistime);
						if(showBrandSort) localContent += writeOneSortLink("brand","Manufacturer",false,true,bot,viewallthistime);
				break
				default:
						if(showDefaultSort) {
							localContent += "<span class=chosen>";
							localContent += "Default Sort";
							localContent += "</span>";
							localContent += sortLinkSeparator;
						}
```

```
                        localContent += writeOneSortLink("name","Name",true,false,bot,viewallthistime);
                        localContent += writeOneSortLink("price","Price",priceSep,false,bot,viewallthistime);
                        if(showBrandSort) localContent += writeOneSortLink("brand","Manufacturer",false,false,bot,viewallthistime);

                                                                        }
                }
                //localContent += "</span>";
                sortLinksDiv.innerHTML = localContent;
        }
};

function changeFormat(newFormat) {
        contentsFormat = newFormat;
        writePage(globalPageNum, globalViewallthistime);
}

function makeMAPWin(ww, wh) {
        w1=window.open('','w1','width='+ww+',height='+wh+',status=no,toolbar=no,menubar=no,location=no,resizable=yes,scrollbars=yes');
        w1.document.open();
        w1.document.write("<font size=\"2\" face=\"Arial, Helvetica, sans-serif\"><b>Price \"Too Low to Display\" Explained<\/b><br> In order to provide the best support from our manufacturer's and distributors, we h
        w1.document.focus();
};

function mapPricing(useItem) {
        var mapstring = "<span class=map>";
        mapstring += "<form method=post action=http://order.store.yahoo.com/cgi-bin/wg-order?" + storename + ">"
        mapstring += '<input id=mapinput type=submit value="Click for instant price quote" height="16" width="155" border=0>';
        mapstring += ' <a href="javascript:makeMAPWin(300,350);">(Why?)</a><br>';
        mapstring += "<input type=hidden name=vwcatalog value=" + storename + ">"
        mapstring += "<input type=hidden name=vwitem value=" + localItem.id + ">";
        if(addToCartImage != "")
                mapstring += addToCartImage;
        else
                mapstring += "<input type=submit id=submit value='Add to Cart'>"
        mapstring += "</form>";
        mapstring += "</span>";
        return mapstring;
}

function writePagingModesLinks() {
        if(showPagingModes) {
                var localContent = "<div id=modes>";
```

Case 1:07-cv-06357 Document 19-25 Filed 11/20/2007 Page 13 of 33

```
        (contentsFormat != "VERTICAL") ? localContent += "<a href=#top onclick=\"javascript:changeFormat('VERTICAL');\">" : localContent += "<span class=chosen>";
        localContent += "Style 1";
        (contentsFormat != "VERTICAL") ? localContent += "</a>" : localContent += "</span>";
        localContent += "<span class=sep>" + modeLinkSeparator + "</span>";
                                                                                          }

        (contentsFormat != "ELL") ? localContent += "<a href=#top onclick=\"javascript:changeFormat('ELL');\">" : localContent += "<span class=chosen>";
        localContent += "Style 2";
        (contentsFormat != "ELL") ? localContent += "</a>" : localContent += "</span>";

        if(showWrapMode) {
                localContent += "<span class=sep>" + modeLinkSeparator + "</span>";
                (contentsFormat != "WRAP") ? localContent += "<a href=#top onclick=\"javascript:changeFormat('WRAP');\">" : localContent += "<span class=chosen>";
                localContent += "Style 3";
                (contentsFormat != "WRAP") ? localContent += "</a>" : localContent += "</span>";
        }

        if(showListMode) {
                localContent += "<span class=sep>" + modeLinkSeparator + "</span>";

                (contentsFormat != "LIST") ? localContent += "<a href=#top onclick=\"javascript:changeFormat('LIST');\">" : localContent += "<span class=chosen>";
                localContent += "List Mode";
                (contentsFormat != "LIST") ? localContent += "</a>" : localContent += "</span>";
        }

        localContent += "</div>";

        var listModeDiv = FIND("pagingmodes");
        if(listModeDiv) listModeDiv.innerHTML = localContent;
        listModeDiv = FIND("pagingmodes2");
        if(listModeDiv) listModeDiv.innerHTML = localContent;
    }
}
```

**Inline Script from http://www.allenbrothers.com/buffalo---venison.html**

```
window.item0=new pagingItem("BUFFALO-BURGERS","Buffalo-Burgers","Buffalo Burgers",'<img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1975_606076" width="165" height="165" border="0" hspace="0" vs
eval(function1);

contentsElements = "image/name/abstract/price/quantity/order/contents";
numPages = Math.ceil(window.items.length / numPerPage);
numArrowDivs = 4;
showBrandSort = false;
strikePrice = false;
rowPaddingHeight = 1;
showWrapMode = false;
```

**http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/hidescript.js**

```
function unhide(id) {
    var a = document.getElementById(id);
    if (a) {
        var newWin = window.open('', '', 'width=400,height=300,resizable=1,scrollbars=1,status=1', '');
        newWin.document.write('');
        newWin.document.close();
        var styles = document.getElementsByTagName('link');
        for (var i = 0, j = styles.length; i < j; i++) {
            if (styles[i].getAttribute('rel').indexOf('style') != -1) {
                var b = newWin.document.createElement('link');
                with (styles[i]) {
                    b.href = href;
                    b.type = type;
                    b.rel = rel;
                }
                newWin.document.getElementsByTagName('head')[0].appendChild(b);
            }
        }
        newWin.document.getElementsByTagName('body')[0].innerHTML += a.innerHTML;
    }
}

try{
            document.execCommand('BackgroundImageCache', false, true);
        }
        catch(e) {}
```

**http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/Sc-Initialize.js**

```
// Add all onLoad and Init Functions In This File

/*Start SC Click to Enlarge v3.0.0 init function calls*/
var scMultiMain = false;
scImgEnlargeInit();
window.onresize = function(){
            scWinResize();
}
/*End SC Click to Enlarge v3.0.0 init calls*/
```

**Inline Script from http://www.allenbrothers.com/buffalo---venison.html**

```
initPaging();
```

**Inline Script from http://www.allenbrothers.com/buffalo---venison.html**

```
// Begin Y! Store Generated Code
```

**http://us.js2.yimg.com/us.js.yimg.com/ult/ylc_1.9.js**

JavaScript - http://www.allenbrothers.com/buffalo---venison.html about:blank

```
if(typeof YAHOO=="undefined"){YAHOO={};}
if(!YAHOO.ULT){YAHOO.ULT={};}
if(!YAHOO.ULT.BEACON){YAHOO.ULT.BEACON="http://geo.yahoo.com/t";}
if(!YAHOO.ULT.IMG){YAHOO.ULT.IMG=new Image();}
YAHOO.ULT.SRC_SPACEID_KEY='_S';YAHOO.ULT.DEST_SPACEID_KEY='_s';YAHOO.ULT.YLC_LIBSRC=2;YAHOO.ULT.CTRL_C='\x03';YAHOO.ULT.CTRL_D='\x04';YAHOO.ULT.BASE64_STR="ABCDEFGHIJKLMNOP"+"QRSTUVWXYZabcdef"+"ghijklmnopqrstuv"+"wxy
p._r=YAHOO.ULT.YLC_LIBSRC;var ks=[];var i=0;for(var k in p){var v=p[k];if(typeof(v)=='undefined'){v=p[k]='';}
if(k.length<1){return u;}
if(k.length>8){return u;}
if(k.indexOf(' ')!=-1){return u;}
if(YAHOO.ULT.has_ctrl_char(k)||YAHOO.ULT.has_ctrl_char(v)){return u;}
ks[i++]=k;}
ks=ks.sort();var f=[];for(i=0;i<ks.length;i++){f[i]=ks[i]+YAHOO.ULT.CTRL_C+p[ks[i]];}
f=f.join(YAHOO.ULT.CTRL_D);if(f.length<1||f.length>1024){return u;}
f=';_ylc='+YAHOO.ULT.encode64(f);i=u.indexOf('/*');if(i==-1){i=u.indexOf('/?');}
if(i==-1){i=u.indexOf('?');}
if(i==-1){return u+f;}else{return u.substr(0,i)+f+u.substr(i);}};YAHOO.ULT.beacon_click=function(p,i){if(!i){i=YAHOO.ULT.IMG;}
if(p){var url=YAHOO.ULT.track_click(YAHOO.ULT.BEACON,p);url+='?t='+Math.random();i.src=url;}
return true;};YAHOO.ULT.has_ctrl_char=function(s){for(var i=0;i<s.length;i++){if(s.charCodeAt(i)<0x20){return true;}}
return false;};YAHOO.ULT.encode64=function(input){var output="";var chr1,chr2,chr3="";var enc1,enc2,enc3,enc4="";var i=0;do{chr1=input.charCodeAt(i++);chr2=input.charCodeAt(i++);chr3=input.charCodeAt(i++);enc1=chr1>>
output=output+
YAHOO.ULT.BASE64_STR.charAt(enc1)+
YAHOO.ULT.BASE64_STR.charAt(enc2)+
YAHOO.ULT.BASE64_STR.charAt(enc3)+
YAHOO.ULT.BASE64_STR.charAt(enc4);chr1=chr2=chr3="";enc1=enc2=enc3=enc4="";}while(i<input.length);return output;};}}();
```

http://us.js2.yimg.com/us.yimg.com/lib/smbiz/store/csell/js/beacon-1.2.2.7.js

```
/* --------------------------------------------------------------------------------- */
/* Namespace Declarations.                                                            */
/* --------------------------------------------------------------------------------- */

var YStore = window.YStore || {};

/* --------------------------------------------------------------------------------- */
/* Cross Sell Beacon Common Code                                                      */
/* --------------------------------------------------------------------------------- */
/* This object contains functions and variables common to all Cross Sell Beacon stuff */
/* --------------------------------------------------------------------------------- */

YStore.CrossSellBeacon = function() {
        return {
                lastViewBeaconUrl: '',

                validateKeys: function(obj, keyList) {
                        for(var i = 0, len = keyList.length; i < len; i++) {
                                var k = keyList[i];
                                if (obj[k] === null || obj[k] === undefined) {
                                        return false;
                                }
                        }
                        return true;
                },

                addRecData: function(urlId, url, itemId, modelName, seqIndex, vibesData) {

                        if (urlId === undefined || urlId === null ||
                            url === undefined || url === null ||
                            itemId === undefined || itemId === null) {
                                // LOG THIS
                                return;
                        }
                        csell_page_rec_data[urlId] = {};
                        csell_page_rec_data[urlId]['ul'] = urlId; // optional - only used for click beacon
                        csell_page_rec_data[urlId]['u'] = url; // optional - only used for click beacon
                        csell_page_rec_data[urlId]['ii'] = itemId;

                        // add vibes data
                        if (typeof vibesData === 'object') {
                                for(var key in vibesData) {
                                        if (typeof vibesData[key] == 'string') {
                                                csell_page_rec_data[urlId][key] = vibesData[key];
                                        }
                                }
                        }
                },
                renderBeaconWithRecData: function(url) {

                        if (url === null || url === undefined) {
                                // LOG THIS
                                return;
                        }

                        var vibesDataStr = '';
                        if (typeof YStore.CrossSellBeacon.vibesData === 'object') {
                                for(var key in YStore.CrossSellBeacon.vibesData) {
                                        if (typeof YStore.CrossSellBeacon.vibesData[key] == 'string') {
                                                vibesDataStr += '/'+key+'='+YStore.CrossSellBeacon.vibesData[key];
                                        }
                                }
```

22 of 28 11/17/2007 4:38 PM

```
        }

        var dupeMap = {};

        var csell_page_rec_data_str = '';

        for(var key in csell_page_rec_data) {
                if (false === this.validateKeys(csell_page_rec_data[key], ['ii'])) {
                        // LOG THIS
                        continue;
                }

                if (typeof dupeMap[csell_page_rec_data[key]['ii']] === 'undefined') {
                        // key indicates which reco this is for
                        csell_page_rec_data_str += 'ii='+csell_page_rec_data[key]['ii'];

                        for(var vkey in csell_page_rec_data[key]) {
                                var vval = csell_page_rec_data[key][vkey];

                                if (typeof vval === 'string') {
                                        if ('v_' === vkey.substr(0, 2)) {
                                                csell_page_rec_data_str += ','+vkey+'='+csell_page_rec_data[key][vkey];
                                        }
                                }
                        }

                        csell_page_rec_data_str += ';';

                        dupeMap[csell_page_rec_data[key]['ii']] = 1;
                }
        }
        var img = new Image();
        lastViewBeaconUrl = url+vibesDataStr+'/recs='+csell_page_rec_data_str;
        img.src = lastViewBeaconUrl;
},
// Should ONLY be called after anchor tag that urlId refers to has been rendered
setClickTagUrl: function(urlId) {

        if (urlId === null || urlId === undefined) {
                // LOG THIS
                return;
        }

        var el = document.getElementById(urlId);
        if (el === undefined || el === null) {
                // LOG THIS
                return;
        }

        if (csell_page_rec_data[urlId] === undefined) {
                // LOG THIS
                return;
        }

        var recData = csell_page_rec_data[urlId];

        if (false === this.validateKeys(recData, ['u', 'ii'])) {
                        // LOG THIS
                        return;
        }

        if (false === this.validateKeys(csell_page_data, ['si', 'ii', 'bt', 's'])) {
                        // LOG THIS
                        return;
        }

        var url = recData['u'];

        // Possibly optimize so we do not need to copy as many fields- have this initialized on reco render
        // in addClickTagData func
        var data = {};
        data['si'] = csell_page_data['si'];
        data['srci'] = csell_page_data['ii'];
        data['bt'] = csell_page_data['bt']+'-click';
        data['dsti'] = recData['ii'];
        data[YAHOO.ULT.SRC_SPACEID_KEY] = csell_page_data['s'];
        data.inArray = '';

        // add vibes global data
        if (typeof YStore.CrossSellBeacon.vibesData === 'object') {
                for(var vkey in YStore.CrossSellBeacon.vibesData) {
                        if (typeof YStore.CrossSellBeacon.vibesData[vkey] == 'string') {
                                data[vkey] = YStore.CrossSellBeacon.vibesData[vkey];
                        }
                }
        }

        // add vibes data for target item
        for(var vkey in recData) {
                var vval = recData[vkey];
                if (typeof vval === 'string') {
```

```
                        if ('v_' === vkey.substr(0, 2)) {
                            data[vkey] = recData[vkey];
                        }
                    }
                }
                var ult = YAHOO.ULT.track_click(url, data);

                var el = document.getElementById(urlId);
                el.href = ult;
            }
        };
}();
```

**Inline Script from http://www.allenbrothers.com/buffalo---venison.html**

```
// Begin Y! Store Generated Code
 csell_page_data = {}; csell_page_rec_data = []; ts='TOK_STORE_ID';
```

**Inline Script from http://www.allenbrothers.com/buffalo---venison.html**

```
// Begin Y! Store Generated Code
function csell_GLOBAL_INIT_TAG() { var csell_token_map = {}; csell_token_map['TOK_ITEM_ID_LIST'] = 'buffalo---venison'; csell_token_map['TOK_BEACON_TYPE'] = 'prod'; csell_token_map['TOK_RAND_KEY'] = 't'; csell_token_
```

**Inline Script from http://www.allenbrothers.com/buffalo---venison.html**

```
// Begin Y! Store Generated Code
function csell_REC_VIEW_TAG() {  var p = csell_page_data; var a = '/sid='+p['si']+'/io='+p['io']+'/ii='+p['ii']+'/bt='+p['bt']+'-view'; var r=Math.random(); YStore.CrossSellBeacon.renderBeaconWithRecData(p['url']+'/p
```

**Inline Script from http://www.allenbrothers.com/buffalo---venison.html**

```
// Begin Y! Store Generated Code
var csell_token_map = {}; csell_token_map['TOK_PAGE'] = 'p'; csell_token_map['TOK_WS_URL'] = 'http://yhst-93672551103875.csell.store.yahoo.net/cs/recommend?itemids=buffalo---venison&location=p'; csell_token_map['TOK_
```

**http://us.js2.yimg.com/us.yimg.com/lib/smbiz/store/csell/js/recs-1.1.2.28.js**

```
var YStore = window.YStore || {};
YStore.CrossSellRecs = (function() {

        // Configuration settings.
        var DEBUG = false;
        var RETRY_LIMIT = 25;
        var RETRY_WAIT = 200; // In milliseconds.
        var orientationSettings = {
                h: { cellsPerRow: 3 },
                v: { cellsPerRow: 1 }
        };
        var classNames = {
                table: 'ystore-cross-sell-table',
                tableOrientation: {
                        h: 'ystore-cross-sell-table-horizontal',
                        v: 'ystore-cross-sell-table-vertical'
                },
                row: 'ystore-cross-sell-row',
                firstRow: 'ystore-cross-sell-row-first',
                lastRow: 'ystore-cross-sell-row-last',
                titleRow: 'ystore-cross-sell-title-row',
                titleCell: 'ystore-cross-sell-title-cell',
                title: 'ystore-cross-sell-title',
                cell: 'ystore-cross-sell-cell ys_relatedItemDesc',
                firstCell: 'ystore-cross-sell-cell-first',
                lastCell: 'ystore-cross-sell-cell-last',

                img: 'ystore-cross-sell-product-image',
                imgLink: 'ystore-cross-sell-product-image-link',
                caption: 'ystore-cross-sell-product-caption',
                name: 'ystore-cross-sell-product-name',
                price: 'ystore-cross-sell-product-price',
                regularPrice: 'ystore-cross-sell-product-reg-price',
                promo: 'ys_promo',
                orderButtonContainer: 'ystore-cross-sell-order-button-container',
                orderButton: 'ys_primary ysco_next_btn'
        };
        var ids = {
                script: 'ystore-cross-sell-script',
                containerDiv: 'ys_relatedItems',
                itemPrefix: 'ystore-cross-sell-item-',
                imgLinkPrefix: 'ystore-cross-sell-image-link-',
                nameLinkPrefix: 'ystore-cross-sell-name-link-'
        };
        var defaultText = {
                regularPrice: 'Regular Price: ',
```

```
        noSaleRegularPrice: 'Price: ',
        discountPriceProd: ' when purchased with this item.',
        discountPriceCart: 'Add to Your Order Now and Pay Only: '
};

// Private variables.
var requestStartTime;
var retryAttempts = 0;
var cached = {};
var recViewTagCalled = false;

// Private methods.

// Utility methods.
function log(msg) {
        if(DEBUG) {
                if(typeof console != 'undefined') console.log(msg);
        }
}

function jsonScriptRequest(fullUrl) {
        log('Starting jsonScriptRequest, with URL: ' + fullUrl);

        requestStartTime = new Date();
        createEl('script', { type: 'text/javascript', src: fullUrl, id: ids.script, parent: document.getElementsByTagName("head").item(0) });
}

function createEl(elementType, attr) {
        var newEl = document.createElement(elementType);
        if(typeof attr === 'undefined') return newEl;

        if(attr.id) newEl.id = attr.id;
        if(attr.className) newEl.className = attr.className;
        if(attr.title) newEl.title = attr.title;

        if(attr.colSpan) newEl.colSpan = attr.colSpan;
        if(attr.href) newEl.setAttribute('href', attr.href);
        if(attr.type) newEl.setAttribute('type', attr.type);
        if(attr.value) newEl.setAttribute('value', attr.value);
        if(attr.src) newEl.setAttribute('src', attr.src);
        if(attr.alt) newEl.setAttribute('alt', attr.alt);
        if(attr.border) newEl.setAttribute('border', attr.border);
        if(attr.text) newEl.innerHTML = attr.text;
        if(attr.onclick) newEl.onclick = attr.onclick;

        if(attr.parent && attr.insertBefore) attr.parent.insertBefore(newEl, attr.insertBefore);
        else if(attr.parent) attr.parent.appendChild(newEl);

        return newEl;
}

// CS specific methods.
function requiredVarsSet() {
        return (
                typeof YStore !== 'undefined' &&
                typeof YStore.CrossSellBeacon !== 'undefined' &&
                typeof YStore.currencySymbol !== 'undefined' &&
                typeof YStore.showCSRecs !== 'undefined' &&
                typeof csell_REC_VIEW_TAG === 'function' &&
                YStore.showCSRecs === 'true' // This must be true (as a string) to continue.
        );
}

function requiredCapabilitiesPresent() {
        return (
                document &&
                document.getElementById &&
                document.getElementsByTagName &&
                document.createElement &&
                document.createTextNode &&
                document.getElementsByTagName("head").item(0).appendChild &&
                document.getElementsByTagName("head").item(0).setAttribute
        );
}

function assembleUrl() {
        return YStore.crossSellUrl + ((YStore.crossSellUrl.match(/\?/)) ? '&' : '?') + 'callback=YStore.CrossSellRecs.asyncCallback&noCacheIE=' + (new Date()).getTime();
}

function assembleRecommendations(productArray, headerText, orientation) {
        try {
                var container = document.getElementById(ids.containerDiv);
                if((typeof container != 'object') || (!container.nextSibling && container.parentNode.length > 1)) {
                        throw new Error('Container element not found.');
                }
        }
        catch(e) {
                if(retryAttempts < RETRY_LIMIT) {
                        setTimeout(YStore.CrossSellRecs.retryAssembleRecs, RETRY_WAIT);
                }
                else {
```

JavaScript - http://www.allenbrothers.com/buffalo---venison.html about:blank

```
                        callRecViewTag();
                }
                return;
        }
        if(orientation !== 'h' && orientation !== 'v') {
                orientation = (typeof YStore.page !== 'undefined' && YStore.page === 'p') ? 'h' : 'v';
        }
        var cellsPerRow = orientationSettings[orientation].cellsPerRow;

        var table = createEl('table', { className: classNames.table + ' ' + classNames.tableOrientation[orientation], parent: container });
        var tableBody = createEl('tbody', { parent: table });
        var titleRow = createEl('tr', { className: classNames.titleRow, parent: tableBody });
        var titleCell = createEl('td', { colSpan: cellsPerRow, className: classNames.titleCell, parent: titleRow });
        var title = createEl('h3', { className: classNames.title, text: headerText, parent: titleCell });

        var funcsAvailable = (typeof YStore.CrossSellBeacon != 'undefined' && typeof YStore.CrossSellBeacon.setClickTagUrl === 'function' && typeof YStore.CrossSellBeacon.addRecData === 'function');
        var showOrderButton = ((typeof YStore.page === 'undefined' || YStore.page === 'c') && typeof YStore.addItemUrl !== 'undefined');

        for(var i = 0, len = productArray.length; i < len; i++) {
                var p = productArray[i];
                var classNameArray;
                if(i % cellsPerRow === 0) {
                        classNameArray = [ classNames.row ];
                        if(i === 0) classNameArray.push(classNames.firstRow);
                        if(len - i <= cellsPerRow) classNameArray.push(classNames.lastRow);
                        var row = createEl('tr', { className: classNameArray.join(' '), parent: tableBody });
                }

                classNameArray = [ classNames.cell ];
                if(i % cellsPerRow === 0) classNameArray.push(classNames.firstCell);
                if(((i + 1) % cellsPerRow === 0) classNameArray.push(classNames.lastCell);
                var cell = createEl('td', { className: classNameArray.join(' '), id: ids.itemPrefix + p.id, parent: row });

                var imgLinkId = ids.imgLinkPrefix + p.id;
                var prodLinkId = ids.nameLinkPrefix + p.id;
                var imageExists = (typeof p.i !== 'undefined' && p.i != '');

                if(imageExists) {
                        var imgLink = createEl('a', { id: imgLinkId, href: p.u, className: classNames.imgLink, parent: cell });
                        var img = createEl('img', { className: classNames.img, src: p.i, alt: '', border: 0, parent: imgLink });
                }
                var caption = createEl('div', { className: classNames.caption, parent: cell });
                var prodName = createEl('h4', { className: classNames.name, parent: caption });
                var prodLink = createEl('a', { id: prodLinkId, href: p.u, text: p.n, parent: prodName });
                if(showOrderButton) (function() {
                        var orderUrl = (typeof p.op !== 'undefined' && p.op === 0) ? // Set the Order button URL depending on whether there are options or not.
                                YStore.addItemUrl.replace(/%s/, (document.location.href.indexOf('https') === -1) ? '' : 'S').replace(/%s/, p.id) + YStore.sessionInfo :
                                p.u;
                        var orderButtonContainer = createEl('div', { className: classNames.orderButtonContainer, parent: cell });
                        if(typeof YStore.orderButtonFormatStr != 'undefined') {
                                orderButtonContainer.innerHTML = YStore.orderButtonFormatStr.replace(/%s/, orderUrl);
                        }
                        else {
                                var orderButton = createEl('input', { className: classNames.orderButton, type: 'button', value: 'Order', onclick: function() { location.href = orderUrl; }, parent: orderButtonC
                        }
                })();
                if(typeof p.rp !== 'undefined' && p.rp !== '' && p.p != p.rp) {
                        var discountPriceText = (typeof YStore.page !== 'undefined' && YStore.page === 'p') ?
                                YStore.currencySymbol + p.p + defaultText.discountPriceProd :
                                defaultText.discountPriceCart + YStore.currencySymbol + p.p;
                        var prodPrice = createEl('p', { className: classNames.regularPrice, text: defaultText.regularPrice + YStore.currencySymbol + p.rp, parent: caption });
                        var prodRegPrice = createEl('p', { className: classNames.price + ' ' + classNames.promo, text: discountPriceText, parent: caption });
                }
                else {
                        var prodPrice = createEl('p', { className: classNames.price + ' ' + classNames.regularPrice, text: defaultText.noSaleRegularPrice + YStore.currencySymbol + p.p, parent: caption });
                }

                // Add the tracking data to the URL of the anchor tags.
                if(funcsAvailable) {
                        if(imageExists) {
                                YStore.CrossSellBeacon.addRecData(ids.imgLinkPrefix + p.id, p.u, p.id, p.m, p.s, p.v);
                                YStore.CrossSellBeacon.setClickTagUrl(imgLinkId);
                        }

                        YStore.CrossSellBeacon.addRecData(ids.nameLinkPrefix + p.id, p.u, p.id, p.m, p.s, p.v);
                        YStore.CrossSellBeacon.setClickTagUrl(prodLinkId);
                }
        }

        callRecViewTag();
}

function callRecViewTag() {
        if(recViewTagCalled || typeof YStore.CrossSellBeacon === 'undefined') return;
        if(typeof YStore.CrossSellBeacon.rid === 'undefined') YStore.CrossSellBeacon.rid = '';
        if(typeof YStore.CrossSellBeacon.sn === 'undefined') YStore.CrossSellBeacon.sn = '';
        log('Calling csell_REC_VIEW_TAG().');
        recViewTagCalled = true;
        csell_REC_VIEW_TAG();
};
```

26 of 28 11/17/2007 4:38 PM

```
        // Public methods.

        return {
                retryAssembleRecs: function() { // Called after a delay if the container element isn't found yet.
                        retryAttempts++;
                        log('Retry attempt ' + retryAttempts + ' out of ' + RETRY_LIMIT + ', after a delay of ' + RETRY_WAIT + ' ms');
                        assembleRecommendations(cached.recsArray, cached.header, cached.orientation);
                },

                asyncCallback: function(obj) {
                        log('Total request time: ' + ((new Date()).getTime() - requestStartTime.getTime()) + ' ms');
                        // Guide to short variables names returned from the webservice:
                        //      r: recommendations, an array of the products that have been recommended for this product page.
                        //              id: product id.
                        //              n: product name.
                        //              p: product price.
                        //              u: product URL.
                        //              i: product image URL.
                        //              op: 1 or 0 depending on whether the product has options or not.
                        //              m: model name.
                        //              s: sequence.
                        //      rid: Used in beaconing, must be assigned to YStore.CrossSellBeacon.rid.
                        //      sn: Used in beaconing, must be assigned to YStore.CrossSellBeacon.sn.
                        if(typeof obj !== 'undefined' &&
                                        typeof obj.r !== 'undefined' &&
                                        typeof obj.h !== 'undefined' &&
                                        typeof obj.o !== 'undefined') {
                                cached.recsArray = obj.r;
                                cached.header = obj.h;
                                cached.orientation = obj.o;
                                YStore.CrossSellBeacon.vibesData = (typeof obj.v === 'object') ? obj.v : {};

                                assembleRecommendations(cached.recsArray, cached.header, cached.orientation);
                        }
                        else {
                                log('Async response does not include the needed data.');
                                callRecViewTag();
                        }
                },

                init: function() {
                        if(requiredVarsSet() && requiredCapabilitiesPresent()) {
                                if(typeof YStore.csellData !== 'undefined' &&
                                                typeof YStore.csellData.r !== 'undefined' &&
                                                typeof YStore.csellData.h !== 'undefined' &&
                                                typeof YStore.csellData.o !== 'undefined') { // The data is already present.
                                        log('Cross-sell data is already present.');
                                        cached.recsArray = YStore.csellData.r;
                                        cached.header = YStore.csellData.h;
                                        cached.orientation = YStore.csellData.o;
                                        YStore.CrossSellBeacon.vibesData = YStore.csellData.v;
                                        assembleRecommendations(cached.recsArray, cached.header, cached.orientation);
                                }
                                else if(typeof YStore.crossSellUrl !== 'undefined') {
                                        log('Cross-sell data not found. Fetching...');
                                        var asyncUrl = assembleUrl();
                                        jsonScriptRequest(asyncUrl);
                                }
                                else {
                                        log('Cross-sell data not found and webservice URL not found. Exiting');
                                        callRecViewTag();
                                }
                        }
                        else {
                                log('Cross-sell recs cannot be rendered; the needed variables and methods aren\'t set.');
                                callRecViewTag();
                        }
                }
        };
})();
YStore.CrossSellRecs.init();
```

**Inline Script from http://www.allenbrothers.com/buffalo---venison.html**

**Inline Script from http://www.allenbrothers.com/buffalo---venison.html**

```
if(window.yzq_p==null)document.write("<scr"+"ipt language=javascript src=http://l.yimg.com/us.js.yimg.com/lib/bc/bc_2.0.4.js></scr"+"ipt>");
```

**http://l.yimg.com/us.js.yimg.com/lib/bc/bc_2.0.4.js**

```
function yzq_p(c){var w=window;if(w.yzq_d==null)w.yzq_d=new Object();w.yzq_d['p']=c;}
function yzq1(u){var d=document;if(d.yzq0==null){d.yzq0=new Array();d.yzq0.c=0;}var b=d.yzq0;b[++b.c]=new Image();b[b.c].src=u;}
function yzq_sr(){var w=window;var d=w.yzq_d;if(d==null)return;var u=yzq2+d.p;if(u.length > yzq3){w.yzq_d=null;return;}d.p=null;var z="";var s=0;var o=Math.random();var hp=(d.hasOwnProperty!=null);var b;for(b in d){if
function yzq4(e){yzq_sr();}
```

```
function yzq5(e){yzq_sr();}
function yzq6(yzq7,yzq8,yzq9){if(yzq9){var o=yzq9.toString();var m=yzq7;var a=o.match(new RegExp("\\(([^\\)]*)\\)"));a=(a[1].length >0?a[1]:"e");m=m.replace(new RegExp("\\([^\\)]*\\)","g"),"("+a+")");if(o.indexOf(m)<
function yzq_eh(){if(yzq10){yzq_sr();return;}if(yzq11||yzq12){this.onload=yzq6("yzq_onload(e)",yzq4,this.onload,0);if(yzq11&&typeof(this.onbeforeunload)!=yzq13)this.onbeforeunload=yzq6("yzq_dobeforeunload(e)",yzq5,th
function yzq_s(){if(yzq10){yzq_sr();return;}setTimeout("yzq_sr()",1);}
var yzq2='//us.bc.yahoo.com/b?';var yzq14=navigator.appName;var yzq15=navigator.appVersion;var yzq16=navigator.userAgent;var yzq17=parseInt(yzq15);var yzq18=yzq14.indexOf("Microsoft");var yzq11=yzq18!=-1&&yzq17>=4;va
```

**Inline Script from http://www.allenbrothers.com/buffalo---venison.html**

;

```
if(window.yzq_p)yzq_p('P=UAIGFtG_QhgpX5myGvcFFwG42CW_vUc_XxMAB2SL&T=13n4r499)%2fX%3d1195335443%2fE%3d2373268%2fR%3dsc%2fK%3d5%2fV%3d1.1%2fW%3dJ%2fY%3dYAHOO%2fF%3d4237967959%2fS%3d1%2fJ%3d18428FD1');
if(window.yzq_s)yzq_s();
```

**CSS - http://www.allenbrothers.com/buffalo---venison.html**

http://www.allenbrothers.com/buffalo---venison.html

http://www.allenbrothers.com/yhst-93672551109875-style-css.css

```
/* CSS ELEMENTS */
body{
        background: #fff;
        font: 70% Arial, Verdana, sans-serif;
        padding: 0;
        xmargin: 0 auto;
        xtext-align: center;
zoom: 1;
}

a{ text-decoration: none; }

a:hover{ text-decoration: underline; }

input{ margin: 0; padding: 0; }

b, strong{ font-weight: bold; }

blockquote{ margin: 1em; }

dd{ margin: 0 0 0 10px; }

dl{ margin: 5px 0; }

em, i{ font-style: italic; }

img{ border: 0; }

li{
        margin: 0 0 0 15px;
        padding: 0;
}

ol, ul{
        list-style: disc outside;
        margin: 0;
        padding: 0;
}

p{ margin: 10px 0; padding: 0; }

tr, td{ vertical-align: top; }

form{
        margin: 0;
        padding: 0;
}

h1, h2, h3{
        margin: 0;
        padding: 0;
}

q {display:block}

/* CSS CONTENTS */

/*Content Table*/
#contents2 {
        background-color: #FFFFFF;
        border-left: 10px solid #FFFFFF;
        border-right: 10px solid #FFFFFF;
}
#contents2 .details {text-align:left;}
#contents2 .details h2 { font: bold 16px arial, helvetica, sans-serif; }
#contents2 p {color:#636247;margin:3px 0;}
#contents2 .viewlink {
        color:#004990;
        text-decoration:underline;
        font-weight:bold;
        text-align:left;
        background:url('http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/bullet2.gif') no-repeat right center;
        padding-right:6px;
}
#contents2 a { text-decoration: none; }

#contents2 a:hover { text-decoration: underline; }
```

```
#contents2 #contents-table {
        border-collapse: collapse;
}

#contents2 .vertical td { text-align: center; }

#contents2 td { margin: 2px; padding: 5px; }

#contents2 #contents-table select option,
#itemarea select option { padding-right: 10px; }

#contents2 .horizontal-seperator {
        border-bottom: 2px solid #FFFFFF;
}

#contents2 .vertical-seperator {
        border-right: 2px solid #FFFFFF;
}

#contents2 .sale-price { color: #93B049; }

#contents2 .sale-price-bold {
        color: #93B049;
        font-weight: bold;
}

#contents2 .price-bold {
        font-weight: bold;
        margin: 10px 0pt 0pt;
}

#contents2.accessory * { text-align: left; }

#contents2.accessory .details {
        background-color: #FFFFFF;
        margin: 2px 10px;
        padding: 10px;
}

#contents2.accessory .details a {
        color: #000000;
        font-size: 1em;
}

#contents2.accessory .details h3 { font-size: 1em; }

#contents2.accessory .details .sale-price { margin-bottom: 10px; }

#contents2 .detail td {
        border-bottom: 15px solid #E9E9E4;
        padding: 5px;
}

#contents2 .detail.last td { border-bottom: 0pt solid; }

#itemtype #contents2 .detail td, #maintype #contents .image td { padding-bottom: 10px; }

#contents2 .last { border: 0pt none; }

#contents2 .name * {
        color: #635247;
        font:bold 1.1em Georgia,Times New Roman, Times, serif;
        padding: 5px 0pt 0pt;
}

#contents2 .name { padding: 5px 0pt 0pt; }

#contents2 .price {
        font-weight: normal;
        margin: 5px 0pt 0pt;
}

/*End Content table*/
.image-l {
        background-color: #FFFFFF;
        display: block;
        float: left;
        margin: 0pt 15px 10px 0pt;
        padding: 5px;
}

.image-r {
        background-color: #FFFFFF;
        display: block;
        float: right;
        margin: 0pt 0pt 10px 15px;
        padding: 5px;
}

.image-c {
```

```
        margin-bottom: 10px;
        text-align: center;
}

.inset-l {
        background-color: #FFFFFF;
        display: block;
        float: left;
        margin: 0pt 8px 5px 0pt;
        padding: 5px;
}

.inset-r {
        background-color: #FFFFFF;
        display: block;
        float: right;
        margin: 0pt 0pt 5px 8px;
        padding: 5px;
}

.addtocartimg {
        border: 0pt none;
        cursor: pointer;
        display: block;
        margin: 10px 0pt;
        padding: 0px;
}

#itemtype .price em {
        font-style: normal;
        font-weight: bold;
        margin: 10px 0pt;
        padding: 0pt 4px 0pt 0pt;
}

#itemtype .itemform .price {
        font-weight: bold;
        margin: 10px 0pt;
}

#itemtype .itemform .price-bold {
        font-weight: bold;
        margin: 10px 0pt;
}

#itemtype .itemform .sale-price, #itemtype .itemform .sale-price-bold { margin: 10px 0pt; }

#itemtype .itemform .sale-price-bold { font-weight: bold; }

#itemtype .itemform .sale-price-bold em {
        background: #FFFFFF none repeat scroll 0%;
        color: #93B049;
        font-style: normal;
        font-weight: bold;
        margin: 10px 0pt;
        padding: 0pt 4px 0pt 0pt;
}

#itemtype .itemform .sale-price em {
        color: #93B049;
        font-style: normal;
        margin: 10px 0pt;
        padding: 0pt 4px 0pt 0pt;
}

#contents-table .availability { padding: 10px 0pt; }

#itemtype .code {
        font-style: normal;
        margin: 10px 0pt;
}

#itemtype .code em {
        font-style: normal;
        margin: 10px 0pt;
}

#contents-table .contentsoptions { padding: 3px 0pt; }

#contents-table #abstract { padding: 3px 0pt; }

#itemtype .itemformname, #contents-table .itemformname { font-weight: bold; }

#contents-table .itemformnamemultiline { display: block; }

#itemtype .itemavailable {
        color: #000000;
        font-weight: bold;
        margin: 8px 0pt;
}
```

```
#itemtype .itemavailable em {
        color: #93B049;
        font-style: normal;
        font-weight: bold;
        margin: 8px 0pt 8px 4px;
}

#itemtype .itemoption {
        display: inline;
        font-weight: bold;
        margin: 2px 0pt;
}

#itemtype .multilineoption {
        display: block;
        font-weight: normal;
        margin: 5px 0pt;
}

/* Click to Enlarge */

/****
        Solid Cactus Click to Enlarge v3.0.0
****/
/*Editable Style Sheets*/
#scWrapper{
        filter: alpha(opacity=75);
        -moz-opacity: 0.75;
        opacity: 0.75;
        background: #000000;
}

#scImgBox{
        font: 11px normal "Tahoma", Verdana, Geneva, Arial, Helvetica, sans-serif; /*background color of the image box*/
        border: 10px solid #CACACA; /*normally same as border color*/
        background: #CACACA;
}

#scImgTitle{
        font: 12px normal "Georgia", "Times New Roman", Times, serif; /*fonts and settings for image description shown above the image*/
        text-align: left;
        padding-bottom: 5px;
}

#scImgBox-insets{
        padding: 10px 75px 0 0;
        background: #CACACA;
}

#scImgBox-insetPreview img{
        border: 2px solid #000000; /*border color for inset preview*/
        display: none;
}

#scImgBox-insets a{
        font: bold 14px/18px Arial, Helvetica, sans-serif;
        color: #FFFFFF;
        padding: 0 5px 1px 5px;
        border: 1px solid #FFFFFF;
        text-decoration: none;
        margin: 0 5px 0 0;
        background: #3F3F3F;
}

#scImgBox-insets .absClose{
        font: normal 11px/15px Verdana, Geneva, Arial, Helvetica, sans-serif; /*styles for close in inset area*/
}

#scImgBox .close{
        font: bold 14px Arial, Helvetica, sans-serif; /*close on upper right corner*/
        color: #FFFFFF;
        border: 1px solid #FFFFFF;
        padding: 0 5px 1px 5px;
        margin: -15px -15px 0 0;
        text-decoration: none;
        background: #3F3F3F;
}

/*Styles Not to be Edited*/
.relativePos{ position: relative; }
.absolutePos{ position: absolute; }
.hideSelect{ visibility: hidden; }

#scWrapper{
        position: absolute;
        display: none;
        top: 0px;
        left: 0px;
        z-index: 1000;
        width: 100%;
        height: 800px;
```

```
        cursor: hand;
}

#scImgBox{
        display: none;
        position: absolute;
        top: 0;
        left: 0;
        z-index: 1500;
        text-align: center;
}

#scImgBox-mainImg{
        background: url(loading.gif) #FFFFFF no-repeat center center;
        text-align: center;
}

#scImgBox-mainImg.schidebg{ background: #FFFFFF; }

#scImgBox-mainImg img{ vertical-align: middle; }

#scImgBox-insets{
        position: relative;
        left: 0;
        text-align: left;
        clear: both;
}

/*#scImgBox-insets img{ display: none; }*/
#scImgBox-insets .absClose{ position: absolute; right: 0; }

#scImgBox .close{
        position: absolute;
        top: 0;
        right: 0;
}

#scImgBox-insetPreview{
        text-align: center;
        position: absolute;
        left: 0;
        bottom: 0;
        display: none;
        z-index: 300;
}

#scPage-insets .scMainImgLnk{ display: none; }

/* CSS ADJUSTS */

.bodypad a { color: #635247; text-decoration: underline; }
.bodypad a:hover { text-decoration: none; }
/*Common Classes*/
#header .links,
#footer .links{
        padding: 5px;
        margin:0;
        text-align: center;
        vertical-align: middle;
        text-align: center;
        list-style: none;
}

#header h1 {font-size:0.1em;float:left;}
#header h1 a {display:block;height:77px;width:330px;text-indent:-10000px;float:left;}

#header .links {
        background:#004990;
        clear:both;
        padding:7px 0;
        width:100%;
}
#header .links li {border-right:1px solid #1c5c97;padding:7px 3px;}
#header .links li.last {border-right:0; background:url(http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/cart.gif) no-repeat center right;padding-right:4px;}
#header .links a {color:#fff;text-transform:uppercase;padding:0 11px;letter-spacing:1px;}
#header .links img {margin-left:5px;}

#topnav {font-size:1em;text-transform:uppercase;margin:7px 0;}
#topnav li {padding:7px 0;background:#fff url('http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/topnavdivider.gif') no-repeat top right;}
#topnav li.last {background:#fff;font-weight:bold;}

#topnav li,
#topnav a,
.links a,
.links li{
        display: inline;
        margin:0;
        padding: 0 4px;
        color:#635247;
}
.links li {border-right:1px solid #635247;}
```

```
.links li.last {border-right:none}

/*End Common Classes*/

/*Main Structure Style*/
#container{
        width: 760px;
        xmargin: 0 auto;
        text-align: left;
}

#header{
        background: #fff url('http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/header.gif') no-repeat top left;
}

#bodyshell {
        border-left: 160px solid #e3e3c8;
        background-color: #FFF;
        float: left;
        margin: 0;
        width: 600px;
}

#nav-product {
        float: left;
        margin-left: -160px;
        overflow: hidden;
        position: relative;
        width: 160px;
        z-index: 100;
        background:#e3e3c8;
}

#footer{
        width: 100%;
        float: left;
        background: #fff;
        clear: both;
        border-top:5px solid #c8c7a7;
        text-align:center;
        color:#635247;
        padding-top:5px;
}

#header:after,
#bodyshell:after,
#footer:after,
#footer .text:after{
        clear: both;
        content: ".";
        display: block;
        height: 0;
        visibility: hidden;
}
/*End Main Structure Style*/

#bodycontent{
        position: relative;
        width: 100%;
        float: right;
}

#bodycontent .bodypad{ padding: 4px; }

/*Nav Area*/
fieldset{
        margin: 0;
        padding: 0;
        border: 0;
}

#searcharea {float:right;clear:right;margin-top:18px;width:250px;text-align:right;}
#searcharea img {vertical-align:middle;}

#searcharea input{
        font-size: 1em;
        vertical-align: middle!important;
        display:inline
}

#query { color: #999; width: 140px; padding: 0 2px; }

#htmltop,#htmlbottom {padding:5px;}

#nav-product li{
        list-style-type: none;
        margin: 0;
        padding: 0;
        width:150px;
}
```

```
#nav-product li a{
	display: block;
	width:150px;
	padding: 3px 0 3px 10px;
	color:#635247;
	font-weight:bold;
font-size: 11px;
}
#nav-product li a:hover {
	background-color:#f7f7ef;
/*
	background:#f7f7ef url('http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/bullet1.gif') no-repeat center right;
*/
	color:#004990;
	text-decoration:none;
}
/*End Nav Area*/

#topnav {float:right;}
#welcomeheader {
	font-size:1em;
	background:#fff url('http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/welcomeheader.gif') no-repeat top center;
	height:24px;
	text-indent:-10000px;
	margin-bottom:10px;
}

.promopanel, .micropromopanel {
	width:294px;
	margin-right:4px;
	float:left;
}
.micropromopanel {margin-bottom:7px;}
.last {margin-right:0;}
.promopanel a {
	display:block;
	text-align:right;
	position:relative;
	xmargin-bottom:3px;
	xpadding-right:10px;
	color:#004990;
	text-decoration:underline;
	font-weight:bold;
	width:280px;
	background:url('http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/bullet2.gif') no-repeat top right;
}

.micropromopanel h3 {
	display:block;
	background:#004990;
	color:#cbd6cc;
	margin:-1px 0 1px 0;
	padding:6px;
	text-align:center;
	font:bold 1.2em Times New Roman, Times, serif;
	text-transform:uppercase;
	letter-spacing:1px;
}
.micropromopanel img.floatie {float:left;margin-right:10px;}
.micropromopanel .details {color:#635247;margin:3px 0;}
.micropromopanel .details p {margin:7px 0 2px;}
.micropromopanel .details a {
	background:transparent url(http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/bullet2.gif) no-repeat scroll right center;
	color:#004990;
	font-weight:bold;
	padding-right:6px;
	text-align:left;
	text-decoration:underline;
}

#htmlbottom form {padding:5px;}
#mailingquery {width:130px;}
#nlsubmit {margin-top:3px;}

h3#gourmetselections,h3.brown,.sectionsubheader,.itemminiheader {
	clear:both;
	background:#635247;
	margin:6px 0;
	text-align:center;
	font:bold 1.2em Times New Roman, Times, serif;
	padding:6px;
}
.itemminiheader,h3#gourmetselections,h3.brown {
	text-transform:uppercase;
	font-style:oblique;
	color:#dad8c2;
}
.itemminiheader,.sectionsubheader {font-size:1.3em;color:#e1e1c8;}
h3.itemminiheader {padding:4px;font-size:1.2em}

#breadcrumb {
```

```
        padding:7px 4px;
        border-bottom:1px dashed #bebb9d;
        margin-bottom:6px;
}

hr.hide {
        height:0;
        padding:0;
        margin:0;
        border:0;
        visibility:hidden;
        clear:both;
}

#sectionpreview,#itempreview {position:static; float: left;margin:7px;text-align:center;}
#itempreview {width:240px;float:left;left:5px}
#itempreview img {display:block;}

#sectiondescription,#itemdescription {
        margin-left:250px;
        min-height:220px;
}
#sectiondescription * {padding:5px;}
#sectiondescription h2,#itemdescription h2 {
        font:bold 1.3em Times New Roman, Times, serif;
        color:#004990;
        border-bottom:1px solid #deddce;
        padding-top:0;
}
#sectiondescription {margin-bottom:7px;}
#itemdescription p {margin-top:5px}
#sectiondescription em {font-size:1.1em;margin:10px 0 0 0;}
#sectiondescription p {padding-bottom:0;}
#itemdescription p {margin-bottom:7px;}
#itemdescription table {width:100%;}
#itemdescription td {vertical-align:top;border-bottom:1px solid #e6e6da;padding:5px;}
#itemdescription td.price {color:#cb1f2b;font-weight:bold;}
#itemdescription td.quantity {text-align:right;}
#itemdescription tr.dark td {background:#f2f2ed;}
#itemdescription td input {vertical-align:middle;text-align:right;}

#addtocart {text-align:right;padding:7px 7px 30px;}

/* Advanced Paging Styles */
#leftarrowdiv,
#rightarrowdiv       {width: 15px;}

#contents A          {color: #635247;}
#paging A:hover      {text-decoration:underline;}

#paging TD           {padding: 2px;}
#paging .price       {color: #635247;}
#paging .saleprice   {color: #635247;}
#paging .saleprice2  {color: #635247;}
#paging .abstract    {color: #635247;}
#paging .qtybox      {font-weight: normal; width: 25px; text-align: right}
#paging .qtytext     {font-weight: normal; color: #635247;}

#pagelinks           {color: #635247;}
#pagelinks A         {color: #635247;}
#pagelinks .chosen   {font-weight: bold; color: #635247;}

.itemof              {color: #635247;}
.pageof              {color: #635247;}

#modes               {color: #635247; text-decoration:none; }
#modes A             {color: #635247; text-decoration:none; }
#modes .chosen       {font-weight: bold; color: #635247; text-decoration:none; }

#sortlinks, #sortlinks2 {color: #635247; text-decoration:none; }
#sortlinks A, #sortlinks2 a {color: #635247; text-decoration:none; }
#sortlinks .chosen, #sortlinks2 .chosen {font-weight: bold; color: #635247; text-decoration:none; }

#paging FORM         {margin:0px;}

.listheader          {background-color: #333333; font: bold 11px arial; color: #FFFFFF;}

.vcell               {background-color: #FFF;}
.vcell-on            {background-color: #FFF;}

.ecell               {background-color: #FFF;}
.ecell-on            {background-color: #FFF;}

.wcell               {background-color: #FFF;}
.wcell-on            {background-color: #FFF;}
/* End Advanced Paging Styles */

/* Product Info Table */
#itemdescription #product-info-table { color: #635247; width: 320px; }
#itemdescription #product-info-table th {
    border-bottom: solid 1px #E7E7DB;
```

```
    padding: 5px;
    width: 100px;
    }
#itemdescription #product-info-table td { color: #635247; padding: 3px; }
#itemdescription #product-info-table .price { font-weight: normal; }
#itemdescription #product-info-table .sale-price { color: #CB1829; font-weight: bold; }
#itemdescription #product-info-table td.notme, #itemdescription #product-info-table td.notme td { border-bottom: none; text-align: right; }
/* End Product Info Table */

/* Site Map */
.sitemap-header {
    font: bold 14px verdana;
    color: #000000;
    display: block;
    padding-top:  15px;
}
.sitemap-1      {
    font: bold 12px verdana;
    color: #004990;
    display: block;
    padding-left: 25px;
}
.sitemap-2      {
    font: normal 12px verdana;
    color: #635247;
    display: block;
    padding-left: 50px;
}
.sitemap-3      {
    font: normal 10px verdana;
    color: #635247;
    display: block;
    padding-left: 75px;
}
.sitemap-4      {
    font: normal 8px verdana;
    color: #635247;
    display: block;
    padding-left: 100px;
}
/* End Site Map */

/* --- Styles Adjust --- */
h3#gourmetselections {
        clear:both;
        background:#635247;
        margin:6px 0;
        color:#dad8c2;
        text-align:center;
        font:bold 1.2em Times New Roman, Times, serif;
        text-transform:uppercase;
        font-style:oblique;
        padding:6px;
}
#searcharea input.ys_primary { margin-top: -3px; vertical-align: middle; }
#searcharea input#query, input#mailingquery, input.quantity-input { color: #999; font-size: 11px; }
#searcharea fieldset * { vertical-align: middle; }

div#bodycontent div#contents2 #contents-table { margin: 0 0 0 -9px; padding: 0; }
div#bodycontent #contents-table td.cellsep { background: url(http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/csep.gif) top center repeat-y; margin: 0; padding: 0; width: 1px; }
div#bodycontent #contents-table td.rowsep { background: url(http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/csep.gif) center left repeat-x; }
div.custfav { margin: 10px 0 20px; width: 100%; }
    div.custfav:after {
        clear: both;
        content: ".";
        display: block;
        height: 0;
        visibility: hidden;
        }
    div.custfav h3.favorites {
        background-color: #004990;
        color: #CBD6CC;
        font: 600 12px georgia, arial, serif;
        line-height: 30px;
        margin: 0 0 5px 0;
        padding: 0;
        text-align: center;
        text-transform: uppercase;
        }
    div.custfav ul { margin: 0; padding: 0; list-style: none; }
        div.custfav ul li {
            background: url(http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/tri.gif) 10px center no-repeat;
            display: inline;
            float: left;
            margin: 0;
            padding: 0;
            width: 45%;
            }
            div.custfav ul li a {
                font: normal 12px arial, helvetica, sans-serif;
                color: #635247;
```

```
                text-decoration: none;
                padding-left: 25px;
                display: block;
                _width: 100%;
                }
            div.custfav ul li a:hover { text-decoration: underline; }
div#contents2 #contents-table td.vertical-seperator { border-right: solid 1px #B6E6DA; }
div#contents2 #contents-table td div.itemprice .price-bold, div#contents2 #contents-table td div.itemprice .sale-price-bold { color: #CB1F2B; }
table#multi-add { color: #635247; }
table#multi-add td.maprice { color: #CB1F2B; font-weight: bold; }
table#multi-add td.notme { border-bottom: none; }
div#paging div#contents table form *, div.qty * { color: #635247; vertical-align: middle; }
div#paging div#contents table { margin: 10px 0; }
div#paging div#contents input { font-size: 11px; color: #9A9A9A; }
div#paging div#contents select { font-size: 11px; color: #9A9A9A; margin: 10px 0; width: 315px; }
div#paging div#contents th.horzsep { background: url(http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/hsep.gif) center left repeat-x; }
div#paging div#contents .name { padding-bottom: 5px; }
div#paging div#contents div.prices { margin: 10px 0; }
    div#paging div#contents div.prices .price { }
    div#paging div#contents div.prices .saleprice { margin-left: 20px; }
        div#paging div#contents div.prices .saleprice, div#paging div#contents div.prices b.price2 { color: #CB1829; }
table#contents-table td.thissep { background: url(http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/csep.gif) center left repeat-x; height: 5px; }
div#paging div#contents form input.order-button { margin-left: 30px; }
div#breadcrumb, div#breadcrumb a { color: #635247; }
div#breadcrumb img { margin: -3px 3px 0 3px; }
h1#section-contenttitle, h1#messagetitle, h1#specialstitle { color: #004990; font: bold 14px times new roman, times, serif; }
div#hideme {height: 1px; overflow: hidden; }
.popupText p { display: block; margin: 10px; text-align: left; }

#searchpageHeader{
font: bold 13px Georgia,"Times New Roman",Times,serif;
padding:10px;
}
.advSearch{
        margin:0 10px 10px 10px;
}
.advSearch,.advSearch a{
        color:#635247;
}
 advSearch .search_bar div{
        background:none !important;
        border-top:2px solid #635247;
}
.advSearch .advSearchItemHr{
        border-top:1px solid #635247;
}
.advSearch form span{
        padding-right:3px;
}
.advSearch form input, .advSearch form span{
        vertical-align:middle;
}
.advSearch .quantity-input{
        margin-right:5px;
        text-align:right;
        font:11px Arial, Helvetica, sans-serif;
        color:#999999;
        width:25px;
}
.advSearchItemForm{
        padding-top:20px;
}
#p1, #p2{
        width:40px;
        font:11px Arial, Helvetica, sans-serif;
        color:#999999;
}
.advSearch #query{
        width:200px;
        font:11px Arial, Helvetica, sans-serif;
}
.advSearchButton{
        font:bold 11px Arial, Helvetica, sans-serif;
        background-color:#F3F2DD;
        color:#635247;
        border:1px solid #635247;
        cursor:pointer;
}
div.pricered { color: #CB1F2B; margin: 10px 0 5px; }
.subhead1 { color: #942D36; font-size: 12px; }
div.bodypad iframe { border: 0; }

/*Modified CSS*/

#form-container {
        float: left;
        width: 370px;
}
#contact-form-left {
        width: 136px;
        float: left;
```

```
        text-align: right;
}
#contact-form-right {
        width: 234px;
        float: left;
        text-align: left;
}
#final-form {
        clear: left;
        width: 370px;
}
input#button {
        margin-left: 80px;
        margin-top: 15px;
}
#contact-info {
        width: 200px;
        float: right;
        text-align: left;
        margin-left: 10px;
}
p.form {
        height: 23px;
        margin-top: -5px;
}
p.form2 {
        padding-left: 2px;
        margin: 0;
        height: 28px;
        margin-bottom: 4px;
}
p.form3 {
        margin-left: 3px;
        font-size: 70%;
        margin-top: -11px;
}
#textbox {
        clear: both;
        width: 370px;
        margin-left: 20px;
}
#dirona {
        float: left;
        width: 130px;
}
#namp {
        float: left;
        width: 130px;
        margin-left: 25px;
}
img#p-dirona {
        margin-top: -26px;
}
p#dirona-txt {
        margin-top: -5px;
}
p#namp-txt {
        margin-top: 15px;
}
#guide-pdf {
        float: left;
        width: 260px;
}
#recipes {
        float: right;
        width: 130px;
}
#who-container {
        padding-left: 15px;
}
#who-left {
        float: left;
        width: 275px;
}
#who-right {
        float: right;
        width: 275px;
}
#who-clear {
        clear: both;
        background: url(/lib/yhst-93672581109875/clear-extend.gif) repeat-x;
}
img.fleft {
        float: left;
}
p.fright {
        float: right;
        padding-left: 5px;
}
```

http://www.allenbrothers.com/css-edits.css

```
/*Merchants--Use this file to make any edits that you wish to override styles in the main stylesheets. By making edits to this CSS file, your styles applied here will cascade and overwrite styles in the main CSS file
.ys_primary{ background:#ffffff;color:#e9e9e4;font:bold 11px Arial,verdana,sans-serif;padding:1px 5px;text-align:center;cursor:pointer; display:inline; margin-top:10px;}
```