## f. Section Page – Dry Aged Beef:

i. **Screen Shot – Old Allen Brothers Website**

ii. **Source Code – Old Allen Brothers Website**

iii. **Screen Shot – Current Allen Brothers Website**

iv. **Source Code – Current Allen Brothers Website**

# Section Page – Dry Aged Beef

## Old Allen Brothers Website
## (Screen Shots and Source Code)

YOUR SOURCE FOR FINE DINING
ALLEN BROTHERS
THE GREAT STEAKHOUSE STEAKS®
On The Radio?
Home · About Us · Contact Us · Catalog Request
CART SEARCH keyword or item # GO

SHOP | GIFT SELECTIONS | FINE DINING | CATALOG | ASSISTANCE

USDA Prime Steaks
Wet-Aged Beef
Dry-Aged Beef
Kobe-style Wagyu Beef
Never Frozen Beef
Appetizers
Buffalo & Venison
Chef Art Smith Entrees
Desserts
Duck
Heat & Serve Entrees
Lamb
Pork
Poultry
Sausages & Bratwurst
Seafood
Steak Burgers & Dogs
Veal
New Products
Specials
Favorites

SIGN UP FOR EMAIL SPECIAL OFFERS
<enter email>
SUBSCRIBE

Home > **USDA PRIME Dry-Aged Beef**

BONE-IN RIBEYE, PORTERHOUSE & SIRLOIN STRIP

# USDA PRIME DRY-AGED BEEF

A time-honored tradition from Allen Brothers

Time-Honored Dry-Aging was the standard until about 25 years ago when wet-aging, a different process that allows meat to age in its own juices while in vacuum-sealed bags, began to take its place. Although it is a more costly process, dry-aging is a long-standing tradition that produces extremely tender beef. Our dry-aged beef is stored in our custom-designed dry-aged cooler where a complex process incorporates an intricate and delicate balance of time, temperature, air circulation, and humidity. Over time, as the beef ages openly exposed to the elements inside the cooler, the beef's enzymes break down and tenderize the meat, giving it a unique flavor. The extra time and care we put into aging our beef ensure superlative flavor and maximum tenderness. Mellow and intense, our dry-aged beef delivers a distinctive, memorable taste with a buttery, tender texture.

**Dry-Aged Beef Steaks - USDA PRIME**
The hearty taste of dry-aged beef is available to you in our most popular cuts.

view selection ▸

**Dry-Aged Heart of Rib Roast - Bone-In - USDA PRIME**
The dry-aging process makes this USDA PRIME bone-in rib roast truly succulent and tender! Its full, rich flavor will make any meal a memorable dining experience.

view selection ▸

*Customers who bought these selections also bought:*

USDA PRIME Complete-Trim Filets

USDA PRIME Close-Trim Filets

The Great Steakhouse Steak Burgers™ - USDA PRIME

The Great Steakhouse Steak Dogs™

About Us | Privacy Policy | Catalog Request | Customer Service | Contact Us | Site Map | Articles
To place a phone order, call 24 hours a day, 7 days a week — (800) 957-0111
For questions or assistance, call weekdays 8 AM to 5 PM CST — (800) 548-7777
© 2007 Allen Brothers, Inc., All Rights Reserved.
design, development, marketing, and operations by Prominent Consulting, LLC
Managed Server Colocation Provided by echoMountain Data Center Services
Enter your email address to receive special offers
<enter email> SUBSCRIBE

```
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN" "http://www.w3.org/TR/html4/loose.dtd">
<html><!-- InstanceBegin template="/Templates/steaks.dwt.jsp" codeOutsideHTMLIsLocked="false" -->
<head>
<meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
<title>USDA PRIME Dry-Aged Beef - Allen Brothers - The Great Steakhouse Steaks</title>
<META name="description" content="Time-Honored Dry-Aging was the standard until about 25 years ago when Wet-Aging began to take its place.  Although it is a more costly process, dry-aging is a
long-standing tradition that produces extremely tender beef, with a distinctive, memorable taste and a buttery, tender texture.">
<META name="keywords" content="primebeef">
<META name="Author-Corporate" content="Prominent Consulting LLC">
<link rel="stylesheet" href="http://72.5.200.197/css/steaks.css" type="text/css">
<SCRIPT language="JavaScript" src="http://72.5.200.197/js/steaks.js"></SCRIPT>
<!-- InstanceBeginEditable name="head" -->
<script language="JavaScript" type="text/JavaScript">
<!--
function MM_swapImgRestore() { //v3.0
  var i,x,a=document.MM_sr; for(i=0;a&&i<a.length&&(x=a[i])&&x.oSrc;i++) x.src=x.oSrc;
}

function MM_preloadImages() { //v3.0
  var d=document; if(d.images){ if(!d.MM_p) d.MM_p=new Array();
    var i,j=d.MM_p.length,a=MM_preloadImages.arguments; for(i=0; i<a.length; i++)
    if (a[i].indexOf("#")!=0){ d.MM_p[j]=new Image; d.MM_p[j++].src=a[i];}}
}

function MM_findObj(n, d) { //v4.01
  var p,i,x;  if(!d) d=document; if((p=n.indexOf("?"))>0&&parent.frames.length) {
    d=parent.frames[n.substring(p+1)].document; n=n.substring(0,p);}
  if(!(x=d[n])&&d.all) x=d.all[n]; for (i=0;!x&&i<d.forms.length;i++) x=d.forms[i][n];
  for(i=0;!x&&d.layers&&i<d.layers.length;i++) x=MM_findObj(n,d.layers[i].document);
  if(!x && d.getElementById) x=d.getElementById(n); return x;
}

function MM_swapImage() { //v3.0
  var i,j=0,x,a=MM_swapImage.arguments; document.MM_sr=new Array; for(i=0;i<(a.length-2);i+=3)
   if ((x=MM_findObj(a[i]))!=null){document.MM_sr[j++]=x; if(!x.oSrc) x.oSrc=x.src; x.src=a[i+2];}
}
//-->
</script>
<!-- InstanceEndEditable -->
</head>
<body bgcolor="#ffffff" vlink="#635247" alink="#635247" link="#635247" marginheight="0" marginwidth="0" topmargin="0" leftmargin="0" rightmargin="0"
onLoad="MM_preloadImages('http://72.5.200.197/images/nav/top/ordertracking-over.gif','http://72.5.200.197/images/nav/top/myAccount-over.gif','http://72.5.200.197/images/nav/top/cart-over.gif','http://7:
<div id="topLinks" class="topLinks"><a href="steaks.jsp" class="theme">Home</a> - <a href="AboutUs.jsp" class="theme">About Us</a> - <a href="ContactUs.jsp" class="theme">Contact Us</a> - <a
href="CatalogRequest.jsp" class="theme">Catalog Request</a> </div>
<div id="CompanyLogo" style="position:absolute; top:2px; left:2px; z-index:30; width:328px; height:50px;"><A href="/steaks.jsp"><img src="http://72.5.200.197/images/steaks/AS-logo.jpg" width="328"
height="50" border="0"></A></div>
<div id="Signoff" class="siteNavigation" style="left:300px;"></div>
```

```
<!--div id="OrderTracking" class="siteNavigation" style="left:250px;"><a href="OrderTracking.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('OrderTracking','','http://72.5.200.197/images/steaks/ordertracking-over.gif',1)"><img src="http://72.5.200.197/images/steaks/ordertracking.gif" alt="ORDER TRACKING"
name="OrderTracking" width="101" height="17" border="0"></a></div>
<div id="MyAccount" class="siteNavigation" style="left:456px;"><a href="MyAccount.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('MyAccount','','http://72.5.200.197/images/steaks/myaccount-over.gif',1)"><img src="http://72.5.200.197/images/steaks/myaccount.gif" alt="MY ACCOUNT" name="MyAccount"
width="80" height="17" border="0"></a></div> -->

<div id="Radio" class="siteNavigation" style="top:15px; left:348px;"><a href="/Radio.jsp"><img src="http://72.5.200.197/images/steaks/radio.gif" alt="Hear about us on the radio?" name="Radio"
width="100" height="26" border="0"></a></div>

<div id="ShoppingCart" class="siteNavigation" style="top:23px; left:541px;"><a href="ShoppingCart.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Cart','','http://72.5.200.197/images/steaks/cart-over.gif',1)"><img src="http://72.5.200.197/images/steaks/cart.gif" alt="Shopping Cart" name="Cart" width="38" height="26"
border="0"></a></div>
<div id="Search" class="siteNavigation" style="left:584px;"><img src="http://72.5.200.197/images/steaks/search.gif" alt="Search" name="Search" width="40" height="17" border="0"></div>
<form name="searchBean" method="GET" action="/search.do">
  <div id="SearchForm" class="siteNavigation" style="left:628px;width:120px;top:30px;">
        <input type="text" name="searchString" maxlength="30" size="15" tabindex="1" value="keyword or item #" onfocus="form.searchString.value='';" class="search">
  </div>
  <div id="SearchForm" class="siteNavigation" style="left:750px;width:17px;top:32px;">
        <input type="image"
                       name="action"
                       src="http://72.5.200.197/images/steaks/gobutton.gif"
                       alt="GO"
                       border="0"
                       value="button.Submit"
                       tabindex="2"/>
  </div>
</form>
<div id="topNavBar" class="topNavBar"></div>
<div id="ShopTopNav" class="topNavBarItems" style="left:1px;"><a href="Shop.jsp?categoryId=87" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('ShopTopNav','','http://72.5.200.197/images/steaks/shop-over.gif',1)"><img src="http://72.5.200.197/images/steaks/shop.gif" alt="Shop Categories" name="ShopTopNav"
width="127" height="18" border="0"></a></div>
<div id="GiftTopNav" class="topNavBarItems" style="left:130px;"><a href="findProducts.do?categoryId=103" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('GiftTopNav','','http://72.5.200.197/images/steaks/gift-over.gif',1)"><img src="http://72.5.200.197/images/steaks/gift.gif" alt="Gift Ideas" name="GiftTopNav" width="127"
height="18" border="0"></a></div>
<div id="FineDiningTopNav" class="topNavBarItems" style="left:284px; z-index:30; width:127px; height:18px;"><a href="FineDining.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('FineDiningTopNav','','http://72.5.200.197/images/steaks/finedining-over.gif',1)"><img src="http://72.5.200.197/images/steaks/finedining.gif" alt="Fine Dining"
name="FineDiningTopNav" width="127" height="18" border="0"></a></div>
<div id="CatalogTopNav" class="topNavBarItems" style="left:418px;"><a href="Catalog.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('CatalogTopNav','','http://72.5.200.197/images/steaks/catalog-over.gif',1)"><img src="http://72.5.200.197/images/steaks/catalog.gif" alt="Catalog" name="CatalogTopNav"
width="127" height="18" border="0"></a></div>
<div id="AssistanceTopNav" class="topNavBarItems" style="left:547px;"><a href="Assistance.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('AssistanceTopNav','','http://72.5.200.197/images/steaks/assistance-over.gif',1)"><img src="http://72.5.200.197/images/steaks/assistance.gif" alt="Assistance"
name="AssistanceTopNav" width="127" height="18" border="0"></a></div>
<div id="LeftNavigationBar" class="leftNavBar">

<div id="PrimeSteaks" class="shopCategory"><a href="/findProducts.do?categoryId=90" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image22','','http://72.5.200.197/images/steaks/leftnav/primesteaks-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/primesteaks.jpg"  alt="Prime Steaks"
name="Image22" width="127" height="15" border="0"></a></div>
<div id="PrimeBeef" class="shopCategory"><a href="/findProducts.do?categoryId=76" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image23','','http://72.5.200.197/images/steaks/leftnav/wetaged-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/wetaged.jpg"  alt="Wet-Aged Beef"
name="Image23" width="127" height="15" border="0"></a></div>
<div id="DryAgedBeef" class="shopCategory"><a href="/findProducts.do?categoryId=50" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image24','','http://72.5.200.197/images/steaks/leftnav/dryaged-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/dryaged.jpg"  alt="Dry-Aged Beef"
name="Image24" width="127" height="15" border="0"></a></div>
<div id="WagyuBeef" class="shopCategory"><a href="/findProducts.do?categoryId=63" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image26','','http://72.5.200.197/images/steaks/leftnav/kobe-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/kobe.jpg"  alt="Kobe-style Wagyu Beef"
name="Image26" width="127" height="15" border="0"></a></div>
<div id="NeverFrozenBeef" class="shopCategory"><a href="/findProducts.do?categoryId=60" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image25','','http://72.5.200.197/images/steaks/leftnav/never-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/never.jpg"  alt="Never Frozen Beef"
name="Image25" width="127" height="15" border="0"></a></div>
<div id="Appetizers" class="shopCategory"><a href="/findProducts.do?categoryId=64" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image27','','http://72.5.200.197/images/steaks/leftnav/appetizers-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/appetizers.jpg"  alt="Appetizers"
name="Image27" width="127" height="15" border="0"></a></div>
<div id="BuffaloVenison" class="shopCategory"><a href="/findProducts.do?categoryId=40" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image28','','http://72.5.200.197/images/steaks/leftnav/buffalo-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/buffalo.jpg"  alt="Buffalo & Venison"
name="Image28" width="127" height="15" border="0"></a></div>

<div id="Chef Art Smith Entrees" class="shopCategory"><a href="/findProducts.do?categoryId=143" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image42','','http://72.5.200.197/images/steaks/leftnav/artsmith-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/artsmith.jpg"  alt="Chef Art Smith Entrees"
name="Image42" width="127" height="15" border="0"></a></div>
```

```
<div id="Desserts" class="shopCategory"><a href="/findProducts.do?categoryId=55" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image29','','http://72.5.200.197/images/steaks/leftnav/desserts-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/desserts.jpg" alt="Desserts"
name="Image29" width="127" height="15" border="0"></a></div>
<div id="Duck" class="shopCategory"><a href="/findProducts.do?categoryId=33" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image30','','http://72.5.200.197/images/steaks/leftnav/duck-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/duck.jpg" alt="Duck" name="Image30"
width="127" height="15" border="0"></a></div>
<div id="HeatAndServeEntrees" class="shopCategory"><a href="/findProducts.do?categoryId=32" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image31','','http://72.5.200.197/images/steaks/leftnav/heatandserve-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/heatandserve.jpg" alt="Heat & Serve
Entr&eacute;es" name="Image31" width="127" height="15" border="0"></a></div>
<div id="Lamb" class="shopCategory"><a href="/findProducts.do?categoryId=39" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image32','','http://72.5.200.197/images/steaks/leftnav/lamb-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/lamb.jpg" alt="Lamb" name="Image32"
width="127" height="15" border="0"></a></div>
<div id="Pork" class="shopCategory"><a href="/findProducts.do?categoryId=30" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image33','','http://72.5.200.197/images/steaks/leftnav/pork-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/pork.jpg" alt="Pork" name="Image33" width="127"
height="15" border="0"></a></div>
<div id="Poultry" class="shopCategory"><a href="/findProducts.do?categoryId=28" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image34','','http://72.5.200.197/images/steaks/leftnav/poultry-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/poultry.jpg" alt="Poultry" name="Image34"
width="127" height="15" border="0"></a></div>
<div id="SausagesAndBratwurst" class="shopCategory"><a href="/findProducts.do?categoryId=81" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image35','','http://72.5.200.197/images/steaks/leftnav/sausages-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/sausages.jpg" alt="Sausages & Bratwurst"
name="Image35" width="127" height="15" border="0"></a></div>
<div id="Seafood" class="shopCategory"><a href="/findProducts.do?categoryId=27" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image36','','http://72.5.200.197/images/steaks/leftnav/seafood-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/seafood.jpg" alt="Seafood" name="Image36"
width="127" height="15" border="0"></a></div>
<div id="SteakBurgersAndDogs" class="shopCategory"><a href="/findProducts.do?categoryId=80" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image37','','http://72.5.200.197/images/steaks/leftnav/steakburgers-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/steakburgers.jpg" alt="Steak Burgers &
Dogs" name="Image37" width="127" height="15" border="0"></a></div>
<div id="Veal" class="shopCategory"><a href="/findProducts.do?categoryId=26" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image38','','http://72.5.200.197/images/steaks/leftnav/veal-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/veal.jpg" alt="Veal" name="Image38"
width="127" height="15" border="0"></a></div>
<div id="NewProducts" class="shopCategory"><a href="NewProducts.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image39','','http://72.5.200.197/images/steaks/leftnav/newproducts-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/newproducts.jpg" alt="New Products"
name="Image39" width="127" height="15" border="0"></a></div>
<div id="Specials" class="shopCategory"><a href="/findProducts.do?categoryId=89" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image40','','http://72.5.200.197/images/steaks/leftnav/specials-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/specials.jpg" alt="Specials"
name="Image40" width="127" height="15" border="0"></a></div>
<div id="BestSellers" class="shopCategory"><a href="/findProducts.do?categoryId=91" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image41','','http://72.5.200.197/images/steaks/leftnav/favorites-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/favorites.jpg" alt="Favorites"
name="Image41" width="127" height="15" border="0"></a></div>

<div id="OptIn" class="optIn">
<form name="emailOffersBean" method="GET" action="/emailOffers.do" onsubmit="return submitEmailForm(this);">
  <div align="center"><img src="http://72.5.200.197/images/steaks/doublehorizontal.gif" width="120" height="5"><br>
    <img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
    <img src="http://72.5.200.197/images/steaks/emailsubscribe.gif" width="97" height="49" alt="" border="0"><br>
    <img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
      <input type="text" name="email" maxlength="76" size="15" tabindex="3" value="&lt;enter email&gt;" onfocus="form.email.value='';" class="email">
    <br>
    <img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
      <input type="image"
                      name="action"
                      src="http://72.5.200.197/images/steaks/subscribe.gif"
                      alt="SUBSCRIBE"
                      border="0"
                      tabindex="4"/>
    <br>
    <img src="http://72.5.200.197/images/steaks/doublehorizontal.gif" width="120" height="5"> </div>
  </div>
</form>
</div>
<div class="navigationLinks"><a class="navigationTheme" href="/steaks.jsp">Home</a> <span class="navigationPlain">&gt;</span> <a class="currentNavigationTheme"
href="/findProducts.do?categoryId=50">USDA PRIME Dry-Aged Beef</a></div>
<div class="standardPage">
<table width="100%" border="0" cellspacing="0" cellpadding="0">
  <tr>
    <td><!-- InstanceBeginEditable name="MainBody" -->
  <table border="0" cellpadding="0" cellspacing="0" width="627">
    <!--begin category header-->
    <tr>
    <td width="300" height="300" colspan="1" rowspan="3" valign="top" align="right"><img src="http://72.5.200.197/images/catalog/2007/spring/14/A/5/steaks.jpg" alt="USDA PRIME Dry-Aged Beef"
border="0"></td>
    <td colspan="1" width="14" height="50"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="14" height="50"></td>
    <td colspan="1" width="303" height="50" valign="top" class="prodDesc"><img src="http://72.5.200.197/images/catalog/2007/spring/14/A/6/steaks.gif"></td>
```

```
    </tr>
    <tr>
      <td colspan="1" width="14" height="8"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="14" height="8"></td>
      <td colspan="1" width="303" height="8"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="303" height="8"></td>
    </tr>
    <tr>
      <td colspan="1" width="14" height="242"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="14" height="242"></td>
      <td colspan="1" width="303" height="242" valign="top" class="prodDesc"><p align="justify">Time-Honored Dry-Aging was the standard until about 25 years ago when wet-aging, a different process
that allows meat to age in its own juices while in vacuum-sealed bags, began to take its place. Although it is a more costly process, dry-aging is a long-standing tradition that produces extremely
tender beef. Our dry-aged beef is stored in our custom-designed dry-aged cooler where a complex process incorporates an intricate and delicate balance of time, temperature, air circulation, and
humidity. Over time, as the beef ages openly exposed to the elements inside the cooler, the beef's enzymes break down and tenderize the meat, giving it a unique flavor. The extra time and care we put
into aging our beef ensure superlative flavor and maximum tenderness. Mellow and intense, our dry-aged beef delivers a distinctive, memorable taste with a buttery, tender texture.<br>
      </td>
    </tr>
    <tr><td colspan="3" width="603" height="10"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="603" height="10" border="0"></td></tr>
        <tr><td colspan="3" width="603" height="10"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="603" height="10" border="0"></td></tr>
    <tr><td colspan="3" width="603" height="13"><img src="http://72.5.200.197/images/steaks/promo/tanpixel.gif" width="603" height="2" border="0"><br><img
src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="11" border="0"></td></tr>
<script language=javascript>
        var catalog = ''
        var catalog_name = ''
        var rfx_page = ''
        regEx = /rfx_catalog=([^&=]*)(&|$)?/
        m=regEx.exec(location.search);
        if (m) {
          catalog = m[1];
        }

        regEx = /catalog_name=([^&=]*)(&|$)?/
        m=regEx.exec(location.search);
        if (m) {
          catalog_name = m[1];
        }

        regEx = /rfx_spread=([^&=]*)(&|$)?/
        m=regEx.exec(location.search);
        if (m) {
          rfx_page = m[1];
        }

        if (catalog == '1') {
                //if the catalog is embeded in the client site use this:
                document.write ('<tr><td colspan="3" width="603"><a href="eCatalog.jsp?rfx_page=' + rfx_page + '" class="theme"><img src="http://72.5.200.197/images/steaks/arrowdbl_left.gif"
border="0"> Return to Online Catalog</a><br></td></tr>');
        }

</script>
    <!--begin subcategory rows-->

    <!--begin subcategory row-->
    <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="7" border="0"></td></tr>
    <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/promo/tanpixel.gif" width="627" height="1" border="0"></td></tr>
    <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="3" border="0"></td></tr>
    <tr>
      <td colspan="3">

        <table border="0" cellpadding="0" cellspacing="0">
          <tr>
            <!--small category photo-->
            <td align="center">
              <a href="findProducts.do?categoryId=51">
              <img src="http://72.5.200.197/images/catalog/B6412-N/4/steaks.jpg" alt="Dry-Aged Beef Steaks - USDA PRIME"width="205" height="205" border="0">
              </a>
            </td>
            <td width="1"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="205" border="0"></td>
            <td valign="top"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="4" border="0"><br>
              <font size="2" class="prodDesc">

              <!--category name-->
              <b><a href="findProducts.do?categoryId=51" class="prodHiLite">Dry-Aged Beef Steaks - USDA PRIME</a></b><br>

              <!--category description-->
              The hearty taste of dry-aged beef is available to you in our most popular cuts.
```

```
                <br>
                <br>
                <a href="findProducts.do?categoryId=51"
                        onMouseOut="MM_swapImgRestore()"
                        onMouseOver="MM_swapImage('ViewProducts51','','http://72.5.200.197/images/steaks/viewproducts-over.gif',1)">
                  <img src="http://72.5.200.197/images/steaks/viewproducts.gif" alt="View Products" name="ViewProducts51" width="86" height="20" border="0"></a>
                </font>
                <img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0"><br>
              </td>
            </tr>
          </table>

        </td>
      </tr>
      <!--end category row-->

      <!--begin subcategory row-->
      <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="7" border="0"></td></tr>
      <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/promo/tanpixel.gif" width="627" height="1" border="0"></td></tr>
      <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="3" border="0"></td></tr>
      <tr>
        <td colspan="3">

          <table border="0" cellpadding="0" cellspacing="0">
            <tr>
              <!--small category photo-->
              <td align="center">
                <a href="findProducts.do?categoryId=52">
                <img src="http://72.5.200.197/images/catalog/B1456-S/4/steaks.jpg" alt="Dry-Aged Heart of Rib Roast - Bone-In - USDA PRIME"width="205" height="205" border="0">
                </a>
              </td>
              <td width="1"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="205" border="0"></td>
              <td valign="top"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="4" border="0"><br>
                <font size="2" class="prodDesc">

                <!--category name-->
                <b><a href="findProducts.do?categoryId=52" class="prodHiLite">Dry-Aged Heart of Rib Roast - Bone-In - USDA PRIME</a></b><br>

                <!--category description-->
                The dry-aging process makes this USDA PRIME bone-in rib roast truly succulent and tender!  Its full, rich flavor will make any meal a memorable dining experience.
                <br>
                <br>
                <a href="findProducts.do?categoryId=52"
                        onMouseOut="MM_swapImgRestore()"
                        onMouseOver="MM_swapImage('ViewProducts52','','http://72.5.200.197/images/steaks/viewproducts-over.gif',1)">
                  <img src="http://72.5.200.197/images/steaks/viewproducts.gif" alt="View Products" name="ViewProducts52" width="86" height="20" border="0"></a>
                </font>
                <img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0"><br>
              </td>
            </tr>
          </table>

        </td>
      </tr>
      <!--end category row-->

      <!--End category rows-->
<script language=javascript>
        var catalog = ''
        var catalog_name = ''
        var rfx_page = ''
        regEx = /rfx_catalog=([^&=]*)(&|$)?/
        m=regEx.exec(location.search);
        if (m) {
          catalog = m[1];
        }

        regEx = /catalog_name=([^&=]*)(&|$)?/
        m=regEx.exec(location.search);
        if (m) {
          catalog_name = m[1];
        }
```