http://e.yimg.com/lib/yhst-93672551109875/paging2.js

```
var domain = (argc > 4) ? argv[4] : null;
var secure = (argc > 5) ? argv[5] : false;
document.cookie = name + "=" + escape (value) +
((expires == null) ? "" : ("; expires=" + expires.toGMTString())) +
((path == null) ? "" : ("; path=" + path)) +
((domain == null) ? "" : ("; domain=" + domain)) +
((secure == true) ? "; secure" : "");
}
function DeleteCookie(name) {
var exp = new Date();
exp.setTime (exp.getTime() - 1);
var cval = GetCookie (name);
document.cookie = name + "=" + cval + "; expires=" + exp.toGMTString();
}
var pageItems = new Array();
var oldSortBy = "";
function pagingItem(id, code, name, img, listing, price, saleprice, options, abstr, orderable, brand, mappricing, linktype, link, contents) {
if (!window.items) window.items = new Array();
this.id=id.toLowerCase();
this.code=code;
this.name=name;
this.img=img;
this.listing=listing;
this.price=round_decimals(price,2);
this.saleprice=round_decimals(saleprice,2);
if(saleprice) this.useprice=round_decimals(saleprice,2); else this.useprice=round_decimals(price,2);
this.options=options;
this.abstr=abstr;
this.orderable=orderable;
this.brand=brand;
this.mappricing=mappricing;
this.linktype=linktype;
this.link=link;
this.contents=contents;
this.sortby="name";
this.defaultsort=window.items.length;
window.items[window.items.length] = this;
```

var defaultSort, defaultSortBy, defaultContentsFormat, contentsFormat, tableWidth, numColumns, numPerPage, numPages, contentsElements, showDefaultSort, detailedSortInfo, showPagingModes, viewAll, sortBy, sortHighLow, pageLinkPrefix, rowpad, columnpad, storename, columnSeparatorColor, rowSeparatorColor, listModeBG1, listModeBG2, sortLinkSeparator, modeLinkSeparator, pageLinkSeparator, globalPageNum, globalViewAllthistime, currentItem, currentItemImage, numArrowDivs, showListMode, addToCartImage, showBrandSort, strikePrice, showWrapMode, showQuantity, listModeShowImages;

JavaScript - http://www.allenbrothers.com/usda-prime-dry-aged-beef.html

11 of 28

11/17/2007 4:41 PM

about:blank

```
/* round_decimals, pad_with_zeros, FIND, pagingSeparator, Array */
var pagingUtilities = decrypt("...");
eval(pagingUtilities);

/* changeClass, writeItemXofX, writePageXofX */
var pagingInformation = decrypt("...");
eval(pagingInformation);

/* writeArrows, writePageArrows */
var pagingArrows = decrypt("...");
eval(pagingArrows);

/* pagingQuantity, pagingPrice, pagingAddToCart, pagingSkuSort */
function pagingPrice(localItem) {
    var onsale = localItem.saleprice != 0;
    var usemap = localItem.mappricing;
    var localContent = "";

    localContent = "<div class=\"pricing\">";

    if(localItem.price != 0) {
        if(usemap && !onsale) {
            localContent += "<span class=\"price\">" + regularPriceText;
        }
        if(onsale) localContent += "<span class=\"strikeprice\">" + localContent;
        if(onsale && usemap) localContent += "<web class=\"price\">" + localContent;
        localContent += "$" + localItem.price;
        if(onsale) localContent += "</b></span>";
        if(onsale && usemap) localContent += " <span class=\"saleprice\">" + salePriceText + "$" + localItem.saleprice + "</b></span>";
        if(onsale) localContent += "<span class=\"saleprice\">" + mappricing(localItem);
        localContent += "</span>";
    }
    if(usemap) {
        localContent += mappricing(localItem);
    }
    localContent += "</span>";
    return localContent;
}

function pagingQuantity(localItem) {
    var localContent;
    if(localItem.useprice != 0) {
        if(localItem.orderable) {
            localContent = "<span class=\"qtytext\">Inner Quantity:</span>";
        } else {
            localContent = "";
        }
        localContent += "<input type=\"text\" name=\"wmquantity size2 class=\"qtybox\" value=\"1\">";
    } else {
        localContent = "";
    }
    return localContent;
}
```

```
        localContent = "";
        return localContent;
    }
function pagingAddToCart(localItem) {
    var localContent = "";
    if (localItem.useprice > 0 && localItem.mapPricing)
    if (localItem.orderable) {
        if (localItem.options) {
            localContent += "<a href='" + (localItem.linktype ? localItem.link : localItem.id + ".html") + "' class='moreOptions'>Click to See Options and to Order</a>";
        } else {
            localContent += "<form method=post action=http://order.store.yahoo.com/cgi-bin/wg-order?" + storename + ">";
            if (showQuantity) localContent += pagingQuantity(localItem);
            localContent += "<input type=hidden name=vwcatalog value=" + storename + ">";
            localContent += "<input type=hidden name=item value=" + localItem.id + ">";
            if (addToCartImage) {
                localContent += "";
                localContent += addcartImage;
            } else
                localContent += "<input type=submit value='Add to Cart'>";
            localContent += "</form>";
        }
    } else {
        localContent += "<span class=outofstock>Out of Stock</span>";
    }
    return localContent;
}

/* Start paging call */
var pagingVertical = decrypt("Gwc1GhNZ2R1P9IW0t0-I4A 2G1 OTd-G-QuYwuRCmW-gp-I4A 2G1 O1nhWOD9erp-KjnEbmHVPKK-DS6432 P2w0-KjrF-f-g--WS4psXx25yp-FeNxwhLmw25-g9x0G9w29G]---hhnPt4A 2GG2F5Dep-fe---v-gn-crypter-typt-unsEmxHhOgn8 e-gjr---b-crypter-y-b-c-1sGSfen5hu-' kgGhLn  16--rry eval(pagingVertical);
function writeInline(local)(currentRow, numRows) {
    var localContent = "";
    localContent = "<td width = " + 100 / numItems + "% height=100% alignment commandsover changedClass(this, 'rowl' on'); onmouseout changedClass(this, 'rowl') class=rowl id=rowl" + currentItem + ">";
    localItem = pageSegment[currentItem];
    if (pageSegment[currentItem]) {
        if (contentElements.indexOf('quantity') shows
        var elementArray = contentElements.split('/');
        for (i=0;i<elementArray.length;i++)
            switch(elementArray[i]) {
                case "name":
                    if (localItem.name != "") localContent += "<div class=name><a href=" + (localItem.linktype ? localItem.link : localItem.id + ".html") + " > " + localItem.name + "</a></div>";
```

```
            break;
            case "code":
                if (localItem.code != "") localContent += "<p class=code>" + localItem.code + "</p><br>";
            break;
            case "abstract":
                if (localItem.abstr != "") {
                    localContent += "<p class=abstract>" + localItem.abstr + "</p><br>";
                    localContent += "<a href=" + ((localItem.linktype) ? localItem.link : localItem.id + ".html") + " class=view-details>details</a>";
                }
            break;
            case "brand":
                if (localItem.brand != "") localContent += "<p class=brand>" + localItem.brand + "</p><br>";
            break;
            case "contents":
                if (localItem.contents != "") localContent += "<p class=select>" + localItem.contents + "</p>";
            break;
            case "price":
                localContent += pagingPrice(localItem);
            break;
            case "order":
                localContent += pagingAddToCart(localItem);
            break;
            case "quantity": break;
            case "image": break;
        }
        currentItem++;
    }
    } else {
        localContent += " ";
    }
    localContent += "</td>";
    return localContent;
}

function writeItImageCell() {
    var localContent = "";
    localContent = "<td align=center onmouseover=changeClass(PIND,'cell' + currentItem + "','cell') onmouseout=changeClass(PIND,'cell' + currentItem + "','cell') style='padding:10px;'";
    if (pageSegment[currentItem]) {
        localItem = pageSegment[currentItem];
        localContent += "<a href=" + ((localItem.linktype) ? localItem.link : localItem.id + ".html") + ">" + localItem.img + "</a>";
    } else {
        localContent += " ";
    }
    localContent += "</td>";
    return localContent;
}
```

```javascript
function writeall(pageNum, viewallthistime) {
    var localContent = "";
    var numRows = Math.ceil(pageSegment.length / numColumns);
    for(currentItem=0, currentItemImage = 0;
        currentRow<numRows; currentRow++) {
        if (pageSegment[currentItem]) {
            localContent += "<tr valign=top>";
            for(currentCol=0; currentCol<numColumns; currentCol++) {
                if (pageSegment[currentItem]) {
                    if (contentsElements.indexOf("image") > -1) {
                        localContent += writeImageCell();
                    }
                    if (currentCol+numColumns-1 < colnumpad) {
                        localContent += "<td> </td>";
                    } else {
                        localContent += writeCellPadding();
                    }
                    localContent += "</tr>";
                }
                if (currentCol+numColumns-1 < colnumpad > 0) {
                    localContent += "<td> </td>";
                }
                if (contentsElements.indexOf("image") > -1) {
                    localContent += writeCellPadding();
                }
            }
            localContent += "</tr>";
        }
        if (currentRow < numRows - 2 && (numpad == 0 ||
            (currentRows - 1 && (numpad > 0 ||
            numpad < (numRows * 2 - 0)))))
            localContent += writeRowPadding(numColumns);
        }
    }
    return localContent;
}

// Start paging cell
var paging_cell = decrypt("...");
// End paging cell

var paging_cell = decrypt("...");
var paging_cell = decrypt("...");
eval(pagingCell);

var pagingWrap = decrypt("...");
eval(pagingWrap);

// writePage, changeSortAndPage

var pagingCell = decrypt("...");
var pagingCell = decrypt("...");
eval(pagingCell);

var pagingGap = decrypt("...");
eval(pagingGap);
```

```
function writeCellPadding(num)
{
    if(num) localnum = num; else localnum = currentItem;
    if(pageSegment[localnum]) {
        var localContent = "<td style='width:'"
            round_decimals(columnpad / 2,0) + "px;'></td>"
            + "<td style='width:1px;color:#FFF;font-size:1px;border-left:1px solid " + columnSeparatorColor + ";'></td>"
            + "<td style='width:'"
            + "<td style='width:'"
            + "<td style='width:'"
            + round_decimals(columnpad / 2,0) + "px;'></td>";
        return localContent;
    }
    else {
        var localContent = "<td style='width:'"
            + round_decimals(columnpad / 2,0) + "px;'></td>"
            + "<td style='width:1px;'></td>"
            + "<td style='width:'"
            + round_decimals(columnpad / 2,0) + "px;'></td>";
        return localContent;
    }
    return false;
}

function writeRowPadding(colspan)
{
    if(pageSegment[currentItem]) {
        var localContent = "<tr><td colspan=20 class='horzSpacing src='/lib/' + storename + '/pages.gif' width='" + round_decimals(rowpad / 2,0) + "'></td></tr>";
        return localContent;
    }
    else {
        return "";
    }
}

function initPaging() {
    var pageNum, viewNum;
    viewallinittime = false; highlowhisstime = false;

    var readName = GetCookie('thePageName');
    var readPage = GetCookie('thePage');
    var readSort = GetCookie('theSort');
    var readHighLow = GetCookie('highlow');
    var readContentsFormat = GetCookie('contentsformat');
    var readViewAll = GetCookie('viewall');
    if (readViewAll == "1") viewallinittime = true;

    if(readName || readContentsFormat) {
        temp = document.location.href.split(".","");
    }
```

```
		temp2 = temp1.length - 4).split("/");
		currentPageNum = temp2[temp2.length - 1] + ".html";
		if (readName == currentPageNum)
		{
			if (readPage == 0) ? pageNum = 1 : pageNum = parseInt(readPage);
		}
		else
		{
			pageNum = 1;
		}
		readSort ? sortBy = readSort : sortBy = defaultSort;
		(readHighLow == 1 && readSort) ? highLowMinStr = true : highLowMinStr = false;
		(readContentsFormat != null) ? contentsFormat = readContentsFormat : contentsFormat = defaultContentsFormat;
	}
	else
	{
		pageNum = 1;
		sortBy = defaultSort;
		contentsFormat = defaultContentsFormat;
	}
	
	if (sortBy == "default")
	{
		writePage(pageNum, viewAllThisTime);
	}
	else
	{
		changeSortAndPage(sortBy, highLowMinStr, pageNum, viewAllThisTime);
	}
}

function writeList(viewAllThisTime, pageNum)
{
	var content = "";
	if (viewAllThisTime)
	{
		var currentItemLow = 1;
	}
	else
	{
		var currentItemLow = ((pageNum - 1) * numPerPage + 1);
	}
	content += "<table width=" + tableWidth + " cellspacing=1>";
	content += "<tr><td class=listheader> </td>";
	if (listModeShowImages) content += "<td class=listheader>Images</td>";
	content += "<td class=listheader>Name</td>";
	content += "<td class=listheader align=right>Prices</td></tr>";
	for (i=0; i<pageSegment.length; i++) {
		itemNow = pageSegment[i];
		if (itemNow) {
			content += "<tr valign=top bgcolor=";
			(i % 2 == 0) ? content += listModeBG1 : content += listModeBG2;
			content += ">";
			content += "<td align=center valign=middle>";
			content += currentItemLow + ".";
			content += "</td>";
			if (listModeShowImages) {
				content += "<a href=" + itemNow.id + ".html><img src=" + itemNow.listimg + "></a>";
				content += "</td>";
			}
```

```
            content += "        <td width=\"100%\">";
            content += "          <a href=" + itemrow.id + ".html>" + itemrow.name + "</a>";
            content += "        </td>";
            content += "        <td align=right><nobr><span class=";
            content += itemrow.saleprice == 0 ? "" : "sale";
            content += "price>";
            content += itemrow.usdprice == 0 ? "" : "$" + itemrow.usdprice;
            content += "</span></nobr>";
            content += "</td>";
        content += "      </tr>";
    }
    content += "</table>";
    return content;
};

function updateSortBy(array, sortby) {
    /* find what value to sort the array by and store it to a variable local to each item */
    for(i=0; i<array.length; i++) {
        switch(sortby) {
            case "default":
                array[i].sortby = array[i].defaultsort;
                break;
            case "name":
                array[i].sortby = array[i].name;
                break;
            case "price":
                array[i].sortby = parseFloat(array[i].usdprice);
                break;
            case "brand":
                array[i].sortby = array[i].brand;
                break;
            default: array[i].sortby = array[i].name;
        }
    }
};

function writeChooseOneLink(linkid, linkname, sep, chosen, bot, viewalltimetext) {
    var localContent = "";
    if (chosen) {
        localContent += "<a class=.chosen href=#top onclick=javascript:changeSortAndPage(\"" + linkid + "\"";
        if (sortHighLow) localContent += "false"; else localContent += "true";
        localContent += ",1," + viewalltimetext + ");>";
    }
}
```

```javascript
            localContent += linkName;
            localContent += "</a>";
        }
        else {
            localContent += "<a href=\"top\" onclick=\"javascript:changeSortAndPage(\'" + linkId + "\'," + false + "," + viewall:this.time + ");\">";
            localContent += linkName;
            localContent += "</a>";
        }
        localContent += "<span id=\"" + linkId + "\" arrowDiv\" dot + "></span>";
        if (sep) localContent += sortLinksSeparator;
        return localContent;
    }
    
    function writeSortLinksTop(viewallthistime) {
        var sortLinksDiv = FIND("sortLinks");
        if (sortLinksDiv) {
            //var localContent = "<span id=\"sortLinksSort By\">";
            var localContent = "Sort By: ";
            if (showBrandSort) var priceSep = true; else var priceSep = false;
            switch(sortBy) {
                case "name":
                    if (showDefaultSort) localContent += writeOneSortLink("default", "Default Sort", true, false, bot, viewallthistime);
                    localContent += writeOneSortLink("name", "Name", true, false, bot, viewallthistime);
                    localContent += writeOneSortLink("price", "Price", priceSep, false, bot, viewallthistime);
                    if (showBrandSort) localContent += writeOneSortLink("brand", "Manufacturer", false, false, bot, viewallthistime);
                    break;
                case "price":
                    if (showDefaultSort) localContent += writeOneSortLink("default", "Default Sort", true, false, bot, viewallthistime);
                    localContent += writeOneSortLink("name", "Name", true, false, bot, viewallthistime);
                    localContent += writeOneSortLink("price", "Price", priceSep, true, bot, viewallthistime);
                    if (showBrandSort) localContent += writeOneSortLink("brand", "Manufacturer", false, false, bot, viewallthistime);
                    break;
                case "brand":
                    if (showDefaultSort) localContent += writeOneSortLink("default", "Default Sort", true, false, bot, viewallthistime);
                    localContent += writeOneSortLink("name", "Name", true, false, bot, viewallthistime);
                    localContent += writeOneSortLink("price", "Price", priceSep, false, bot, viewallthistime);
                    if (showBrandSort) localContent += writeOneSortLink("brand", "Manufacturer", false, true, bot, viewallthistime);
                    break;
                default:
                    if (showDefaultSort) {
                        localContent += "<span class=\"choseSort\">";
                        localContent += "Default Sort";
                        localContent += "</span>";
                        localContent += sortLinksSeparator;
                    }
```

```
    localContent += writeOneSortLink("name","Name",true,false,bot,viewallthistime);
    localContent += writeOneSortLink("price","Price",priceSep,false,bot,viewallthistime);
    localContent += writeOneSortLink("brand","Manufacturer",false,false,bot,viewallthistime);
    if (showBrandSort) localContent += writeOneSortLink("brand","Manufacturer",false,false,bot,viewallthistime);
}

function changeFormat(newFormat) {
    contentsFormat = newFormat;
    writePage(globalPageNum, globalViewAllThisTime);
}

function makeMainWin(wh) {
    x1=window.open("","w1","width="+wh+",height="+wh+",status=no,toolbar=no,menubar=no,location=no,resizable=yes,scrollbars=yes");
    x1.document.open();
    x1.document.write("<font face=\"Arial, Helvetica, sans-serif\"><b>Price Too Low to Display\" Explained</b><br> In order to provide the best support from our manufacturers and distributors, we h
    x1.document.focus();
}

function mapPricing(useItem) {
    var mapString = "<span class=\"maps\">";
    mapString += "<form method=post action=http://order.store.yahoo.com/cgi-bin/wg-order?" + storename + "";
    mapString += "<input id=mapinput type=submit value=\"Click for instant price quote\" height=\"16\" width=\"55\" border=0>";
    mapString += " <a href=\"javascript:makeMainWin(400,350);\">Why?</a><br>";
    mapString += "<input type=hidden name=\"catalog\" value=" + storename + ">";
    mapString += "<input type=hidden name=item value=\"" + localItem.id + "\">";
    mapString += "";
    if (addToCartImage != "") {
        mapString += addToCartImage;
    } else {
        mapString += "<input type=submit id=submit value=\"Add to Cart\">";
    }
    mapString += "</form>";
    mapString += "</span>";
    return mapString;
}

function writePagingModeLinks() {
    if (showPagingModes) {
        var localContent = "<div id=modes>";
        //localContent += "</span>";
        sortLinksDiv.innerHTML = localContent;
    }
}
```

```
                                    contentsFormat == "VERTICAL") ? localContent + "<a href=\"top onclick=\"javascript:changeFormat('VERTICAL')\">" : localContent + "<span class=chosen>";
                                    localContent += "Style 1";
                                    contentsFormat == "VERTICAL") ? localContent + "</a>" : localContent + "</span>";
                                    localContent += "<span class=sep> · </span>linkSeparator;

                            (contentsFormat == "ELL") ? localContent + "<a href=\"top onclick=\"javascript:changeFormat('ELL')\">" : localContent + "<span class=chosen>";
                            localContent += "Style 2";
                            (contentsFormat == "ELL") ? localContent + "</a>" : localContent + "</span>";
                            localContent += "<span class=sep> · </span>linkSeparator;

                    if (showWrapMode) {
                            localContent += "<span class=sep> · </span>linkSeparator;

                            (contentsFormat == "WRAP") ? localContent + "<a href=\"top onclick=\"javascript:changeFormat('WRAP')\">" : localContent + "<span class=chosen>";
                            localContent += "Style 3";
                            (contentsFormat == "WRAP") ? localContent + "</a>" : localContent + "</span>";
                            localContent += "<span class=sep> · </span>linkSeparator;

                            (contentsFormat == "LIST") ? localContent + "<a href=\"top onclick=\"javascript:changeFormat('LIST')\">" : localContent + "<span class=chosen>";
                            localContent += "List Mode";
                            (contentsFormat == "LIST") ? localContent + "</a>" : localContent + "</span>";
                    }

                    localContent += "</div>";
            }

            var listModeDiv = FIND("pagingmodes");
            if (listModeDiv) listModeDiv.innerHTML = localContent;
            listModeDiv = FIND("pagingmodes2");
            if (listModeDiv) listModeDiv.innerHTML = localContent;
    }
```

```
window.item2 = new pagination("DRY-AGED BEEF STEAKS", "Dry-Aged Beef Steaks", "<img src=\"http://us.st.yimg.com/us.st.yimg.com/I/yhst_92672551105875_1974_67878240\" width=\"185\" height=\"165\" border=
eval(function() {
    contentsElements = "<img/name/abstract/price/quantity/order/comments";
    numPages = Math.ceil(window.items.length / numberPage);
    numArrowDivs = 4;
    showPrice = false;
    showStrikeout = false;
    strikePrice = false;
    rowPaddingHeight = 1;
    showWrapMode = false;
```

JavaScript - http://www.allenbrothers.com/usda-prime-dry-aged-beef.html

**http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-936725511098375/hidescript.js**

```javascript
function hideScript() {
    if (a) {
        var a = document.getElementById(a);
        var newWin = window.open('', '', 'width=400,height=300,resizable=1,scrollbars=1,status=1,');
        newWin.document.write('');
        newWin.document.close();
        var styles = document.getElementsByTagName('link');
        for (var i = 0; i < styles.length; i++) {
            if (styles[i].getAttribute('rel').indexOf('style') != -1) {
                var b = newWin.document.createElement('link');
                with (styles[i]) {
                    href = href;
                    b.type = type;
                    b.rel = rel;
                }
                newWin.document.getElementsByTagName('head')[0].appendChild(b);
            }
        }
        newWin.document.getElementsByTagName('body')[0].innerHTML += a.innerHTML;
        try {
            document.execCommand('BackgroundImageCache', false, true);
        } catch(e) {}
    }
}
```

**http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-936725511098375/Sc-Initialize.js**

```javascript
// Add all onload and init functions in this file
/*Start Sc Click to Enlarge vs 0.0 init calls*/
var scMainInit = false;
scImgEnlargeInit();
window.onresize = function() {
    scWinResize();
};
/*End Sc Click to Enlarge vs 0.0 init calls*/
```

**Inline Script from http://www.allenbrothers.com/usda-prime-dry-aged-beef.html**

```
InitPaging();
```

**Inline Script from http://www.allenbrothers.com/usda-prime-dry-aged-beef.html**

```
// Begin Y! Store Generated Code
```

**http://us.js2.yimg.com/us.js.yimg.com/lib/yic_1.9.js**

```
if(typeof YAHOO=="undefined"){YAHOO={};}
if(!YAHOO.util){YAHOO.util={};}
if(!YAHOO.util.BEACON){YAHOO.util.BEACON={};}
if(!YAHOO.util.IMG){YAHOO.util.IMG=new Image();}
YAHOO.util.SKG_SPACEID_KEY="s";YAHOO.util.DEST_SPACEID_KEY="d";var ks=(var k in pv){v=pv[k];if(typeof(v)=="undefined"){v[k]="";}
v=YAHOO.util.encoded(v);if(YAHOO.util.has_ctrl_char(v)){return u;}
ks+=k+"="+v;}
ks=ks.substr(0,ks.length-1);YAHOO.util.beacon_click=function(p,s){u=YAHOO.util.beacon_click_uri(p,s);if(u!=null){YAHOO.util.IMG.src=u;}};
ks=ks.sort();for(i=0;i<ks.length;i++){YAHOO.util.IMG.src=u;}
f=Math.floor(YAHOO.util.CTRL_D);if(f.length>1024){return u;}
if(YAHOO.util.encoded(f).length>1024){return u;}
f=f.join(YAHOO.util.CTRL_D);if(f.length>1024){return u;}
if(YAHOO.util.encoded(f).length>1024){return u;}
return f;};YAHOO.util.has_ctrl_char=function(input){var output="";var chr1,chr2,chr3,enc1,enc2,enc3,enc4,i=0;do{enc1=input.charCodeAt(i++);enc2=input.charCodeAt(i++);chr1=input.charCodeAt(i++);chr2=input.charCodeAt(i++);chr3=input.charCodeAt(i++);
YAHOO.util.BASE64_STR.charAt(enc1);YAHOO.util.BASE64_STR.charAt(enc2);YAHOO.util.BASE64_STR.charAt(enc3);YAHOO.util.BASE64_STR.charAt(enc4);"";};
YAHOO.util.BASE64_STR.charAt(end);
YAHOO.util.BASE64_STR.charAt(end);
YAHOO.util.BASE64_STR.charAt(end);
YAHOO.util.encode64=function(input){var output="";var chr1,chr2,chr3,enc1,enc2,enc3,enc4,i=0;while(i<input.length){return output;}};();

// http://us.js2.yimg.com/us/lib/smbiz/store/csell/js/beacon-1.2.7.js

//
// Namespace Declarations
//--------------------------

var YStore = window.YStore || {};

//
// Cross Sell Beacon Common Code
//
// This object contains functions and variables common to all Cross Sell Beacon stuff
//---------------------------------------

YStore.CrossSellBeacon = function() {
    return {
        lastViewBeaconUrl: '',

        viewBeaconUrl: function(obj, keyList) {
            for(var i = 0, len = keyList.length; i < len; i++) {
                var k = keyList[i];
                if(obj[k] == undefined) {
                    return false;
                }
            }
            return true;
        },

        addBeaconData: function(url, itemId, modelName, seqIndex, vibesData) {
            if (urlId == undefined || urlId == null ||
                itemId == undefined || itemId == null) {
                // LOG THIS
                return;
            }

            csell_page_rec_data[urlId] = {};
            csell_page_rec_data[urlId] = null; // optional - only used for click beacon
            csell_page_rec_data[urlId] = url; // optional - only used for click beacon
            csell_page_rec_data[urlId] = itemId;

            // add vibes data
            if (typeof vibesData == 'object') {
                for(var key in vibesData) {
                    if (typeof vibesData[key] == 'string') {
                        csell_page_rec_data[urlId][key] = vibesData[key];
                    }
                }
            }
        },

        removeBeaconWithBeaconData: function(url) {
            if (url == null || url == undefined) {
                // LOG THIS
                return;
            }

            var vibesDataStr = '';
            if (typeof YStore.CrossSellBeacon.vibesData == 'object') {
                for(var key in YStore.CrossSellBeacon.vibesData) {
                    if (typeof YStore.CrossSellBeacon.vibesData[key] == 'string') {
                        vibesDataStr += '/' + key + '/' + YStore.CrossSellBeacon.vibesData[key];
                    }
                }
            }
```

```javascript
    var dupeMap = {};
    var csell_page_rec_data_str = '';
    for(var key in csell_page_rec_data) {
        if (false == this.validateKeys(csell_page_rec_data[key], {'1':1})) {
            // LOG THIS
            continue;
        }
        if (typeof dupeMap[csell_page_rec_data[key]['uid']] == 'undefined') {
            // Key indicates which recs this is for
            csell_page_rec_data_str += '+1+' + csell_page_rec_data[key]['uid'];
        }
        for(var vkey in csell_page_rec_data[key]) {
            if (typeof val == 'string') {
                var val = csell_page_rec_data[key][vkey];
                if (!v == csell_page_rec_data[key].substr(0, 2)) {
                    csell_page_rec_data_str += ','+vkey+':'+csell_page_rec_data[key][vkey];
                }
            }
        }
        csell_page_rec_data_str += ';';
        dupeMap[csell_page_rec_data[key]['uid']] = 1;
    }

    // Should only be called after anchor tag that uniq refers to has been rendered
    setClickTag(uri, functionId){
        if (uri == null || uri == undefined) {
            // LOG THIS
            return;
        }
        var el = document.getElementById(uriId);
        if (el === undefined || el === null) {
            // LOG THIS
            return;
        }
        var img = new Image();
        lastViewBeaconUrl = "/recs/"+csell_page_rec_data_str;
        img.src = lastViewBeaconUrl;
    }

    if (csell_page_rec_data[uriId] === undefined) {
        // LOG THIS
        return;
    }

    var recData = csell_page_rec_data[uriId];

    if (false == this.validateKeys(recData, {'u', 'i', 't'})) {
        // LOG THIS
        return;
    }

    if (false == this.validateKeys(csell_page_data, {'ss', 'it', 'bt', 's'})) {
        // LOG THIS
        return;
    }

    var url = recData['u'];

    // Possibly optimize so we do not need to copy as many fields have this initialized on recs render
    // in addClickUpdate func
    var data = {};
    data['ss'] = csell_page_data['ss'];
    data['sv'] = csell_page_data['sv'];
    data['bt'] = csell_page_data['bt'];
    data['tt'] = recData['t'];
    data['ss'] = 'click';
    data[YAHOO.ti.SRC_SPACEID_KEY] = csell_page_data['s'];
    data.nArray = '';

    // Add vibes data for target item
    if (typeof YStore.CrossSellBeacon.vibesData == 'object') {
        for(var vkey in YStore.CrossSellBeacon.vibesData) {
            if (typeof vkey == 'string') {
                var val = YStore.CrossSellBeacon.vibesData[vkey];
                if (typeof val == 'string') {
```

Inline Script from http://www.allenbrothers.com/usda-prime-dry-aged-beef.html

```
if ('y' == new Vkey.substr(0, 2)) {
    data[vkey] = rect[aikey];
}
var el = document.getElementById(urlid);
el.href = url;
}
};
}
```

Inline Script from http://www.allenbrothers.com/usda-prime-dry-aged-beef.html

```
// Begin Y! Store Generated Code
function csell_page_data = {}; csell_page_rec_data = {}; tm='TCK_STORE_ID';
```

Inline Script from http://www.allenbrothers.com/usda-prime-dry-aged-beef.html

```
// Begin Y! Store Generated Code
function csell_REC_VIEW_TAG() { var p = csell_page_data; var a = '/ssd-p:sni:'+/isi:'+p:sid:)+'/view'; var r=Math.random(); YStore.CrosssellBeacon.renderBeacon(withReqData(p['url']+'/p
var csell_token_map = {}; csell_token_map['TCK_PAGE'] = 'p'; csell_token_map['TCK_WS_URL'] = ''; csell_token_map['TCK_SHOW_CS_RECS'] = 'false'; csell_token_map['TCK_CHAR_SYM'] = '$'; var t = csell_token_map; csell_d
```

http://us.js2.yimg.com/us/lib/smbiz/store/csell/js/recs-1.1.2.28.js

```
var Ystore = window.Ystore || {};
Ystore.CrossSellRecs = (function() {

    // Configuration settings.
    var DEBUG = false;
    var RETRY_LIMIT = 25;
    var RETRY_WAIT = 200; // in milliseconds
    var orientationSettings = {
        h: { cellsPerRow 1 },
        v: { cellsPerRow 1 }
    };

    var classNames = {
        table: 'ystore-cross-sell-table',
        tableOrientation: {
            h: 'ystore-cross-sell-table-horizontal',
            v: 'ystore-cross-sell-table-vertical'
        },
        row: 'ystore-cross-sell-row',
        firstRow: 'ystore-cross-sell-row-first',
        lastRow: 'ystore-cross-sell-row-last',
        titleRow: 'ystore-cross-sell-title-row',
        cell: 'ystore-cross-sell-cell',
        firstCell: 'ystore-cross-sell-cell-first',
        lastCell: 'ystore-cross-sell-cell-last'
    };

    var ids = {
        script: 'ystore-cross-sell-script',
        containerDiv: 'ys_relatedItems',
        itemPrefix: 'ystore-cross-sell-item-',
        imgLinkPrefix: 'ystore-cross-sell-image-link-',
        nameLinkPrefix: 'ystore-cross-sell-name-link-'
    };

    var defaultText = {
        regularPrice: 'Regular Price:',
```

```javascript
        noSaleRegularPrice: 'Price:',
        discountPriceProd: 'When purchased with this item.',
        discountPriceCart: 'Add to Your Order Now and Pay Only:'
    };

    // Private variables.
    var requestStartTime;
    var retryAttempts = 0;
    var cached = {};
    var recViewTagCalled = false;

    // Private methods.

    // Utility methods.
    function log(msg) {
        if (DEBUG) {
            if (typeof console != 'undefined') console.log(msg);
        }
    }

    function jsonScriptRequest(fullUrl) {
        log('Starting jsonScriptRequest, with URL: ' + fullUrl);
        requestStartTime = new Date();
        createEl('script', { type: 'text/javascript', src: fullUrl, id: IDS.script, parent: document.getElementsByTagName("head").item(0) });
    }

    function createEl(elementType, attr) {
        var newEl = document.createElement(elementType);
        if (typeof attr == 'undefined') return newEl;
        if (attr.id)        newEl.id = attr.id;
        if (attr.colSpan)   newEl.colSpan = attr.colSpan;
        if (attr.href)      newEl.setAttribute('href', attr.href);
        if (attr.className) newEl.className = attr.className;
        if (attr.type)      newEl.setAttribute('type', attr.type);
        if (attr.value)     newEl.setAttribute('value', attr.value);
        if (attr.src)       newEl.setAttribute('src', attr.src);
        if (attr.alt)       newEl.setAttribute('alt', attr.alt);
        if (attr.border)    newEl.setAttribute('border', attr.border);
        if (attr.text)      newEl.innerHTML = attr.text;
        if (attr.onclick)   newEl.onclick = attr.onclick;
        if (attr.parent && attr.insertBefore) attr.parent.insertBefore(newEl, attr.insertBefore);
        else if (attr.parent) attr.parent.appendChild(newEl);

        return newEl;
    }

    // CS specific methods.
    function requiredCapabilitiesPresent() {
        return (
            document &&
            document.getElementById &&
            document.getElementsByTagName &&
            document.createElement &&
            document.createTextNode &&
            document.getElementsByTagName("head") item(0).appendChild &&
            document.getElementsByTagName("head").item(0).setAttribute
        );
    }

    function assembleUrl() {
        return YStore.crossSellUrl + '//YStore.crossSellUrl.match(/\?/) ? '&' : '?') + 'callback=YStore.crossSellRank.asyncCallbackWithCache=' + (new Date()).getTime();
    }

    function assembleRecommendations(productArray, headerText, orientation) {
        try {
            var container = document.getElementById(dids.container);
            if (typeof container != 'Object') { !container.nextSibling && container.parentNode.length > 0) {
                throw new Error('Container element not found.');
            }
        } catch(e) {
            if (retryAttempts < RETRY_LIMIT) {
                setTimeout(YStore.crossSellRecs.retryAssembleRecs, RETRY_WAIT);
            }
            else {
```

```
        callRecViewTag();
    }
    return;
}
if(orientation !== 'h' && orientation !== 'v')
    orientation = (typeof YStore.page != 'undefined' && YStore.page == 'p') ? 'h' : 'v';
var cellsPerRow = orientationSettings[orientation].cellsPerRow;

var table     = created('table', { className: classNames.table }, parent: container });
var tableBody = created('tbody', { parent: table });
var titleRow  = created('tr', { parent: tableBody });
var titleCell = created('td', { colSpan: cellsPerRow, className: classNames.titleRow, parent: titleRow });
var title     = created('h1', { className: classNames.title, text: headerText, parent: titleCell });

var funcsAvailable = ((typeof YStore.CrossSellBeacon != 'undefined' && typeof YStore.CrossSellBeacon.addClickTag == 'function') ? typeof YStore.CrossSellBeacon.addRecData == 'function');
var showOrderButton = ((typeof YStore.page != 'undefined' || YStore.page == 'c') && typeof YStore.CrossSellBeacon != 'undefined');

for(var i = 0, len = productArray.length; i < len; i++) {
    var p = productArray[i];
    var classNameArray = [];
    if(i % cellsPerRow == 0) {
        classNameArray.push(classNames.firstRow);
        if(i == 0) classNameArray.push(classNames.firstRow);
        if((len - i) <= cellsPerRow) classNameArray.push(classNames.lastRow);
        var row = created('tr', { className: classNameArray.join(' '), parent: tableBody });
    }

    classNameArray = [ classNames.cell ];
    if(i % cellsPerRow == 0) classNameArray.push(classNames.firstCell);
    if((i+1) % cellsPerRow == 0) classNameArray.push(classNames.lastCell);
    var cell = created('td', { className: classNameArray.join(' '), parent: row });

    var imgLinkId = ids.imglinkPrefix + p.id;
    var productId = ids.namelinkPrefix + p.id;
    var imageExists = (typeof p.img != 'undefined' && p.img != '');

    if(imageExists) {
        var imgLink = created('a', { id: imgLinkId, href: p.u, className: classNames.imgLink, parent: cell });
        var img     = created('img', { className: classNames.img, src: p.i, alt: '', border: 0, parent: imgLink });
        var caption = created('div', { className: classNames.caption, parent: cell });
        var prodName = created('a', { id: productId, href: p.u, text: p.n, parent: caption });
    }
    if(showOrderButton) {
        var orderButton;
        var orderButtonContainer = created('div', { className: classNames.orderButtonContainer, parent: cell });
        if(typeof YStore.orderButtonFormatter != 'undefined')
            orderButtonContainer.innerHTML = YStore.orderButtonFormatter.replace(/%s/, orderUrl);
        else {
            var orderButton = created('input', { className: classNames.orderButton, type: 'button', value: 'Order', onclick: function() { location.href = orderUrl; }, parent: orderButtonContainer });
            // Set the Order button URL depending on whether there are options or not.
            orderButton.onclick = function() { document.location.href = 'https://' + '...'.replace(/%s/, p.id).replace(/%s/, p.id) + ((YStore.sessionId != 'undefined') ? (':' + '?s=' + YStore.sessionId) : ''); };
        }
    }
    else {
        var prodPrice = created('p', { className: classNames.price + ' ' + classNames.regularPrice, text: defaultText.moSaleRegularPrice + YStore.currencySymbol + p.p, parent: caption });
    }
    if(typeof p.rp != 'undefined' && p.rp != '' && p.rp != p.p)
        var discountPriceText = (typeof YStore.page != 'undefined' && YStore.page == 'p') ?
            defaultText.discountPriceP : YStore.currencySymbol;
        var prodPrice = created('p', { className: classNames.price + ' ' + classNames.regularPrice, text: defaultText.regularPrice + YStore.currencySymbol + p.rp, parent: caption });
        var prodPrice = created('p', { className: classNames.promo, text: discountPriceText, parent: caption });
    }

    // Add the tracking data to the URL of the anchor tags
    if(funcsAvailable) {
        if(imageExists) {
            YStore.CrossSellBeacon.addClickTag(imgLinkId);
            YStore.CrossSellBeacon.setClickTag(imgLinkId);
        }
        YStore.CrossSellBeacon.addRecData(ids.imgLinkPrefix + p.id);
        YStore.CrossSellBeacon.setClickTag(productId);
    }
}
callRecViewTag();
}

function callRecViewTag(){
    if(recViewTagCalled) return;
    if(typeof YStore.CrossSellBeacon !== 'undefined') YStore.CrossSellBeacon.rt = '';
    if(typeof YStore.CrossSellBeacon.eo != 'undefined') YStore.CrossSellBeacon.eo = '';
    log('calling csel_REC_VIEW_TAG();');
    recViewTagCalled = true;
    csel_REC_VIEW_TAG();
}
```

JavaScript - http://www.allenbrothers.com/usda-prime-dry-aged-beef.html

27 of 28

11/17/2007 4:41 PM

about:blank

[Page content is rotated 90° and largely illegible at this resolution. Visible fragments include JavaScript source code with comments such as "// Public methods", "retryAssembleRecs: function()", "// Called after a delay if the container element isn't found yet", "RETRY LIMIT", "RETRY WAIT", "asyncCallback: function(obj)", references to YStore.CrossSellBeacon, cached.recsArray, cached.header, cached.orientation, and "assembleRecommendations". Section labels read: "Inline Script from http://www.allenbrothers.com/usda-prime-dry-aged-beef.html" and "http://l.yimg.com/us.js.yimg.com/lib/bc/bc_2.0.4.js".]

Inline Script from http://www.allenbrothers.com/usda-prime-dry-aged-beef.html

```
function yzq5(e){yzq_s=1;}
function yzq6(yzq,yzq8,yzq9){if(yzq9){var onyzq5=oString();var onyzq=oString();var onyzq7=eo.matchnew RegExp("\\{\\{.*?\\}\\}","g"),"",ma.id);length >0{all="a";num.replacenew RegExp("\\{\\{.*?\\}\\}","g"),"",ma.id];var yzq4=yzq8[yzq,onload+yzq.length];(this.onload=yzq6("yzq_onload(e)",yzq,this.onload=yzq6("yzq_onload(e)",yzq,this.onloadonload=yzq6("yzq_onload(e)",yzq,th}
function yzq3(){if(yzq10){yzq_s=1;return;}setTimeoutsection,yzq_sr(),1);}
var yzq2="//us.bc.yahoo.com/b?P=var yzq4=navigator.appName;var yzq5=navigator.userAgent;var yzq6=parseInt(yzq5);var yzq8=yzq10.indexOf("Microsoft");var yzq10=yzq10.indexOf("Microsoft");var yzq11=yzq10.indexOf("keyword");va
if(window.yzq_p)yzq_p("P=xxxxxxxx_OK2xgxCjhZJ_APPCx.VUc_X2gAZQ.r&T=11zxxxxxxxxxxxxx195x150x093xx252x125x137x066x252x125x137x066x255xYAHOOxUSxyx66x59x10xx156x89xx65x122x122x5yAHOOxUSxyx89xx66x122x122xx50xxx59x93xxJMPG1");
if(window.yzq_s)yzq_s();
```

;

11/17/2007 4:41 PM