## g. Item Page – Asian Style Stuffed Dumplings:

i.  Screen Shot – Old Allen Brothers Website

ii. Source Code – Old Allen Brothers Website

iii. Screen Shot – Current Allen Brothers Website

iv. Source Code – Current Allen Brothers Website

# Item Page – Asian Style Stuffed Dumplings

## Old Allen Brothers Website

## (Screen Shots and Source Code)

YOUR SOURCE FOR FINE DINING
ALLEN BROTHERS
THE GREAT STEAKHOUSE STEAKS®
Home - About Us - Contact Us - Catalog Request
CART SEARCH keyword or item # GO
SHOP | GIFT SELECTIONS | FINE DINING | CATALOG | ASSISTANCE

USDA Prime Steaks
Wet-Aged Beef
Dry-Aged Beef
Kobe-style Wagyu Beef
Never Frozen Beef
Appetizers
Buffalo & Venison
Chef Art Smith Entrees
Desserts
Duck
Heat & Serve Entrees
Lamb
Pork
Poultry
Sausages & Bratwurst
Seafood
Steak Burgers & Dogs
Veal
New Products
Specials
Favorites

SIGN UP
FOR EMAIL
SPECIAL OFFERS
<enter email>
SUBSCRIBE

Home > Appetizers > **Asian-Style Stuffed Dumplings**

ASIAN-STYLE STUFFED DUMPLINGS

# ASIAN-STYLE STUFFED DUMPLINGS

Dumplings in three exceptional flavors

Three exceptional fillings in traditional Chinese dough wrappers. Saute to brown, steam, or deepfry.

**Lobster and King Crab Dumplings**
Lobster and king crab combine deliciously with shiitake mushrooms, water chestnuts, garlic, and soy.

view details ▸

36 dumplings in 3 bags of 12 - 1.25 oz. ea. - $139.95

QTY [ ] ADD TO CART

**Vegetable Dumplings**
Exceptional greens - bok choy, gai choy, gow choy - blended with bamboo shoots and our special flavorings.

view details ▸

36 dumplings in 3 bags of 12 - 1.25 oz. ea. - $54.95

QTY [ ] ADD TO CART

**Pork Dumplings**
Perfect partners - pork, napa cabbage, and Chinese mushrooms. Soy and oyster sauce make these irresistible.

view details ▸

36 dumplings in 3 bags of 12 - 1.25 oz. ea. - $55.95

QTY [ ] ADD TO CART

*Customers who bought these selections also bought:*

Vegetable Dumplings

Pork Dumplings

Lobster and King Crab Dumplings

The Great Steakhouse Steak Dogs™

About Us | Privacy Policy | Catalog Request | Customer Service | Contact Us | Site Map | Articles
To place a phone order, call 24 hours a day, 7 days a week — (800) 957-0111
For questions or assistance, call weekdays 8 AM to 5 PM CST — (800) 548-7777
© 2007 Allen Brothers, Inc., All Rights Reserved.
design, development, marketing, and operations by Prominent Consulting, LLC
Managed Server Colocation Provided by echoMountain Data Center Services
Enter your email address to receive special offers
<enter email> SUBSCRIBE

```
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN" "http://www.w3.org/TR/html4/loose.dtd">
<html><!-- InstanceBegin template="/Templates/steaks.dwt.jsp" codeOutsideHTMLIsLocked="false" -->
<head>
<meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
<title>Asian-Style Stuffed Dumplings - Allen Brothers - The Great Steakhouse Steaks</title>
<META name="description" content="Three exceptional fillings in traditional Chinese dough wrappers. Saute to brown, steam, or deepfry.">
<META name="keywords" content="stuffeddumplings">
<META name="Author-Corporate" content="Prominent Consulting LLC">
<link rel="stylesheet" href="http://72.5.200.197/css/steaks.css" type="text/css">
<SCRIPT language="JavaScript" src="http://72.5.200.197/js/steaks.js"></SCRIPT>
<!-- InstanceBeginEditable name="head" -->
<script language="JavaScript" type="text/JavaScript">
<!--
function MM_swapImgRestore() { //v3.0
  var i,x,a=document.MM_sr; for(i=0;a&&i<a.length&&(x=a[i])&&x.oSrc;i++) x.src=x.oSrc;
}

function MM_preloadImages() { //v3.0
  var d=document; if(d.images){ if(!d.MM_p) d.MM_p=new Array();
    var i,j=d.MM_p.length,a=MM_preloadImages.arguments; for(i=0; i<a.length; i++)
    if (a[i].indexOf("#")!=0){ d.MM_p[j]=new Image; d.MM_p[j++].src=a[i];}}
}

function MM_findObj(n, d) { //v4.01
  var p,i,x;  if(!d) d=document; if((p=n.indexOf("?"))>0&&parent.frames.length) {
    d=parent.frames[n.substring(p+1)].document; n=n.substring(0,p);}
  if(!(x=d[n])&&d.all) x=d.all[n]; for (i=0;!x&&i<d.forms.length;i++) x=d.forms[i][n];
  for(i=0;!x&&d.layers&&i<d.layers.length;i++) x=MM_findObj(n,d.layers[i].document);
  if(!x && d.getElementById) x=d.getElementById(n); return x;
}

function MM_swapImage() { //v3.0
  var i,j=0,x,a=MM_swapImage.arguments; document.MM_sr=new Array; for(i=0;i<(a.length-2);i+=3)
   if ((x=MM_findObj(a[i]))!=null){document.MM_sr[j++]=x; if(!x.oSrc) x.oSrc=x.src; x.src=a[i+2];}
}
//-->
</script>
<!-- InstanceEndEditable -->
</head>
<body bgcolor="#ffffff" vlink="#635247" alink="#635247" link="#635247" marginheight="0" marginwidth="0" topmargin="0" leftmargin="0" rightmargin="0"
onLoad="MM_preloadImages('http://72.5.200.197/images/nav/top/ordertracking-over.gif','http://72.5.200.197/images/nav/top/myAccount-over.gif','http://72.5.200.197/images/nav/top/cart-over.gif','http://7
<div id="topLinks" class="topLinks"><a href="steaks.jsp" class="theme">Home</a> - <a href="AboutUs.jsp" class="theme">About Us</a> - <a href="ContactUs.jsp" class="theme">Contact Us</a> - <a
```

```
href="CatalogRequest.jsp" class="theme">Catalog Request</a> </div>
<div id="CompanyLogo" style="position:absolute; top:2px; left:2px; z-index:30; width:328px; height:50px;"><A href="/steaks.jsp"><img src="http://72.5.200.197/images/steaks/A5-logo.jpg" width="328"
height="50" border="0"></A></div>
<div id="Signoff" class="siteNavigation" style="left:300px;"></div>
<!--<div id="OrderTracking" class="siteNavigation" style="left:350px;"><a href="OrderTracking.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('OrderTracking','','http://72.5.200.197/images/steaks/ordertracking-over.gif',1)"><img src="http://72.5.200.197/images/steaks/ordertracking.gif" alt="ORDER TRACKING"
name="OrderTracking" width="103" height="17" border="0"></a></div>
<div id="MyAccount" class="siteNavigation" style="left:456px;"><a href="MyAccount.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('MyAccount','','http://72.5.200.197/images/steaks/myaccount-over.gif',1)"><img src="http://72.5.200.197/images/steaks/myaccount.gif" alt="MY ACCOUNT" name="MyAccount"
width="80" height="17" border="0"></a></div> -->

<div id="Radio" class="siteNavigation" style="top:15px; left:348px;"><a href="/Radio.jsp"><img src="http://72.5.200.197/images/steaks/radio.gif" alt="Hear about us on the radio?" name="Radio"
width="100" height="26" border="0"></a></div>

<div id="ShoppingCart" class="siteNavigation" style="top:23px; left:541px;"><a href="ShoppingCart.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Cart','','http://72.5.200.197/images/steaks/cart-over.gif',1)"><img src="http://72.5.200.197/images/steaks/cart.gif" alt="Shopping Cart" name="Cart" width="38" height="26"
border="0"></a></div>
<div id="Search" class="siteNavigation" style="left:584px;"><img src="http://72.5.200.197/images/steaks/search.gif" alt="Search" name="Search" width="40" height="17" border="0"></div>
<form name="searchBean" method="GET" action="/search.do">
  <div id="SearchForm" class="siteNavigation" style="left:628px;width:120px;top:30px;">
        <input type="text" name="searchString" maxlength="30" size="15" tabindex="1" value="Keyword or item #" onfocus="form.searchString.value='';" class="search">
  </div>
  <div id="SearchForm" class="siteNavigation" style="left:750px;width:17px;top:32px;">
        <input type="image"
                       name="action"
                       src="http://72.5.200.197/images/steaks/gobutton.gif"
                       alt="GO"
                       border="0"
                       value="button.Submit"
                       tabindex="2"/>
  </div>
</form>
<div id="topNavBar" class="topNavBar"></div>
<div id="ShopTopNav" class="topNavBarItems" style="left:1px;"><a href="Shop.jsp?categoryId=87" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('ShopTopNav','','http://72.5.200.197/images/steaks/shop-over.gif',1)"><img src="http://72.5.200.197/images/steaks/shop.gif" alt="Shop Categories" name="ShopTopNav"
width="127" height="18" border="0"></a></div>
<div id="GiftTopNav" class="topNavBarItems" style="left:130px;"><a href="findProducts.do?categoryId=103" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('GiftTopNav','','http://72.5.200.197/images/steaks/gift-over.gif',1)"><img src="http://72.5.200.197/images/steaks/gift.gif" alt="Gift Ideas" name="GiftTopNav" width="127"
height="18" border="0"></a></div>
<div id="FineDiningTopNav" class="topNavBarItems" style="left:264px; z-index:30; width:127px; height:18px;"><a href="FineDining.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('FineDiningTopNav','','http://72.5.200.197/images/steaks/finedining-over.gif',1)"><img src="http://72.5.200.197/images/steaks/finedining.gif" alt="Fine Dining"
name="FineDiningTopNav" width="127" height="18" border="0"></a></div>
<div id="CatalogTopNav" class="topNavBarItems" style="left:418px;"><a href="Catalog.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('CatalogTopNav','','http://72.5.200.197/images/steaks/catalog-over.gif',1)"><img src="http://72.5.200.197/images/steaks/catalog.gif" alt="Catalog" name="CatalogTopNav"
width="127" height="18" border="0"></a></div>
<div id="AssistanceTopNav" class="topNavBarItems" style="left:547px;"><a href="Assistance.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('AssistanceTopNav','','http://72.5.200.197/images/steaks/assistance-over.gif',1)"><img src="http://72.5.200.197/images/steaks/assistance.gif" alt="Assistance"
name="AssistanceTopNav" width="127" height="18" border="0"></a></div>
<div id="LeftNavigationBar" class="leftNavBar">

<div id="PrimeSteaks" class="shopCategory"><a href="/findProducts.do?categoryId=90" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image22','','http://72.5.200.197/images/steaks/leftnav/primesteaks-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/primesteaks.jpg"  alt="Prime Steaks"
name="Image22" width="127" height="15" border="0"></a></div>
<div id="PrimeBeef" class="shopCategory"><a href="/findProducts.do?categoryId=76" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image23','','http://72.5.200.197/images/steaks/leftnav/wetaged-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/wetaged.jpg"  alt="Wet-Aged Beef"
name="Image23" width="127" height="15" border="0"></a></div>
<div id="DryAgedBeef" class="shopCategory"><a href="/findProducts.do?categoryId=50" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image24','','http://72.5.200.197/images/steaks/leftnav/dryaged-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/dryaged.jpg"  alt="Dry-Aged Beef"
name="Image24" width="127" height="15" border="0"></a></div>
<div id="WagyuBeef" class="shopCategory"><a href="/findProducts.do?categoryId=63" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image26','','http://72.5.200.197/images/steaks/leftnav/kobe-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/kobe.jpg"  alt="Kobe-style Wagyu Beef"
name="Image26" width="127" height="15" border="0"></a></div>
<div id="NeverFrozenBeef" class="shopCategory"><a href="/findProducts.do?categoryId=60" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image25','','http://72.5.200.197/images/steaks/leftnav/never-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/never.jpg"  alt="Never Frozen Beef"
name="Image25" width="127" height="15" border="0"></a></div>
<div id="Appetizers" class="shopCategory"><a href="/findProducts.do?categoryId=64" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image27','','http://72.5.200.197/images/steaks/leftnav/appetizers-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/appetizers.jpg"  alt="Appetizers"
name="Image27" width="127" height="15" border="0"></a></div>
<div id="BuffaloVenison" class="shopCategory"><a href="/findProducts.do?categoryId=40" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image28','','http://72.5.200.197/images/steaks/leftnav/buffalo-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/buffalo.jpg"  alt="Buffalo & Venison"
name="Image28" width="127" height="15" border="0"></a></div>
```

```
<div id="Chef Art Smith Entrees" class="shopCategory"><a href="/findProducts.do?categoryId=143" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image42','','http://72.5.200.197/images/steaks/leftnav/artsmith-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/artsmith.jpg" alt="Chef Art Smith Entrees"
name="Image42" width="127" height="15" border="0"></a></div>

<div id="Desserts" class="shopCategory"><a href="/findProducts.do?categoryId=55" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image29','','http://72.5.200.197/images/steaks/leftnav/desserts-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/desserts.jpg" alt="Desserts"
name="Image29" width="127" height="15" border="0"></a></div>
<div id="Duck" class="shopCategory"><a href="/findProducts.do?categoryId=33" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image30','','http://72.5.200.197/images/steaks/leftnav/duck-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/duck.jpg" alt="Duck" name="Image30"
width="127" height="15" border="0"></a></div>
<div id="HeatAndServeEntrees" class="shopCategory"><a href="/findProducts.do?categoryId=32" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image31','','http://72.5.200.197/images/steaks/leftnav/heatandserve-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/heatandserve.jpg" alt="Heat & Serve
Entr&eacute;es" name="Image31" width="127" height="15" border="0"></a></div>
<div id="Lamb" class="shopCategory"><a href="/findProducts.do?categoryId=39" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image32','','http://72.5.200.197/images/steaks/leftnav/lamb-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/lamb.jpg" alt="Lamb" name="Image32"
width="127" height="15" border="0"></a></div>
<div id="Pork" class="shopCategory"><a href="/findProducts.do?categoryId=30" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image33','','http://72.5.200.197/images/steaks/leftnav/pork-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/pork.jpg" alt="Pork" name="Image33" width="127"
height="15" border="0"></a></div>
<div id="Poultry" class="shopCategory"><a href="/findProducts.do?categoryId=28" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image34','','http://72.5.200.197/images/steaks/leftnav/poultry-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/poultry.jpg" alt="Poultry" name="Image34"
width="127" height="15" border="0"></a></div>
<div id="SausagesAndBratwurst" class="shopCategory"><a href="/findProducts.do?categoryId=81" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image35','','http://72.5.200.197/images/steaks/leftnav/sausages-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/sausages.jpg" alt="Sausages & Bratwurst"
name="Image35" width="127" height="15" border="0"></a></div>
<div id="Seafood" class="shopCategory"><a href="/findProducts.do?categoryId=27" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image36','','http://72.5.200.197/images/steaks/leftnav/seafood-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/seafood.jpg" alt="Seafood" name="Image36"
width="127" height="15" border="0"></a></div>
<div id="SteakBurgersAndDogs" class="shopCategory"><a href="/findProducts.do?categoryId=80" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image37','','http://72.5.200.197/images/steaks/leftnav/steakburgers-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/steakburgers.jpg" alt="Steak Burgers &
Dogs" name="Image37" width="127" height="15" border="0"></a></div>
<div id="Veal" class="shopCategory"><a href="/findProducts.do?categoryId=26" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image38','','http://72.5.200.197/images/steaks/leftnav/veal-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/veal.jpg" alt="Veal" name="Image38"
width="127" height="15" border="0"></a></div>
<div id="NewProducts" class="shopCategory"><a href="NewProducts.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image39','','http://72.5.200.197/images/steaks/leftnav/newproducts-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/newproducts.jpg" alt="New Products"
name="Image39" width="127" height="15" border="0"></a></div>
<div id="Specials" class="shopCategory"><a href="/findProducts.do?categoryId=89" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image40','','http://72.5.200.197/images/steaks/leftnav/specials-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/specials.jpg" alt="Specials"
name="Image40" width="127" height="15" border="0"></a></div>
<div id="BestSellers" class="shopCategory"><a href="/findProducts.do?categoryId=91" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image41','','http://72.5.200.197/images/steaks/leftnav/favorites-over.jpg',1)"><img src="http://72.5.200.197/images/steaks/leftnav/favorites.jpg" alt="Favorites"
name="Image41" width="127" height="15" border="0"></a></div>

<div id="OptIn" class="optIn">
<form name="emailOffersBean" method="GET" action="/emailOffers.do" onsubmit="return submitEmailForm(this);">
  <div align="center"><img src="http://72.5.200.197/images/steaks/doublehorizontal.gif" width="120" height="5"><br>
    <img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
    <img src="http://72.5.200.197/images/steaks/emailsubscribe.gif" width="97" height="49" alt="" border="0"><br>
    <img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
      <input type="text" name="email" maxlength="76" size="15" tabindex="3" value="&lt;enter email&gt;" onfocus="form.email.value='';" class="email">
    <br>
    <img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
      <input type="image"
                 name="action"
                 src="http://72.5.200.197/images/steaks/subscribe.gif"
                 alt="SUBSCRIBE"
                 border="0"
                 tabindex="4"/>
    <br>
    <img src="http://72.5.200.197/images/steaks/doublehorizontal.gif" width="120" height="5"> </div>
  </div>
</form>
</div>
<div class="navigationLinks"><a class="navigationTheme" href="/steaks.jsp">Home</a> <span class="navigationPlain">&gt;</span> <a class="navigationTheme"
href="/findProducts.do?categoryId=64">Appetizers</a> <span class="navigationPlain">&gt;</span> <a class="currentNavigationTheme" href="/findProducts.do?categoryId=45">Asian-Style Stuffed
Dumplings</a></div>
<div class="standardPage">
<table width="100%" border="0" cellspacing="0" cellpadding="0">
  <tr>
    <td><!-- InstanceBeginEditable name="MainBody" -->
  <table border="0" cellpadding="0" cellspacing="0" width="627">
    <!--begin category header-->
```

```
    <tr>
      <td width="300" height="300" colspan="1" rowspan="3" valign="top" align="right"><img src="http://72.5.200.197/images/catalog/B4420-U/5/steaks.jpg" border="0" alt="Asian-Style Stuffed
Dumplings"></td>
      <td colspan="1" width="14" height="50"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="14" height="50"></td>
      <td colspan="1" width="303" height="50" valign="top" class="prodDesc"><img src="http://72.5.200.197/images/catalog/B4420-U/6/steaks.gif"></td>
    </tr>
    <tr>
      <td colspan="1" width="14" height="8"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="14" height="8"></td>
      <td colspan="1" width="303" height="8"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="303" height="8"></td>
    </tr>
    <tr>
      <td colspan="1" width="14" height="242"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="14" height="242"></td>
      <td colspan="1" width="303" height="242" valign="top" class="prodDesc"><p align="justify">Three exceptional fillings in traditional Chinese dough wrappers. Saute to brown, steam, or deepfry.<br>
      </td>
    </tr>
    <tr><td colspan="3" width="603" height="10"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="603" height="10" border="0"></td></tr>
        <tr><td colspan="3" width="603"><font class="addToCartError"></font></td></tr>
    <tr><td colspan="3" width="603" height="13"><img src="http://72.5.200.197/images/steaks/promo/tanpixel.gif" width="627" height="2" border="0"><br><img
src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="11" border="0"></td></tr>
<script language=javascript>
        var catalog = ''
        var catalog_name = ''
        var rfx_page = ''
        regEx = /rfx_catalog=([^&=]*)(&|$)?/
        m=regEx.exec(location.search);
        if (m) {
          catalog = m[1];
        }

        regEx = /catalog_name=([^&=]*)(&|$)?/
        m=regEx.exec(location.search);
        if (m) {
          catalog_name = m[1];
        }

        regEx = /rfx_spread=([^&=]*)(&|$)?/
        m=regEx.exec(location.search);
        if (m) {
          rfx_page = m[1];
        }

        if (catalog == '1') {
                //if the catalog is embeded in the client site use this:
                document.write ('<tr><td colspan="3" width="603"><a href="eCatalog.jsp?rfx_page=' + rfx_page + '" class="theme"><img src="http://72.5.200.197/images/steaks/arrowdbl_left.gif"
border="0"> Return to Online Catalog</a><br></td></tr>');
        }

</script>
    <!--begin product rows-->

    <!--begin product row-->
    <form name="addToCartBean" method="GET" action="/addToCart.do">

    <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="7" border="0"></td></tr>
    <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/promo/tanpixel.gif" width="627" height="1" border="0"></td></tr>
    <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="3" border="0"></td></tr>
    <tr>
      <td colspan="3">

        <table border="0" cellpadding="0" cellspacing="0">
          <tr>
            <!--small product photo-->
            <td rowspan="2" align="center" valign="top">
              <a href="Product.jsp?productId=157&categoryId=45">
                  <img src="http://72.5.200.197/images/catalog/B4420-U-LOB/4/steaks.jpg" alt="Lobster and King Crab Dumplings" width="205" height="205" border="0">
              </a>
            </td>
            <td width="1" rowspan="2"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="205" border="0"></td>
            <td valign="top"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="4" border="0"><br>
              <font size="2" class="prodDesc">

              <!--product name-->
```

```
                <b><a href="Product.jsp?productId=157&categoryId=45" class="prodHiLite">Lobster and King Crab Dumplings</a></b><br>

                <!--product description-->
                Lobster and king crab combine deliciously with shiitake mushrooms, water chestnuts, garlic, and soy.
                <br>
                <br>
                <a href="Product.jsp?productId=157&categoryId=45" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('ViewDetails157','','http://72.5.200.197/images/steaks/viewdetails-over.gif',1)">
                  <img src="http://72.5.200.197/images/steaks/viewdetails.gif" alt="view details" name="ViewDetails157" width="64" height="10" border="0">
                </a></font>
            </tr>
            <tr>
              <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0"><br>
                <!--conditional: begin size drop-down-->
                <table border="0" cellpadding="2" cellspacing="0">
                  <tr>
                    <td><font size="2">
                      <font class="addToCartError"></font>
                      <br>
                      <br>

                                        <font class="lineItem">36 dumplings in 3 bags of 12 - 1.25 oz. ea. - $139.95</font>
                                        <input type="hidden" name="selectedItem" value="222">

                      </font></td>
                  </tr>
                  <tr>
                    <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="2" border="0"></td>
                  </tr>
                </table>
                <!--end size drop-down-->

                <table border="0" cellpadding="2" cellspacing="0">
                  <tr>
                    <td><img src="http://72.5.200.197/images/steaks/qty_input.gif" width="15" height="20" border="0"></td>
                    <td>
                      <input type="text" name="quantity" maxlength="2" size="2" value="" class="prodQuantityInput">
                    </td>
                    <td>
                      <input type="hidden" name="productId" value="157">
                      <input type="hidden" name="categoryId" value="45">
                      <input type="hidden" name="shipTo" value="Me">
                      <input type="hidden" name="referringPage" value="category">
                      <input type=image
                              name="AddToCart157"
                              src="http://72.5.200.197/images/steaks/add.gif"
                              alt="Add To Cart"
                              border="0"
                              value="button.Submit"
                              onMouseOut="MM_swapImgRestore()"
                              onMouseOver="MM_swapImage('AddToCart157','','http://72.5.200.197/images/steaks/addtocart-over.gif',1)"
                              id="AddToCart157"/>
                    </td>
                  </tr>
                </table>

              </td>
            </tr>
          </table>

        </td>
      </tr>

      </form>

      <!--end product row-->

      <!--begin product row-->
      <form name="addToCartBean" method="GET" action="/addToCart.do">

      <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="7" border="0"></td></tr>
      <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/promo/tanpixel.gif" width="627" height="1" border="0"></td></tr>
      <tr><td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="3" border="0"></td></tr>
```

```
<tr>
  <td colspan="3">

    <table border="0" cellpadding="0" cellspacing="0">
      <tr>
        <!--small product photo-->
        <td rowspan="2" align="center" valign="top">
          <a href="Product.jsp?productId=158&categoryId=45">
                <img src="http://72.5.200.197/images/catalog/B4420-U-VEG/4/steaks.jpg" alt="Vegetable Dumplings" width="205" height="205" border="0">
          </a>
        </td>
        <td width="1" rowspan="2"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="205" border="0"></td>
        <td valign="top"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="4" border="0"><br>
          <font size="2" class="prodDesc">

          <!--product name-->
          <b><a href="Product.jsp?productId=158&categoryId=45" class="prodHiLite">Vegetable Dumplings</a></b><br>

          <!--product description-->
          Exceptional greens - bok choy, gai choy, gow choy - blended with bamboo shoots and our special flavorings.
          <br>
          <br>
          <a href="Product.jsp?productId=158&categoryId=45" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('ViewDetails158','','http://72.5.200.197/images/steaks/viewdetails-over.gif',1)">
            <img src="http://72.5.200.197/images/steaks/viewdetails.gif" alt="view details" name="ViewDetails158" width="64" height="10" border="0">
          </a></font>
      </tr>
      <tr>
        <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="1" border="0"><br>
          <!--conditional: begin size drop-down-->
          <table border="0" cellpadding="2" cellspacing="0">
            <tr>
              <td><font size="2">
                <font class="addToCartError"></font>
                <br>
                <br>

                                <font class="lineItem">36 dumplings in 3 bags of 12 - 1.25 oz. ea. - $54.95</font>
                                <input type="hidden" name="selectedItem" value="223">

                </font></td>
            </tr>
            <tr>
              <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="2" border="0"></td>
            </tr>
          </table>
          <!--end size drop-down-->

          <table border="0" cellpadding="2" cellspacing="0">
            <tr>
              <td><img src="http://72.5.200.197/images/steaks/qty_input.gif" width="15" height="20" border="0"></td>
              <td>
                  <input type="text" name="quantity" maxlength="2" size="2" value="" class="prodQuantityInput">
              </td>
              <td>
                  <input type="hidden" name="productId" value="158">
                  <input type="hidden" name="categoryId" value="45">
                  <input type="hidden" name="shipTo" value="Me">
                  <input type="hidden" name="referringPage" value="category">
                  <input type=image
                          name="AddToCart158"
                          src="http://72.5.200.197/images/steaks/add.gif"
                          alt="Add To Cart"
                          border="0"
                          value="button.Submit"
                          onMouseOut="MM_swapImgRestore()"
                          onMouseOver="MM_swapImage('AddToCart158','','http://72.5.200.197/images/steaks/addtocart-over.gif',1)"
                          id="AddToCart158"/>
              </td>
            </tr>
          </table>

        </td>
      </tr>
```