## h. Item Page – Whole Turkey:

i. Screen Shot – Old Allen Brothers Website

ii. Source Code – Old Allen Brothers Website

iii. Screen Shot – Current Allen Brothers Website

iv. Source Code – Current Allen Brothers Website

# Item Page – Whole Turkey

## Old Allen Brothers Website
## (Screen Shots and Source Code)

YOUR SOURCE FOR FINE DINING
ALLEN BROTHERS
THE GREAT STEAKHOUSE STEAKS®
Home - About Us - Contact Us - Catalog Request
CART SEARCH Keyword or item #
SHOP | GIFT SELECTIONS | FINE DINING | CATALOG | ASSISTANCE

USDA Prime Steaks
Wet-Aged Beef
Dry-Aged Beef
Kobe-style Wagyu Beef
Never Frozen Beef
Appetizers
Buffalo & Venison
Chef Art Smith Entrees
Desserts
Duck
Heat & Serve Entrees
Lamb
Pork
Poultry
Sausages & Bratwurst
Seafood
Steak Burgers & Dogs
Veal
New Products
Specials
Favorites

SIGN UP FOR EMAIL SPECIAL OFFERS

<enter email> SUBSCRIBE

Home >

Larger View

Cooking Suggestions

## Whole Turkey

Our turkeys are fed a soybean-based diet in a natural feeding process, producing a tastier, more flavorful bird with varied weights. Ready to cook.

One unstuffed 12- to 16-pound turkey serves 12 to 16, about one pound of turkey per person.

1 turkey - 12 to 16 lbs. Item #99871 $79.95 QTY:

ADD TO CART

*Customers who bought this selection also bought:*

Spiral-Cut Honey-Glazed Ham

Irresistible Pies

The Great Steakhouse Steak Dogs™

USDA PRIME Complete-Trim Filets

The Great Steakhouse Steak Burgers - USDA PRIME

About Us | Privacy Policy | Catalog Request | Customer Service | Contact Us | Site Map | Articles

To place a phone order, call 24 hours a day, 7 days a week — (800) 957-0111
For questions or assistance, call weekdays 8 AM to 5 PM CST — (800) 548-7777

© 2007 Allen Brothers, Inc., All Rights Reserved.
design, development, marketing, and operations by Prominent Consulting, LLC
Managed Server Colocation Provided by echoMountain Data Center Services

Enter your email address to receive special offers
<enter email> SUBSCRIBE

```
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN" "http://www.w3.org/TR/html4/loose.dtd">
<html><!-- InstanceBegin template="/Templates/steaks.dwt.jsp" codeOutsideHTMLIsLocked="false" -->
<head>
<meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
<title>Whole Turkey - Allen Brothers - The Great Steakhouse Steaks</title>
<META name="description" content="Our turkeys are fed a soybean-based diet in a natural feeding process, producing a tastier, more flavorful
bird with varied weights.">
<META name="keywords" content="turkey">
<META name="Author-Corporate" content="Prominent Consulting LLC">
<link rel="stylesheet" href="http://72.5.200.197/css/steaks.css" type="text/css">
<SCRIPT language="JavaScript" src="http://72.5.200.197/js/steaks.js"></SCRIPT>
<!-- InstanceBeginEditable name="head" -->
<style type="text/css">
<!--
.style1 {color: #635247}
-->
</style>
<script language="JavaScript" type="text/JavaScript">
<!--
function MM_preloadImages() { //v3.0
  var d=document; if(d.images){ if(!d.MM_p) d.MM_p=new Array();
```

```
    var i,j=d.MM_p.length,a=MM_preloadImages.arguments; for(i=0; i<a.length; i++)
    if (a[i].indexOf("#")!=0){ d.MM_p[j]=new Image; d.MM_p[j++].src=a[i];}}
}

function MM_swapImgRestore() { //v3.0
  var i,x,a=document.MM_sr; for(i=0;a&&i<a.length&&(x=a[i])&&x.oSrc;i++) x.src=x.oSrc;
}

function MM_findObj(n, d) { //v4.01
  var p,i,x;  if(!d) d=document; if((p=n.indexOf("?"))>0&&parent.frames.length) {
    d=parent.frames[n.substring(p+1)].document; n=n.substring(0,p);}
  if(!(x=d[n])&&d.all) x=d.all[n]; for (i=0;!x&&i<d.forms.length;i++) x=d.forms[i][n];
  for(i=0;!x&&d.layers&&i<d.layers.length;i++) x=MM_findObj(n,d.layers[i].document);
  if(!x && d.getElementById) x=d.getElementById(n); return x;
}

function MM_swapImage() { //v3.0
  var i,j=0,x,a=MM_swapImage.arguments; document.MM_sr=new Array; for(i=0;i<(a.length-2);i+=3)
   if ((x=MM_findObj(a[i]))!=null){document.MM_sr[j++]=x; if(!x.oSrc) x.oSrc=x.src; x.src=a[i+2];}
}
//-->
</script>
<!-- InstanceEndEditable -->
</head>
<body bgcolor="#ffffff" vlink="#635247" alink="#635247" link="#635247" marginheight="0" marginwidth="0" topmargin="0" leftmargin="0"
rightmargin="0"
onLoad="MM_preloadImages('http://72.5.200.197/images/nav/top/ordertracking-over.gif','http://72.5.200.197/images/nav/top/myAccount-over.gif','
<div id="topLinks" class="topLinks"><a href="steaks.jsp" class="theme">Home</a> - <a href="AboutUs.jsp" class="theme">About Us</a> - <a
href="ContactUs.jsp" class="theme">Contact Us</a> - <a href="CatalogRequest.jsp" class="theme">Catalog Request</a> </div>
<div id="CompanyLogo" style="position:absolute; top:2px; left:2px; z-index:30; width:328px; height:50px;"><A href="/steaks.jsp"><img
src="http://72.5.200.197/images/steaks/A5-logo.jpg" width="328" height="50" border="0"></A></div>
<div id="Signoff" class="siteNavigation" style="left:300px;"></div>
<!--<div id="OrderTracking" class="siteNavigation" style="left:350px;"><a href="OrderTracking.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('OrderTracking','','http://72.5.200.197/images/steaks/ordertracking-over.gif',1)"><img
src="http://72.5.200.197/images/steaks/ordertracking.gif" alt="ORDER TRACKING" name="OrderTracking" width="101" height="17"
border="0"></a></div>
<div id="MyAccount" class="siteNavigation" style="left:456px;"><a href="MyAccount.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('MyAccount','','http://72.5.200.197/images/steaks/myaccount-over.gif',1)"><img
src="http://72.5.200.197/images/steaks/myaccount.gif" alt="MY ACCOUNT" name="MyAccount" width="80" height="17" border="0"></a></div> -->

<div id="Radio" class="siteNavigation" style="top:15px; left:348px;"><a href="/Radio.jsp"><img
src="http://72.5.200.197/images/steaks/radio.gif" alt="Hear about us on the radio?" name="Radio" width="100" height="26"
border="0"></a></div>

<div id="ShoppingCart" class="siteNavigation" style="top:23px; left:541px;"><a href="ShoppingCart.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Cart','','http://72.5.200.197/images/steaks/cart-over.gif',1)"><img
src="http://72.5.200.197/images/steaks/cart.gif" alt="Shopping Cart" name="Cart" width="38" height="26" border="0"></a></div>
<div id="Search" class="siteNavigation" style="left:584px;"><img src="http://72.5.200.197/images/steaks/search.gif" alt="Search"
name="Search" width="40" height="17" border="0"></div>
<form name="searchBean" method="GET" action="/search.do">
  <div id="SearchForm" class="siteNavigation" style="left:628px;width:120px;top:30px;">
        <input type="text" name="searchString" maxlength="30" size="15" tabindex="1" value="keyword or item #"
onfocus="form.searchString.value='';" class="search">
```

file://///cactus-store/client/AllenBrothers,Inc/EnterprisePackagewithDedicatedResources/Do... view-source:file://///cactus-store/client/AllenBrothers,Inc/EnterprisePackagewithDedicatedRe...

```
    </div>
    <div id="SearchForm" class="siteNavigation" style="left:750px;width:17px;top:32px;">
          <input type="image"
                            name="action"
                            src="http://72.5.200.197/images/steaks/gobutton.gif"
                            alt="GO"
                            border="0"
                            value="button.Submit"
                            tabindex="2"/>
    </div>
  </form>
  <div id="topNavBar" class="topNavBar"></div>
  <div id="ShopTopNav" class="topNavBarItems" style="left:1px;"><a href="Shop.jsp?categoryId=87" onMouseOut="MM_swapImgRestore()"
  onMouseOver="MM_swapImage('ShopTopNav','','http://72.5.200.197/images/steaks/shop-over.gif',1)"><img
  src="http://72.5.200.197/images/steaks/shop.gif" alt="Shop Categories" name="ShopTopNav" width="127" height="18" border="0"></a></div>
  <div id="GiftTopNav" class="topNavBarItems" style="left:130px;"><a href="findProducts.do?categoryId=103" onMouseOut="MM_swapImgRestore()"
  onMouseOver="MM_swapImage('GiftTopNav','','http://72.5.200.197/images/steaks/gift-over.gif',1)"><img
  src="http://72.5.200.197/images/steaks/gift.gif" alt="Gift Ideas" name="GiftTopNav" width="127" height="18" border="0"></a></div>
  <div id="FineDiningTopNav" class="topNavBarItems" style="left:284px; z-index:30; width:127px; height:18px;"><a href="FineDining.jsp"
  onMouseOut="MM_swapImgRestore()"
  onMouseOver="MM_swapImage('FineDiningTopNav','','http://72.5.200.197/images/steaks/finedining-over.gif',1)"><img
  src="http://72.5.200.197/images/steaks/finedining.gif" alt="Fine Dining" name="FineDiningTopNav" width="127" height="18"
  border="0"></a></div>
  <div id="CatalogTopNav" class="topNavBarItems" style="left:418px;"><a href="Catalog.jsp" onMouseOut="MM_swapImgRestore()"
  onMouseOver="MM_swapImage('CatalogTopNav','','http://72.5.200.197/images/steaks/catalog-over.gif',1)"><img
  src="http://72.5.200.197/images/steaks/catalog.gif" alt="Catalog" name="CatalogTopNav" width="127" height="18" border="0"></a></div>
  <div id="AssistanceTopNav" class="topNavBarItems" style="left:547px;"><a href="Assistance.jsp" onMouseOut="MM_swapImgRestore()"
  onMouseOver="MM_swapImage('AssistanceTopNav','','http://72.5.200.197/images/steaks/assistance-over.gif',1)"><img
  src="http://72.5.200.197/images/steaks/assistance.gif" alt="Assistance" name="AssistanceTopNav" width="127" height="18" border="0"></a></div>
  <div id="LeftNavigationBar" class="leftNavBar">

  <div id="PrimeSteaks" class="shopCategory"><a href="/findProducts.do?categoryId=90" onMouseOut="MM_swapImgRestore()"
  onMouseOver="MM_swapImage('Image22','','http://72.5.200.197/images/steaks/leftnav/primesteaks-over.jpg',1)"><img
  src="http://72.5.200.197/images/steaks/leftnav/primesteaks.jpg"  alt="Prime Steaks" name="Image22" width="127" height="15"
  border="0"></a></div>
  <div id="PrimeBeef" class="shopCategory"><a href="/findProducts.do?categoryId=76" onMouseOut="MM_swapImgRestore()"
  onMouseOver="MM_swapImage('Image23','','http://72.5.200.197/images/steaks/leftnav/wetaged-over.jpg',1)"><img
  src="http://72.5.200.197/images/steaks/leftnav/wetaged.jpg"  alt="Wet-Aged Beef" name="Image23" width="127" height="15" border="0"></a></div>
  <div id="DryAgedBeef" class="shopCategory"><a href="/findProducts.do?categoryId=50" onMouseOut="MM_swapImgRestore()"
  onMouseOver="MM_swapImage('Image24','','http://72.5.200.197/images/steaks/leftnav/dryaged-over.jpg',1)"><img
  src="http://72.5.200.197/images/steaks/leftnav/dryaged.jpg"  alt="Dry-Aged Beef" name="Image24" width="127" height="15" border="0"></a></div>
  <div id="WagyuBeef" class="shopCategory"><a href="/findProducts.do?categoryId=63" onMouseOut="MM_swapImgRestore()"
  onMouseOver="MM_swapImage('Image26','','http://72.5.200.197/images/steaks/leftnav/kobe-over.jpg',1)"><img
  src="http://72.5.200.197/images/steaks/leftnav/kobe.jpg"  alt="Kobe-style Wagyu Beef" name="Image26" width="127" height="15"
  border="0"></a></div>
  <div id="NeverFrozenBeef" class="shopCategory"><a href="/findProducts.do?categoryId=60" onMouseOut="MM_swapImgRestore()"
  onMouseOver="MM_swapImage('Image25','','http://72.5.200.197/images/steaks/leftnav/never-over.jpg',1)"><img
  src="http://72.5.200.197/images/steaks/leftnav/never.jpg"  alt="Never Frozen Beef" name="Image25" width="127" height="15"
```

3 of 10 11/17/2007 8:20 PM

file://///cactus-store/client/AllenBrothers,Inc/EnterprisePackagewithDedicatedResources/Do... view-source:file://///cactus-store/client/AllenBrothers,Inc/EnterprisePackagewithDedicatedRe...

```
border="0"></a></div>
<div id="Appetizers" class="shopCategory"><a href="/findProducts.do?categoryId=64" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image27','','http://72.5.200.197/images/steaks/leftnav/appetizers-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/appetizers.jpg"  alt="Appetizers" name="Image27" width="127" height="15" border="0"></a></div>
<div id="BuffaloVenison" class="shopCategory"><a href="/findProducts.do?categoryId=40" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image28','','http://72.5.200.197/images/steaks/leftnav/buffalo-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/buffalo.jpg"  alt="Buffalo & Venison" name="Image28" width="127" height="15"
border="0"></a></div>

<div id="Chef Art Smith Entrees" class="shopCategory"><a href="/findProducts.do?categoryId=143" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image42','','http://72.5.200.197/images/steaks/leftnav/artsmith-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/artsmith.jpg"  alt="Chef Art Smith Entrees" name="Image42" width="127" height="15"
border="0"></a></div>

<div id="Desserts" class="shopCategory"><a href="/findProducts.do?categoryId=55" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image29','','http://72.5.200.197/images/steaks/leftnav/desserts-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/desserts.jpg"  alt="Desserts" name="Image29" width="127" height="15" border="0"></a></div>
<div id="Duck" class="shopCategory"><a href="/findProducts.do?categoryId=33" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image30','','http://72.5.200.197/images/steaks/leftnav/duck-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/duck.jpg"  alt="Duck" name="Image30" width="127" height="15" border="0"></a></div>
<div id="HeatAndServeEntrees" class="shopCategory"><a href="/findProducts.do?categoryId=32" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image31','','http://72.5.200.197/images/steaks/leftnav/heatandserve-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/heatandserve.jpg"  alt="Heat & Serve Entr&eacute;es" name="Image31" width="127" height="15"
border="0"></a></div>
<div id="Lamb" class="shopCategory"><a href="/findProducts.do?categoryId=39" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image32','','http://72.5.200.197/images/steaks/leftnav/lamb-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/lamb.jpg"  alt="Lamb" name="Image32" width="127" height="15" border="0"></a></div>
<div id="Pork" class="shopCategory"><a href="/findProducts.do?categoryId=30" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image33','','http://72.5.200.197/images/steaks/leftnav/pork-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/pork.jpg" alt="Pork" name="Image33" width="127" height="15" border="0"></a></div>
<div id="Poultry" class="shopCategory"><a href="/findProducts.do?categoryId=28" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image34','','http://72.5.200.197/images/steaks/leftnav/poultry-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/poultry.jpg"  alt="Poultry" name="Image34" width="127" height="15" border="0"></a></div>
<div id="SausagesAndBratwurst" class="shopCategory"><a href="/findProducts.do?categoryId=81" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image35','','http://72.5.200.197/images/steaks/leftnav/sausages-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/sausages.jpg" alt="Sausages & Bratwurst" name="Image35" width="127" height="15"
border="0"></a></div>
<div id="Seafood" class="shopCategory"><a href="/findProducts.do?categoryId=27" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image36','','http://72.5.200.197/images/steaks/leftnav/seafood-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/seafood.jpg"  alt="Seafood" name="Image36" width="127" height="15" border="0"></a></div>
<div id="SteakBurgersAndDogs" class="shopCategory"><a href="/findProducts.do?categoryId=80" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image37','','http://72.5.200.197/images/steaks/leftnav/steakburgers-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/steakburgers.jpg"  alt="Steak Burgers & Dogs" name="Image37" width="127" height="15"
border="0"></a></div>
<div id="Veal" class="shopCategory"><a href="/findProducts.do?categoryId=26" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image38','','http://72.5.200.197/images/steaks/leftnav/veal-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/veal.jpg"  alt="Veal" name="Image38" width="127" height="15" border="0"></a></div>
<div id="NewProducts" class="shopCategory"><a href="NewProducts.jsp" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image39','','http://72.5.200.197/images/steaks/leftnav/newproducts-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/newproducts.jpg"  alt="New Products" name="Image39" width="127" height="15"
border="0"></a></div>
```

4 of 10 11/17/2007 8:20 PM

```
<div id="Specials" class="shopCategory"><a href="/findProducts.do?categoryId=89" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image40','','http://72.5.200.197/images/steaks/leftnav/specials-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/specials.jpg"  alt="Specials" name="Image40" width="127" height="15" border="0"></a></div>
<div id="BestSellers" class="shopCategory"><a href="/findProducts.do?categoryId=91" onMouseOut="MM_swapImgRestore()"
onMouseOver="MM_swapImage('Image41','','http://72.5.200.197/images/steaks/leftnav/favorites-over.jpg',1)"><img
src="http://72.5.200.197/images/steaks/leftnav/favorites.jpg"  alt="Favorites" name="Image41" width="127" height="15" border="0"></a></div>

<div id="OptIn" class="optIn">
<form name="emailOffersBean" method="GET" action="/emailOffers.do" onsubmit="return submitEmailForm(this);">
    <div align="center"><img src="http://72.5.200.197/images/steaks/doublehorizontal.gif" width="120" height="5"><br>
      <img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
      <img src="http://72.5.200.197/images/steaks/emailsubscribe.gif" width="97" height="49" alt="" border="0"><br>
      <img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
        <input type="text" name="email" maxlength="76" size="15" tabindex="3" value="&lt;enter email&gt;" onfocus="form.email.value='';"
class="email">
      <br>
      <img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="5" alt="" border="0"><br>
        <input type="image"
                        name="action"
                        src="http://72.5.200.197/images/steaks/subscribe.gif"
                        alt="SUBSCRIBE"
                        border="0"
                        tabindex="4"/>
      <br>
      <img src="http://72.5.200.197/images/steaks/doublehorizontal.gif" width="120" height="5"> </div>
  </div>
</form>
</div>
<div class="navigationLinks"><a class="navigationTheme" href="/steaks.jsp">Home</a> <span class="navigationPlain">&gt;</span> </div>
<div class="standardPage">
<table width="100%"  border="0" cellspacing="0" cellpadding="0">
  <tr>
    <td><!-- InstanceBeginEditable name="MainBody" -->
<table width=629 border="0" cellspacing="0" cellpadding="0">
  <form name="dynamicAddToCartBean" method="GET" action="/productAddToCart.do">
  <tr valign="top">
    <td align="left" width="300"><img src="http://72.5.200.197/images/catalog/2006/fall/35/A/2/steaks.jpg" alt="Whole Turkey" name="photo"
border="0" width="300" height="300"><br>
      <a href="javascript:productLargerView('241');MM_swapImgRestore();" id="ancEnlargeViewLink" onfocus="blur();"
onMouseOver="MM_swapImage('LargerView','','http://72.5.200.197/images/steaks/largerview-over.jpg',1);window.status='Larger View'; return
true;" onMouseOut="MM_swapImgRestore();window.status=''; return true"><img src="http://72.5.200.197/images/steaks/largerview.jpg" alt="Larger
View" name="LargerView" width="80" height="19" border="0"></a><br> <br>
      <a href="javascript:cookingSuggestions('241');MM_swapImgRestore();" id="ancCookingSuggestionsLink" onfocus="blur();"
onMouseOver="MM_swapImage('CookingSuggestions','','http://72.5.200.197/images/steaks/cookinginstructions-over.jpg',1);window.status='Cooking
Suggestions'; return true;" onMouseOut="MM_swapImgRestore();window.status=''; return true"><img
src="http://72.5.200.197/images/steaks/cookinginstructions.jpg" alt="Cooking Suggestions" name="CookingSuggestions" width="121" height="19"
border="0"></a><br>
        </td>
    <td width="10"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
    <td width="319"><script language=javascript>
```

```
        var catalog = ''
        var catalog_name = ''
        var rfx_page = ''
        regEx = /rfx_catalog=([^&=]*)(&|$)?/
        m=regEx.exec(location.search);
        if (m) {
          catalog = m[1];
        }

        regEx = /catalog_name=([^&=]*)(&|$)?/
        m=regEx.exec(location.search);
        if (m) {
          catalog_name = m[1];
        }

        regEx = /rfx_spread=([^&=]*)(&|$)?/
        m=regEx.exec(location.search);
        if (m) {
          rfx_page = m[1];
        }

        if (catalog == '1') {
                //if the catalog is embeded in the client site use this:
                document.write ('<a href="eCatalog.jsp?rfx_page=' + rfx_page + '" class="theme"><img
src="http://72.5.200.197/images/steaks/arrowdbl_left.gif" border="0"> Return to Online Catalog</a><br>');
        }

</script>
<br>

      <span class="productHeader">Whole Turkey</span><br> <br>
      <span class="productDescription">Our turkeys are fed a soybean-based diet in a natural feeding process, producing a tastier, more
flavorful bird with varied weights. Ready to cook.

<p>One unstuffed 12- to 16-pound turkey serves 12 to 16, about one pound of turkey per person.<br> <br>
      <font color=red></font><br> <br> </span>

      <table class="itemTable" width="319"  border="0" cellspacing="0" cellpadding="0">

                <tr><td height="5" colspan="7"><img src="http://72.5.200.197/images/steaks/steaks.gif" height="5"></td></tr>
        <tr class="lineItem">
          <td height="25" valign="top">1 turkey - 12 to 16 lbs.<br>Item #99871</td>
          <td width="5" height="25"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="15" height="1"></td>
                <td height="25" align="right" valign="top" nowrap>$79.95</td>
          <td width="5" height="25" ><img src="http://72.5.200.197/images/steaks/steaks.gif" width="15" height="1"></td>
          <td width="20" height="25" valign="top"><div align="right">QTY:</div></td>
          <td width="5" height="25"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="5" height="1"></td>
          <td width="20" height="25" valign="top"><input type="text" name="quantityList(402)" maxlength="2" size="2" value=""
onfocus="this.select()" class="prodQuantityInput"></td>
```

```
        </tr>
                <tr><td height="5" colspan="7"><img src="http://72.5.200.197/images/steaks/steaks.gif" height="5"></td></tr>

      </table>
      <br>
      <table width="100%"  border="0" cellspacing="0" cellpadding="0">
        <tr>
          <td valign="middle">
                <input type="hidden" name="shipTo" value="Me">
          </td>
          <td valign="middle" align="right">

            <input type=image
                        name="AddToCart"
                        src="http://72.5.200.197/images/steaks/add.gif"
                        alt="Add To Cart"
                        border="0"
                        value="button.Submit"
                        onMouseOut="MM_swapImgRestore()"
                        onMouseOver="MM_swapImage('AddToCart','','http://72.5.200.197/images/steaks/addtocart-over.gif',1)"
                        id="AddToCart"/>     <input type="hidden" name="productId" value="241"> <input type="hidden" name="categoryId"
value="0"> <input type="hidden" name="referringPage" value="product">

    </td>
        </tr>
        </table>

   </form>
        <script language=javascript>
        var catalog = ''
        var catalog_name = ''
        var rfx_page = ''
        regEx = /rfx_catalog=([^&=]*)(&|$)?/
        m=regEx.exec(location.search);
        if (m) {
          catalog = m[1];
        }

        regEx = /catalog_name=([^&=]*)(&|$)?/
        m=regEx.exec(location.search);
        if (m) {
          catalog_name = m[1];
        }

        regEx = /rfx_spread=([^&=]*)(&|$)?/
        m=regEx.exec(location.search);
        if (m) {
          rfx_page = m[1];
        }
```

```
        if (catalog == '1') {
                //if the catalog is embeded in the client site use this:
                document.write ('<tr><td colspan="2"><a href="eCatalog.jsp?rfx_page=' + rfx_page + '" class="theme"><img
src="http://72.5.200.197/images/steaks/arrowdbl_left.gif" border="0"> Return to Online Catalog</a><br> <br></td></tr>');
        }

</script></td>
  </tr>
   <!--Begin Cross Selling-->
  <tr>
    <td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="7" border="0"></td>
  </tr>
  <tr>
    <td colspan="3"><img src="http://72.5.200.197/images/steaks/promo/tanpixel.gif" width="627" height="1" border="0"></td>
  </tr>
  <tr>
    <td colspan="3"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="627" height="3" border="0"></td>
  </tr>
  <!-- Begin Cross Selling Table -->
        <tr>
                <td colspan="3" align="center">

                        <table width="600" border="0" cellpadding="0" cellspacing="0">
                                <tr>
                                        <td><img src="http://72.5.200.197/images/steaks/thisproduct_01.gif" width="200" height="34"></td>
                                        <td><img src="http://72.5.200.197/images/steaks/thisproduct_02.gif" width="200" height="34"></td>
                                        <td><img src="http://72.5.200.197/images/steaks/thisproduct_03.gif" width="200" height="34"></td>
                                </tr>
                                <tr>
                                        <td colspan="3" align="center"><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1"
height="6"><br>
                                                <table border="0" align="center" cellpadding="0" cellspacing="0">
                                                        <tr>

                              <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                              <td width="100" align="center"><a href="Product.jsp?productId=100"><img
src="http://72.5.200.197/images/catalog/2006/fall/25/E/3/steaks.jpg" alt="Spiral-Cut Honey-Glazed Ham" width="85" height="85"
border="0"></a></td>

                              <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                              <td width="100" align="center"><a href="Product.jsp?productId=299"><img
src="http://72.5.200.197/images/catalog/2006/fall/49/C/3/steaks.jpg" alt="Irresistible Pies" width="85" height="85" border="0"></a></td>

                              <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                              <td width="100" align="center"><a href="Product.jsp?productId=206"><img
src="http://72.5.200.197/images/catalog/B5311-R-DOGS/3/steaks.jpg" alt="The Great Steakhouse Steak Dogs&#8482;" width="85" height="85"
border="0"></a></td>

                              <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                              <td width="100" align="center"><a href="Product.jsp?productId=34"><img
```

file://///cactus-store/client/AllenBrothers,Inc/EnterprisePackagewithDedicatedResources/Do... view-source:file://///cactus-store/client/AllenBrothers,Inc/EnterprisePackagewithDedicatedRe...

```
src="http://72.5.200.197/images/catalog/B4897-JR-COM/3/steaks.jpg" alt="USDA PRIME Complete-Trim Filets" width="85" height="85"
border="0"></a></td>

                                <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                                <td width="100" align="center"><a href="Product.jsp?productId=204"><img
src="http://72.5.200.197/images/catalog/B5734-B/3/steaks.jpg" alt="The Great Steakhouse Steak Burgers&#8482; - USDA PRIME" width="85"
height="85" border="0"></a></td>

                                                           </tr>
                                                           <tr>

                                <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                                <td width="100" align="center"><a href="Product.jsp?productId=100" class="theme">Spiral-Cut Honey-Glazed
Ham</a></td>

                                <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                                <td width="100" align="center"><a href="Product.jsp?productId=299" class="theme">Irresistible Pies</a></td>

                                <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                                <td width="100" align="center"><a href="Product.jsp?productId=206" class="theme">The Great Steakhouse Steak
Dogs&#8482;</a></td>

                                <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                                <td width="100" align="center"><a href="Product.jsp?productId=34" class="theme">USDA PRIME Complete-Trim
Filets</a></td>

                                <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="10" height="1"></td>
                                <td width="100" align="center"><a href="Product.jsp?productId=204" class="theme">The Great Steakhouse Steak
Burgers&#8482; - USDA PRIME</a></td>

                                                           </tr>
                                                   </table>
                                           </td>
                                   </tr>
                           </table>

                   </td>
           </tr> <!--End Cross Selling-->
</table>
 <!-- InstanceEndEditable --></td>
  </tr>
    <tr valign="top">
      <td><img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="40"></td>
    </tr>
  <tr>
    <td width=629 align="center"><font face="Verdana, Geneva, Arial, Helvetica, san-serif" size="1" color="#635247"><br>
               <br>
              <a href="AboutUs.jsp"><u>About Us</u></a> | <a href="PrivacyPolicy.jsp"><u>Privacy Policy</u></a> | <a
href="CatalogRequest.jsp"><u>Catalog Request</u></a> | <a href="Assistance.jsp"><u>Customer Service</u></a> | <a
href="ContactUs.jsp"><u>Contact Us</u></a> | <a href="sitemap.jsp"><u>Site Map</u></a> | <a
href="/articles/prime-steaks.jsp"><u>Articles</u></a><br>
              <img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="3" alt="" border="0"><br>
```

9 of 10 11/17/2007 8:20 PM

```
                To place a phone order, call 24 hours a day, 7 days a week &#8212; (800) 957-0111<br>
                For questions or assistance, call weekdays 8 AM to 5 PM CST &#8212; (800) 548-7777              <br>
                <img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="3" alt="" border="0"><br>
&copy; 2007 Allen Brothers, Inc., All Rights Reserved.</font><br>
                <img src="http://72.5.200.197/images/steaks/steaks.gif" width="1" height="3" alt="" border="0"><br>
<span class="pcllc">design, development, marketing, and operations  by <a href="http://www.prominentconsulting.com" target="_blank"
class="pcllc">Prominent Consulting, LLC</a></span>

<br>
<span class="pcllc"><a href="http://www.echomountain.com" target="_blank" class="pcllc">Managed Server Colocation Provided by echoMountain
Data Center Services</a></span>

</td>
        </tr>
        <tr>
                <td width=629 align="center" class="navigationPlain" valign="baseline">Enter your email address to receive special
offers<br><form name="emailOffersBean" method="GET" action="/emailOffers.do" onsubmit="return submitEmailForm(this);"><input type="text"
name="email" maxlength="76" size="15" tabindex="3" value="&lt;enter email&gt;" onfocus="form.email.value='';" class="email"> <input
type="image" name="action" src="http://72.5.200.197/images/steaks/subscribe.gif" alt="SUBSCRIBE" border="0" tabindex="4"/></form></td>
        </tr>
</table>
</div>
<script src="http://www.google-analytics.com/urchin.js" type="text/javascript">
</script>
<script type="text/javascript">
_uacct = "UA-230325-3";
urchinTracker();
</script>
</body>
<!-- InstanceEnd --></html>
```

# Item Page – Whole Turkey

## Current Allen Brothers Website

## (Screen Shots and Source Code)