ALLEN BROTHERS
THE GREAT STEAKHOUSE STEAKS®

SEARCH › GO

GIFT SELECTIONS | FINE DINING | ALLEN BROTHERS CATALOG | SHOPPING ASSISTANCE | VIEW CART

- USDA Prime Steaks
- Wet-Aged Beef
- Dry-Aged Beef
- Kobe Wagyu Beef
- Never Frozen Beef
- Appetizers
- Side Dishes
- Soups
- Buffalo & Venison
- Chef Art Smith Entrees
- Desserts
- Duck
- Heat & Serve Entrees
- Lamb
- The Great Steakhouse Pork
- The Great Steakhouse Poultry
- Sausages and Bratwurst
- Seafood
- Steak Burgers & Dogs
- Smoked Meats
- Veal
- New Products
- Internet Specials
- Favorites
- Celebrity/Media Advocates

SIGN UP FOR EMAIL SPECIAL OFFERS!

Enter Email Address

SUBSCRIBE

Home › Shop › The Great Steakhouse Poultry › Whole Turkey

CLICK FOR ENLARGED VIEW

Cooking Suggestions

## Whole Turkey

Our turkeys are fed a soybean-based diet in a natural feeding process, producing a tastier, more flavorful bird with varied weights. Ready to cook. One unstuffed 12- to 16-pound turkey serves 12 to 16, about one pound of turkey per person.

### ORDERING INFORMATION

| | | |
|---|---|---|
| 1 turkey - 12 to 16 lbs.<br>Item # 99871 | $79.95 | Qty: 0 |

ADD TO CART

Home | About Us | Privacy Policy | Catalog Request | Customer Service | Contact Us | Site Map | Articles | View Shopping Cart

To place a phone order, call 24 hours a day, 7 days a week — (800) 957-0111
For questions or assistance, call weekdays 8 AM to 5 PM CST — (800) 548-7777

Copyright © 2007 Allen Brothers, Inc., All Rights Reserved.

file:///C:/Documents%20and%20Settings/miguely/Desktop/AllenBros/ProductPage2/product... view-source:file:///C:/Documents%20and%20Settings/miguely/Desktop/AllenBros/ProductP...

```
<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Strict//EN" "http://www.w3.org/TR/xhtml1/DTD/xhtml1-strict.dtd"><html><head>
<title>Whole Turkey</title>
<meta name="keywords" content="Whole Turkey " />
<meta name="description" content="Whole Turkey - Our turkeys are fed a soybean-based diet in a natural feeding process, producing a tastier, more flavorful bird with varied weights. Ready to cook. One unstuffed 12- to 16-pound turkey ..." />
<script language="javascript" type="text/javascript" src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/scFrameWork.js"></script>

<!--Solid Cactus Click to enlarge v3.0.2-->
<script language="javascript" type="text/javascript" src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/scImageEnlarge.js"></script>

<script src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/hidescript.js"></script>
<link rel="stylesheet" type="text/css" href="yhst-93672551109875-style-css.css" /><link rel="stylesheet" type="text/css" href="css-edits.css" />
</head><body bgcolor="#ffffff" text="#000000" link="#0000cc" vlink="#666666"><div id="container"><div id="header"><h1 id="brandmark"><a href="index.html">Allen Brothers - The Great Steakhouse Steaks</a></h1><ul id="topnav">
    <li><a href="index.html" title="Home">Home</a></li>
    <li><a href="info.html" title="About Us">About Us</a></li>
    <li><a href="contact2.html" title="Contact Us">Contact Us</a></li>
    <li><a href="tracking.html" title="Order Tracking">Order Tracking</a></li>
    <li class="last">1.800.957.0111</li>
</ul><form method="get" action="nsearch.html" id="searcharea"><fieldset><img src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/search.gif" alt="Search" /><input name="query" type="text" size="12" id="query" /><input type="image" src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/go1.gif" value="Go" class="ys_primary" id="searchsubmit" /><input name="vwcatalog" type="hidden" value="yhst-93672551109875" /></fieldset></form><ul class="links">
    <li><a href="gift-selections.html">Gift Selections</a></li>
    <li><a href="fine-dining1.html">Fine Dining</a></li>
    <li><a href="catalog.html">Allen Brothers Catalog</a></li>
    <li><a href="shopping-assistance.html">Shopping Assistance</a></li>
    <li class="last"><a href="https://order.store.yahoo.net/cgi-bin/wg-order?yhst-93672551109875">View Cart</a></li>
</ul></div><div id="bodyshell" class="clear"><div id="bodycontent"><div class="bodypad">
<!--Start Content Body-->
<div id="breadcrumb"><a href="index.html">Home</a> <img src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/tri.gif" /> <a href="shop.html">Shop</a> <img src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/tri.gif" /> <a href="the-great-steakhouse-poultry.html">The Great Steakhouse Poultry</a> <img src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/tri.gif" /> <b>Whole Turkey</b></div><div id="itempreview">
<!--Solid Cactus Click to enlarge v3.0.2-->
<a href="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1974_9477781" onClick="scShowImg(this,300,300); return false;" id="scMainImage"><img src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1974_9560040" width="220" height="258" border="0" hspace="0" vspace="0" alt="Whole Turkey" /></a>
<!--Solid Cactus Click to enlarge v3.0.2-->
<div id="hideme"><div class="popupText"><p>Whole Turkey<br><br>1. Thaw packaged turkey on a dish in the refrigerator. <br>2. Preheat the oven to 325&deg; F. <br>3. Remove giblets, rinse turkey inside and out with cold water and pat dry. <br>4. Make your favorite stuffing recipe and fill cavity, or use large chopped onions, carrots, celery, and fresh herbs instead. <br>5. Place on a roasting pan and tuck wings under turkey. Brush with olive oil and season generously with salt and pepper. <br>6. Roast until skin is golden brown and crispy, occasionally basting with juices that collect in the pan, to a minimum internal temperature of 165&deg; F. When done, breast meat will be white (not pink) inside. <br><br>One unstuffed 12 to 16-pound turkey serves 12 to 16, approximately one pound of turkey per person. <br><br>The USDA recommends cooking to a minimum internal temperature of 180&deg; F. <br>Use a meat thermometer and check the temperature in the center of the turkey. <br><br>
<br></p></div></div><div class="csuggest"><a href="javascript:unhide('hideme');">Cooking Suggestions<span></span></a></div></div><div id="itemdescription"><h2>Whole Turkey</h2><p>Our turkeys are fed a soybean-based diet in a natural feeding process, producing a tastier, more flavorful bird with varied weights. Ready to cook. One unstuffed 12- to 16-pound turkey serves 12 to 16, about one pound of turkey per person.<br><br></p><h3 class="itemminiheader">Ordering Information</h3><form method="POST" action="http://order.store.yahoo.net/cgi-bin/wg-order?yhst-93672551109875"><input name="catalog" type="hidden" value="yhst-93672551109875" /><input name="multiple-add" type="hidden" value="1" /><input name="allow-zero" type="hidden" value="1" /><table border="0" align="center" id="multi-add" cellspacing="0" cellpadding="0" width="100%"><tr align="center" valign="top" class="light"><td align="left"><div>1 turkey - 12 to 16 lbs.</div><div>Item # 99871</div></td><td align="right" width="80" class="maprice">$79.95</td><td align="center" width="80"><span>Qty: </span><input name="vwitem0" type="hidden" value="99871" /><input name="vwquantity0" type="text" value="0" size="1" /></td></tr><tr><td align="right" colspan="3" class="notme"><input type="image" src="http://us.st11.yimg.com/us.st.yimg.com/I/yhst-93672551109875_1973_6207" alt="Add to cart" title="Add to cart" /></td></tr></table><input type="hidden" name=".autodone" value="http://www.allenbrothers.com/whole-turkey.html" /></form><br /><br /></div><hr class="hide" /><br /><br /><br /><br /><br /></div></div><div id="nav-product"><div id="htmltop"><!--<img src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/specialoffers.gif" alt="Special Offers" />--></div><ul><li><a href="the-great-steakhouse-steaks.html">USDA Prime Steaks</a></li><li><a href="wet-aged-beef.html">Wet-Aged Beef</a></li><li><a href="usda-prime-dry-aged-beef.html">Dry-Aged Beef</a></li><li><a href="kobe-wagyu-beef.html">Kobe Wagyu Beef</a></li><li><a href="our-never-frozen-beef.html">Never Frozen Beef</a></li><li><a href="appetizers.html">Appetizers</a></li><li><a href="side-dishes.html">Side Dishes</a></li><li><a href="soups.html">Soups</a></li><li><a href="buffalo---venison.html">Buffalo & Venison</a></li><li><a href="chef-art-smiths-back-to-the-family-delights.html">Chef Art Smith Entrees</a></li><li><a href="the-great-steakhouse-desserts.html">Desserts</a></li><li><a href="duck-delicacies.html">Duck</a></li><li><a href="heat---serve-entrees.html">Heat & Serve Entrees</a></li><li><a href="the-great-steakhouse-lamb.html">Lamb</a></li><li><a href="the-great-steakhouse-pork.html">The Great Steakhouse Pork</a></li><li><a href="the-great-steakhouse-poultry.html">The Great Steakhouse Poultry</a></li><li><a href="sausages-and-bratwurst.html">Sausages and Bratwurst</a></li><li><a href="seafood-selections.html">Seafood</a></li><li><a href="the-great-steakhouse-steak-burgers-and-steak-dogs.html">Steak Burgers & Dogs</a></li><li><a href="smoked-meats.html">Smoked Meats</a></li><li><a href="the-great-steakhouse-veal.html">Veal</a></li><li><a href="new-products.html">New Products</a></li><li><a href="specials.html">Internet Specials</a></li><li><a href="favorites.html">Favorites</a></li><li><a href="media-personalities.html">Celebrity/Media Advocates</a></li></ul><div id="htmlbottom"><img src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/emailspecials.gif" alt="Sign up for email special offers" /><form action="http://store.yahoo.com/cgi-bin/pro-forma" method="post"><fieldset><input name="email" type="text" size="12" id="mailingquery" value="Enter Email Address"onfocus="if (this.value == this.defaultValue) this.value = '';" onblur="if(this.value=='') this.value = this.defaultValue;" /><input type="image" src="http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/subscribe.gif" value="Subscribe" id="nlsubmit" /><input type="hidden" name="from" value="allenbros3737@yahoo.com" /><input type="hidden" name="owner" value="allenbros3737@yahoo.com" /><input type="hidden" name="subject" value="Newsletter Submission" /><input type="hidden" name="newnames-to" value="yhst-93672551109875" /><input type="hidden" name="vwcatalog" value="yhst-93672551109875" /><input type="hidden" name=".autodone" value="http://store.yahoo.com/yhst-93672551109875" /></fieldset></form></div></div></div><div id="footer"><ul class="links">
    <li><a href="index.html">Home</a></li>
    <li><a href="info.html">About Us</a></li>
    <li><a href="privacypolicy.html">Privacy Policy</a></li>
    <li><a href="catalog.html">Catalog Request</a></li>
    <li><a href="shopping-assistance.html">Customer Service</a></li>
    <li><a href="contact2.html">Contact Us</a></li>
    <li><a href="ind.html">Site Map</a></li>
    <li><a href="articles.html">Articles</a></li>
```

1 of 2 11/17/2007 4:55 PM

file:///C:/Documents%20and%20Settings/miguely/Desktop/AllenBros/ProductPage2/product... view-source:file:///C:/Documents%20and%20Settings/miguely/Desktop/AllenBros/ProductP...

```
    <li class="last"><a href="https://order.store.yahoo.net/cgi-bin/wg-order?yhst-93672551109875">View Shopping Cart</a></li>
</ul><p>To place a phone order, call 24 hours a day, 7 days a week &mdash; (800) 957-0111<br />
For questions or assistance, call weekdays 8 AM to 5 PM CST &mdash; (800) 548-7777</p><div class="text"><span class="copyright">Copyright &copy; 2007 Allen Brothers, Inc., All Rights
Reserved.</span></div></div></div><div id="scImgOverall"></div><script language="javascript" type="text/javascript"
src="http://e.yimg.com/lib.store.c.yimg.com/lib/yhst-93672551109875/Sc-Initialize.js"></script></body>
<script type="text/javascript">
// Begin Y! Store Generated Code
 </script><script type="text/javascript" src="http://us.js2.yimg.com/us.js.yimg.com/ult/ylc_1.9.js" ></script><script type="text/javascript"
src="http://us.js2.yimg.com/us.yimg.com/lib/smbiz/store/csell/js/beacon-1.2.2.7.js" >
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
 csell_page_data = {}; csell_page_rec_data = []; ts='TOK_STORE_ID';
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
function csell_GLOBAL_INIT_TAG() { var csell_token_map = {}; csell_token_map['TOK_ITEM_ID_LIST'] = 'whole-turkey'; csell_token_map['TOK_BEACON_TYPE'] = 'prod'; csell_token_map['TOK_RAND_KEY'] = 't';
csell_token_map['TOK_SPACEID'] = '2022276099'; csell_token_map['TOK_IS_ORDERABLE'] = '1'; csell_token_map['TOK_STORE_ID'] = 'yhst-93672551109875'; csell_token_map['TOK_URL'] = 'http://geo.yahoo.com';
csell_token_map['TOK_ORDER_HOST'] = 'order.store.yahoo.net';  c = csell_page_data; var t = csell_token_map; c['s'] = t['TOK_SPACEID']; c['url'] = t['TOK_URL']; c['si'] = t[ts]; c['ii'] =
t['TOK_ITEM_ID_LIST']; c['bt'] = t['TOK_BEACON_TYPE']; c['rnd'] = t['TOK_RAND_KEY']; c['io'] = t['TOK_IS_ORDERABLE']; YStore.addItemUrl =
'http%s://'+t['TOK_ORDER_HOST']+'/ymix/MetaController.html?eventName.addEvent&cartDS.shoppingcart_ROW0_m_orderItemVector_ROW0_m_itemId=%s&cartDS.shoppingcart_ROW0_m_orderItemVector_ROW0_m_quantity=1&ys
}
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
function csell_REC_VIEW_TAG() {  var p = csell_page_data; var a = '/sid='+p['si']+'/io='+p['io']+'/ii='+p['ii']+'/bt='+p['bt']+'-view'; var r=Math.random();
YStore.CrossSellBeacon.renderBeaconWithRecData(p['url']+'/p/s='+p['s']+'/'+p['rnd']+'='+r+a); }
</script>
<script type="text/javascript">
// Begin Y! Store Generated Code
var csell_token_map = {}; csell_token_map['TOK_PAGE'] = 'p'; csell_token_map['TOK_WS_URL'] = 'http://yhst-93672551109875.csell.store.yahoo.net/cs/recommend?itemids=whole-turkey&location=p';
csell_token_map['TOK_SHOW_CS_RECS'] = 'false'; csell_token_map['TOK_CURR_SYM'] = '$';  var t = csell_token_map; csell_GLOBAL_INIT_TAG(); YStore.page = t['TOK_PAGE']; YStore.currencySymbol =
t['TOK_CURR_SYM']; YStore.crossSellUrl = t['TOK_WS_URL']; YStore.showCSRecs = t['TOK_SHOW_CS_RECS'];</script><script type="text/javascript"
src="http://us.js2.yimg.com/us.yimg.com/lib/smbiz/store/csell/js/recs-1.1.2.28.js" ></script><script type="text/javascript" >
</script>
</html><script language=javascript>
if(window.yzq_p==null)document.write("<scr"+"ipt language=javascript src=http://l.yimg.com/us.js.yimg.com/lib/bc/bc_2.0.4.js></scr"+"ipt>");
</script><script language=javascript>
if(window.yzq_p)yzq_p('P=jun_w9G_QhouBwoj._Z33QFS2CW_vUc_XpsAByeF&T=13nhb8318%2fX%3d1195335323%2fE%3d23732888%2fR%3dst%2fK%3d5%2fV%3d1.1%2fW%3dJ%2fY%3dYAHOO%2fF%3d2018225389%2fS%3d1%2fJ%3d1A42BFD1');
if(window.yzq_s)yzq_s();
</script><noscript><img width=1 height=1 alt=""
src="http://us.bc.yahoo.com/b?P=jun_w9G_QhouBwoj._Z33QFS2CW_vUc_XpsAByeF&T=13rivgvjf%2fX%3d1195335323%2fE%3d23732888%2fR%3dst%2fK%3d5%2fV%3d3.1%2fW%3dJ%2fY%3dYAHOO%2fF%3d300707807%2fQ%3d-1%2fS%3d1%2fJ%
```

2 of 2 11/17/2007 4:55 PM

**JavaScript - http://www.allenbrothers.com/whole-turkey.html**

http://www.allenbrothers.com/whole-turkey.html

http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/scFrameWork.js

```
/*
This file contains all commonly used functions by Solid Cactus
version: 1.0
last modified: Sunil Lukose
modified date: 08/31/06
*/

/*
1. SC.init() - call all functions that needs to be initialized in this function
Notes: This function should be called just before the end </body> tag

2. SC.getTagArray - Returns array of elements
Syntax - SC.getTagArray(sTagName,oDomElement)
e.g. - SC.getTagArray("a",oObj);
Notes: if domEement is not supplied it defaults to document

3. SC.setAttributes - sets attributes on a dom Element
Syntax - SC.setAttributes(oDomElement,sAttrList)
e.g. - SC.getTagArray(oObj,"width","500px","top","0");
NOTES: attributes should be in name value pair you can pass one or more sets of attributes

4. SC.getObj(sObjId) - Returns a object for the passed ID
e.g. - SC.getObj("contetns");
*/

function SC() {};

var SCClass=SC.prototype;
var scClass = new SC();

SC.getTagArray = function(sTagName,oObj){
        aTagArray = null;
        oObj = (oObj) ? oObj : document;
        if(oObj.getElementsByTagName)
                aTagArray = oObj.getElementsByTagName(sTagName);
        return aTagArray;
}

SC.setAttributes = function(oObj){
```

```
        if(arguments.length > 1){
                for(var i=1; i<arguments.length; i=i+2){
                        oObj[arguments[i]] = arguments[i+1];
                }
        }
}

SC.getObj = function(sObjId){
        var oObj = null;
  if (document.getElementById)
      oObj = document.getElementById(sObjId);
  else if (document.all)
      oObj = document.all[sObjId];
  else if (document.layers)
      oObj = document.layers[sObjId];
        return oObj;
}

SC.createElement = function(sTagName){
        var oObj = document.createElement(sTagName);
        if(arguments.length > 1){
                for(var i=1; i<arguments.length; i=i+2){
                        if(arguments[i] == "txt"){
                                var oText = document.createTextNode(arguments[i+1]);
                                oObj.appendChild(oText);
                        }else
                                oObj[arguments[i]] = arguments[i+1];
                }
        }
        return oObj;
}

SC.appendElement = function(oAppendTo){
        var oAppendTo = (oAppendTo) ? oAppendTo : document.body;
        if(arguments.length > 1){
                for(var i=1; i<arguments.length; i++)
                        oAppendTo.appendChild(arguments[i]);
        }
}

SC.createAppend = function(sTagName,oObj){
        var oObj = (oObj)? oObj : document.body;
        var oTagObj = document.createElement(sTagName);
        if(arguments.length > 2){
                for(var i=2; i<arguments.length; i=i+2){
```

```
                    oTagObj[arguments[i]] = arguments[i+1];
                }
            }
        oObj.appendChild(oTagObj);
}

SC.showHide = function(oObj,sDisplay){
        oObj.style.display = sDisplay;
}

String.prototype.trim=function() {
        if (this==null) return null;
        return this.trimEnd(this.trimStart());
}

String.prototype.trimEnd=function() {
        if (this==null) return null;
        var re = /((\s*\S+)*)\s*/;
        return this.replace(re, "$1");
}

String.prototype.trimStart=function() {
        if (this==null) return null;
        var re = /\s*((\S+\s*)*)/;
        return this.replace(re, "$1");
}
```

**http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/scImageEnlarge.js**

```
var Y,X; function o0(O0){var l0=SC.getTagArray("\x53\x45LE\x43T"); for (var i=0; i<l0.length; i++){if (O0=="sh\x6fw"){var I0=l0[i].className.replace("\x68\x69deSelec\x74",""); SC.setAttributes(l0[i],"cla\x73sNa\x6de"
```

**http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/hidescript.js**

```
function unhide(id) {
    var a = document.getElementById(id);
    if (a) {
        var newWin = window.open('', '', 'width=400,height=300,resizable=1,scrollbars=1,status=1', '');
        newWin.document.write('');
        newWin.document.close();
        var styles = document.getElementsByTagName('link');
        for (var i = 0, j = styles.length; i < j; i++) {
            if (styles[i].getAttribute('rel').indexOf('style') != -1) {
                var b = newWin.document.createElement('link');
                with (styles[i]) {
                    b.href = href;
                    b.type = type;
                    b.rel = rel,
                }
```

```
                newWin.document.getElementsByTagName('head')[0].appendChild(b);
            }
        }
        newWin.document.getElementsByTagName('body')[0].innerHTML += a.innerHTML;
    }                                                                                          }
}

try{
                document.execCommand('BackgroundImageCache', false, true);
        }
        catch(e) {}
```

**http://e.yimg.com/lib.store.o.yimg.com/lib/yhst-93672551109875/Sc-Initialize.js**

```
// Add all onLoad and Init Functions in This File

/*Start SC Click to Enlarge v3.0.0 init function calls*/
var scMultiMain = false;
scImgEnlargeInit();
window.onresize = function(){
                scWinResize();
}
/*End SC Click to Enlarge v3.0.0 init calls*/
```

**Inline Script from http://www.allenbrothers.com/whole-turkey.html**

```
// Begin Y! Store Generated Code
```

**http://us.js2.yimg.com/us.js.yimg.com/ult/ylc_1.9.js**

```
if(typeof YAHOO=="undefined"){YAHOO={};}
if(!YAHOO.ULT){YAHOO.ULT={};}
if(!YAHOO.ULT.BEACON){YAHOO.ULT.BEACON="http://geo.yahoo.com/t";}
if(!YAHOO.ULT.IMG){YAHOO.ULT.IMG=new Image();}
YAHOO.ULT.SRC_SPACEID_KEY='_S';YAHOO.ULT.DEST_SPACEID_KEY='_s';YAHOO.ULT.YLC_LIBSRC=2;YAHOO.ULT.CTRL_C='\x03';YAHOO.ULT.CTRL_D='\x04';YAHOO.ULT.BASE64_STR="ABCDEFGHIJKLMNOP"+"QRSTUVWXYZabcdef"+"ghijklmnopqrstuv"+"wxy
p._r=YAHOO.ULT.YLC_LIBSRC;var ks=[];var i=0;for(var k in p){var v=p[k];if(typeof(v)=='undefined'){v=p[k]='';}
if(k.length<1){return u;}
if(k.length>8){return u;}
if(k.indexOf(' ')!=-1){return u;}
if(YAHOO.ULT.has_ctrl_char(k)||YAHOO.ULT.has_ctrl_char(v)){return u;}
ks[i++]=k;}
ks=ks.sort();var f=[];for(i=0;i<ks.length;i++){f[i]=ks[i]+YAHOO.ULT.CTRL_C+p[ks[i]];}
f=f.join(YAHOO.ULT.CTRL_D);if(f.length<1||f.length>1024){return u;}
f=';_ylc='+YAHOO.ULT.encode64(f);i=u.indexOf('/*');if(i==-1){i=u.indexOf('/?');}
if(i==-1){i=u.indexOf('?');}
if(i==-1){return u+f;}else{return u.substr(0,i)+f+u.substr(i);}};YAHOO.ULT.beacon_click=function(p,i){if(!i){i=YAHOO.ULT.IMG;}
if(p){var url=YAHOO.ULT.track_click(YAHOO.ULT.BEACON,p);url+='?t='+Math.random();i.src=url;}
return true;};YAHOO.ULT.has_ctrl_char=function(s){for(var i=0;i<s.length;i++){if(s.charCodeAt(i)<0x20){return true;}}
return false;};YAHOO.ULT.encode64=function(input){var output="";var chr1,chr2,chr3="";var enc1,enc2,enc3,enc4="";var i=0;do{chr1=input.charCodeAt(i++);chr2=input.charCodeAt(i++);chr3=input.charCodeAt(i++);enc1=chr1>>
output=output+
YAHOO.ULT.BASE64_STR.charAt(enc1)+
YAHOO.ULT.BASE64_STR.charAt(enc2)+
YAHOO.ULT.BASE64_STR.charAt(enc3)+
YAHOO.ULT.BASE64_STR.charAt(enc4);chr1=chr2=chr3="";enc1=enc2=enc3=enc4="";}while(i<input.length);return output;};})();
```

**http://us.js2.yimg.com/us.yimg.com/lib/smbiz/store/csell/js/beacon-1.2.2.7.js**

```
/* ----------------------------------------------------------------------------------- */
/* Namespace Declarations.                                                              */
/* ----------------------------------------------------------------------------------- */

var YStore = window.YStore || {};

/* ----------------------------------------------------------------------------------- */
/* Cross Sell Beacon Common Code                                                        */
/* ----------------------------------------------------------------------------------- */
```

```
/* This object contains functions and variables common to all Cross Sell Beacon stuff    */
/* ------------------------------------------------------------------------------------- */
YStore.CrossSellBeacon = function() {
        return {
                lastViewBeaconUrl: '',

                validateKeys: function(obj, keyList) {
                        for(var i = 0, len = keyList.length; i < len; i++) {
                                var k = keyList[i];
                                if (obj[k] === null || obj[k] === undefined) {
                                        return false;
                                }
                        }
                        return true;
                },

                addRecData: function(urlId, url, itemId, modelName, seqIndex, vibesData) {

                        if (urlId === undefined || urlId === null ||
                            url === undefined || url === null ||
                            itemId === undefined || itemId === null) {
                                // LOG THIS
                                return;
                        }
                        csell_page_rec_data[urlId] = {};
                        csell_page_rec_data[urlId]['ui'] = urlId; // optional - only used for click beacon
                        csell_page_rec_data[urlId]['u'] = url; // optional - only used for click beacon
                        csell_page_rec_data[urlId]['ii'] = itemId;

                        // add vibes data
                        if (typeof vibesData === 'object') {
                                for(var key in vibesData) {
                                        if (typeof vibesData[key] == 'string') {
                                                csell_page_rec_data[urlId][key] = vibesData[key];
                                        }
                                }
                        }
                },
                renderBeaconWithRecData: function(url) {

                        if (url === null || url === undefined) {
                                // LOG THIS
                                return;
                        }

                        var vibesDataStr = '';
                        if (typeof YStore.CrossSellBeacon.vibesData === 'object') {
                                for(var key in YStore.CrossSellBeacon.vibesData) {
                                        if (typeof YStore.CrossSellBeacon.vibesData[key] == 'string') {
                                                vibesDataStr += '/'+key+':'+YStore.CrossSellBeacon.vibesData[key];
                                        }
                                }
                        }

                        var dupeMap = {};

                        var csell_page_rec_data_str = '';

                        for(var key in csell_page_rec_data) {
                                if (false === this.validateKeys(csell_page_rec_data[key], ['ii'])) {
                                        // LOG THIS
                                        continue;
                                }

                                if (typeof dupeMap[csell_page_rec_data[key]['ii']] === 'undefined') {
                                        // key indicates which reco this is for
                                        csell_page_rec_data_str += 'ii='+csell_page_rec_data[key]['ii'];

                                        for(var vkey in csell_page_rec_data[key]) {
                                                var vval = csell_page_rec_data[key][vkey];

                                                if (typeof vval === 'string') {
                                                        if ('v_' === vkey.substr(0, 2)) {
                                                                csell_page_rec_data_str += ','+vkey+'='+csell_page_rec_data[key][vkey];
                                                        }
                                                }
                                        }

                                        csell_page_rec_data_str += ';';

                                        dupeMap[csell_page_rec_data[key]['ii']] = 1;
                                }
                        }
                        var img = new Image();
                        lastViewBeaconUrl = url+vibesDataStr+'/recs='+csell_page_rec_data_str;
                        img.src = lastViewBeaconUrl;
                },
                // Should ONLY be called after anchor tag that urlId refers to has been rendered
                setClickTagUrl: function(urlId) {
```

```
                    if (urlId === null || urlId === undefined) {
                            // LOG THIS
                            return;
                    }

                    var el = document.getElementById(urlId);
                    if (el === undefined || el === null) {
                            // LOG THIS
                            return;
                    }

                    if (csell_page_rec_data[urlId] === undefined) {
                            // LOG THIS
                            return;
                    }

                    var recData = csell_page_rec_data[urlId];

                    if (false === this.validateKeys(recData, ['u', 'ii'])) {
                                    // LOG THIS
                                    return;
                    }

                    if (false === this.validateKeys(csell_page_data, ['si', 'ii', 'bt', 's'])) {
                                    // LOG THIS
                                    return;
                    }

                    var url = recData['u'];

                    // Possibly optimize so we do not need to copy as many fields- have this initialized on reco render
                    // in addClickTagData func
                    var data = {};
                    data['si'] = csell_page_data['si'];
                    data['srci'] = csell_page_data['ii'];
                    data['bt'] = csell_page_data['bt']+'-click';
                    data['dsti'] = recData['ii'];
                    data[YAHOO.ULT.SRC_SPACEID_KEY] = csell_page_data['s'];
                    data.inArray = '';

                    // add vibes global data
                    if (typeof YStore.CrossSellBeacon.vibesData === 'object') {
                            for(var vkey in YStore.CrossSellBeacon.vibesData) {
                                    if (typeof YStore.CrossSellBeacon.vibesData[vkey] == 'string') {
                                            data[vkey] = YStore.CrossSellBeacon.vibesData[vkey];
                                    }
                            }
                    }

                    // add vibes data for target item
                    for(var vkey in recData) {
                            var vval = recData[vkey];
                            if (typeof vval === 'string') {
                                    if ('v_' === vkey.substr(0, 2)) {
                                            data[vkey] = recData[vkey];
                                    }
                            }
                    }

                    var ult = YAHOO.ULT.track_click(url, data);

                    var el = document.getElementById(urlId);
                    el.href = ult;
            }
    };
}();
```

**Inline Script from http://www.allenbrothers.com/whole-turkey.html**

```
// Begin Y! Store Generated Code
 csell_page_data = {}; csell_page_rec_data = []; ts='TOK_STORE_ID';
```

**Inline Script from http://www.allenbrothers.com/whole-turkey.html**

```
// Begin Y! Store Generated Code
function csell_GLOBAL_INIT_TAG() { var csell_token_map = {}; csell_token_map['TOK_ITEM_ID_LIST'] = 'whole-turkey'; csell_token_map['TOK_BEACON_TYPE'] = 'prod'; csell_token_map['TOK_RAND_KEY'] = 't'; csell_token_map['
```

**Inline Script from http://www.allenbrothers.com/whole-turkey.html**

```
// Begin Y! Store Generated Code
function csell_REC_VIEW_TAG() {  var p = csell_page_data; var a = '/sid='+p['si']+'/io='+p['io']+'/ii='+p['ii']+'/bt='+p['bt']+'-view'; var r=Math.random(); YStore.CrossSellBeacon.renderBeaconWithRecData(p['url']+'/p
```

**Inline Script from http://www.allenbrothers.com/whole-turkey.html**

```
// Begin Y! Store Generated Code
var csell_token_map = {}; csell_token_map['TOK_PAGE'] = 'p'; csell_token_map['TOK_WS_URL'] = 'http://yhst-93672551109875.csell.store.yahoo.net/cs/recommend?itemids=whole-turkey&location=p'; csell_token_map['TOK_SHOW_
```

http://us.js2.yimg.com/us.yimg.com/lib/smbiz/store/csell/js/recs-1.1.2.28.js

```
var YStore = window.YStore || {};
YStore.CrossSellRecs = (function() {                                  ;

	// Configuration settings.
	var DEBUG = false;
	var RETRY_LIMIT = 25;
	var RETRY_WAIT = 200; // In milliseconds.
	var orientationSettings = {
		h: { cellsPerRow: 3 },
		v: { cellsPerRow: 1 }
	};
	var classNames = {
		table: 'ystore-cross-sell-table',
		tableOrientation: {
			h: 'ystore-cross-sell-table-horizontal',
			v: 'ystore-cross-sell-table-vertical'
		},
		row: 'ystore-cross-sell-row',
		firstRow: 'ystore-cross-sell-row-first',
		lastRow: 'ystore-cross-sell-row-last',
		titleRow: 'ystore-cross-sell-title-row',
		titleCell: 'ystore-cross-sell-title-cell',
		title: 'ystore-cross-sell-title',
		cell: 'ystore-cross-sell-cell ys_relatedItemDesc',
		firstCell: 'ystore-cross-sell-cell-first',
		lastCell: 'ystore-cross-sell-cell-last',

		img: 'ystore-cross-sell-product-image',
		imgLink: 'ystore-cross-sell-product-image-link',
		caption: 'ystore-cross-sell-product-caption',
		name: 'ystore-cross-sell-product-name',
		price: 'ystore-cross-sell-product-price',
		regularPrice: 'ystore-cross-sell-product-reg-price',
		promo: 'ys_promo',
		orderButtonContainer: 'ystore-cross-sell-order-button-container',
		orderButton: 'ys_primary ysco_next_btn'
	};
	var ids = {
		script: 'ystore-cross-sell-script',
		containerDiv: 'ys_relatedItems',
		itemPrefix: 'ystore-cross-sell-item-',
		imgLinkPrefix: 'ystore-cross-sell-image-link-',
		nameLinkPrefix: 'ystore-cross-sell-name-link-'
	};
	var defaultText = {
		regularPrice: 'Regular Price: ',
		noSaleRegularPrice: 'Price: ',
		discountPriceProd: ' when purchased with this item.',
		discountPriceCart: 'Add to Your Order Now and Pay Only: '
	};

	// Private variables.
	var requestStartTime;
	var retryAttempts = 0;
	var cached = {};
	var recViewTagCalled = false;

	// Private methods.

	// Utility methods.
	function log(msg) {
		if(DEBUG) {
			if(typeof console != 'undefined') console.log(msg);
		}
	}

	function jsonScriptRequest(fullUrl) {
		log('Starting jsonScriptRequest, with URL: ' + fullUrl);

		requestStartTime = new Date();
		createEl('script', { type: 'text/javascript', src: fullUrl, id: ids.script, parent: document.getElementsByTagName("head").item(0) });
	}

	function createEl(elementType, attr) {
		var newEl = document.createElement(elementType);
		if(typeof attr === 'undefined') return newEl;

		if(attr.id) newEl.id = attr.id;
		if(attr.className) newEl.className = attr.className;
		if(attr.title) newEl.title = attr.title;

		if(attr.colSpan) newEl.colSpan = attr.colSpan;
		if(attr.href) newEl.setAttribute('href', attr.href);
		if(attr.type) newEl.setAttribute('type', attr.type);
```

```
		if(attr.value) newEl.setAttribute('value', attr.value);
		if(attr.src) newEl.setAttribute('src', attr.src);
		if(attr.alt) newEl.setAttribute('alt', attr.alt);
		if(attr.border) newEl.setAttribute('border', attr.border);
		if(attr.text) newEl.innerHTML = attr.text;
		if(attr.onclick) newEl.onclick = attr.onclick;

		if(attr.parent && attr.insertBefore) attr.parent.insertBefore(newEl, attr.insertBefore);
		else if(attr.parent) attr.parent.appendChild(newEl);

		return newEl;
	}

	// CS specific methods.
	function requiredVarsSet() {
		return (
			typeof YStore !== 'undefined' &&
			typeof YStore.CrossSellBeacon !== 'undefined' &&
			typeof YStore.currencySymbol !== 'undefined' &&
			typeof YStore.showCSRecs !== 'undefined' &&
			typeof csell_REC_VIEW_TAG === 'function' &&
			YStore.showCSRecs === 'true' // This must be true (as a string) to continue.
		);
	}

	function requiredCapabilitiesPresent() {
		return (
			document &&
			document.getElementById &&
			document.getElementsByTagName &&
			document.createElement &&
			document.createTextNode &&
			document.getElementsByTagName("head").item(0).appendChild &&
			document.getElementsByTagName("head").item(0).setAttribute
		);
	}

	function assembleUrl() {
		return YStore.crossSellUrl + ((YStore.crossSellUrl.match(/\?/)) ? '&' : '?') + 'callback=YStore.CrossSellRecs.asyncCallback&noCacheIE=' + (new Date()).getTime();
	}

	function assembleRecommendations(productArray, headerText, orientation) {
		try {
			var container = document.getElementById(ids.containerDiv);
			if((typeof container != 'object') || (!container.nextSibling && container.parentNode.length > 1)) {
				throw new Error('Container element not found.');
			}
		}
		catch(e) {
			if(retryAttempts < RETRY_LIMIT) {
				setTimeout(YStore.CrossSellRecs.retryAssembleRecs, RETRY_WAIT);
			}
			else {
				callRecViewTag();
			}
			return;
		}

		if(orientation !== 'h' && orientation !== 'v') {
			orientation = (typeof YStore.page !== 'undefined' && YStore.page === 'p') ? 'h' : 'v';
		}
		var cellsPerRow = orientationSettings[orientation].cellsPerRow;

		var table = createEl('table', { className: classNames.table + ' ' + classNames.tableOrientation[orientation], parent: container });
		var tableBody = createEl('tbody', { parent: table });
		var titleRow = createEl('tr', { className: classNames.titleRow, parent: tableBody });
		var titleCell = createEl('td', { colSpan: cellsPerRow, className: classNames.titleCell, parent: titleRow });
		var title = createEl('h3', { className: classNames.title, text: headerText, parent: titleCell });

		var funcsAvailable = (typeof YStore.CrossSellBeacon != 'undefined' && typeof YStore.CrossSellBeacon.setClickTagUrl === 'function' && typeof YStore.CrossSellBeacon.addRecData === 'function');
		var showOrderButton = ((typeof YStore.page === 'undefined' || YStore.page === 'c') && typeof YStore.addItemUrl !== 'undefined');

		for(var i = 0, len = productArray.length; i < len; i++) {
			var p = productArray[i];
			var classNameArray;
			if(i % cellsPerRow === 0) {
				classNameArray = [ classNames.row ];
				if(i === 0) classNameArray.push(classNames.firstRow);
				if(len - i <= cellsPerRow) classNameArray.push(classNames.lastRow);
				var row = createEl('tr', { className: classNameArray.join(' '), parent: tableBody });
			}

			classNameArray = [ classNames.cell ];
			if(i % cellsPerRow === 0) classNameArray.push(classNames.firstCell);
			if((i + 1) % cellsPerRow === 0) classNameArray.push(classNames.lastCell);
			var cell = createEl('td', { className: classNameArray.join(' '), id: ids.itemPrefix + p.id, parent: row });

			var imgLinkId = ids.imgLinkPrefix + p.id;
			var prodLinkId = ids.nameLinkPrefix + p.id;
			var imageExists = (typeof p.i !== 'undefined' && p.i != '');
```

```
                if(imageExists) {
                        var imgLink = createEl('a', { id: imgLinkId, href: p.u, className: classNames.imgLink, parent: cell });
                        var img = createEl('img', { className: classNames.img, src: p.i, alt: '', border: 0, parent: imgLink });
                }
                var caption = createEl('div', { className: classNames.caption, parent: cell });
                var prodName = createEl('h4', { className: classNames.name, parent: caption });
                var prodLink = createEl('a', { id: prodLinkId, href: p.u, text: p.n, parent: prodName });
                if(showOrderButton) (function() {
                        var orderUrl = (typeof p.op !== 'undefined' && p.op === 0) ? // Set the Order button URL depending on whether there are options or not.
                                YStore.addItemUrl.replace(/%s/, (document.location.href.indexOf('https') === -1) ? '' : 's').replace(/%s/, p.id) + YStore.sessionInfo :
                                p.u;
                        var orderButtonContainer = createEl('div', { className: classNames.orderButtonContainer, parent: cell });
                        if(typeof YStore.orderButtonFormatStr != 'undefined') {
                                orderButtonContainer.innerHTML = YStore.orderButtonFormatStr.replace(/%s/, orderUrl);
                        }
                        else {
                                var orderButton = createEl('input', { className: classNames.orderButton, type: 'button', value: 'Order', onclick: function() { location.href = orderUrl; }, parent: orderButtonC
                        }
                })();
                if(typeof p.rp !== 'undefined' && p.rp !== '' && p.p != p.rp) {
                        var discountPriceText = (typeof YStore.page !== 'undefined' && YStore.page === 'p') ?
                                YStore.currencySymbol + p.p + defaultText.discountPriceProd :
                                defaultText.discountPriceCart + YStore.currencySymbol + p.p;
                        var prodPrice = createEl('p', { className: classNames.regularPrice, text: defaultText.regularPrice + YStore.currencySymbol + p.rp, parent: caption });
                        var prodRegPrice = createEl('p', { className: classNames.price + ' ' + classNames.promo, text: discountPriceText, parent: caption });
                }
                else {
                        var prodPrice = createEl('p', { className: classNames.price + ' ' + classNames.regularPrice, text: defaultText.noSaleRegularPrice + YStore.currencySymbol + p.p, parent: caption });
                }

                // Add the tracking data to the URL of the anchor tags.
                if(funcsAvailable) {
                        if(imageExists) {
                                YStore.CrossSellBeacon.addRecData(ids.imgLinkPrefix + p.id, p.u, p.id, p.m, p.s, p.v);
                                YStore.CrossSellBeacon.setClickTagUrl(imgLinkId);
                        }

                        YStore.CrossSellBeacon.addRecData(ids.nameLinkPrefix + p.id, p.u, p.id, p.m, p.s, p.v);
                        YStore.CrossSellBeacon.setClickTagUrl(prodLinkId);
                }
        }

        callRecViewTag();
}

function callRecViewTag() {
        if(recViewTagCalled || typeof YStore.CrossSellBeacon === 'undefined') return;
        if(typeof YStore.CrossSellBeacon.rid === 'undefined') YStore.CrossSellBeacon.rid = '';
        if(typeof YStore.CrossSellBeacon.sn === 'undefined') YStore.CrossSellBeacon.sn = '';
        log('Calling csell_REC_VIEW_TAG().');
        recViewTagCalled = true;
        csell_REC_VIEW_TAG();
};

// Public methods.

return {
        retryAssembleRecs: function() { // Called after a delay if the container element isn't found yet.
                retryAttempts++;
                log('Retry attempt ' + retryAttempts + ' out of ' + RETRY_LIMIT + ', after a delay of ' + RETRY_WAIT + ' ms');
                assembleRecommendations(cached.recsArray, cached.header, cached.orientation);
        },

        asyncCallback: function(obj) {
                log('Total request time: ' + ((new Date()).getTime() - requestStartTime.getTime()) + ' ms');
                // Guide to short variables names returned from the webservice:
                //      r: recommendations, an array of the products that have been recommended for this product page.
                //              id: product id.
                //              n: product name.
                //              p: product price.
                //              u: product URL.
                //              i: product image URL.
                //              op: 1 or 0 depending on whether the product has options or not.
                //              m: model name.
                //              s: sequence.
                //      rid: Used in beaconing, must be assigned to YStore.CrossSellBeacon.rid.
                //      sn: Used in beaconing, must be assigned to YStore.CrossSellBeacon.sn.
                if(typeof obj !== 'undefined' &&
                                typeof obj.r !== 'undefined' &&
                                typeof obj.h !== 'undefined' &&
                                typeof obj.o !== 'undefined') {
                        cached.recsArray = obj.r;
                        cached.header = obj.h;
                        cached.orientation = obj.o;
                        YStore.CrossSellBeacon.vibesData = (typeof obj.v === 'object') ? obj.v : {};

                        assembleRecommendations(cached.recsArray, cached.header, cached.orientation);
                }
                else {
                        log('Async response does not include the needed data.');
                        callRecViewTag();
```