# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **PROMINENT CONSULTING, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6357 |
| | ) | |
| **ALLEN BROTHERS, INC.,** | ) | Judge Ruben Castillo |
| | ) | |
| Defendant. | ) | Magistrate Judge Morton Denlow |
| | ) | |

## CERTIFIED DECLARATION OF NIK KRIMM

I, Nik Krimm, hereby declare as follows:

1.     I am over the age of 21 and reside in Cook County, Illinois.

2.     I have personal knowledge of all of the facts set forth in this Certified Declaration and would be competent to testify thereto if called upon to do so as a witness.

3.     I am an Internet website programmer and have been engaged in website programming since 1996.   I occasionally perform website programming as an independent contractor for companies seeking to develop or change an Internet website.

### Work on Allen Brothers Shipping Calendar

4.     I was retained by Allen Brothers in September 2007 to develop a shipping calendar functionality for Allen Brothers' website (the "Allen Brothers Website") then in development by a website development company called Solid Cactus.

5.     Because the Allen Brothers Website was to run on a Yahoo! Stores platform, it was necessary to integrate the calendar functionality into that platform.

## Changes to Shipping Calendar to Ensure No Overlap

6.     After the Allen Brothers Website was up and running, including the shipping calendar functionality that I developed, I was informed that Prominent Consulting, LLC ("Prominent") had claimed that the source code for the shipping calendar on the Allen Brothers Website included certain source code in which Prominent claimed to have proprietary rights.

7.     In late October and early November 2007, I redeveloped the shipping calendar functionality for the Allen Brothers Website. My goal in redeveloping the shipping calendar was to make sure that my work was an original one.

8.     The new and redeveloped version of the shipping calendar that I created (the "Allen Brothers Shipping Calendar") was running on the Allen Brothers Website no later than November 7, 2007.

9.     The Allen Brothers Shipping Calendar, as it currently exists on the Allen Brothers Website, is an original work that I created.

## Inaccurate Statements About Allen Brothers
## Shipping Calendar in Seidensticker Affidavit

10.     I have reviewed the Affidavit of Laura Seidensticker filed in this matter (the "Seidensticker Affidavit"). Attached as Exhibit B to the Seidensticker Affidavit is a document that supposedly shows "source code used by the new Allen Brothers' website."

11.     I have reviewed the code related to the "Shipping Calendar Page" included in Exhibit B to the Seidensticker Affidavit. The actual source code that is claimed on Exhibit B to be part of the Allen Brothers Shipping Calendar is in fact not present in the Allen Brothers Shipping Calendar, contrary to the claim in paragraph 22 of the Seidensticker Affidavit. At most, a very small number of code similarities exists between

2

the Allen Brothers Shipping Calendar and the shipping calendar that Prominent claims to have created; those similarities relate solely to code for which there is a limited or standard manner of expression and the end result to be achieved dictates the best way to draft the code.

12.     Attached hereto as Exhibit 1 is the source code from the Allen Brothers Shipping Calendar.

13.     I have reviewed the specific similarities that the Seidensticker Affidavit claims exist between the source code underlying the Allen Brothers Shipping Calendar and the shipping calendar that Prominent claims to have created for Allen Brothers and found several inaccuracies.

14.     There are not a "majority of copied lines of code" between the Allen Brothers Shipping Calendar and the shipping calendar that Prominent claims to have created for Allen Brothers as claimed in paragraph 23 of the Seidensticker Affidavit.

15.     The variable "hawaiianFish" does not appear in the Allen Brothers Shipping Calendar as claimed in paragraph 24 of the Seidensticker Affidavit.

16.     The statement that "this is legacy code, partially refactored" does not appear in the Allen Brothers Shipping Calendar as claimed in paragraph 25 of the Seidensticker Affidavit.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 18, 2007.

Nik Krimm

# EXHIBIT 1

```
                              MetaController[1]
<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN"
      "http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd">
<html xmlns="http://www.w3.org/1999/xhtml">
  <head profile="http://smallbusiness.yahoo.com/merchant">
    <title>Shipping and Billing</title>
      <script>
try{
  window.onload=initShippingCalendar;
  }catch(e){
  alert(e);
}

function initShippingCalendar(){
  ShippingCalendar.initialize(); //having trouble assigning this directly to onload.

  }

field={
  initialize:function(){
    this.form=document.forms['CheckoutForm'];
    this.shipDate=this.form['customFieldDS.customfield_ROW0_value'];

this.shipOpts=this.form['shippingOptionsDS.shipping_options_ROW0_shipping_method_id'
];
    this.state=this.form['shipping-state'];
    this.applyBtn=this.form.elements['eventName.updateShippingMethodEvent'];
    this.shipMethods=$('merchant-selected-shipping-methods');
    this.deliverDate=$('vwcf-yhst-93672551109875-shipping-calendar');
  }
}


ShippingCalendar={
  initialize:function(){
    ShippingDate.initialize();
    field.initialize();
    field.shipMethods.style.display="none"; //hide the native yahoo fields, as well
be using the field.deliverDate instead
    field.applyBtn.style.display="none";
    $('labelmerchant-selected-shipping-methods').style.display="none";
    $('labelmerchant-selected-shipping-methods').parentNode.style.display="none";
    field.deliverDate.onclick=this.launch;
    field.deliverDate.onfocus=field.deliverDate.blur;
    field.shipDate.style.display="none";
    if (field.shipDate.value!=""){
      var shipMethod=field.shipMethods.value;
      var shipOffset= (shipMethod.match(/2DAY/i)) ? 2 : 1 ;// relies on the 2 day
shipping options having values which match "2DAY", and all others options being 1
day
      var usersDate=new Date(field.shipDate.value);
      usersDate.setDate(usersDate.getDate()+shipOffset);
      updateDeliveryDateDisplay(usersDate);
    }
    this.launch();
  },
  launch:function(){
    if(!$('cal')){
      r=document.createElement('div');
      r.setAttribute("id","cal");
      r.style.display="none";
      field.deliverDate.parentNode.parentNode.appendChild(r);
    }
    CalendarDisplay.writeCalendar();
```

```
                                MetaController[1]
      }
}

CalendarDisplay={
   element:('cal'),
   initialize:function(){
      initShippingCalendar();
   },
   show:function(){
      $('cal').style.display="block";
   },
   hide:function(){
      $('cal').style.display="none";
   },
   changeMonth:function(num,e) {
      killEvent(e);
      ShippingDate.pointer.setDate(1); // move pointer to beginning of month before
changing months to avoid EOM and February problems
      var newMonth=ShippingDate.pointer.getMonth()+num;
      ShippingDate.pointer.setMonth(newMonth);
      CalendarDisplay.writeCalendar();
   },
   generateCalendarHeader:function(){
      var calendarHeader="";
      calendarHeader += "<br /><table cellpadding='5' cellspacing='0' border='0'
width='252' align='center'>";
      calendarHeader += "<tr bgcolor='#003366'>";
      calendarHeader += "<td>";
      calendarHeader += "<span style='color:white'>"
      if (ShippingDate.pointer > ShippingDate.earliest){
         calendarHeader += "<a href='javascript:stub();'
onClick='javascript:CalendarDisplay.changeMonth(-1,event);return false;'
style='color:white;text-decoration:none;font-weight:bold;'>&lt;&lt;</a>"          ;
      }
      calendarHeader += "</span></td>";
      calendarHeader += "<td align='center' colspan='5'>";
      calendarHeader += "<span style='color:white'>" +
ShippingDate.pointer.monthName() + " " + ShippingDate.pointer.getFullYear() +
"</span></td>";
      calendarHeader += "<td align='right'>";
      calendarHeader += "<span style='color:white'>"
      calendarHeader += "<a href='javascript:stub();'
onClick='javascript:CalendarDisplay.changeMonth(1,event);return false;'
style='color:white;text-decoration:none;font-weight:bold;'>&gt;&gt;</a>"
      calendarHeader += "</span></td>"
      calendarHeader += "</tr>";
      //calendarHeader += "</table>";
      return calendarHeader;
   },
   generateCalendarGrid:function(){
      var blankColumn = "<td> </td>";
      var daysArray=["S","M","T","W","T","F","S"];

      var result = "<tr bgcolor='#EFEFEF'>";
      for (var i=0;daysArray[i];i++){
         result+="<td align='center'>"+daysArray[i]+"</td>";
      }
      result +="</tr><tr>";
      var thisMonth=Calendar.getMonthAsSparseArray(ShippingDate.pointer);
      var days = ShippingDate.pointer.monthLength();
      for(i=0;i< thisMonth.length;i++){
         var dayOfWeek=i % 7; // makes assumption that week starts on Sunday
         if(thisMonth[i]==undefined){ // first members of sparse array are undefined
                                Page 2
```

```
                              MetaController[1]
        result += blankColumn;
        continue;
      }
      ShippingDate.pointer.setDate(thisMonth[i]);
      var shippingType= getShippingType(ShippingDate.pointer);

      if (shippingType != -1) { // could be better.  getShippingType returns -1 if
this is a nonshippable day
        var
passableDate=ShippingDate.pointer.getFullYear()+"/"+(ShippingDate.pointer.getMonth()
+1)+"/"+ShippingDate.pointer.getDate(); // due to escaping issues below
        result+= "<td align='center' style='border:1px solid #FFFFFF;
background-color:"+Color[shippingType]+";'>";
        result+="<a  href='javascript:returnDate(\"" + passableDate +
"\",\""+shippingType+"\")'>";
        result+= ShippingDate.pointer.getDate() + " </a>";
        result+= "</td>";
      } else {
        result += "<td align='center'>" + ShippingDate.pointer.getDate() + "</td>"
      }
      if((i%7)==6){
        result +="</tr><tr>";
      }
    }
    result += "</tr></table>";
    return result;
  }
};

function isNonContinentalState(){
  var inputState=field.state.value.toLowerCase();
  if (inputState == "hawaii" || inputState == "puerto rico" || inputState ==
"alaska" || inputState == "al" || inputState== "hi" || inputState =="pr") {
    return true;
  }else{
    return false;
  }
}


ShippingDate={
  initialize:function(){
    this.earliest=this.getEarliest(new Date());
    this.latest=this.getLatest(new Date());
    this.pointer=new Date(this.earliest);
  },
  getEarliest:function(date){
    if(date.getDay()==5){ //Friday
      if(date.afterShippingCutoff()){
        date.setDate(date.getDate()+4); // make it Tuesday
      } else {
        date.setDate(date.getDate()+3); // make it Monday
      }
      return date;
    } else if (date.getDay()==6 || date.getDay()==0) { // Saturday or Sunday
      while(date.getDay()!=2){
        date.setDate(date.getDate()+1);
      }
      return date;

    } else { // any old day
      if(date.afterShippingCutoff()){ // if its later than 10:30am, date++
                              Page 3
```

```
                                    MetaController[1]
        date.setDate(date.getDate()+1)
        }
        date.setDate(date.getDate()+1);// 1 day handling minimum
        if(date.getDay()==6){date.setDate(date.getDate()+2);} // if calculated
shipping date is saturday, make monday
        if(date.getDay()==0){date.setDate(date.getDate()+1);} // if calculated
shipping date is sunday, make monday
        }

    return date;
  },

  getLatest:function(date){
    return new Date(date.setDate(date.getDate()+330));
  }
}


Date.prototype.display=function(type){
    var month=this.getMonth()+1;
    month=(month<10) ? "0"+ month : month;
    var date=this.getDate();
    date=(date<10) ? "0"+ date : date;
    if (type=="short"){
      return this.MonthName()+"d";
      }else{
      return (month+'/'+date+'/'+this.getFullYear());
    }
}

Date.prototype.monthLength=function(){
    // if you create a new date with an out of range 'day of month'
    // value, JS will adjust the month to a real date.
    // E.g. new Date("Feb 30,2007") returns "Mar 02 2007"

    for (var i=31;i>0;i--){
      var tester=new Date(this.getFullYear(),this.getMonth(), i);
      if(tester.getMonth()==this.getMonth()){
        return i;
      }
    }
}

Date.prototype.monthName=function(){
    _months=['January', 'February', 'March', 'April', 'May', 'June','July', 'August',
'September', 'October', 'November', 'December'];
    return _months[this.getMonth()];
}

Date.prototype.dayName=function(){
    _days=['Sun', 'Mon', 'Tue', 'Wed', 'Thu', 'Fri','Sat'];
    return _days[this.getDay()];
}

Date.prototype.afterShippingCutoff=function(){
    // if after 10:30am return true;
    // using UTC time to avoid timezone issues
    var UTCOffset=[this.getUTCDate()-this.getDate()] /*equals 0 or 1*/ *24; // equals
0 or 24
    var hours=this.getUTCHours()+UTCOffset
    if (hours>=17 || (hours==10 && this.getMinutes()>30)){
      return true;
      } else {
```

```
                              MetaController[1]
      return false;
   }
}

Calendar={

holidays:["05/28/2007","07/04/2007","09/03/2007","11/22/2007","12/25/2007","01/01/20
08"],
   getMonthAsSparseArray:function(date){
      var result=[];
      var days = ShippingDate.pointer.monthLength();
      var firstOfMonth = new Date ((date.getFullYear()), date.getMonth(), 1); //
      var offset = firstOfMonth.getDay();
      result=new Array(offset);
      for(var i=1;i<=days;i++){
        result[result.length]=i
      }
      return result;
   },
   isHoliday:function(month, day) {
      for (j=0; j<this.holidays.length; j++) {
         var _holiday=new Date(this.holidays[j]);
         if (_holiday != null) {
            if ((ShippingDate.pointer.getFullYear()==_holiday.getFullYear()) &&
(ShippingDate.pointer.getMonth()==_holiday.getMonth()) &&
(ShippingDate.pointer.getDate()==_holiday.getDate())) {
            return true;
            }
         }
      }
      return false;
   }
}


function killEvent(e) {
   if (!e) var e = window.event;
   e.cancelBubble = true;
   if (e.stopPropagation) e.stopPropagation();
}

function returnDate(date,shippingType) {
   try{
      deliveryDate=new Date(date); // convert due to escaping issues in caller
      var factor=(shippingType.search(/1day/)>0) ? -1 : -2;
      var shipDate=new Date(deliveryDate);
      shipDate=new Date(shipDate.setDate(shipDate.getDate()+factor));
      put("shipDate:"+shipDate);
      put("deliveryDate:"+deliveryDate);
      field.shipDate.value = shipDate.display();
      updateDeliveryDateDisplay(deliveryDate);
      var shippingType = getShippingType(deliveryDate);
      if (shippingType == "fedex1day") {
         field.shipOpts.selectedIndex=0;
         } else if (shippingType == "fedex2day") {
         field.shipOpts.selectedIndex=1;
         } else if (shippingType == "fedex1daySat") {
         field.shipOpts.selectedIndex=2;
         } else if (shippingType == "fedex2daySat") {
         field.shipOpts.selectedIndex=3;
         } else if (shippingType == "fedex1dayNonContinental") {
         field.shipOpts.selectedIndex=4;
         } else if (shippingType == "fedex1daySatNonContinental") {
                              Page 5
```

```
                              MetaController[1]
      field.shipOpts.selectedIndex=5;
    }
    field.applyBtn.click(); // this submits the form with the hidden values
    }catch(e){
      put(e)
    }
}

Color={
  fedex2day:"#9CF", // blue
  fedex1day:"#F9C", // red
  fedex2daySat:"#CFC", // green
  fedex1daySat:"#FC9", // red
  fedex1daySatNonContinental:"brown",

  fedex1dayNonContinental:"orange"
}


function getCalendarKey(cal){
  var result="";
  result += "<p style='border-left:15px solid
"+Color.fedex2day+";line-height:15px;padding-left:15px;'>FedEx 2Day Shipping<span
class='price'></span></p>";
  result += "<p style='border-left:15px solid
"+Color.fedex1day+";line-height:15px;padding-left:15px;'>FedEx Overnight
Service<span class='price'></span></p>";
  result += "<p style='border-left:15px solid
"+Color.fedex2daySat+";line-height:15px;padding-left:15px;'>FedEx 2Day with Saturday
Delivery<span class='price'></span></p>";
  result += "<p style='border-left:15px solid
"+Color.fedex1daySat+";line-height:15px;padding-left:15px;'>FedEx Overnight /
Saturday <span class='price'></span></p>";
  if(isNonContinentalState()){
    result += "<p style='border-left:15px solid
"+Color.fedex1dayNonContinental+";line-height:14px;padding-left:15px;'>Fedex
Overnight / Alaska, Hawaii, Puerto Rico<span class='price'></span></p>";
    result += "<p style='border-left:15px solid
"+Color.fedex1daySatNonContinental+";line-height:15px;padding-left:15px;'>FedEx
Overnight / Saturday / Alaska, Hawaii, Puerto Rico<span class='price'></span></p>";
  }
  return result;
}


function getShippingType(date) {
  if(date <= ShippingDate.earliest || date >= ShippingDate.latest) {
    return -1;
  }
  if (Calendar.isHoliday(date.getMonth(), date.getDate())) {             return -1; }

  if(date.getDay() <= 1) { return -1; }
  if(date.getDay() == 2) {
    if (Calendar.isHoliday(date.getMonth(), (date.getDate() - 1))) {

      return -1;
    }
  }
  if(date.getDay() == 3) {
    if (Calendar.isHoliday(date.getMonth(), date.getDate() - 2)) {

      return -1;
```

```
                                MetaController[1]
      }
   }

   var currentDay = date.getDate();
   var currentDayOfWeek = date.getDay();
   var shippingType;
   if (isNonContinentalState())
   {
      if(currentDayOfWeek == 6) {
         shippingType = "fedex1daySatNonContinental";

      } else {
         shippingType = "fedex1dayNonContinental";
      }
   }
   else {

if(date.getMonth()==ShippingDate.earliest.getMonth()&&date.getDate()==ShippingDate.e
arliest.getDate()&&date.getYear()==ShippingDate.earliest.getYear()){
      shippingType = (currentDayOfWeek==6) ? "fedex1daySat" : "fedex1day";
   }
   else if(currentDayOfWeek == 6) {

      if (Calendar.isHoliday(date.getMonth(), currentDay - 2)) {
         shippingType = "fedex1daySat";
      } else {
         shippingType = "fedex2daySat";
      }
   }
   else if(currentDayOfWeek == 2) {

      shippingType = "fedex1day";
   }
   else if(currentDayOfWeek == 3 &&
      (Calendar.isHoliday(date.getMonth(), currentDay - 1) ||
Calendar.isHoliday(date.getMonth(), currentDay - 2)) {
      shippingType = "fedex1day";
   }
   else if (currentDayOfWeek == 4 &&
      (Calendar.isHoliday(date.getMonth(), currentDay - 3) ||
Calendar.isHoliday(date.getMonth(), currentDay - 2) ||
Calendar.isHoliday(date.getMonth(), currentDay - 1)) {
      shippingType = "fedex1day";
   }
   else if (currentDayOfWeek == 5 &&
      (Calendar.isHoliday(date.getMonth(), currentDay - 2) ||
Calendar.isHoliday(date.getMonth(), currentDay - 1)) {
      shippingType = "fedex1day";
   }
   else {
      shippingType = "fedex2day";
   }
}
// new logic here
//if (date is one day past earliest Shipping date, must use 1day)
var yesterday=new Date(date);
yesterday.setDate(date.getDate()-1);
if(yesterday.equals(ShippingDate.earliest)){
   shippingType=(date.getDay()==6) ? "fedex1daySat" : "fedex1day";
}
return shippingType;
}
```

```
                                    MetaController[1]
Date.prototype.equals=function(date){
   // compares month, day, year.  doesn't care about hours, mins, secs
   if( date.getMonth()==this.getMonth() && date.getFullYear()==this.getFullYear() &&
date.getDate()==this.getDate()){
     return true;
   }
   return false;
}


CalendarDisplay.writeCalendar=writeCalendar;


function writeCalendar() {
   try{
     var tableOutput=CalendarDisplay.generateCalendarGrid();
     calendarHeader=CalendarDisplay.generateCalendarHeader();
     calendarKey=getCalendarKey();
     tableOutput = (calendarHeader + tableOutput) + calendarKey;
     document.getElementById('cal').innerHTML=tableOutput;
     CalendarDisplay.show();
     }catch(e){
     put(e)
   }
}


updateDeliveryDateDisplay=function(date){
   inputDateFieldLabel=$('labelvwcf-yhst-93672551109875-shipping-calendar');
   var t=$('deliveryDateDisplay');
   t=inputDateFieldLabel.getElementsByTagName("strong")[0];
   if (t==undefined){
     t=document.createElement("span");
     t.setAttribute("style","background:#EEE;font-weight:bold;");
     t.setAttribute("id","deliveryDateDisplay");
     inputDateFieldLabel.appendChild(t);
   }
   t.innerHTML="You've chosen <b>"+date.display() +"</b> as your delivery date.  You
can choose a new date by clicking on the calendar.";
}



/*
utilities
*/

// put=function(msg){console.log(msg)}; // for logging in firebug/firefox
put=function(msg){}// swallow messages
//put=function(msg){alert(msg);} // for logging in ie

$=function(id){ return document.getElementById(id);} // thanks prototype.js
function stub(){}// for stubbing javascript urls in href.  like,
href="javascript:stub()"

/* end utilities */

Tests={
   run:function(){
      for (test in Tests){
         if(test.match(/run/)){continue;}
         var result=eval("Tests."+test+"();");
         put(result);
```

```
                              MetaController[1]
        }
   },
   earliestDate:function(){
      var result="Earliest SHIP date";
      var dates={
         MondayBeforeTenThirty:new Date("2007/12/3 10:00 AM"),
         MondayAfterTenThirty:new Date("2007/12/3 11:00 AM"),
         TuesdayBeforeTenThirty:new Date("2007/12/4 10:00 AM"),
         TuesdayAfterTenThirty:new Date("2007/12/4 11:00 AM"),
         WednesdayBeforeTenThirty:new Date("2007/12/5 10:00 AM"),
         WednesdayAfterTenThirty:new Date("2007/12/5 11:00 AM"),
         ThursdayBeforeTenThirty:new Date("2007/12/6 10:00 AM"),
         ThursdayAfterTenThirty:new Date("2007/12/6 11:00 AM"),
         FridayBeforeTenThirty:new Date("2007/12/7 10:00 AM"),
         FridayAfterTenThirty:new Date("2007/12/7 11:00 PM"),
         SaturdayBeforeTenThirty:new Date("2007/12/8 10:00 AM"),
         SaturdayAfterTenThirty:new Date("2007/12/8 11:00 AM"),
         SundayBeforeTenThirty:new Date("2007/12/9 10:00 AM"),
         SundayAfterTenThirty:new Date("2007/12/9 11:00 AM")
      }
      for (dateName in dates){
         var tmp=dates[dateName];
         var blah=ShippingDate.getEarliest(new Date(tmp));
         var earliestDelivery=getEarliestDeliveryDate(blah);
         var shipType=getShippingType(earliestDelivery);
         result+= "\n"+dateName+":\n";
         result+= "\torder by:"+tmp.dayName()+","+tmp.display()+"
"+tmp.getHours()+"am";
         result+= "\tship by:"+blah.dayName()+","+blah.display();
         result+= "\tdelivery
by:"+earliestDelivery.dayName()+","+earliestDelivery.display();

         result+= "\tship type:"+shipType;
      }
      return result;
   }
}

getEarliestDeliveryDate=function(date){
 var result=new Date(date);
 result.setDate(result.getDate()+1);
 return result;
}


// Rules
/*
If a customer orders after 10:30am central on a Friday, the next available ship date
is the following Tuesday. Therefore, if a customer request delivery on a Wednesday
the order must ship on Tuesday overnight for Wednesday. Any orders to ship on a
Tuesday are not cut off until Monday at 10:30am. I have attached a detailed list of
our cut off times for all shipments. This list is to be followed exactly. Please let
me know if you have any questions.

Lisa

-----Original Message-----
From: Dan McIntyre [mailto:msdaniel1001@qwest.net]
Sent: Tuesday, November 06, 2007 11:25 PM
To: Lisa Ramos
Subject: [Fwd: Re: Allen Bros Monday shipping problem]

Lisa -- in your email to me you said:
```

MetaController[1]

"The internet is allowing Customers to place orders on Saturday to ship
on Monday. All Monday shipments need to be cut off on Friday at 10:30am."
*/


```
</script>       <style type='text/css' media='screen,projection'>

        <!--
                /* exclude NS4- and I5.x- */
            @import"https://store1.yimg.com/P/CSS/1194983221___system.css";

@import"https://store1.yimg.com/P/MTFILE/yhst-93672551109875/css/co/1194983217___che
ckout.css";
        -->

        </style>
<script type="text/javascript"
src="https://sec.yimg.com/us.yimg.com/lib/smbiz/store/checkout/js/common-1.8.js"></s
cript>

<script type='text/javascript'
src='https://sec.yimg.com/us.js.yimg.com/lib/common/utils/2/yahoo_2.0.0-b4.js'></scr
ipt>
<script type='text/javascript'
src='https://sec.yimg.com/us.js.yimg.com/lib/common/utils/2/dom_2.0.0-b4.js'></scrip
t>
<script type='text/javascript'
src='https://sec.yimg.com/us.js.yimg.com/lib/common/utils/2/event_2.0.0-b4.js'></scr
ipt>
<script type="text/javascript">
var showIconAlt = 'Show'; var hideIconAlt = 'Hide'; var hideBillingAddressEnabled =
1;
</script>

<script type="text/javascript"
src="https://sec.yimg.com/us.yimg.com/lib/smbiz/store/checkout/js/behavior-1.2.8.1.j
s"></script>

    <script type="text/javascript">
    <!--
    //-->
    </script>
  </head>
  <body id='yahoo-store-checkout'>
    <div class="ys_wrapper ys_sideBar" id="ys_shipBillPage">

<div id="ys_mastHead">
  <div id="ys_merchHeader">
<link rel="stylesheet" type="text/css"
href="https://lib.store.yahoo.net/lib/yhst-93672551109875/yhst-93672551109875-cart2.
css" />
<div id="container" style="float: left;">
  <div id="header">
    <h1 id="brandmark"><a href="http://www.allenbrothers.com">Allen Brothers - The
Great Steakhouse Steaks</a></h1>
        <ul id="topnav">
                <li><a href="http://www.allenbrothers.com/index.html"
title="Home">Home</a></li>
                    <li><a href="http://www.allenbrothers.com/info.html" title="About
```

```
                                    MetaController[1]
Us">About Us</a></li>
                <li><a href="http://www.allenbrothers.com/contact2.html"
title="Contact Us">Contact Us</a></li>
                <li><a href="http://www.allenbrothers.com/tracking.html"
title="Order Tracking">Order Tracking</a></li>
                <li class="last">1.800.957.0111</li>
        </ul>
        <form method="get" action="http://search.store.yahoo.com/cgi-bin/nsearch"
id="searcharea">
            <fieldset>
                <img
src="https://lib.store.yahoo.net/lib/yhst-93672551109875/search.gif" alt="Search" />
                <input name="query" type="text" size="12" id="query" />
                <input name="searchsubmit" type="image"
src="https://lib.store.yahoo.net/lib/yhst-93672551109875/go1.gif" value="Go"
class="ys_primary" id="searchsubmit" />
                <input name="vwcatalog" type="hidden"
value="yhst-93672551109875" />
            </fieldset>
        </form>
    <ul class="links">
            <li><a href="http://www.allenbrothers.com/gift-selections.html">Gift
Selections</a></li>
            <li><a href="http://www.allenbrothers.com/fine-dining1.html">Fine
Dining</a></li>
            <li><a href="http://www.allenbrothers.com/catalog.html">Allen
Brothers Catalog</a></li>
            <li><a
href="http://www.allenbrothers.com/shopping-assistance.html">Shopping
Assistance</a></li>
            <li class="last"><a
href="https://order.store.yahoo.net/cgi-bin/wg-order?yhst-93672551109875">View
Cart</a></li>
    </ul>
    </div>  </div>
</div>

<div id='ys_sideBar'>
<div id="htmltop">
        <img
src="https://lib.store.yahoo.net/lib/yhst-93672551109875/specialoffers.gif"
alt="Special Offers" />
</div>
<ul id="checkout-left-nav"><li><a
href="http://www.allenbrothers.com/the-great-steakhouse-steaks.html">USDA Prime
Steaks</a></li><li><a
href="http://www.allenbrothers.com/wet-aged-beef.html">Wet-Aged Beef</a></li><li><a
href="http://www.allenbrothers.com/usda-prime-dry-aged-beef.html">Dry-Aged
Beef</a></li><li><a href="http://www.allenbrothers.com/kobe-wagyu-beef.html">Kobe
Wagyu Beef</a></li><li><a
href="http://www.allenbrothers.com/our-never-frozen-beef.html">Never Frozen
Beef</a></li><li><a
href="http://www.allenbrothers.com/appetizers.html">Appetizers</a></li><li><a
href="http://www.allenbrothers.com/side-dishes.html">Side Dishes</a></li><li><a
href="http://www.allenbrothers.com/soups.html">Soups</a></li><li><a
href="http://www.allenbrothers.com/buffalo---venison.html">Buffalo &
Venison</a></li><li><a
href="http://www.allenbrothers.com/chef-art-smiths-back-to-the-family-delights.html"
>Chef Art Smith Entrees</a></li><li><a
href="http://www.allenbrothers.com/the-great-steakhouse-desserts.html">Desserts</a><
/li><li><a
href="http://www.allenbrothers.com/duck-delicacies.html">Duck</a></li><li><a
href="http://www.allenbrothers.com/heat---serve-entrees.html">Heat & Serve
```

MetaController[1]

```
Entrees</a></li><li><a
href="http://www.allenbrothers.com/the-great-steakhouse-lamb.html">Lamb</a></li><li>
<a href="http://www.allenbrothers.com/the-great-steakhouse-pork.html">The Great
Steakhouse Pork</a></li><li><a
href="http://www.allenbrothers.com/the-great-steakhouse-poultry.html">The Great
Steakhouse Poultry</a></li><li><a
href="http://www.allenbrothers.com/sausages-and-bratwurst.html">Sausages and
Bratwurst</a></li><li><a
href="http://www.allenbrothers.com/seafood-selections.html">Seafood</a></li><li><a
href="http://www.allenbrothers.com/the-great-steakhouse-steak-burgers-and-steak-dogs
.html">Steak Burgers & Dogs</a></li><li><a
href="http://www.allenbrothers.com/smoked-meats.html">Smoked Meats</a></li><li><a
href="http://www.allenbrothers.com/the-great-steakhouse-veal.html">Veal</a></li><li>
<a href="http://www.allenbrothers.com/new-products.html">New Products</a></li><li><a
href="http://www.allenbrothers.com/exclusive-internet-specials.html">Specials</a></l
i><li><a href="http://www.allenbrothers.com/favorites.html">Favorites</a></li></ul>
<div id="htmlbottom">
            <img
src="https://lib.store.yahoo.net/lib/yhst-93672551109875/emailspecials.gif"
alt="Sign up for email special offers" />
            <form method="post"
action="http://store.yahoo.com/cgi-bin/pro-forma"><fieldset>
                <input name="email" type="text" size="12" id="mailingquery"
value="Enter Email Address" onfocus="if (this.value == this.defaultValue) this.value
= '';" onblur="if(this.value=='') this.value = this.defaultValue;"/>
<input type="hidden" name="from" value="allenbros3737@yahoo.com" />
<input type="hidden" name="owner" value="allenbros3737@yahoo.com" />
<input type="hidden" name="subject" value="Newsletter Submission" />
<input type="hidden" name="newnames-to" value="yhst-93672551109875" />
<input type="hidden" name="vwcatalog" value="yhst-93672551109875" />
<input type="hidden" name=".autodone"
value="http://store.yahoo.com/yhst-93672551109875" />
            <input type="image"
src="https://lib.store.yahoo.net/lib/yhst-93672551109875/subscribe.gif"
value="Subscribe" id="nlsubmit" />
        </fieldset></form>
</div></div>


        <div id="ys_pageBody" class="ys_sideBar">


<div id="ys_progress">
        <span id="ys_progressShip" class="ys_progressCurrent"><span
class="ys_progressLabel">Shipping</span></span>

        <span id="ys_progressReview" class="ys_progressFuture"><span
class="ys_progressLabel">Order Review</span></span>
        <span id="ys_progressConfirm" class="ys_progressFuture"><span
class="ys_progressLabel">Confirmation</span></span>
</div>

        <div id="ys_merchLogo">
          <h3>
          </h3>
        </div>


        <div id="ys_pageMessage"></div>
```

```
                              MetaController[1]
        <form name="CheckoutForm" method="post"
action="https://us-dc1-order.store.yahoo.net/ymix/MetaController.html">


                    <input type="hidden" name="ysco_key_store_id"
value="yhst-93672551109875" />
          <input type="hidden" name="sectionId" value="ysco.ship-bill" />

          <input type="hidden" name="mode" value="coMode" />
<div id="ys_cartInfo">


<div id="ys_cart">
   <table class="ys_basket">
      <thead>


         <tr class="ys_head">
            <th colspan="10" class="l">
Shopping Cart          </th>
         </tr>

         <tr>
            <th class="ys_first l">Item</th>
            <th>Unit Price</th>
            <th>Qty.</th>
            <th class="ys_last">Cost</th>
         </tr>
      </thead>
      <tbody>

<tr class="ys_evenRow">
   <td class="ys_first ys_items">
      <span class="ys_itemImg">
<img border=0 width=70 height=70
src=https://store1.yimg.com/I/yhst-93672551109875_1974_30714921>      </span>
      <span class="ys_itemInfo">
         <strong>
4 filets - 8 oz. ea. - 2" thick          </strong>
      </span>
   </td>
   <td class="ys_unitPrice">$129.95</td>
   <td class="ys_quantity">
1   </td>

   <td class="ys_last ys_cost">$129.95</td>
</tr>
<tr class="ys_orderLine ys_evenRow">
   <td class="ys_first" colspan="3">
      Subtotal:
   </td>
   <td class="ys_last r" colspan="1">$129.95</td>
</tr>
<tr class="ys_orderLine ys_lastRow ysco_oddRow">
   <td class="ys_first" colspan="3">
      Total:
   </td>
   <td class="ys_last r" colspan="1">$129.95</td>
</tr>          </tbody>
        </table>
      </div>
```

MetaController[1]

```
</div>
<div id="ys_buyerInfo" class="">
<div id="ys_shipBillShippingInfo" class="ys_majorSection">
<h3 class="ys_sectionHeader" state="1">Shipping Information</h3>

<h4 class="ys_subSectionHeader" state="1">Shipping Address</h4>
<div class="ys_subSection" id="ys_shippingAddress" style="">

<fieldset>

<label for="shipping-full-name" id="labelshipping-full-name" class="
text">
<strong>
Name:</strong>
<input type="text" class="text" name="shippingAddressDS.shipping_ROW0_full_name"
id="shipping-full-name" size="31" maxlength="99" value="" />
<input type="hidden" name="shippingAddressDS.shipping_ROW0_full_name_ymixval"
value="req" />
<input type="hidden" name="shippingAddressDS.shipping_ROW0_full_name_ymixlabel"
value="the recipient&#039;s shipping Name" />
<input type="hidden" name="shippingAddressDS.shipping_ROW0_full_name_secname"
value="ShippingAddress" />
<em>
</em>
</label>




<label for="shipping-address1" id="labelshipping-address1" class="
text">
<strong>
Street Address 1:</strong>
<input type="text" class="text" name="shippingAddressDS.shipping_ROW0_address1"
id="shipping-address1" size="31" maxlength="99" value="" />
<input type="hidden" name="shippingAddressDS.shipping_ROW0_address1_ymixval"
value="req" />
<input type="hidden" name="shippingAddressDS.shipping_ROW0_address1_ymixlabel"
value="the recipient&#039;s shipping Street Address 1" />
<input type="hidden" name="shippingAddressDS.shipping_ROW0_address1_secname"
```

Page 14

```
                                    MetaController[1]
value="ShippingAddress" />
<em>
</em>
</label>



<label for="shipping-address2" id="labelshipping-address2" class="
text">
<strong>
Street Address 2:</strong>
<input type="text" class="text" name="shippingAddressDS.shipping_ROW0_address2"
id="shipping-address2" size="31" maxlength="99" value="" />
<em>
</em>
</label>



<label for="shipping-city" id="labelshipping-city" class="
text">
<strong>
City:</strong>
<input type="text" class="text" name="shippingAddressDS.shipping_ROW0_city"
id="shipping-city" size="10" maxlength="99" value="" />
<input type="hidden" name="shippingAddressDS.shipping_ROW0_city_ymixval" value="req"
/>
<input type="hidden" name="shippingAddressDS.shipping_ROW0_city_ymixlabel"
value="the recipient&#039;s shipping City" />
<input type="hidden" name="shippingAddressDS.shipping_ROW0_city_secname"
value="ShippingAddress" />
<em>
</em>
</label>



<label for="shipping-state" id="labelshipping-state"
>
<strong>
State:</strong>

<select name="shippingAddressDS.shipping_ROW0_state" id="shipping-state" >
  <option value="" selected="selected">-- Please Choose</option>
  <option value="AK">AK Alaska</option>
  <option value="AL">AL Alabama</option>
  <option value="AR">AR Arkansas</option>
  <option value="AS">AS American Samoa</option>
  <option value="AZ">AZ Arizona</option>
  <option value="CA">CA California</option>
  <option value="CO">CO Colorado</option>
  <option value="CT">CT Connecticut</option>
  <option value="CZ">CZ Canal Zone</option>
  <option value="DC">DC District of Columbia</option>
  <option value="DE">DE Delaware</option>
  <option value="FL">FL Florida</option>
  <option value="GA">GA Georgia</option>
  <option value="GU">GU Guam</option>
  <option value="HI">HI Hawaii</option>
```

```
                              MetaController[1]
<option value="IA">IA Iowa</option>
<option value="ID">ID Idaho</option>
<option value="IL">IL Illinois</option>
<option value="IN">IN Indiana</option>
<option value="KS">KS Kansas</option>
<option value="KY">KY Kentucky</option>
<option value="LA">LA Louisiana</option>
<option value="MA">MA Massachusetts</option>
<option value="MD">MD Maryland</option>
<option value="ME">ME Maine</option>
<option value="MI">MI Michigan</option>
<option value="MN">MN Minnesota</option>
<option value="MO">MO Missouri</option>
<option value="MP">MP Mariana Islands</option>
<option value="MS">MS Mississippi</option>
<option value="MT">MT Montana</option>
<option value="NC">NC North Carolina</option>
<option value="ND">ND North Dakota</option>
<option value="NE">NE Nebraska</option>
<option value="NH">NH New Hampshire</option>
<option value="NJ">NJ New Jersey</option>
<option value="NM">NM New Mexico</option>
<option value="NV">NV Nevada</option>
<option value="NY">NY New York</option>
<option value="OH">OH Ohio</option>
<option value="OK">OK Oklahoma</option>
<option value="OR">OR Oregon</option>
<option value="PA">PA Pennsylvania</option>
<option value="PR">PR Puerto Rico</option>
<option value="RI">RI Rhode Island</option>
<option value="SC">SC South Carolina</option>
<option value="SD">SD South Dakota</option>
<option value="TN">TN Tennessee</option>
<option value="TX">TX Texas</option>
<option value="UT">UT Utah</option>
<option value="VA">VA Virginia</option>
<option value="VI">VI Virgin Islands</option>
<option value="VT">VT Vermont</option>
<option value="WA">WA Washington</option>
<option value="WI">WI Wisconsin</option>
<option value="WV">WV West Virginia</option>
<option value="WY">WY Wyoming</option>
<option value="AA">AA APO</option>
<option value="AE">AE APO</option>
<option value="AP">AP APO</option>
<option value="FP">FP FPO</option>
</select>
<input type="hidden" name="shippingAddressDS.shipping_ROW0_state_ymixval"
value="req" />
<input type="hidden" name="shippingAddressDS.shipping_ROW0_state_ymixlabel"
value="the recipient&#039;s shipping State" />
<input type="hidden" name="shippingAddressDS.shipping_ROW0_state_secname"
value="ShippingAddress" />
<em>
</em>
</label>


<label for="shipping-zip" id="labelshipping-zip" class="
text">
<strong>
Zip Code:</strong>
```

```
                         MetaController[1]
<input type="text" class="text" name="shippingAddressDS.shipping_ROW0_zip"
id="shipping-zip" size="10" maxlength="5" value="" />
<input type="hidden" name="shippingAddressDS.shipping_ROW0_zip_ymixval"
value="zipcode" />
<input type="hidden" name="shippingAddressDS.shipping_ROW0_zip_ymixlabel" value="the
recipient&#039;s shipping Zip Code" />
<input type="hidden" name="shippingAddressDS.shipping_ROW0_zip_secname"
value="ShippingAddress" />
<em>
</em>
</label>




<label for="shipping-phone" id="labelshipping-phone" class="
text">
<strong>
Phone:</strong>
<input type="text" class="text" name="shippingAddressDS.shipping_ROW0_phone"
id="shipping-phone" size="10" maxlength="99" value="" />
<input type="hidden" name="shippingAddressDS.shipping_ROW0_phone_ymixval"
value="req" />
<input type="hidden" name="shippingAddressDS.shipping_ROW0_phone_ymixlabel"
value="the recipient&#039;s shipping Phone" />
<input type="hidden" name="shippingAddressDS.shipping_ROW0_phone_secname"
value="ShippingAddress" />
<em>
</em>
</label>




<input type="hidden" id="shipping-country"
name="shippingAddressDS.shipping_ROW0_country" value="US" />
</fieldset>


</div>
<h4 class="ys_subSectionHeader" state="1">Shipping Options</h4>
<div class="ys_subSection" id="ys_shippingOptions" style="">


<fieldset>


<label for="merchant-selected-shipping-methods"
id="labelmerchant-selected-shipping-methods"
>
<strong>
Shipping Method:</strong>


<select name="shippingOptionsDS.shipping_options_ROW0_shipping_method_id"
id="merchant-selected-shipping-methods">
  <option value="OVERNIGHT - Weekday Delivery" selected="selected">OVERNIGHT -
Weekday Delivery</option>
  <option value="2DAY - Weekday Delivery">2DAY - Weekday Delivery</option>
  <option value="OVERNIGHT - Saturday Delivery">OVERNIGHT - Saturday
Delivery</option>
  <option value="2Day - Saturday Delivery">2Day - Saturday Delivery</option>
  <option value="Overnight to Alaska, Hawaii, or Puerto Rico">Overnight to Alaska,
```

```
                              MetaController[1]
Hawaii, or Puerto Rico</option>
   <option value="Overnight Saturday to Alaska, Hawaii, or Puerto Rico">Overnight
Saturday to Alaska, Hawaii, or Puerto Rico</option>
</select>
<input type="hidden"
name="shippingOptionsDS.shipping_options_ROW0_shipping_method_id_ymixval"
value="req" />
<input type="hidden"
name="shippingOptionsDS.shipping_options_ROW0_shipping_method_id_ymixlabel"
value="Shipping Method" />
<input type="hidden"
name="shippingOptionsDS.shipping_options_ROW0_shipping_method_id_secname"
value="ShippingOptions" />
<em>
</em>
</label>

   <label>



<input class="ys_secondary" type="submit" name="eventName.updateShippingMethodEvent"
value="Apply" />
   </label>




</fieldset>
<fieldset class="ys_merchFields">


<label for="vwcf-yhst-93672551109875-shipping-calendar"
id="labelvwcf-yhst-93672551109875-shipping-calendar" class="
text">
<strong>
Choose your delivery date:</strong>
<input type="text" class="text" name="customFieldDS.customfield_ROW0_value"
id="vwcf-yhst-93672551109875-shipping-calendar" style="width:195px;" maxlength="94"
value="" />
<input type="hidden" name="customFieldDS.customfield_ROW0_value_ymixval" value="req"
/>
<input type="hidden" name="customFieldDS.customfield_ROW0_value_ymixlabel"
value="Choose your delivery date" />
<input type="hidden" name="customFieldDS.customfield_ROW0_value_secname"
value="ShippingOptions" />
<em>
</em>
</label>

<input type="hidden" name="customFieldDS.customfield_ROW0_name"
value="vwcf-yhst-93672551109875-shipping-calendar" />
<input type="hidden" name="customFieldDS.customfield_ROW0_label" value="Choose your
delivery date" />
<input type="hidden" name="customFieldDS.customfield_ROW0_pageId" value="5" />
<input type="hidden" name="customFieldDS.customfield_ROW0_sectionId"
value="ShippingOptions" />
<input type="hidden" name="customFieldDS.customfield_ROW0_fieldType" value="1" />

</fieldset>
</div>
<div class="ys_subSection" id="ys_giftWrap" style="">
```

MetaController[1]

```
<fieldset>


<label for="gift-wrap-message" id="labelgift-wrap-message"
>
<strong>
Include this message with my gift:</strong>
<textarea name="giftWrapDS.gift_wrap_ROW0_message" id="gift-wrap-message" rows="2"
cols="36">
</textarea>
<em>
</em>
</label>

</fieldset>


</div>
</div>

<div id="ys_shipBillBillingInfo" class="ys_majorSection">

<h3 class="ys_sectionHeader" state="1">Billing Information</h3>


<h4 class="ys_subSectionHeader" state="1">Billing Address</h4>
<div class="ys_subSection" id="ys_billingAddress" style="">


<fieldset id="billCreditCardAddress" class="togGroup">


<label for="useShippingRadio" id="labeluseShippingRadio">
<input type="radio" class="radio" rel="" name="miscDS.useShippingAddress"
id="useShippingRadio" value="1" checked="checked" />
<strong>Same as Shipping Address</strong>
</label>

<hr />


<label for="useBillingRadio" id="labeluseBillingRadio">
<input type="radio" class="radio" rel="" name="miscDS.useShippingAddress"
id="useBillingRadio" value="0" />
<strong>Other</strong>
</label>


<div id="ys_billingInputs">


<label for="billing-name" id="labelbilling-name" class="
text">
<strong>
Name:</strong>
<input type="text" class="text"
name="ccPaymentDS.ccpayment_ROW0_billingAddress_ROW0_full_name" id="billing-name"
size="31" maxlength="99" value="" />
<input type="hidden"
```

Page 19

```
                              MetaController[1]
name="ccPaymentDS.ccpayment_ROW0_billingAddress_ROW0_full_name_ymixval" value="req"
/>
<input type="hidden"
name="ccPaymentDS.ccpayment_ROW0_billingAddress_ROW0_full_name_ymixlabel"
value="your billing Name" />
<input type="hidden"
name="ccPaymentDS.ccpayment_ROW0_billingAddress_ROW0_full_name_secname"
value="BillingAddress" />
<em>
</em>
</label>



<label for="billing-address1" id="labelbilling-address1" class="
text">
<strong>
Street Address 1:</strong>
<input type="text" class="text"
name="ccPaymentDS.ccpayment_ROW0_billingAddress_ROW0_address1" id="billing-address1"
size="31" maxlength="99" value="" />
<input type="hidden"
name="ccPaymentDS.ccpayment_ROW0_billingAddress_ROW0_address1_ymixval" value="req"
/>
<input type="hidden"
name="ccPaymentDS.ccpayment_ROW0_billingAddress_ROW0_address1_ymixlabel" value="your
billing Street Address 1" />
<input type="hidden"
name="ccPaymentDS.ccpayment_ROW0_billingAddress_ROW0_address1_secname"
value="BillingAddress" />
<em>
</em>
</label>



<label for="billing-address2" id="labelbilling-address2" class="
text">
<strong>
Street Address 2:</strong>
<input type="text" class="text"
name="ccPaymentDS.ccpayment_ROW0_billingAddress_ROW0_address2" id="billing-address2"
size="31" maxlength="99" value="" />
<em>
</em>
</label>



<label for="billing-city" id="labelbilling-city" class="
text">
<strong>
City:</strong>
<input type="text" class="text"
name="ccPaymentDS.ccpayment_ROW0_billingAddress_ROW0_city" id="billing-city"
size="10" maxlength="99" value="" />
<input type="hidden"
name="ccPaymentDS.ccpayment_ROW0_billingAddress_ROW0_city_ymixval" value="req" />
<input type="hidden"
name="ccPaymentDS.ccpayment_ROW0_billingAddress_ROW0_city_ymixlabel" value="your
billing City" />
<input type="hidden"
name="ccPaymentDS.ccpayment_ROW0_billingAddress_ROW0_city_secname"
```

```
                                    MetaController[1]
value="BillingAddress" />
<em>
</em>
</label>


<label for="billing-state" id="labelbilling-state"
>
<strong>
State:</strong>

<select name="ccPaymentDS.ccpayment_ROW0_billingAddress_ROW0_state"
id="billing-state" >
  <option value="" selected="selected">-- Please Choose</option>
  <option value="AK">AK Alaska</option>
  <option value="AL">AL Alabama</option>
  <option value="AR">AR Arkansas</option>
  <option value="AS">AS American Samoa</option>
  <option value="AZ">AZ Arizona</option>
  <option value="CA">CA California</option>
  <option value="CO">CO Colorado</option>
  <option value="CT">CT Connecticut</option>
  <option value="CZ">CZ Canal Zone</option>
  <option value="DC">DC District of Columbia</option>
  <option value="DE">DE Delaware</option>
  <option value="FL">FL Florida</option>
  <option value="GA">GA Georgia</option>
  <option value="GU">GU Guam</option>
  <option value="HI">HI Hawaii</option>
  <option value="IA">IA Iowa</option>
  <option value="ID">ID Idaho</option>
  <option value="IL">IL Illinois</option>
  <option value="IN">IN Indiana</option>
  <option value="KS">KS Kansas</option>
  <option value="KY">KY Kentucky</option>
  <option value="LA">LA Louisiana</option>
  <option value="MA">MA Massachusetts</option>
  <option value="MD">MD Maryland</option>
  <option value="ME">ME Maine</option>
  <option value="MI">MI Michigan</option>
  <option value="MN">MN Minnesota</option>
  <option value="MO">MO Missouri</option>
  <option value="MP">MP Mariana Islands</option>
  <option value="MS">MS Mississippi</option>
  <option value="MT">MT Montana</option>
  <option value="NC">NC North Carolina</option>
  <option value="ND">ND North Dakota</option>
  <option value="NE">NE Nebraska</option>
  <option value="NH">NH New Hampshire</option>
  <option value="NJ">NJ New Jersey</option>
  <option value="NM">NM New Mexico</option>
  <option value="NV">NV Nevada</option>
  <option value="NY">NY New York</option>
  <option value="OH">OH Ohio</option>
  <option value="OK">OK Oklahoma</option>
  <option value="OR">OR Oregon</option>
  <option value="PA">PA Pennsylvania</option>
  <option value="PR">PR Puerto Rico</option>
  <option value="RI">RI Rhode Island</option>
  <option value="SC">SC South Carolina</option>
  <option value="SD">SD South Dakota</option>
```

```
                                    MetaController[1]
    <option value="TN">TN Tennessee</option>
    <option value="TX">TX Texas</option>
    <option value="UT">UT Utah</option>
    <option value="VA">VA Virginia</option>
    <option value="VI">VI Virgin Islands</option>
    <option value="VT">VT Vermont</option>
    <option value="WA">WA Washington</option>
    <option value="WI">WI Wisconsin</option>
    <option value="WV">WV West Virginia</option>
    <option value="WY">WY Wyoming</option>
    <option value="AA">AA APO</option>
    <option value="AE">AE APO</option>
    <option value="AP">AP APO</option>
    <option value="FP">FP FPO</option>
</select>
<input type="hidden"
name="ccPaymentDS.ccpayment_ROW0_billingAddress_ROW0_state_ymixval" value="req" />
<input type="hidden"
name="ccPaymentDS.ccpayment_ROW0_billingAddress_ROW0_state_ymixlabel" value="your
billing State" />
<input type="hidden"
name="ccPaymentDS.ccpayment_ROW0_billingAddress_ROW0_state_secname"
value="BillingAddress" />
<em>
</em>
</label>


<label for="billing-zip" id="labelbilling-zip" class="
text">
<strong>
Zip Code:</strong>
<input type="text" class="text"
name="ccPaymentDS.ccpayment_ROW0_billingAddress_ROW0_zip" id="billing-zip" size="10"
maxlength="99" value="" />
<input type="hidden"
name="ccPaymentDS.ccpayment_ROW0_billingAddress_ROW0_zip_ymixval"
value="req,zipcode" />
<input type="hidden"
name="ccPaymentDS.ccpayment_ROW0_billingAddress_ROW0_zip_ymixlabel" value="your
billing Zip Code" />
<input type="hidden"
name="ccPaymentDS.ccpayment_ROW0_billingAddress_ROW0_zip_secname"
value="BillingAddress" />
<em>
</em>
</label>


<label for="billing-phone" id="labelbilling-phone" class="
text">
<strong>
Phone:</strong>
<input type="text" class="text"
name="ccPaymentDS.ccpayment_ROW0_billingAddress_ROW0_phone" id="billing-phone"
size="10" maxlength="99" value="" />
<input type="hidden"
name="ccPaymentDS.ccpayment_ROW0_billingAddress_ROW0_phone_ymixval" value="req" />
<input type="hidden"
name="ccPaymentDS.ccpayment_ROW0_billingAddress_ROW0_phone_ymixlabel" value="your
billing Phone" />
<input type="hidden"
```

```
                              MetaController[1]
name="ccPaymentDS.ccpayment_ROW0_billingAddress_ROW0_phone_secname"
value="BillingAddress" />
<em>
</em>
</label>


<input type="hidden" id="billing-country"
name="ccPaymentDS.ccpayment_ROW0_billingAddress_ROW0_country" value="US" />
</div>
</fieldset>


</div>
<h4 class="ys_subSectionHeader" state="1">Payment Method</h4>
<div class="ys_subSection" id="ys_paymentMethod" style="">


<fieldset>




<label for="card-type" id="labelcard-type"
>
<strong>
Credit Card:</strong>


<select name="ccPaymentDS.ccpayment_ROW0_ccType" id="card-type"
onchange=togCvn(this.options[this.selectedIndex].value);>
   <option value="American Express" selected="selected">American Express</option>
   <option value="Visa">Visa</option>
   <option value="MasterCard">MasterCard</option>
   <option value="Diner&#039;s Club">Diner's Club</option>
   <option value="Discover">Discover</option>
</select>
<input type="hidden" name="ccPaymentDS.ccpayment_ROW0_ccType_ymixval" value="req" />
<input type="hidden" name="ccPaymentDS.ccpayment_ROW0_ccType_ymixlabel"
value="Credit Card" />
<input type="hidden" name="ccPaymentDS.ccpayment_ROW0_ccType_secname"
value="PaymentMethod" />
<em>
</em>
</label>


<label for="card-number" id="labelcard-number" class="
text">
<strong>
Card or Account Number:</strong>
<input type="text" autocomplete="off" class="text"
name="ccPaymentDS.ccpayment_ROW0_ccHandle" id="card-number" size="20" maxlength="20"
value="" />
<input type="hidden" name="ccPaymentDS.ccpayment_ROW0_ccHandle_ymixval"
value="req,number" />
<input type="hidden" name="ccPaymentDS.ccpayment_ROW0_ccHandle_ymixlabel"
value="Card or Account Number" />
<input type="hidden" name="ccPaymentDS.ccpayment_ROW0_ccHandle_secname"
value="PaymentMethod" />
<em>
```

```
                              MetaController[1]
</em>
</label>


<label for="card-exp-month" id="labelcard-exp-month"
>
<strong>
Expiration month:</strong>


<select name="ccPaymentDS.ccpayment_ROW0_expMonth" id="card-exp-month" >
  <option value="" selected="selected">----</option>
  <option value="1">Jan (1)</option>
  <option value="2">Feb (2)</option>
  <option value="3">Mar (3)</option>
  <option value="4">Apr (4)</option>
  <option value="5">May (5)</option>
  <option value="6">Jun (6)</option>
  <option value="7">Jul (7)</option>
  <option value="8">Aug (8)</option>
  <option value="9">Sep (9)</option>
  <option value="10">Oct (10)</option>
  <option value="11">Nov (11)</option>
  <option value="12">Dec (12)</option>
</select>
<input type="hidden" name="ccPaymentDS.ccpayment_ROW0_expMonth_ymixval" value="req"
/>
<input type="hidden" name="ccPaymentDS.ccpayment_ROW0_expMonth_ymixlabel"
value="Expiration month" />
<input type="hidden" name="ccPaymentDS.ccpayment_ROW0_expMonth_secname"
value="PaymentMethod" />
<em>
</em>
</label>


<label for="card-exp-year" id="labelcard-exp-year"
>
<strong>
Expiration year:</strong>


<select name="ccPaymentDS.ccpayment_ROW0_expYear" id="card-exp-year" >
  <option value="" selected="selected">----</option>
  <option value="2007">2007</option>
  <option value="2008">2008</option>
  <option value="2009">2009</option>
  <option value="2010">2010</option>
  <option value="2011">2011</option>
  <option value="2012">2012</option>
  <option value="2013">2013</option>
  <option value="2014">2014</option>
  <option value="2015">2015</option>
  <option value="2016">2016</option>
  <option value="2017">2017</option>
  <option value="2018">2018</option>
  <option value="2019">2019</option>
</select>
<input type="hidden" name="ccPaymentDS.ccpayment_ROW0_expYear_ymixval" value="req"
/>
<input type="hidden" name="ccPaymentDS.ccpayment_ROW0_expYear_ymixlabel"
value="Expiration year" />
```

```
                              MetaController[1]
<input type="hidden" name="ccPaymentDS.ccpayment_ROW0_expYear_secname"
value="PaymentMethod" />
<em>
</em>
</label>


<span id="cvn_enabled" style="display: none">




<label for="card-cvv" id="labelcard-cvv" class="
text">
<strong>
Card Verification Number:</strong>
<input type="text" autocomplete="off" class="text"
name="ccPaymentDS.ccpayment_ROW0_cvcHandle" id="card-cvv" size="4" maxlength="4"
value="" />
<input type="hidden" name="ccPaymentDS.ccpayment_ROW0_cvcHandle_ymixval"
value="req,number" />
<input type="hidden" name="ccPaymentDS.ccpayment_ROW0_cvcHandle_ymixlabel"
value="Card Verification Number" />
<input type="hidden" name="ccPaymentDS.ccpayment_ROW0_cvcHandle_secname"
value="PaymentMethod" />
<em>
<small><a
href="javascript:void(window.open('http://lib.store.yahoo.net/lib/vw/cvv.html',
'PopUp', 'width=400, height=500, resizable=yes, scrollbars=yes, menubar=no,
toolbar=no, left=150, top=175, screenX=150, screenY=175'))">what's
This?</a></small></em>
<span id="ys_cvnImage" style="display: none"><img id="ys_ccImg"
src="https://a248.e.akamai.net/sec.yimg.com/i/st/gr/cc3.gif" alt="Card Verification
Number" /></span><span id="ys_cvnAmexImage" style="display: block"></span></label>




</span>
<span id="cvn_disabled" style="display: block"></span>




</fieldset>


</div>
</div>


<div id="ys_shipBillOtherInfo" class="ys_majorSection">

<h3 class="ys_sectionHeader" state="1">Other Information</h3>


<h4 class="ys_subSectionHeader" state="1">Coupon Code / Promotional Code
(optional)</h4>
<div class="ys_subSection" id="ys_coupon" style="">


<div class="ys_subSection">
```

```
                                MetaController[1]
<fieldset id="ys_couponFieldset">


<label for="gc-redemption-code" id="labelgc-redemption-code"
>
<strong>
If you have a Coupon / Promotional code that can be redeemed from this store, please
enter the offer code in the box below.</strong>
</label>
<input type="text" class="text" name="gcPaymentDS.gcpayment_ROW0_redemptionCode"
id="gc-redemption-code" size="20" maxlength="" value="" />




<input class="ys_secondary" type="submit" name="eventName.updateGiftCertDataEvent"
value="Apply" />
<em>
</em>

</fieldset>
</div>


</div>
<h4 class="ys_subSectionHeader" state="1">Email Notification</h4>
<div class="ys_subSection" id="ys_billingEmail" style="">


<fieldset>


<label for="billing-email" id="labelbilling-email" class="
text">
<strong>
Email Address:</strong>
<input type="text" class="text" name="miscDS.shopperEmailAddress" id="billing-email"
size="40" maxlength="99" value="" />
<input type="hidden" name="miscDS.shopperEmailAddress_ymixval" value="req,email" />
<input type="hidden" name="miscDS.shopperEmailAddress_ymixlabel" value="Email
Address" />
<input type="hidden" name="miscDS.shopperEmailAddress_secname" value="BillingEmail"
/>
<em>
</em>
</label>




<label for="ratings" id="labelratings" class="checkbox
">
<input type="hidden" id="miscDS.ratingsEnabled_CKVAL" name="miscDS.ratingsEnabled"
value="" />
<input type="checkbox" class="checkbox" name="miscDS.ratingsEnabled_CKBOX"
id="ratings" value="1" onClick="javascript:if (this.checked)
{document.getElementById('miscDS.ratingsEnabled_CKVAL').value='1';} else
{document.getElementById('miscDS.ratingsEnabled_CKVAL').value='0';}" />
<strong>
Would you like Yahoo! to send you an email asking you to rate this
```

```
                              MetaController[1]
merchant?</strong>
<em>
</em>
</label>

</fieldset>

</div>
<h4 class="ys_subSectionHeader" state="1">Comments (optional)</h4>
<div class="ys_subSection" id="ys_comments" style="">


<fieldset>


<label for="comments" id="labelcomments"
>
<strong>
Comments:</strong>
<textarea name="miscDS.comments" id="comments" rows="4" cols="40">
</textarea>
<em>
</em>
</label>
</fieldset>

</div>
</div>
</div>

<div class="ys_pageActions cb">
  <ul>
    <li class="ys_first">

    <a class="ysco_img_btn"
href="https://us-dc1-order.store.yahoo.net/ymix/MetaController.html?eventName.cancel
Event&sectionId=ysco.ship-bill&ysco_key_store_id=yhst-93672551109875&">
<img
src="https://store1.yimg.com/P/MTFILE/yhst-93672551109875/img/co/1185458711___Cancel
.gif"> </a>

    </li>
    <li class="ys_second">



<input class="ysco_img_btn" type="image" name="eventName.sbContinueEvent"
src="https://store1.yimg.com/P/MTFILE/yhst-93672551109875/img/co/1185458744___Contin
ue.gif" alt="Continue"/>
    </li>
  </ul>
</div><div class="cb"></div>


<input type="hidden" name="ccPaymentDS.ccpayment_ROW0_signature" value="" />
<input type="hidden" name="ysco_hfkeys"
value="ysco_key_store_id,sectionId,mode,shippingAddressDS_shipping_ROW0_full_name_ym
ixval,shippingAddressDS_shipping_ROW0_address1_ymixval,shippingAddressDS_shipping_RO
W0_city_ymixval,shippingAddressDS_shipping_ROW0_state_ymixval,shippingAddressDS_ship
ping_ROW0_zip_ymixval,shippingAddressDS_shipping_ROW0_phone_ymixval,shippingAddressD
S_shipping_ROW0_country,shippingOptionsDS_shipping_options_ROW0_shipping_method_id_y
```

```
                              MetaController[1]
mixval,customFieldDS_customfield_ROW0_value_ymixval,customFieldDS_customfield_ROW0_n
ame,customFieldDS_customfield_ROW0_pageId,customFieldDS_customfield_ROW0_sectionId,c
ustomFieldDS_customfield_ROW0_fieldType,ccPaymentDS_ccpayment_ROW0_billingAddress_RO
W0_full_name_ymixval,ccPaymentDS_ccpayment_ROW0_billingAddress_ROW0_address1_ymixval
,ccPaymentDS_ccpayment_ROW0_billingAddress_ROW0_city_ymixval,ccPaymentDS_ccpayment_R
OW0_billingAddress_ROW0_state_ymixval,ccPaymentDS_ccpayment_ROW0_billingAddress_ROW0
_zip_ymixval,ccPaymentDS_ccpayment_ROW0_billingAddress_ROW0_phone_ymixval,ccPaymentD
S_ccpayment_ROW0_billingAddress_ROW0_country,ccPaymentDS_ccpayment_ROW0_ccType_ymixv
al,ccPaymentDS_ccpayment_ROW0_ccHandle_ymixval,ccPaymentDS_ccpayment_ROW0_expMonth_y
mixval,ccPaymentDS_ccpayment_ROW0_expYear_ymixval,ccPaymentDS_ccpayment_ROW0_cvcHand
le_ymixval,miscDS_shopperEmailAddress_ymixval,ccPaymentDS_ccpayment_ROW0_signature"
/>
<input type="hidden" name="ysco_hfshash" value="FsaSW7A3oHp_OXxuGE3fJA--" />
         </form>




        </div>
        <div id="ys_mastFoot">

<div id="ys_merchFooter">
<div id="footer">
    <ul class="links">
        <li><a href="http://www.allenbrothers.com/index.html">Home</a></li>
        <li><a href="http://www.allenbrothers.com/info.html">About Us</a></li>
        <li><a href="http://www.allenbrothers.com/privacypolicy.html">Privacy
Policy</a></li>
        <li><a href="http://www.allenbrothers.com/catalog.html">Catalog
Request</a></li>
        <li><a href="http://www.allenbrothers.com/shopping-assistance.html">Customer
Service</a></li>
        <li><a href="http://www.allenbrothers.com/contact2.html">Contact Us</a></li>
        <li><a href="http://www.allenbrothers.com/ind.html">Site Map</a></li>
        <li><a href="articles.html">Articles</a></li>
        <li class="last"><a
href="https://order.store.yahoo.net/cgi-bin/wg-order?yhst-93672551109875">View
Shopping Cart</a></li>
    </ul>
    <p>To place a phone order, call 24 hours a day, 7 days a week &mdash; (800)
957-0111<br />For questions or assistance, call weekdays 8 AM to 5 PM CST &mdash;
(800) 548-7777</p>
    <div class="text">
        <span class="copyright">&copy; 2007 Allen Brothers, Inc., All Rights
Reserved.</span>
    </div>
</div>
<!--
<script type="text/javascript" language="Javascript"
src="https://s.p11.hostingprod.com/@site.allenbrothers.com/solidcactus/ssl/checkout-
wrapper.php?domain=allenbrothers.com"></script>--></div>

<div id="ys_yFooter">
  <p id="ys_copyright">

    <em>Copyright &copy; 2007 Yahoo! Inc. All rights reserved.</em>
    <em>

      <a href="http://privacy.yahoo.com/">Yahoo!'s Privacy Policy</a>

  _

<a href="http://store.yahoo.com/yhst-93672551109875/privacypolicy.html">Merchant's
Privacy Policy</a>
```

MetaController[1]

```
      </em>
    </p>
</div>
      </div>
    </div>
    <!-- use these extra div/span combinations to add extra imagery to your shopping
cart -->
      <div id="extDiv1"><span></span></div><div id="extDiv2"><span></span></div><div
id="extDiv3"><span></span></div>
      <div id="extDiv4"><span></span></div><div id="extDiv5"><span></span></div><div
id="extDiv6"><span></span></div>
      <script type="text/javascript">
// Begin Y! Store Generated Code
function csell_CO_VIEW_TAG() { var csell_token_map = {};
csell_token_map['TOK_BEACON_TYPE'] = 'co-5'; csell_token_map['TOK_RAND_KEY'] =
'rand'; csell_token_map['TOK_SPACEID'] = '2022276099';
csell_token_map['TOK_STORE_ID'] = 'yhst-93672551109875'; csell_token_map['TOK_URL']
= 'https://pclick.internal.yahoo.com';  ts='TOK_STORE_ID'; var params = {"s":
csell_token_map['TOK_SPACEID'], "url": csell_token_map['TOK_URL'], "si":
csell_token_map[ts], "bt": csell_token_map['TOK_BEACON_TYPE']+'-view', "rnd":
csell_token_map['TOK_RAND_KEY'] }; var auxParamStr =
'/sid='+params['si']+'/bt='+params['bt']; var r=Math.random(); var img = new
Image(); img.src =
params['url']+'/p/s='+params['s']+'/'+params['rnd']+'='+r+auxParamStr; }
</script>
<script type="text/javascript">
csell_CO_VIEW_TAG(); </script>

  </body>
</html><!-- order114.store.mud.yahoo.net uncompressed Sat Nov 17 11:12:11 PST 2007
-->
```