# EXHIBIT D

# ALLEN BROTHERS
YOUR SOURCE FOR FINE DINING
THE GREAT STEAKHOUSE STEAKS

On the Radio!


CART

SEARCH

keyword or item #

GO

- SHOP
- GIFT SELECTIONS
- FINE DINING
- CATALOG
- ASSISTANCE

USDA Prime Steaks
Wet-Aged Beef
Dry-Aged Beef
Kobe-style Wagyu Beef
Never Frozen Beef
Appetizers
Buffalo & Venison
Desserts
Duck
Heat & Serve Entrees
Lamb
Pork
Poultry
Sausages & Bratwurst
Seafood
Steak Burgers & Dogs
Veal
Wine Club
New Products
Specials
Favorites

Lobster, Venetian, and Mushroom-Stuffed Filets

*Gourmet Selections So Superb, You'll be Tempted to Try Them All*



E-Gift Certificates

CLICK HERE TO BUY E-GIFT CERTIFICATES NOW



Gift Selections

> When you share the flavor of Allen Brothers with friends, family, clients, and

> The same beef we provide to the world's greatest steakhouses

SIGN UP FOR EMAIL SPECIAL OFFERS

<enter email>

FAVORITES

> Brand-new offerings from award winning CHEFS.

> USDA PRIME Close-Trim Filets
> Boneless Sirloin Strip Steaks - USDA PRIME
> Bone-In Ribeye - USDA PRIME
> Porterhouse Steaks - USDA PRIME
> Braised Veal Osso Buco

> We searched the world's oceans for the best lobster, crab

> Hundreds of exclusive gourmet offerings.

> The Great Steakhouse Desserts by Allen Brothers

SEE OUR

OUR CATALOG



- Maryland-Style Crab Cakes
- Traditional Scottish-Style Smoked Salmon - Presliced
- West Australian Tails
- Our Stuffed Poultry Sampler
- Lamb Rib Chops - Frenched



- Page through and shop our latest catalog online
- Request a catalog

About Us | Privacy Policy | Catalog Request | Customer Service | Contact Us | Site Map | Articles
To place a phone order, call 24 hours a day, 7 days a week — (800) 957-0111
For questions or assistance, call weekdays 8 AM to 5 PM CST — (800) 548-7777
© 2007 Allen Brothers, Inc., All Rights Reserved.
design, development, marketing, and operations by Prominent Consulting, LLC

Enter your email address to receive special offers

<enter email>  SUBSCRIBE

# EXHIBIT E

Prominent IP - Catalog Code

```
1  <!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN" "http://www.w3.org/TR/html4/loose.dtd">
2  <html><!-- InstanceBegin templates="/Templates/steaks.dwt.jsp" codeOutsideHTMLIsLocked="false" -->
3  <head>
4  <!-- Copyright (c) 2005 by Prominent Consulting LLC. All Rights Reserved. -->
5  <!-- Added by HTTrack -->
6  <meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
7  <!-- Added by HTTrack --><meta http-equiv="content-type" content="text/html;charset=iso-8859-1"><!--/Added by HTTrack -->
8  <META name="description" content="Order steaks, lobsters, seafood, and desserts from the purveyor of America's highest-quality USDA prime steaks and beef, Allen Brothers">
9  <META name="keywords" content="steaks,steak,prime beef,beef,prime steaks,aged beef,kobe beef,angus beef,mail order steaks,wagyu beef,prime steak,mail order steak,aged steaks,fillet mignon,beef wellington">
10 <!-- InstanceBeginEditable name="doctitle" -->
11 <title>Allen Brothers USDA Prime Steaks and Prime Beef</title>
12 <!-- InstanceEndEditable --><link rel="stylesheet" href="../72.5.200.197/css/steaks.css" type="text/css">
13 <SCRIPT language="JavaScript" src="../72.5.200.197/js/steaks.js"></SCRIPT>
14 <!-- InstanceBeginEditable name="head" --><!-- InstanceEndEditable -->
15 </head>
16 <body bgcolor="#ffffff" vlink="#635247" alink="#635247" link="#635247" marginheight="0" marginwidth="0" topmargin="0" leftmargin="0" rightmargin="0" onLoad="MM_preloadImages('http://72.5.200.197/images/nav/top/ordertracking-over.gif','http://72.5.200.197/images/nav/top/myAccount-over.gif','http://72.5.200.197/images/nav/top/cart-over.gif','http://72.5.200.197/images/nav/top/go-down.gif','http://72.5.200.197/images/nav/top/go-over.jpg','../72.5.200.197/images/steaks/ordertracking-over.gif','../72.5.200.197/images/steaks/myaccount-over.gif','../72.5.200.197/images/steaks/cart-over.gif','../72.5.200.197/images/steaks/shop-over.gif','../72.5.200.197/images/steaks/leftnav/primesteaks-over.gif','../72.5.200.197/images/steaks/leftnav/wetaged-over.gif','../72.5.200.197/images/steaks/leftnav/dryaged-over.gif','../72.5.200.197/images/steaks/leftnav/never-over.jpg','../72.5.200.197/images/steaks/leftnav/kobe-over.jpg','../72.5.200.197/images/steaks/leftnav/appetizers-over.jpg','../72.5.200.197/images/steaks/leftnav/buffalo-over.jpg','../72.5.200.197/images/steaks/leftnav/desserts-over.jpg','../72.5.200.197/images/steaks/leftnav/duck-over.jpg','../72.5.200.197/images/steaks/leftnav/heatandserve-over.jpg','../72.5.200.197/images/steaks/leftnav/lamb-over.jpg','../72.5.200.197/images/steaks/leftnav/pork-over.jpg','../72.5.200.197/images/steaks/leftnav/poultry-over.jpg','../72.5.200.197/images/steaks/leftnav/sausages-over.jpg','../72.5.200.197/images/steaks/leftnav/seafood-over.jpg','../72.5.200.197/images/steaks/leftnav/steakburgers-over.jpg','../72.5.200.197/images/steaks/leftnav/veal-over.jpg','../72.5.200.197/images/steaks/leftnav/newproducts-over.jpg','../72.5.200.197/images/steaks/leftnav/specials-over.jpg','../72.5.200.197/images/steaks/leftnav/favorites-over.jpg')">
```

1

Catalog jsp.htm

```
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN"
"http://www.w3.org/TR/html4/loose.dtd">
<html><!-- InstanceBegin template="/Templates/steaks.dwt.jsp"
codeOutsideHTMLIsLocked="false" -->
<head>
<meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
<title>The Great Steakhouse Steaks - Allen Brothers USDA Prime Steak and Prime
Beef</title>
<META name="description" content="Order steaks, lobsters, seafood, and desserts from
the purveyor of America's highest-quality USDA prime steaks and beef, Allen Brothers
- The Great Steakhouse Steaks">
<META name="keywords" content="steaks,steak,prime beef,beef,prime steaks,aged
beef,kobe beef,angus beef,mail order steaks,wagyu beef,prime steak,mail order
steak,aged steaks,filet mignon,beef wellington">
<link rel="stylesheet" href="http://72.5.200.197/css/steaks.css" type="text/css">
<SCRIPT language="JavaScript" src="http://72.5.200.197/js/steaks.js"></SCRIPT>
<!-- InstanceBeginEditable name="head" --><!-- InstanceEndEditable -->
</head>
<body bgcolor="#ffffff" vlink="#635247" alink="#635247" link="#635247"
marginheight="0" marginwidth="0" topmargin="0" leftmargin="0" rightmargin="0"
onLoad="MM_preloadImages('http://72.5.200.197/images/nav/top/ordertracking-over.gif'
,'http://72.5.200.197/images/nav/top/myAccount-over.gif','http://72.5.200.197/images
/nav/top/cart-over.gif','http://72.5.200.197/images/nav/top/go-over.jpg','http://72.
5.200.197/images/nav/top/go-down.gif','http://72.5.200.197/images/steaks/ordertracki
ng-over.gif','http://72.5.200.197/images/steaks/myaccount-over.gif','http://72.5.200
.197/images/steaks/cart-over.gif','http://72.5.200.197/images/steaks/shop-over.gif',
'http://72.5.200.197/images/steaks/leftnav/primesteaks-over.jpg','http://72.5.200.19
7/images/steaks/leftnav/wetaged-over.jpg','http://72.5.200.197/images/steaks/leftnav
/dryaged-over.jpg','http://72.5.200.197/images/steaks/leftnav/never-over.jpg','http:
//72.5.200.197/images/steaks/leftnav/kobe-over.jpg','http://72.5.200.197/images/stea
ks/leftnav/appetizers-over.jpg','http://72.5.200.197/images/steaks/leftnav/buffalo-o
ver.jpg','http://72.5.200.197/images/steaks/leftnav/desserts-over.jpg','http://72.5.
200.197/images/steaks/leftnav/duck-over.jpg','http://72.5.200.197/images/steaks/left
nav/heatandserve-over.jpg','http://72.5.200.197/images/steaks/leftnav/lamb-over.jpg'
,'http://72.5.200.197/images/steaks/leftnav/pork-over.jpg','http://72.5.200.197/imag
es/steaks/leftnav/poultry-over.jpg','http://72.5.200.197/images/steaks/leftnav/sausa
ges-over.jpg','http://72.5.200.197/images/steaks/leftnav/seafood-over.jpg','http://7
2.5.200.197/images/steaks/leftnav/steakburgers-over.jpg','http://72.5.200.197/images
/steaks/leftnav/veal-over.jpg','http://72.5.200.197/images/steaks/leftnav/newproduct
s-over.jpg','http://72.5.200.197/images/steaks/leftnav/specials-over.jpg','http://72
.5.200.197/images/steaks/leftnav/wineclub-over.jpg','http://72.5.200.197/images/stea
ks/leftnav/favorites-over.jpg')">
<div id="topLinks" class="topLinks"><a href="steaks.jsp" class="theme">Home</a> - <a
href="AboutUs.jsp" class="theme">About Us</a> - <a href="ContactUs.jsp"
class="theme">Contact Us</a> - <a href="CatalogRequest.jsp" class="theme">Catalog
Request</a> </div>
<div id="CompanyLogo" style="position:absolute; top:2px; left:2px; z-index:30;
width:328px; height:50px;"><A href="/steaks.jsp"><img
src="http://72.5.200.197/images/steaks/A5-logo.jpg" width="328" height="50"
```

Prominent IP - Contact Us Code

```
1  <!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN" "http://www.w3.org/TR/html4/loose.dtd">
2  <html><!-- InstanceBegin templates="/Templates/steaks.dwt.jsp" codeOutsideHTMLIsLocked="false" -->
3  <head>
4  <!-- Copyright (c) 2005 by Prominent Consulting LLC. All Rights Reserved. -->
5  <!-- Added by HTTrack -->
6  <!-- /Added by HTTrack -->
7  <meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
8  <META name="description" content="Order steaks, lobsters, seafood, and desserts from the purveyor of America's highest-quality USDA prime steaks and beef, Allen Brothers">
9  <META name="keywords" content="steaks,steak,prime beef,beef,prime steaks,aged beef,kobe beef,angus beef,mail order steaks,wagyu beef,prime steak,mail order steak,aged steaks,fillet mignon,beef wellington">
10 <!-- InstanceBeginEditable name="doctitle" -->
11 <title>Allen Brothers USDA Prime Steaks and Prime Beef</title>
12 <!-- InstanceEndEditable --><link rel="stylesheet" href="../72.5.200.197/css/steaks.css" type="text/css">
13 <SCRIPT language="JavaScript" src="../72.5.200.197/js/steaks.js"></SCRIPT>
14 <!-- InstanceBeginEditable name="head" --><!-- InstanceEndEditable -->
15 </head>
16 <body bgcolor="#ffffff" vlink="#635247" alink="#635247" link="#635247" marginheight="0" marginwidth="0" topmargin="0" leftmargin="0" rightmargin="0" onload="MM_preloadImages('http://72.5.200.197/images/nav/top/myAccount-over.gif','http://72.5.200.197/images/nav/top/ordertracking-over.gif','http://72.5.200.197/images/nav/top/cart-over.gif','http://72.5.200.197/images/nav/top/go-down.gif','http://72.5.200.197/images/nav/top/go-over.jpg','../72.5.200.197/images/steaks/ordertracking-over.gif','../72.5.200.197/images/steaks/myaccount-over.gif','../72.5.200.197/images/steaks/cart-over.gif','../72.5.200.197/images/steaks/shop-over.jpg','../72.5.200.197/images/steaks/leftnav/primesteaks-over.jpg','../72.5.200.197/images/steaks/leftnav/wetaged-over.jpg','../72.5.200.197/images/steaks/leftnav/dryaged-over.jpg','../72.5.200.197/images/steaks/leftnav/never-over.jpg','../72.5.200.197/images/steaks/leftnav/kobe-over.jpg','../72.5.200.197/images/steaks/leftnav/appetizers-over.jpg','../72.5.200.197/images/steaks/leftnav/buffalo-over.jpg','../72.5.200.197/images/steaks/leftnav/desserts-over.jpg','../72.5.200.197/images/steaks/leftnav/duck-over.jpg','../72.5.200.197/images/steaks/leftnav/heatandserve-over.jpg','../72.5.200.197/images/steaks/leftnav/lamb-over.jpg','../72.5.200.197/images/steaks/leftnav/pork-over.jpg','../72.5.200.197/images/steaks/leftnav/poultry-over.jpg','../72.5.200.197/images/steaks/leftnav/sausages-over.jpg','../72.5.200.197/images/steaks/leftnav/seafood-over.jpg','../72.5.200.197/images/steaks/leftnav/steakburgers-over.jpg','../72.5.200.197/images/steaks/leftnav/veal-over.jpg','../72.5.200.197/images/steaks/leftnav/newproducts-over.jpg','../72.5.200.197/images/steaks/leftnav/specials-over.jpg','../72.5.200.197/images/steaks/leftnav/favorites-over.jpg')">
```

1

ContactUs jsp.htm

```
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN"
"http://www.w3.org/TR/html4/loose.dtd">
<html><!-- InstanceBegin template="/Templates/steaks.dwt.jsp"
codeOutsideHTMLIsLocked="false" -->
<head>
<meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
<title>The Great Steakhouse Steaks - Allen Brothers USDA Prime Steak and Prime
Beef</title>
<META name="description" content="Order steaks, lobsters, seafood, and desserts from
the purveyor of America's highest-quality USDA prime steaks and beef, Allen Brothers
- The Great Steakhouse Steaks">
<META name="keywords" content="steaks,steak,prime beef,beef,prime steaks,aged
beef,kobe beef,angus beef,mail order steaks,wagyu beef,prime steak,mail order
steak,aged steaks,filet mignon,beef wellington">
<link rel="stylesheet" href="http://72.5.200.197/css/steaks.css" type="text/css">
<SCRIPT language="JavaScript" src="http://72.5.200.197/js/steaks.js"></SCRIPT>
<!-- InstanceBeginEditable name="head" --><!-- InstanceEndEditable -->
</head>
<body bgcolor="#ffffff" vlink="#635247" alink="#635247" link="#635247"
marginheight="0" marginwidth="0" topmargin="0" leftmargin="0" rightmargin="0"
onLoad="MM_preloadImages('http://72.5.200.197/images/nav/top/ordertracking-over.gif'
,'http://72.5.200.197/images/nav/top/myAccount-over.gif','http://72.5.200.197/images
/nav/top/cart-over.gif','http://72.5.200.197/images/nav/top/go-over.jpg','http://72.
5.200.197/images/nav/top/go-down.gif','http://72.5.200.197/images/steaks/ordertracki
ng-over.gif','http://72.5.200.197/images/steaks/myaccount-over.gif','http://72.5.200
.197/images/steaks/cart-over.gif','http://72.5.200.197/images/steaks/shop-over.gif',
'http://72.5.200.197/images/steaks/leftnav/primesteaks-over.jpg','http://72.5.200.19
7/images/steaks/leftnav/wetaged-over.jpg','http://72.5.200.197/images/steaks/leftnav
/dryaged-over.jpg','http://72.5.200.197/images/steaks/leftnav/never-over.jpg','http:
//72.5.200.197/images/steaks/leftnav/kobe-over.jpg','http://72.5.200.197/images/stea
ks/leftnav/appetizers-over.jpg','http://72.5.200.197/images/steaks/leftnav/buffalo-o
ver.jpg','http://72.5.200.197/images/steaks/leftnav/desserts-over.jpg','http://72.5.
200.197/images/steaks/leftnav/duck-over.jpg','http://72.5.200.197/images/steaks/left
nav/heatandserve-over.jpg','http://72.5.200.197/images/steaks/leftnav/lamb-over.jpg'
,'http://72.5.200.197/images/steaks/leftnav/pork-over.jpg','http://72.5.200.197/imag
es/steaks/leftnav/poultry-over.jpg','http://72.5.200.197/images/steaks/leftnav/sausa
ges-over.jpg','http://72.5.200.197/images/steaks/leftnav/seafood-over.jpg','http://7
2.5.200.197/images/steaks/leftnav/steakburgers-over.jpg','http://72.5.200.197/images
/steaks/leftnav/veal-over.jpg','http://72.5.200.197/images/steaks/leftnav/newproduct
s-over.jpg','http://72.5.200.197/images/steaks/leftnav/specials-over.jpg','http://72
.5.200.197/images/steaks/leftnav/wineclub-over.jpg','http://72.5.200.197/images/stea
ks/leftnav/favorites-over.jpg')">
<div id="topLinks" class="topLinks"><a href="steaks.jsp" class="theme">Home</a> - <a
href="AboutUs.jsp" class="theme">About Us</a> - <a href="ContactUs.jsp"
```

Prominent IP - Restaurant Code

```
1   <!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN" "http://www.w3.org/TR/html14/loose.dtd">
2   <html><!-- InstanceBegin template="/Templates/steaks.dwt.jsp" codeOutsideHTMLIsLocked="false" -->
3   <!-- Copyright (c) 2005 by Prominent Consulting LLC. All Rights Reserved. -->
4   <!-- Added by HTTrack --><meta http-equiv="content-type" content="text/html;charset=iso-8859-1"><!--
5   /Added by HTTrack -->
6   <head>
7   <meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
8   <META name="description" content="Order steaks, lobsters, seafood, and desserts from the purveyor of America's highest-quality USDA prime steaks and beef, Allen Brothers">
9   <META name="keywords" content="steaks, steak, prime beef, beef, prime steaks, aged beef, kobe beef, angus beef, mail order steaks, wagyu beef, prime steak, mail order steak, aged steaks, filet mignon, beef wellington">
10  <!-- InstanceBeginEditable name="doctitle" -->
11  <title>Allen Brothers USDA Prime Steaks and Prime Beef</title>
12  <!-- InstanceEndEditable --><link rel="stylesheet" href="../72.5.200.197/css/steaks.css" type="text/css">
13  <SCRIPT language="JavaScript" src="../72.5.200.197/js/steaks.js"></SCRIPT>
14  <!-- InstanceBeginEditable name="head" --><!-- InstanceEndEditable -->
15  </head>
16  <body bgcolor="#ffffff" vlink="#635247" alink="#635247" link="#635247" marginheight="0" marginwidth="0" topmargin="0" leftmargin="0" rightmargin="0" onload="MM_preloadImages('http://72.5.200.197/images/nav/top/orderttracking-over.gif','../72.5.200.197/images/nav/top/myAccount-over.gif','../72.5.200.197/images/nav/top/cart-over.gif','http://72.5.200.197/images/nav/top/go-down.gif','../72.5.200.197/images/steaks/ordertracking-over.jpg','../72.5.200.197/images/steaks/myaccount-over.gif','../72.5.200.197/images/steaks/cart-over.gif','../72.5.200.197/images/steaks/shop-over.gif','../72.5.200.197/images/steaks/leftnav/primesteaks-over.gif','../72.5.200.197/images/steaks/leftnav/wetaged-over.gif','../72.5.200.197/images/steaks/leftnav/dryaged-over.gif','../72.5.200.197/images/steaks/leftnav/never-over.jpg','../72.5.200.197/images/steaks/leftnav/kobe-over.jpg','../72.5.200.197/images/steaks/leftnav/appetizers-over.jpg','../72.5.200.197/images/steaks/leftnav/buffalo-over.jpg','../72.5.200.197/images/steaks/leftnav/desserts-over.jpg','../72.5.200.197/images/steaks/leftnav/heatandserve-over.jpg','../72.5.200.197/images/steaks/leftnav/duck-over.jpg','../72.5.200.197/images/steaks/leftnav/lamb-over.jpg','../72.5.200.197/images/steaks/leftnav/pork-over.jpg','../72.5.200.197/images/steaks/leftnav/poultry-over.jpg','../72.5.200.197/images/steaks/leftnav/sausages-over.jpg','../72.5.200.197/images/steaks/leftnav/seafood-over.jpg','../72.5.200.197/images/steaks/leftnav/steakburgers-over.jpg','../72.5.200.197/images/steaks/leftnav/veal-over.jpg','../72.5.200.197/images/steaks/leftnav/newproducts-over.jpg','../72.5.200.197/images/steaks/leftnav/specials-over.jpg','../72.5.200.197/images/steaks/leftnav/favorites-over.jpg')">
```

Serving jsp.htm

```
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN"
"http://www.w3.org/TR/html4/loose.dtd">
<html><!-- InstanceBegin template="/Templates/steaks.dwt.jsp"
codeOutsideHTMLIsLocked="false" -->
<head>
<meta http-equiv="Content-Type" content="text/html; charset=iso-8859-1">
<title>The Great Steakhouse Steaks - Allen Brothers USDA Prime Steak and Prime
Beef</title>
<META name="description" content="Order steaks, lobsters, seafood, and desserts from
the purveyor of America's highest-quality USDA prime steaks and beef, Allen Brothers
- The Great Steakhouse Steaks">
<META name="keywords" content="steaks,steak,prime beef,beef,prime steaks,aged
beef,kobe beef,angus beef,mail order steaks,wagyu beef,prime steak,mail order
steak,aged steaks,filet mignon,beef wellington">
<link rel="stylesheet" href="http://72.5.200.197/css/steaks.css" type="text/css">
<SCRIPT language="JavaScript" src="http://72.5.200.197/js/steaks.js"></SCRIPT>
<!-- InstanceBeginEditable name="head" --><!-- InstanceEndEditable -->
</head>
<body bgcolor="#ffffff" vlink="#635247" alink="#635247" link="#635247"
marginheight="0" marginwidth="0" topmargin="0" leftmargin="0" rightmargin="0"
onLoad="MM_preloadImages('http://72.5.200.197/images/nav/top/ordertracking-over.gif'
,'http://72.5.200.197/images/nav/top/myAccount-over.gif','http://72.5.200.197/images
/nav/top/cart-over.gif','http://72.5.200.197/images/nav/top/go-over.jpg','http://72.
5.200.197/images/nav/top/go-down.gif','http://72.5.200.197/images/steaks/ordertracki
ng-over.gif','http://72.5.200.197/images/steaks/myaccount-over.gif','http://72.5.200
.197/images/steaks/cart-over.gif','http://72.5.200.197/images/steaks/shop-over.gif',
'http://72.5.200.197/images/steaks/leftnav/primesteaks-over.gif','http://72.5.200.19
7/images/steaks/leftnav/wetaged-over.jpg','http://72.5.200.197/images/steaks/leftnav
/dryaged-over.jpg','http://72.5.200.197/images/steaks/leftnav/never-over.jpg','http:
//72.5.200.197/images/steaks/leftnav/kobe-over.jpg','http://72.5.200.197/images/stea
ks/leftnav/appetizers-over.jpg','http://72.5.200.197/images/steaks/leftnav/buffalo-o
ver.jpg','http://72.5.200.197/images/steaks/leftnav/desserts-over.jpg','http://72.5.
200.197/images/steaks/leftnav/duck-over.jpg','http://72.5.200.197/images/steaks/left
nav/heatandserve-over.jpg','http://72.5.200.197/images/steaks/leftnav/lamb-over.jpg'
,'http://72.5.200.197/images/steaks/leftnav/pork-over.jpg','http://72.5.200.197/imag
es/steaks/leftnav/poultry-over.jpg','http://72.5.200.197/images/steaks/leftnav/sausa
ges-over.jpg','http://72.5.200.197/images/steaks/leftnav/seafood-over.jpg','http://7
2.5.200.197/images/steaks/leftnav/steakburgers-over.jpg','http://72.5.200.197/images
/steaks/leftnav/veal-over.jpg','http://72.5.200.197/images/steaks/leftnav/newproduct
s-over.jpg','http://72.5.200.197/images/steaks/leftnav/specials-over.jpg','http://72
.5.200.197/images/steaks/leftnav/wineclub-over.jpg','http://72.5.200.197/images/stea
ks/leftnav/favorites-over.jpg')">
<div id="topLinks" class="topLinks"><a href="steaks.jsp" class="theme">Home</a> - <a
href="AboutUs.jsp" class="theme">About Us</a> - <a href="ContactUs.jsp"
class="theme">Contact Us</a> - <a href="CatalogRequest.jsp" class="theme">Catalog
Request</a> </div>
<div id="CompanyLogo" style="position:absolute; top:2px; left:2px; z-index:30;
width:328px; height:50px;"><A href="/steaks.jsp"><img
src="http://72.5.200.197/images/steaks/A5-logo.jpg" width="328" height="50"
border="0"></A></div>
<div id="Signoff" class="siteNavigation" style="left:300px;"></div>
```