IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **PROMINENT CONSULTING, LLC**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6357 |
| | ) | |
| **ALLEN BROTHERS, INC.**, | ) | Judge Ruben Castillo |
| | ) | |
| Defendant. | ) | Magistrate Judge Morton Denlow |
| | ) | |

### ALLEN BROTHERS' MOTION FOR ABSTENTION

Defendant Allen Brothers, Inc. ("Allen Brothers"), by its attorneys, respectfully requests this Court to abstain from adjudicating this case (the "Federal Case") pursuant to the *Colorado River* doctrine and to stay this action pending complete and final resolution of the prior pending state court litigation involving these same parties, captioned *Allen Brothers, Inc. v. Scott Marland, Debbie Marland, Prominent Consulting, LLC, Kurt Seidensticker and echoMountain LLC*, 07 CH 11877 (the "State Case").[1]  In support of its Motion, Allen Brothers submits an accompanying memorandum of law and states as follows:

1. The State Case and the Federal Case are parallel proceedings under the *Colorado River* doctrine since they involve the same parties litigating the same issues in two forums.

2. At least five of the factors to be considered by the Court in deciding whether to abstain under the *Colorado River* doctrine weigh heavily in favor of abstention - including the strong interest in avoiding piecemeal litigation, the order in which jurisdiction was obtained in

---

[1] In light of the fact that plaintiff has initiated significant discovery on an expedited basis, including both written discovery and depositions, that will be time consuming and expensive and will have limited utility if this Motion is granted, Allen Brothers respectfully requests that the Court stay all discovery pending its ruling on this Motion.

the two cases, the relative progress of the state and federal proceedings, the inability to remove the state court case and the vexatiousness and frivolousness of the federal action. No factors to be considered under *Colorado River* justify denial of abstention here.

WHEREFORE, Allen Brothers respectfully requests this Court to abstain from adjudicating this matter, to stay this action in its entirety pending complete and final resolution of the State Case and to grant all such further relief as it deems appropriate.

Dated: November 29, 2007                                    Respectfully submitted,

                                                    **ALLEN BROTHERS, INC.**

                                      By:   /s/   Charles B. Leuin
                                                     One of Its Attorneys

Charles B. Leuin (ARDC No. 6225447)
Tanisha R. Jones (ARDC No. 6283173)
Matthew S. Gray (ARDC No. 6286276)
**GREENBERG TRAURIG, LLP**
77 W. Wacker Drive, Suite 2500
Chicago, Illinois  60601
T: (312) 456-8400
F: (312) 456-8435

*Attorneys for Defendant Allen Brothers, Inc.*