IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **PROMINENT CONSULTING, LLC**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6357 |
| | ) | |
| **ALLEN BROTHERS, INC.**, | ) | Judge Ruben Castillo |
| | ) | |
| Defendant. | ) | Magistrate Judge Morton Denlow |
| | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, on **Tuesday**, **December 4, 2007** at **9:45 a.m**. or as soon thereafter as counsel may be heard, we shall appear before **Judge Ruben Castillo** or any other judge sitting in his stead, in Room 2141 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall present the attached **MOTION FOR ABSTENTION,** a copy of which is hereby served upon you.

Dated:  November 29, 2007                     Respectfully submitted,


                                              ALLEN BROTHERS, INC.

                                      By:     /s/        Charles B. Leuin
                                              One of Its Attorneys

Charles B. Leuin (ARDC No. 6225447)
Tanisha R. Jones (ARDC No. 6283173)
Matthew S. Gray (ARDC No. 6286276)
GREENBERG TRAURIG, LLP
77 W. Wacker Drive, Suite 2500
Chicago, Illinois  60601
T: (312) 456-8400
F: (312) 456-8435

*Attorneys for Defendant Allen Brothers, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 29, 2007, I electronically filed the foregoing **Notice of Motion, Motion for Abstention**, and **Memorandum of Law in Support of its Motion for Abstention** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties.

                                                By:   /s/      Charles B. Leuin
                                                            One of Its Attorneys

Charles B. Leuin (ARDC No. 6225447)
Tanisha R. Jones (ARDC No. 6283173)
Matthew S. Gray (ARDC No. 6286276)
GREENBERG TRAURIG, LLP
77 W. Wacker Drive, Suite 2500
Chicago, Illinois 60601
T: (312) 456-8400
F: (312) 456-8435

*Attorneys for Defendant Allen Brothers, Inc.*