# EXHIBIT B



*Dorothy Brown*
**CLERK** *of the*
**CIRCUIT Court**
*Cook County*

Case Information Summary for Case Number
**2007-CH-11877**

Filing Date: 5/2/2007                    Case Type: INJUNCTION
Division: Chancery Division              District: First Municipal
Ad Damnum: $0.00                         Calendar: 15

## Party Information

**Plaintiff(s)**                         **Attorney(s)**
ALLEN BROTHERS INC                       MULLENIX PHILIP A

                                         617 W FULTON ST

                                         CHICAGO IL, 60661

                                         (312) 756-7660

**Date of Service**    **Defendant(s)**    **Attorney(s)**

                       PROMINENT
                       CONSULTING           VEDDER PRICE KAUFMAN

                                            222 N LASALLE #2600

                                            CHICAGO IL, 60601

                                            (312) 609-7500

                       MARLAND SCOTT        MCDERMOTT WILL &
                                            EMLLP

                                            227 W MONROE 31ST FL

                                            CHICAGO IL, 60606

                                            (312) 372-2000

                       SEIDENSTICKER KURT

## Case Activity

Activity Date: 5/2/2007                          Participant: ALLEN BROTHERS INC

INJUNCTION COMPLAINT FILED (JURY DEMAND)

Court Fee: 524.00                          Attorney: GREENBERG,TRAURIG


Activity Date: 5/2/2007                          Participant: ALLEN BROTHERS INC

CERTIFICATE OF MAILING FILED

Attorney: GREENBERG,TRAURIG


Activity Date: 5/2/2007                          Participant: ALLEN BROTHERS INC

EXHIBITS FILED

Attorney: GREENBERG,TRAURIG


Activity Date: 5/2/2007                          Participant: ALLEN BROTHERS INC

EMERGENCY NOTICE FILED

Attorney: GREENBERG,TRAURIG


Activity Date: 5/2/2007                          Participant: ALLEN BROTHERS INC

EMERGENCY MOTION/PETITION FILED

Attorney: GREENBERG,TRAURIG


Activity Date: 5/2/2007                          Participant: ALLEN BROTHERS INC

CASE SET ON CASE MANAGEMENT CALL

Court Date: 9/14/2007                     Judge: PANTLE, KATHLEEN M.
Court Time: 1000                          Attorney: GREENBERG,TRAURIG
Court Room: 2410


Activity Date: 5/4/2007                          Participant: ALLEN BROTHERS INC

COMPLY - ALLOWED -

Court Room: 2410                          Judge: PANTLE, KATHLEEN M.
                                          Microfilm: CH070341754


Activity Date: 5/4/2007                          Participant: ALLEN BROTHERS INC

CONTINUANCE - ALLOWED -

Court Date: 6/6/2007                      Judge: PANTLE, KATHLEEN M.
Court Time: 1000                          Microfilm: CH070341753
Court Room: 2410

Activity Date: 5/4/2007                              Participant: ALLEN BROTHERS INC

EXECUTE OR PERFORM - ALLOWED -

Court Room: 2410                          Judge: PANTLE, KATHLEEN M.
                                          Microfilm: CH070341754


Activity Date: 5/4/2007                              Participant: ALLEN BROTHERS INC

ORDER T.R.O. - ALLOWED -

Court Room: 2410                          Judge: PANTLE, KATHLEEN M.
                                          Microfilm: CH070341754


Activity Date: 5/21/2007                             Participant: MARLAND SCOTT

CERTIFICATE OF MAILING FILED

Attorney: PRO SE


Activity Date: 5/21/2007                             Participant: MARLAND SCOTT

NOTICE OF MOTION FILED

Attorney: PRO SE


Activity Date: 5/21/2007                             Participant: MARLAND SCOTT

MOTION FILED

Attorney: MCDERMOTT WILL & EMLLP


Activity Date: 5/23/2007                             Participant: ALLEN BROTHERS INC

CONTINUANCE - ALLOWED -

Court Date: 6/25/2007                     Judge: PANTLE, KATHLEEN M.
Court Time: 1000                          Microfilm: CH070393014
Court Room: 2410


Activity Date: 5/23/2007                             Participant: MARLAND SCOTT

EXTEND TIME - ALLOWED -

Court Date: 6/15/2007                     Judge: PANTLE, KATHLEEN M.
Court Room: 2410                          Microfilm: CH070393014


Activity Date: 5/23/2007                             Participant: MARLAND SCOTT

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD - ALLOWED -

Court Date: 6/15/2007                     Judge: PANTLE, KATHLEEN M.
Court Room: 2410                          Microfilm: CH070393014

Activity Date: 5/23/2007                              Participant: MARLAND SCOTT

### EXECUTE OR PERFORM - ALLOWED -

Court Room: 2410                                   Judge: PANTLE, KATHLEEN M.
                                                  Microfilm: CH070393014


Activity Date: 5/23/2007                              Participant: ALLEN BROTHERS INC

### STRIKE FROM THE CALL - ALLOWED -

Court Date: 6/6/2007                              Judge: PANTLE, KATHLEEN M.
Court Time: 1000                                 Microfilm: CH070393014
Court Room: 2410


Activity Date: 6/7/2007                               Participant: ALLEN BROTHERS

### APPEARANCE FILED - FEE PAID -

Court Fee: 163.00                                 Attorney: MULLENIX PHILIP A


Activity Date: 6/8/2007                               Participant: ALLEN BROTHERS INC

### MOTION SCHEDULED (MOTION COUNTER ONLY)

Court Date: 6/14/2007                             Attorney: GREENBERG,TRAURIG
Court Time: 0930


Activity Date: 6/8/2007                               Participant: ALLEN BROTHERS INC

### ***EXTEND TIME FOR FILING(SET FOR MOTION HEARING)

Court Date: 6/14/2007                             Attorney: GREENBERG,TRAURIG
Court Time: 0930


Activity Date: 6/8/2007                               Participant: ALLEN BROTHERS INC

### NOTICE OF MOTION FILED

                                                  Attorney: GREENBERG,TRAURIG


Activity Date: 6/14/2007                              Participant: ALLEN BROTHERS INC

### CONTINUANCE - ALLOWED -

Court Date: 7/17/2007                             Judge: PANTLE, KATHLEEN M.
Court Time: 1000                                 Microfilm: CH070453343
Court Room: 2410


Activity Date: 6/14/2007                              Participant: MARLAND SCOTT

### EXTEND TIME - ALLOWED -

Court Date: 6/29/2007                    Judge: PANTLE, KATHLEEN M.
Court Room: 2410                         Microfilm: CH070453343

Activity Date: 6/14/2007                 Participant: MARLAND SCOTT

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS - ALLOWED -

Court Date: 6/29/2007                    Judge: PANTLE, KATHLEEN M.
Court Room: 2410                         Microfilm: CH070453343

Activity Date: 6/15/2007                 Participant: ALLEN BOTHERS

SUBPOENA - RETD P.S.

Attorney: GREENBERG,TRAURIG

Activity Date: 6/18/2007                 Participant: ALLEN BROTHERS INC

MOTION SCHEDULED (MOTION COUNTER ONLY)

Court Date: 6/29/2007                    Attorney: GREENBERG,TRAURIG
Court Time: 0930

Activity Date: 6/18/2007                 Participant: ALLEN BROTHERS

SUBPOENA - RETD P.S.

Attorney: GREENBERG,TRAURIG

Activity Date: 6/18/2007                 Participant: ALLEN BROTHERS

SUBPOENA - RETD P.S.

Attorney: GREENBERG,TRAURIG

Activity Date: 6/19/2007                 Participant: ALLEN BROTHERS

CERTIFICATE FILED

Attorney: GREENBERG,TRAURIG

Activity Date: 6/19/2007                 Participant: ALLEN BROTHERS

EXHIBITS FILED

Attorney: GREENBERG,TRAURIG

Activity Date: 6/19/2007                 Participant: ALLEN BROTHERS

NOTICE OF MOTION FILED

Attorney: GREENBERG,TRAURIG

Activity Date: 6/19/2007                          Participant: ALLEN BROTHERS

MOTION FILED

Attorney: GREENBERG,TRAURIG

Activity Date: 6/20/2007                          Participant: ALLEN BROTHERS

CERTIFICATE OF MAILING FILED

Attorney: GREENBERG,TRAURIG

Activity Date: 6/20/2007                          Participant: ALLEN BROTHERS

NOTICE OF FILING FILED

Attorney: GREENBERG,TRAURIG

Activity Date: 6/22/2007                          Participant: MARLAND SCOTT

CERTIFICATE OF MAILING FILED

Attorney: MCDERMOTT WILL & EMLLP

Activity Date: 6/22/2007                          Participant: MARLAND SCOTT

EXHIBITS FILED

Attorney: MCDERMOTT WILL & EMLLP

Activity Date: 6/22/2007                          Participant: MARLAND SCOTT

NOTICE OF MOTION FILED

Attorney: MCDERMOTT WILL & EMLLP

Activity Date: 6/22/2007                          Participant: MARLAND SCOTT

PETITION TO QUASH FILED

Attorney: MCDERMOTT WILL & EMLLP

Activity Date: 6/22/2007                          Participant: MARLAND SCOTT

MOTION FILED

Attorney: MCDERMOTT WILL & EMLLP

Activity Date: 6/26/2007                          Participant: ALLEN BROTHERS

CERTIFICATE OF MAILING FILED

Attorney: GREENBERG,TRAURIG

Activity Date: 6/26/2007                              Participant: ALLEN BROTHERS

NOTICE FILED

Attorney: GREENBERG,TRAURIG

Activity Date: 6/29/2007                              Participant: MARLAND SCOTT

EXTEND TIME - ALLOWED -

Court Date: 7/13/2007                    Judge: PANTLE, KATHLEEN M.
Court Room: 2410                         Microfilm: CH070501423

Activity Date: 6/29/2007                              Participant: MARLAND SCOTT

MOTION TO - ALLOWED -

Court Room: 2410                         Judge: PANTLE, KATHLEEN M.
                                         Microfilm: CH070501423

Activity Date: 6/29/2007                              Participant: MARLAND SCOTT

CASE SET ON STATUS CALL

Court Date: 7/17/2007                    Judge: PANTLE, KATHLEEN M.
Court Time: 1000                         Microfilm: CH070501423
Court Room: 2410

Activity Date: 6/29/2007                              Participant: MARLAND SCOTT

MOTION TO - DENIED -

Court Room: 2410                         Judge: PANTLE, KATHLEEN M.
                                         Microfilm: CH070501422

Activity Date: 7/13/2007                              Participant: MARLAND SCOTT

APPEARANCE FILED - FEE PAID -

Court Fee: 163.00                        Attorney: MCDERMOTT WILL & EMLLP

Activity Date: 7/13/2007                              Participant: MARLAND SCOTT

ANSWER TO COMPLAINT FILED

Attorney: PRO SE

Activity Date: 7/17/2007                              Participant: ALLEN BROTHERS INC

CONTINUANCE - ALLOWED -

Court Date: 8/28/2007                    Judge: PANTLE, KATHLEEN M.
Court Time: 1000                    Microfilm: CH070533665
Court Room: 2410

Activity Date: 8/9/2007                    Participant: ALLEN BROTHERS INC

MOTION SCHEDULED (MOTION COUNTER ONLY)

Court Date: 8/16/2007                    Attorney: GREENBERG,TRAURIG
Court Time: 0930

Activity Date: 8/9/2007                    Participant: ALLEN BROTHERS INC

***MISC.MOTION(SET FOR MOTION HEARING)

Court Date: 8/16/2007                    Attorney: GREENBERG,TRAURIG
Court Time: 0930

Activity Date: 8/9/2007                    Participant: ALLEN BRO

CERTIFICATE OF MAILING FILED

Attorney: GREENBERG,TRAURIG

Activity Date: 8/9/2007                    Participant: ALLEN BROTHER

EXHIBITS FILED

Attorney: GREENBERG,TRAURIG

Activity Date: 8/9/2007                    Participant: ALLEN BRO

NOTICE OF MOTION FILED

Attorney: GREENBERG,TRAURIG

Activity Date: 8/9/2007                    Participant: ALLEN BROTHER

MOTION FILED

Attorney: GREENBERG,TRAURIG

Activity Date: 8/13/2007                    Participant: MARLAND SCOTT

CERTIFICATE OF MAILING FILED

Attorney: MCDERMOTT WILL & EMLLP

Activity Date: 8/13/2007                    Participant: ALLEN BROTHERS

ANSWER FILED

Attorney: PRO SE

Activity Date: 8/13/2007                          Participant: MARLAND SCOTT

NOTICE OF MOTION FILED

Attorney: MCDERMOTT WILL & EMLLP

Activity Date: 8/13/2007                          Participant: MARLAND SCOTT

MOTION FILED

Attorney: MCDERMOTT WILL & EMLLP

Activity Date: 8/14/2007                          Participant: ALLEN BROTHERS INC

CERTIFICATE FILED

Attorney: GREENBERG,TRAURIG

Activity Date: 8/14/2007                          Participant: ALLEN BROTHERS INC

NOTICE OF MOTION FILED

Attorney: GREENBERG,TRAURIG

Activity Date: 8/14/2007                          Participant: ALLEN BROTHERS INC

MOTION FILED

Attorney: GREENBERG,TRAURIG

Activity Date: 8/16/2007                          Participant: MARLAND SCOTT

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD - ALLOWED -

Court Room: 2410                          Judge: PANTLE, KATHLEEN M.
                                         Microfilm: CH070621765

Activity Date: 8/16/2007                          Participant: MARLAND SCOTT

ADD AN ADDITIONAL DEFENDANT - ALLOWED -

Court Room: 2410                          Judge: PANTLE, KATHLEEN M.
                                         Microfilm: CH070621765

Activity Date: 8/16/2007                          Participant: ALLEN BROTHERS INC

PRODUCE EXHIBITS OR OTHER RECORDS OR DOCUMENTS OR PERSON -
ALLOWED -

Court Room: 2410                          Judge: PANTLE, KATHLEEN M.

Microfilm: CH070621766

Activity Date: 8/16/2007                         Participant: ALLEN BROTHERS INC

ISSUE WRIT - ALLOWED -

Court Room: 2410                    Judge: PANTLE, KATHLEEN M.
                                   Microfilm: CH070621765

Activity Date: 8/16/2007                         Participant: ALLEN BROTHERS INC

AMEND COMPLAINT OR PETITION - ALLOWED -

Court Room: 2410                    Judge: PANTLE, KATHLEEN M.
                                   Microfilm: CH070621765

Activity Date: 8/28/2007                         Participant: ALLEN BROTHERS INC

CONTINUANCE - ALLOWED -

Court Date: 10/23/2007             Judge: PANTLE, KATHLEEN M.
Court Time: 1000                   Microfilm: CH070651886
Court Room: 2410

Activity Date: 8/28/2007                         Participant: MARLAND SCOTT

STRIKE OR WITHDRAW MOTION OR PETITION - ALLOWED -

Court Room: 2410                    Judge: PANTLE, KATHLEEN M.
                                   Microfilm: CH070651886

Activity Date: 9/6/2007                          Participant: ALLEN BROTHERS INC

MOTION SCHEDULED (MOTION COUNTER ONLY)

Court Date: 9/17/2007              Attorney: GREENBERG,TRAURIG
Court Time: 0930

Activity Date: 9/6/2007                          Participant: ALLEN BROTHERS INC

***EXTEND TIME FOR FILING(SET FOR MOTION HEARING)

Court Date: 9/17/2007              Attorney: GREENBERG,TRAURIG
Court Time: 0930

Activity Date: 9/6/2007                          Participant: ALLEN BROTHERS INC

CERTIFICATE OF MAILING FILED

Attorney: GREENBERG,TRAURIG

Activity Date: 9/6/2007                                        Participant: ALLEN BROTHERS INC

NOTICE OF MOTION FILED

Attorney: GREENBERG,TRAURIG


Activity Date: 9/6/2007                                        Participant: ALLEN BROTHERS INC

MOTION FILED

Attorney: GREENBERG,TRAURIG


Activity Date: 9/11/2007                                       Participant: ALLEN BROTHERS INC

CERTIFICATE FILED

Attorney: GREENBERG,TRAURIG


Activity Date: 9/11/2007                                       Participant: ALLEN BROTHERS INC

EXHIBITS FILED

Attorney: GREENBERG,TRAURIG


Activity Date: 9/11/2007                                       Participant: ALLEN BROTHERS INC

EXHIBITS FILED

Attorney: GREENBERG,TRAURIG


Activity Date: 9/11/2007                                       Participant: ALLEN BROTHERS INC

AMENDED PETITION FILED

Attorney: GREENBERG,TRAURIG


Activity Date: 9/17/2007                                                Participant: ALLEN

EXHIBITS FILED

Attorney: GREENBERG,TRAURIG


Activity Date: 9/17/2007                                                Participant: ALLEN

AMENDED COMPLAINT FILED

Attorney: GREENBERG,TRAURIG


Activity Date: 9/17/2007                                        Participant: ALLEN BROTHERS

NOTICE OF FILING FILED

Attorney: GREENBERG,TRAURIG

Activity Date: 9/17/2007                                    Participant: ALLEN BROTHERS INC

CONTINUANCE - ALLOWED -

Court Date: 10/23/2007                          Judge: PANTLE, KATHLEEN M.
Court Time: 1000                                Microfilm: CH070683647
Court Room: 2410


Activity Date: 9/17/2007                                    Participant: ALLEN BROTHERS INC

ISSUE WRIT - ALLOWED -

Court Room: 2410                                Judge: PANTLE, KATHLEEN M.
                                                Microfilm: CH070683647


Activity Date: 9/17/2007                                    Participant: ALLEN BROTHERS INC

AMEND COMPLAINT OR PETITION - ALLOWED -

Court Room: 2410                                Judge: PANTLE, KATHLEEN M.
                                                Microfilm: CH070683647


Activity Date: 10/16/2007                                   Participant: ALLEN BROTHERS INC

MOTION SCHEDULED (MOTION COUNTER ONLY)

Court Date: 10/23/2007                          Attorney: GREENBERG,TRAURIG
Court Time: 0930


Activity Date: 10/16/2007                                   Participant: ALLEN BROTHERS INC

CERTIFICATE OF MAILING FILED

                                                Attorney: GREENBERG,TRAURIG


Activity Date: 10/16/2007                                   Participant: ALLEN BROTHERS INC

EXHIBITS FILED

                                                Attorney: GREENBERG,TRAURIG


Activity Date: 10/16/2007                                   Participant: ALLEN BROTHERS INC

NOTICE OF MOTION FILED

                                                Attorney: GREENBERG,TRAURIG


Activity Date: 10/16/2007                                   Participant: ALLEN BROTHERS INC

MOTION FILED

                                                Attorney: GREENBERG,TRAURIG

Activity Date: 10/19/2007                    Participant: MARLAND SCOTT

### APPEARANCE FILED - FEE PAID -

Court Fee: 163.00                    Attorney: MCDERMOTT WILL & EMLLP


Activity Date: 10/19/2007                    Participant: MARLAND SCOTT

### COUNTER CLAIM FILED - FEE PAID -

Court Fee: 131.00                    Attorney: MCDERMOTT WILL & EMLLP


Activity Date: 10/19/2007                    Participant: MARLAND DEBBIE

### CERTIFICATE OF MAILING FILED

Attorney: MCDERMOTT WILL & EMLLP


Activity Date: 10/19/2007                    Participant: MARLAND SCOTT

### EXHIBITS FILED

Attorney: MCDERMOTT WILL & EMLLP


Activity Date: 10/19/2007                    Participant: MARLAND SCOTT

### ANSWER TO AMENDED COMPLAINT FILED

Attorney: PRO SE


Activity Date: 10/19/2007                    Participant: MARLAND DEBBIE

### ANSWER TO AMENDED COMPLAINT FILED

Attorney: PRO SE


Activity Date: 10/19/2007                    Participant: MARLAND SCOTT

### ANSWER TO COMPLAINT FILED

Attorney: PRO SE


Activity Date: 10/19/2007                    Participant: MARLAND SCOTT

### ANSWER TO COMPLAINT FILED

Attorney: MCDERMOTT WILL & EMLLP


Activity Date: 10/19/2007                    Participant: MARLAND SCOTT

### AFFIRMATIVE DEFENSE FILED

Attorney: MCDERMOTT WILL & EMLLP

Activity Date: 10/19/2007                                   Participant: MARLAND DEBBIE

AFFIRMATIVE DEFENSE FILED

Attorney: PRO SE


Activity Date: 10/19/2007                                   Participant: MARLAND DEBBIE

NOTICE OF FILING FILED

Attorney: MCDERMOTT WILL & EMLLP


Activity Date: 10/23/2007                                   Participant: ALLEN BROTHERS INC

CONTINUANCE - ALLOWED -

Court Date: 12/18/2007                    Judge: PANTLE, KATHLEEN M.
Court Time: 1000                          Microfilm: CH070781140
Court Room: 2410


Activity Date: 10/23/2007                                   Participant: ALLEN BROTHERS INC

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD - ALLOWED -

Court Room: 2410                          Judge: PANTLE, KATHLEEN M.
                                          Microfilm: CH070781140


Activity Date: 10/23/2007                                   Participant: ALLEN BROTHERS INC

MISCELLANEOUS MOTION - ALLOWED -

Court Room: 2410                          Judge: PANTLE, KATHLEEN M.
                                          Microfilm: CH070781140


Activity Date: 10/30/2007                                   Participant: PROMINENT

APPEARANCE FILED - FEE PAID -

Court Fee: 163.00                         Attorney: HOLLAND & HOLLAND ASSC


Activity Date: 10/30/2007                                   Participant: PROMINENT

APPEARANCE FILED - FEE PAID -

Court Fee: 163.00                         Attorney: VEDDER PRICE KAUFMAN


Activity Date: 10/30/2007                                   Participant: SEIDENSTICKER KURT

APPEARANCE FILED - FEE PAID -

Court Fee: 163.00                         Attorney: VEDDER PRICE KAUFMAN


Activity Date: 11/5/2007                                    Participant: ALLEN BROTHERS INC

## MOTION SCHEDULED (MOTION COUNTER ONLY)

Court Date: 11/13/2007                    Attorney: GREENBERG,TRAURIG
Court Time: 0930


Activity Date: 11/5/2007                    Participant: ALLEN BROTHERS INC

## ***MISC.MOTION(SET FOR MOTION HEARING)

Court Date: 11/13/2007                    Attorney: GREENBERG,TRAURIG
Court Time: 0930


Activity Date: 11/5/2007                         Participant: ALLEN

## CERTIFICATE FILED

Attorney: GREENBERG,TRAURIG


Activity Date: 11/5/2007                         Participant: ALLEN

## EXHIBITS FILED

Attorney: GREENBERG,TRAURIG


Activity Date: 11/5/2007                         Participant: ALLEN

## NOTICE OF MOTION FILED

Attorney: GREENBERG,TRAURIG


Activity Date: 11/5/2007                         Participant: ALLEN

## MOTION FILED

Attorney: GREENBERG,TRAURIG


Activity Date: 11/8/2007                         Participant: PROMINENT

## COUNTER CLAIM FILED - FEE PAID -

Court Fee: 131.00                    Attorney: VEDDER PRICE KAUFMAN


Activity Date: 11/8/2007                         Participant: PROMINENT

## AFFIDAVIT AS TO UNKNOWN OWNERS FILED

Attorney: VEDDER PRICE KAUFMAN


Activity Date: 11/8/2007                         Participant: PROMINENT

## EXHIBITS FILED

Attorney: VEDDER PRICE KAUFMAN

Activity Date: 11/13/2007                           Participant: ALLEN BROTHERS

EXHIBITS FILED

Attorney: GREENBERG,TRAURIG


Activity Date: 11/13/2007                           Participant: ALLEN BROTHERS

AMENDED COMPLAINT FILED

Attorney: GREENBERG,TRAURIG


Activity Date: 11/13/2007                           Participant: ALLEN BROTHERS INC

FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS - ALLOWED -

Court Room: 2410                             Judge: PANTLE, KATHLEEN M.
                                             Microfilm: CH070851746


Activity Date: 11/13/2007                           Participant: MARLAND SCOTT

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD - ALLOWED -

Court Date: 12/11/2007                       Judge: PANTLE, KATHLEEN M.
Court Room: 2410                             Microfilm: CH070851746


Activity Date: 11/13/2007                           Participant: ALLEN BROTHERS INC

ISSUE WRIT - ALLOWED -

Court Room: 2410                             Judge: PANTLE, KATHLEEN M.
                                             Microfilm: CH070851746


Activity Date: 11/20/2007                           Participant: MARLAND SCOTT

MOTION SCHEDULED (MOTION COUNTER ONLY)

Court Date: 11/29/2007                       Attorney: MCDERMOTT WILL & EMLLP
Court Time: 0930

---

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

Return to Search Page