UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Prominent Consolting, LLC
                                Plaintiff,

v.                                                   Case No.: 1:07−cv−06357
                                                         Honorable Ruben Castillo

Allen Brothers, Inc.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 3, 2007:

      MINUTE entry before Judge Ruben Castillo :Motion hearing set for 12/4/2007, status report filing date of 12/11/2007, and status hearing set for 12/12/2007 are all vacated. Plaintiff's response to defendant's motion for abstention [20] is due on or before 12/18/2007. Defendant's reply will be due on or before 1/4/2008. The Court will rule by mail.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.