

United States District Court
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois 60604

MICHAEL W. DOBBINS,
Clerk

Clerk

Office of the

November 9, 2007

James Vincent Garvey,
Michael James Waters
Vedder, Price Kaufman & Kammholz, P.C.
222 North LaSalle Street - Suite 2600
Chicago, IL 6060

Re:  Prominent Consolting, LLC v. Allen Brothers, Inc.

USDC No. 07 cv 6357

**FILED**

**NOV 2 7 2007**

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| COPYRIGHT REGISTRATION NUMBER | DATE OF COPYRIGHT | HOLDER OF COPYRIGHT |
|---|---|---|
| TX6813607 | 11/8/07 | Prominent Consulting, LLC |
|  |  |  |
|  |  |  |
|  |  |  |

Please provide this information within ten (10) days of today's date.

Sincerely yours,
Michael W. Dobbins, Clerk

By:  /s/ Johnnie Patterson
     Deputy Clerk