# EXHIBIT 1

**Leuin, Charles B. (Shld-Chi-LT)**

**From:** JIM GARVEY [jgarvey@vedderprice.com]
**Sent:** Monday, December 03, 2007 2:34 PM
**To:** Leuin, Charles B. (Shld-Chi-LT)
**Cc:** MICHAEL WATERS
**Subject:** Re: FW: Activity in Case 1:07-cv-06357 Prominent Consolting,LLC v. Allen Brothers, Inc. order on motion

Charles:

Yes, we have a different view and we expect Allen Brothers and the third party subpoena respondents to comply with all outstanding discovery.

Thank you,

Jim

>>> <LeuinC@gtlaw.com> 12/3/2007 2:01 PM >>>
Jim --

I left you a voicemail shortly after receiving this Order but have not heard back from you. In light of the schedule set forth below, and the fact that the Court vacated the status report to be filed next week as well as next week's status hearing, I do not believe that further discovery at this time is consistent with the Judge's Order. Unless I hear otherwise from you, I will assume that Prominent will not seek to proceed with any of its expedited discovery unless and until the Court denies Allen Brothers' motion for abstention. Please let me know as soon as possible if you have a different view so that we can seek clarification from the Court.

Thank you.

Charles

---

From: usdc_ecf_ilnd@ilnd.uscourts.gov

[mailto:usdc_ecf_ilnd@ilnd.uscourts.gov]

Sent: Monday, December 03, 2007 11:15 AM
To: ecfmail_ilnd@ilnd.uscourts.gov

Subject: Activity in Case 1:07-cv-06357 Prominent Consulting, LLC v. Allen Brothers, Inc. order on motion for miscellaneous relief

This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 3.0

Notice of Electronic Filing

1

The following transaction was entered on 12/3/2007 at 11:14 AM CST and filed on 12/3/2007

Case Name:   Prominent Consolting, LLC v. Allen Brothers, Inc.

Case Number:       1:07-cv-6357
<http://ecf.ilnd.uscourts.gov/cgi-bin/DktRpt.pl?214327>

Filer:

Document Number:   24
<http://ecf.ilnd.uscourts.gov/cgi-bin/show_case_doc?24,214327,,6832228,,,75>

Docket Text:

MINUTE entry before Judge Ruben Castillo :Motion hearing set for 12/4/2007, status report filing date of 12/11/2007, and status hearing set for 12/12/2007 are all vacated. Plaintiff's response to defendant's motion for abstention [20] is due on or before 12/18/2007. Defendant's reply will be due on or before 1/4/2008. The Court will rule by mail.Mailed notice (rao, )


1:07-cv-6357 Notice has been electronically mailed to:

James Vincent Garvey
jgarvey@vedderprice.com, jpalmeri@vedderprice.com, ecfdocket@vedderprice.com

Charles B. Leuin     leuinc@gtlaw.com, chiedocket@gtlaw.com

Michael James Waters
mwaters@vedderprice.com, ecfdocket@vedderprice.com

Tanisha Renae Jones     jonesta@gtlaw.com


1:07-cv-6357 Notice has been delivered by other means to:



---

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.


The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to mailto:postmaster@gtlaw.com.

------------------------------------------------------------------------

http://www.gtlaw.com/

FEDERAL TAX NOTICE:
Treasury Regulations require us to inform you that any federal tax advice contained herein (including in any attachments and enclosures) is not intended or written to be used, and cannot be used by any person or entity, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.  In addition, we do not impose upon any person or entity to whom this is addressed any limitation on the disclosure of the tax treatment or tax structure of any transaction discussed herein (including in any attachments and enclosures).