From: JIM GARVEY
To: LeuinC@gtlaw.com
Date: 11/25/2007 12:57:22 PM
Subject: RE: Prominent Consulting, LLC v. Allen Brothers, Inc.

Charles:

Regarding the issues you've raised below:

(1) Judge Castillo has given Prominent leave to engage in expedited discovery. At the hearing on Prominent's TRO motion, he specifically gave Prominent leave to depose the individuals who gave affidavits in support of Allen Brothers' opposition to the TRO motion. This includes Todd Hatoff. Thus, it is our intention, consistent with the Court's order, to depose Hatoff, Younger and Krimm on subjects covered in the affidavits they submitted. Since the depositions will be limited to subjects covered in the affidavits, they will not be the only depositions taken of these individuals in this case.

(2) We will need to work together, and with the party and non-party witnesses, to complete the depositions on an expedited basis per the court's order. In addition, we will need documents and other things produced for inspection and copying prior to the depositions. I understand your scheduling issue for the week of December 3, but do not want that schedule to prejudice or be used against me or Prominent when we appear before Judge Castillo on December 12th for a status hearing to report on progress we've made on expedited discovery. Let's plan to talk early this coming week about all of these scheduling issues so that we can try to put a firm plan in place. I will need to follow up and coordinate with Younger and Krimm as well.

Finally, we have a joint status report due to be submitted to Judge Castillo on December 11th. We will prepare a first draft and send it to you this week for your review and comment.

Regards,

Jim
312-609-7712

>>> <LeuinC@gtlaw.com> 11/21/2007 12:36 PM >>>
Jim --

Thanks for your email. I would like to raise two issues regarding your proposed deposition schedule:

1) It was my understanding of Judge Castillo's Order that Prominent could conduct depositions of the individuals who gave affidavits indicating that the Allen Brothers' website as it currently exists contains no source code in which Prominent claims it has a copyright. Given that Todd Hatoff's affidavit does not contain statements on that subject, I did not understand the Judge had indicated a deposition of Todd Hatoff would be appropriate. In addition, given the background of this matter and the claims against Prominent involved in the state court litigation, we are concerned that Prominent's intent in conducting such a deposition relates to harassment, particularly being that Todd Hatoff's affidavit does not relate to any changes in Allen Brothers' website. However, in considering your request to depose Todd Hatoff, it would be helpful to know if you agree that Prominent's inquiry at these proposed depositions will be limited to the subjects covered in the affidavits at issue. Once we know Prominent's position on that question, we will make a determination as to whether we will object to Prominent's request to depose Todd Hatoff. Given the upcoming holiday



EXHIBIT 2

and assuming I hear back from you with respect to the question I have
raised, I plan to let you know Allen Brothers' final position on that
matter no later than Monday, November 26, which is the next business day
after today.

2) I have a serious conflict with the schedule you propose for the other
depositions. I am coordinating counsel for a client in a series of
related product liability cases in which depositions of my client are
being conducted in Chicago in three cases the week of December 3 (along
with related preparation sessions). Counsel from at least six firms are
participating in the depositions and finding dates that worked for
everyone was very difficult. The depositions currently scheduled have
been set for several months. Given that I am lead counsel for Allen
Brothers in both the state court case and the case before Judge Castillo
(and really the only lawyer who has had material involvement for Allen
Brothers in both cases), I believe it is appropriate for me to be able
to attend the proposed depositions.

Unlike the week of December 3, the week of December 10 is open for me
and I can be available for depositions on any days that week. I would
appreciate if you would schedule any depositions for that week instead.

Thanks.

Charles


Charles B. Leuin
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 2500
Chicago, IL 60601-1732
Direct Dial: (312) 476-5059
Fax: (312) 456-8435
leuinc@gtlaw.com

-------------------------------------------------------------------------

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to mailto:postmaster@gtlaw.com.

-------------------------------------------------------------------------

From: JIM GARVEY [mailto:jgarvey@vedderprice.com]
Sent: Tuesday, November 20, 2007 1:15 PM
To: Leuin, Charles B. (Shld-Chi-LT)

Cc: MICHAEL WATERS
Subject: Prominent Consulting, LLC v. Allen Brothers, Inc.

Charles:

It was nice meeting you in court this morning.

Judge Castillo has given us leave to depose the individuals who submitted affidavits in support of Allen Brothers' opposition brief. This includes Todd Hatoff, Miguel Younger, and Nik Krimm.

We will be sending out notices and subpoenas later today, but wanted to give you an early head's up on proposed dates:

Deposition of Todd Hatoff, Monday, December 3, 2007, at 9:00 a.m. at Vedder Price.

Deposition of Nik Krimm, Wednesday, December 5, 2007, at 9:00 a.m. at Vedder Price

Deposition of Miguel Younger, December 7, 2007, at 9:00 a.m. in Wilkes-Barre, Pennsylvania

Please let me know if you have any questions.

Regards,

Jim Garvey
312-609-7712


FEDERAL TAX NOTICE:
Treasury Regulations require us to inform you that any federal tax advice contained herein (including in any attachments and enclosures) is not intended or written to be used, and cannot be used by any person or entity, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service. In addition, we do not impose upon any person or entity to whom this is addressed any limitation on the disclosure of the tax treatment or tax structure of any transaction discussed herein (including in any attachments and enclosures).

-----Original Message-----
http://www.gtlaw.com/


CC:          MICHAEL WATERS