# Greenberg Traurig

Charles B. Leuin
Tel. 312.476.5059
Fax 312.456.8435
leuinc@gtlaw.com

November 27, 2007

**VIA FACSIMILE & U.S. MAIL**

James V. Garvey, Esq.
VEDDER, PRICE, KAUFMAN, & KAMMHOLZ, P.C
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601-1003

    Re:   *Prominent Consulting, LLC v. Allen Brothers, Inc.,*
             **Case No. 07 C 6357**

Dear Jim:

    In light of our unsuccessful efforts to reach each other today by telephone, the purpose of this letter is to inform you that Allen Brothers, Inc. ("Allen Brothers") objects to the unilaterally selected and unreasonably short period of time in which Prominent Consulting, LLC sought a response to Plaintiff's First Request for Production of Documents (the "Document Requests"). Allen Brothers will attempt to respond to the Document Requests by December 4, 2007.

    The Document Requests were served after the close of business on Tuesday, November 20, 2007 and seek a response by November 27, 2007. Given the intervening Thanksgiving holiday, there were three business days between your service of the Document Requests and the date on which a response is sought. This unilaterally selected period is insufficient for Allen Brothers to respond to the fourteen separate categories of documents sought in the Document Request.

    Based on Judge Castillo's Order in this matter, Allen Brothers is proceeding expeditiously to respond to the Document Requests. I currently expect that Allen Brothers will respond to the Document Requests by December 4, 2007 and Allen Brothers expressly reserves all rights in connection with that response.

    Please feel free to contact me to discuss this matter.

                               Very truly yours,

                               Charles B. Leuin

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
BRUSSELS*
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH

EXHIBIT 3

| | |
|---|---|
| From: | \<LeuinC@gtlaw.com\> |
| To: | \<jgarvey@vedderprice.com\> |
| Date: | 11/28/2007 5:35:14 PM |
| Subject: | Notice to Inspect |

Jim --

As discussed during our telephone conversation yesterday, Allen Brothers objects to the notice to inspect and copy served by Prominent Consulting, LLC as well as the unreasonably short time period in which a response was sought. Allen Brothers expects to provide a written response to the notice on December 4, 2007.

Thanks.

Charles


Charles B. Leuin
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 2500
Chicago, IL  60601-1732
Direct Dial:  (312) 476-5059
Fax:  (312) 456-8435
leuinc@gtlaw.com

---

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to mailto:postmaster@gtlaw.com.

---