# VEDDER PRICE

VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
222 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60601
312-609-7500
FAX: 312-609-5005

JAMES V. GARVEY
312-609-7712
jgarvey@vedderprice.com

CHICAGO • NEW YORK CITY • WASHINGTON, DC • ROSELAND, NJ

November 21, 2007

**VIA FACSIMILE AND U.S. MAIL**

Charles Leuin
Greenberg Traurig, LLP
77 West Wacker Drive
Chicago, Illinois 60601

Re:   <u>Prominent Consulting, LLC v. Allen Brothers, Inc.</u>

Dear Mr. Leuin:

Enclosed is Plaintiff's Notice to Inspect and Copy Directed to Allen Brothers, Inc. Please contact me to coordinate this inspection and copying, and so that we can discuss an appropriate protective order and protocol relating thereto.

Thank you.

Very truly yours,

James V. Garvey

JVG/jp
Encl.
cc:   Michael J. Waters

CHICAGO/#1718485.1



EXHIBIT 4