IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROMINENT CONSULTING, LLC, | |
| Plaintiff, | |
| v. | No. 07 C 6357 |
| ALLEN BROTHERS, INC., | Judge Castillo |
| Defendant. | Magistrate Judge Denlow |

### CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2007, I electronically filed the foregoing **PROMINENT CONSULTING, LLC'S RESPONSE IN OPPOSITION TO EMERGENCY MOTION FOR CLARIFICATION AND TO STAY EXPEDITED DISCOVERY, AND CROSS-MOTION TO COMPEL COMPLIANCE WITH ORDER FOR EXPEDITED DISCOVERY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Charles Leuin
    Greenberg Traurig, LLP
    77 West Wacker Drive
    Chicago, Illinois 60601

Dated: December 4, 2007

Respectfully submitted,

PROMINENT CONSULTING, LLC

By:  s/James V. Garvey
        One of Its Attorneys

James V. Garvey, Bar No. 06224992
Michael J. Waters, Bar No. 06280008
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601-1003
T: 312-609-7712
F: 312-609-5005

CHICAGO/#1722487.1