**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Prominent Consolting, LLC

                           Plaintiff,

v.                                          Case No.: 1:07−cv−06357
                                           Honorable Ruben Castillo

Allen Brothers, Inc.

                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 4, 2007:

      MINUTE entry before Judge Ruben Castillo :Defendant's reply, if any, to its emergency motion for clarification and to stay expedited discovery [26] is due on or before 12/7/2007. The Court will rule on 12/12/2007 at 9:45 AM. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.