# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6357 | **DATE** | 12/10/2007 |
| **CASE TITLE** | Prominent Consulting vs. Allen Brothers Inc. | | |

**DOCKET ENTRY TEXT**

**This case is set for Initial Status Hearing on 1/7/08 at 12:00p.m. before Judge Robert M. Dow, Jr. in Courtroom 1778. The parties shall comply with this Minute Order prior to appearing for the Initial Status Hearing. The parties are requested to e-file and deliver a courtesy copy of the Joint Status Report to Courtroom Deputy Theresa Kinney (Room 1914) as soon as possible and not later than 72 hours before the Initial Status Hearing.**

■[ For further details see text below.]          Docketing to mail notices.

## STATEMENT

<u>**ORDER REQUIRING STATUS REPORT AND SETTING STATUS HEARING
FOR CASES NEWLY ASSIGNED TO JUDGE ROBERT M. DOW, JR.**</u>

      Judge Dow recently has been assigned a large number of cases that have been pending for various periods of time. It would be most helpful for the Court to be informed expeditiously of the status of these cases.

      Accordingly, counsel are directed to confer, prepare and file a **Joint Status Report** of no more than five pages. The matters to be addressed in the Joint Status Report are set forth below. In the event that the parties cannot agree on a joint statement as to any issue(s), they should note their respective positions. If defendant's counsel has not yet filed an appearance, plaintiff's counsel should so indicate and should prepare the status report. Please e-file the status report and deliver one courtesy copy by placing it in the box outside the Courtroom Deputy's office (Room 1914).

     The **Initial Status Hearing** will take place at the date and time indicated above. All previously set dates for status hearings before other judges are stricken. All other dates and deadlines (for discovery, motions, trials) will be maintained until reviewed during the status hearing. In the Joint Status Report, please

**STATEMENT**

address the following issues:

    A.    <u>Nature of the Case</u>

        1.    List the attorneys of record for each party, including the attorney(s) who would try the case if it proceeds to trial.

        2.    Indicate the basis for federal jurisdiction.

        3.    Describe the nature of the claims asserted in the complaint and any counterclaims.

        4.    Provide the name of any party who or which has not been served, and any fact or circumstance related to non-service of process on such party.

        5.    List the principal legal issues in the case.

        6.    Describe the principal factual issues.

        7.    Note whether a jury trial has been demanded by any party.

    B.    <u>Proceedings to Date</u>

        1.    Provide a summary description (including dates) of all substantive rulings that have been issued in the case.

        2.    Describe briefly all pending motions, including the date each motion was filed, and set forth all current briefing schedules on such motions.

        3.    Identify any anticipated motions.

        4.    Provide a copy of the most recent scheduling order that has been entered.

        5.    Provide a copy of any written status reports that have been filed.

    C.    <u>Discovery</u>

        1.    Identify the date that discovery began.

        2.    Describe discovery that has been taken to date and any remaining discovery.

        3.    Note whether a discovery cutoff has previously been set.

        4.    Identify any pending discovery disputes.

        5.    If there is no existing discovery cutoff, suggest a cutoff date.

    D.    <u>Trial</u>

**STATEMENT**

1. State whether the case is ready for trial.

2. If so, identify the earliest date the parties would be ready to commence a trial.

3. Provide the estimated length of trial.

4. Identify whether a final pre-trial order has been filed or is in the process of being prepared.

5. State whether the parties unanimously consent to proceed before a United States Magistrate Judge

E. Settlement

1. Provide the status of any settlement discussions to date.

2. Note whether the parties request a settlement conference.