## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Prominent Consolting, LLC
                          Plaintiff,

v.
                                                  Case No.: 1:07–cv–06357
                                                  Honorable Robert M. Dow Jr.

Allen Brothers, Inc.
                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 10, 2007:

      MINUTE entry before Judge Ruben Castillo :This case has been reassigned to Judge Dow; therefore, the motion hearing set for 12/12/2007 before Judge Castillo is vacated. The parties should contact Judge Dow's chambers to get a ruling date on the pending emergency motion.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.