IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PROMINENT CONSULTING, LLC,

       Plaintiff,

v.

       No.  07 C 6357

ALLEN BROTHERS, INC.,

       Defendant.

## NOTICE OF MOTION

TO:   Charles Leuin
      Greenberg Traurig, LLP
      77 West Wacker Drive
      Chicago, Illinois 60601

PLEASE TAKE NOTICE that on Thursday, December 13, 2007, at 9:30 a.m., the undersigned counsel shall appear before the Hon. Robert Dow, Jr., or any judge sitting in his stead, in Room 1719 of the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and shall there and then present Defendant's previously-filed **EMERGENCY MOTION FOR CLARIFICATION AND TO STAY EXPEDITED DISCOVERY** and Plaintiff's previously-filed **RESPONSE IN OPPOSITION AND CROSS-MOTION TO COMPEL COMPLIANCE WITH ORDER FOR EXPEDITED DISCOVERY**, courtesy copies of which in addition to a copy of Defendant's Reply Brief in Support of its Motion are being provided to the Court.

Dated:  December 10, 2007           Respectfully submitted,

                                   PROMINENT CONSULTING, LLC

                                   By:/s/James V. Garvey_____
                                       One of Its Attorneys

James V. Garvey
Michael J. Waters
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601-1003
T: (312) 609-7500
F: (312) 609-5005
jgarvey@vedderprice.com

<u>**CERTIFICATE OF SERVICE**</u>

   I hereby certify that on December 10, 2007, I electronically filed the foregoing **PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND MEMORANDUM IN SUPPORT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles Leuin
Greenberg Traurig, LLP
77 West Wacker Drive
Chicago, Illinois 60601

  and by hand delivery before 5:00 p.m. on November 15, 2007.

              Respectfully submitted,

              PROMINENT CONSULTING, LLC

               s/ James V. Garvey_____

James V. Garvey
VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601
Telephone:  (312) 609-7500
Facsimile:  (312) 609-5005
E-Mail:  jgarvey@vedderprice.com
Dated:  December 10, 2007