IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROMINENT CONSULTING, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>ALLEN BROTHERS, INC.,<br><br>      Defendant. | No. 07 C 6357<br><br>Judge: Robert Dow, Jr. |

## NOTICE OF FILING

To:    Charles Leuin
         Greenberg Traurig, LLP
         77 West Wacker Drive
         Chicago, IL 60601

      PLEASE TAKE NOTICE that on December 18, 2007, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, the attached **MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR ABSTENTION**, a true and correct copy of which is herewith served upon you.

| | |
|---|---|
| Dated:  December 18, 2007 | Respectfully submitted,<br><br>PROMINENT CONSULTING, LLC<br><br><br>By: s/James V. Garvey<br>      One of Its Attorneys |

James V. Garvey
Michael J. Waters
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601
(312) 609-7500
Firm ID No. 90839

CHICAGO/#1728156.1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR ABSTENTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Charles Leuin
Greenberg Traurig, LLP
77 West Wacker Drive
Chicago, IL 60601

on December 18, 2007.

                                                s/James V. Garvey