IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROMINENT CONSULTING, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLEN BROTHERS, INC.,<br><br>    Defendant. | No. 07 C 6357<br><br>Judge Robert M. Dow, Jr.<br>Magistrate Judge Denlow |

**JOINT INITIAL STATUS REPORT**

Pursuant to the Court's Order dated December 10, 2007, Plaintiff Prominent Consulting, LLC ("Prominent") and Defendant Allen Brothers, Inc. ("Allen Brothers") hereby submit this Joint Initial Status Report:

**I.**     **NATURE OF THE CASE**

    **A.**     **Attorneys of Record for Each Party**

On behalf of Prominent:

James V. Garvey (lead trial attorney)
Michael J. Waters
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
T: (312) 609-7500
F: (312) 609-5005

On behalf of Allen Brothers:

Charles B. Leuin (lead trial attorney)
Matthew S. Gray
Tanisha R. Jones
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 2500
Chicago, Illinois 60601
T: (312) 456-8400
F: (312) 456-8435

B. **Basis for Federal Jurisdiction**

The Court has federal question jurisdiction under 28 U.S.C. § 1331, as Prominent's claims arise under the laws of the United States.

C. **Nature of the Claims**

Prominent brings claims under the Copyright Act, 17 U.S.C. § 101, *et seq*., and the Computer Fraud and Abuse Act ("CFAA"), 18 U.S.C. § 1030(a)(4), related to Allen Brothers' alleged use of Prominent's computer source code in creating and operating a website for Allen Brothers.

Allen Brothers denies Prominent's claims and has asserted affirmative defenses alleging: (1) unclean hands; (2) laches; (3) failure to mitigate damages; (4) material breach; (5) failure to allege jurisdiction or venue; (6) lack of originality; (7) invalidity of copyright; (8) functionality; (9) public domain; (10) fair use; (11) copyright misuse; (12) estoppel; (13) waiver; (14) innocent infringer; (15) no statutory damages; and (16) cumulative and redundant lawsuits.

D. **Status of Service**

All parties have been served and appearances have been filed on behalf of all parties.

E. **Principal Factual and Legal Issues**

The principal factual issues in this case are: (i) whether Prominent possesses a valid and enforceable copyright in its computer source code; (ii) whether Allen Brothers' infringed that copyright and/or violated the CFAA; (iii) whether any of the affirmative defenses asserted by Allen Brothers' defeat Prominent's claims; and, if appropriate, (iv) determining proper damages and injunctive relief.

Prominent seeks to (i) preliminarily and permanently enjoin Allen Brothers from infringing Prominent's Copyrights as identified in the Complaint; (ii) preliminarily and permanently enjoin Allen Brothers from operating the www.allenbrothers.com website, until

such time that Allen Brothers develops a website that does not use or rely upon Prominent's intellectual property; (iii) obtain judgment in favor of Prominent and against Allen Brothers for damages sustained by Prominent in an amount to be determined at trial; and (iv) obtain any and all other relief the Court deems necessary and just.

Allen Brothers denies that Prominent is entitled to any of the relief it has sought.

### F. Jury Trial

Both parties have demanded a jury trial.

## II. PROCEEDINGS TO DATE

### A. Prior Substantive Rulings

On November 15, 2007, Prominent filed a Motion for Temporary Restraining Order and Preliminary Injunction. On November 20, 2007, Judge Castillo denied Prominent's Motion for Temporary Restraining Order and granted Prominent leave to conduct expedited discovery. (Docket No. 18.) On December 13, 2007, this Court stayed expedited discovery pending the resolution of Allen Brothers' Motion for Abstention. (Docket No. 36.)

### B. Pending Motions

Allen Brothers filed a Motion for Abstention on November 29, 2007. Prominent filed its Opposition to Allen Brothers' Motion for Abstention on December 18, 2007. Allen Brothers' will file its Reply on or before January 4, 2008.

### C. Anticipated Motions

None at this time.

### D. Existing Scheduling Orders and Status Reports

None.

### III.  DISCOVERY

#### A.  Initiation of Discovery and Discovery to Date

On November 20 and 21, 2007, Prominent issued the following expedited discovery: (1) subpoena for documents and deposition to Nik Krimm; (2) subpoena for documents and deposition to Miguel Younger of Solid Cactus, Inc.; (3) Notice of Deposition of Todd Hatoff; (4) first request for production of documents to Allen Brothers; and (5) notice to inspect and copy to Allen Brothers.  On November 27, 2007, Prominent issued a subpoena for documents to Yahoo! Inc.  In accordance with this Court's Order dated December 18, 2007 staying expedited discovery, the foregoing discovery has not been responded to.

#### B.  Remaining Discovery

Written (document requests, interrogatories, requests to admit) and oral (depositions) fact discovery remains to be taken and completed.  The parties may also require expert discovery related to website creation and other issues.

#### C.  Pending Discovery Disputes

Not applicable.

#### D.  Discovery Cutoff Date

There is presently no discovery cutoff date.  Discovery is stayed pending ruling on Allen Brothers' Motion for Abstention.

### IV.  TRIAL

The case has not been set for trial.

### V.  SETTLEMENT

Before this action was filed, the parties engaged in settlement discussions, but these discussions did not result in a settlement.  Since this suit was filed, no settlement discussions have taken place.  The parties are willing to participate in a settlement conference in the event the Court denies the pending motion for abstention.

Respectfully submitted,

| PROMINENT CONSULTING, LLC | ALLEN BROTHERS, INC. |
|---|---|

By: /s/James V. Garvey                      By: /s/Charles B. Leuin
      One of Its Attorneys                      One of Its Attorneys

James V. Garvey                          Charles B. Leuin
Michael J. Waters                       Tanisha R. Jones
VEDDER PRICE P.C.                  GREENBERG TRAURIG, LLP
222 North LaSalle Street, Suite 2600   77 W. Wacker Drive, Suite 2500
Chicago, Illinois 60601-1003           Chicago, Illinois 60601
Telephone: (312) 609-7500             Telephone: (312) 456-8400
Facsimile: (312) 609-5005               Facsimile: (312) 456-8435

Dated: January 2, 2007