IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROMINENT CONSULTING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ALLEN BROTHERS, INC., <br><br> Defendant. | No. 07 C 6357 <br><br> Judge: Robert Dow, Jr. |

## NOTICE OF FILING

To: Charles Leuin
Greenberg Traurig, LLP
77 West Wacker Drive
Chicago, IL 60601

    PLEASE TAKE NOTICE that on January 2, 2008, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, the attached **JOINT INITIAL STATUS REPORT**, a true and correct copy of which is herewith served upon you.

Dated: January 2, 2008                Respectfully submitted,

                                                            PROMINENT CONSULTING, LLC

                                                            By: /s/James V. Garvey
                                                                One of Its Attorneys

James V. Garvey
Michael J. Waters
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601
(312) 609-7500
Firm ID No. 90839

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing **JOINT INITIAL STATUS REPORT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Charles Leuin
    Greenberg Traurig, LLP
    77 West Wacker Drive
    Chicago, IL 60601

on January 2, 2008.

                                                      /s/James V. Garvey