```
1                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
2                         EASTERN DIVISION

3    PROMINENT CONSULTING, LLC,      )
                                     )
4                    Plaintiff,      )
                                     )  Case No. 07 C 6357
5    -vs-                            )
                                     )  Chicago, Illinois
6                                    )  November 20, 2007
     ALLEN BROTHERS, INC.,           )  10:19 a.m.
7                                    )
                     Defendant.      )
8

9                   TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE RUBEN CASTILLO
10
     APPEARANCES:
11
     For the Plaintiff:     MR. JAMES V. GARVEY
12                          Vedder, Price, Kaufman & Kammholz,
                            P.C.
13                          222 North LaSalle Street
                            Suite 2600
14                          Chicago, IL  60601
                            (312) 609-7500
15
     For the Defendant:     MR. CHARLES B. LEUIN
16                          MS. TANISHA R. JONES
                            Greenberg Traurig, LLP
17                          77 West Wacker Drive
                            Suite 2500
18                          Chicago, IL  60601
                            (312) 456-8400
19

20

21   Court Reporter:

22            KATHLEEN M. FENNELL, CSR, RMR, FCRR
                    Official Court Reporter
23                United States District Court
         219 South Dearborn Street, Suite 2144-A
24                  Chicago, Illinois  60604
                 Telephone:  (312) 435-5569
25       email:  Kathleen_Fennell@ilnd.uscourts.gov
```

```
 1        (Proceedings heard in open court:)
 2            THE CLERK:  07 C 5367, Prominent Consulting versus
 3   Allen Brothers.
 4            THE COURT:  Good morning.
 5            MR. GARVEY:  Good morning, Judge.  Jim Garvey for
 6   the plaintiff, Prominent.
 7            MR. LEUIN:  Good morning, your Honor.  Charles
 8   Leuin, and with me is Tanisha Jones on behalf of the
 9   defendant Allen Brothers.
10            THE COURT:  Okay.
11            MR. GARVEY:  Judge, we're here on plaintiff's
12   motion for a temporary restraining order.
13            THE COURT:  This is a new complaint, right?
14            MR. GARVEY:  It is, Judge.
15            THE COURT:  When it was it filed?
16            MR. GARVEY:  November 9th, sir.
17            THE COURT:  Okay.  Where in your pleadings is there
18   any reference to the ongoing state court litigation?
19            MR. GARVEY:  I don't know if there is, Judge.
20            THE COURT:  Is the answer then none?
21            MR. GARVEY:  Yes, I think it is.
22            THE COURT:  That's not a good way to start with me,
23   let me just tell you that.
24            So you want to explain why you didn't tell me that
25   there's an underlying state court piece of litigation?
```

```
 1              MR. GARVEY:  Sure, Judge, because I don't think
 2   that anything that's pending in the state court is relevant
 3   to whether or not Prominent owns copyrights or whether or not
 4   those copyrights have been infringed.
 5              THE COURT:  I think it would be a better way to
 6   start, in terms of candor with the Court, to disclose that
 7   there is an underlying piece of litigation.  That's just for
 8   future advice.  I would do it.
 9              So don't be quick to wear these black robes and
10   decide "I determine relevance" because you're not a judge.
11   You're a litigator.
12              You want to proceed with your motion?
13              MR. GARVEY:  I do, Judge.
14              THE COURT:  Okay.  You've read the response that
15   they filed?
16              MR. GARVEY:  I have.
17              THE COURT:  It's pretty voluminous.
18              MR. GARVEY:  It is.
19              THE COURT:  That's why I was late coming out here.
20   So go ahead, I'll let you do the reply right now.
21              MR. GARVEY:  Thank you, Judge.
22              Your Honor, for purposes of Prominent's motion for
23   a TRO, there are two issues for the Court to decide relative
24   to whether or not there's been a copyright infringement on
25   the issue of a likelihood of success on the merits, and then
```

1   I'll address the other elements that the Court's concerned --
2           THE COURT:  Okay.  You've got about two minutes,
3   sir.
4           MR. GARVEY:  Judge, it's our position that we have
5   shown that Prominent owns the source code that's in question,
6   and it's our position as well that we've shown that Allen
7   Brothers has infringed that source code.
8           Their response to the motion for TRO, Judge,
9   effectively takes the position that they may have changed
10  their usage of the Prominent source code perhaps no later
11  than November 7th.  We dispute that, Judge.  They've taken
12  positions in their response papers that --
13          THE COURT:  You've read the affidavits they
14  submitted?
15          MR. GARVEY:  I have, Judge.
16          THE COURT:  Have you deposed these individuals?
17          MR. GARVEY:  I have not, Judge.
18          THE COURT:  Okay.  I will give you leave to depose
19  these individuals on an expedited basis; but at this point,
20  your motion for a TRO is denied.
21          Now, it concerns me that there is underlying state
22  court litigation.  I'm going to give the defendant two weeks
23  to file a motion under *Younger* and *Colorado River* telling me
24  why I shouldn't abstain from proceeding with this case.
25          If you choose, you can do so.  If not, I want a

1  joint status report filed within three weeks, and I will see
2  you for a status the day after that is due.
3          So when is the joint status report due?
4          THE CLERK:  December 11th.
5          THE COURT:  December 11th.  I'll see you
6  December 12th at 9:45.  Have a good day.
7          MR. LEVIN:  Thank you, your Honor.
8          MS. JONES:  Thank you.
9          THE COURT:  Thank you.
10         MR. GARVEY:  Thank you, Judge.
11         (Which were all the proceedings heard.)
12                         CERTIFICATE
13     I certify that the foregoing is a correct transcript
14  from the record of proceedings in the above-entitled matter.
15
16  _____           11-20-07
    Kathleen M. Fennell                      Date
17  Official Court Reporter
18
19
20
21
22
23
24
25