IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROMINENT CONSULTING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ALLEN BROTHERS, INC., <br><br> Defendant. | No. 07 C 6357 <br><br> Judge: Robert Dow, Jr. |

## NOTICE OF FILING

To: Charles Leuin
Greenberg Traurig, LLP
77 West Wacker Drive
Chicago, IL 60601

    PLEASE TAKE NOTICE that on January 11, 2008, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, the attached **PLAINTIFF'S SUPPLEMENTAL BRIEF AGAINST ABSTENTION**, a true and correct copy of which is herewith served upon you.

Dated: January 11, 2008

                                                    Respectfully submitted,

                                                  PROMINENT CONSULTING, LLC

                                                  By: /s/James V. Garvey
                                                       One of Its Attorneys

James V. Garvey
Michael J. Waters
Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601
(312) 609-7500
Firm ID No. 90839

CHICAGO/#1728156.1

**CERTIFICATE OF SERVICE**

  I hereby certify that I electronically filed the foregoing **PLAINTIFF'S SUPPLEMENTAL BRIEF AGAINST ABSTENTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

  Charles Leuin
  Greenberg Traurig, LLP
  77 West Wacker Drive
  Chicago, IL 60601

on January 11, 2008.

                 /s/James V. Garvey