# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6357 | **DATE** | 2/11/2008 |
| **CASE TITLE** | Prominent Consolting, LLC vs. Allen Brothers, Inc. | | |

**DOCKET ENTRY TEXT**

ENTER MEMORANDUM OPINION AND ORDER: The motion to abstain (or more precisely, to stay [20] ) under *Colorado River,* therefore is denied.  Status hearing set for 3/4/08 at 9:30a.m.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|