IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROMINENT CONSULTING, LLC, | |
| Plaintiff, | |
| v. | No. 07 C 6357 |
| ALLEN BROTHERS, INC., | Judge Robert M. Dow, Jr. |
| Defendant. | Magistrate Judge Denlow |

## JOINT INITIAL STATUS REPORT

Pursuant to the Court's Docket Entry dated March 7, 2008, Plaintiff Prominent Consulting, LLC ("Prominent") and Defendant Allen Brothers, Inc. ("Allen Brothers") hereby submit this Joint Initial Status Report[1]:

## I.    SUMMARY OF CLAIMS

Prominent brings claims under the Copyright Act, 17 U.S.C. § 101, *et seq*., and the Computer Fraud and Abuse Act ("CFAA"), 18 U.S.C. § 1030(a)(4), related to Allen Brothers' alleged use of Prominent's computer source code in creating and operating a website for Allen Brothers.

Allen Brothers denies Prominent's claims and has asserted affirmative defenses alleging: (1) unclean hands; (2) laches; (3) failure to mitigate damages; (4) material breach; (5) failure to allege jurisdiction or venue; (6) lack of originality; (7) invalidity of copyright; (8) functionality;

---

[1] The parties recently filed a Joint Initial Status Report with Judge Dow. A copy is attached hereto as Exhibit A. The Report remains accurate with the exception that Judge Dow has since ruled on Allen Brothers' Motion for Abstention and has denied same. (Docket Nos. 47 and 48.)

(9) public domain; (10) fair use; (11) copyright misuse; (12) estoppel; (13) waiver; (14) innocent infringer; (15) no statutory damages; and (16) cumulative and redundant lawsuits.

## II.   RELIEF SOUGHT

Prominent has requested that the Court award the following relief:

(a)   Temporarily, preliminarily and permanently enjoin Allen Brothers from infringing Prominent's Copyrights as identified in Group Exhibit 2 to the Complaint;

(b)   Temporarily, preliminarily and permanently enjoin Allen Brothers from operating the www.allenbrothers.com website, until such time that Allen Brothers develops a website that does not use or rely upon Prominent's intellectual property;

(c)   Enter judgment in favor of Prominent and against Allen Brothers for damages sustained by Prominent in an amount to be determined at trial; and

(d)   Award Prominent any and all other relief it deems necessary and just.

Prominent's damage request will relate to the revenue generated by Allen Brothers through the use of a website allegedly developed and operated using Prominent's copyrighted source code. At this time, Prominent is without this information, but on information and belief estimates that its monetary damages will be at least $300,000.

Allen Brothers denies that Prominent is entitled to any of the relief requested.

## III.   REFERRAL ORDER

A copy of Judge Dow's Transfer and the Order of the Executive Committee is attached hereto as Exhibit B.

## IV.   BRIEFING ON MATTERS REFERRED

At present, there are no outstanding motions.

## V.   TRIAL BEFORE A MAGISTRATE JUDGE

The parties do not consent to trial before a magistrate judge.

## VI.    <u>STATUS OF SETTLEMENT NEGOTIATIONS</u>

The parties intend to participate in a settlement conference.  The parties wish to address a

schedule for the exchange of settlement correspondence at the upcoming status conference

Respectfully submitted,

PROMINENT CONSULTING, LLC            ALLEN BROTHERS, INC.


By: <u>/s/James V. Garvey</u>            By: <u>/s/Charles B. Leuin</u>
One of Its Attorneys                    One of Its Attorneys

James V. Garvey                    Charles B. Leuin
Michael J. Waters                  Tanisha R. Jones
VEDDER PRICE P.C.                  GREENBERG TRAURIG, LLP
222 North LaSalle Street, Suite 2600    77 W. Wacker Drive, Suite 2500
Chicago, Illinois 60601-1003       Chicago, Illinois 60601
Telephone: (312) 609-7500          Telephone: (312) 456-8400
Facsimile: (312) 609-5005          Facsimile: (312) 456-8435

Dated: March 19, 2008