IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROMINENT CONSULTING, LLC, | |
| Plaintiff, | |
| v. | No. 07 C 6357 |
| ALLEN BROTHERS, INC., | Judge Robert M. Dow, Jr. |
| Defendant. | Magistrate Judge Denlow |

## NOTICE OF FILING

To:   Charles Leuin
      Greenberg Traurig, LLP
      77 West Wacker Drive
      Chicago, IL 60601

PLEASE TAKE NOTICE that on March 19, 2008, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, the attached **Joint Initial Status Report**, a true and correct copy of which is herewith served upon you.

Dated: March 19, 2008                              Respectfully submitted,

                                                   PROMINENT CONSULTING, LLC


                                                   By: /s/James V. Garvey
                                                       One of Its Attorneys

James V. Garvey
Michael J. Waters
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601
(312) 609-7500
Firm ID No. 44284

CHICAGO/#1728156.1

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing **Joint Initial Status Report** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Charles Leuin
    Greenberg Traurig, LLP
    77 West Wacker Drive
    Chicago, IL 60601

on March 19, 2008.

                                                       /s/James V. Garvey