**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Prominent Consolting, LLC
                            Plaintiff,

v.                                                   Case No.: 1:07–cv–06357
                                                       Honorable Robert M. Dow Jr.

Allen Brothers, Inc.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 2, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: In view of the ongoing settlement discussions before Magistrate Judge Denlow [56] and the status before Judge Denlow set for 6/10/08 at 10:00 am, status in the district court scheduled for 6/5/08 is stricken and reset for 6/18/08 at 9:00 am.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.