UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Prominent Consolting, LLC
        Plaintiff,

v.                Case No.: 1:07−cv−06357
                Honorable Robert M. Dow Jr.

Allen Brothers, Inc.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

  MINUTE entry before the Honorable Robert M. Dow, Jr: Upon consideration of the parties' supplemental joint initial status report tendered to the Court at the 7/22/08 status hearing, the Court sets the following schedule: Rule 26 disclosures due by 7/29/08; parties to issue initial party and non−party written discovery by 8/4/08; parties to complete party and non−party written discovery by 10/24/08; parties to complete party and non−party oral discovery by 1/23/09. This case is set for status in the district court on 12/18/08 at 9:00 am.mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.