IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PROMINENT CONSULTING, LLC,

        Plaintiff,

        v.

ALLEN BROTHERS, INC.,

        Defendant.

No. 07 C 6357

Judge Robert M. Dow, Jr.

Magistrate Judge Denlow

## SUPPLEMENTAL JOINT INITIAL STATUS REPORT

Pursuant to the Court's Standing Order Requiring Initial Status Report, as well as the Court's direction to counsel for the parties in open court on June 18, 2008, Plaintiff Prominent Consulting, LLC ("Plaintiff") and Defendant Allen Brothers, Inc. ("Defendant") hereby submit the following Supplemental Joint Initial Status Report in anticipation of the status conference scheduled in this action for July 22, 2008.

## I.    PROPOSED CASE SCHEDULE

Counsel for the parties have conferred but are unable to agree upon a case schedule. Accordingly, following for the Court's consideration are the schedules proposed by each party.

### A.    Plaintiff's Proposed Schedule

Parties to make Rule 26 disclosures:  July 25, 2008

Parties to issue initial party and non-party written discovery:  August 1, 2008

Parties to complete party and non-party written discovery:  October 10, 2008

Parties to complete party and non-party oral discovery:  January 9, 2009

Plaintiff's expert report, if any, due:  February 6, 2009

Defendant to depose Plaintiff's expert:  February 26, 2009

Defendant's expert report, if any, due:  March 27, 2008

Plaintiff to depose Defendant's expert:  April 17, 2009

Final pre-trial conference:  May 2009

Trial:  June 2009

**B.**      **Defendant's Proposed Schedule**

Parties to make Rule 26 disclosures:  July 25, 2008

Parties to issue initial party and non-party written discovery:  August 4, 2008

Parties to complete party and non-party written discovery:  November 3, 2008

Parties to complete party and non-party oral discovery:  February 2, 2009

Plaintiff's expert report, if any, due:  March 2, 2009

Defendant to depose Plaintiff's expert:  March 30, 2009

Defendant's expert report, if any, due:  April 20, 2009

Plaintiff to depose Defendant's expert:  May 18, 2009


Respectfully submitted,

PROMINENT CONSULTING, LLC          ALLEN BROTHERS, INC.


By: /s/James V. Garvey                           By: /s/Charles B. Leuin
           One of Its Attorneys                                One of Its Attorneys

James V. Garvey                                   Charles B. Leuin
Michael J. Waters                                 Tanisha R. Jones
VEDDER PRICE P.C.                                 GREENBERG TRAURIG, LLP
222 North LaSalle Street, Suite 2600              77 W. Wacker Drive, Suite 2500
Chicago, Illinois 60601-1003                      Chicago, Illinois 60601
Telephone: (312) 609-7500                         Telephone: (312) 456-8400
Facsimile: (312) 609-5005                         Facsimile: (312) 456-8435

Dated: July 22, 2008