IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROMINENT CONSULTING, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALLEN BROTHERS, INC.,<br><br>　　　　Defendant. | No.  07 C 6357 |

## NOTICE OF FILING

TO:　Charles Leuin
　　　Greenberg Traurig, LLP
　　　77 West Wacker Drive
　　　Chicago, Illinois 60601

　　　PLEASE TAKE NOTICE that on July 22, 2008, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, the attached **Supplemental Joint Initial Status Report**, a true and correct copy of which is herewith served upon you.

Dated:  July 22, 2008　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　PROMINENT CONSULTING, LLC


　　　　　　　　　　　　　　　　　　　　By:/s/James V. Garvey_____
　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

James V. Garvey
Michael J. Waters
Vedder Price  P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601-1003
T: (312) 609-7500
F: (312) 609-5005
Firm ID No. 44284

**CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the foregoing **Supplemental Joint Initial Status Report** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Charles Leuin
    Greenberg Traurig, LLP
    77 West Wacker Drive
    Chicago, Illinois 60601

on July 22, 2008.

    /s/ James V. Garvey_____