IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROMINENT CONSULTING, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALLEN BROTHERS, INC.,<br><br>　　　　Defendant. | No. 07 C 6357 |

## MOTION FOR ENTRY OF PROTECTIVE ORDER

　　Plaintiff Prominent Consulting LLC ("Prominent") hereby moves pursuant to Federal Rule of Civil Procedure 26(c) and this Court's Case Management Procedures for entry of proposed Protective Order ("Protective Order"), a copy of which is attached as Exhibit 1.

　　1.　Prominent has issued a number of third-party document subpoenas in this case. The subpoena recipients have almost universally refused to produce any documents pending the entry of a protective order in this matter.

　　2.　Based on the uniformity of the subpoena recipients' responses, as well as statements made therein, it is clear that Allen Brothers has directed the subpoena recipients to withhold production pending entry of a protective order. (See example responses attached as Exhibit 2.)

　　3.　Accordingly, in an attempt to move forward with discovery, counsel for Prominent sent counsel for Allen Brothers a draft Protective Order on August 6, 2008. In keeping with this Court's rules on protective orders, counsel for Prominent asked that Allen Brothers identify specific categories of documents that would be subject to the Protective Order. (See Email dated August 6, 2008, attached as Exhibit 3.) Allen Brothers has not yet done so.

4.  To put an end to further delay of third-party discovery in this action, Prominent respectfully requests that the Court enter the attached Protective Order.

WHEREFORE, Prominent prays for entry of the Protective Order and for such other relief as the Court deems appropriate.

Dated: August 25, 2008

Respectfully submitted,

PROMINENT CONSULTING, LLC

By:/s/James V. Garvey
One of Its Attorneys

James V. Garvey
Michael J. Waters
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601-1003
T: (312) 609-7500
F: (312) 609-5005

CHICAGO/#1839380.1