BROWNSTEIN, RASK, SWEENEY, KERR, GRIM, DeSYLVIA & HAY, LLP
ATTORNEYS AT LAW
1200 S.W. MAIN STREET
PORTLAND, OREGON 97205-2040
TELEPHONE (503) 221-1772
FACSIMILE (503) 221-1074

PAUL G. DODDS

pgd@brownrask.com

15 August 2008

Charles B. Leuin
Greenberg Traurig
77 West Wacker Dr., Suite 2500
Chicago, IL 60601

Michael J. Waters
Vedder Price PC
222 North LaSalle St.
Chicago, IL 60601

      Re:  *Prominent Consulting, LLC v. Allen Brothers, Inc.,*
            U.S.D.C. Case No. 07 C 6357

Gentlemen:

      McIntyre Direct has now assembled the documents in its possession that relate to the creation of Allen Brothers' new web site. There are approximately 900 pages of documents. I understand that Allen Brothers believes that some of the documents should be produced only under a suitable protective order, and that some documents should not be produced at all because they fall within the work-product privilege. McIntyre Direct will leave it to the two of you, and the court if necessary, to work out these issues. Once those issues have been resolved, McIntyre Direct will make the documents available to plaintiff, subject to whatever limitations have been agreed-upon by counsel or imposed by the court.

Very truly yours,

PAUL G. DODDS

PGD:ks
cc: Dan McInytre (via e-mail)

Exhibit "2"

| | |
|---|---|
| From: | "David Swetnam-Burland" <dsb@brannlaw.com> |
| To: | <mwaters@vedderprice.com> |
| Date: | 8/20/2008 11:54 AM |
| Subject: | Prominent Consulting v. Allen Bros: Subpoena to Rimm-KaufmanGroup |
| CC: | "Diane Greene" <dgreene@brannlaw.com>, "Peter Brann" <pbrann@brannlaw.com> |

Dear Mike,

As you may remember, we represent Rimm-Kaufman Group ("RKG") in connection with its response to the subpoena issued by Prominent Consulting in its case against Allen Brothers. I am writing ahead of the August 22 deadline we agreed for RKG's response to that subpoena.

I wanted to let you know ahead of time that RKG cannot agree to a separate agreement with Prominent Consulting regarding the confidentiality of its document production. As a third party to the litigation, RKG has confidentiality concerns (both regarding its own proprietary confidential information and the confidential information of others) regarding much, if not all, the material sought by Prominent Consulting. While RKG will produce any relevant information in its possession under the terms of a suitable and enforceable protective order issued by the Court, any arrangement short of that will not adequately preserve the confidentiality of RKG's information.

RKG is open to an additional enlargement of time to respond to the subpoena tied to the entry of a protective order. Otherwise, RKG will serve its objections on Friday.

Thank you for your attention to this matter.

Best regards,

Dave


David Swetnam-Burland
BRANN & ISAACSON
184 Main Street, 4th Floor
PO Box 3070
Lewiston, Maine 04243-3070
(207) 689-9760 (direct)
(207) 786-3566 (main)
(207) 783-9325 (fax)
dsb@brannlaw.com
www.brannlaw.com

CONFIDENTIALITY NOTICE

This e-mail is intended only for the person(s) to whom it is addressed. It may contain information that is privileged, confidential, and exempt from disclosure under applicable laws. If you received this e-mail in error, please notify me immediately, delete the e-mail, and destroy any copies.