| | |
|---|---|
| From: | MICHAEL WATERS |
| To: | LeuinC@gtlaw.com |
| Date: | 8/6/2008 2:35:16 PM |
| Subject: | Prominent/AB - Federal Protective Order |

Charles:

Attached is a draft Protective Order for use in the federal case. Note that Judge Dow requires the parties to identify specific categories of documents subject to the Protective Order. Thus, in addition to providing comments on the draft Protective Order, please advise as to any categories of documents you would like to see covered.

Regards,
Michael

Michael J. Waters
Vedder Price P.C.
222 North LaSalle Street
Chicago, IL 60601
Tel. (312) 609-7726
Fax (312) 609-5005
mwaters@vedderprice.com

CONFIDENTIALITY NOTE:
This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (312) 609-5038 and also indicate the sender's name. Thank you.

CC:     JIM GARVEY

Exhibit "3"