IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROMINENT CONSULTING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ALLEN BROTHERS, INC., <br><br> Defendant. | No. 07 C 6357 |

### NOTICE OF MOTION

To: Charles Leuin
Greenberg Traurig, LLP
77 West Wacker Drive
Chicago, IL 60601

    PLEASE TAKE NOTICE that on the 28th day of August, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert Dow, Jr., in Room 1778 of the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, or any judge sitting in his stead, and there and then present the attached **Motion for Entry of Protective Order**, a true and correct copy of which is herewith served upon you.

| | |
|---|---|
| Dated: August 25, 2008 | Respectfully submitted, <br><br> PROMINENT CONSULTING, <br><br> By:/s/James V. Garvey<br>    One of Their Attorneys |

James V. Garvey
Michael J. Waters
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
T: (312) 609-7500
F: (312) 609-5005

CHICAGO/#1839453.1

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that true and correct copies of the foregoing **Motion for Entry of Protective Order** were served on

>Charles Leuin
>Greenberg Traurig, LLP
>77 West Wacker Drive
>Chicago, IL 60601

by electronic means on August 25, 2008.

/s/James V. Garvey

CHICAGO/#1839453.1                    2