IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROMINENT CONSULTING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ALLEN BROTHERS, INC.,<br><br>    Defendant. | No. 07 C 6357 |

## AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff Prominent Consulting LLC and Defendant Allen Brothers, Inc. hereby move pursuant to Federal Rule of Civil Procedure 26(c) and this Court's Case Management Procedures for entry of the parties' proposed Protective Order ("Order"), a copy of which is attached as Exhibit 1, and state as follows:

    1.    Counsel for the parties have conferred and are in agreement with respect to the terms of the proposed Order.[1]

    2.    The proposed Order provides protection for the following categories of confidential information: trade secrets, non-public financial information, non-public business plans and strategies, non-public customer or market research, non-public marketing or sales strategies, non-public information regarding customers or potential customers, non-public personal information regarding any individual and/or password or other confidential log-in information.

    3.    In the view of the designating party, such documents either constitute trade secret or confidential, sensitive and non-public business or personal information and thus require protection from disclosure.

---

[1] Prominent filed a prior Motion for Entry of Protective Order (Docket No. 64), but withdrew same after the parties came to an agreement as to terms of the proposed Protective Order.

CHICAGO/#1840609.1

       4.      Various third-party subpoena recipients have also advised Plaintiff's counsel that they are awaiting entry of a protective order that limits disclosure of confidential information prior to producing documents.

      WHEREFORE, the parties jointly pray for entry of the Order and for such other relief as the Court deems appropriate.

Dated: August 29, 2008

| PROMINENT CONSULTING, | ALLEN BROTHERS, INC., |
|---|---|
| By:/s/James V. Garvey | By:/s/Charles B. Leuin |
| One of Their Attorneys | One of Their Attorneys |
| James V. Garvey<br>Michael J. Waters<br>Vedder Price P.C.<br>222 North LaSalle Street, Suite 2600<br>Chicago, Illinois 60601<br>T: (312) 609-7500<br>F: (312) 609-5005 | Charles Leuin<br>Greenberg Traurig, LLP<br>77 West Wacker Drive<br>Chicago, Illinois 60601<br>T: (312) 476-5059<br>F: (312) 456-8435 |