IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PROMINENT CONSULTING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ALLEN BROTHERS, INC.,<br><br>    Defendant. | No.  07 C 6357 |

### NOTICE OF MOTION

To:    Charles Leuin
       Greenberg Traurig, LLP
       77 West Wacker Drive
       Chicago, IL 60601

    PLEASE TAKE NOTICE that on the **3rd day of September, 2008, at 9:15 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert Dow, Jr., in Room 1919 of the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, or any judge sitting in his stead, and there and then present the attached **Agreed Motion for Entry of Protective Order**, a true and correct copy of which is herewith served upon you.

Dated: August 29, 2008.                     Respectfully submitted,

                                            PROMINENT CONSULTING,


                                            By:/s/James V. Garvey
                                                  One of Their Attorneys

James V. Garvey
Michael J. Waters
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
T: (312) 609-7500
F: (312) 609-5005

CHICAGO/#1839453.1

## CERTIFICATE OF SERVICE

    The undersigned attorney certifies that true and correct copies of the foregoing **Agreed Motion for Entry of Protective Order** were served on

    Charles Leuin
    Greenberg Traurig, LLP
    77 West Wacker Drive
    Chicago, IL 60601

by electronic means on August 29, 2008.

                                        /s/James V. Garvey